# MASSIMI LAW PLLC
99 Wall Street, Suite 1264
New York, NY 10005
Jessica.Massimi@gmail.com
646-241-9800

May 3, 2024

**VIA ECF**
Honorable Dora L. Irizarry
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      **Re:**   *Kevin Campbell v. Federal Express Corporation, et al.,*
              **22 CV 7662 (DLI)(MMH)**

Your Honor:

     I represent Plaintiff Kevin Campbell in this race discrimination and retaliation lawsuit. The parties write jointly to respectfully request that the Court direct the clerk of the Court to correct the spelling of the individual Defendant's last name to "Warnders" as described in the attached stipulation.

     The parties thank the Court for its time and consideration.

                                                                      Respectfully submitted,

                                                                      *Jessica Massimi*
                                                                      JESSICA MASSIMI, Esq.