

May 3, 2024

**<u>VIA ECF</u>**

Honorable Marcia M. Henry
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Kevin Campbell v. Federal Express Corporation, et al.*, 22-CV-7662
              (DLI) (MMH) – Request to Adjourn and Reset May 16, 2024
              Telephonic Status Conference

Your Honor:

    I represent Defendants Federal Express Corporation and Eric Warnders in the above-captioned matter and am writing regarding the Court's May 1, 2024 Scheduling Order, which set a telephonic conference for Thursday, May 16, 2024 at 2:30 p.m. EST.

    I will be traveling out of the country from May 15, 2024 to May 21, 2024, with only periodic access to telephone and internet services. Defendants, therefore, respectfully requesting that the Court reset the telephonic conference to another date either before May 15, 2024 or after May 21, 2024.

    I have notified Plaintiff's counsel that I will not be available on May 16, 2024, and, after meeting and conferring, the parties determined that they are both available on the following dates and times:

| Date | Time (EST) |
|---|---|
| Tuesday, May 7, 2024 | 10:00 a.m. to 1:00 p.m. |
| Thursday, May 9, 2024 | 11:00 a.m. to noon |
| Friday, May 10, 2024 | noon to 1:00 p.m. |
| Wednesday, May 22, 2024 | 10:00 a.m. to 12:00 p.m. |
| Monday, May 27, 2024 | 10:00 a.m. to 1:00 p.m. |

Legal Department
3620 Hacks Cross Road
Building B, 3rd Floor
Memphis, TN 38125

If none of the proposed dates/times are commiserate with the Court's schedule, Defendants request that the Court reset the conference to another date/time before May 15, 2024 or after May 21, 2024 that is convenient for the Court.

This is the first request to adjourn the May 16, 2024 telephonic conference and resetting it will not affect any other deadlines in this case.

Respectfully submitted,

**FEDEX LEGAL DEPARTMENT**

*Gabriel P. McGaha*
Gabriel McGaha
Senior Counsel-Legal/Litigation
Federal Express Corporation
3620 Hacks Cross Road, Building B, 3rd Fl.
Memphis, Tennessee 38125
Email: gabriel.mcgaha@fedex.com

2