UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X   Docket Number 22 CV 7662
                                                                     (DLI)(MMH)
KEVIN CAMPBELL,

                      Plaintiff,                     **STIPULATION**

    -against-

FEDERAL EXPRESS CORPORATION A/K/A FEDEX
EXPRESS, AND ERIC WANDERS, *INDIVIDUALLY,*

                      Defendants.
------------------------------------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties, that in order to correct certain typographical errors in the Complaint:

1. Any reference to "disability discrimination" is withdrawn with prejudice and was not intentionally asserted by Plaintiff.

2. The parties respectfully request that the Court order the Clerk of the Court to amend the caption to reflect the correct spelling of the individual Defendant's last name to "Warnders."

    IT IS FURTHER STIPULATED AND AGREED that this stipulation may be executed in counterparts, and

    IT IS FURTHER STIPULATED AND AGREED that facsimile and/or electronic signatures may be treated as original signatures.

Dated: New York, New York
       May 3, 2024

*/s/ Jessica Massimi*
Jessica Massimi
Massimi Law PLLC
*Attorney for Plaintiff*
99 Wall Street, Suite 1264
NY, NY 10005
Jessica.Massimi@gmail.com

*Gabriel P. McGaha*
Gabriel McGaha
Federal Express Corporation
3620 Hacks Cross Rd., Building B, 3rd Fl.
Memphis, Tennessee 38125
Email: gabriel.mcgaha@fedex.com

2

SO ORDERED:

*Marcia M. Henry*
Magistrate Judge Marcia M. Henry