# Notice of Request to Submit Electronic Evidence

**Case Number:** 22-cv-7662

**Filing Party Name:** Defendants Federal Express Corporation, Eric Warnders

**Enter the Document number of the docket entry for which the exhibit should be linked. Enter "N/A" if not applicable.** N/A

**If the format is PDF, why hasn't it been docketed electronically?**

N/A