UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X   22 CV 7662 (DLI)(MMH)
KEVIN CAMPBELL,

                                          Plaintiff,        **NOTICE OF MOTION**

        -against-

FEDERAL EXPRESS CORPORATION A/K/A FEDEX
EXPRESS, AND ERIC WARNDERS, *INDIVIDUALLY*,

                                          Defendants.
-------------------------------------------------------------------------X

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law dated September 13, 2024, the Declaration of Jessica Massimi and exhibits attached thereto, and all pleadings and proceedings previously had herein, Plaintiff Kevin Campbell will move before the Honorable Dora L. Irizarry, on a date to be determined by the Court, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201, for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting Plaintiff summary judgment, together with costs, expenses, and attorney's fees, and such other relief as this Court deems just and proper.

Dated:  New York, New York
          September 13, 2024

Massimi Law PLLC

By: *Jessica Massimi*
_____
Jessica Massimi
*Attorney for Plaintiff Kevin Campbell*
99 Wall Street, Suite 1264
NY, NY 10005


Cohen and Green PLLC


By:   s/_____
Remy Green
*Attorney for Plaintiff Kevin Campbell*
1639 Centre Street, Suite 216
Ridgewood, NY 11385
Remy@femmelaw.com