# EXHIBIT 1
# CAMPBELL TRANSCRIPT

```
 1       UNITED STATES DISTRICT COURT
         EASTERN DISTRICT OF NEW YORK
 2       -------------------------------------------X
 3       KEVIN CAMPBELL,
 4                             Plaintiff,
 5                                      Case No:
              - against -              22-cv-7662
 6
         FEDERAL EXPRESS CORPORATION a/k/a FEDEX EXPRESS
 7       and ERIC WANDERS, Individually,
 8                             Defendants.
 9       -------------------------------------------X
10                            88 Pine Street
                              New York, New York
11
                              December 7, 2023
12                            10:09 a.m.
13
14
15
16
17
18
19          VIDEO RECORDED DEPOSITION OF KEVIN CAMPBELL, the
20
21       Plaintiff, pursuant to Notice, taken at the above
22
23       place, date and time, before MARIA ACOCELLA, a
24
25       Notary Public within and for the State of New York.
```

Page 1

```
 1        A P P E A R A N C E S:

 2

 3

 4        MASSIMI LAW, P.L.L.C.

 5              Attorney for Plaintiff

 6              99 Wall Street

 7              Suite 1264

 8              New York, New York 10005

 9        BY:  JESSICA MASSIMI, ESQ.

10

11

12

13        FEDERAL EXPRESS CORPORATION

14              Attorneys for Defendants

15              145 Lt. George W. Lee Avenue

16              Memphis, Tennessee 38103

17        BY:  GABRIEL McGAHA, ESQ.

18

19

20

21        ALSO PRESENT:  Howard Brodsky, Videographer

22

23        Michael Christophe, FedEx Rep

24

25
```

Page 2

```
 1        S T I P U L A T I O N S:

 2

 3            IT IS HEREBY STIPULATED AND AGREED by and

 4        between the attorneys for the respective parties

 5        hereto, that this examination may be sworn to

 6

 7        before any Notary Public.

 8

 9

10

11            IT IS FURTHER STIPULATED AND AGREED that the

12

13        filing and certification of the said examination

14

15        shall be waived.

16

17

18

19            IT IS FURTHER STIPULATED AND AGREED that all

20

21        objections to questions, except as to the form of

22

23        the question, shall be reserved for the time of

24

25        trial
```

Alpha Reporting                    800-556-8974
A Veritext Company              www.veritext.com

```
1                      [!WITNESS NAME]
2              MR. BRODSKY:  Good morning.
3              Here begins the video recorded
4       deposition of Kevin Campbell, appearing
5       from this location at Morrison Mahoney,
6       LLP, Wall Street Plaza, 88 Pine Street,
7       Suite 1900, New York, New York 10005.
8              This deposition is taken by the
9       defendant of matter of Kevin Campbell,
10      Plaintiff, versus Federal Express
11      Corporations, et al., Defendants, Civil
12      Action Number 22-cv-7662 in the United
13      States District Court Eastern District
14      of New York.
15             Today is Thursday, December 7,
16      2023.  The time is 10:09 a.m. Eastern
17      Standard Time.
18             My name is Howard Brodsky, and I
19      am the legal video specialist, in
20      association with Veritext Legal
21      Solutions with offices located in
22      Memphis, Tennessee.
23             The court reporter is Maria
24      Acocella, in association with Veritext.
25             Will counsel please state their
```

Page 4

```
 1                    [!WITNESS NAME]
 2          appearances for the record?
 3                  MS. MASSIMI:  Jessica Massimi,
 4          for the Plaintiff.
 5                  MR. McGAHA:  Gabriel McGaha, here
 6          on behalf of both Defendants.
 7                  MR. BRODSKY:  Thank you, Counsel.
 8                  Will the court reporter please
 9          swear in the witness.
10                  THE COURT REPORTER:  Can you
11          raise your right hand for me.
12                  Do you solemnly swear or affirm
13          the testimony you are about to give will
14          be the whole truth and nothing but the
15          truth, so help you God?
16                  THE WITNESS:  Yes.
17                  THE COURT REPORTER:  Okay.
18                  Can I please have your name and
19          address?
20                  THE WITNESS:  Kevin Campbell,
21          2024 31st Street, Astoria, New York,
22          sorry.
23                  THE COURT REPORTER:  Do you have
24          a ZIP code?
25                  THE WITNESS:  11105.
```

Page 5

```
 1                    [!WITNESS NAME]
 2              MR. BRODSKY.  Please proceed,
 3         Counsel.
 4              MR. McGAHA:  Thank you.
 5    K E V I N   C A M P B E L L, the Plaintiff
 6    herein, having been first duly sworn by a
 7    Notary Public within and for the State of
 8    New York, was examined and testified as
 9    follows:
10    EXAMINATION BY
11    MR. McGAHA:
12         Q.    Mr. Campbell, my name is Gabriel
13    McGaha, as I mentioned earlier.  I am here on
14    behalf of the defendants pertaining to the
15    lawsuit you filed that is pending in Federal
16    Court here in New York.
17              I will be asking you some
18    questions today about that pertain to the
19    lawsuit.  And we will try to get us in and
20    out of here as soon possible, but we will
21    probably be most of the day, so I wanted to
22    do a little preliminary before we get into
23    the substance of the lawsuit.
24              And, first of all, have you had
25    your deposition taken before?
```

Page 6

```
 1                    [!WITNESS NAME]
 2          A.    No.
 3          Q.    All right.  So the most important
 4     thing -- one of the most important things to
 5     remember is that the answers need to be
 6     verbal.
 7               Sometimes we will nod and shake.
 8     I do the same thing when I am speaking with
 9     someone who I know, who is speaking to me;
10     but the court reporter can't record head nods
11     or head shakes, she needs to hear yeses, noes
12     and everything in between, so please make
13     sure that you answer the questions verbally.
14               If you need to take a break at
15     any point, please let me know.  The only
16     admonition I would add to that is if I ask
17     you a question, you need to answer the
18     question, and then you can take a break, so
19     you can't take a break after a question is on
20     the table and has not been answered.  Does
21     that make sense?
22          A.    Yes.
23          Q.    I also need to make sure that you
24     understand all of my questions, so if I say
25     something, if I ask a question, either you
```

Page 7

[!WITNESS NAME]

1

2    could not hear what I said or you were

3    confused about the way that I worded the

4    question, please let me know, and I will do

5    my best to rephrase it, okay?

6            And if you don't understand it,

7    don't answer it; ask me to explain it.  Does

8    that make sense?

9        A.    Yes.

10       Q.    I need you to answer my

11   questions, which I am sure you will do.

12           And is there any reason why you

13   can't provide truthful and accurate testimony

14   today?

15       A.    No.

16       Q.    So let's start from the beginning

17   of your employment with FedEx.

18           When did you first become

19   employed with FedEx?

20       A.    April 1, 2017.

21       Q.    And were you -- how did you apply

22   for that job, and how did that all come

23   about?

24       A.    FedEx acquired the company that I

25   used to work for, which was TNT USA.

Alpha Reporting          800-556-8974
A Veritext Company        www.veritext.com

```
 1                    [!WITNESS NAME]
 2          Q.     And what was your position at
 3     TNT?
 4          A.     I was a walker.
 5          Q.     Can you explain what that means?
 6          A.     A walker is someone who delivers
 7     packages on foot.
 8          Q.     I am going to hand you a
 9     document.  I am going to mark this is as
10     Exhibit 1.
11               MS. MASSIMI:  You don't -- the
12          exhibits aren't Bates stamped?
13               MR. McGAHA:  No, but every
14          document that I have today, you have a
15          copy of.
16               MS. MASSIMI:  Okay.
17               MR. McGAHA:  Yeah.
18               MS. MASSIMI:  Yeah.  No, I wasn't
19          doubting that you had disclosed this.
20               Just for posterity purposes, it
21          is often easier to have -- it is fine.
22          Okay.
23               So you did disclose that.  I
24          don't doubt it.
25               MR. McGAHA:  If we need to at the
```

```
 1                    [!WITNESS NAME]
 2            end, I can get my assistant to send me
 3            the actual Bates stamped documents to
 4            swap them out, if you want to do that.
 5                    MS. MASSIMI:  We can sort that
 6            out later.
 7                    MR. McGAHA:  Okay.  All right.
 8            Some of the documents are Bates stamped.
 9                    MS. MASSIMI:  Thank you.
10                    MR. McGAHA:  But not all of them,
11            so -- so no problem.
12            Q.    In any case, do you recognize
13       that document?
14            A.    Yes.
15                    MS. MASSIMI:  He doesn't have the
16            document.
17                    MR. McGAHA:  I gave it to you to
18            give to him.
19                    MS. MASSIMI:  Got it.  Okay.
20                    Do you have two copies of it?
21                    MR. McGAHA:  I have two copies of
22            it.  I have my copy, then I have two
23            copies.
24                    What we could do is, I could
25            give -- if you want a copy while he has
```

Page 10

```
 1                    [!WITNESS NAME]
 2          a copy, I will give you the court
 3          reporter's copy, and then when we get
 4          ready to stamp it, can we do it that
 5          way?
 6                    MS. MASSIMI:  Thank you.
 7                    MR. McGAHA:  Sure.
 8                    MS. MASSIMI:  Appreciate it.
 9          Q.    Does that document look familiar
10     to you, Mr. Campbell?
11          A.    Yes.
12          Q.    What is it?
13          A.    It looks like an offer letter.
14          Q.    And an offer from FedEx; is that
15     correct?
16          A.    Yes.
17          Q.    And you said that you were a
18     walker with TNT; is that correct?
19          A.    Yes.
20          Q.    And did you have a choice about
21     being employed with FedEx, or did you -- or
22     were you just sent the offer letter after
23     FedEx acquired TNT?
24          A.    It was a choice.
25          Q.    Okay.  So did you apply for the
```

Page 11

```
 1                    [!WITNESS NAME]
 2        position for a position at FedEx?
 3             A.    No.
 4             Q.    So when you say it was a choice,
 5        how -- can you explain how the employment
 6        with FedEx came about?
 7             A.    They sent out offer letters to
 8        the employees.
 9             Q.    Who is they?
10             A.    FedEx.
11             Q.    Okay.
12             A.    And if you wanted to keep your
13        job or move forward with FedEx, that was an
14        offer.
15             Q.    Okay.  And were you going to be
16        paid the same amount?  Were -- what was
17        different about -- I don't want to ask you
18        too many questions at once.
19                   What was different about the job
20        that you had at TNT versus the job you were
21        about to take at FedEx?
22             A.    At the time, I didn't know.
23             Q.    Okay.
24             A.    It was a very similar job.
25             Q.    Okay.  All right.
```

Page 12

```
1                        [!WITNESS NAME]
2                You are going to be paid the same
3        amount?
4            A.      No.
5            Q.      Were you going to be paid more or
6        less?
7            A.      I got paid more at FedEx.
8            Q.      All right.
9                What about your hours?  Were they
10       going to be the same, or were they going to
11       be different?
12           A.      They said I would be full-time,
13       just as I was at TNT USA.
14           Q.      Same shift?
15           A.      Similar shift.
16           Q.      All right.  Was the location
17       going to be the same?
18           A.      No.
19           Q.      Okay.  Tell me why it was going
20       to be different, or where -- how it was
21       different?
22           A.      For FedEx, I worked in Maspeth,
23       Queens, and for TNT USA I reported to Long
24       Island City.
25           Q.      Okay.  Were you a driver at TNT?
```

Page 13

```
 1                     [!WITNESS NAME]
 2          A.      No, I did not drive.
 3          Q.      Okay.  Were you ever a driver at
 4     FedEx?
 5          A.      No.  I never drive -- I never
 6     drove for FedEx.
 7          Q.      What was your title at FedEx when
 8     you were first hired?
 9          A.      Courier, non-driver, non-DOT.
10          Q.      Were there any other courier
11     non-drivers that you knew of at FedEx?
12          A.      At my station, or at FedEx?
13          Q.      At your station and FedEx.
14                  Thank you for clarifying?
15          A.      Not at my station.
16          Q.      So what was the difference
17     between a courier driver and a courier
18     non-driver at FedEx?
19          A.      The difference was that the
20     courier driver only drove, and the courier
21     non-driver was assisted to the driver of the
22     route.
23          Q.      So explain how that worked every
24     day?
25          A.      I would come in, I would get into
```

Page 14

```
 1                    [!WITNESS NAME]
 2        a truck with my partner, who did the mall,
 3        and I would assist him with his pickups and
 4        his deliveries on a day-to-day basis when I
 5        first started.
 6              Q.    Who was your partner?
 7              A.    Nico.  I don't remember his last
 8        name or anything.
 9              Q.    What was his race?
10              A.    His race?
11              Q.    Yes.
12              A.    His race was -- I believe he was
13        Hispanic and Italian.
14              Q.    And you said when you first
15        started; you clarified that earlier.
16              A.    Uh-huh.
17              Q.    Did your job duties change?
18              A.    Yes.
19              Q.    When did that occur?
20              A.    Around the time Henry became my
21        manager.
22              Q.    And do you recall when that was?
23              A.    Around the end -- the end of --
24        the tail end of 2017, maybe.
25              Q.    Okay.  So not long after you
```

Page 15

```
 1                    [!WITNESS NAME]
 2        started, you started in -- you said you
 3        started in April?
 4              A.      April, uh-huh.
 5              Q.      Who was your manager when you
 6        were first hired?
 7              A.      My belt, as far as I am
 8        knowledgeable, we didn't have a certain
 9        manager to manage the belt.  There were
10        different managers filling in until they
11        found someone.
12              Q.      So you don't know who your
13        manager was?
14                    MS. MASSIMI:  Objection.
15                    You can answer.
16              A.      I wasn't sure, because I was new,
17        and I didn't really know how they structured
18        their day-to-day duties.  So I was new, so I
19        didn't know who my manager was, I was just
20        sent to work with Nico.
21              Q.      Tell me about your day-to-day
22        when you were first hired at FedEx.  Tell me
23        what you did?  I know that you explained that
24        you would assist the driver.
25                    Is that all you did?
```

Page 16

```
 1                          [!WITNESS NAME]
 2              A.      No.
 3              Q.      So explain a typical day when you
 4       first started at FedEx.
 5              A.      I would punch in, head to my post
 6       where I would split the belt.
 7                      And splitting the belt is
 8       separating the boxes, to make sure they get
 9       to the right belt so they can get to the
10       drivers.
11              Q.      So were you standing on a belt
12       line?  Was there a belt that was -- where
13       boxes were moving?
14              A.      Yes.
15              Q.      And were you standing next to the
16       belt line and separating boxes, based on
17       where they needed to go?
18              A.      Yes.
19              Q.      Okay.  That is what you mean by
20       split the belt?
21              A.      Yes.
22              Q.      Who was standing there with you?
23              A.      Another employee on the opposite
24       side, that also assisted with splitting the
25       belt.
```

Page 17

```
 1                    [!WITNESS NAME]
 2          Q.    So were there only two people
 3     that were splitting the belt?
 4          A.      No, there were multiple employees
 5     that were splitting the belt.
 6          Q.      How many employees were splitting
 7     the belt at one time during your shift,
 8     roughly?
 9          A.      Seven people.
10          Q.    Okay.
11          A.      Roughly.
12          Q.    Okay.  All right.  We will do
13     another document.
14               MS. MASSIMI:  Should we give it
15          back, or am I holding it?
16               MR. McGAHA:  She can -- she can
17          had -- this is the way it is going to
18          work, almost like an assembly line.
19               When you get down with yours,
20          Mr. Campbell, you can hand the document
21          to the court reporter, and she can mark
22          it as that exhibit.
23               THE WITNESS:  Okay.
24               MR. McGAHA:  If you want to keep
25          the exhibit sheet, that is fine, or not.
```

Page 18

```
 1                    [!WITNESS NAME]
 2                    And I need to refer to a
 3         document, you can hand it back to me.
 4         Does that make sense.
 5                    MS. MASSIMI:  Absolutely.
 6                    MR. McGAHA:  Thank you.
 7         Q.    Mr. Campbell, do you recognize
 8     that document?
 9         A.    Yes.
10         Q.    All right.  What is it?
11                    MS. MASSIMI:  For the record, you
12         are showing him Exhibit 2.
13                    MR. McGAHA:  I am showing him a
14         document.  I haven't had it marked yet.
15         I want to make sure he recognizes it
16         first.
17         A.    Yes, it looks familiar.
18         Q.    Okay.  We are going to mark that
19     as Exhibit 2.  All right.
20                    Is that your name at the top?
21         A.    Yes.
22         Q.    I think there are four pages.
23                    Is this an employment agreement,
24     essentially, that you signed?
25         A.    Yes.
```

Page 19

```
 1                    [!WITNESS NAME]
 2          Q.     If you look at the second page at
 3     the top, there is a paragraph 6 in
 4     parenthesis.  Do you see that?
 5          A.     Uh-huh.
 6          Q.     At the bottom of that
 7     paragraph -- let's just read it.
 8                 Moreover, any such authorized
 9     amendments shall be in writing.  Nothing in
10     this agreement, nor any documentation or
11     other communication from the company shall
12     affect my employment at-will status.
13                 So did you understand that you
14     were an employee at-will?
15          A.     Yes.
16          Q.     And if you look at paragraph 7B,
17     do you see 7B?
18          A.     Yes.
19          Q.     And 7B says, to the extent the
20     law allows an employee to bring legal action
21     against the company or any manager employed
22     by the company, and acting in his or her
23     managerial capacity, I agree to bring any
24     claim within the time provided by law, or no
25     later than six months from the date of the
```

Alpha Reporting                          800-556-8974
A Veritext Company                    www.veritext.com

```
 1                    [!WITNESS NAME]

 2        event forming the basis of my claim,

 3        whichever expires first.  Do you see that?

 4             A.    Yes.

 5             Q.    It says, I realize and

 6        acknowledge that I'm agreeing to bring any

 7        claim I may have within a shorter time than

 8        may otherwise be provided by the law, right?

 9             A.    Yes.

10             Q.    Is that what it says?

11             A.    That is what it says.

12             Q.    And that is what you agreed to?

13             A.    Yes.

14             Q.    That is your signature at the

15        last page?

16             A.    Yes.

17             Q.    All right.  Thank you.

18                   Handing that document over.  That

19        is the one we are to going mark as Exhibit 3.

20                   I am going to hand you another

21        document --

22                   MS. MASSIMI:  Oh, thank you.

23             Q.    Do you recognize that document,

24        Mr. Campbell?

25             A.    It doesn't look familiar to me.
```

Alpha Reporting                    800-556-8974
A Veritext Company                www.veritext.com

```
 1                      [!WITNESS NAME]

 2          Q.      What does it say at the top?

 3          A.      This is to confirm that Campbell,

 4     Kevin, Employee 5261177, has acknowledged

 5     reading the disclaimer and receiving a copy

 6     of the 2015 FedEx Express employee handbook.

 7          Q.      And what is the date?

 8          A.      The date says 4/3/2017.

 9          Q.      So you acknowledged it on that

10     date and that time?

11          A.      Uh-huh.

12          Q.      At 12:40 p.m. and 11 seconds --

13          A.      Yes.

14          Q.      Central Standard Time?

15          A.      Yes.

16          Q.      Is that your employee number, by

17     the way --

18          A.      Yes.

19          Q.      -- 5261177?  Okay.

20                  It looks like there are one, two,

21     three, four, five, six bullet points.

22                  Look at the sixth bullet point --

23                  MS. MASSIMI:  There is seven.

24                  MR. McGAHA:  I am sorry, there

25          are seven.  I am looking at number six.
```

Alpha Reporting                    800-556-8974
A Veritext Company                 www.veritext.com

```
 1                    [!WITNESS NAME]
 2          Thank you for clarifying.
 3          Q.     If you look at the sixth bullet
 4     point, it says except where applicable law
 5     provides otherwise, your employment is
 6     at-will, so either you or FedEx may end the
 7     relationship at any time.  Do you see that?
 8          A.     Yes.
 9          Q.     Did you understand that?
10          A.     Yes.
11          Q.     And two more paragraphs after the
12     bullet points, the last paragraph of the
13     document says, by clicking, I accept below.
14                 You acknowledged that you have
15     read and understood the above notice and
16     received a copy of the handbook, correct?
17          A.     Yes.
18          Q.     What was the handbook, as far as
19     you understood it to be?
20          A.     The handbook was a book that was
21     given to you when you were first hired, that
22     explained all the procedures and policies and
23     rules and what was acceptable and what wasn't
24     acceptable for the company.
25          Q.     Did you understand all the
```

Alpha Reporting                    800-556-8974
A Veritext Company                 www.veritext.com

```
 1                    [!WITNESS NAME]
 2      policies in the handbook?
 3            A.     Yes.
 4            Q.     Did you have access to the
 5      handbook throughout your employment with
 6      FedEx?
 7            A.     Yes.
 8            Q.     How could you access the
 9      handbook?
10            A.     They printed out a copy for me,
11      but if need be, I was able to check the
12      handbook online.
13            Q.     Okay.  Could you ask someone for
14      a copy of the handbook, if you needed it, a
15      manager or HR?
16            A.     Yes.
17            Q.     Thank you.
18                   You can hand that over to her.
19      Thank you?
20                   If you don't mind taking a look
21      at that document, and tell me if it looks
22      familiar to you.
23                   What does it appear to be?
24            A.     A document about affirmative
25      action and equal employment opportunity.
```

Page 24

```
1                        [!WITNESS NAME]

2          Q.     As it relates to whom?

3          A.     Employees.

4          Q.     For what company?

5          A.     For FedEx.

6          Q.     Was this the EEO policy that was

7     in place when you were employed there?

8                 MS. MASSIMI:  Objection.

9                 You can answer.

10         A.     I am not sure.

11         Q.     All right.  Do you know whether

12    or not FedEx had an EEO policy?

13         A.     No.

14         Q.     Okay.  All right.

15                Well, what does it -- let's just

16    go through the policy.

17                It says Equal Employment

18    Opportunity Policy at the very top.

19                MS. MASSIMI:  Well, objection.

20         If you are reading from the top, that is

21         not really what it says, but okay.

22         Q.     I am reading from the first --

23    the top paragraph of the document, okay?  Do

24    you see that, where it says Equal Employment

25    Opportunity Policy hyphen FedEx Express is
```

Alpha Reporting                        800-556-8974
A Veritext Company                www.veritext.com

```
 1                    [!WITNESS NAME]
 2      committed?  Do you see that?
 3           A.    Yes.
 4           Q.    I am going to read the first two
 5      sentences of that document, okay?  It says
 6      FedEx Express is committed to maintaining a
 7      work environment that is free from any and
 8      all forms of unlawful discrimination and
 9      harassment.  It is, therefore, the company's
10      policy to prohibit discrimination and
11      harassment against any applicant or employee
12      on the basis of race, and then it goes
13      through other protected classes.  Do you see
14      that?
15           A.    Yes.
16           Q.    Okay.  Was it your understanding
17      that FedEx had a policy in place that
18      prohibited discrimination and harassment
19      based on an employee's race?
20                 MS. MASSIMI:  Objection.
21                 You can answer.
22           A.    Can you repeat the question?  I
23      am sorry.
24           Q.    Was it your -- when you were
25      first hired at FedEx, was it your
```

```
 1                    [!WITNESS NAME]
 2      understanding that FedEx had a policy or
 3      policies in place that were designed to
 4      prohibit and prevent discrimination and
 5      harassment on the basis of an employee's
 6      race?
 7           A.     It was to my understanding that
 8      all companies in New York City would have
 9      something like that in place.
10           Q.     So that would include FedEx,
11      right?
12           A.     Yes.
13           Q.     Okay.  If you look down at the --
14      if you look down, it says policy, there is
15      scope.  The different portions of the
16      document, there is a portion on this first
17      page that says communication with human
18      resources.  Do you see that, on the left
19      margin, about a little more than halfway
20      down?
21           A.     Yes.
22           Q.     Communication with human
23      resources.
24                  And it says employees are urged
25      to take questions concerning equal employment
```

Page 27

```
 1                    [!WITNESS NAME]
 2        opportunity to their manager or appropriate
 3        HR advisor slash representative.  Any
 4        employee is also free to communicate directly
 5        with corporate HR support concerning such
 6        matters.  Do you see that?
 7             A.    Yes.
 8             Q.    All EEO AAP policies are
 9        available for review by employees upon
10        request to the matrix HR advisor
11        representative.  Do you see that?  Do you see
12        that?
13             A.    Yes.
14             Q.    Okay.  You said you weren't --
15        you don't recognize this policy; is that
16        right?
17                   MS. MASSIMI:  Objection.
18                   You can answer the question.
19             A.    Off the top of my head, no, I
20        don't remember that.
21             Q.    Was it your understanding, while
22        you were employed at FedEx, that if you had
23        an issue with being discriminated or
24        harassed, you could contact HR?
25                   MS. MASSIMI:  Objection.
```

Page 28

```
 1                    [!WITNESS NAME]

 2              You can answer.

 3         A.    Yes.

 4         Q.    Did you understand that one of

 5    HR's functions was to investigate complaints

 6    of discrimination and/or harassment?

 7         A.    Yes.

 8         Q.    I am going to hand you another

 9    document, And this says 5-55 Anti-Harassment,

10    correct?

11         A.    Yes.

12         Q.    And was it your understanding

13    that -- well, looking at this document, does

14    that appear to be an anti-harassment policy

15    from FedEx?

16         A.    Yes.

17         Q.    And let's look at top of the

18    page.  It says FedEx Express condemns any

19    acts in its work environment that create the

20    potential for illegal harassment, both in

21    terms of individual employee morale and in

22    violation of applicable Federal, State and

23    Local laws.  FedEx Express will not tolerate

24    harassment of any employee because of that

25    employee's -- and it goes on to list a number
```

Alpha Reporting                 800-556-8974
A Veritext Company              www.veritext.com

```
 1                    [!WITNESS NAME]
 2        of protected categories, including race.  Do
 3        you see that?
 4             A.     Yes.
 5             Q.     All right.  If we look down at
 6        the definition section of the document, it
 7        says harassment is a form of employment
 8        discrimination that is impossible to define
 9        with precision.  Whether or not appropriate
10        behavior constitutes illegal harassment
11        depends upon many factors.  Do you see that?
12             A.     Yes.
13             Q.     Turn the page with me please.
14                    MS. MASSIMI:  I am sorry?
15             Q.     If you will turn the page with
16        me, sorry.  Turn to the next page.
17             A.     Uh-huh.
18             Q.     If you look at the next page,
19        there is a complaints section of that
20        document.  Do you see that, complaints, in
21        the left-hand margin?
22             A.     Yes.
23             Q.     All right.  It says if an
24        employee believes that he or she has been
25        subjected to harassment by anyone, including
```

Alpha Reporting                          800-556-8974
A Veritext Company                       www.veritext.com

```
 1                    [!WITNESS NAME]
 2      supervisors, coworkers, vendors or customers,
 3      he or she must immediately report this to
 4      management or HR.  Is that what it says?
 5              A.    Yes.
 6                    MS. MASSIMI:  I am just going to
 7              object, to the extent that counsel is
 8              reading from a document that is not
 9              Bates stamped.
10                    MR. McGAHA:  Okay.  Perfectly
11              fine.
12              Q.    This document was produced to
13      your counsel before the deposition, so you
14      have --
15                    MS. MASSIMI:  I have no way of
16              verifying that, because you are reading
17              from documents that have no Bates stamps
18              on them.
19                    MR. McGAHA:  This document -- I
20              will put on the record, this document
21              was produced.
22                    We can swap the document out for
23              the ones that have Bates stamps, if you
24              want to do it that way.
25                    MS. MASSIMI:  I don't -- if you
```

Page 31

```
 1                    [!WITNESS NAME]
 2          are going to swap the documents out --
 3                   MR. McGAHA:  For ones that are
 4          Bates stamped.
 5                   MS. MASSIMI:  You should do that
 6          now.  Unfortunately, to do it after the
 7          deposition would not really be proper.
 8                   I am just making a note that you
 9          are reading from a document, and I don't
10          know what this document is.
11                   MR. McGAHA:  Okay.
12                   MS. MASSIMI:  Because the witness
13          is not the author of this document, and
14          the document is not Bates stamped.
15                   MR. McGAHA:  All right.  That is
16          fine.  We can deal with that later, if
17          you want to, at the break.
18                   I will be glad to swap this out
19          for a Bates stamped copy or not.
20                   MS. MASSIMI:  Again, I am not --
21          if you are going to ask about documents
22          that are not Bates stamped, by the time
23          you have asked about them, you can't
24          swap them out for different documents.
25                   I would have to go line by line
```

Alpha Reporting                    800-556-8974
A Veritext Company                www.veritext.com

```
 1                    [!WITNESS NAME]
 2         to ensure that the document you are
 3         replacing it with is the same thing that
 4         you are asking him about now.
 5                    MR. McGAHA:  That is fine.
 6                    However, if, in fact, the only
 7         way that this is going to be relevant is
 8         if you have not -- if this document has
 9         not been produced to you, and it is not
10         the exact same copy of the Bates stamped
11         version of what I am reading, that is
12         the only way it is going to relevant.
13                    In order to confirm that, at this
14         point I would have to go back and match
15         this up to one of the thousands of pages
16         that you have produced.
17                    MR. McGAHA:  Okay.
18                    MS. MASSIMI:  I wish that these
19         were Bates stamped, it would make it
20         much more streamlined, because right
21         now, you are reading from a document,
22         and I technically don't know what this
23         is.
24                    But fine.  Let's just proceed.
25                    MR. McGAHA:  Okay.  Thank you.
```

Alpha Reporting                    800-556-8974
A Veritext Company                 www.veritext.com

```
 1                    [!WITNESS NAME]
 2         Q.      Does this document say that you
 3    must report harassment to your manager or to
 4    management or HR?
 5         A.      Yes.
 6         Q.      All right.  What does must mean,
 7    as far as you understand it to be?  What is
 8    the definition of the word must, in your
 9    opinion?
10         A.      You should.
11         Q.      You should?
12         A.      Report.
13         Q.      Is there a difference between
14    should and must?
15         A.      Possibly, depending on the
16    context.
17         Q.      What do you mean by that?  Please
18    explain.  Can you give me an example what you
19    mean by that?
20                 MS. MASSIMI:  Objection.
21                 Which question do you want him to
22         answer?
23         Q.      Can you explain to me, give me --
24    can you give me an example of the difference
25    between should and must, where they might
```

Page 34

```
 1                    [!WITNESS NAME]
 2        mean different things?
 3                    MS. MASSIMI:  Objection.
 4                    You can answer the question.
 5            A.    Must is a definite thing you are
 6        supposed to do, and should is more of a
 7        subjective thing, possibly.
 8            Q.    A definite thing you are supposed
 9        to do, that is what you said?
10            A.    Yeah.
11            Q.    So another word for must means
12        that it is a requirement?
13            A.    Yes.
14            Q.    All right.  If we look down to
15        the next section, which says retaliation
16        prohibited, do you see that?
17            A.    Yes.
18            Q.    It says there will be no
19        retaliation against any employee who reports
20        a claim or incident of sexual or other
21        harassment or against any employee who
22        participates as a witness in a harassment
23        investigation.
24                    Any employee who feels that he or
25        she has been subjected to retaliation must
```

Page 35

```
1                    [!WITNESS NAME]
2        immediately make a report to management or
3        HR.  Is that what it says?
4              A.     Yes.
5              Q.     Did you understand that to be the
6        policy while you were at FedEx?
7              A.     Yes.
8              Q.     Did you also understand it to be
9        the policy of FedEx, that you were required
10       to report incidents of discrimination and
11       harassment when they occurred?
12             A.     Yes.
13             Q.     Okay.  All right.
14                    Did you report retaliation during
15       your employment with FedEx?
16             A.     Yes.
17             Q.     To whom?
18             A.     HR.
19             Q.     Who in HR?
20             A.     Lance.  I don't know his last
21       name.
22             Q.     Lance.  Could it be Lance Reyes?
23             A.     Yes.
24             Q.     Do you recall when that occurred?
25             A.     No.  I can't recall.
```

Alpha Reporting                     800-556-8974
A Veritext Company                www.veritext.com

```
 1                    [!WITNESS NAME]
 2          Q.     Can you explain to me what
 3    retaliation means to you?
 4          A.     Retaliation, to me, is when
 5    someone treats you differently after you make
 6    a report that could end in termination.
 7          Q.     Okay.  If someone treats you
 8    differently after you make a report that
 9    could end in termination -- I am not sure I
10    understand your answer --
11               MS. MASSIMI:  Objection.
12          Q.     -- so I am going to ask some more
13    questions.
14               MS. MASSIMI:  Objection.
15          Q.     I am not sure I understood that
16    answer, so I am going to ask you some more
17    questions, to make I understand what you're
18    saying, okay?
19               You said that retaliation is when
20    someone treats you differently after you make
21    a report.  That is what you said?
22          A.     Yes.
23          Q.     Report of what?
24          A.     Harassment.
25          Q.     Okay.  And would the someone be
```

Page 37

```
 1                    [!WITNESS NAME]
 2       any employee, or would it be a member of
 3       management?
 4            A.    It would be a member of
 5       management.
 6            Q.    So you're saying that when a
 7       member of management treats you differently
 8       after you made a report of harassment, that
 9       would be retaliation?
10                 MS. MASSIMI:  Objection.
11                 You can answer the question.
12            A.    Yes.
13            Q.    Okay.  Would the treatment have
14       to be based on your membership in a protected
15       class?
16                 MS. MASSIMI:  Objection.
17            Objection.
18                 I am not going to let him answer
19            that specific question.
20                 MR. McGAHA:  He has to answer the
21            question.  He can --
22                 MS. MASSIMI:  No.  That is a very
23            specific legal question.
24                 You are asking him if the
25            retaliation would have to be based on
```

Alpha Reporting                    800-556-8974
A Veritext Company              www.veritext.com

```
 1                    [!WITNESS NAME]
 2           his member in a protected class, or if
 3           the discrimination would have to be
 4           based on his member in a protected
 5           class.
 6                    MR. McGAHA:  Let me clarify my
 7           question.
 8           Q.     What I am asking you is:  Do you
 9      believe that it is a retaliation if you are
10      being treated differently by a member of
11      management?  Do you believe that the
12      difference in being treated differently has
13      to be because of your membership in a
14      protected class, meaning, for example, your
15      race?
16                    MS. MASSIMI:  Objection.
17                    I am not going to let him answer
18           that question, because what you are
19           doing is you are asking him whether
20           retaliation is the same as
21           discrimination.
22                    MR. McGAHA:  I am asking him what
23           he believes retaliation is.
24                    MS. MASSIMI:  You are asking him
25           a leading question, and you are
```

Page 39

```
 1                    [!WITNESS NAME]
 2          incorrectly defining retaliation.
 3                  In fact, retaliation can be when
 4          someone makes a complaint of
 5          discrimination and there needs to be a
 6          good faith basis for having made the
 7          complaint of discrimination.
 8                  The retaliation itself, in fact,
 9          is not what you just described it as, so
10          I am not going to allow him to answer
11          that specific question.
12                  MR. McGAHA:  So you are not
13          going -- you are not -- are you
14          instructing the witness not to answer
15          the question?
16                  MS. MASSIMI:  If the question --
17          if the question is whether his
18          understanding is that retaliation --
19                  MR. McGAHA:  I am asking --
20                  MS. MASSIMI:  -- has to be based
21          on his status as a member in a protected
22          class, yeah, I am not going to let him
23          answer that question.
24                  MR. McGAHA:  Okay.
25                  MS. MASSIMI:  Because the premise
```

Page 40

```
1              [!WITNESS NAME]
2         of that question is legally incorrect.
3              MR. McGAHA:  Okay.  For the
4         record, she is instructing her
5         witness -- Ms. Massimi is instructing
6         her witness not to answer the question I
7         just asked, and that question is
8         essentially what his definition of
9         retaliation is, and does it have to be
10        based on his membership in a protected
11        class.  That is what I am asking him.
12             MS. MASSIMI:  Right.  And he has
13        answered the first part of that
14        question.
15             MR. McGAHA:  And he did not
16        answer the second part.
17             MS. MASSIMI:  Right, because the
18        premise of that question is legally
19        incorrect.
20             MR. McGAHA:  Can you let me
21        finish?
22             MS. MASSIMI:  Sure.  Go ahead.
23             MR. McGAHA:  He has been
24        instructed -- the witness, Mr. Campbell,
25        has been instruct by his attorney,
```

Page 41

```
1                          [!WITNESS NAME]
2              Ms. Massimi, not to answer the question
3              about whether or not the discrimination
4              or harassment that is the basis for the
5              retaliation has to be based on his
6              membership in a protected class.
7                     MS. MASSIMI:  That is a different
8              question.  That is not the question you
9              initially asked.
10                    I don't think it is funny.  I
11             mean, that is not the question you
12             initially asked.
13                    If you want to ask that question,
14             that is different.
15             Q.    Mr. Campbell, do you believe,
16        based on your own understanding, that in
17        order for the retaliation to occur, that the
18        underlying discrimination or harassment has
19        to be based on your membership in a protected
20        class, meaning your race?
21                    MS. MASSIMI:  Objection.
22                    You can answer the question.
23             A.    No.
24             Q.    Okay.  That was the question I
25        asked from the very beginning.
```

Page 42

```
 1                    [!WITNESS NAME]
 2              MS. MASSIMI:  It wasn't.  My
 3         understanding is that --
 4              MR. McGAHA:  Ms. Massimi, it is
 5         his deposition, not yours.  Thank you.
 6              MS. MASSIMI:  You are correct.
 7              And he is here, and he is happy
 8         to answer your questions.  Let's not get
 9         into an argument.
10              MR. McGAHA:  Exactly, please.
11              MS. MASSIMI:  Right.
12              MR. McGAHA:  There is no need for
13         you to speak.  Just make your objection.
14              The rules are clear, you cannot
15         make speaking objections during a
16         deposition.
17              Make an objection on the record,
18         and if you want to instruct your client
19         not to answer, say that, and that is
20         fine; you can make a record of that.
21         But do not make speaking objections.  We
22         are going to be here all day, if you do.
23              MS. MASSIMI:  You have already
24         said that we are going to be here all
25         day.
```

```
 1                    [!WITNESS NAME]
 2              What I just said was not a
 3         speaking objection, it was a response to
 4         your statement that the question you
 5         initially asked was the same as the
 6         question you ended up modifying.
 7         Q.    Mr. Campbell, what does this
 8    document appear to be?
 9         A.    It appears to be an EEOC
10    complaint process.
11         Q.    Okay.  For who?
12         A.    For FedEx employees.
13         Q.    Okay.  And were you familiar,
14    while you were employed with FedEx, with the
15    IEEO complaint process?
16         A.    No.
17         Q.    Had you ever heard of the IEEO
18    complaint process?
19         A.    No.
20         Q.    Did you file an IEEO with FedEx?
21         A.    Yes.
22              MS. MASSIMI:  I am sorry.  Can
23         you please put on the record what the
24         exhibit number that you are asking
25         about?
```

Alpha Reporting                          800-556-8974
A Veritext Company                    www.veritext.com

```
 1                  [!WITNESS NAME]
 2              MR. McGAHA:  I am not asking
 3         about the document, I am asking him
 4         general questions about whether or not
 5         he was familiar with the process and
 6         whether or not he filed an IEEO.
 7              MS. MASSIMI:  Okay.
 8              MR. McGAHA:  We will get to the
 9         document.
10              MS. MASSIMI:  But for the
11         document, you have a document in front
12         of him.
13              MR. McGAHA:  I am not asking
14         about the document.
15              MS. MASSIMI:  You just asked if
16         he recognized this document.
17              MR. McGAHA:  And then I asked him
18         whether -- he said he didn't recognize
19         it.
20              We are not talking about a
21         document now.
22              MS. MASSIMI:  All I am asking is
23         that you put on the report the number of
24         exhibit that you have handed to him, so
25         that we can keep track of it in the
```

Page 45

```
 1                    [!WITNESS NAME]
 2          transcript.  That is it.
 3          Q.     Mr. Campbell, did you file an
 4    IEEO while you were employed with FedEx?
 5          A.     During my GFT, Nan told me that
 6    she would file an EEOC complaint for me after
 7    I was terminated.
 8          Q.     Who is Nan?
 9          A.     Nan was the regional manager, I
10    believe, at the time.
11          Q.     She said she would file an EEOC
12    complaint for you?
13          A.     Yes.
14          Q.     Do you mean an IEEO complaint?
15          A.     I am actually not sure.
16          Q.     Do you know the difference
17    between an IEEO complaint and an EEOC
18    complaint?
19          A.     No.
20          Q.     All right.  So the document that
21    I handed you is a document that we are going
22    to mark as Exhibit 6, is the internal EEO
23    complaint process.  Do you see that?
24          A.     Yes.
25          Q.     All right.  Now you did testify
```

Page 46

```
 1                    [!WITNESS NAME]
 2       earlier that you received a copy of the
 3       handbook, and that you also testified that
 4       you understood the policies in the handbook,
 5       didn't you?
 6                    MS. MASSIMI:  Objection.
 7                    You can answer the question.
 8            A.     Yes.
 9            Q.     Yes?
10            A.     Yes.
11            Q.     To both, you received a copy of
12       the handbook and you could always access the
13       policies in the handbook, correct?
14                    MS. MASSIMI:  Objection.
15                    You can answer.
16            A.     Yes.
17            Q.     All right.  Thank you.  All
18       right.
19                    If you look with me after the
20       first paragraph -- excuse me, not the first
21       paragraph, it is the first paragraph of the
22       section that is titled initiating an IEEO
23       discrimination, harassment or retaliation
24       complaint.  Do you see that?
25            A.     Yes.
```

Page 47

```
 1                    [!WITNESS NAME]
 2          Q.     It says all allegations are
 3     discriminatory.  Harassing or retaliatory
 4     employment practices are subject to the IEEO
 5     complaint process.  Such allegations include
 6     those involving sexual harassment and those
 7     based on an employee's race.  And it goes on
 8     to explain or list other memberships in
 9     protected classes.  Do you see that?
10          A.     Yes.
11          Q.     And if you look at the next
12     paragraph, it says employees who wish to
13     initiate an internal employment
14     discrimination, harassment or retaliation
15     complaint should properly discuss their
16     concerns with a member of management or HR.
17     Do you see that?
18          A.     Yes.
19          Q.     And an employee may also initiate
20     an IEEO complaint without first discussing
21     his or her concerns with management or HR by
22     either completing an online questionnaire in
23     the HR people hub system or submitting an
24     IEEO packet to the HR service department or
25     their HR advisors or representative.  Do you
```

Page 48

```
1                    [!WITNESS NAME]
2         see that?
3              A.    Yes.
4              Q.    Was it your understanding, while
5         you were employed with FedEx, that you could
6         initiate an IEEO or, in other words, that you
7         could complain about harassment and/or
8         discrimination without having to notify
9         management directly?
10                   MS. MASSIMI:  Objection.
11                   You can answer the question.
12             A.    Can you rephrase that question?
13             Q.    Sure.  Was it your understanding,
14        while you were worked at FedEx, that you
15        could report harassment and/or discrimination
16        without having to tell your manager about it?
17             A.    I was not aware of that.
18             Q.    Okay.  So you thought that -- I
19        want to make sure I understand what you're
20        saying.
21                   Are you testifying that you
22        thought that the only way that you could
23        report harassment and/or discrimination was
24        to notify your manager or a manager about it?
25             A.    Yes.
```

Alpha Reporting                    800-556-8974
A Veritext Company                 www.veritext.com

```
 1                        [!WITNESS NAME]
 2            Q.    Okay.  So are you testifying that
 3       you -- I thought you said -- you testified
 4       earlier -- I am just trying to make sure I
 5       understand what your testimony is here.
 6                 I thought you testified earlier
 7       that you understood that you could notify HR,
 8       for example, if you believed you were being
 9       harassed, discriminated or harassed or
10       discriminated against?
11                 MS. MASSIMI:  Objection.
12            A.    I am sorry, I didn't get the
13       question.
14            Q.    All right.  I will rephrase it,
15       or I will repeat.
16                 I thought you testified earlier
17       that you understood that you could notify
18       human resources, for example, if you believed
19       that you were being discriminated or
20       harassed?
21            A.    Yes.
22            Q.    Okay.  But then you just
23       testified that -- I want to make sure I
24       understand, you just testified that you
25       believed that the only way you could report
```

Page 50

```
 1                  [!WITNESS NAME]
 2          discrimination or harassment was to actually
 3          tell your manager or a manager, so these two
 4          things don't make --
 5              A.    HR is not on site when things are
 6          happening, so it is very hard to get in touch
 7          with HR.  So you would want to report to your
 8          manager if something happened, so that is why
 9          I said that.
10              Q.    Okay.  But you understood, just
11          to clarify, that telling your manager was not
12          the only way to report harassment or
13          discrimination, correct?
14                  MS. MASSIMI:  Objection.
15                  You can answer the question
16          again.
17              A.    Yes.
18              Q.    And this is the IEEO complaint
19          process indicated, that in addition to
20          notifying a member of management or HR, you
21          could also fill out an online
22          questionnaire --
23                  MS. MASSIMI:  Objection.
24              Q.    -- correct?
25                  MS. MASSIMI:  Objection.
```

Alpha Reporting                    800-556-8974
A Veritext Company              www.veritext.com

```
 1                    [!WITNESS NAME]
 2            Q.    Isn't that what this policy says,
 3       that you are looking at?
 4            A.    I am sorry.  Where does it say?
 5            Q.    The policy says --
 6                  MS. MASSIMI:  Where does it say
 7            that, he said?
 8            Q.    The policy says, in the second
 9       paragraph of the initiating an IEEO
10       discrimination, harassment or retaliation
11       complaint section, second paragraph.
12                  The second paragraph, the second
13       sentence of the second paragraph says, an
14       employee may also initiate an IEEO complaint
15       without first discussing his or her concerns
16       with management or HR, by either completing
17       an online questionnaire in the HR people hub
18       system or submitting IEEO employee packet to
19       the HR services department or their HR
20       advisor slash representative.  Do you see
21       that?
22            A.    Yes.
23            Q.    All right.  So does this indicate
24       that in addition to notifying your manager,
25       in addition to notifying HR directly, you
```

Alpha Reporting                    800-556-8974
A Veritext Company                 www.veritext.com

```
 1                    [!WITNESS NAME]
 2        could file a complaint of discrimination or
 3        harassment online?  Is that what that says?
 4             A.    Yes.
 5             Q.    Did you know that, while you were
 6        employed with FedEx?
 7             A.    No.
 8             Q.    You didn't know that?
 9             A.    No.
10             Q.    Okay.  Did you -- when you
11        acknowledged that you read that handbook and
12        understood the policies, did you read the
13        policies?
14             A.    A lot of times, managers would
15        just tell you to hurry up and get it done, so
16        no, I didn't go through everything line for
17        line.
18             Q.    I think that the date of the
19        acknowledgment was before you actually
20        started, right, wasn't it?
21                    MS. MASSIMI:  Started where?
22             Q.    Let's go back to Exhibit -- let's
23        look at three.  All right.
24                    At the very top, where it says
25        that you acknowledge that you received a copy
```

Alpha Reporting                    800-556-8974
A Veritext Company                 www.veritext.com

```
 1                    [!WITNESS NAME]
 2        of the handbook, what is the date of that?
 3              A.     It says the third.
 4              Q.     Of what day?
 5              A.     April, 2017.
 6              Q.     And you testified earlier that
 7        you started when?
 8              A.     The first was officially my first
 9        day.
10              Q.     Okay.
11                     MS. MASSIMI:  Okay.  If you can
12              just read the complete title of that
13              document for the record.
14                     The title that you just
15              paraphrased is not the title of this
16              document.
17                     MR. McGAHA:  I am looking at what
18              has been marked as Exhibit 3.
19                     MS. MASSIMI:  Okay.
20                     MR. MCGAHA:  It is going to be in
21              the record, the title of the document.
22                     MS. MASSIMI:  I mean, right.  It
23              is not Bates stamped, again.
24                     MR. McGAHA:  It doesn't matter.
25                     MS. MASSIMI:  I does matter.
```

Page 54

```
 1                    [!WITNESS NAME]

 2              MR. McGAHA:  It does not matter.

 3              I don't have to -- there is no

 4         requirement that I have to have Bates

 5         stamped documents at a deposition.

 6              MS. MASSIMI:  Okay.  Sure.

 7         Q.    So when you said your first day

 8    was April the 1st?

 9         A.    Yes.

10         Q.    And you said that your first day,

11    you were not allowed to read the handbook, or

12    you were rushed?

13              MS. MASSIMI:  Objection.

14         Objection.

15              Don't mischaracterize his

16         testimony.

17              MR. McGAHA:  If I -- what I am

18         saying is not what he said, he can tell

19         me.

20         Q.    I am telling you what I thought I

21    heard you say, so if I do not hear you say

22    that, please let me know.

23              Does that make sense,

24    Mr. Campbell?

25         A.    Yes.
```

Page 55

```
 1                    [!WITNESS NAME]
 2          Q.     All right.  Thank you.
 3                 You testified that when I asked
 4      you whether or not you got a chance to read
 5      the handbook, you said that you were rushed
 6      by management.  Is that what you said?
 7                 MS. MASSIMI:  Objection.
 8                 You can answer the question.
 9          A.     When I received the handbook, it
10      was when I first started the job.
11          Q.     Okay.
12          A.     They make you fill out a lot of
13      paperwork and documents.
14          Q.     Understood.  But this document
15      says that by clicking, I accept below, you
16      acknowledged that you have read and
17      understood the above notice and received a
18      copy of the handbook, correct?
19          A.     Yes.
20          Q.     So do you -- did you read the
21      handbook before you clicked the I accept?
22          A.     I am sorry.  Ask the question
23      again.
24          Q.     Did you read the handbook before
25      you clicked, I accept?
```

Alpha Reporting                          800-556-8974
A Veritext Company                     www.veritext.com

```
 1                    [!WITNESS NAME]
 2           A.      The handbook has a lot of pages,
 3      so I skimmed through it.
 4           Q.      It is a yes or no question.
 5                   MS. MASSIMI:  Don't cut him off.
 6           Please let the witness answer the
 7           question.
 8                   MR. McGAHA:  No.  He needs to
 9           answer the question that I asked him.
10                   MS. MASSIMI:  Excuse me, excuse
11           me.  Please do not cut the witness off.
12                   Can you please allow him to
13           answer the question that you asked?
14                   MR. McGAHA:  I am going to --
15           exactly.  Have the witness answer the
16           question that I asked.
17                   MS. MASSIMI:  Right.  But
18           don't -- Mr. McGaha, you cannot
19           interrupt him.
20                   MR. McGAHA:  Ms. Massimi, it is
21           his deposition, not yours.
22                   MS. MASSIMI:  Correct.
23                   Please do not interrupt him.
24           Please allow him to answer the question.
25                   Can you please read the question
```

Page 57

```
 1                    [!WITNESS NAME]
 2          back?
 3              Q.    Mr. Campbell, if I ask you a yes
 4          or no question, please answer the question
 5          yes or no.
 6                  MS. MASSIMI:  No, he does not
 7              have to do that.  He does not have to,
 8              Mr. McGaha.  That is improper.
 9              Q.    Mr. Campbell, if I ask you a yes
10          or no question, please answer the question
11          yes or no.
12                  If you need to elaborate, that is
13          fine, but we want to make sure that we get
14          the answers to the questions that I asked,
15          and not the answers to other questions that I
16          did not ask.  Does that make sense?
17              A.    Yes.
18                  MS. MASSIMI:  And now you are
19              giving conflicting instructions.  You
20              are telling him that if you ask a yes or
21              no question, that he should answer with
22              a yes or no, but that if he needs to
23              elaborate, he should elaborate.
24                  He is going to answer the
25              question truthfully.  He is here to give
```

Page 58

```
 1                    [!WITNESS NAME]
 2          truthful testimony.
 3               Q.    Mr. Campbell, did you read the
 4          handbook before you clicked the I accept?
 5               A.    I skimmed through the handbook.
 6               Q.    So is the answer yes or no?
 7               MS. MASSIMI:  Objection.  He has
 8          answered the question.
 9               Q.    Did you read the handbook before
10          you clicked, I accept?
11               MS. MASSIMI:  Objection, asked
12          and answered.
13               MR. McGAHA:  It has not been
14          answered.
15               MS. MASSIMI:  Yes, it has.
16               MR. McGAHA:  The answer is either
17          yes or no.
18               MS. MASSIMI:  He has answered the
19          question.
20               You can answer the question
21          again.
22               A.    There is a lot of pages in the
23          handbook.
24               Q.    I didn't ask about the number of
25          pages.
```

Page 59

```
 1                  [!WITNESS NAME]

 2                  MS. MASSIMI:  Please stop

 3             interrupting the witness, Mr. McGaha.

 4             That is not permitted.

 5                  MR. McGAHA:  That is not the

 6             question that I asked.

 7                  MS. MASSIMI:  Please do not argue

 8             with the witness, Mr. McGaha.  He is

 9             answering your questions.

10             Q.    Mr. Campbell, did you read the

11        handbook before you click I accept; yes or

12        no?

13                  MS. MASSIMI:  Objection.

14                  You can answer the question

15             again.

16             A.    Let me try this again.

17                  There is a lot of pages in the

18        handbook, and you have to get -- you have to

19        get this done by a certain time, so I didn't

20        go through every line and every page.

21             Q.    So you did not read the entire

22        handbook?

23                  MS. MASSIMI:  Objection.

24             Q.    Is that true?

25                  MS. MASSIMI:  Objection.
```

Page 60

```
 1                    [!WITNESS NAME]
 2          Q.    You did not read the entire
 3     handbook before you clicked I accept?
 4               MS. MASSIMI:  Which question do
 5          you want him to answer?
 6          Q.    Isn't it true that you did not
 7     read the entire handbook before you clicked I
 8     accept?
 9               MS. MASSIMI:  Objection.
10               You can answer the question
11          again.
12          A.    Can you ask the question again?
13          Q.    Is it true that you did not read
14     the entire handbook before you clicked I
15     accept?
16               MS. MASSIMI:  Objection.
17               You can answer as the question
18          again.
19          A.    I read enough of the handbook in
20     the allotted time that I was given.
21          Q.    I asked you a yes or no question.
22               MS. MASSIMI:  Mr. McGaha, he
23          answered your question.
24               MR. McGAHA:  He has not answered
25          my question.
```

Page 61

```
 1                    [!WITNESS NAME]
 2              MS. MASSIMI:  Yes, he has.
 3        Q.    Do you read the entire handbook
 4     before you clicked I accept, yes or no?
 5              MS. MASSIMI:  Objection.
 6              You can answer the question
 7        again.
 8        A.    In the allotted the time that I
 9     was given, I read the handbook.
10        Q.    Who gave you -- when you say the
11     allotted time you were given, how much time
12     were you given?
13        A.    There is a certain amount of
14     time.
15              You don't work all day when you
16     are new.  They give a certain amount of time
17     to complete this paperwork and whatever
18     training that they give you.
19        Q.    How much time did they give you?
20        A.    FedEx, I don't recall.
21        Q.    Who is they, when you say they?
22        A.    FedEx.
23        Q.    Who at FedEx?
24        A.    Management.
25        Q.    Who?
```

```
 1                    [!WITNESS NAME]
 2          A.     I don't recall.
 3          Q.     You don't remember who gave you
 4      an allotted amount of time, but someone gave
 5      you an allotted amount of time to read the
 6      handbook?
 7          A.     Yes.  It was 2017.  I don't
 8      remember.
 9          Q.     And you don't remember how much
10      time you were given?
11          A.     No.  It wasn't eight hours.
12          Q.     It was not eight hours?
13          A.     No.
14          Q.     Do you remember about how long it
15      was?
16          A.     I don't remember.
17          Q.     In any case, you were still --
18      you still had access to the handbook
19      throughout your employ with FedEx?
20          A.     Yes.
21          Q.     And you had access to it,
22      correct?
23          A.     No.
24          Q.     You didn't know how to access the
25      handbook?
```

```
1                     [!WITNESS NAME]
2          A.     No, I didn't.  It wasn't
3     something that we spoke about all the time.
4          Q.     I thought you said --
5          A.     It wasn't common practice.
6          Q.     I thought you testified earlier
7     that you had access to the handbook online?
8          A.     Having access it and knowing how
9     how to access it is two different things.
10          Q.     Okay.  Was there ever an instance
11     where you wanted access to the handbook, and
12     you could not get access to it?
13          A.     No.
14          Q.     Do you ever attempt to access the
15     handbook online during employment with FedEx?
16          A.     I have asked managers for the
17     handbook before when I first started.
18          Q.     Okay.
19          A.     Because I lost it.
20          Q.     Who did you ask?
21          A.     Henry Nunez.
22          Q.     What was his response?
23          A.     He would get to it.  Kind of blew
24     me off.  It is not something that we speak
25     about at FedEx often.
```

Alpha Reporting                    800-556-8974
A Veritext Company                www.veritext.com

```
1                    [!WITNESS NAME]

2              Q.    You said you lost your copy of

3         the handbook?

4              A.    Yes.

5              Q.    When did that happen?

6              A.    I don't remember.

7              Q.    And did you ask anyone else for a

8         copy of the handbook?

9              A.    Someone else like who?

10             Q.    I don't know.  You tell me?

11                   Did you ask anyone else for a

12        copy of the handbook, other than Mr. Nunez?

13             A.    No.

14             Q.    Let's go back to the document

15        that you have in front you, please.

16                   MS. MASSIMI:  Which document?

17             A.    Which one the last document?

18             Q.    That has been marked as Exhibit

19        6.

20                   You testified that you -- that an

21        IEEO was initiated at some point, based on

22        allegations that made, correct?

23             A.    Yes.

24             Q.    All right.  But this was after

25        you were terminated; is that right?
```

Alpha Reporting                    800-556-8974
A Veritext Company              www.veritext.com

```
 1                      [!WITNESS NAME]

 2           A.     Yes.

 3           Q.     All right.  And you said Nan.

 4                  Was it Nan Malebranche that

 5      assisted you with?

 6           A.     Yes, and Lance Reyes.

 7           Q.     And Lance Reyes.

 8                  By the way, what is Nan

 9      Malebranche's race?

10                  MS. MASSIMI:  Objection.

11                  You can answer.

12           Q.     If you know?

13           A.     I am not sure.  I don't want to

14      assume.

15           Q.     Have you ever met her?

16           A.     Yes.

17           Q.     Okay.  But you don't know her

18      race?

19           A.     I don't want to assume.

20           Q.     Okay.  Do you know Lance Reyes'

21      race?

22           A.     He appears to be a black man.

23           Q.     And he was the HR person?

24           A.     Yes.

25           Q.     By the way, did you know that
```

Page 66

```
 1                    [!WITNESS NAME]
 2        Mr. Reyes was the HR advisor for that station
 3        while you were employed there?
 4                A.    Yes.
 5                Q.    When did you learn that?
 6                A.    I don't remember the exact date.
 7                Q.    Was it in 2017?
 8                A.    I am not sure.  I don't remember
 9        so long ago.
10                Q.    But you knew at some point during
11        your employment with FedEx?
12                A.    Yes.
13                Q.    Okay.  And before you were
14        terminated from FedEx?
15                A.    Yes.
16                Q.    Have you ever spoken directly
17        with Mr. Reyes prior to being terminated from
18        FedEx?
19                A.    No.
20                Q.    Did you know how to contact him?
21                A.    No.  I just heard of his name.
22                      We have changed HR people quite a
23        few times.
24                Q.    Okay.  Where was it -- was there
25        an HR person on site while you were there?
```

Page 67

1                    [!WITNESS NAME]

2           A.      No.

3           Q.      So if you wanted to contact HR,

4     how would you go about doing that?

5           A.      I would ask management if they

6     knew a number for me to contact the HR

7     representative.

8           Q.      Okay.  And who in management

9     would you ask?

10          A.      Any manager would be able to

11    provide that information.

12          Q.      Did you ever ask any manager for

13    HR's contact?

14          A.      In regards to?

15          Q.      For anything, while you employed

16    with FedEx?

17          A.      No.

18          Q.      I have handed you a document that

19    is the Acceptable Conduct Policy for FedEx.

20    Do you see that?

21          A.      Yes.

22          Q.      And under the first narrative

23    portion it says FedEx expects all employees

24    to demonstrate the highest degree of

25    integrity, responsibility and professional

Alpha Reporting                    800-556-8974
A Veritext Company              www.veritext.com

```
 1                      [!WITNESS NAME]
 2        conduct at all times.  Do you see that?
 3             A.     Yes.
 4             Q.     By the way, we asked you in your
 5        interrogatories if you -- and request for
 6        production -- if you had any audio recordings
 7        of any of the discussions -- of any
 8        discussions that were relevant to the
 9        allegations in your complaint.  I believe
10        your answer was no.
11                    Is that still your answer today?
12             A.     I am sorry.  Repeat the question.
13             Q.     So did you -- ask you this way.
14                    Did you -- do you have any audio
15        recordings or video recordings of any of the
16        incidents that you allege occurred in your
17        complaint?
18             A.     No.
19             Q.     Okay.  Just curious about that.
20        Thank you.
21                    If you look down sort of towards
22        the middle of the page, it says workplace
23        violence.  Do you see that?
24             A.     Yes.
25             Q.     It says work -- it says workplace
```

Page 69

```
 1                    [!WITNESS NAME]
 2       violence, violent or threatening behavior is
 3       not tolerated in the workplace.  Workplace
 4       violence is any behavior or action that puts
 5       someone in the state of fear or concern for
 6       their safety or the safety of other team
 7       members.  Workplace violence can be physical,
 8       verbal or emotional in nature.  Do you see
 9       that?
10            A.    Yes.
11            Q.    Did you understand that workplace
12       violence was prohibited at FedEx, while you
13       were there?
14            A.    Yes.
15            Q.    Do you recall receiving or
16       reading this part of the policy, part of the
17       handbook, when you received it in April of
18       2017?
19            A.    Yes.
20            Q.    Did you read the entire
21       Acceptable Conduct Policy?
22            A.    Yes.
23            Q.    All right.  Thank you.
24                 If you look down on the next
25       page, it is about, let's see, one, two,
```

Page 70

```
 1                    [!WITNESS NAME]
 2       three, four, five, six, seven, eight bullet
 3       points down.
 4                    MS. MASSIMI:  Again, to be clear,
 5              you are referring to page 95 of Exhibit
 6              7?
 7                    MR. McGAHA:  Yes.
 8                    MS. MASSIMI:  The seventh bullet
 9              point?
10                    MR. McGAHA:  Yes.
11       Q.      Starts with disruptive conduct.
12       Do you see that?
13                    MS. MASSIMI:  Wait, sorry.  That
14              is eight.  That is the eighth bullet
15              point.
16       A.      That is eight.
17       Q.      Do you see the portion of the
18       document that says disruptive conduct?
19       A.      Yes.
20       Q.      Okay.  Disruptive conduct,
21       including fighting while on duty or while on
22       FedEx Express property or at company
23       functions.  All right.
24                    Did you understand that to be
25       prohibited at FedEx?
```

Page 71

```
 1                    [!WITNESS NAME]
 2          A.     Yes.
 3          Q.     And if you skip a bullet point,
 4     and go to the next one, starting with using
 5     violence, it says using violence,
 6     threatening, intimidating, coercive or
 7     abusive language, engaging in violent,
 8     threatening, intimating, coercive, or abusive
 9     behavior, or displaying blatant or public
10     disrespect toward or about any employee,
11     customer, vendor or member of the public
12     while on duty on FedEx property or at offsite
13     company meetings and functions.
14                 Do you understand that to be
15     prohibited by FedEx?
16          A.     Yes.
17          Q.     And then we skip to the next
18     bullet point, there is another one, and then
19     I guess two bullet points down, it says
20     unprofessional, aggressive or rude conduct
21     towards any customer while on duty or in a
22     FedEx Express uniform.  Does it say that?
23          A.     Yes.
24          Q.     Do you understand that to be
25     prohibited?
```

Alpha Reporting                    800-556-8974
A Veritext Company              www.veritext.com

```
 1                    [!WITNESS NAME]
 2          A.     Yes.
 3          Q.     That is all I have for that one.
 4                 All right.  I am going to hand
 5      you another document.
 6                 What I just handed you is a
 7      workday document.
 8                 Are you familiar with workday?
 9          A.     Yes.
10          Q.     The workday?
11          A.     Sounds familiar.
12          Q.     The workday platform is a
13      platform where sort of like general
14      description of each employee, what their
15      history has been, when they started, what
16      their OLCC history and disciplinary history,
17      so on and so forth.
18                 Do you recall being acclimated or
19      being familiarized with both workday while
20      you were with FedEx?
21          A.     Yes.
22          Q.     If you look at the second page --
23      and, by the way, this is -- if you look at
24      the first page of this, is this -- is that
25      your name at the very top, Kevin Campbell
```

Page 73

```
 1                    [!WITNESS NAME]
 2        terminated, is that your employee number at
 3        the top?
 4              A.    Yes.
 5              Q.    If look at the second page of
 6        that document, it has manager history.  Do
 7        you see that?
 8              A.    Yes.
 9              Q.    This is marked FEC-0002.  It has
10        your manager history.
11                    If you look at, I guess, one,
12        two, three, four columns over, under manager
13        history Monty Bovell, terminated, and his
14        employee number, it says managed from 6/16/20
15        to 5/25/21.  Do you see that?
16              A.    Yes.
17              Q.    Was Monty Bovell your manager, in
18        fact, during that time?
19              A.    Not the entire time.
20                    Henry was also my manager.
21              Q.    During the time it says managed
22        from to managed to?
23              A.    Yes.
24              Q.    Henry Nunez is listed under
25        Mr. Bovell.  Do you see his name?
```

Page 74

```
 1                    [!WITNESS NAME]

 2           A.    Yes.

 3           Q.    It says from 4/2/2017 to

 4      6/15/2020.  Is that what it says?

 5           A.    Yes.

 6           Q.    Does that sound about right, as

 7      far --

 8           A.    That sounds about right.

 9           Q.    Okay.  And I believe you

10      testified to this, but what is Mr. Nunez's

11      race, as far as you know?

12           A.    I don't want to make an

13      assumption, but I would say, if I must,

14      Hispanic.

15           Q.    I believe that is what you

16      alleged in your complaint, that he is

17      Hispanic.  Is that your understanding today?

18           A.    Yes.

19           Q.    And Mr. Bovell, what is his race,

20      as far as you know?

21           A.    Black.

22           Q.    He was your direct manager,

23      correct, from approximately June 6, 2020

24      until the day you were terminated?

25           A.    Yes.
```

Alpha Reporting                          800-556-8974
A Veritext Company                    www.veritext.com

```
 1                      [!WITNESS NAME]
 2           Q.      Did you see him every day when
 3      you were at work?
 4           A.      Who are we referring to?
 5           Q.      Thank you for clarifying.
 6                   Let's start with Mr. Nunez.
 7                   When Mr. Nunez was your manager,
 8      how often did you see him?
 9           A.      Every day --
10           Q.      Okay.
11           A.      -- that I worked and he worked.
12           Q.      And you were a full-time
13      employee; is that correct?
14           A.      Yes.
15           Q.      How many days a week did you
16      work?
17           A.      Five.
18           Q.      And you saw him, you said, every
19      day that you worked?
20           A.      Yes.
21           Q.      So, approximately, how many hours
22      per week did you work, on average?
23           A.      At least 35 hours.
24           Q.      Okay.  All right.
25                   And when Mr. Bovell became your
```

Page 76

```
 1                    [!WITNESS NAME]
 2      manager, were you still a full-time employee?
 3            A.      Yes.
 4            Q.      About the same schedule that you
 5      had before Mr. Nunez was your supervisor?
 6            A.      No.
 7            Q.      How did your schedule change with
 8      Mr. Bovell?
 9            A.      They began to start cutting my
10      hours.
11            Q.      After Mr. Bovell?
12            A.      Management, I don't know who was
13      responsible, but my hours started to get cut.
14            Q.      When you say your hours started
15      to get cut, how were they cut?  How did they
16      change?
17            A.      They would tell me I would need
18      to finish my route faster than normal.  I
19      need to get back into the building, and I
20      needed to punch out early.
21            Q.      Who is they?
22            A.      Management.
23            Q.      Who in management told you that?
24            A.      Monty, Henry.  Anyone that had
25      authority over me, they wanted me off the
```

Page 77

```
 1                    [!WITNESS NAME]
 2      road early, because I didn't drive.
 3           Q.     And when did this start
 4      happening?
 5           A.     It happened a few times over the
 6      years that I was there.  It kind of depended
 7      on the mood of the managers.
 8                  Maybe if it was a lot of work,
 9      they would allow me to stay longer, but for
10      the most part, they always wanted me off the
11      road early.
12           Q.     I asked you when it started, I
13      didn't ask you how many times it started.
14           A.     2018.
15           Q.     During the time that Monty Bovell
16      was your manager, who was your supervisor?
17           A.     Monty was my manager in 2020.
18           Q.     Okay.  So Henry Nunez was your
19      manager at the time?
20           A.     Yes.
21           Q.     I thought you testified earlier
22      that when I asked you about Monty, you said
23      then they started cutting my hours.
24                  So when did they start cutting
25      your hours?  Who was your manager at the time
```

Page 78

```
 1                    [!WITNESS NAME]
 2        they started cutting your hours?
 3             A.    Henry Nunez.
 4             Q.    You don't know who cut your
 5        hours, you said, right?
 6             A.    No.
 7             Q.    You said it happened a few times?
 8             A.    Yes.
 9             Q.    So you worked from 35 hours in
10        these few instances to how many hours?
11             A.    It varies.
12             Q.    Okay.  All right.  We are done
13        with that one.
14                   All right.  Do you see the
15        document that is in front of you?
16             A.    Yes.
17             Q.    What does it appear to be?
18             A.    Complaint.
19                   MR. McGAHA:  I am going to mark
20        this as Exhibit 9, please.
21             Q.    Is this the complaint that you
22        filed against FedEx and Mr. Eric Wanders?
23             A.    Yes.
24             Q.    If you turn with me to --
25                   MS. MASSIMI:  This is the
```

Alpha Reporting                800-556-8974
A Veritext Company            www.veritext.com

```
 1                    [!WITNESS NAME]
 2           complaint that was filed to initiate
 3           this lawsuit, not the GFT form, just for
 4           the record.
 5                    MR. McGAHA:  Yes.
 6           Q.    It is the complaint that you
 7      filed against FedEx and Mr. Eric Wanders in
 8      Federal Court here in New York; is that
 9      right?
10           A.    Yes.
11           Q.    Case Number 1- -- 1-22-cv-07663
12      DLI, and then MMH?
13           A.    Yes.
14           Q.    If you will look with me at
15      paragraph 15, which is on page 2, bottom of
16      page 2, it says Bovell, Ontaneda, Bradley,
17      Pasqualicchio, Mejia and Wanders had
18      supervisory authority over Plaintiff, and had
19      the authority to change the terms and
20      conditions of Plaintiff's employment up to
21      and including terminating plaintiff's
22      employment.
23                    Eric Wanders had final decision
24      making authority over the decision to
25      terminate employees, and upon information and
```

Page 80

```
 1                    [!WITNESS NAME]
 2      belief made the final decision to terminate
 3      Plaintiff's employment.
 4                    Are you saying that Wanders could
 5      terminate you on his own, without any input
 6      from anyone else?
 7                    MS. MASSIMI:  Objection.
 8                    You can answer the question.
 9           A.    As far as I am aware, he would
10      have the final say, because he was the senior
11      manager.
12           Q.    Okay.  What gives you that
13      impression?  Why do you believe that?
14           A.    The senior manager is in charge
15      of the station.
16           Q.    Do you know what the termination
17      procedures are at FedEx?
18           A.    No.
19           Q.    Paragraph 22, it says in 2018,
20      Nunez began cutting Campbell's hours without
21      legitimate explanation, to the detriment of
22      Campbell and other workers, since there was a
23      great deal of work to complete.  Do you see
24      that?
25           A.    Yes.
```

Page 81

```
 1                      [!WITNESS NAME]
 2           Q.     Who were the other workers you
 3      are referring to?
 4           A.     I had other workers on my belt,
 5      but I was specifically speaking about the guy
 6      that I worked with, Nico.
 7           Q.     Okay.  Who is Nico?
 8           A.     Nico is the driver that I worked
 9      with on a day-to-day basis.
10           Q.     So they cut his hours, as well?
11           A.     They cut my hours.
12           Q.     But your allegation here is that
13      to the detriment of Campbell and other
14      workers, since there was a great deal of work
15      to complete.  You appear to be alleging that
16      they cut your hours and other peoples' hours?
17                MS. MASSIMI:  No.  Objection.
18                MR. McGAHA:  Excuse me?  Excuse
19           me?
20                MS. MASSIMI:  Objection.
21                MR. McGAHA:  Excuse me?  He --
22           look.
23                MS. MASSIMI:  Objection.  That is
24           not what that says.
25                MR. McGAHA:  Can we go off the
```

Alpha Reporting                    800-556-8974
A Veritext Company               www.veritext.com

```
 1                    [!WITNESS NAME]

 2           record?

 3                    MS. MASSIMI:  I would prefer to

 4           stay on the record, if that is okay.

 5                    MR. McGAHA:  Fine.

 6                    MS. MASSIMI:  Great.

 7                    MR. McGAHA:  Ms. Massimi, I have

 8           been very, very patient and lenient with

 9           you so far about testifying for your

10           client.  Please don't do that anymore.

11                    I am asking your client

12           questions.  This is being video

13           recorded.  We need to produce it to the

14           court we can.  I hope I don't have to do

15           that.

16                    But I am asking you please do not

17           testify for your client.  If he does not

18           know the answer to the question, he can

19           say, I don't know the answer.

20                    If he doesn't understand a

21           question, he can say, I don't understand

22           the question.

23                    If you object, you just make an

24           objection on the record.  Please don't

25           make any more speaking objections.
```

Page 83

```
 1                    [!WITNESS NAME]
 2              MS. MASSIMI:  Are you --
 3              MR. McGAHA:  Please don't
 4      characterize my question to your client.
 5              MS. MASSIMI:  Are you done?
 6              MR. McGAHA:  Please allow your
 7      client to answer the question without
 8      you speaking before he gets a chance to.
 9              MS. MASSIMI:  Are you done?
10              MR. McGAHA:  I am not done.
11              MS. MASSIMI:  When you are done,
12      let me know, because I am going to
13      respond.
14              MR. McGAHA:  All right.
15              If you don't do that, we are
16      going to have to end the deposition.  I
17      am going to have to come back.
18              We are going to have to go before
19      the court.  The court is going to have
20      to intervene.
21              I am going to ask for my fees for
22      having to travel to New York to take
23      this deposition of your client and you,
24      because you are testifying for him.
25              So please refrain from answering
```

1                    [!WITNESS NAME]

2          questions for your client or

3          characterizing my question to him.

4                  The question doesn't make sense,

5          if he doesn't know the answer, he can

6          say that, not you.

7                  I am done.

8                  MS. MASSIMI:  Okay.

9                  MR. McGAHA:  For now.

10                 MS. MASSIMI:  Mr. McGaha, your

11         threats are empty.

12                 If you would like to call the

13         court and have the court intervene now,

14         you may do so.

15                 MR. McGAHA:  We might have to do

16         that.

17                 MS. MASSIMI:  Mr. McGaha, I

18         allowed you to make your speech.

19                 Please let me respond, so that

20         the record can be clear.

21                 There is no reason for you to

22         have been patient or lenient with us.

23                 The witness is here answering all

24         of your irrelevant questions, and he is

25         going to continue to do so.

Alpha Reporting                 800-556-8974
A Veritext Company              www.veritext.com

```
 1                    [!WITNESS NAME]
 2                    What he is not going to do, and
 3            what I am not going to allow, is for you
 4            to mischaracterize his complaint and
 5            insult our intelligence.  That is not
 6            going to happen.
 7                    You may proceed now.
 8       Q.    Mr. Campbell, paragraph 22 says
 9   in 2018, Nunez began cutting Campbell's hours
10   without legitimate explanation, to the
11   detriment of Campbell and other workers,
12   right?  Is that what it says?
13       A.    Yes.
14       Q.    So you appear to be alleging here
15   that your hours were cut, and that other
16   employees' hours were cut.  That is what you
17   are alleging here, yes or no?
18                    MS. MASSIMI:  Objection.
19                    You can answer the question.
20       A.    My hours were cut and affected --
21       Q.    That is a yes or no question.
22                    MS. MASSIMI:  Mr. McGaha, do
23            not -- Mr. McGaha, do not interrupt the
24            witness.
25                    MR. McGAHA:  I am going to allow
```

Alpha Reporting                    800-556-8974
A Veritext Company              www.veritext.com

```
 1                  [!WITNESS NAME]

 2          the witness to make statements and

 3          answer questions that I did not ask.

 4                  MS. MASSIMI:  He is not doing

 5          that.

 6                  MR. McGAHA:  Unless we are going

 7          to be here all today.

 8                  MS.  MASSIMI:  Mr. McGaha, you

 9          have already threatened for us to be

10          here all day.

11                  MR. McGAHA:  I am not --

12                  MS. MASSIMI:  Mr. McGaha, all you

13          are doing is making empty threats.

14                  You are not permitted to

15          interrupt him.  Now that is a concrete

16          basis for us to call the court.

17                  Do not interrupt the witness.  He

18          is answering your question.  You don't

19          like his answer.

20          Q.    Mr. Campbell, I asked you a yes

21      or no question, please answer the question

22      yes or no.

23                  If you need to elaborate, you are

24      more than welcome to do that.  Does that make

25      sense?
```

Alpha Reporting                 800-556-8974
A Veritext Company              www.veritext.com

```
1                    [!WITNESS NAME]

2              MS. MASSIMI:  Objection.

3         Q.    Does that make sense,

4    Mr. Campbell?

5              MS. MASSIMI:  Objection.  That is

6         not permitted.

7              He is -- the governing rule is

8         that he has to answer questions

9         honestly, which is what he is doing.

10             MR. McGAHA:  We are going to go

11        off the record.

12             MS. MASSIMI:  I would like to

13        stay on the record.

14             MR. McGAHA:  We are going to call

15        the judge.

16             MS. MASSIMI:  Oh, we have to be

17        on the record for that.

18             MR. BRODSKY:  Do you need to be

19        on the video record, Counsel?

20             MS. MASSIMI:  It just needs to be

21        taken down by the court reporter.

22             MR. BRODSKY:  Right.

23             So we can go off video.

24             So the time is 11:25.  We are off

25        the record.
```

Page 88

```
1                    [!WITNESS NAME]
2                    (Whereupon, we are off the video
3            record, however, stenographic notes will
4            be taken in reference to contacting the
5            court.)
6                    MS. MASSIMI:  I think the witness
7            needs to step out while we are
8            discussing this with the court.
9                    Does anyone object to that?
10                   MR. McGAHA:  I don't have any
11           objection to that.
12                   MS. MASSIMI:  Do you mind
13           waiting?
14                   Don't leave the building.
15                   THE WITNESS:  No, no.  I am just
16           to go get some water.
17                   THE COURT CLERK:  You have
18           reached chambers.
19                   MR. McGAHA:  This is Gabriel
20           McGaha.  I am here with Jessica Massimi.
21           We have a case before Judge Henry, and
22           we are in a deposition, and have a
23           conflict, and wanted to see if we can
24           potentially get the judge on the phone.
25                   THE COURT CLERK:  She is in --
```

Page 89

```
 1                       [!WITNESS NAME]

 2            give me one second.

 3                    What is the case number?

 4                    MR. McGAHA:  By the way, we are

 5            on the record, just so you know.

 6                    The case number is 11-cv-07662.

 7                    THE COURT CLERK:  22-cv-07662?

 8                    MR. McGAHA:  Yes.

 9                    THE COURT CLERK:  Campbell versus

10            Federal Compress Corporation?

11                    MR. McGAHA:  That is correct.

12                    THE COURT CLERK:  You are in a

13            deposition, and you are having a

14            conflict?

15                    MR. McGAHA:  Yes.

16                    If you need more detail, I can

17            give that to you.

18                    MS. MASSIMI:  And I am happy to

19            give detail to essentially, Mr. McGaha

20            is interrupting the witness --

21                    MR. McGAHA:  Excuse me?

22                    MS. MASSIMI:  -- as he is

23            testifying.

24                    THE COURT CLERK:  Who is

25            interrupting who?
```

Alpha Reporting                800-556-8974
A Veritext Company            www.veritext.com

```
 1                    [!WITNESS NAME]
 2             MS. MASSIMI:  Mr. McGaha, Defense
 3        counsel, is interrupting the witness as
 4        he is attempting to testify.
 5             MR. McGAHA:  And that is
 6        obviously not --
 7             THE COURT CLERK:  Hold on one
 8        second.
 9             MS. MASSIMI:  No, that is why we
10        are calling the court right now.
11             THE COURT CLERK:  Who is the
12        witness?
13             MS. MASSIMI:  The plaintiff,
14        Kevin Campbell.
15             Mr. McGaha, if you can move that
16        phone so that it is between us, since
17        you called from a personal cell.
18             THE COURT REPORTER:  I will not
19        be able to hear her.
20             MS. MASSIMI:  Are you able to
21        hear me, ma'am?
22             THE COURT CLERK:  I can hear you.
23             MS. MASSIMI:  Okay, great.
24             THE COURT CLERK:  Counsel, please
25        hold.
```

Alpha Reporting          800-556-8974
A Veritext Company        www.veritext.com

```
 1                    [!WITNESS NAME]

 2              Thank you for holding.

 3       Q.     Thank you.

 4              THE COURT CLERK:  Judge Henry is

 5       in a hearing.

 6              Can you call back in about 20 to

 7       30 minutes?

 8              MR. McGAHA:  Sure.

 9              THE COURT CLERK:  Thank you.

10              MR. McGAHA:  All right.  Thank

11       you.

12              MS. MASSINI:  Are we taking a

13       break now?

14              MR. McGAHA:  Yes, we are taking a

15       break.

16              MS. MASSINI:  How long do you

17       want to take, five minutes?

18              MR. McGAHA:  Yes.

19              (Whereupon, a short recess was

20       taken at 11:37 a.m., and testimony

21       resumed at 11:44 m.)

22              MR. BRODSKY:  The time is 11:44.

23       We are on the record.

24       Q.     All right.  Mr. Campbell, before

25   we went on break I was asking you about
```

Page 92

```
 1                    [!WITNESS NAME]
 2        paragraph number 22 of the document in front
 3        of you, which is the complaint that you
 4        filed.  This is a document that has been
 5        marked as Exhibit 9.  Do you see that?
 6             A.     Yes.
 7             Q.     Okay.  I ask you a yes or no
 8        question.  I ask so I understand what your
 9        allegations are in the complaint, whether or
10        not the hours that you worked, that changed,
11        that you say changed and that were cut, is
12        the word that you said -- your hours were
13        cut, and that it was to the detriment of you
14        and other workers.
15                    Can you explain what you mean by
16        that, that it was to the detriment of you and
17        other workers?
18             A.     Yes.  The hours that were taken
19        from me affected me and my co-worker Nico,
20        who did the mall.
21             Q.     Can you explain how they affected
22        you and your co-worker Nico?
23             A.     The mall was a big workload, so
24        taking me off the route early affected Nico
25        and me, because I wasn't making a certain
```

Alpha Reporting                    800-556-8974
A Veritext Company              www.veritext.com

```
 1                    [!WITNESS NAME]
 2         amount of money, and he had more work to do
 3         by himself.
 4              Q.    So when they cut your hours, how
 5         did your job -- how did your day-to-day with
 6         Nico change?  Can you give me an example of
 7         how it worked prior to your hours being cut,
 8         how y'all worked together prior to your hours
 9         being cut, versus how you worked together
10         after your hours were cut what changed?
11              A.    The things that changed, I would
12         go out with Nico, and we would do the entire
13         route, and then when he punched out, I would
14         punch out.
15                    The things that changed is Henry
16         would come and pick me up around lunchtime.
17         He would pick me up early, and then Nico
18         would finish the route without the mall, so
19         essentially I was only there just to help
20         with the mall on the route.
21              Q.    How many stops did you have with
22         Nico prior to your hours being cut?
23              A.    It ranged.  If it was a Monday,
24         maybe around 120 stops.  The rest of the
25         week, maybe around 90 stops.
```

Page 94

```
 1                     [!WITNESS NAME]
 2          Q.     Was the mall one of the stops one
 3     of 120 stops that you made?
 4          A.     Yes.
 5          Q.     So relative to the other stops,
 6     did the mall take more time than the other
 7     stops did?
 8          A.     Yes.
 9          Q.     Okay.  How long was your shift?
10               First of all, how many hours per
11     day did you typically work?
12          A.     Eight hours minimum, but most
13     every time we would do overtime also.
14          Q.     So around at least eight hours,
15     correct?
16          A.     Yes.
17          Q.     You said the -- and you had about
18     120 stops, did you say that?
19          A.     Roughly.
20          Q.     And the mall was one of the 120
21     stops; is that right?
22          A.     Yes.
23          Q.     And how long did it take to do
24     the mall stop?
25          A.     It varied on the workload.
```

Alpha Reporting                              800-556-8974
A Veritext Company                        www.veritext.com

```
 1                    [!WITNESS NAME]
 2            Q.     Okay.  Can you give me an
 3     estimate how long it typically took?
 4            A.     Maybe three, four hours.
 5            Q.     Okay.  So you have an eight-hour
 6     shift, about 120 stops, and one of the stops
 7     took almost half the time, half of the shift;
 8     is that right?
 9            A.     Yes.
10            Q.     Okay.  All right.  After your
11     hours were cut, did you do all of the other
12     stops other than the mall with Nico, or did
13     you do the mall, and then you didn't assist
14     him with the other 119 stops, roughly?
15            A.     I am sorry.  Can you rephrase the
16     question --
17            Q.     So you said that --
18            A.     -- it sounds like you are asking
19     two questions.
20            Q.     Okay.  So you said that -- thank
21     you for clarifying -- for asking me to
22     clarify.  I would be glad to do so.
23                    So you said that you had about
24     120 stops.  One of the 120 stops was the
25     mall, that is in roughly an eight-hour shift
```

Page 96

```
1                    [!WITNESS NAME]
2          per day, and that the mall stop was about
3          half, roughly, of the shift.  You spent about
4          a half of your shift at the mall when you
5          first started with Nico.  You said then your
6          hours were cut at some point, you said in
7          2018; is that right?
8               A.    Yes.
9               Q.    And you said that when they were
10         cut, Henry would come and pick you up at
11         lunch, I think you said?
12              A.    Uh-huh.
13              Q.    So once your hours were cut, how
14         many of those 120 stops were you making with
15         Nico versus how many you were making before?
16              A.    I would only do the mall with
17         Nico.  And the mall is considered one stop,
18         even though it is multiple stores.
19              Q.    Gotcha.
20              A.    Give or take the three or four
21         hours is on a bad day, but there is times
22         when you are done with the mall earlier.
23              Q.    Understood.
24                    So are you saying that after your
25         hours were cut, you would still assist Nico
```

Alpha Reporting                        800-556-8974
A Veritext Company                  www.veritext.com

```
 1                    [!WITNESS NAME]
 2        with the mall, but not the other stops?
 3             A.     We would do the mall first, so
 4        after the mall would be completed, Henry
 5        would come and get me.
 6             Q.     Gotcha.  And Nico would go and do
 7        the rest of the route by himself?
 8             A.     Yes.
 9             Q.     Okay.  And how did that affect
10        Henry -- excuse me, Nico's hours?
11             A.     I am not sure.  I never spoke to
12        Nico about his hours.
13             Q.     Okay.
14             A.     That is not something we talked
15        about.
16             Q.     Okay.  So when you say to the
17        detriment of Campbell and other workers, are
18        you saying that it was just the cutting of
19        your hours, because your hours were cut, that
20        was detrimental to Nico?
21             A.     Yes, because Nico had to take on
22        the rest of the route himself.
23                    And I was placed with Nico to
24        assist him, and I was also full-time, and I
25        randomly got my hours cut.
```

Page 98

```
 1                    [!WITNESS NAME]
 2          Q.    Okay.  But you don't know whether
 3     or not that made Nico have to work a longer
 4     shift, is that what you testified to, because
 5     you said you didn't know how his hours were
 6     affected?
 7          A.    I don't know his hours.
 8                I know that he worked harder.  He
 9     complained to it -- he complained to me
10     multiple times about how hard he had to work
11     without me.
12          Q.    Okay.  Did anyone explain to you
13     why your hours were cut?
14          A.    Yes.  They told me my hours were
15     cut because I wasn't a driver.
16          Q.    Who is they?
17          A.    Henry Nunez.
18          Q.    Okay.  You testified earlier you
19     are not sure who cut your hours.
20                Do you know who cut your hours?
21          A.    Henry Nunez cut my hours.
22          Q.    He is the person who cut your
23     hours?
24          A.    More than -- I said I don't know
25     who in terms of whose idea it was, but the
```

Page 99

```
 1                    [!WITNESS NAME]
 2      person who cut my hours was Henry Nunez.
 3              Q.      Okay.
 4              A.      Let me clarify that.
 5              Q.      Do you know why Henry Nunez cut
 6      your hours?
 7              A.      The real reason, or what he told
 8      me?
 9              Q.      Either one.  Do you know why --
10                      Well, I will ask you both
11      questions.
12              A.      Yeah.
13              Q.      Why did he tell you that he cut
14      your hours?
15              A.      I feel like he needed an
16      explanation.
17              Q.      And I am not asking what you
18      felt, I asked you what he told you.
19              A.      He told me I wasn't a driver, so
20      I am not supposed to stay on the road for
21      that long.
22              Q.      And you don't know -- did he tell
23      you that he had been told that by someone
24      else, or did you ask -- did you ask him what
25      changed, if he had been notified of that by
```

Alpha Reporting                    800-556-8974
A Veritext Company                 www.veritext.com

```
 1                    [!WITNESS NAME]
 2        someone else, that you couldn't be on the
 3        road, because you were on the road prior,
 4        when you first started, right?
 5                    Do you know, or did you discuss
 6        with him, what had changed, or if he had
 7        gotten some directive from someone else that
 8        you were not supposed to be on the road?
 9            A.    No.
10            Q.    So you didn't ask him to
11        elaborate what he meant by that?
12            A.    No.  He was a manager, so I just
13        listened to him.
14            Q.    Okay.  All right.
15                    So he told you that he cut your
16        hours because you weren't supposed to be on
17        the road, but you weren't a driver, right?
18            A.    He never said I wasn't supposed
19        to be on the road, he just stated that I
20        shouldn't be on the road for a full eight
21        hours because I don't drive.
22            Q.    Gotcha.  Were you all the only
23        two, you and Nico, people tandem, that you
24        knew of at the LGA station who had two people
25        on the road with one truck?
```

Page 101

```
 1                    [!WITNESS NAME]
 2          A.     Yes.
 3          Q.     Is there reason why you didn't
 4     have your -- did you not have a license?  Is
 5     that why you weren't a driver?
 6          A.     Yes.
 7          Q.     So you did not have a license; is
 8     that correct?
 9          A.     Yes.
10          Q.     Why didn't you have a license?
11          A.     Never felt the need to own a car.
12     I live in New York City.
13          Q.     That was not a requirement at
14     TNT, I am assuming?
15          A.     No.
16          Q.     Obviously, okay.
17                 And when you were hired at FedEx,
18     did anyone tell you that you needed to get a
19     license?
20          A.     No.
21          Q.     In order to be -- no one told you
22     you needed to get a license?
23          A.     No.
24          Q.     Did you ever consider getting a
25     license, while you were employed with FedEx?
```

Page 102

```
 1                        [!WITNESS NAME]
 2            A.      I actually did get my license.
 3            Q.      While you were employed with
 4    FedEx?
 5            A.      Yes, sir.
 6            Q.      How did -- did that change your
 7    title from not in DOT non-driver to DOT
 8    driver?
 9            A.      No.  I didn't make it that far.
10            Q.      When did you get your license?
11            A.      In 2018, I believe.
12            Q.      You got your license in 2018.
13                    Did you ever drive a truck?
14            A.      At FedEx?
15            Q.      Yes.
16            A.      No.
17            Q.      Why not?
18            A.      They told me I needed to have a
19    clean license for three years for them to
20    consider me to become a driver.
21            Q.      Got it.
22                    So the only courier position that
23    you could take would be a position where you
24    weren't a driver, and you had to assist the
25    driver; is that right?
```

Page 103

```
 1                         [!WITNESS NAME]
 2              A.     Yes.
 3              Q.     And you don't know -- you don't
 4         know of any other instances where this FedEx
 5         has done this at LGA station, allowed someone
 6         to be a courier without a license, correct?
 7              A.     No, not to my knowledge.
 8              Q.     Okay.  All right.
 9                     And you said that he told you
10         they cut your hours because you were not
11         driving, but you also stated that you felt
12         there was a different reason why he cut your
13         hours; is that right?
14              A.     Yes.
15              Q.     Why do you think he cut your
16         hours?
17              A.     I believe Henry Nunez cut my
18         hours because I was black, and there were
19         certain things about me that he did not like.
20              Q.     Let's start with the first one.
21                     Why do you believe he cut your
22         hours because you were black?
23              A.     He would often say things on the
24         belt about black people, and a lot of us
25         would just turn our face away from it and
```

Page 104

```
 1                    [!WITNESS NAME]
 2        just ignore it.  He would pass it off as
 3        jokes.
 4             Q.     Who were these individuals who
 5        were on the belt with you who would have
 6        witnessed this?
 7             A.     People like Nico, Corredo
 8        (phonetic).
 9             Q.     Can you give me full names, if
10        you can, please?
11             A.     I don't remember these
12        gentlemen's last names.
13             Q.     You don't remember Nico's last
14        name?
15             A.     His first name Enrique Navas.
16        His last name is Navas.
17             Q.     Is Nico a nickname?
18             A.     Yes.  Enrique is his real name.
19        I am sorry, I just couldn't remember his full
20        name.
21             Q.     And who else?
22             A.     Johnny December.
23             Q.     December, like the month?
24             A.     Yes.  And Corredo, I am not sure
25        if that is his first name or last name, but
```

                                            Page 105

```
 1                    [!WITNESS NAME]
 2        that is who.
 3             Q.    Corredo?
 4             A.    Corredo.  I don't know how to
 5        spell it.
 6             Q.    These were individuals who
 7        witnessed --
 8             A.    There is multiple.  Adamel
 9        Spencer, he has been a part of the listening
10        and hearing him say stuff like that.
11             Q.    Okay.
12                   THE COURT REPORTER:  I am sorry,
13             repeat the last part.  I can't hear you.
14             You are trailing off.
15                   THE WITNESS:  I am sorry.  I am
16             getting choked up.  Sorry.
17             A.    Adamel Spencer would also hear
18        Henry say saying things about black people
19        and try to pass it off as a joke.  And he
20        would also be uncomfortable with the things
21        that were being said.
22             Q.    Adam Spencer?
23             A.    Adamel Spencer.
24             Q.    So anyone else that you can
25        recall today?
```

                                        Page 106

```
 1                      [!WITNESS NAME]
 2            A.      Not at this current time.
 3            Q.      Enrique, Nico Navas, Johnny
 4      December, a Corredo and Adam Spencer.
 5                    Did I miss anyone?
 6            A.      That is what comes off the top of
 7      my head right now, yes.
 8            Q.      Do you know any of their races?
 9            A.      Johnny December is Caucasian.
10      Adamel Spencer is black.  Nico, I am not
11      sure, but I think he is half Italian.  And
12      Corredo is from the Philippines.
13            Q.      He would say things only about
14      black people that were jokes or would he make
15      jokes about other races as well?
16            A.      He would just target black
17      people.
18            Q.      How often did he do this?
19            A.      A few times a week.
20            Q.      Give me an example of some of the
21      things he said?
22            A.      Black people are lazy, y'all
23      don't like working, things of that nature.
24            Q.      And he would say this a few times
25      a week?
```

Page 107

```
 1                    [!WITNESS NAME]
 2          A.     Yes.
 3          Q.     And did you ever report this to
 4     anyone?
 5          A.     Yes, Eric Wanders.
 6          Q.     How many times did you report
 7     this to Eric Wanders?
 8          A.     The first time it happened, the
 9     very first time it happened.
10          Q.     Do you recall when that was?
11          A.     Sometime in 2018, maybe around
12     the summertime.
13          Q.     Okay.  I think we are going to
14     get to that later on in the complaint, so we
15     can talk about that then.
16                 But after the first time that you
17     mentioned it to Eric Wanders, did you mention
18     it to Eric Wanders ever again?
19          A.     No.
20          Q.     And did you mention it to anyone
21     other than Eric Wanders?
22          A.     No.
23          Q.     Why not?
24          A.     Because Eric is my senior
25     manager, and as far as I was concerned, he
```

                                        Page 108

```
 1                    [!WITNESS NAME]
 2      would have my back and handle the situation
 3      and make me feel safe.
 4           Q.    Okay.  Did you speak with any
 5      other employees about this incident, not to
 6      report it, necessarily, but just to talk
 7      about the fact that you felt uncomfortable
 8      with him making these jokes?
 9           A.    I didn't get a chance to speak to
10      anyone after that situation, because I went
11      on the road.
12                 And then Eric had Henry come and
13      meet me to apologize, and they both told me
14      not to write a statement.
15           Q.    Okay.  I want to make sure I get
16      all this.
17                 The first time it occurred, you
18      notified Eric Wanders, correct?
19           A.    Yes.
20           Q.    And you said that Eric Wanders --
21      do you know if Eric Wanders approached Henry
22      Nunez about this, or asked him about what you
23      had reported to him?
24           A.    I am pretty sure he did, because
25      he told Henry to go make it right.
```

Alpha Reporting                    800-556-8974
A Veritext Company              www.veritext.com

```
 1                      [!WITNESS NAME]
 2          Q.      How soon after you reported this
 3      to Eric Wanders did Henry Nunez approach you
 4      to apologize?
 5          A.      Maybe about two hours after.
 6          Q.      Okay.  And when he approached
 7      you, what did he say?
 8          A.      He said that he didn't mean it
 9      like that.  He has black friends.
10                  He started to tear up.  He made
11      it very believable.  I actually believed him.
12          Q.      And did anyone witness this?
13          A.      No.  It was just me and Henry in
14      the van.
15          Q.      In the van?
16          A.      Yeah.  He came to the mall in a
17      van, and he asked me to come sit in the van
18      with him.
19          Q.      Okay.  Did he come to the mall
20      just to make this apology to you?
21          A.      Yes.
22          Q.      How long was the conversation?
23          A.      About 10, 15 minutes.
24          Q.      What did you express to him
25      during that conversation?
```

Alpha Reporting                    800-556-8974
A Veritext Company              www.veritext.com

```
 1                    [!WITNESS NAME]
 2          A.    I expressed to him that everybody
 3     makes mistakes.  I understand, you know,
 4     maybe he might have been joking, but it was
 5     highly offensive.
 6                    And he apologized.
 7          Q.    You said he teared up?  That is
 8     what you said?
 9          A.    That is what he did, yes.
10          Q.    And after that conversation, did
11     you believe that the conduct would change,
12     that Henry Nunez would change the way he had
13     made jokes in the past?
14          A.    Yes.  I believed that he would
15     genuinely change, because miraculously, after
16     that incident, my hours were back to normal.
17          Q.    Did you all discuss your hours
18     during that discussion?
19          A.    No, we didn't.  He just made it
20     known that you don't have to worry about
21     that, me coming to get you off the road
22     early.  It is okay.
23          Q.    All right.  So how soon after
24     this incident did you hear another joke?
25          A.    From Henry?
```

                                        Page 111

```
 1                    [!WITNESS NAME]
 2          Q.     Yes.
 3          A.     I don't remember.  I can't
 4   remember anything right after.  Everything
 5   was normal for a while.
 6          Q.     Let me back up a little bit.
 7                 Were you satisfied with the way
 8   that that issue was handled?
 9          A.     I felt like it was handled in a
10   professional manner, and I felt like it was
11   sincere, at the time, yes.
12          Q.     So did you believe that Eric
13   Wanders did what he was supposed to do to
14   rectify the situation from Henry Nunez -- the
15   joke, the inappropriate jokes?
16          A.     I think Eric did what he needed
17   to do to make it go away.
18          Q.     Okay.  What do you mean by that?
19          A.     I believe Eric didn't want me to
20   cause any issues for the station.
21          Q.     Why do you think that?
22          A.     Because so many things happened
23   since then.
24          Q.     I am asking what your thoughts
25   were at the time, not in hindsight.
```

Page 112

```
1                    [!WITNESS NAME]
2                    At the time, did you believe that
3        Eric Wanders handled the situation
4        appropriately?
5              A.    Yes.
6              Q.    All right.  So did you ever speak
7        with Adam Spencer about it?
8              A.    Adamel Spencer?
9              Q.    Yes.
10             A.    Speak to him about what,
11       specifically?
12             Q.    Well, I am curious, because you
13       named him as one of these four people who
14       have heard Henry making these jokes, and you
15       said he is also African American.
16             A.    Yes.
17             Q.    Did you ever speak to him about
18       what he thought about these jokes being made?
19             A.    Of course.
20                   A lot of the black employees on
21       the belt would have conversations about
22       things that are inappropriate all the time,
23       but no one was brave enough to say anything
24       about it.
25             Q.    Like who?  Who are some of the
```

Page 113

```
 1                    [!WITNESS NAME]

 2      other black employees?

 3           A.    I don't remember all these

 4      peoples' names.  I am so sorry.  It has been

 5      so long ago.

 6           Q.    Okay.

 7           A.    So long.

 8           Q.    Okay.  So do you know whether or

 9      not anyone ever reported these jokes being

10      made?

11           A.    Not to my knowledge, no.

12           Q.    And you did report the first

13      time, and Eric Wanders had Henry Nunez

14      apologize to you.

15                 Do you know whether or not Henry

16      Nunez received any sort of counseling or

17      anything?

18           A.    No.

19           Q.    Did Henry Nunez explain to you

20      that he was not intending to make any racial

21      joke -- let me back up.

22                 Did Henry Nunez tell you that he

23      was not intending to offend you, when he made

24      the joke?

25           A.    Yeah.  I explained that earlier.
```

Page 114

```
 1                    [!WITNESS NAME]
 2              He said that he has black
 3     friends, and he didn't mean to come off like
 4     that.
 5                    And I also explained to him that
 6     it was offensive.
 7         Q.    Okay.  Got it.
 8                    And you said you don't remember
 9     when Nunez made another joke that you found
10     offensive after that, you don't know how
11     long?
12         A.    In terms of proximity of the last
13     incident?
14         Q.    Yes.
15         A.    Not off the top of my head.  No,
16     not right away.
17                    No, I can't remember a time
18     that -- after the situation, everything was
19     normal after that --
20         Q.    Okay.
21         A.    -- for a while.  There is a gap.
22         Q.    Okay.  You said but at some point
23     he told another joke that you found
24     offensive, did you say, or was that the only
25     time that happened?
```

Alpha Reporting                    800-556-8974
A Veritext Company              www.veritext.com

```
 1                    [!WITNESS NAME]
 2          A.      Henry says a lot of inappropriate
 3     things.  I can't sit here and tell you every
 4     single thing that he said that is
 5     inappropriate in terms of race, sex, gender,
 6     in terms of that nature.
 7          Q.      What I am trying to get at and
 8     understand is if you believe that the first
 9     time that you reported the incident, that it
10     was handled by Eric Wanders, can you explain
11     to me why, when it occurred again, you
12     decided not to report it?
13          A.      So a lot of the time when these
14     racist actions take place, managers are
15     aware, and they are present.  And instead of
16     sticking up for you and doing the right
17     thing, they minimalize it and make it into
18     something very small, and they try to make
19     you feel like you are the problem for wanting
20     to speak up for yourself.
21          Q.      Where did you get this
22     impression?
23          A.      The day-to-day in that workplace,
24     that is where I got that impression.
25                  The nature, it is like a boys
```

Alpha Reporting                          800-556-8974
A Veritext Company                    www.veritext.com

```
1                    [!WITNESS NAME]
2         club.  If you go against the boys club, that
3         is the nature of that station.
4              Q.    Okay.  So you chose not to report
5         it because on -- the second time, you chose
6         not to report the next time you heard a joke
7         that you found offensive because you thought
8         that nothing would be done about it?
9                    MS. MASSIMI:  Objection.
10                   You can answer the question.
11             A.    The first time I tried to file a
12        complaint, I was told not to write a
13        statement.
14             Q.    I am talking specifically about
15        this particular occurrence.
16             A.    I just want to answer the
17        question truthfully.
18             Q.    Okay.
19             A.    The first time I made a
20        complaint, I was told not to write a
21        statement.
22                   There were other --
23             Q.    Complain about what?  Complaint
24        about the jokes?
25             A.    They were not jokes, to me.
```

Page 117

```
 1                    [!WITNESS NAME]
 2          Q.    The statement that Henry Nunez
 3     had made, is that what you mean by the first
 4     time?
 5          A.    Yes.
 6          Q.    Because I am confused now,
 7     because I asked you about the first time that
 8     this happened.  This was paragraph -- well,
 9     you said that this was -- you had said Henry
10     Nunez made a joke, and that the first time
11     you heard it --
12          A.    It wasn't a joke.
13                MS. MASSIMI:  Yeah.
14          Q.    You said that Henry Nunez made a
15     statement that he believed was a joke --
16          A.    Yes.
17          Q.    -- And that you found offensive?
18          A.    Yes.
19          Q.    You said the first time this
20     occurred --
21          A.    Uh-huh.
22          Q.    -- you reported to Eric Wanders,
23     correct?
24          A.    Yes.
25          Q.    And you said that it occurred at
```

Page 118

```
 1                    [!WITNESS NAME]
 2      some point, and that Eric Wanders had Henry
 3      Nunez apologize to you, correct?
 4           A.    Yes.
 5           Q.    And that at point, it happened
 6      again, right?
 7           A.    Yes.
 8           Q.    Now, I was trying to find out why
 9      you did not report the second incident, since
10      the first incident had been addressed?
11           A.    Uh-huh.
12                 MS. MASSIMI:  Objection.
13           Q.    But then you started talking
14      about --you said the first time you made the
15      complaint, nothing happened?
16                 MS. MASSIMI:  Objection.
17                 You can answer the question.  You
18           can answer the question.
19           A.    When I said nothing happened, I
20      mean that I wasn't able to form any documents
21      and express how I felt in a statement on
22      paper.  That is what I meant.
23           Q.    Why weren't you able to do that?
24           A.    They told me not to.  Both of
25      them told me not to write a statement.
```

Alpha Reporting                    800-556-8974
A Veritext Company              www.veritext.com

```
 1                    [!WITNESS NAME]
 2           Q.     So when you went to Eric Wanders
 3      and asked him and told him about what Henry
 4      Nunez had said, what did Eric Wanders say to
 5      you?
 6           A.     Can I say what he exactly said?
 7           Q.     Absolutely.
 8           MS. MASSIMI:  Yes.
 9           A.     He said, quote, why the fuck
10      would Henry do that?  He should know better
11      than that, end quote.
12                  And then I got into the truck
13      with Nico and went to the mall.
14           Q.     Okay.  Did he ask you any other
15      questions, or say anything else?
16           A.     No.
17           Q.     What did you say, if anything?
18           A.     I said, I don't know why he would
19      say something like that to me.
20           Q.     And what, exactly, did he say?
21           A.     He said -- he said, this is --
22      this is what I don't get about black people.
23      You guys are so lazy.  You guys never want to
24      do work.
25                  Because I was explaining to him,
```

Page 120

```
 1                    [!WITNESS NAME]
 2        me and Nico wasn't going to be able to make
 3        10:30 service because we had too many P-1s.
 4                    So he just got upset.
 5                    And Nico, which he always does
 6        this, he just took it out on me, because I
 7        was calmly trying to explain to him we
 8        wouldn't be able to make service.
 9             Q.    Who is he?
10             A.    Henry Nunez, sorry.
11             Q.    Henry?
12             A.    Yes.
13             Q.    So he made that statement, you
14        told Eric, Eric said why would Henry say
15        that?
16             A.    Uh-huh.
17             Q.    You got into the truck?
18             A.    Uh-huh.
19             Q.    The next thing you knew, Henry
20        was coming to apologize to you?
21             A.    Yes.
22             Q.    You testified that you were told
23        not to make a statement?
24             A.    Yeah.  After Henry apologized to
25        me, I was told by Eric and Henry not to write
```

Page 121

```
 1                      [!WITNESS NAME]

 2          a statement about it.

 3                 Q.     I am trying to understand how

 4          that conversation occurred, because my

 5          understanding was that after the conversation

 6          you had with Henry, you thought the issue had

 7          been rectified, right?

 8                 A.     Yes.  Yes.

 9                 Q.     So when did the discussion occur

10          about writing a statement?

11                 A.     Oh, when I got back to the

12          station.

13                        You don't need to write a

14          statement about that, let's just keep that

15          under the table.

16                        MS. MASSIMI:  Just for the

17             record, did someone say that to you?

18                        MR. McGAHA:  Whoa, whoa, whoa,

19             whoa.  I ask the questions.

20                        MS. MASSIMI:  Can you just

21             clarify that, then, please?

22                        MR. McGAHA:  You can ask

23             questions if you want to at the end.

24                        I am asking the questions right

25             now.
```

Alpha Reporting                    800-556-8974
A Veritext Company                 www.veritext.com

```
 1                    [!WITNESS NAME]
 2          Q.      What I am asking you is after
 3     Henry had that discussion with you, he went
 4     back to the station, and you continued your
 5     route, correct?
 6          A.      Yes.
 7          Q.      At some point at the end of the
 8     day, you came back to the station, correct?
 9          A.      Uh-huh.
10          Q.      Did you approach or ask or
11     initiate at all?
12          A.      A conversation?
13          Q.      Yes.  Did you discuss this or ask
14     Wanders or Nunez about this issue when you
15     returned to the station?
16          A.      Yes.  When I got back to the
17     station, I went to Eric's office, and I was
18     like, I never been in a situation like that.
19     I asked him, do I write a statement?  Where
20     do we go from here.
21                  And he just essentially said,
22     don't worry about it.  We squashed it.  It is
23     under the table.  Don't worry about it.
24                  That is the impression I got from
25     him.
```

Page 123

```
1                    [!WITNESS NAME]
2           Q.      And you testified earlier that
3      you believed the situation to be rectified
4      too, right?
5           A.      Yes.
6           Q.      Did you have any issue with him
7      saying that?
8           A.      At the time, I didn't know any
9      better.  And I think that they knew that,
10     since I was still so new.
11                  So I think that, yeah, I just --
12                  I am sorry.  Can you ask the
13     question again?  I am sorry.
14          Q.      Yeah.  I asked you whether or not
15     you had an issue with him saying, you know,
16     we rectified the situation, there is no need
17     to write a statement.
18          A.      Oh, at the time, I didn't have a
19     major issue, because I honestly felt like
20     they were being sincere, yeah.
21          Q.      All right.  So then it happened,
22     you said, again, at some point, right?
23          A.      Uh-huh.
24          Q.      But you don't know when, what the
25     proximity was in time?
```

Page 124

```
 1                    [!WITNESS NAME]
 2          A.      Uh-huh.
 3          Q.      But at some point he made another
 4      joke or another statement that you found
 5      offensive?
 6          A.      Uh-huh.
 7          Q.      And at that -- in that instance,
 8      you did not report it, is that what you
 9      testified to?  Is that what you said?
10          A.      Yeah.  I didn't report it,
11      because I just learned, working in such a
12      hostile environment, to just ignore certain
13      things, because they basically run the
14      station off of fear.
15                  So I just went about my
16      day-to-day, and just tried to stay out of
17      their line of sight as much as possible.
18          Q.      I am trying to understand how
19      you -- you said a hostile environment.
20                  My understanding, based on your
21      testimony, is that at that point, it only
22      happened twice, right?  Right, because we
23      went from the first instance?
24          A.      Uh-huh.
25          Q.      You said you reported it the very
```

Page 125

```
 1                    [!WITNESS NAME]
 2      first time?
 3              A.      Uh-huh.
 4              Q.      And the second time it happened,
 5      you didn't report it.
 6                      So I am trying to understand why
 7      your impression was that you could not report
 8      it?
 9              A.      Oh.
10              Q.      If the first time you reported
11      it, something did happen.
12              A.      So if you report something, and
13      someone apologizes, and some time goes by,
14      and then these things start to happen again,
15      you start to feel like your report didn't
16      count for much, so you don't really see the
17      reason of constantly reporting these things
18      if nothing is being changed.
19              Q.      Okay.  So, you did not report it
20      because you didn't think anything would
21      happen.  You didn't think anyone would do
22      anything about it, is that what you're
23      saying?
24              A.      Yes.
25              Q.      Can you explain to me, why did
```

Page 126

```
1                    [!WITNESS NAME]
2         you think nothing would be done about it,
3         when something was done about it the first
4         time?
5                    MS. MASSIMI:  Objection.
6                    You can answer the question.
7         A.      After the first time, everything
8         seemed normal, but then it went right back to
9         the unprofessionalism, the racist jokes, the
10        sexist jokes, so I didn't really see a reason
11        to keep provoking my managers.
12        Q.      So you thought that reporting
13        harassment would be provocation to your
14        managers?
15        A.      I am sorry.  Can you rephrase the
16        question?
17        Q.      I said, you didn't want to
18        provoke your managers by reporting incidents
19        of what you deemed to be harassment or
20        discriminatory conduct?
21                   MS. MASSIMI:  Can he answer the
22             question?
23        Q.      That is what you said, right?
24        A.      Yes.
25                   MS. MASSIMI:  I just want to make
```

Page 127

```
1                    [!WITNESS NAME]
2         sure.  I didn't hear a response.
3         Q.    And you did not report it because
4    you did not want to provoke him; that is what
5    you said?
6         A.    Yes.
7         Q.    Provoke him to do what?
8         A.    Retaliate against me.
9         Q.    Retaliated against you how?
10        A.    Termination, write-ups, cutting
11   my hours, anything of that nature.
12        Q.    Okay.  So you said that your
13   hours went back to normal after you had this
14   discussion with Henry Nunez.
15              When did -- did your hours ever
16   change again?
17        A.    Yes.
18        Q.    When?
19        A.    Around a little bit before Monty
20   became my manager in 2020.
21        Q.    Okay.  How did they change?
22        A.    They started telling me that I
23   had to get off the -- get off the road early
24   and assist the ladies in the cage inside of
25   the depot.
```

Page 128

```
 1                    [!WITNESS NAME]
 2          Q.     Now, were your hours cut, or were
 3     your duties cut?
 4          A.     My hours were actually cut,
 5     because I wasn't able to stay on the road,
 6     and I would have to leave after I helped out
 7     the ladies inside the cage.
 8          Q.     So you said you worked on average
 9     about 35 hours per week when you started,
10     correct?
11          A.     Yes.
12          Q.     When your hours were cut, how
13     many hours were you working per week?
14          A.     22 hours, 20 something hours.  It
15     was low.
16          Q.     And was this consistent?  In
17     other words, when you were working 22 hours,
18     were you working 22 hours back to back to
19     back per week, or was it maybe a week you had
20     22, and another week you had 35?
21          A.     Hours would fluctuate at FedEx,
22     because the freight is very unpredictable, so
23     some days we would work more hours or less
24     hours.
25                    Basically it was to the
```

Page 129

```
 1                    [!WITNESS NAME]
 2          discretion of manager at the time, which was
 3          Henry, before Monty was my manager.
 4               Q.    Did everyone's hours fluctuate?
 5               A.    I don't know.  I can't speak for
 6          everyone.
 7               Q.    But one of the reasons why hours
 8          fluctuate is because of the amount of freight
 9          you have or don't have?
10               A.    Yes.
11               Q.    Let's look at paragraph 23.  It
12          says, in the summer of 2018, Campbell had a
13          discussion with Nunez about workload and
14          stated, in sum and substance, the amount of
15          work assigned to the couriers and drivers was
16          perhaps too much to complete before the
17          management imposed deadlines.  All right.
18                    Do you recall having that
19          discussion with him, as we sit here today?
20               A.    Yes.
21               Q.    And what was his response to
22          that?
23               A.    Exactly what it says in line 24:
24          Black people always making excuses why they
25          can't do things.  This is why I hate working
```

Page 130

```
 1                    [!WITNESS NAME]
 2        with black people.
 3             Q.     Was this the first time?
 4             A.     This was the first time.
 5             Q.     Okay.  So that was the first time
 6        that this occurred?
 7             A.     Yes.
 8             Q.     Got it.
 9                    Do you know about how many people
10        Nunez supervised at the time?
11             A.     I don't recall how many people.
12        It's a lot of people.
13             Q.     Do you know about what was the
14        racial demographic, roughly, the people that
15        he supervised, do you know?
16             A.     Mostly white and Latino.
17             Q.     Do you have a ballpark figure
18        about how many people we are talking about?
19             A.     No.
20             Q.     What about the demographic of the
21        station?  Do you know -- what is your sense
22        of what the demographic breakdown was of the
23        entire LGA?
24             A.     It is pretty diverse.  It is
25        pretty diverse.
```

Page 131

```
 1                    [!WITNESS NAME]
 2          Q.     Diverse with Hispanic, black,
 3     Filipino, white, everybody?
 4          A.     Everybody.
 5          Q.     Okay.  All right.  What
 6     percentage of black employees would you say
 7     work at LGA, roughly?
 8          A.     I am not sure.
 9          Q.     You don't have any idea?
10          A.     It is not the majority.
11          Q.     Okay.  Is it the minority?
12          A.     It is possible.
13          Q.     So 24, you say, Nunez responded
14     to Campbell by stating, black people are
15     always making excuses about why they can't do
16     things.
17               Sorry.  I repeat that.
18               Nunez responded to Campbell by
19     stating, black people are always making
20     excuses about why they can't do things.  This
21     is why I hate working with black people.
22               That was the first incident that
23     we already discussed.
24               And this conversation occurred at
25     work on the belt, correct?
```

Page 132

```
 1                    [!WITNESS NAME]

 2          A.      In the belt, correct.

 3          Q.      It says, 25, Campbell complained

 4      of this blatantly racist statement from Nunez

 5      to his senior manager, Eric Wanders.

 6                  All right.  And we discussed

 7      that.

 8                  Did you ever consider reporting

 9      this -- that statement to Human Resources?

10          A.      I honestly don't know who was our

11      HR rep at the time.

12                  But I never thought to report it,

13      because Eric and Henry made me feel like it

14      was just a mistake.

15          Q.      Well, I am saying, before you

16      even told Eric, did you ever consider

17      reporting it to Human Resources?

18          A.      No.  As soon as Henry said that

19      to me, I went straight to Eric, who was also

20      on the belt, and I explained to him what just

21      happened.  So I didn't even have time to

22      figure that all out.  As soon as that

23      happened, I told Eric.

24          Q.      Did you know that you could

25      report it to Human Resources at the time?
```

Page 133

```
 1                    [!WITNESS NAME]

 2           A.     I mean, honestly, no.

 3           Q.     Okay.

 4           A.     No.

 5           Q.     26 paragraph.

 6                  However, Wanders continued

 7    requiring Campbell to work as Nunez's direct

 8    report, despite the blatantly racist,

 9    harassing and discriminatory comments from

10    Nunez Campbell.  All right.

11                  Did you ask Wanders to remove

12    Nunez as your direct report?

13           A.     I don't think any manager would

14    allow an employee to say they don't want to

15    work with a certain person in that station.

16    I mean, policy and the culture of the station

17    is two totally different things.

18           Q.     I am asking you a yes or no

19    question.

20           A.     I am so sorry.  I am just trying

21    to answer the question as truthfully as

22    possible.

23           Q.     But that is not --

24           A.     I am sorry.

25                  Can you repeat the question?
```

Page 134

```
 1                    [!WITNESS NAME]
 2          Q.    I am asking you a yes or no
 3     question.
 4                MS. MASSIMI:  Objection.
 5          Q.    I am asking you whether or not,
 6     yes or no, did you ask Eric Wanders to remove
 7     Henry Nunez as your direct report?
 8                MS. MASSIMI:  Objection.
 9                You can answer the question
10          again.
11          Q.    Yes or no?
12                MS. MASSIMI:  Objection.  You can
13          answer the question again.
14                THE WITNESS:  Can I answer the
15          question?
16                MS. MASSIMI:  Yes, you can answer
17          the question again.
18          Q.    I have asked the question.
19                I want an answer?
20          A.    Okay.  I am going to answer the
21     question.  No.
22          Q.    Thank you.
23                Did you expect that Nunez would
24     be removed as your direct report as you told
25     Wanders this?
```

Page 135

```
 1                    [!WITNESS NAME]
 2          A.      That is not a common practice at
 3      that station.
 4          Q.      That is a yes or no question.
 5      You either had an expectation or you didn't,
 6      and then you can explain what you mean by
 7      that.
 8              But I am asking you whether you
 9      had expectation -- did you expect, after
10      having reported what Nunez said to you to
11      Eric Wanders, did you have an expectation
12      that Nunez would be removed as your direct
13      report, yes or no?
14          A.      I don't know what that the policy
15      is, but the expectation is no, because I
16      never seen that done in all my years of
17      working in the shipping business.
18          Q.      Is the answer to my question no?
19          A.      I just answered your question,
20      sir.
21          Q.      Was the answer no?
22          A.      Yes.  It was no.
23          Q.      Okay.  Thank you.
24              So did you ever consider calling
25      the alert line to report what Nunez said to
```

Page 136

```
 1                      [!WITNESS NAME]
 2       you?
 3             A.     No.
 4             Q.     Why not?
 5             A.     It is not something that is
 6       readily available.  It is not easy to find.
 7       It is not something that is spoken about in
 8       the station.
 9             Q.     Okay.  Do you know who Eric
10       Wanders reported to at this time?
11             A.     No.
12             Q.     Do you know today who Eric
13       Wanders reports to?
14             A.     No.
15             Q.     So your understanding was that
16       your boss, your supervisor, was Nunez, and
17       Nunez reported to Wanders, and you weren't
18       sure what happened after Wanders, who he
19       reported to; is that correct?  Is that what
20       you are saying?
21             A.     No.
22                    Yeah, yeah, that is what I am
23       saying.
24             Q.     All right.
25                    So as far as you knew, Wanders
```

                                        Page 137

```
 1                    [!WITNESS NAME]
 2        was as far as you knew to go?
 3              A.     Yes.
 4              Q.     Let's look at paragraph 27.
 5                     In the summer of 2020 many of
 6        Campbell's white and Latino coworkers began
 7        coming to work expressing blatantly racist
 8        view in the wake of George Floyd's murder and
 9        the protests that followed, thereby creating
10        a racially hostile work environment for
11        Campbell.  So we skipped from 2018 to 2020 in
12        one paragraph.
13                     MS. MASSIMI:  Objection.
14              Q.     So I need to ask you about, there
15        are no other allegations in this complaint
16        that occurred between what Nunez said to you
17        about black people being lazy and not wanting
18        to work or coming to work and what happened
19        in the summer of 2020 with respect to racist
20        views regarding George Floyd's murder?
21                     MS. MASSIMI:  Objection.  That is
22              not accurate.
23              Q.     So my question to you is:  What
24        occurred between the time that Mr. Nunez made
25        this statement to you and apologized about
```

Page 138

```
 1                    [!WITNESS NAME]
 2       it, and the incidents that we are going to
 3       talk about as it relates to the George Floyd
 4       murder, and people expressing their views
 5       about it in the summer of 2020, which is
 6       about two years later?  What was happening
 7       during that time, as far as what you were
 8       experiencing at work?
 9            A.    Are you talking about the gap?
10            Q.    Yeah.  Yes.
11            A.    On a day-to-day, so many things
12       would happen.
13                  But like I said before, earlier,
14       that I would just try to stay out of the way.
15                  And I didn't really feel
16       comfortable writing statements because of the
17       culture of the station, so I just stayed out
18       of it, because it didn't affect me directly.
19            Q.    So nothing affected you directly
20       between that time?
21                  MS. MASSIMI:  Objection.
22            Q.    Between these two times, is that
23       what you are saying?
24                  MS. MASSIMI:  Objection.
25                  You can answer the question.
```

Page 139

```
 1                    [!WITNESS NAME]
 2          A.      I was affected, but I felt like
 3    if I said anything, I would be retaliated
 4    against, so that is why I didn't say
 5    anything.
 6          Q.      Why did you feel like you would
 7    be retaliated against?
 8          A.      Because eventually I was
 9    retaliated against.  The minute I spoke up, I
10    was retaliated against.
11          Q.      But at that time, why did you
12    feel like you were going to be retaliated
13    against?
14          A.      Because of the things that were
15    being said, and nothing was being done.
16          Q.      But something -- the last time
17    that you made a complaint, something was
18    done, right, the first time you made a
19    complaint?
20          A.      Not a formal complaint.
21                  That is different.
22          Q.      Okay.  But you told Mr. Wanders
23    what occurred, and he responded by having
24    Nunez apologize to you, and you felt that was
25    an appropriate response to what happened in
```

                                        Page 140

```
 1                    [!WITNESS NAME]
 2         that instance, so there is no --
 3                    MS. MASSIMI:  Objection.
 4                    Was that a question?
 5         Q.    I am repeating your testimony.
 6                    MS. MASSIMI:  No.  Objection.
 7         Please don't mischaracterize his
 8         testimony.
 9         Q.    Did you testify that you believed
10    that Wanders' response was appropriate at the
11    time?
12         A.    At the time, I felt like it was
13    appropriate.
14         Q.    Okay.
15         A.    But things kept happening, and
16    nothing was being solved, so that is why I
17    didn't make another complaint at all.
18         Q.    So you didn't make another
19    complaint at all after the incident with
20    Nunez that you reported to Wanders, correct?
21         A.    Yes.
22         Q.    Okay.  Thank you.
23                    And you say -- so you didn't make
24    no other complaint.
25                    And then there is an allegation
```

Page 141

```
 1                    [!WITNESS NAME]
 2        here paragraph 27 related to summer of 2020
 3        and the George Floyd murder.  All right.
 4                    Who were the employees who were
 5        expressing blatantly racist views, and says
 6        in the wake of George Floyd's murder?
 7                    I am assuming you mean the views
 8        were -- were they directly related to the
 9        George Floyd murder, or the George Floyd
10        murder just happened to be -- just happened
11        to have occurred, and they were making racist
12        statements that had nothing to do with George
13        Floyd, but they were nonetheless racist?
14        What do you mean?
15             A.    No.  They were making racist
16        statements about George Floyd and the riots,
17        and calling black people monkeys and thieves
18        and things of that nature.  Those were the
19        things I was hearing on the floor.
20             Q.    I need the names of every single
21        person that you can recall today who made
22        these statements that you can remember
23        related to this particular paragraph.
24                    We will get into the other
25        allegations in a minute, but I am talking
```

                                        Page 142

```
1                    [!WITNESS NAME]

2          about the blatantly racist views that related

3          to George Floyd's murder, the names of these

4          individuals, please?

5               A.    I can't remember these peoples'

6          names right now, so long ago.

7               Q.    Who would know -- who else heard

8          it, then, that could corroborate what you're

9          saying?

10              A.    No one, off the top of my head,

11         because it was just me on the split, hearing

12         these guys talk behind their truck.

13              Q.    Wait.

14              A.    So I don't remember.

15              Q.    Were they talking to each other,

16         or were they talking to you?

17              A.    They were talking amongst each

18         other.

19              Q.    Okay.  So these are statements

20         that are being made that you happen to

21         overhear?

22              A.    Yes, in the workplace.

23              Q.    Okay.  And how -- did you report

24         this to anybody?

25              A.    No, because I never felt
```

Page 143

```
 1                    [!WITNESS NAME]
 2      comfortable reporting these things to
 3      management.
 4           Q.    Okay.  How did this affect your
 5      ability to do your job, if at all?
 6           A.    Some days I wouldn't even want to
 7      go to work, because I knew I would have to
 8      deal with it in some way, shape or form.
 9           Q.    And on -- but all the statements
10      that we are talking about in paragraph 27, I
11      want to make sure I understand, and you have
12      it in front of you -- are statements that
13      were not made to you, these are statements
14      that you heard -- overheard other people
15      making?
16           A.    Uh-huh.
17           Q.    While talking to each other, is
18      that what you testified to?
19           A.    Yes.
20           Q.    And do you recall exactly what
21      the statements were?  We are going to get
22      into some of the other allegations that you
23      made, but I am talking about as it relates to
24      this particular issue.
25           A.    Yeah.  I explained earlier, when
```

Page 144

```
 1                    [!WITNESS NAME]
 2        they talked about the riots, and calling
 3        black people monkeys and thieves, things of
 4        that nature.
 5             Q.    So you know that you can recall
 6        what was said --
 7             A.    Yes.
 8             Q.    -- about monkeys and thieves, but
 9        you don't remember who said it?
10             A.    No, I can't remember names, but I
11        can remember faces.
12             Q.    Okay.  Did you ever approach
13        these individuals and tell them that you felt
14        uncomfortable with what was being said?
15             A.    No.
16             Q.    And how many times did this
17        occur?
18             A.    A few a week.
19                   Only after the George Floyd
20        murder, this started escalating.
21             Q.    Okay.  It happened a few times a
22        week after George Floyd's murder, but you did
23        not report it?
24             A.    No.
25             Q.    Do you have any documentation
```

Page 145

```
 1                        [!WITNESS NAME]
 2          that you made related to this particular
 3          allegation?  Did you make a note, or any way
 4          that you can --
 5               A.     Are we talking about --
 6               Q.     27.
 7               A.     -- just 27?
 8               Q.     Yes, right now.  And we get to
 9          the other ones.
10               A.     No.  I didn't document anything
11          for line 27.
12               Q.     Okay.  28.
13                      For example, on June 1, 2020,
14          Peter Lorenzi, Campbell's coworker, loudly
15          yelled out to Campbell, calling him Trayvon.
16          All right.
17                      Did anyone that you know of
18          witness this, or was it just the two of you?
19               A.     It was just the two of us.
20               Q.     And how did you respond when he
21          called you Trayvon?
22               A.     I ignored him, because my name is
23          Kevin, not Trayvon.
24               Q.     Okay.  How did you respond, if at
25          all, to him?
```

Page 146

```
 1                    [!WITNESS NAME]
 2           A.     I just kept walking.
 3           Q.     Okay.  When I say how did you
 4      respond, how did you respond?  Did you take
 5      any action after he said that to you?
 6           A.     I am sorry, what do you mean by
 7      action?
 8           Q.     Did you go tell someone?  Did you
 9      report it to HR, management?  Did you tell
10      another coworker what had just happened?
11           A.     Yeah.  I went straight to a
12      manager, after he wasn't used to having
13      running water in the project.  I didn't say
14      anything to him.  I just went straight to the
15      manager to report it.
16           Q.     What manager was that?
17           A.     Frank.
18           Q.     Frank?
19           A.     Ontaneda.  I am sorry I don't
20      know how to pronounce his last name.  I am
21      sorry.
22           Q.     Why did you choose him?
23           A.     That was the first manager I saw.
24           Q.     What did you tell him occurred?
25           A.     I told him that I was walking
```

Page 147

```
 1                    [!WITNESS NAME]
 2          into the break room which has a kitchen, that
 3          Peter kept calling me Trayvon, Trayvon, and I
 4          didn't respond.
 5                    And then he followed me into the
 6          kitchen I started to wash my hands, and he
 7          said that I know you are not used to having
 8          running water in the projects, so hurry up.
 9                    I looked at him.  It was very
10          hurtful.
11                    I didn't say anything, and I just
12          went straight to Frank, and I asked him to
13          allow me to write a statement.
14              Q.    So why did you ask him to allow
15          you to write a statement?
16              A.    I asked him to allow me to write
17          a statement, because at that point, it just
18          became too much to bear, and I just had to
19          say something.  It was just too much to
20          handle.
21              Q.    Was writing a statement the only
22          way that you knew of to report this incident?
23                    I guess, let me back up.  I guess
24          my question is why writing a statement was --
25          why did you choose that as the way that you
```

Page 148

```
 1                    [!WITNESS NAME]
 2       wanted to address this issue?
 3            A.    Because I never wrote a statement
 4       about anything before, and it just affected
 5       me too much, so I just had to say something
 6       about it.
 7            Q.    Okay.  What did you expect to
 8       occur after having written this statement?
 9       Did you expect the statement would be sent to
10       some other office, like human resources, for
11       example?  What did you expect to occur after
12       having written the statement?
13            A.    I just wanted to bring awareness
14       on what was going on the day to day.
15                  I don't know where it was going
16       to, or what would be the outcome.  Sorry, I
17       just wanted to -- I just didn't want it to
18       happen anymore.  I was tired of it.
19            Q.    Okay.  So why did you want to
20       write a statement in this instance, but
21       before, you testified that you did not
22       believe anything would happen if you had
23       reported things?
24            A.    This was directly -- this was
25       direct to me, and it was extremely hurtful.
```

Page 149

```
 1                    [!WITNESS NAME]
 2        That is why I wrote a statement.
 3             Q.     So the other incidents were not
 4        directed at you; is that what you are saying?
 5             A.     They were conversations that I
 6        was overhearing.
 7             Q.     Where in this instance you were
 8        being targeted, you felt like, by an
 9        individual, specifically targeted by
10        Mr. Lorenzi, correct?
11             A.     Yes.
12             Q.     You testified that you asked
13        Mr. Ontaneda if you could write a statement,
14        correct?
15             A.     Yes.
16             Q.     How did Mr. Ontaneda respond?
17             A.     Frank basically said, let's not
18        try to -- let's not escalate this.  Let's try
19        to get to the bottom of this.
20                    But I insisted that I wanted to
21        write a statement.
22             Q.     Okay.  I think that is paragraph
23        34, where you say Campbell asked Ontaneda if
24        he could write a statement about what Lorenzi
25        had said to him, and Ontaneda refused,
```

Page 150

```
 1                    [!WITNESS NAME]
 2        stating instead, let's not escalate this.
 3        Let's just talk to Peter and figure it out,
 4        right?  Okay.
 5                    When you say he refused, I want
 6        to make sure I understand exactly what you
 7        mean by that.
 8                    Can you explain what you mean by
 9        he refused to allow you to write a statement?
10             A.    The managers at the station don't
11        want you to write statements.
12             Q.    That is not my question about
13        generally.
14                    I am asking specifically how, in
15        this case, did he refuse?  How did Ontaneda,
16        not other managers -- how did Ontaneda
17        refuse --
18             A.    Yes.
19             Q.    -- to allow you to write a
20        statement, because that is what you are
21        alleging here?
22             A.    He asked me not to write a
23        statement.
24             Q.    Okay.  So you asked to write a
25        statement, and your testimony is that he told
```

Alpha Reporting                    800-556-8974
A Veritext Company                 www.veritext.com

```
 1                      [!WITNESS NAME]
 2      you that you should not write a statement?
 3            A.     That I shouldn't escalate this.
 4      Let's try to figure this out.  Let's talk to
 5      Peter.
 6            Q.     Did he tell you you should not
 7      write a statement?
 8            A.     Yes.
 9            Q.     And then what happened?
10            A.     I sat in the conference room, and
11      I wrote a statement.
12                   And he gave the statement to
13      Eric.  I believe.
14            Q.     We are going to back up.
15                   So your testimony is that you
16      asked to write a statement?
17            A.     Uh-huh.
18            Q.     He said no?
19            A.     Uh-huh.
20            Q.     Let's talk to Peter and work this
21      out --
22            A.     Uh-huh.
23            Q.     -- right?
24                   But then you jumped to then you
25      were in a conference room writing a
```

Page 152

```
 1                    [!WITNESS NAME]

 2        statement?

 3              A.     I insisted to write a statement.

 4              Q.     Yes.

 5              A.     Sorry for that.

 6              Q.     Gotcha.

 7                     Even though he told you, let's

 8        work this out with Peter, you did not listen,

 9        and you went and wrote a statement anyway; is

10        that right?

11              A.     Uh-huh.

12              Q.     Right?

13              A.     Yes.

14              Q.     And after you wrote the

15        statement, you gave him the statement.  That

16        is what you just testified to?

17              A.     Yes.

18              Q.     And then what happened after you

19        gave him the statement?

20              A.     In terms of the day?

21              Q.     Yes.

22              A.     Possibly went on the route and

23        finished my route.

24              Q.     Do you know what happened with

25        your statement?
```

Page 153

```
 1                        [!WITNESS NAME]

 2           A.       No.

 3           Q.       Okay.  All right.

 4                    And you went on your route, so

 5      this is before you actually were on the road?

 6           A.       Yeah.

 7           Q.       By the way, just to make sure I

 8      understand, I don't know if we got this

 9      clear.

10                    When you first got to work every

11      day, you get on the belt and split the

12      packages, and then you went on the road?

13           A.       Yes.

14           Q.       Got it.  You said you were --

15      paragraph 35 says, Campbell was surprised and

16      disheartened by Ontaneda's response, since

17      Campbell was not escalating the situation,

18      and in fact, had professionally made Ontaneda

19      aware of Lorenzi's discriminatory and

20      harassing comments and conduct.

21                    Campbell had to ask -- and we are

22      at looking at 36 -- Campbell had to ask

23      Wanders and Ontaneda several times to file a

24      written statement regarding the incident

25      described above involving Lorenzi before
```

Page 154

```
 1                    [!WITNESS NAME]
 2      defendants actually permitted him to do so;
 3      so that does not appear to be consist with
 4      what you just testified to.
 5                    MS. MASSIMI:  Objection.
 6                    Do you have a question?
 7           Q.    That does not appear to be
 8      consistent with what you testified to, so I
 9      have some questions for you about that.
10                    MS. MASSIMI:  Objection.  You are
11             not here to testify, Counselor.
12           Q.    So it says that you had to ask
13      Wanders and Ontaneda several times about a
14      written statement.
15                    I thought you testified earlier
16      that after the incident occurred, you
17      immediately went to Ontaneda.  Ontaneda said,
18      let's work this out, let's not escalate the
19      situation, let's work it out; and that you --
20      after he told you that in a single instance,
21      you refused and went to the conference room
22      and wrote a statement anyway.  That is what
23      you said earlier?
24           A.    No.  He provided the statement
25      paper.
```

Alpha Reporting                    800-556-8974
A Veritext Company              www.veritext.com

```
 1                    [!WITNESS NAME]
 2          Q.      Oh, you didn't tell me that part.
 3          A.      Yes.
 4          Q.      So after you reported it to him,
 5     and you said I want to write a statement,
 6     what happened after you said, I want to write
 7     a statement?
 8                  I thought you testified earlier
 9     he said no, don't write a statement?
10          A.      Yes.
11                  MS. MASSIMI:  What is the
12          question?  Which question do you want
13          him to answer?
14          Q.      So what I am asking you is what
15     happened after you told him you wanted to
16     write a statement?
17          A.      Then we went to Eric to get a
18     piece of paper for a statement.
19          Q.      All right.
20          A.      And I wrote a statement, after me
21     insisting that I wanted to write a statement.
22          Q.      Okay.  So your testimony, that
23     has changed.
24                  MS. MASSIMI:  Objection.  It has
25          not changed.
```

Page 156

```
 1                    [!WITNESS NAME]
 2          Q.    So you went to him and said, I
 3     want -- you went straight to him after it
 4     occurred?
 5          A.    Uh-huh.
 6          Q.    Told him you wanted to write a
 7     statement.
 8                And after you told him you wanted
 9     to write a statement, he took you to see
10     Eric?
11                MS. MASSIMI:  Objection.  That
12          wasn't his testimony.
13          Q.    I am asking you, after you told
14     him you wanted to write a statement, what
15     happened next?
16                MS. MASSIMI:  Objection, asked
17          and answered.
18                You can explain the situation
19          again.
20                MR. McGAHA:  It has been
21          answered, but in a different way.
22                MS. MASSIMI:  No, I disagree.
23          Q.    What happened next?
24          A.    In terms of in?
25          Q.    What happened next?  After you
```

Page 157

```
 1                    [!WITNESS NAME]
 2        told him that you wanted to write a
 3        statement, what happened after you told him
 4        that?
 5              A.    He brought me to Eric's office.
 6              Q.    Okay.
 7              A.    I got a statement paper, and I
 8        went into the conference room and wrote a
 9        statement, after they both were trying to
10        tell me not to write a statement, which is
11        the norm in that station.
12              Q.    Okay.  So who gave you the paper,
13        the piece of paper, the form, the statement
14        form to write the statement?
15              A.    I can't remember right now,
16        'cause it was two of them there.  I don't
17        remember who exactly handed me the paper.
18              Q.    Okay.  But you, in paragraph 36,
19        say that both of them asked you several times
20        not to write the statement, but they gave you
21        the form to write the statement?
22              A.    Yes.  I insisted on it.
23              Q.    Okay.  And they allowed you to
24        write the statement, correct?
25              A.    After I insisted, yes.
```

Page 158

```
 1                    [!WITNESS NAME]
 2          Q.     And you said that after that, you
 3     went on the road; is that right?
 4          A.     Yes.
 5          Q.     When you returned to the station
 6     that day, was it discussed again?
 7          A.     Not that day, no.
 8                 MS. MASSIMI:  Do people want to
 9          take a break?  It is 12:37.
10                 Do you need to eat something?
11                 THE WITNESS:  No.  We can take a
12          break.
13                 MS. MASSIMI:  It is up to other
14          people.
15                 THE WITNESS:  I am good.
16                 MS. MASSIMI:  I am okay to
17          continue.
18                 THE WITNESS:  I am fine.
19                 MS. MASSIMI:  Okay.
20                 MR. BRODSKY:  We are on the
21          record.  Go ahead.
22                 MR. McGAHA:  If anyone wants to
23          take a break, let us know.
24                 MS. MASSIMI:  We can wait.  We
25          can keep going on.
```

Page 159

```
 1                    [!WITNESS NAME]
 2           Q.     So do you recall what happened as
 3      a result of you writing that statement and
 4      reporting what had occurred?
 5           A.     I am not sure what happened in
 6      the situation.  I can't say 100 percent I
 7      know what happened.
 8           Q.     By the way, when you wrote the
 9      statement, do you remember who you gave it
10      to?  Did you give it to Wanders, or did you
11      give it to Ontaneda?
12           A.     I don't remember who I gave it
13      to.
14           Q.     Do you know whether or not the
15      incident was investigated?  As we sit here
16      today, do you know whether or not it was
17      investigated?
18           A.     I am not 100 percent sure, no.
19           Q.     Did anyone interview you or ask
20      you any questions about what happened after
21      that statement was written?
22           A.     I don't remember being
23      interviewed.
24           Q.     Do you know whether or not
25      Lorenzi was disciplined at all as a result of
```

Alpha Reporting                          800-556-8974
A Veritext Company                    www.veritext.com

```
 1                    [!WITNESS NAME]
 2        this incident?
 3              A.     I am not sure.  I don't remember.
 4              Q.     So you don't know if he was
 5        suspended?
 6              A.     It is a possibility.  I am sorry.
 7        It is just I don't remember.
 8                     No one spoke to me after I gave
 9        my statement, so no one told me, hey, this is
10        how he is being disciplined.  No one had that
11        conversation with me.
12              Q.     Okay.  Okay.  If he were
13        suspended for five days, let's say, do you
14        think that would be a fair resolution to that
15        particular instance?
16              A.     I don't know what is the
17        disciplinary action for saying something like
18        that in a work environment.
19              Q.     Based on your view, and you
20        experienced it as the victim of this
21        particular incident, what do you think would
22        have been an appropriate punishment for
23        Mr. Lorenzi?
24              A.     I am not sure.
25              Q.     Do you think he should have been
```

Page 161

```
 1                      [!WITNESS NAME]
 2         punished and disciplined?
 3              A.      Definitely.
 4              Q.      But you don't know how?
 5              A.      I never worked in management.
 6              Q.      I understand.
 7                      I am not asking for a
 8         professional opinion, I am just asking what
 9         you think would have been a fair resolution
10         to what occurred?
11              A.      Termination.
12              Q.      You think that would be the only
13         fair resolution?
14              A.      No.  There is suspension would be
15         fair, too --
16              Q.      Okay.
17              A.      -- to some extent.
18              Q.      Okay.  Let's look at the next
19         paragraph, paragraph 37.
20                      By the way, let me back up.
21                      Did you tell anyone other than
22         Ontaneda and Wanders that this incident
23         occurred?
24              A.      No.  I actually didn't tell
25         anyone anything about that.
```

Page 162

```
1                    [!WITNESS NAME]
2           Q.     All right.  Paragraph 37 says
3      however, after Campbell submitted his written
4      statement regarding Lorenzi's threatening
5      discrimination and harassment, defendants
6      continued to discriminate and retaliate
7      against Campbell.  All right.
8                    So I believe you testified
9      earlier, so this occurred June the 1st,
10     according to paragraph 28; and we have
11     established that on June 16th, which would
12     have been roughly two weeks later, that your
13     supervisor changed from Henry Nunez to Monty
14     Bovell, correct?
15          A.     Yes.
16          Q.     Yes, okay.  Fantastic.
17                   So in the next paragraph,
18     paragraph 38, you give an example of how the
19     harassment and discrimination continued, and
20     retaliation.
21                   You said Defendant, without
22     Campbell's permission or knowledge, informed
23     other workers that Campbell had filed a
24     complaint of racial discrimination against
25     Lorenzi, further contributing to the racial
```

Page 163

```
1                    [!WITNESS NAME]
2       hostile work environment in which Campbell
3       was forced to work.  All right.
4                    What evidence do you have to
5       support that allegation?
6            A.     Workers coming up to me saying
7       oh, I heard you told on Pete.
8            Q.     Who?  Who told you that?
9            A.     There was a gentleman on the LGA
10      belt.  His name was Kevin.  I cannot remember
11      his last name at this current time.
12           Q.     Okay.  Do you remember his race?
13           A.     I believe he is Dominican.
14           Q.     Okay.  And he told you what,
15      exactly?
16           A.     He told me that he heard that I
17      have reported Pete.
18           Q.     How soon after the incident
19      occurred did Kevin tell you this?
20           A.     Roughly a couple of weeks after
21      the situation.
22                  There was another girl that told
23      me, too.  Her name was Cat.  I don't remember
24      her -- Kathleen.  I am not sure of her full
25      name either, it has been so long.
```

Page 164

```
 1                    [!WITNESS NAME]
 2              She was another person that came
 3        to me and said, everyone is calling you a
 4        snitch.  You told on Pete, got Pete in
 5        trouble.
 6              Q.    Okay.  So we can maybe --
 7                    Do you remember her race?
 8              A.    She is Hispanic.
 9              Q.    Okay.  Anyone else that you can
10        remember today?
11              A.    That come to mind right now, no.
12              Q.    So you don't know --
13                    Other than someone telling you
14        that they heard that you told on Lorenzi, is
15        there any other evidence that you have,
16        because you say Defendant informed other
17        workers that Campbell had filed a complaint.
18                    Do you know, when you say
19        Defendant -- there are two defendants Eric
20        Wanders and there is FedEx?
21              A.    Yes.
22              Q.    Who exactly are you referring to
23        when you are alleging that?  Are you
24        referring to FedEx or Wanders, when you say
25        Defendant told someone, or both?
```

Page 165

```
1                        [!WITNESS NAME]
2           A.      When I refer to Defendant, I am
3      talking about the only people that would have
4      known besides Peter and myself would be
5      management.
6                   So unless management or Peter
7      told someone, those are the only people that
8      could have possibly leaked that information,
9      because I didn't tell anyone.
10          Q.      Okay.  So but you don't know, you
11     don't have a name of a person that you
12     believe told you, you just think someone did?
13          A.      People started treating me
14     differently, so I believed that the rumors
15     that were going around.
16          Q.      Okay.  But I just want to make
17     sure I understand, allegation 38 is that you
18     believe that someone representing FedEx,
19     whether it be Eric Wanders or some
20     individual, informed other workers that you
21     filed a complaint against Lorenzi, but you
22     don't know who that person is; is that right?
23          A.      Yes.  They never came forward and
24     told me hey, it was me who said that; so no.
25          Q.      So you believe it was someone
```

Page 166

```
 1                    [!WITNESS NAME]
 2        from FedEx, because you don't know how else
 3        people would have known about it; is that
 4        what you are saying?
 5                A.    Yes.
 6                      MS. MASSIMI:  Can we take a
 7              two-minute break?  And I just want to
 8              grab some water and run to the restroom.
 9                      MR. McGAHA:  Sure.
10                      MS. MASSIMI:  Can we take five
11              minutes?
12                      MR. McGAHA:  Yeah.
13                      MS. MASSIMI:  And come back at
14              1:00?
15                      MR. McGAHA:  Yup.
16                      MR. BRODSKY:  The time is 12:55.
17              We are off the record.
18                      (Whereupon, a short recess was
19              taken.)
20                      MR. BRODSKY:  Time is 13:08.  We
21              are on the record.
22                Q.    Before we took a break we were
23        discussing paragraph 38 of Exhibit 9, which
24        you have in front of you, Mr. Campbell.
25                      I will read that back into the
```

Page 167

```
 1                    [!WITNESS NAME]

 2        record, so we can get back on track with

 3        respect to this testimony.

 4                    It says, for example, Defendant,

 5        without Campbell's permission or knowledge,

 6        informed other workers that Campbell had

 7        filed a complaint of racial discrimination

 8        against Lorenzi, further contributing to the

 9        racial hostile work environment that Campbell

10        was forced to work in, right?

11                    Then I asked you if you can tell

12        me who told you that they had heard that you

13        had told on Lorenzi or reported Lorenzi

14        rather, and you mentioned Kevin and a Cat?

15             A.     Uh-huh, yes.

16             Q.     So what made the environment

17        hostile, you are alleging in 38, that it

18        contributed that you being told that you were

19        a snitch, quote, unquote?  That is what you

20        said, right?  You said that, right?

21             A.     (Witness indicating)

22             Q.     How did make the environment

23        hostile -- make the work environment racially

24        hostile?

25             A.     It made the workplace extremely
```

Page 168

```
1                    [!WITNESS NAME]
2        hostile for the fact that people that used to
3        speak to me every day, they just stopped
4        speaking to me, stuff of that nature.
5              Q.     Like?
6              A.     They made me feel uncomfortable.
7              Q.     Like who used to speak to you
8        every day that stopped speaking to you?
9              A.     A gentleman that I used to work
10       the split with.  Just coworkers from
11       different belts.  They would whisper.
12       Snitch.  They would say things under their
13       breath when I would walk by.
14             Q.     Do you remember the names of any
15       of these people?
16             A.     I don't remember the names of
17       some of these people.  It has been so long.
18             Q.     Okay.  You said a gentleman, you
19       made a name specifically.
20                    Do you remember his name?
21             A.     I had -- there was a few
22       gentlemen that they switched out that I used
23       to do the split with.
24                    I believe his name is Mike.  He
25       was an older gentleman.  I don't remember his
```

Page 169

```
 1                    [!WITNESS NAME]
 2       last name.  He wears glasses.
 3            Q.      What is his race, do you
 4       remember?
 5            A.      He is Caucasian.
 6            Q.      And did you say that Mike called
 7       you a snitch, or did Mike -- what did Mike
 8       do?
 9            A.      That was stuff that I heard in
10       the break room.  When I would go to the
11       bathroom, these are things that other
12       coworkers would tell me was happening behind
13       my back.
14                    But Mike never called me a
15       snitch.  He just stopped speaking to me, and
16       started being very cold.
17            Q.      Got it.
18                    Do you know why -- did you ever
19       attempt to speak to him after he started --
20       you perceived him being cold, did you ever
21       initiate a conversation with him?
22            A.      No, I never initiated a
23       conversation with him.
24                    I just assumed it was because he
25       was friends with Pete.
```

Page 170

```
 1                    [!WITNESS NAME]
 2          Q.      Okay.  But that was an
 3    assumption?
 4          A.      Yes.
 5          Q.      Did you ever report this, that
 6    you were being called a snitch, to anyone?
 7          A.      No.
 8          Q.      Okay.  Do you know of any other
 9    black employees at LGA who you have spoken to
10    about the work environment being racially
11    hostile?
12          A.      Yes.
13          Q.      Who?
14          A.      Adamel Spencer is the one that
15    comes to my mind right away.
16          Q.      How many times did you all speak
17    about this?
18          A.      I don't have a number, but a few
19    times.
20          Q.      Anyone else?
21          A.      Not -- no, not in depth, as me
22    and Spencer would speak, no.
23          Q.      Were you all just good friends,
24    or just happen to be working closely
25    together?
```

Page 171

```
1                    [!WITNESS NAME]
2          A.     Just worked closely together.
3          Q.     Did you work with any other
4     African American employees?
5          A.     In terms of?
6          Q.     I know Monty Bovell, but anyone
7     that was your same level?
8          A.     You mean directly?
9          Q.     Yes.
10         A.     Yes, yes.
11         Q.     Like who were some of your black
12    coworkers?
13         A.     Jaray Hunter, Adamel Spencer.
14                I am sorry.  I can't remember all
15    the names of all the black employees that I
16    worked with.
17         Q.     But other than Adam Spencer, you
18    never discussed the racial hostile work
19    environment --
20         A.     No, just him, because he had
21    simple qualms about what was going on in the
22    station.
23         Q.     Do you know whether or not he
24    ever reported any of these issues?
25         A.     No, I am not aware of that.
```

Page 172

```
1                    [!WITNESS NAME]
2            Q.     Did he encourage you to report
3      any of these issues?
4            A.     No.  I never spoke to him about
5      me reporting anything, I just -- we just
6      spoke about racial things that were happening
7      to us in the station.
8            Q.     So you never discussed the
9      Lorenzi's situation again?  You never
10     discussed the Lorenzi situation with him?
11           A.     You mean after everyone was
12     calling me a snitch, or before?
13           Q.     At any point?
14           A.     Beforehand, no.  I didn't speak
15     to anyone about it.
16           Q.     Did you speak with him about it
17     later?
18           A.     When everyone was calling me a
19     snitch, yes.
20           Q.     What did you all speak about?
21     What did you say?
22           A.     I just told him about the
23     incident that happened.
24           Q.     And what was his response?
25           A.     He just thought it was really
```

Page 173

```
1                    [!WITNESS NAME]
2       messed up.
3            Q.    So the next paragraph, paragraph
4       39, after Campbell filed a discrimination
5       against Lorenzi, other workers began openly
6       referring to Campbell as a snitch.
7                    We talked about that.
8                    Again, I just want to make sure I
9       understood your testimony.
10                   You can't name today anyone that
11      you know of who called you a snitch?
12           A.    No one at the station ever looked
13      in my face and said Kevin, you are a snitch;
14      so no, I cannot give you a person that called
15      me a snitch.
16           Q.    So you believe that you were
17      being called a snitch because two employees,
18      Kevin and Cat, told you that you were being
19      called a snitch; is that accurate?
20           A.    Yes.
21           Q.    And you did not report this to
22      anyone after you learned about it from Cat
23      and Kevin; is that correct?
24           A.    That is correct.
25           Q.    Let's look at the next paragraph,
```

Alpha Reporting                    800-556-8974
A Veritext Company            www.veritext.com

```
 1                    [!WITNESS NAME]
 2       paragraph 40.
 3                      Lorenzi's wife Angela worked in
 4       the office at Defendant.  She personally
 5       retaliated against Plaintiff by giving him
 6       broken package scanners, and ignoring him
 7       when he needed work related information.
 8                      When Campbell called the office
 9       to provide work related information to
10       Angela, she often hung up the phone on him.
11                      Can you explain to me, as a
12       layperson -- I am not familiar with the
13       process of how you all work together as far
14       as her giving you package scanners?
15                      So first of all, what as her job?
16            A.      Her job was give out the scanners
17       in the morning.
18                      She works behind the desk, so she
19       picks up the phone when you call, because the
20       managers aren't in, as far as I know, if you
21       need to call out.  So her job is basically to
22       label packages, relabel packages.  She does a
23       few things that I am aware of.
24            Q.      And she checked the scanners out;
25       is that right?
```

Page 175

```
 1                    [!WITNESS NAME]
 2            A.     Yes.
 3            Q.     So if I understand you correctly,
 4       all the couriers would have scanners that
 5       they would check in and check out -- check
 6       out at the beginning of the day and check
 7       back in at the end of the day, correct?
 8            A.     Yes.
 9                   But some days, scanners would get
10       switched.
11            Q.     What do you mean?
12            A.     Some people would come in early
13       and take better scanners.
14                   Or if you were cool with Angela,
15       she would give you a new scanner or a better
16       scanner than other people.
17            Q.     So she checked scanners out to
18       you at the beginning of the day, you and all
19       the other couriers, right?
20            A.     Yes.
21            Q.     Okay.  And here you say she gave
22       you broken package scanners, so you're saying
23       that the scanners that she gave you were
24       broken?
25            A.     They wouldn't function properly
```

Page 176

```
 1                    [!WITNESS NAME]
 2        all the time.
 3             Q.     Okay.  Do you know whether or not
 4        she knew that?
 5             A.     You know that.  If you work
 6        behind the desk, you know what scanners work
 7        and what scanners don't work that well.
 8                    I worked behind the desk, too.
 9             Q.     So you believe she purposely gave
10        you broken package scanners?
11             A.     Yes.
12             Q.     How many times did you receive
13        broken package scanners from Angela?
14             A.     A few times a week.
15             Q.     A few times a week.  How did you
16        learn that they were broken?
17             A.     I would go on the road, and they
18        just wouldn't work properly.  Battery would
19        be dying.  I wouldn't be able to write in
20        addresses, and stuff of that nature, stuff of
21        nature.
22             Q.     So if you receive a package
23        scanner -- help me out here.
24                    You receive a package scanner,
25        you to go Angela, and you get it checked out.
```

                                        Page 177

```
1                    [!WITNESS NAME]
2               Can you check it on the spot, and
3     determine whether or not the package scanner
4     is working, but before you leave her desk?
5          A.      Physically, you can do that, but
6     that is not the nature of the business.  We
7     have to get on the belt and start splitting
8     the belt and load the trucks.  You don't
9     really have that grace to go through your
10    scanner and make sure every button works
11    properly, that the battery is fully charged.
12              Some scanners would show a full
13    battery, and die when you get on the road.
14    It wasn't the best equipment.
15         Q.      How would she know, if you didn't
16    determine right on the spot, whether or not a
17    package scanner was working?  Why do you
18    believe she could determine that?
19         A.      Because she was working behind
20    the desk.  She has more time with the scanner
21    than I would.  I am just being handed a
22    scanner.  She is back there the entire the
23    time.
24         Q.      About how many times -- I know
25    you said -- overall, how many times do you
```

Page 178

```
 1                    [!WITNESS NAME]
 2        think she gave you a broken package scanner
 3        in total, roughly?
 4              A.    I can't give you a number.
 5              Q.    Ballpark?
 6              A.    I am sorry, I can't give you a
 7        number.  It's a lot of times.
 8              Q.    Was it more than five?
 9              A.    Yes.
10              Q.    More than ten?
11              A.    Yes.
12              Q.    Do you know if any other couriers
13        ever got broken package scanners from
14        Ms. Lorenzi?
15              A.    I am pretty sure they have, but
16        mine were consistently bad.
17              Q.    Do you know whether or not other
18        individuals got consistently bad package
19        scanners from Ms. Lorenzi?
20              A.    It is possible.  No one ever
21        spoke to me about it.
22              Q.    Okay.
23              A.    It just miraculously started
24        happening after Peter got reported.
25                    Before that, I never had any
```

                                        Page 179

```
 1                    [!WITNESS NAME]
 2        issues.
 3             Q.      How long was she the person --
 4        was she the person who checked out the
 5        package scanners while you were employed
 6        there?
 7             A.      The entire time I have been
 8        there, she checked out, along with other
 9        people.
10             Q.      Okay.  So how often did she work
11        behind the desk?
12             A.      Very often she would give me my
13        packages -- package scanner.
14             Q.      But other people would, too?
15             A.      Rarely.  It depends.
16                     I don't know their schedules, but
17        other times I would get package scanners from
18        other people, and they wouldn't be -- they
19        wouldn't have any issues with them when they
20        gave them to me, only when Angela gave them
21        to me.
22             Q.      Okay.  You also said here that
23        she ignored you when you needed work-related
24        information.
25                     Can you explain what you mean by
```

Page 180

```
1                    [!WITNESS NAME]

2         that?

3              A.     Yes.  I will pick up the phone to

4         call out, and I would say hello, this is

5         Kevin.  I would like to speak to a manager.

6                    She would hear my voice and hang

7         up the phone on me.

8                    And there was like a rule that

9         you had to call out within a certain amount

10        of time, or they would give you a very hard

11        time if you called out last minute.  So I

12        would keep calling back, and no one would

13        pick up the phone.

14                   And I knew that she was there,

15        'cause she would pick up the phone.

16             Q.     Okay.  Was there any other

17        person -- what kinds of things do you recall

18        about -- what work issues were calling?

19             A.     That is the main issue.  That is

20        the work-related issue.

21                   I noticed that I couldn't confide

22        in her for just a single call out.  I never

23        really had to call for like missing packages

24        or missed pickups or anything like that.

25        That was the main discrepancy that I had with
```

Page 181

```
 1                    [!WITNESS NAME]
 2        her was the calling out and hanging up.
 3              Q.     Okay.  How many times, in total,
 4        if you can estimate today, did she hang up on
 5        you?
 6              A.     I don't call out often, so it
 7        wasn't that often.
 8              Q.     Was it more than five?
 9              A.     I don't think it was more than
10        five times.  I don't call out often.
11              Q.     Was it more than three times?
12              A.     Possibly.
13              Q.     Okay.  So was there another
14        number that you could have called?
15              A.     That is the only number I had.
16                     We are not supposed to call
17        managers directly.
18              Q.     Not even your direct manager?
19              A.     You are not supposed to.  That is
20        not common practice, as far as I know.
21              Q.     Is that written down somewhere?
22              A.     That is just what I was told,
23        word of mouth, people that been there 20
24        years plus.
25              Q.     Okay.  Did you have your
```

Page 182

```
1                    [!WITNESS NAME]
2         manager's phone number?
3              A.    Yes.
4              Q.    How did this affect your ability
5         to do your job, the fact that you said she
6         hung up on you?  Can you give me an example
7         of how that affected your ability to do your
8         job?
9              A.    Yes.  It made it extremely
10        uncomfortable.  It made me feel isolated.  It
11        made me feel like I wasn't worthy of the call
12        out, something as simple as a call out.
13             Q.    And can you explain a call out
14        one more time?
15             A.    When I pick up the phone, and you
16        dial, and you tell them that you are not
17        going to be able to make it in today, whether
18        it is a personal reason or if you are not
19        feeling well, that is a call out.
20             Q.    So when you -- on these instances
21        where you said she hung up on you, and these
22        were all instances where you were trying to
23        basically report that you weren't going to be
24        at work that day?
25             A.    Yes.
```

                                        Page 183

```
 1                    [!WITNESS NAME]
 2          Q.      What did you do, other than
 3     notify -- did you do anything to notify
 4     someone at the station that you weren't going
 5     to be there, when she hung up on you?
 6          A.      I would just keep calling, keep
 7     calling, keep calling.
 8                  And eventually I would text a
 9     manager, or try to call a manager, because I
10     felt like it was very important to let my
11     manager know I wasn't going to come in.
12          Q.      Okay.
13          A.      Because it is highly frowned upon
14     if you don't come to work and not let your
15     manager know.
16          Q.      Okay.  So your testimony is that
17     the only way that you were supposed to call
18     out was to call the office and speak to
19     whoever answered the phone, and tell them
20     that you weren't going to be there that day?
21          A.      That is the common practice, yes.
22          Q.      Did you typically -- did you text
23     your manager often?
24          A.      Not often.
25                  You mean work-related or
```

Alpha Reporting                     800-556-8974
A Veritext Company                  www.veritext.com

```
 1                    [!WITNESS NAME]
 2         non-work-related?
 3              Q.     Work-related.
 4                     Did you text either Mr. Bovell or
 5         Henry Nunez on a regular basis?
 6              A.     On a regular basis, no.
 7              Q.     How often would you text them?
 8              A.     If I can't reach them any other
 9         way, then I would result to texting.
10              Q.     Okay.
11              A.     Or calling, but they would be a
12         last resort.
13              Q.     Okay.  So you on never texted
14         them to tell them that you weren't going to
15         be at work on a particular day?
16              A.     Yes, I have.
17              Q.     Okay.  So was that an option that
18         you could have utilized, to let them know
19         that you weren't going to be at work on a
20         particular day?
21              A.     That was the only option that I
22         was allowed.
23              Q.     What do you mean -- I thought you
24         said you were supposed call in?
25              A.     After she would hang up, the only
```

Page 185

```
 1                    [!WITNESS NAME]
 2       option I would be allowed to do would be to
 3       contact a manager, because she would not let
 4       me tell her to put a manager on the phone.
 5       She would hung up on me.
 6            Q.    I thought you just testified that
 7       you would continue to call?
 8            A.    I did.
 9            Q.    Call and call and?
10            A.    I definitely did say that.
11                  And then I said when she wouldn't
12       pick up, I would try to contact a manager
13       through text, call, just to let them know
14       that I wasn't coming in, because it was the
15       right thing to do.
16            Q.    Okay.  I thought you said that
17       you would call and call until she eventually
18       answered the phone?
19            A.    Sometimes she would pick up, but
20       it is rare.  It is rare that she would pick
21       up.
22            Q.    Okay.  But you don't know if this
23       happened more than five times?
24            A.    I don't recall out often, so I
25       don't remember the exact number.
```

Page 186

```
 1                    [!WITNESS NAME]
 2          Q.      Okay.  Let's see.
 3                  Did she answer the phone more
 4      times than she hung up on you?
 5          A.      She hung up more than she
 6      answered, for sure.
 7          Q.      So if she answered -- let's just
 8      say if she hung up, let's just say it was
 9      five times, that means she answered it less
10      than that?
11          A.      I am sorry.  Repeat the question.
12          Q.      You said that she hung up on you
13      more times than she actually answered the
14      phone?
15          A.      Uh-huh.
16          Q.      I asked you earlier if this
17      happened more than five times.  You said you
18      weren't sure.
19          A.      Yeah.
20          Q.      That would be five times for
21      hanging up on you?
22          A.      Uh-huh.
23          Q.      So is it your testimony today
24      that she answered the phone less than five
25      times, when you called?
```

Page 187

```
 1                    [!WITNESS NAME]
 2          A.     My testimony is that when I
 3     called, she would hang up the minute she
 4     would hear my voice.  That is my testimony.
 5          Q.     And this happened, you said
 6     often.
 7                 You know, how often did it
 8     happen?  I mean, it doesn't sound like if you
 9     worked there, Kevin, for four years --
10          A.     Uh-huh.
11          Q.     -- and you said it happened five
12     times?
13          A.     Uh-huh.
14          Q.     You are not sure it happened more
15     than five times?  That doesn't sound very
16     often, to me.
17                 MS. MASSIMI:  Objection.
18          Q.     So I am just trying to
19     understand.
20                 MS. MASSIMI:  Objection.  That is
21          not appropriate.
22                 And you are really
23          mischaracterizing his testimony, and
24          you, yourself, are trying to testify,
25          which I think is impermissible.
```

Page 188

```
 1                    [!WITNESS NAME]
 2          Q.    I am trying to understand how
 3      often --
 4                  MS. MASSIMI:  If you are really
 5              trying to understand, I can explain it
 6              to you, because it is clear to me.
 7                  Your faint confusion about this,
 8              you are getting to the end of that.  Why
 9              don't you move on?
10          Q.    I am trying to understand,
11      Mr. Campbell, how often this occurred
12      relative to how long you were there.
13                  MS. MASSIMI:  Objection.
14                  You can answer the question
15              again.
16          A.    Yes.
17          Q.    You testified earlier that you
18      don't know whether or not it happened more
19      than five times, it being her hanging up on
20      you; is that accurate?  Is that what you
21      said?
22          A.    That is what I said, yes.
23          Q.    And in your complaint you allege
24      that it happened often, so I am trying to
25      reconcile how it happened often, with your
```

Page 189

```
 1                      [!WITNESS NAME]
 2        testimony today that you don't know whether
 3        or not it happened more than five times.
 4                      Can you explain?
 5                      MS. MASSIMI:  Objection.
 6            Q.      Can you explain to me --
 7            A.      Yes.
 8            Q.      -- how those two things can both
 9        be true?
10            A.      Something that is supposed to
11        never happen, like when you call out two
12        times, could be considered often three times,
13        could be considered often, because it is not
14        supposed to be happening.  That is what I am
15        trying to explain to you.
16            Q.      Do you have any idea why she hung
17        up the phone?
18            A.      I believe she was upset that
19        Peter got reported.
20            Q.      Why --
21            A.      And she was retaliating against
22        me.
23            Q.      Why do you believe that?
24            A.      Because it started to happen
25        after he was reported, and it never happened
```

Alpha Reporting                    800-556-8974
A Veritext Company                www.veritext.com

```
 1                    [!WITNESS NAME]

 2        before.

 3             Q.    Okay.  So before -- and this

 4        would have been in 2020.  You started in

 5        2017, and from 2017 to 2020, June of 2020,

 6        June 1st is when the other incident

 7        happened -- she never hung up on you?

 8             A.    Never.

 9             Q.    All right.  Okay.

10                   MS. MASSIMI:  I thought that was

11             clear.

12                   Were you confused about that?

13             Q.    So only after June the 1st of

14        2020 did you say that these hang-ups

15        occurred.  You said that you don't know how

16        many it was, but you are not sure it was more

17        than five, but you don't know how many times,

18        right?

19             A.    Yes.

20             Q.    Did you ever ask her about this?

21             A.    I did not speak to Angela.

22             Q.    Okay.  Did you ever report that

23        you believed she was hanging up on you

24        because you reported Lorenzi?

25             A.    Nope.
```

Page 191

```
 1                    [!WITNESS NAME]
 2          Q.     Did you ever report that she was
 3     hanging up on you for a reason you didn't
 4     know?
 5          A.     No.
 6          Q.     Why not?
 7          A.     Because I didn't feel comfortable
 8     enough to make another report, after I seen
 9     how my colleagues and management started to
10     treat me after I made my first report against
11     Peter.
12          Q.     So you believed it was
13     retaliation for having reported Peter, and
14     you did not tell anyone that you believed you
15     were being retaliated against, because you
16     did not want to be retaliated against again,
17     or further retaliated against; is that what
18     you're saying?
19          A.     Yes.
20          Q.     Let's look at 42.  Paragraph 42
21     says, for example, at or around the time of
22     Lorenzi's suspension during the summer of
23     2020, and in the wake of the protests
24     following George Floyd's murder, Rob, a
25     mechanic for Defendants, whose last name is
```

Page 192

```
1                    [!WITNESS NAME]
2        currently unknown to Campbell, said to
3        Campbell, Kevin, how is your new TV?
4                    As we sit here today, do you
5        still not remember Rob's last name?
6              A.    I don't remember his last name.
7        He was just known as Rob the mechanic.
8              Q.    What was Rob's race?
9              A.    White, Caucasian.
10             Q.    How often did you work with Rob?
11             A.    I never worked directly with Rob.
12       He was just around in the station when I was
13       there.
14             Q.    Okay.  How often would you see
15       him, roughly?
16             A.    Few times a week.
17             Q.    You said that you don't remember
18       the specific date, do you?
19             A.    The specific date, no, I don't
20       remember.
21             Q.    But it was in 2020, roughly.  All
22       right.
23                   Do you remember who your manager
24       was at that time?
25             A.    I believe Monty was my manager at
```

Page 193

```
 1                    [!WITNESS NAME]

 2          the time.

 3                 Q.     Okay.

 4                 A.     My direct manager that I reported

 5          to.

 6                 Q.     Okay.  All right.

 7                        And Monty is black, right?

 8                 A.     Yes.

 9                 Q.     And so did you and Rob ever have

10          a -- when you all interacted, did you joke

11          with each other, or have any kind of banter

12          back and forth as far as how you communicated

13          with each other?

14                 A.     In terms of jokes?

15                 Q.     Yes.

16                 A.     Yes.

17                 Q.     Okay.  So you all, when you did

18          communicate with each other, sometimes would

19          make jokes?

20                 A.     Yes.

21                 Q.     Did you make jokes -- was he the

22          only person who made jokes, or did you make

23          jokes as well?

24                 A.     We would all make jokes.

25                        It was a job.  We work a lot
```

Page 194

```
1                    [!WITNESS NAME]
2        together, so we would all make jokes.
3            Q.    Okay.  Would the jokes be
4        offensive sometimes?
5            A.    No.
6            Q.    Okay.  So never offensive jokes?
7            A.    No, because I don't believe a
8        joke is a joke unless everyone finds it
9        funny.
10           Q.    Okay.  All right.
11               Did you ever witness him joking
12       with other people about things that you might
13       find offensive?
14           A.    No.
15           Q.    Okay.  Where did this particular
16       incident occur, the one you described in
17       Paragraph 42?
18           A.    It occurred with me and Henry
19       having a conversation by the cage.
20               Rob came over and made a
21       statement about a TV, how was my TV that me
22       and sister just got.
23               And I was confused, because he
24       mentioned Radio Shack, and I knew that Radio
25       Shack was no longer open, so I was confused.
```

Page 195

```
 1                    [!WITNESS NAME]
 2                    I am like, what do you mean?
 3        What TV?
 4                    He said, you know, the TV that
 5        you stole during the riots.  And then he
 6        walked away.
 7                    And I turned to Henry and said,
 8        so I am going to have to write a statement
 9        about that, too.  What am I supposed to do?
10                    And Henry just kind of mumbled
11        under his breath, I don't know.  He was
12        confused.  But even Henry noticed that that
13        wasn't funny, it was offensive.
14            Q.    Did you tell Rob that you found
15        the joke to be offensive?
16            A.    I didn't feel comfortable saying
17        anything to him again.  And I didn't say
18        anything to him after that.
19            Q.    Did you tell Henry that you found
20        the joke to be offensive?
21            A.    Yeah.  Henry was present when he
22        said it to me.  Henry knew that I was
23        offended.
24            Q.    How did he know you were offend?
25            A.    He was standing right next to me
```

Page 196

1                    [!WITNESS NAME]

2          when Rob said it, and I expressed it to him.

3               Q.      Right.  He was standing next to

4          you, and you say you expressed it to him.

5                       How did you express to Henry that

6          you found the joke offensive?

7               A.      I asked him, am I supposed to

8          write a statement about this?  Every day, I

9          am going to write a statement, all of these

10         racial things that are said to me.

11                      Am I supposed to write a

12         statement every single time?

13              Q.      So you specifically said race?

14         You mentioned to Henry that you thought the

15         joke was racial?

16              A.      It was extremely racist.

17              Q.      I didn't ask you how perceived

18         it, I asked you what you told him.

19                      Did you tell Henry, I believe

20         this is a racist joke?

21              A.      It wasn't a joke, to me.

22              Q.      Did you tell Henry that you

23         believed that what Rob said was racially

24         offensive?

25              A.      I don't think that I needed to

                                              Page 197

```
 1                    [!WITNESS NAME]
 2      tell Henry.
 3           Q.     The answer is yes or no.
 4                  Did you tell Henry that you
 5      believed that the joke was -- that the
 6      statement was racially offensive?
 7           A.     No.
 8           Q.     All right.
 9                  So you assumed, or did you assume
10      that Henry understood that the joke was
11      racially offensive?
12           A.     Yes.
13           Q.     All right.  So let's look at
14      paragraph 43.  It says, Campbell asked Rob to
15      explain what he meant by this comment.
16                  And Rob explained, I am talking
17      about the TV that you and your sister stole
18      from Radio Shack this weekend during the
19      riots.
20                  By the way, do you have a sister?
21           A.     No.
22           Q.     Do you know what he meant by your
23      sister, then, why he added that?
24           A.     I guess he thought it would be
25      funny.
```

Page 198

```
 1                    [!WITNESS NAME]
 2         Q.    Were there any riots that -- in
 3    New York in the wake of the George Floyd
 4    riots what you perceive to be a riot?
 5         A.    I believe there was protests
 6    going on.
 7         Q.    But you said that he used the
 8    word riot, so were there any riots, that you
 9    were aware of?
10              MS. MASSIMI:  Objection.
11         Objection.
12              That allegation is not meant to
13         indicate that it is truthful.  That is a
14         verbatim quote from someone else.  The
15         plaintiff did not say that.
16              Do you want to call the judge
17         about this?
18              MR. McGAHA:  No.
19              MS. MASSIMI:  Okay.  Then move
20         on.
21              MR. McGAHA:  I get to ask the
22         questions.
23              MS. MASSIMI:  You can ask the
24         questions within reason, but you are
25         trying to pretend that you don't
```

                                      Page 199

```
 1                    [!WITNESS NAME]

 2          understand the dog whistle conversation

 3          between, you know, riots and protests,

 4          is pretty disgraceful.

 5                    Do you need to take a break,

 6          Mr. Campbell?

 7                    Let's take a break.  Let's step

 8          out.

 9                    MR. McGAHA:  All right.

10                    MR. BRODSKY:  The time is 13:37.

11          We are off the record.

12                    (Whereupon, a short recess was

13          taken.)

14                    MR. BRODSKY:  The time is 13:43.

15          We are on the record.

16          Q.    Mr. Campbell, we were discussing

17     paragraph 43 before we took a break.

18                    Did you report Rob's comments to

19     anyone after they occurred?

20          A.    No, because a manager was present

21     when he said it.

22          Q.    Okay.  And did you tell anyone

23     that you believed the comments were racially

24     offensive?

25          A.    No.
```

Page 200

```
 1                    [!WITNESS NAME]
 2          Q.     Do you have any documentation of
 3     that incident, other than your memory?
 4          A.     No, because a manager was there,
 5     so I felt like that would suffice enough.
 6          Q.     Okay.  Let's go to paragraph 45,
 7     which says, Rob made a statement in front of
 8     Henry Nunez.  And we discussed that.
 9               Paragraph 46, in light of Rob's
10     racially discriminatory accusations of
11     looting against Campbell, Campbell looked at
12     Nunez and asked, do I have to write a
13     statement about this, also?  Am I going to
14     write a statement every day, when these
15     things happen here?
16               Did Nunez --
17               MS. MASSIMI:  Am I going to have
18          to write a statement every day when
19          these things happen here?
20               MR. McGAHA:  That is correct.
21               It says, am I going to have to
22          write a statement every day when these
23          things happen here?
24               Thank you for clarifying.
25          Q.     Paragraph 47, Nunez made no
```

Page 201

```
1                        [!WITNESS NAME]
2           effort to reprimand Rob not to protect
3           Campbell; instead, looked at Campbell and
4           said, I don't know.  All right.
5                        When you say protect Campbell,
6           can you explain what you meant by that?
7                A.     Stand up for me, make me feel
8           protected.  I feel like that is the job of a
9           manager.
10               Q.     At the time that this incident
11          occurred, did you think that you -- did you
12          ever think to notify your direct manager?
13               A.     All the managers have the same
14          power.  Your manager that you direct to is
15          strictly for -- based on your belt and route,
16          but all managers have the same power.
17               Q.     I asked you a yes or no question,
18          please.
19                        MS. MASSIMI:  Objection.
20                        You can answer the question.
21               A.     Repeat the question.
22               Q.     Yes.  I will be glad to repeat
23          the question to you.
24                        When this incident occurred, Rob
25          made these statements, and Nunez -- you asked
```

Page 202

```
 1                   [!WITNESS NAME]
 2       Nunez if you are going to have to write a
 3       statement every day, and Nunez said, I don't
 4       know.
 5                   At that time, based on what you
 6       have alleged here in the timeline, your
 7       direct manager was Monty Bovell, correct?
 8            A.    Yes.
 9            Q.    Who is an African American,
10       correct?
11            A.    Yes.
12            Q.    Did you consider notifying
13       Mr. Bovell that these statements had been
14       made, and that you found them to be
15       offensive?
16            A.    No.
17            Q.    Why not?
18            A.    Because a manager was present
19       that I felt more comfortable around, that
20       knew me longer.
21            Q.    So you felt more comfortable
22       around Henry Nunez then Monty Bovell?
23            A.    Yes.  I knew him longer than I
24       knew Monty -
25            Q.    Okay.
```

Page 203

```
 1                    [!WITNESS NAME]
 2          A.      -- as far as managers.
 3          Q.      Do you believe Henry Nunez was
 4     racist?
 5          A.      At the time, no.
 6          Q.      Do you believe that Monty Bovell
 7     has any issue with African American people?
 8          A.      No.
 9          Q.      Okay.  So you don't believe he is
10     a racist either, at least not as it relates
11     to black people, right?
12          A.      No.
13          Q.      Do you think that most African
14     Americans would have found what Rob said to
15     be offensive?
16          A.      Yes.
17          Q.      So you believe that Monty Bovell
18     then would have also been offended by what
19     Rob said, correct?
20          A.      Yes.
21          Q.      But you chose not to tell Monty
22     Bovell, your direct supervisor, about what
23     Rob said, correct?
24          A.      Yes.
25                  But there was a manager present.
```

Page 204

```
 1                    [!WITNESS NAME]
 2          Q.    Okay.  Let's go to the next
 3     paragraph, paragraph 48.  Defendant,
 4     despite -- I guess you mean FedEx -- despite
 5     their knowledge.
 6               MS. MASSIMI:  I am sorry, what?
 7          Q.    Paragraph 48 says Defendant.
 8               There is two defendants in the
 9     case.
10               MS. MASSIMI:  Why are you -- you
11     don't have to interpret what the
12     pleading says.  It says what it says.
13          Q.    Paragraph 48 says, Defendant --
14               MS. MASSIMI:  Don't testify for
15     him.
16          Q.    After the comment, it says their.
17               I don't know if you mean FedEx or
18     you mean Mr. Wanders.  I am going to ask you
19     about that after I finish reading the
20     paragraph, okay?
21               It says Defendant, despite their
22     knowledge of Rob's blatantly discriminatory
23     conduct towards Campbell, did nothing to
24     discipline or reprimand Rob.  All right.
25                    There is two defendants in the
```

Page 205

```
1                    [!WITNESS NAME]
2        case.
3                    To whom are you referring in
4        Paragraph 48, when you say a singular
5        defendant?
6              A.    You are talking about Paragraph
7        49?
8              Q.    48.  I believe it is 48.
9              A.    Yes.  Oh, yes.
10                   Henry works for FedEx.  Henry is
11       a manager for FedEx Express, so he is part of
12       the defendant.
13             Q.    Okay.  So you are not talking
14       about Eric Wanders here?
15                   MS. MASSIMI:  Objection.
16                   You can answer the question.
17             A.    Eric wasn't present.
18             Q.    I understand that.
19                   But there are two defendants in
20       the case.  I am trying to understand which
21       one you are referring to in paragraph 48 when
22       you say Defendant?
23             A.    I am referring to an employee of
24       FedEx Express.
25             Q.    So you are referring to FedEx?
```

                                        Page 206

```
 1                    [!WITNESS NAME]
 2         That is what you mean by Defendant, correct,
 3         employee --
 4              A.     Yes.
 5              Q.     -- in 48?
 6                     So you're saying FedEx
 7         essentially, despite their knowledge of Rob's
 8         blatantly discriminatory conduct towards
 9         Campbell, did nothing to discipline or
10         reprimand Rob.
11                     So are you saying here, yes or
12         no, that Nunez, having heard what Rob said,
13         understood the comment to be blatantly
14         discriminatory?
15              A.     Yes.
16              Q.     Okay.  All right.
17                     But did nothing to discipline or
18         reprimand Rob?
19              A.     Yes.
20              Q.     Do you know whether or not Rob
21         was disciplined, as you sit here today?
22              A.     I wasn't made aware of it.
23              Q.     Okay.
24              A.     To my knowledge, nothing
25         happened.
```

Page 207

```
 1                        [!WITNESS NAME]
 2              Q.     Okay.  But you don't know that,
 3        do you?
 4              A.     No.
 5                     MS. MASSIMI:  Objection.
 6              Objection.
 7              Q.     Did you ever ask Rob whether or
 8        not he had been disciplined or reprimanded?
 9              A.     I stopped speaking to Rob after
10        he made those racial comments.
11              Q.     Is the answer no?
12                     MS. MASSIMI:  Objection.  He
13              answered the question.
14                     I know you don't like his answer,
15              but he has certainly answered the
16              question.
17              Q.     Is the answer no?
18                     MS. MASSIMI:  Objection.
19              A.     Can you repeat the question?
20              Q.     Yes, I will.
21                     Did you ever ask Rob if he had
22        been disciplined or reprimanded after he made
23        that statement to you?
24              A.     No.
25              Q.     49 says Defendant --
```

Page 208

```
1                    [!WITNESS NAME]
2        discrimination and retaliation against
3        Campbell continued.
4                    50 says, for example, in or
5        around July of 2020, JC and Jeffrey
6        Durante -- I believe that is how you
7        pronounce his name -- Plaintiff's coworkers
8        walked over to Campbell, who was standing
9        near a cage where packages are stored.
10                   Durante said to Campbell, how
11       about I put you in that cage, like the
12       gorilla you are.  Jeffrey then laughed and
13       walked away.
14                   Campbell does not currently know
15       JC's full name.
16                   As we sit here today, do you
17       still not recall his last name?
18            A.    I don't know his full name.
19       Everyone just called him JC.
20            Q.    How often did you work with JC?
21            A.    I worked with him a few times, to
22       cover Nico's route.
23            Q.    Was he a courier?
24            A.    He was a courier, yes.
25            Q.    Okay.  So -- and Jeffrey Durante,
```

Page 209

```
1                    [!WITNESS NAME]
2        did you work -- did you see him often?
3             A.    He worked on my belt; yes.
4             Q.    So you saw each of these
5        individuals, both JC and Jeffrey Durante,
6        every day?
7             A.    A few times a week, not every
8        day.
9                   Certain days, you don't see
10       certain coworkers.
11            Q.    And Durante was the one who said
12       the gorilla comments about being put in a
13       cage.  You alleged he said, how about I put
14       you in that cage like the gorilla you are?
15       Jeffrey laughed and walked away.
16                  Do you know if anyone else
17       witnessed this?
18            A.    Nobody else witnessed it.
19                  But I did go inside and speak to
20       Roberta about what was said to me, and she
21       told me to just let it go, calm down.
22            Q.    Who is Roberta?
23            A.    Roberta is a woman that worked
24       inside the office, along with Angela, but I
25       think she worked night shift or a late shift.
```

Page 210

```
 1                    [!WITNESS NAME]
 2          Q.     What was her job title, do you
 3     know?
 4          A.     I don't know her job title.
 5          Q.     Was she a manager?
 6          A.     No.
 7          Q.     What is her race?
 8          A.     African American.
 9          Q.     And did you interact with her
10     regularly?
11          A.     Yes.
12          Q.     And after you reported to her --
13     and I am assuming you reported to her exactly
14     what is on this page?
15          A.     Uh-huh.
16          Q.     What you allege in Paragraph 50,
17     you're saying -- correct me if I am wrong --
18     her response to you was let it go, don't
19     worry about it?
20          A.     That is how the station operates.
21     No one wants to write a statement.
22          Q.     I am not asking --
23               MS. MASSIMI:  Please do not
24          interrupt him, Mr. McGaha.
25               MR. McGAHA:  I am going to.
```

Alpha Reporting                    800-556-8974
A Veritext Company                 www.veritext.com

```
 1                    [!WITNESS NAME]
 2              MS. MASSIMI:  Mr. McGaha, stop
 3         interrupting him.
 4         Q.    I am going to interrupt you --
 5              MS. MASSINI:  You are not going
 6         to interrupt him.
 7         Q.    -- when you don't answer my
 8    question.
 9              MS. MASSIMI:  Oh, really?  Okay.
10              Let's call the court, then.  We
11         can call the court about this.  Let's
12         call the court about this.
13              MR. McGAHA:  Be glad to.
14              MR. BRODSKY:  Off the record,
15         Counselor?
16              MR. McGAHA:  We need to be off
17         the record, but we can stay on the
18         record.
19              MR. BRODSKY:  Okay.  The time is
20         13:54.  We are off the record.
21              (Whereupon, we are off the video
22         record; however, stenographic notes will
23         be taken in reference to contacting the
24         court.)
25              MR. McGAHA:  What number did you
```

Page 212

```
 1                    [!WITNESS NAME]

 2          call?

 3                    MS. MASSIMI:  The same one that

 4          you called, I believe, 718-804-2740.

 5                    MR. McGAHA:  Yup.

 6                    MS. MASSIMI:  Okay.  So we just

 7          attempted to --

 8                    MR. McGAHA:  We can come back to

 9          that.

10                    MS. MASSIMI:  -- to call

11          chambers, and there was no answer.

12                    The reason we are calling

13          chambers is because Mr. McGaha has said

14          I am going to interrupt when you don't

15          answer the question to the witness,

16          which is inappropriate.

17                    I am going to ask again, stop

18          interrupting the witness.

19          Q.    Okay.  I will ask you again,

20     Mr. Campbell, to answer my questions.

21                    MR. BRODSKY:  Excuse me, Counsel.

22                    Do you want to be on the record.

23                    MS. MASSIMI:  Yes, please.

24                    MR. McGAHA:  Sorry about that.

25                    MR. BRODSKY:  Please stand by.
```

Page 213

```
 1                    [!WITNESS NAME]

 2           The time is 13:56.  We are on the

 3           record.

 4                    MR. McGAHA:  Do you want to make

 5           the statement again while we are on

 6           video?

 7                    MS. MASSIMI:  Yes.  I believe the

 8           statement was already captured by the

 9           court reporter.

10                    But Mr.McGaha has stated to the

11           witness, quote, I am going to interrupt

12           you when you don't answer my question,

13           closed quote.

14                    The witness has been answering

15           Mr. McGaha's questions for the last four

16           hours.  It is completely inappropriate

17           for Mr. McGaha to characterize the

18           record otherwise, and to interrupt the

19           witness.

20                    MR. McGAHA:  Thankfully, I don't

21           need to characterize the record.  I

22           think the record speaks for itself.

23                    I think throughout the deposition

24           Mr. Campbell has been instructed by his

25           counsel to not answer questions that I
```

Page 214

```
 1                    [!WITNESS NAME]
 2         have asked him that are very appropriate
 3         questions and within the scope of
 4         discovery.
 5              Even if they weren't, she still
 6         does not have the authority to make
 7         those objections, speaking objections
 8         that she has been making throughout the
 9         deposition.
10              MS. MASSIMI:  Discoverability is,
11         in fact, the standard, and what you're
12         saying right now is a gross
13         overexaggeration.
14              So you are continuing to
15         mischaracterize the record.  You have
16         already upset the witness once.  You
17         have already brought him to tears.  It
18         is obviously not enough for you.
19              Please proceed with your
20         questioning.
21              MR. McGAHA:  Are you finished?
22              MS. MASSIMI:  I have asked you to
23         proceed with your deposition, Mr.McGaha.
24              MR. McGAHA:  Are you finished?
25              MS. MASSIMI:  Please proceed with
```

Page 215

```
1                    [!WITNESS NAME]

2            your deposition.

3                    MR. McGAHA:  Are you finished?

4                    MS. MASSIMI:  Mr. McGaha, you are

5            cutting into your own time.

6                    MR. McGAHA:  No, I am really not.

7                    MS. MASSIMI:  You are.

8                    MR. McGAHA:  We can be all night.

9            That is fine with me.

10                   MS. MASSIMI:  Okay.  Please

11           proceed with your questions.

12                   MR. McGAHA:  I am here until

13           Saturday, so --

14                   MS. MASSIMI:  Okay.

15                   MR. McGAHA:  -- we can stay until

16           then.

17                   MS. MASSIMI:  Well, the Federal

18           Rules of Civil Procedure give you seven

19           hours.  It has been four hours so far.

20                   Please proceed.

21                   MR. McGAHA:  Not if you are

22           making speaking objections throughout.

23                   MS. MASSIMI:  I am asking to

24           proceed.

25                   MR. McGAHA:  Throughout the
```

Page 216

```
 1                        [!WITNESS NAME]
 2          deposition.
 3                        MS. MASSIMI:  I am asking you to
 4          proceed with your questioning.
 5          Q.    Mr. Campbell, if I ask a yes or
 6     no question, I need you to answer the
 7     question yes or no.
 8                        MS. MASSIMI:  Objection.
 9          Q.    If you need to elaborate on the
10     question, or explain it, or provide context,
11     you're welcome to do that.
12                        But I am asking you a yes or no
13     question for a reason.
14                        MS. MASSIMI:  Objection.
15          Q.    If I ask you a question about a
16     specific person, I don't want you to give me
17     an answer about what happens generally.
18                        MS. MASSIMI:  Objection.
19          Q.    Unless and until after you have
20     answered my question, you need to provide
21     some context to that, you're welcome to.
22                        MS. MASSIMI:  Objection.
23          Q.    But I really need you to answer
24     my questions and answer yes or no questions
25     particularly, when they are asked of you.
```

                                          Page 217

```
 1                    [!WITNESS NAME]
 2      Does that make sense?
 3                    MS. MASSIMI:  You really need him
 4           to give answers other than the answers
 5           he has been given you.
 6                    What he has been doing here is
 7           testifying completely and truthfully,
 8           which is what is required.
 9                    Please proceed with your
10           questioning.
11           Q.    Did what I say make sense,
12      Mr. Campbell?
13                    MS. MASSIMI:  You don't have to
14           respond to that.
15           Q.    Mr. Campbell, did what I say make
16      sense?
17                    MS. MASSIMI:  Excuse me, sir.
18                    I just instructed the witness not
19           to answer that question.
20                    You can proceed with your
21           questions.
22                    MR. McGAHA:  Again, witness's
23           counsel has instructed her client not to
24           answer my question.
25                    MS. MASSIMI:  You are harassing
```

Page 218

```
 1                    [!WITNESS NAME]
 2          the witness.
 3                    Please proceed.
 4          Q.    Mr. Campbell, I am going to ask
 5     you a yes or no question, and I need you to
 6     answer it for me.
 7                    MS. MASSIMI:  Objection.
 8          Q.    All right.
 9                    MS. MASSIMI:  Objection.
10          Q.    I asked --
11                    MR. McGAHA:  As a matter of fact,
12          Court Reporter, can you go back and
13          repeat the last question that was asked
14          before we took a break?
15                    (Previous question was read
16          back.)
17                    THE COURT REPORTER:  Do you need
18          the answer, or no?
19                    MR. McGAHA:  I don't need the
20          answer.
21                    THE COURT REPORTER:  Okay.
22                    MS. MASSIMI:  Did you get my
23          objection to that question, please?
24          Q.    Can you answer the question.
25          A.    What is the question again?
```

                                        Page 219

```
1                      [!WITNESS NAME]
2                      I am sorry.  Can you repeat the
3            question.
4                 Q.    When -- was it Robin, did you say
5            her name was?
6                 A.    Roberta.
7                 Q.    Roberta.
8                      When Roberta told you, don't
9            worry about it, let it go --
10                     Well, is that what she said,
11           first of all?
12                     MS. MASSIMI:  Objection.
13                     You can answer the question.
14                A.    Yes.
15                Q.    That is what Roberta said to you
16           after you reported to her exactly what you
17           have alleged here in paragraph 50, correct?
18                A.    Yes.
19                Q.    All right.  And who, if anyone,
20           else did you report this to?
21                A.    She was the only person that I
22           spoke to about it.
23                Q.    So you didn't tell Monty Bovell,
24           correct?
25                A.    Yes.
```

Page 220

```
 1                    [!WITNESS NAME]
 2         Q.    All right.  You didn't tell Eric
 3    Wanders, correct?
 4         A.    Yes.
 5         Q.    You didn't tell -- you didn't
 6    report this to HR, correct?
 7         A.    Yes.
 8         Q.    At this time, you understood that
 9    Lance Reyes was the HR manager, correct?
10         A.    Yes.
11         Q.    All right.  And you knew that you
12    could have reported this incident to any of
13    the three of those people, correct?
14         A.    Yes.
15         Q.    So, when Roberta said, let it go,
16    don't worry about it, how did you respond?
17         A.    I just went back into the cage to
18    sort the boxes.
19         Q.    You didn't say anything else to
20    her?
21         A.    No.
22         Q.    Did you say anything to JC or to
23    Jeffrey Durante?
24         A.    I stopped speaking to them after
25    that incident.
```

Page 221

```
 1                    [!WITNESS NAME]
 2          Q.      So no, you did not?
 3          A.      No.
 4          Q.      Did you say anything else to
 5    Henry Nunez about this incident after it
 6    occurred?
 7          A.      No.  I wouldn't say anything else
 8    to Henry, because he already proved to me
 9    that he wasn't going to protect me in
10    situations like that.
11          Q.      Okay.  When did he prove that to
12    you?
13          A.      He has never proven it to me.
14          Q.      You said he did prove it?
15          A.      I said he did not.  He didn't.
16          Q.      You said he did not prove to you.
17                  Explain what you mean?
18          A.      Due to the prior incident, Henry
19    didn't stand up for me, so I didn't see a
20    purpose of going to him again and telling him
21    about this situation.
22          Q.      Which prior incident are you
23    referring to?
24          A.      The one with Rob.
25          Q.      Okay.  Which was the month prior.
```

Page 222

```
 1                    [!WITNESS NAME]

 2              This happened allegedly in July

 3     of 2020, the Rob incident, you said at or

 4     around the time of Lorenzi's suspension, in

 5     paragraph 42?

 6         A.    Which would be in June.

 7         Q.    Okay.  Right.  So about a month

 8     later?

 9         A.    About.

10         Q.    All right.  And if you help me

11     understand, if you believed in June that

12     Nunez was not going to assist you in

13     responding to allegations of discrimination,

14     can you explain to me why you did not go to

15     someone else about this incident that you

16     described in paragraph 50?

17         A.    Because it was extremely frowned

18     upon to tell managers any discrepancies that

19     you had on a day to day, so I didn't feel

20     comfortable going to any manager, because the

21     manager was present when I was being

22     disrespected.

23         Q.    Okay.  You said it was frowned

24     upon.

25              Why do you believe it frowned
```

Page 223

```
 1                    [!WITNESS NAME]
 2      upon?
 3           A.    Because so many people had
 4      grievances, and never made a report, because
 5      they were all scared of retaliation in some
 6      sort.
 7           Q.    Who are these people?
 8           A.    Some of my coworkers.
 9           Q.    Can you name them?
10           A.    I can name a few.
11           Q.    Yeah.
12           A.    Nico Navas, Adamel Spencer.
13           Q.    Give me one second.
14           A.    Laudy Rendon.
15           Q.    Can you slow down for a second?
16           A.    Yes.
17           Q.    I just want to make sure I write
18      these names down.
19                 Nico Navas?
20           A.    Which is Enrique, which I worked
21      with.
22           Q.    Right.
23           A.    Adamel Spencer.
24           Q.    Okay.
25           A.    Laudy Rendon.
```

Page 224

```
 1                      [!WITNESS NAME]

 2           Q.     How do you spell Laudy?

 3           A.     L-A-U-D-Y.

 4           Q.     Last name?

 5           A.     Ren -- I think she got married.

 6                  It used to be Acosta, but now it

 7      is R-E-N-D-O-N.

 8           Q.     Okay.  Anyone else?

 9           A.     No one else that comes to mind

10      right now, no.

11           Q.     And what is Laudy Rendon's race?

12           A.     She is Dominican.

13           Q.     You said that Nico is Italian?

14           A.     And I believe Ecuadorian.  I am

15      not sure, though, so you can't quote me on

16      that.  I am not sure what it is.

17           Q.     Okay.  Maybe of Latino descent?

18           A.     Possibly.

19           Q.     Latino and Italian.

20                  And then Adam Spencer is black?

21           A.     Yes.

22           Q.     You said that these are

23      individuals who had incidents that occurred

24      that they did not report?

25           A.     Yes.
```

                                        Page 225

```
 1                    [!WITNESS NAME]
 2           Q.     Okay.  And the reason why they
 3      did not report it was because what?
 4           A.     They felt like they would be
 5      retaliated against, or treated differently.
 6                  MS. MASSIMI:  Can we take a
 7           five-minute break, 2:12?
 8                  MR. McGAHA:  Sure.
 9                  MR. BRODSKY:  The time is 14:07.
10           We are off the record.
11                  (Whereupon, a short recess was
12           taken.)
13                  MR. BRODSKY:  The time is 14:14.
14           We are on the record.
15           Q.     Before we took a break,
16      Mr. Campbell, you mentioned three people:
17      Nico Navas, Adamel Spencer and Laudy Rendon,
18      who you said would have made allegations of
19      discrimination; is that right?  Please
20      correct me, if I am wrong.
21           A.     Yes.
22           Q.     But that they didn't, because
23      they feared retaliation; is that correct?
24           A.     Yes.
25           Q.     How do you know that, with
```

Page 226

```
 1                    [!WITNESS NAME]
 2        respect to each one of these individuals?
 3             A.    I have been in situations with a
 4        few of them where they thought about writing
 5        a report and chose not to, because it is not
 6        accepted in the depot.
 7             Q.    Can you give me -- let's start
 8        with Nico.
 9                   Can you explain the situation or
10        situations that you had with her?
11             A.    Nico is a man, Enrique.
12             Q.    I am sorry, yes.  Enrique.  Let
13        me write that down.
14                   Nico, is his nickname?
15             A.    Yeah.
16             Q.    Can you explain an incident or
17        the incidents -- incident or incidents where
18        you said he would have made a report, but
19        that he chose not to, because he feared
20        retaliation?
21             A.    Uh-huh.
22             Q.    Go ahead.
23             A.    When Henry was our manager, I
24        would go out with Nico to the mall.
25                   And one day, Nico wanted to leave
```

Page 227

```
 1                    [!WITNESS NAME]
 2        early while we were on the road, because he
 3        felt like his son was sick.
 4                    And he called Henry and told him,
 5        and Henry, quote, unquote, said, I don't give
 6        a fuck if your son is sick or not.  You are
 7        going to finish the route.
 8                    And Nico wanted to write a
 9        statement, and he didn't write a statement
10        because he felt like it was a waste of time.
11        Q.      Okay.  You said that he didn't
12        write a statement because he feared
13        retaliation, so that is different than being
14        a waste of time.
15        A.      Well, he felt like it would be a
16        waste of time, because he would get
17        retaliated against, so he didn't -- there is
18        no confidence.  He didn't have any confidence
19        in our management system.
20        Q.      Did he tell you this?
21        A.      I worked with him every day.
22        Q.      That is a yes or no question.
23                    MS. MASSIMI:  Objection.
24                    You can answer the question.
25        Q.      Did he tell you that he did not
```

Page 228

```
 1                    [!WITNESS NAME]

 2        report it because he had no confidence in

 3        this system, which is what you just said?

 4                    MS. MASSIMI:  Objection.

 5                    You can answer the question.

 6           A.     Yes.  He told me plenty of times

 7        that he wants to write statements, but it is

 8        a waste of time.  He feels like they are

 9        going to treat him differently.

10           Q.     Okay.  Is there another example,

11        other than the one where he --

12           A.     Yes.

13           Q.     -- told Henry that his son was

14        sick?  Okay.  Let's go through.

15           A.     One peak, which is our Christmas

16        season, I worked with Laudy Rendon.

17           Q.     Oh, wait.  Are we going to Laudy

18        now, or -- I am so sorry.

19           A.     No, we are on Laudy.

20           Q.     Okay.  So that is the only

21        instance that you can think of from Enrique?

22           A.     Yes.

23           Q.     And was there -- so you said

24        during that conversation, after he called and

25        said my son is sick, and Nunez said, I don't
```

Page 229

```
 1                    [!WITNESS NAME]
 2        give a fuck about your son being sick, you
 3        all had the discussion; and at that time,
 4        your testimony today is that Nico told you
 5        that he would report it, but he didn't think
 6        it would be worth his time, he thought it
 7        would be a waste of time, right?
 8                    MS. MASSIMI:  Objection.
 9                    You can answer the question.
10        A.    I am sorry.  What was the
11        question?
12        Q.    At the time that incident
13        occurred where you witnessed --
14        A.    I was there.
15        Q.    -- Nico call Mr. Nunez and say,
16        can I get off early, because my son is sick.
17        Nunez responded by saying essentially, I
18        don't care that your son is sick.
19                    MS. MASSIMI:  Objection.  That
20            wasn't -- if you want to quote
21            testimony, go ahead and quote it.
22        Q.    All right.
23                    What did he say?
24                    MS. MASSIMI:  He has already
25            answered that question.
```

Page 230

```
 1                    [!WITNESS NAME]
 2               You are the one reading his
 3          testimony back to him, or purporting to.
 4               You are mischaracterizing it.
 5          Q.    Well, I am mischaracterizing.
 6               You tell me what he said.
 7               MS. MASSIMI:  He has already done
 8          that.
 9               I will let him answer the
10          question.
11               Go ahead.  What did he say?
12               MR. McGAHA:  He has to answer the
13          question.  You are not letting him.  He
14          needs to.
15               MS. MASSIMI:  Mr. McGaha, you
16          can't harass him by asking him the same
17          question that he has directly answered
18          multiple times.
19               MR. McGAHA:  So if I ask him the
20          question, and I repeat back to him what
21          he said, I am mischaracterizing his
22          testimony; but if I ask him the
23          question, and he has already answered,
24          you object and say it is asked and
25          answered.
```

Page 231

```
1                    [!WITNESS NAME]
2              MS. MASSIMI:  Do you understand
3         there is a court reporter taking down
4         his responses so that you don't have to
5         keep it in your memory?
6              MR. McGAHA:  I do understand.
7              MS. MASSIMI:  So that you don't
8         have to keep in your memory.  You don't
9         have to ask him multiple times so you
10        can memorize it.
11             MR. McGAHA:  So glad it is on
12        video.
13             MS. MASSIMI:  Okay.  So are we,
14        because Mr. Campbell is here testifying
15        fully, completely and accurately.
16             I don't know why you think this
17        is funny, Mr.McGaha.
18   Q.    Mr. Campbell?
19             MR. McGAHA:  I don't think it is
20        funny.
21             MS. MASSIMI:  But you have been
22        laughing this whole time.
23             MR. McGAHA:  The record speaks
24        for itself.
25             I have not been laughing the
```

Page 232

```
 1                    [!WITNESS NAME]
 2           whole time.
 3                    MS. MASSIMI:  You are smirking
 4           right now.  Please respect the process
 5           and respect the witness and proceed with
 6           your questions.
 7                    MR. McGAHA:  Let's take a break.
 8                    MR. BRODSKY:  The time is 14:19.
 9           We are off the record.
10                    (Whereupon, a short recess was
11           taken.)
12                    MR. BRODSKY:  The time is 14:23.
13           We are on the record.
14           Q.    Mr. Campbell, you testified that
15     on one instance, Enrique Navas told you that
16     he would not report an incident related to
17     his son being sick, and Nunez responded by
18     saying, what did he say?
19                    What did you say that Henry Nunez
20     said?
21           A.    He didn't give a fuck if your --
22     his son was sick.
23           Q.    Henry Nunez said, I don't give a
24     fuck if your son is sick.
25                    And you, in response to that, you
```

Page 233

```
 1                    [!WITNESS NAME]
 2        heard Enrique say that he would report the
 3        incident, but that he thought it would be to
 4        no avail, or nothing that would be done about
 5        it; is that right?
 6                    MS. MASSIMI:  Objection.
 7                    You can answer the question.
 8            A.     Yes.
 9            Q.     And did you -- did he explain why
10        he believed that there would nothing done
11        about it?
12            A.     Yes.
13            Q.     Okay.  What did he say?
14            A.     Every time an employee makes a
15        complaint, nothing is ever done about it.
16            Q.     All right.
17            A.     And that he knows of, and he has
18        been there longer than I have.
19            Q.     That is what he told you?
20            A.     That is what he told me.
21            Q.     Okay.  At that time, you had made
22        two complaints, right?
23                    One was initially -- the first
24        one was when you reported to Mr. Wanders that
25        Ontaneda had made a statement about black
```

                                    Page 234

```
 1                    [!WITNESS NAME]
 2        people working and not wanting to work,
 3        right?
 4             A.    Yes.
 5             Q.    And you also said that as a
 6        result of that, something was done about it.
 7                    And excuse me.  I said Ontaneda.
 8                    This was Nunez, said black people
 9        were essentially lazy, didn't like to work.
10                    And you reported that to
11        Mr. Wanders, and that Mr. Wanders had Nunez
12        come and apologize to you, right?
13             A.    Yes.
14             Q.    Was something done about that
15        incident?
16             A.    Not long term.  That was in the
17        moment.
18             Q.    Yes or no?
19                    MS. MASSIMI:  Objection.
20             Q.    Was something done about that
21        incident?
22                    MS. MASSIMI:  Objection.  He has
23             answered the question.  He has answered
24             this question multiple times.  You
25             cannot force him to give a specific
```

Page 235

```
 1                    [!WITNESS NAME]

 2          answer.

 3               Q.     I am trying to understand your

 4          testimony.  That is why we are here today.

 5                    MS. MASSIMI:  His testimony has

 6               been clear.

 7                    Please proceed with your

 8               deposition.  We are asking you to please

 9               proceed with your questions.  His answer

10               is not going to change.

11               Q.     Did you believe something was

12          done about it?

13               A.     In the moment, yes.

14               Q.     And there was another incident

15          that you reported Mr. Lorenzi, and we talked

16          about that.

17                    And in that instance, I believe

18          it is even in your complaint, Mr. Lorenzi was

19          suspended as a result of the statement that

20          he made to you, wasn't he?  Look at paragraph

21          42.

22                    MS. MASSIMI:  I don't see that

23               this paragraph -- okay.  Yes.

24               A.     What was the question?

25                    MS. MASSIMI:  This paragraph does
```

Page 236

```
 1                    [!WITNESS NAME]
 2          not say necessarily that Lorenzi was
 3          suspended related to that.
 4          Q.    Was Lorenzi suspended as a result
 5     of the incident that occurred?
 6          A.    But the Nico situation with Henry
 7     was when Henry was still our manager.  That
 8     was before this.
 9          Q.    I am not talking about that.
10          MS. MASSIMI:  Please do not
11          interrupt the witness.
12          MR. McGAHA:  There was no
13          question for me --
14          MS. MASSIMI:  He was answering
15          your question.
16          MR. McGAHA:  No, he was not.
17          MS. MASSIMI:  Mr. McGaha?
18          MR. McGAHA:  He was speaking
19          about something that had nothing to do
20          with what I asked.
21          MS. MASSIMI:  Mr. McGaha, this is
22          question, answer; question, answer;
23          question, answer.  That is how it goes.
24          You ask a question, he answers.
25          Q.    Mr. Campbell, Mr. Lorenzi was
```

Page 237

```
 1                    [!WITNESS NAME]

 2       suspended as a result of the incident that

 3       occurred with you, right, where you alleged

 4       that he called you Trayvon, and made that

 5       comment about the water in the projects.

 6                    Was Lorenzi suspended as a result

 7       of that, yes or no?

 8            A.    Yes.  I found out later, he was

 9       suspended.

10            Q.    Okay.  Thank you.

11                    There were two instances that

12       occurred that you reported where something

13       did happen, right, that the situations were

14       rectified?

15                    MS. MASSIMI:  Objection.

16                    You can answer.

17            Q.    Let me ask you this way.

18                    There were two instances that you

19       reported at that time.

20                    At the time that you are

21       alleging -- at the time that you allege that

22       you and Nico had this discussion, do you

23       remember when that was?

24            A.    That was around the time when his

25       son was first born, so that was before the
```

Page 238

```
 1                    [!WITNESS NAME]
 2      suspension of Lorenzi.
 3            Q.     Okay.
 4            A.     And after Henry said the comments
 5      about black people.
 6            Q.     Thank you for clarifying.
 7                   So that happened between those
 8      two instances?
 9            A.     Yes.
10            Q.     So there was evidence prior to
11      that incident that you were aware of where
12      action was taken as a result of you making a
13      report, correct?
14                   MS. MASSIMI:  Objection.
15                   You can answer.
16            A.     Yes, action was taken.
17            Q.     Okay.  And after he had that
18      discussion with you, you and -- you -- and I
19      am talking about Enrique -- had that
20      discussion.  You reported another incident
21      which was the Lorenzi incident, correct?
22            A.     Yes.
23            Q.     All right.  And as a result,
24      Lorenzi was suspended, was he not?
25            A.     Yes.
```

Page 239

```
1                    [!WITNESS NAME]
2              Q.      Okay.  So was there any other
3         incident related to Enrique where he told you
4         that he would report something, but chose not
5         to?
6              A.      That was the only time.
7              Q.      Okay.  So then, you were about to
8         tell me about Laudy Rendon, right?
9              A.      Yes.
10             Q.      Okay.  Let's talk about that.
11                     So what instance or instances
12        occurred where Laudy Rendon told you that she
13        would have reported something, but chose not
14        to do?
15             A.      Okay.  I worked with Laudy during
16        peak, which is our holiday season.
17             Q.      What year?
18             A.      I don't remember what year
19        specifically.  I worked with her more than
20        one peak.
21             Q.      Okay.  Do you remember what --
22        the incident you were getting ready to tell
23        me about, you don't remember what year this
24        particular peak occurred?
25             A.      I am not sure.  I don't recall.
```

Page 240

```
 1                    [!WITNESS NAME]
 2          Q.    All right.  Sometime in the four
 3    years you were working there, during one of
 4    the peak seasons you had a discussion with
 5    Laudy Rendon?
 6          A.    Yes.
 7          Q.    Tell me about that.
 8          A.    She was pregnant at the time, so
 9    they sent me out with her, because all she
10    had to do was drive.  I would do all the
11    heavy lifting and driving.
12               One day, Frank and her got into
13    an argument.
14          Q.    Frank who?
15          A.    The manager, Frank Ontaneda.
16    Sorry if I am mispronouncing his name.
17               They got into a big argument.
18               This is before we left the
19    building.  I ran into Frank in the break
20    room, which is the kitchen.
21               He says to me, she is probably
22    not even pregnant.
23               So I went to Laudy and told Laudy
24    what Frank had said, because she was already
25    upset because he felt like she didn't want to
```

Page 241

```
 1                    [!WITNESS NAME]

 2        work because she was pregnant.

 3             Q.    She was upset because he felt

 4        like she didn't want to work?

 5             A.    Yes.

 6             Q.    I don't understand that.

 7                   What do you mean?

 8                   MS. MASSIMI:  Objection.

 9                   You can answer the question.

10             A.    Frank and Laudy got into a big

11        argument during the morning sort.

12             Q.    Okay.

13             A.    Frank felt that Laudy didn't want

14        to work because she was pregnant.

15             Q.    Okay.

16             A.    So they would often go back and

17        forth.

18             Q.    Okay.

19             A.    I ran into Frank in the break

20        room.

21             Q.    Okay.

22             A.    Frank turns to me and says, Laudy

23        is probably not even really pregnant.

24             Q.    Okay.  Okay.

25                   And then what happened?
```

Page 242

```
 1                    [!WITNESS NAME]
 2         A.      So I then went to Laudy and said,
 3    listen, Frank made a comment about you not
 4    being pregnant.
 5                  She said, I would report him, but
 6    I don't feel like it would do anything.
 7         Q.      Okay.  Did you ever consider
 8    reporting Frank for this?
 9         A.      No.  I didn't know that was
10    possible, at the time.  At the time, I didn't
11    know that other people could make reports on
12    behalf of other people.
13                  If I did, I would have.
14         Q.      But you know that you can,
15    though?
16         A.      I know that now, yes.
17         Q.      Okay.
18         A.      Because she actually lost the
19    baby that year.
20         Q.      But you don't remember what year
21    it was?
22         A.      I am not sure.
23         Q.      Okay.  Do you recall whether or
24    not this incident occurred before or after
25    the Lorenzi incident that we have discussed?
```

Page 243

```
 1                    [!WITNESS NAME]

 2          A.      I don't remember.

 3          Q.      Do you know if it occurred before

 4      or after the Nunez incident that we

 5      discussed?

 6          A.      The black --

 7          Q.      Yes.

 8          A.      -- comments?

 9          Q.      Yes.

10          A.      It happened after that, for sure.

11          Q.      All right.  Did you have any

12      other instances or discussions with Laudy

13      about her telling you that she would have

14      reported something, but chose not to?

15          A.      No.

16          Q.      And she said that she would not

17      report it, because she didn't think anything

18      would be done about it, or what did she tell

19      you why she didn't want to report it?

20          A.      Yes.  I believe I said why.

21                  She said that in my last

22      statement.

23          Q.      What was it, just so we are

24      clear?

25                  MS. MASSIMI:  Objection.
```

Page 244

```
 1                    [!WITNESS NAME]
 2          A.     The general --
 3                 MS. MASSIMI:  You can answer.
 4          A.     The general rule of thumb is no
 5     one wants to report anything, 'cause no
 6     worker of that station wants to make any
 7     statements because they are in fear of
 8     retaliation and something being done to them
 9     or being treated differently.
10          Q.     Is that what she said?
11          A.     That is the general consensus of
12     the station.
13          Q.     That is not what I asked.
14                 MS. MASSIMI:  He has already
15          answered that question.
16          Q.     Is that what she said?
17          A.     Yes.
18          Q.     Okay.  What about Adamel Spencer?
19     What instances can you recall today where he
20     told you he would report something, but chose
21     not to?
22          A.     Adamel Spencer was constantly
23     being harassed by Henry Nunez.
24                 Henry started giving him OLCCs
25     for stuff that other drivers would do.
```

Page 245

```
 1                    [!WITNESS NAME]
 2                    And Adamel Spencer wanted to
 3          write a statement for harassment from Henry,
 4          but was also in fear of retaliation.
 5               Q.    How do you know he was in fear of
 6          retaliation?
 7               A.    He saw how I was treated after I
 8          made a statement about Peter.
 9               Q.    Okay.  Did he tell you that he
10          was in fear of retaliation?
11               A.    Yes.
12               Q.    He told you that verbally?
13               A.    Yes.
14               Q.    Do you remember exactly what he
15          said?
16               A.    I don't remember his exact
17          verbiage, no.  Verbiage, no.
18               Q.    And he was going to report what,
19          exactly?
20               A.    Harassment from Henry Nunez.
21               Q.    And the harassment was the OLCCs?
22               A.    The OLCCs.
23                    Him and Henry didn't get along
24          from when Henry was our manager.
25                    But Henry would also stick his
```

Page 246

```
 1                    [!WITNESS NAME]
 2        authority into Monty's belt and just give
 3        Spencer a hard time.
 4             Q.    Okay.  Was it just Spencer, or
 5        was he giving other people a hard time, too?
 6        I am trying to understand.
 7             A.    It was just Spencer.
 8             Q.    So Henry Nunez was singling
 9        Spencer out to give him a hard time, is what
10        you are saying?
11             A.    Yes.
12             Q.    And this is what Spencer told
13        you?
14             A.    Yes.
15             Q.    So Henry Nunez didn't give any of
16        the other African American employees a hard
17        time?
18             A.    After he left the belt, not to my
19        knowledge, no.
20             Q.    Any other instance?
21             A.    That is all I can think of right
22        now.
23             Q.    So there are three instances, one
24        from each one of these individuals that you
25        mentioned?
```

Page 247

```
 1                    [!WITNESS NAME]
 2          A.      Yes.
 3          Q.      Okay.  Let's see.
 4                  And the reason why you did not
 5      report this is because you believe nothing
 6      would be done about it, and because you
 7      feared retaliation, is that what you are
 8      testifying?
 9               MS. MASSIMI:  What are you
10          referring to?
11               MR. McGAHA:  I am referring to
12          paragraph 50.
13          A.      Yes.
14               MS. MASSIMI:  Oh, I didn't
15          realize you were back talking about
16          that.
17          A.      Yeah.  I didn't know that,
18      either.  Yes.
19               MR. MASSIMI:  Okay.
20          Q.      Yes.  All right.
21                  In hindsight, do you think that
22      you should have notified HR of this incident?
23          A.      In hindsight, I should have
24      wrotten [sic] a statement every single time
25      one of these situations have arise.
```

Page 248

```
1                    [!WITNESS NAME]
2          Q.    I am asking you, in hindsight, do
3    you believe you should have notified HR of
4    this incident?
5                 MS. MASSIMI:  He has answered
6          this question.
7          A.    I think I just answered.
8                 MR. McGAHA:  No, he didn't answer
9          my question.
10                MS. MASSIMI:  Yes, he did.
11                MR. McGAHA:  He did not answer my
12         question.
13                MS. MASSIMI:  He did answer your
14         question, Mr. McGaha.
15                Please proceed with the
16         deposition.
17         Q.    In hindsight, do you believe that
18    you should gave notified HR of this incident?
19                MS. MASSIMI:  Objection.
20                You can answer the question.
21         A.    Yes.  It is possible.
22         Q.    All right.
23                In hindsight, do you believe that
24    you should have notified Monty Bovell of this
25    incident?
```

Page 249

```
 1                    [!WITNESS NAME]

 2         A.     Yes, it is possible.

 3         Q.     In hindsight, do you believe you

 4    should have notified Eric Wanders of this

 5    incident?

 6         A.     Yes, it is possible.

 7         Q.     And you didn't notify any of the

 8    three of those individuals, did you?

 9         A.     No, because I didn't feel

10    comfortable enough to tell them what was

11    going on.

12         Q.     And at that point, you had not

13    been retaliated against -- let me ask you, at

14    that point, had you been retaliated against

15    in any way?

16              MS. MASSIMI:  Objection.  You can

17         answer.

18              At what point are you referring

19         to?

20              MR. McGAHA:  At the time that

21         this incident occurred?

22              MS. MASSIMI:  Which incident are

23         you referring to?

24              MR. McGAHA:  Talking about

25         paragraph 50.
```

Page 250

```
1                          [!WITNESS NAME]

2                     THE WITNESS:  Oh.

3                     MS. MASSIMI:  Still on paragraph

4          50.  Got it.

5                     MR. McGAHA:  We haven't moved on.

6          Q.     At the time the incident occurred

7     that is described in paragraph 50, had you

8     been retaliated against?

9                     MS. MASSIMI:  Objection.

10                    You can answer the question.

11         A.     In terms of work?

12         Q.     This happened in July of 2020?

13         A.     Yes.

14         Q.     You allege retaliation in your

15    complaint?

16         A.     Yes.

17         Q.     So you understand what

18    retaliation is?

19         A.     Yes.

20         Q.     At the time that this incident

21    occurred, in July of 2020, had anyone at

22    FedEx retaliated against you?

23                    MS. MASSIMI:  Objection.

24                    You can answer.

25         Q.     For having reported
```

Page 251

```
 1                      [!WITNESS NAME]

 2         discriminatory or harassing conduct?

 3                      MS. MASSIMI:  Objection.

 4                      You can answer the question.

 5              A.     No.  I wasn't retaliated at this

 6         time in July of 2020, no.

 7              Q.     All right.  Paragraph 51.

 8                      A few days after this incident,

 9         David Almeda, another courier for Defendant,

10         walked over to where Campbell was standing

11         with two managers, Michael Bradley and

12         Pasqualicchio?

13                      MR. CHRISTOPHE:  Pasqualicchio.

14                      MR. McGAHA:  You say it much

15            better than me.  Pasqualicchio.

16              Q.     Pasqualicchio, in front of these

17         two managers, Almeda said of Campbell,

18         doesn't this guy look like someone who would

19         steal your car radio and then try to sell it

20         back to you?

21                      Almeda's comments was an

22         abhorrent -- comment was an abhorrent use of

23         the long-standing racially discriminatory and

24         false characterization of black people as

25         criminals.
```

Page 252

```
 1                    [!WITNESS NAME]
 2                    All right.  Let's start from the
 3         top.
 4                    MS. MASSIMI:  Objection.
 5              Q.    So what type of relationship did
 6         you have with Almeda?
 7              A.    None.
 8              Q.    Did you see him on a daily basis?
 9              A.    Seen him maybe once or twice a
10         month.
11                    He worked on a different belt
12         than me.
13              Q.    But you all were peers?  You all
14         were all were the same level, as far as the
15         job?
16              A.    Yeah.
17              Q.    What is Almeda's race, if you
18         know?
19              A.    Hispanic.
20              Q.    Where did the incident occur?
21              A.    By the cage, in the depot.
22              Q.    Did anyone witness this, other
23         than Bradley and Pasqualicchio?
24              A.    It was just Mike, Steve, which is
25         Pasqualicchio, Almeda and me.
```

Page 253

```
 1                    [!WITNESS NAME]

 2          Q.     We will call him Steve.

 3          A.     I believe that is his name,

 4     Steve.

 5          Q.     All right.  Fantastic.

 6          A.     I am not sure.

 7          Q.     So those are the only two people

 8     that saw it --

 9          A.     Yes.

10          Q.     -- as far as you know?

11                 When he said this, how did you

12     respond, if at all?

13          A.     I was actually having a

14     conversation with Steve about past

15     situations.

16                 And after David Almeda said that

17     to me, I looked at Steve and said, do you see

18     what I have to deal with on a regular basis?

19                 And Steve looked at Michael

20     Bradley, and he just sighed.  That was at the

21     reaction that I got from them.

22          Q.     Did you respond to them, sighing

23     in any way?

24          A.     I was upset.  I was hurt.

25          Q.     Did you say anything?
```

Page 254

```
 1                    [!WITNESS NAME]
 2          A.    No.
 3          Q.    So you just walked away?
 4          A.    I just stood there and looked at
 5     them.
 6          Q.    Did you say anything to Almeda?
 7          A.    I didn't say anything to Almeda.
 8          Q.    Okay.  And you are sure he was
 9     talking to you?
10                MS. MASSIMI:  Objection.
11                You can answer the question.
12          A.    Yes, I am -- was sure he was
13     talking to me.
14          Q.    How do you know that?
15          A.    I was the only black person
16     there.
17          Q.    Okay.  This doesn't say anything
18     about being black.
19                This says, does this look like
20     this -- doesn't this guy look like someone
21     who would steal your car radio and then try
22     to sell it back to you.
23                How do you know he was talking
24     about you?
25          A.    He pointed at me.
```

Page 255

```
1                    [!WITNESS NAME]
2          Q.     So he pointed at you?
3          A.     Yes.
4          Q.     And did you report this to
5     anyone?
6          A.     No.  There were two managers
7     present, again, for another situation.
8          Q.     So there was no mention of your
9     race, correct?
10              MS. MASSIMI:  Objection.
11              You can answer the question.
12         A.     No.
13         Q.     All right.  But you considered
14    this to be a racially offensive statement?
15              MS. MASSIMI:  Is that a question?
16         Q.     Did you --
17              MR. McGAHA:  He just testified he
18              believed it to be a racial offensive
19              statement.
20              MS. MASSIMI:  You are making
21              statements.
22              So ask him if you have a
23              question.
24         Q.     Did you consider this to be a
25    racial offensive statement?
```

Page 256

```
 1                    [!WITNESS NAME]
 2          A.     Yes.
 3          Q.     Thank you.
 4                 And after having -- after Almeda
 5      made this statement to you at this time, was
 6      Monty Bovell your manager?
 7          A.     Yes.
 8          Q.     Do you think that most African
 9      Americans would have found this statement to
10      be offensive?
11          A.     Yes.
12          Q.     Or considered to be a racially
13      offensive statement?
14          A.     Yes.
15          Q.     Do you think Monty Bovell would
16      have been offended by it?
17          A.     Yes.
18          Q.     Did you ever consider notifying
19      him about it?
20          A.     No, because there were two
21      managers present.
22          Q.     Right.  But neither one of
23      managers were African American, were they?
24          A.     Doesn't matter.  They are a
25      manager.
```

Page 257

```
 1                    [!WITNESS NAME]
 2          Q.    So let me get this straight:
 3                There was no -- there no
 4     indication from the statement itself, or any
 5     mention of anyone's race, correct?
 6                    MS. MASSIMI:  Objection.
 7                    Which question do you want him to
 8          answer?  There was no indication, or no
 9          mention.
10          Q.    Was there any mention of anyone's
11     race at all --
12                    MS. MASSIMI:  Objection.
13                    You can answer.
14          Q.    -- in this statement?
15                    MS. MASSIMI:  You can answer the
16          question.
17          A.    No.
18          Q.    Okay.  And at that time, you
19     had -- you considered the statement to be
20     offensive because you believed it was a
21     racist statement, right?
22          A.    Yes.
23          Q.    And you believed an African
24     American person, any African American person
25     would consider it to be a racist statement,
```

Page 258

```
1                    [!WITNESS NAME]
2       correct?
3            A.    Yes.
4            Q.    And you said the two managers who
5       you say witnessed were not African American,
6       were they?
7            A.    They weren't African American,
8       yes.
9            Q.    So you had an African American
10      supervisor who was not there, who you
11      believed would have also found this statement
12      to be offensive, and you chose not to notify
13      your African American supervisor that this
14      statement had been made, correct?
15                 MS. MASSIMI:  Objection.
16                 You can answer the question.
17           A.    Yes, because there is two
18      managers there, yes.
19           Q.    Did you ever consider reporting
20      this to HR?
21           A.    No.
22           Q.    Did you consider reporting this
23      to Mr. Wanders?
24           A.    No, because the last time I made
25      a statement, I got treated very poorly by my
```

Page 259

```
 1                    [!WITNESS NAME]

 2        peers and my managers.

 3             Q.    The last time you made a

 4        statement to who?

 5             A.    About Peter Lorenzi.

 6             Q.    Okay.  Now you have mentioned

 7        that you were treated poorly because you were

 8        called a snitch, right?

 9                   MS. MASSIMI:  Objection.  He

10              testified a little more detail than

11              that.

12             Q.    How were you treated poorly?

13                   MS. MASSIMI:  He already

14              testified to this, Mr. McGaha.  This is

15              nearly hour five, and you gotta move on.

16                   Move the deposition along.

17             Q.    How were you treated poorly after

18        you reported the last incident of race

19        discrimination?

20                   MS. MASSIMI:  Which one are you

21              referring to?

22             Q.    You just said the last time.

23                   Which last time are you referring

24        to?

25             A.    I am speaking about the statement
```

                                        Page 260

```
 1                        [!WITNESS NAME]
 2         that I wrote on Peter Lorenzi --
 3              Q.     All right.
 4              A.     -- for his comments.
 5              Q.     Okay.  You said last time you had
 6         written a statement alleging racial
 7         discrimination you were treated poorly.
 8                        How were you treated poorly?
 9                        MS. MASSIMI:  Objection, asked
10              and answered.
11                        You can answer the question
12              again.
13              Q.     Well, if you were treated poorly,
14         I will answer the question based on your own
15         testimony.
16                        MS. MASSIMI:  Please lower your
17              tone when talking to the witness.
18                        He is being very professional to
19              you.  I would appreciate you lowering
20              your tone with him.  Thank you.
21                        MR. McGAHA:  Wow.
22              Q.     Mr. Campbell, you said that you
23         were treated poorly because you were called a
24         snitch, right?
25                        MS. MASSIMI:  Objection.  His
```

Page 261

```
 1                    [!WITNESS NAME]
 2           testimony was far more detailed than
 3           that.
 4                    That was part of his testimony.
 5                    You cannot mischaracterize the
 6           record like that.
 7           Q.    How were you treated poorly,
 8     Mr. Campbell?
 9                    MS. MASSIMI:  Again, objection.
10                    You can answer the question.
11           A.    I was treated poorly with
12     examples such as Angela hanging up the phone
13     on me, giving my broken power pads, Henry
14     cutting my hours, things of that nature.
15           Q.    Okay.  So I want to make sure I
16     am very specific here.
17                    So the -- every instance that you
18     were treated poorly, you said that you were
19     being called you snitch, right?  Is that one
20     of the ways you were being treated poorly?
21           A.    Yes.
22           Q.    You said you had been given a
23     broken power pad, broken power pads by
24     Lorenzi's wife, right?
25           A.    Yes.
```

Page 262

```
 1                    [!WITNESS NAME]
 2           Q.     And you said that Henry was
 3      cutting your hours, right?
 4           A.     Oh, she was hanging up on me,
 5      also.
 6           Q.     Oh, hanging up on you.
 7                  And you said that Henry was
 8      cutting your hours?
 9           A.     Yes.
10           Q.     I thought you said the hours
11      started being cut after the first incident?
12           A.     Okay.  This is what happened with
13      the hours.  Let's just revisit that.
14                  My hours were normal.  Henry
15      started to cut them.
16           Q.     When?
17           A.     In 2018.
18           Q.     Okay.
19           A.     Right before then, he made the
20      comments about black people.
21                  Henry -- Eric told him to make it
22      right and apologize.
23                  Immediately after he apologized,
24      my hours went back to normal.
25                  After some time passed, Henry
```

Page 263

```
 1                    [!WITNESS NAME]
 2       decided to start cutting my hours again.
 3                 Then Monty became my manager.
 4       Monty told me out of his own mouth that my
 5       hours being cut was specifically Henry's
 6       doing, because I started going out with
 7       another courier by the name of Jeff.  What is
 8       Jeff's last -- I cannot remember his last
 9       name.  It starts with an L.
10            Q.     When did he cut your hours again?
11            A.     He cut -- again, he cut my hours
12       shortly before Monty became my manager again.
13       He went back to that.
14            Q.     Okay.  So the first incident
15       happened in the summer of 2018, right?
16            A.     Uh-huh.
17            Q.     That was when he made the
18       comments, you said your hours after that went
19       back to normal?
20            A.     He cut -- he cut my hours before
21       he made those comments.
22            Q.     He cut your hours before the
23       comment was made?
24            A.     Yes.
25            Q.     Okay.
```

Page 264

```
 1                    [!WITNESS NAME]

 2          A.      Then he made the comments.

 3                    After he made the comments, we

 4      made amends.  He apologized, then my hours

 5      went back to normal.  He said, it is fine.

 6      You can work with Nico all day.

 7                    That gap where things were

 8      happening, and no one was reporting it,

 9      eventually he started cutting my hours again.

10          Q.      But you don't know when?

11          A.      I can't give you a specific date

12      and month, no, but it was around the time

13      Monty became my manager.

14          Q.      So that would have been two years

15      later?

16          A.      Possibly, yes.  Yes.  Yes.

17          Q.      So your hours were normal between

18      2018 and 2020?

19          A.      Yes, because I was going out with

20      swing drivers and Nico.

21          Q.      So if he did retaliate against

22      you by cutting your hours, it would have been

23      two years after you made this report, right,

24      of him saying that black people were lazy?

25          A.      Yes.
```

                                        Page 265

```
1                    [!WITNESS NAME]
2          Q.     Okay.  Got it.  All right.  So
3    thank you for clarifying that.
4               MS. MASSIMI:  Objection.
5          Q.     So is there any other way that we
6    have not discussed -- you just named, I
7    believe, four ways:  That was the -- being
8    called a snitch, the cutting of your hours,
9    and Ms. Lorenzi hanging up on you and giving
10   you broken power pads.
11              At this point, Paragraph 51, we
12   are talking about, had there been any other
13   instances of you being retaliated against
14   after having reported someone for
15   discrimination and harassment?
16         A.     You named a few of them.  You
17   named most of them.
18         Q.     I want to name all of them, so I
19   need all the other ones.  I want to make sure
20   I have them all.
21         A.     Yeah, that is them, right there.
22         Q.     That is it?
23         A.     Yeah.
24         Q.     Okay.  Thank you.
25         A.     That come to my mind right now,
```

Page 266

```
 1                    [!WITNESS NAME]

 2        yes.

 3             Q.     I need you to think as hard as

 4        you can, 'cause I only get one opportunity to

 5        take your deposition, so if there is another

 6        instance --

 7             A.     Oh, we will get to that instance

 8        before we leave.

 9             Q.     Well, if you can think of it now.

10             A.     Oh, when I was terminated, that

11        was another, yeah.

12             Q.     Okay.  That was the --

13             A.     We will get to that.

14             Q.     That was the end.  Gotcha.

15                    Those are the only ones that we

16        are talking about here, right?

17                    MS. MASSIMI:  Those are the ones

18             that you are talking about.

19             A.     No.  I mean, there is other

20        things I feel that we didn't get to it.

21                    MS. MASSIMI:  Right.

22             A.     We didn't get to it yet.

23             Q.     Right.  Let's --

24             A.     So I can't give you all of them

25        right now, 'cause we are going to get to them
```

Page 267

```
 1                    [!WITNESS NAME]

 2      anyway.

 3           Q.     No, I want to get to them now.

 4                  I want you tell me, up to this

 5      point --

 6                  MS. MASSIMI:  Which point?

 7                  MR. McGAHA:  Paragraph 51.

 8           A.     Oh, so up until that point, yes.

 9           Q.     Gotcha.

10           A.     Yes.  Up to that point, yes.

11                  I thought you meant the whole

12      time I was there, yes.

13           Q.     No, up to Paragraph 51.

14                  And do you have any documentation

15      that this incident occurred, other than your

16      memory?

17           A.     No.

18           Q.     Paragraph 52, I believe you

19      testified to this, but we well talk about it.

20                  Campbell immediately turned to

21      Bradley and Pas -- Steve.  We will call him

22      Steve -- two managers, and said, see, this is

23      what I am dealing with.  You just heard David

24      come up to me and say that.

25                  This comment from Plaintiff to
```

Page 268

```
 1                    [!WITNESS NAME]
 2        Bradley and Steve constituted yet another
 3        complaint of racial discrimination from
 4        Campbell to Defendant.
 5                    MS. MASSIMI:  I am sorry.  What?
 6             Q.    It says -- please correct me if I
 7        am reading this incorrectly, but it says,
 8        this comment from Plaintiff to Bradley was --
 9        Bradley and Steve constituted yet another
10        complaint of racial discrimination from
11        Campbell to Defendant, yet Defendants took no
12        action to protect Campbell from the blatant
13        discrimination and retaliation.
14                    I don't quite understand the
15        second sentence.
16                    MS. MASSIMI:  Objection.
17             Q.    So I am going to ask you to
18        explain it to me.
19                    So you're saying that the comment
20        from Plaintiff to Bradley and Steve
21        constituted yet another complaint of racial
22        discrimination from Campbell to Defendant.
23                    So what you're saying here is
24        that by saying to Bradley and Steve, see,
25        this is what I am dealing with you, just
```

Page 269

```
 1                    [!WITNESS NAME]
 2      heard David come up to me and say that you
 3      felt like you were reporting discrimination?
 4            A.    Yes.
 5            Q.    Okay.  Did you say -- other than
 6      what you have quoted here, did you say
 7      anything to either one of them that would
 8      indicate that you believed it was racially
 9      based, what they said was racially based?
10            A.    I didn't think I needed to say
11      much, because they witnessed it.
12            Q.    That is a yes or no question.
13                  MS. MASSIMI:  He has answered the
14            question.
15                  MR. McGAHA:  No, he has not.
16                  MS. MASSIMI:  Yes, he has.
17                  MR. McGAHA:  That is not an
18            answer to my question.
19                  MS. MASSIMI:  He has answered
20            your -- all of your questions.
21                  MR. McGAHA:  That is not an
22            answer to my question --
23                  MS. MASSIMI:  -- for the last
24            five hours.
25                  MR. McGAHA:  That is not an
```

Page 270

```
 1                    [!WITNESS NAME]

 2         answer to my question.

 3                MS. MASSIMI:  Despite your

 4         attempts to interrupt him.

 5                MR. McGAHA:  This would be a

 6         perfect opportunity to get the court on

 7         the phone.

 8                MS. MASSIMI:  Sure.

 9                MR. McGAHA:  And we can stop with

10         that last question.

11                MS. MASSIMI:  Perfect.

12                MR. McGAHA:  We can go off the

13         video record.

14                MR. BRODSKY:  The time it 14:54.

15         We are off the record.

16                (Whereupon, we are off the video

17         record; however, stenographic notes will

18         be taken in reference to contacting the

19         court.)

20                THE COURT CLERK:  (Inaudible.)

21                MS. MASSIMI:  Hi.  This is

22         Jessica Massimi.  I am Plaintiff's

23         counsel in a case that is currently

24         before the judge.  We are calling from a

25         deposition.
```

Page 271

```
 1                    [!WITNESS NAME]
 2               THE COURT CLERK:  Can I have the
 3          case number?
 4               MS. MASSIMI:  22 --
 5               THE COURT CLERK:  Did you guys
 6          call earlier this afternoon?
 7               MS. MASSIMI:  We did call
 8          earlier, yes.
 9               THE COURT CLERK:  (Inaudible.)
10               MS. MASSIMI:  We are having great
11          difficulty hearing you.
12               THE COURT CLERK:  Are you with
13          opposing counsel at this time?
14               MS. MASSIMI:  Yes.  Both counsel
15          are here, and there is a court reporter
16          present, taking everything down.
17               THE COURT CLERK:  Okay.  Should
18          she get on the line, the court reporter
19          is no longer needed.  We will be
20          recording that session.
21               But at this time, do you mind if
22          I put you on a brief hold?
23               (Inaudible.)
24               MS. MASSIMI:  Okay.  No problem.
25          We will wait.
```

Page 272

```
 1                    [!WITNESS NAME]
 2              THE COURT CLERK:  Counsel, okay.
 3              Do you have a pen and paper?  You
 4         are going to need yourself, plus defense
 5         counsel, to get on a court phone line.
 6              And the court reporter that you
 7         have there will not be needed.  We are
 8         going to record the session.
 9              MS. MASSIMI:  Just for clarity,
10         are you saying you need our court
11         reporter, or you don't?
12              THE COURT CLERK:  No, we do not.
13              MS. MASSIMI:  So you are going to
14         give me a number?
15              THE COURT CLERK:  888-808-6929.
16              And the access code is 9281384.
17         And that is for yourself and for defense
18         counsel to join immediately after this
19         phone call.
20              MS. MASSIMI:  Okay.  We will call
21         now.  Thank you.
22              (Whereupon, a recess was taken at
23         3:01 p.m., and stenographic notes are no
24         longer being taken.)
25              MR. BRODSKY:  The time is 15:13.
```

Page 273

```
 1                    [!WITNESS NAME]

 2           We are on the record.

 3                    MR. McGAHA:  All right.  Thank

 4           you.

 5           Q.    We are still discussing paragraph

 6      52 of the complaint Exhibit 9.  All right.

 7                    My question to you, Mr. Campbell,

 8      is did you tell either Mr. Bradley or Steve

 9      P -- Steve, the person that you mentioned as

10      the second person in paragraph 52, did you

11      tell them that you believed that the comment

12      that was made to you by Mr. Almeda in

13      paragraph 51 was racially offensive?

14                    MS. MASSIMI:  Objection.

15                    You can answer the question

16           again.

17           A.    Yes.

18           Q.    You told them that you --

19           A.    I expressed it to them, yes.

20           Q.    How did you express it to them?

21           A.    I feel like it was obvious that

22      it was a racial joke that wasn't funny.

23           Q.    Did you tell them in words that

24      you believed that the comment was racially

25      offensive?
```

Alpha Reporting                    800-556-8974
A Veritext Company              www.veritext.com

```
 1                    [!WITNESS NAME]
 2          A.     No.
 3          Q.     Is it your testimony that you
 4     believed that they should have interpreted
 5     the comment to be racially offensive?
 6          A.     Yes.
 7          Q.     And by them interpreting your
 8     comment as being -- or let me scratch that.
 9                 You are alleging in paragraph 52
10     that when you said, quote, see, this is what
11     I am dealing with, you just heard David come
12     up to me and say that you believed that you
13     were reporting discriminatory conduct in that
14     instance; is that correct?
15          A.     Yes.  I feel that is a form of
16     reporting, because they were present.
17          Q.     All right.  And you had no issue
18     with any retaliation in that instance?
19                 MS. MASSIMI:  Objection.
20                 You can answer.
21          A.     No, not in that instance.
22          Q.     And why not?
23          A.     The retaliation came after.
24          Q.     Okay.  So you testified earlier
25     that you did not report, or that there was a
```

Page 275

```
 1                  [!WITNESS NAME]
 2        general consensus that reporting would lead
 3        to retaliation, correct?  Is that what you
 4        testified to?
 5             A.     Yes.
 6             Q.     But in this incident in Paragraph
 7        52 you have testified that you were reporting
 8        discrimination, at least this is what you
 9        interpreted as a report of discrimination?
10             A.     Uh-huh, yes.
11             Q.     Why didn't you fear retaliation
12        in that instance?
13             A.     Two managers were there present.
14        That is why I didn't fear retaliation in that
15        instance.
16             Q.     Okay.  Do you have any other
17        documentation or any documentation other than
18        your memory about this particular incident?
19             A.     No.
20             Q.     Did you speak to anyone else
21        about this incident after it occurred?
22             A.     No.
23             Q.     In hindsight, do you believe that
24        you should have reported this to HR?
25             A.     In hindsight, I feel like I
```

Page 276

```
 1                    [!WITNESS NAME]
 2       should have reported every racial statement
 3       that was said to me.
 4            Q.     To whom?
 5            A.     Eric, HR, anyone that wasn't a
 6       manager in the station, just to get it on
 7       record.
 8            Q.     Okay.  Paragraph 54.
 9                   A few days later, in about in
10       about July 2020, Bradley confronted Campbell
11       in his office about Campbell's prior
12       complaint of racial discrimination against
13       Lorenzi, demanding Campbell, quote, do you
14       and Peter normally joke like this, end quote.
15                   And quote, Peter has a dark sense
16       of humor, end quote.  All right.
17                   Can you -- first of all, you said
18       in his office.
19                   Whose office was it, your office
20       or his office?
21            A.     It was Michael Bradley's office.
22       He was a manager.
23            Q.     Okay.  So Bradley's office.
24                   How did the conversation begin?
25            A.     He came up to me in a very
```

Page 277

```
 1                    [!WITNESS NAME]

 2       sincere way and asked me to come into his

 3       office to speak about the situation with

 4       Pete.

 5                    He closed the door behind me,

 6       which was a common practice when managers

 7       wanted to speak to employees, so I didn't

 8       think anything was weird about it, because it

 9       was something that happened all the time.

10                    And then he started to ask me

11       these cryptic questions with his phone in his

12       shirt pocket.

13            Q.     What type of cryptic questions

14       did he ask you?

15            A.     He would ask me questions like,

16       do you and Pete joke like this all the time?

17       Because, you know, Pete has a dark sense of

18       humor, and some people just don't get it.

19                    And then I responded to him that

20       I don't joke with anyone like that about

21       race, their wives, their kids.

22                    That is just something that I

23       responded, I just don't find stuff like that

24       fun.

25            Q.     Was there anyone else present?
```

Page 278

1                    [!WITNESS NAME]

2          A.      No.  He closed the door, so it

3      was just me and him present.

4          Q.      You said he had his phone in his

5      pocket.

6                  Did you suspect that he was

7      recording you?

8          A.      Yes.

9          Q.      Did you ask if he was recording

10      you?

11          A.      No, because he was my manager,

12      and I was scared I would get fired.

13          Q.      Was he your direct manager at the

14      time?

15          A.      He is not my direct manager.  He

16      is a PM manager, but all managers have the

17      same power and influence.

18          Q.      Okay.  He was a manager?

19          A.      Yes.

20          Q.      Okay.  So how long did the

21      conversation last?

22          A.      About five minutes.

23          Q.      Other than these two quoted

24      statements in paragraph 54, do you remember

25      anything else that he said?

                                          Page 279

```
 1                    [!WITNESS NAME]

 2         A.    That was the basis of the

 3    conversation.  He just wanted to check up on

 4    me and see how I was doing.

 5         Q.    And this happened in July of

 6    2020, is that your current --

 7         A.    Yes.

 8         Q.    -- recollection?

 9         A.    Yes.

10         Q.    Which would have been about a

11    month later, at least a month later?

12              I believe the Lorenzi incident

13    happen June 1st?

14         A.    (Witness indicating.)

15         Q.    Okay.  Did you feel like Bradley

16    asking you these questions was discriminatory

17    or harassment?

18         A.    I feel like, yes, I believe that

19    I was being harassed, because he is also

20    friends with Peter Lorenzi.

21         Q.    Can you explain what you mean by

22    that?  Why do you believe that him being

23    friends with Peter Lorenzi amounts to him

24    harassing you?

25              MS. MASSIMI:  Objection.
```

Page 280

```
 1                    [!WITNESS NAME]
 2               You can answer the question.
 3         A.    I believe that he felt that if he
 4    could prove in some shape or form that I was
 5    lying, that would help Peter's case.
 6         Q.    At that time, Peter, as far as
 7    you understand, Peter had already been
 8    suspended, correct?
 9         A.    Yes.  That is why I don't
10    understand why Michael Bradley needed to
11    speak with me in his office privately about a
12    situation he wasn't present for.
13         Q.    Is it possible that you
14    misinterpreted Bradley's intentions?
15         A.    No.
16               That is just what happened.
17    Those are the facts.
18         Q.    But I asked you whether or not
19    you believed it was -- it constituted
20    harassment or discrimination?
21         A.    Yes.  I definitely felt harassed.
22         Q.    Did you tell him that?
23         A.    I wouldn't tell him that, because
24    I was scared to be retaliated against.
25         Q.    Did you tell him that?  Yes or
```

                                        Page 281

```
 1                      [!WITNESS NAME]

 2       no?

 3              A.     No.

 4                     MS. MASSIMI:  Objection.

 5                     What is so funny, Mr. McGaha?

 6                     MR. McGAHA:  I am not answering

 7         questions, your witness is.

 8                     MS. MASSINI:  Okay.  Let's just

 9         be professional.

10                     MR. McGAHA:  Exactly.

11                     MS. MASSIMI:  No smirking.

12                     MR. McGAHA:  Yeah, you could use

13         a few tips on that.

14                     MS. MASSIMI:  I don't think so.

15         Q.     Mr. Campbell, did you report this

16       to anyone?

17              A.     No.

18              Q.     Why not?

19              A.     Because I was scared.

20              Q.     Who were you afraid of?

21              A.     People that were friends with

22       Peter and management.

23              Q.     What people?

24              A.     Managers like Michael Bradley

25       that were friends with Peter Lorenzi.  People
```

Page 282

1                     [!WITNESS NAME]

2          like Henry Nunez that are friends with Peter

3          Lorenzi.  Those are examples of people.  Eric

4          Wanders, who is friends with Peter Lorenzi.

5                          Those are people that I was

6          scared of.  That is why I didn't make any

7          reports, because I was in fear of getting in

8          more trouble.

9               Q.    You were in fear of getting in

10         more trouble.

11                        Were you in trouble?

12              A.    I was scared that I was going to

13         get terminated.

14              Q.    Because they were friends with

15         Peter Lorenzi?

16              A.    Yes.

17              Q.    That is why you believed you

18         would be terminated?

19              A.    Yes, because they were upset.

20              Q.    What indication did you have that

21         any of these individuals were upset?

22              A.    No one protected me.  No one

23         said, we are going to make a statement

24         anyway.  No one stood up for me.  Everyone

25         just allowed it to happen.  That is why.

                                    Page 283

```
 1                    [!WITNESS NAME]
 2          Q.     But I asked you, that may be the
 3      case, based on your understanding, or how you
 4      interpreted it.
 5               But what I am asking you is what
 6      evidence do you have that led you to believe
 7      that they were upset, that they were upset
 8      about what happened with Peter Lorenzi and
 9      you?
10               MS. MASSIMI:  Objection.
11               You can answer that question.
12          A.     They started to treat me
13      different.  They stopped speaking to me.
14      They started giving me cold shoulders.  They
15      started to try to write me up for the most
16      smallest things, like my labeling packages
17      when I got back in the building, which a lot
18      of couriers don't do, things like that.
19               MS. MASSIMI:  Before we go to the
20          next question, I think we need to stop,
21          because I have to call into the court in
22          a few minutes.
23               MR. McGAHA:  Okay.
24               MS. MASSIMI:  Hopefully this will
25          only take a couple of minutes, ten
```

Page 284

```
1                    [!WITNESS NAME]

2         minutes.

3                So if not, I will e-mail you and

4         let you know, but it should just be like

5         ten minutes, so 3:40, unless you

6         actually want to take a longer break

7         now.

8                MR. McGAHA:  You want to just

9         grab some food?

10               MS. MASSIMI:  People want to come

11        back at 4:00?

12               MR. McGAHA:  Sure.

13               MS. MASSIMI:  Okay.

14               MR. BRODSKY:  The time is 15:23.

15        We are off the record.

16               (Whereupon, a lunch recess was

17        taken.)

18               MR. BRODSKY:  The time is 16:11.

19        We are on the record.

20        Q.    Mr. Campbell, hopefully we won't

21    be here too much longer, but I do have some

22    more questions for you.

23               And I believe when we stopped, we

24    were on paragraph 54 of the complaint, which

25    is Exhibit 9.
```

Page 285

```
1                    [!WITNESS NAME]
2              Do you still have that in front
3     of you?
4         A.    Yes.
5         Q.    Okay.  Fantastic.  So I will just
6     read that back again on the record.
7              I am sorry, we were on Paragraph
8     56, I apologize.  And that paragraph, it
9     says, during this conversation alone in
10    Bradley's office, Bradley weirdly began to
11    confront Campbell about certain parts of
12    Campbell's complaints against Lorenzi as if
13    Bradley were cross-examining Campbell or
14    trying to get him to say certain parts of his
15    discrimination claim were not true.
16              All right.  So I believe you
17    testified that you did not tell him that you
18    felt uncomfortable during that conversation,
19    correct?
20        A.    I believe that was stated in my
21    statement to him and to the management team
22    when it happened.
23        Q.    What statement?
24        A.    The statement about Peter.  That
25    is what you are referring to.
```

Alpha Reporting                    800-556-8974
A Veritext Company              www.veritext.com

```
 1                    [!WITNESS NAME]
 2          Q.    I am referring to your discussion
 3     with Bradley, your discussion about Peter --
 4     about Peter in Bradley's office.
 5                    So did you -- let me clarify my
 6     question, and make sure you understand it.
 7                    When you had this discussion with
 8     Bradley, you testified that he was asking you
 9     cryptic weird questions.  Those were your
10     adjectives that you used, right?
11          A.    Yes.
12          Q.    Did those questions make you feel
13     uncomfortable?
14          A.    Yes.
15          Q.    I believe you testified that you
16     believed that him even asking you those
17     questions was harassment, correct?
18                    MS. MASSIMI:  Objection.
19          Q.    Did you testify that you believed
20     him asking you those questions constituted
21     harassment?
22                    MS. MASSIMI:  Objection.  That is
23          not what he said.
24                    MR. McGAHA:  I am asking him a
25          yes or no question.  He can say no.
```

Page 287

1                    [!WITNESS NAME]

2              MS. MASSIMI:  Well actually, what

3         the judge said was you need to ask

4         better questions, if you want a yes or

5         no.

6              MR. McGAHA:  That is not what the

7         judge said.

8              MS. MASSIMI:  But you can answer

9         the question again.

10             MR. McGAHA:  We are going to be

11        here for a long time.

12             MS. MASSIMI:  You don't need to

13        threaten us.

14             MR. McGAHA:  I am not threatening

15        you.

16             MS. MASSIMI:  Mr. McGaha, you

17        can't change the facts of what happened.

18             You can answer the question,

19        Mr. Campbell.

20        A.    Can you ask the question again?

21        Q.    Sure.

22             You testified earlier that you

23   felt uncomfortable when Mr. Bradley was

24   asking you those questions, correct?

25        A.    Yes.

                                        Page 288

```
 1                    [!WITNESS NAME]
 2           Q.     In his office about the Lorenzi
 3      incident, correct?
 4           A.     Yes.
 5           Q.     You also testified that you
 6      believed or you perceived his questioning of
 7      you to be harassment.
 8                  Did you say that earlier today
 9      in, your testimony?
10           A.     I feel that --
11           Q.     That is a yes or no.  You can
12      explain.
13                  MS. MASSIMI:  Objection.
14                  MR. McGAHA:  Nope.
15                  MS. MASSIMI:  Objection.
16                  MR. McGAHA:  That is absolutely
17      what the judge has already ruled on.
18      That is a yes or no question.
19           A.     A yes or no question.
20           Q.     Please listen to my question very
21      carefully.
22                  If I ask a yes or no question,
23      please answer it yes or no, and then you
24      explain it.  Does that makes sense?
25                  MS. MASSIMI:  That is not
```

Page 289

```
 1                    [!WITNESS NAME]

 2          necessarily what the judge said.

 3          Q.     Does that makes sense?

 4          A.     Yes.

 5          Q.     Thank you.

 6                 Did you perceive Mr. Bradley's

 7      questioning of you as it related to the

 8      Lorenzi incident as harassment, yes or no?

 9          A.     I believe he was harassing me.

10          Q.     Is that a yes or no?  Yes, you

11      did, or no, you did not?

12          A.     Yes, I believe he was bothering

13      me.

14          Q.     Thank you.  Did you report that

15      harassment to anyone?

16          A.     No.  I didn't feel like it would

17      go anywhere.

18          Q.     All right.  Did you tell him that

19      you believed his conduct was harassment?

20          A.     No.

21          Q.     And in hindsight today, if you

22      can do it again, would you have notified

23      someone that you believed that his conduct

24      was harassing him, being Bradley's conduct

25      questioning you?  Would you tell someone or
```

Page 290

```
 1                    [!WITNESS NAME]
 2       report that, if you had an opportunity to do
 3       so today?
 4                    MS. MASSIMI:  Objection.
 5                    You can answer the question.
 6            A.      My answer stays the same every
 7       time you ask the question.
 8                    In hindsight, if I knew what I
 9       know now, I would report every single
10       incident that was racial to someone.  I would
11       just keep looking for different people to
12       report it to, and what I know now.
13                    MS. MASSIMI:  Can you please mark
14            that last question and answer.
15            Q.      Thank you.  All right.
16                    Speaking of -- we talked about
17       Mr. Bovell, who was your direct manager
18       starting June 16th of 2020, who is African
19       American.  I have sitting next to me another
20       manager at FedEx named Michael Christophe.
21                    Do you know Mr. Christophe?
22            A.      Yes, I know Michael Christophe.
23            Q.      What is Mr. Christophe's title,
24       or what was it when you were there?
25            A.      I believed he was a manager under
```

Page 291

```
 1                        [!WITNESS NAME]
 2       Eric.  I am not sure of the correct title.
 3            Q.    Okay.  But you understood that he
 4       reported to Eric?
 5            A.    Yes.
 6            Q.    Eric Wanders?
 7            A.    Yes.
 8            Q.    So is it your understanding, or
 9       was it your understanding when you were
10       there, that he would have been on the same
11       management level as, let's say, Michael
12       Bradley or Monty Bovell?
13            A.    Yes.  All the managers have the
14       same influence and power; that is correct.
15            Q.    Do you understand that when Eric
16       Wanders was not there, in other words, if he
17       were away, or taking vacation, was
18       Mr. Christophe in charge?
19            A.    Yes.  He was in charge, yeah.
20            Q.    Okay.  So that would make him
21       even a level sort of above the other managers
22       because, he is sort of a vice, if you will,
23       senior manager?  Does that makes sense?
24                 MS. MASSIMI:  Objection.
25                 You can answer the question.
```

Page 292

```
 1                        [!WITNESS NAME]

 2            A.     Yes.

 3            Q.     Okay.  Thank you.

 4                   So did you ever consider

 5      reporting any discriminatory or harassing or

 6      retaliatory conduct do Mr. Christophe?

 7            A.     I would just like to say it seems

 8      like you are making it seem like I can only

 9      report racial discrepancies to people of

10      color, that someone that is Hispanic and

11      white, they are not worthy.

12                   I have to go to an African

13      American 'cause you are using Michael

14      Christophe and Monty as examples.  You are

15      basically saying, why don't you just go to

16      the black.  You are like saying, why don't

17      you just go to the black managers, because

18      they will understand you?  You are kind of

19      saying that these other managers are racist.

20            Q.     Have I mentioned Mr. Christophe's

21      race?

22            A.     He is black.  He is right here.

23            Q.     Did I say anything about his

24      race?

25            A.     You are about to.
```

Page 293

```
 1                    [!WITNESS NAME]
 2              MS. MASSIMI:  Mr. Campbell can
 3         speak.  Mr. Christophe is sitting right
 4         there.  Let's not insult his
 5         intelligence, okay?
 6              MR. McGAHA:  Excuse me?  Excuse
 7         me?
 8              MS. MASSIMI:  There is no excuse
 9         for your behavior.
10              MR. McGAHA:  This is your
11         client's deposition, not yours.
12              MS. MASSIMI:  Yeah.  And he is
13         testifying.  Don't argue with him.
14              MR. McGAHA:  I am asking
15         Mr. Campbell whether or not I mentioned
16         his race.
17              MS. MASSIMI:  You don't have to
18         mention his race in order for
19         Mr. Campbell to make an observation.
20         Q.    Did I mention his race?
21              MS. MASSIMI:  Hold on a second.
22         You don't have to mention his race in
23         order for Mr. Campbell to make an
24         observation.
25         Q.    Mr. Campbell, did I mention
```

Page 294

```
 1                    [!WITNESS NAME]
 2        Mr. Christophe's race?
 3              A.    No.
 4              Q.    Thank you.
 5                    What is Mr. Christophe's race,
 6        since you brought it up?
 7              A.    He is black.
 8              Q.    Did you ever consider reporting
 9        any discriminatory conduct based on race to
10        Mr. Christophe?
11              A.    No.  Me and Mike didn't have a
12        close relationship, so I never really spoke
13        to Mike, only in the morning during the
14        splitting of the belt.  I never really spoke
15        to Mike.
16              Q.    Did you feel like you needed to
17        have a close relationship with a manager in
18        order to report --
19              A.    I am just --
20              Q.    Excuse me.  Discriminatory,
21        harassing or retaliatory conduct?
22              A.    No, because the managers that I
23        didn't consider myself close to were present
24        when it was happening.
25              Q.    So you could have reported
```

Page 295

```
 1                    [!WITNESS NAME]
 2        discrimination to any manager, whether you
 3        had a close relationship or not.
 4                    Did you understand that to be the
 5        case when you were there?
 6             A.     Yeah.
 7             Q.     So you believed that you were
 8        being harassed or discriminated against based
 9        on your race, you could have reported that to
10        Mr. Christophe, couldn't you?
11             A.     Are you saying that because he is
12        black?
13             Q.     No.  I am asking you because I am
14        asking you.
15                    You don't have to -- don't
16        interpret my question, just answer it.
17                    MS. MASSIMI:  Objection.
18             Objection.  Do not speak down to the
19             witness.
20                    MR. McGAHA:  I am not speaking
21             down to the witness.
22                    MS. MASSIMI:  You are.  You are
23             being rude.
24                    MR. McGAHA:  I am asking a
25             question.
```

Page 296

```
 1                    [!WITNESS NAME]
 2               MS. MASSIMI:  You are being rude
 3          to the witness.
 4               MR. McGAHA:  Okay.  Thank you.
 5               MS. MASSIMI:  Who is being very
 6          gracious to you.
 7               MR. McGAHA:  Listen, please, if
 8          you don't want us to be here longer than
 9          we need, can you please stop making
10          speaking objections?
11               MS. MASSIMI:  We are not worried
12          about how long you need to ask your
13          questions over and over again.
14               MR. McGAHA:  Okay.  Good.
15               MS. MASSIMI:  He is answering all
16          your questions.  His answers are not
17          going to change.
18               MR. McGAHA:  Okay.
19               MS. MASSIMI:  Maybe you want to
20          go home.
21               MR. McGAHA:  I don't.
22               MS. MASSIMI:  Okay.
23               MR. McGAHA:  I am here.
24               MS. MASSIMI:  'Cause you keeping
25          making that threat, maybe it is a bit of
```

                                        Page 297

```
 1                    [!WITNESS NAME]
 2          projection.  Maybe you and your
 3          colleague sitting next to you want to go
 4          home.
 5                    MR. McGAHA:  Are you done?
 6                    MS. MASSIMI:  You can proceed
 7          with your deposition.
 8                    MR. McGAHA:  Thank you.  Please
 9          be quiet while I ask a question.
10                    MS. MASSIMI:  Mr. McGaha, if you
11          tell me be quiet one more time, you are
12          going to open a big can of worms.  Don't
13          talk to me like that.  You are very
14          rude.  You are annoyed that you can't
15          get under the witness' skin.
16                    MR. McGAHA:  I am not.
17                    MS. MASSIMI:  Proceed with your
18          deposition.
19                    MR. McGAHA:  I am not.  I am not
20          annoyed at anything except the fact that
21          your client wouldn't answer the
22          questions.
23                    MS. MASSIMI:  The witness has
24          answered all your questions.  Proceed.
25                    MR. McGAHA:  Don't tell me to
```

Page 298

```
1                    [!WITNESS NAME]
2           proceed.  I will ask the questions at my
3           own pace.
4                   MS. MASSIMI:  You can proceed.
5                   MR. McGAHA:  I can do whatever I
6           want to do.
7                   MS. MASSIMI:  Proceed.
8                   MR. McGAHA:  How I want to do it,
9           it is my deposition, not yours.
10                  MS. MASSIMI:  Okay.  Sure.
11          Please proceed.
12                  MR. McGAHA:  Please allow me to
13          proceed by stop talking.
14                  MS. MASSIMI:  We are waiting.  We
15          are all waiting.
16                  MR. McGAHA:  You are going to
17          continue to.
18                  MS. MASSIMI:  Okay.  It is
19          ticking down your time.
20                  MR. McGAHA:  No, it is not.
21                  MS. MASSIMI:  It certainly is.
22                  MR. McGAHA:  No.  You are ticking
23          down your time.
24                  MS. MASSIMI:  I don't know what
25          that means.
```

Page 299

```
 1                    [!WITNESS NAME]
 2          Q.    Mr. Campbell, let's look at
 3     paragraph 59.  It says, for example, Bradley
 4     immediately began taking the unusual steps of
 5     reprimanding and disciplining Campbell for
 6     not labeling packages, something that is
 7     common practice to not do, and something for
 8     which other employees were not reprimanded
 9     for, since there is a clear job position
10     which labels packages at night, okay.
11               Can you explain what you mean
12     when you say he immediately began taking
13     unusual steps to reprimand and discipline you
14     for not labeling packages?
15          A.    Yes.  Michael Bradley was in
16     charge of the PM sort, so they dealt with the
17     pickups that we brought back to the building.
18               Shortly after my meeting with
19     Michael Bradley, he would complain to me, you
20     need to label all the packages.  And I would
21     explain to him, a lot of other -- a lot of
22     other drivers would personally tell me they
23     do not label packages because there is a
24     person designated to that function for the
25     night sort.  I then received a phone call
```

Page 300

1                    [!WITNESS NAME]

2       from Monty when I was in my car, after I

3       already punched out.  Monty stated that

4       Michael Bradley was really upset, and that he

5       needs to do his job.  And Monty asked me

6       kindly to come back to the building to

7       relabel the packages, which I did.  So that

8       is an example of him disciplining me for not

9       labeling packages, which was never an issue

10      before my conversation with him.

11           Q.    So that is what you mean by

12      discipline?

13           A.    Yes.

14           Q.    So not written discipline?

15           A.    No.

16           Q.    Okay.  Discipline means him

17      asking you to label the packages?

18                 MS. MASSIMI:  Objection.

19                 You can answer the question.

20           A.    Yes.  That is my definition of

21      him disciplining me as a manager.

22           Q.    Is it also your definition of

23      reprimanding you?

24           A.    As a manager, yes.

25           Q.    And you said that there were

                                    Page 301

```
1                    [!WITNESS NAME]
2         other individuals who did not label packages,
3         and that they were not reprimanded.
4                    Who were those individuals?
5              A.    Jeffrey, that I also worked with
6         under Monty.  I don't remember his last name,
7         but he was an employee there.  I used to do a
8         route with him.  He also stated that he does
9         Oscar de la Renta, which is a really big
10        pickup, and he doesn't label any boxes
11        because it takes too long, and there is
12        someone to do it in the PM sort.
13             Q.    Jeffrey, you don't remember his
14        last name, what is his race?
15             A.    He is Dominican.
16             Q.    And you said that he does not
17        label packages.  And how do you know this?
18             A.    He told me that he doesn't label
19        packages.
20             Q.    Do you know whether or not
21        Mr. Bradley knew this?
22             A.    I don't know what Michael Bradley
23        knew.
24             Q.    Can you name anyone -- is there
25        anyone you can recall today who did not label
```

                                        Page 302

```
 1                    [!WITNESS NAME]
 2        packages and who you knew that Bradley knew
 3        that they didn't label packages?
 4             A.    I can only speak on the person
 5        that I worked with.
 6             Q.    Who was that?
 7             A.    Jeffrey.
 8             Q.    Do you know -- again, you just
 9        testified that you did not know.  Do you know
10        whether or not Bradley was aware that Jeffrey
11        wasn't labeling packages?
12             A.    He knew that I wasn't labeling
13        them.  He singled me out.  That is the point
14        that I am trying to make.
15             Q.    I understand.
16                   What I am asking you is you said
17        your allegation is that you weren't labeling
18        packages, but other people weren't either,
19        correct?
20             A.    Yes.  That is a common thing that
21        happens at the station.  I can't go through
22        all 300 employees and give you names.
23             Q.    He understood and knew that you
24        weren't labeling packages, correct?
25             A.    Yes.
```

Page 303

```
1                    [!WITNESS NAME]
2          Q.    Do you know whether or not he
3    knew -- he being Bradley, do you know whether
4    or not he knew that Jeffrey was not labeling
5    packages?
6          A.    I don't know what Michael Bradley
7    and Jeffrey talked about, so I can't give you
8    a clear answer for that.
9          Q.    So you are the only person that
10   you know of who was reprimanded for labeling
11   -- for not labeling packages?
12         A.    Yes.  That is what I am saying.
13         Q.    But you also don't know if anyone
14   else was not reprimanded who Bradley knew was
15   not labeling package?
16              MS. MASSIMI:  Objection.
17              You can answer the question.
18         A.    I am sorry.  Can you repeat the
19   question?
20         Q.    Yes.  You don't -- you can't name
21   anyone today who Bradley knew was not
22   labeling the packages and who he did not
23   reprimand?
24         A.    No.
25         Q.    And just so it is clear for the
```

Page 304

```
 1                    [!WITNESS NAME]
 2        record, what the labeling packages means,
 3        just so we have an understanding?
 4              A.    To my knowledge, my memory is
 5        very vague when it comes to that job.
 6                    Is sometimes the packages, when
 7        you -- the label that the customer put on
 8        there isn't the most updated version of the
 9        label that is on the package.  So sometimes
10        you have to rescan it and get the updated
11        version of it and put it on the box before it
12        goes out.  That is my knowledge of why you
13        need to relabel.  But my memory is very vague
14        when it comes to the ins and out of that job.
15              Q.    Were these packages that you
16        picked up?
17              A.    Yes.
18              Q.    Okay.  And when you say label
19        them, label them with what?
20              A.    A sticker.  You have a printer
21        that produces a sticker, and when you scan
22        it, it prints out a sticker, and you put it
23        on the box.
24              Q.    Okay.  And you are supposed to do
25        that with all the packages?
```

Page 305

```
 1                    [!WITNESS NAME]

 2           A.      That is what they were telling

 3      me, yes, that it was a must, and it wasn't a

 4      common thing for every driver to do.

 5           Q.      Who is they?

 6           A.      FedEx management.

 7           Q.      Who in particular told you that?

 8           A.      Managers.

 9           Q.      Do you know anyone in particular?

10           A.      Let's talk about Michael Bradley.

11      Michael Bradley felt like I needed to put the

12      stickers on the boxes.  It was so important

13      that he had to contact my direct manager to

14      let him know that he had to let me know,

15      which my direct manager Monty didn't have

16      issue with me not putting the label on the

17      boxes.

18           Q.      But you never got an OLCC, that

19      you know of, for this?

20           A.      No, I didn't receive too many

21      OLCCs.

22           Q.      You never got a performance

23      reminder as a result of this, that you can

24      recall?

25           A.      No.  I didn't get a performance
```

Alpha Reporting                    800-556-8974
A Veritext Company            www.veritext.com

```
1                    [!WITNESS NAME]
2        reminder for this stuff, either.
3              Q.     Did you get a warning letter?
4              A.     No.  I didn't receive those.  I
5        wasn't a bad employee.
6              Q.     Okay.  You got a phone call from
7        your manager.  That was the reprimand and
8        discipline?
9                    MS. MASSIMI:  Objection.
10                   You can answer the question.
11             A.     Yes.
12             Q.     Let's see.  All right.  Paragraph
13       60.
14                   Despite the fact that it was
15       common for employees in Campbell's position
16       to not label packages, Bradley suddenly began
17       screaming at Campbell for failing to do so,
18       and even began reporting Campbell to other
19       managers.
20                   So you just described the
21       instance where he called Monty Bovell?
22             A.     Uh-huh, yes.
23             Q.     And Monty Bovell called you,
24       right?  All right.
25                   60 says managers, plural.  So I
```

                                              Page 307

```
 1                    [!WITNESS NAME]
 2        believe him calling Monty Bovell and telling
 3        him that you weren't labeling packages would
 4        that be one example of him reporting to other
 5        managers that you weren't labeling packages?
 6                    MS. MASSIMI:  Objection.
 7                    You can answer the question, if
 8              you understand it.
 9           A.     Can you repeat the question?
10           Q.     Sure.
11                    Look at the last part of
12        paragraph 60.  It says that Bradley began
13        reporting Campbell to other managers.
14           A.     Yes.  He spoke to Monty.
15           Q.     That is an example of him
16        reporting to other managers, correct?
17           A.     Yes.
18           Q.     This says managers, plural, which
19        indicates that it must have been more than
20        one.
21                    Are there any other instances, as
22        you sit here today, that you can think of
23        where Bradley reported you not labeling
24        packages to another manager?
25           A.     I don't recall.
```

Alpha Reporting                    800-556-8974
A Veritext Company                www.veritext.com

```
 1                        [!WITNESS NAME]
 2              Q.      So you cannot think of anyone
 3       today?
 4              A.      I don't recall.
 5              Q.      All right.  You don't recall any
 6       other instances, is that what you are saying?
 7              A.      I don't recall any other managers
 8       off the top of my head right now.
 9              Q.      Okay.  So do you recall that it
10       happened?
11              A.      Yes.
12              Q.      You just don't know who?
13              A.      I can't recall who.  It is so
14       long ago.
15              Q.      Can you recall the circumstance
16       of what happened, even if you don't remember
17       the person's name?
18              A.      Not at this moment, no.
19              Q.      All right.  It says he began --
20       Bradley suddenly began screaming -- regularly
21       screaming at Campbell, all right, for failing
22       to label packages.
23                      Can you describe what you mean by
24       screaming?
25              A.      Yes.
```

Page 309

```
1                    [!WITNESS NAME]

2           Q.     Go ahead.

3           A.     Come back off the road.  I put

4    the boxes on the belt.  Mike would start

5    screaming, you better label the boxes, stuff

6    of that nature, which is not acceptable.

7                  But I thought that was the way

8    that this job functioned, so that is one of

9    the examples of how he would yell at me.  And

10   this would go on for days.

11          Q.     Who witnessed this?

12          A.     No one.  I would get back to the

13   station so early, it would just be him.  He

14   would just see who pulls up.  James would be

15   the driver.  James would go punch out.  I

16   would be stuck offloading the van that we

17   would have.  And he would just find me and

18   start yelling for me to make sure I label the

19   packages.

20          Q.     But no one witnessed it?

21          A.     No.  It is a big station.

22          Q.     I understand it is a big station.

23   That is why I am asking, did anyone witness

24   it?

25          A.     The answer is no, because most of
```

Page 310

```
 1                    [!WITNESS NAME]
 2         the employees work in the office with Angela,
 3         Roberta.  The managers are usually in their
 4         offices, so the depot doesn't have a lot of
 5         foot traffic when I get back off the road.
 6                    MS. MASSIMI:  Can you please mark
 7              these last three questions and answers.
 8              Q.    How loud was his voice when he
 9         was screaming?
10              A.    Extremely loud.
11              Q.    What do you mean by the word
12         regularly?  You said he regularly screamed at
13         you.
14              A.    He made it a habit.
15              Q.    So what does regularly mean?  How
16         often does that mean?
17                    MS. MASSIMI:  Objection, asked
18              and answered.
19                    Objection to form, that you are
20              asking multiple questions at a time.
21              Q.    What do you mean by the word
22         regularly?
23                    MS. MASSIMI:  Objection.
24                    You can answer the question
25              again.
```

Page 311

```
 1                    [!WITNESS NAME]
 2          A.      Means he would scream at me
 3     often.  He made it a habit.
 4          Q.      Is often more than once a day?
 5          A.      I would see him once a day.
 6          Q.      Is often more than once a day?
 7          A.      I would only see Bradley at the
 8     end of my shift, so he wouldn't be able to
 9     scream at me more than once a day.  He would
10     scream at me at the end of my shift.
11          Q.      How many days a week did you
12     work?
13          A.      I worked five days a week.
14          Q.      How many days out of the week did
15     he scream at you?
16          A.      I can't give you a definite
17     number, but more than one time a week.
18          Q.      More than one a week?
19          A.      Yes.
20          Q.      More than twice a week?
21          A.      I can't recall.
22          Q.      When he screamed at you, what
23     would he say?
24          A.      I believe I told you.
25          Q.      No, you didn't.
```

Page 312

```
1                    [!WITNESS NAME]

2              MS. MASSIMI:  Yes, he did.

3         Q.    Well, I am asking you again.

4              MS. MASSIMI:  Okay.  Don't

5         mischaracterize his testimony.  He

6         already answered that question, so I am

7         going to object.

8              MR. McGAHA:  I can ask him 100

9         times.

10              MS. MASSIMI:  Yeah, you can ask

11         it 100 times sure.

12              What you can't do is incorrectly

13         say that he didn't answer it.  That is

14         mischaracterizing his testimony.

15              You can answer the question

16         again.

17         Q.    Would you like me to repeat the

18    question?

19         A.    Yeah, please.

20         Q.    When he screamed at you, what did

21    he say?

22         A.    He would tell me to make sure

23    that I put the labels on the boxes.

24         Q.    Is that it?

25         A.    Yes.
```

Page 313

```
 1                      [!WITNESS NAME]

 2            Q.      Did he use any profanity?

 3            A.      No profanity.

 4            Q.      Did he ever call you any names?

 5            A.      No.

 6            Q.      Did he ever make any statements

 7      that were racial in any way?

 8            A.      No.

 9            Q.      That you perceived to be racially

10      motivated in anyway?

11            A.      No, not at all.

12            Q.      So he screamed at you at least

13      once a week.  You are not sure, it could have

14      been maybe more than that, but at least once

15      a week.  It was extremely loud, and there are

16      no witnesses?

17            A.      Yeah.  That depot is really big,

18      so someone can yell at you, and that does not

19      mean that the people in the office would

20      hear.

21                    Have you been to the depot?

22            Q.      I get to ask the questions.

23                    MS. MASSIMI:  That is a good

24            question, though.

25            Q.      Did you report this to anyone?
```

Page 314

1                          [!WITNESS NAME]

2              A.      No, because that was a manager.

3              Q.      Okay.

4              A.      I didn't think that was

5       acceptable behavior; but at the time, I just

6       accepted it.

7              Q.      Did you believe he screamed at

8       you because of your race?

9              A.      I believe that had something to

10      do with it, yes.

11             Q.      Why?

12             A.      Because a black man who is not

13      commonly perceived as a victim wrote a

14      statement about his friend, and I think it

15      bothered him.

16             Q.      Why do you think that bothered

17      him?

18             A.      Because he is racist.

19             Q.      Your testimony is that

20      Mr. Bradley is racist; is that your

21      testimony?

22             A.      Yes.

23             Q.      And what evidence do you have

24      that Mr. Bradley is racist?

25             A.      It is the same thing with all the

Page 315

```
 1                    [!WITNESS NAME]
 2        managers.
 3             Q.    I am asking you what evidence you
 4        have that Mr. Bradley --
 5             A.    Okay.
 6             Q.    -- is racist?
 7             A.    I will answer your question.
 8             Q.    Thank you.
 9             A.    Him being upset that I stuck up
10        for myself as a black male, and his friend
11        got reprimanded for it, I believe that is
12        more than enough to prove that he is racist,
13        him being that upset.
14             Q.    Okay.  Let me ask you this,
15        because I want to make sure I understand your
16        testimony.
17                   You testified earlier that he was
18        upset because he was Lorenzi's friend?
19             A.    Uh-huh.
20             Q.    Right?
21             A.    Yes.
22             Q.    So if he -- if that were the
23        case, then it wouldn't matter, would it not?
24        Please correct me, because I want to make
25        sure I understand your testimony and your
```

Page 316

```
 1                    [!WITNESS NAME]
 2        understanding.
 3              A.     Yes.
 4              Q.     But if that were the case, would
 5        it matter who reported his friend, if he was
 6        angry or upset because it was his friend that
 7        was being reported?
 8                    MS. MASSIMI:  Objection.
 9                    You can answer the question.
10              A.     I think both of those things can
11        be possible.
12              Q.     Okay.  Gotcha.
13                    I am just trying to figure out
14        the link between your race and him being
15        upset, if you testified earlier the reason
16        why he was upset because was Lorenzi was his
17        friend, and he didn't like the fact that his
18        friend was --
19              A.     I believe both are possible.
20              Q.     If you believe both are possible,
21        what evidence is it that your race had
22        anything to do with it?
23                    MS. MASSIMI:  Objection, asked
24           and answered.
25                    You can answer the question
```

                                              Page 317

```
 1                    [!WITNESS NAME]
 2         again.
 3         A.     Like I said before, the fact that
 4    I wrote a statement his friend got
 5    reprimanded for, and I was a black man, and
 6    it was racial discrimination, that, and then
 7    he started acting different towards me after
 8    the fact.  That is more than enough to me to
 9    prove that he is racist, and that is also a
10    part of why he was treating me the way he
11    was.
12         Q.     Okay.  So you think it was based
13    on your race, because you accused his friend
14    of being racist?
15               MS. MASSIMI:  Objection.
16               You don't have to mischaracterize
17         his testimony.  His testimony is in the
18         record.
19         A.     I am sorry, can you repeat the
20    question?
21         Q.     Sure.  I will have to keep
22    repeating my -- every time I ask it, your
23    counsel starts testifying.
24               MS. MASSIMI:  I am not
25         testifying, I am making an objection --
```

                                        Page 318

```
 1                    [!WITNESS NAME]
 2              MR. McGAHA:  Excuse me?
 3              MS. MASSIMI:  -- Mr. McGaha.
 4         Making an objection that you don't need
 5         to mischaracterize his testimony.
 6              Q.    Mr. Campbell, is it your
 7    testimony that the reason why you believed
 8    Mr. Bradley was upset with you is because you
 9    accused his friend of racism and reported his
10    friend for having done something that you
11    perceived to be a racist act?
12              A.    Yes, and adjacent to me being
13    black.
14              Q.    Okay.  Please explain what you
15    mean by in adjacent to you being black.  I
16    don't understand that.
17              A.    What I am saying is both are
18    equally -- the reason Mike treated me the way
19    he did was because I was black, and I made a
20    report about someone being racist to a black
21    person who is also his friend.
22              Q.    Okay.  All right.  So you're
23    saying both are true, the fact that you
24    reported his friend and the fact that you are
25    black, and you accused his friend of racism?
```

Page 319

```
 1                    [!WITNESS NAME]
 2        A.    Yes.
 3        Q.    All right.  Do you have any
 4   documentation of this incident other than
 5   your memory?
 6        A.    No.
 7        Q.    And 60 -- I suppose Paragraph 61,
 8   Bradley did this in an effort to lay the
 9   pre-textual groundwork for Campbell's
10   termination, and it constituted further
11   discrimination against Campbell for being a
12   black man, and further retaliation for
13   Campbell about his complaints of racial
14   discrimination.
15             I believe when you say complaints
16   of racial discrimination, are you only
17   referring to the incident with Mr. Lorenzi,
18   or others?
19        A.    That is the one I am referring
20   to.
21        Q.    Okay.  And in Paragraph 61?
22        A.    Yes.
23        Q.    Okay.  All right.
24             Is there any evidence that you
25   have to support Paragraph 61 we haven't
```

                                        Page 320

```
1                    [!WITNESS NAME]
2        already talked about?
3            A.    Yes.  Michael Bradley calling
4        another manager to let them know that they
5        felt like I wasn't doing my job to the best
6        of my abilities, I feel like that is -- that
7        is what I mean by 61.
8            Q.    Who is that other manager?
9            A.    Monty.
10           Q.    Okay.  So we talked about those?
11           A.    Yeah.  Yeah, we talked about this
12       prior to this.
13           Q.    What I asked you, was there
14       anything that we have not discussed?
15           A.    From Bradley?
16           Q.    Whether there is any evidence to
17       support Paragraph 61 that we have not already
18       discussed?
19           A.    No.
20           Q.    Paragraph 63 you say, for
21       example, in February 2021, Arietti?
22           A.    Arietti.
23           Q.    Arietti?
24           A.    Yes, correct.
25           Q.    A co-worker who is training to be
```

Page 321

```
 1                    [!WITNESS NAME]
 2        a manager, and whose last name is currently
 3        unknown to Campbell, saw Campbell with his
 4        car, a BMW, right?  You don't remember
 5        Arietti's full name?
 6             A.    I don't remember the full name,
 7        no.
 8             Q.    It is a female?
 9             A.    It is a female, yes.
10             Q.    Do you know her race?
11             A.    She is Puerto Rican.
12             Q.    Did you work with her often?
13             A.    Yes.
14             Q.    Okay.  How often did you work
15        with her?
16             A.    She was a swing driver, so any
17        time the driver that normally did my route, I
18        would sometimes go out with Arietti.
19             Q.    So how often was that?
20             A.    It is hard to just gauge and give
21        you a certain number, because it goes with
22        the work flow, who is available that day.
23             Q.    Was it is more than once a week?
24             A.    Sometimes I would go months
25        without working with her.
```

                                      Page 322

```
 1                    [!WITNESS NAME]
 2          Q.      Okay.  So it was sporadic?
 3          A.      Sporadic, yes.
 4          Q.      So Paragraph 64 says, upon this
 5     observation, Arietti stating to Campbell,
 6     quote, wow, you really are a black person who
 7     buys a BMW, end quote.
 8                  A few weeks later, without any
 9     grounds or justification, Arietti informed
10     Campbell, when I become a manager, I am going
11     to fire you.  All right.
12                  Did she tell you what she meant
13     by the statement, when I become a manager, I
14     am going to fire you?
15          A.      I feel like that is
16     self-explanatory.
17          Q.      That is a yes or no?
18                  MS. MASSIMI:  Objection.
19                  You can answer the question
20     again.
21          A.      Did she go into detail?  Is that
22     what you are asking me?
23          Q.      When she said, oh, when I become
24     a manager, I am going to fire you, did she
25     explain what she meant by that?
```

Alpha Reporting                    800-556-8974
A Veritext Company                 www.veritext.com

```
 1                    [!WITNESS NAME]
 2          A.      No.  She said it to me when I was
 3     in the office doing some sort of training.
 4          Q.      Okay.  And why did you perceive
 5     it to be based on race?
 6          A.      Because she just said that I am a
 7     real black person because I purchased a
 8     certain type of car.
 9          Q.      Okay.  You said she just said
10     that, but in Paragraph 64 it says a few weeks
11     later.
12          A.      Yes.  That is in conjunction when
13     she said that about me purchasing a car.
14          Q.      So she says wow, you really are a
15     black person who buys a BMW.  Three weeks --
16     a few weeks, I am guessing, let's just say
17     three weeks later, she says, when I become
18     manager, I am going to fire you?
19          A.      Yes.  I was in the office with
20     her and Angel, which is another manager that
21     was present.
22          Q.      Angel who?
23          A.      Angel who I don't know his last
24     name.  He was also a manager there.
25          Q.      What is his race?
```

Page 324

```
 1                    [!WITNESS NAME]
 2          A.      Puerto Rican.  I am sorry I think
 3     he is Puerto Rican.  I am not sure.  He is
 4     Hispanic.
 5          Q.      Okay.  And he witnessed this?
 6          A.      He was there.
 7          Q.      For which statement, when I
 8     become a manager?
 9          A.      Not the BMW statement.
10              He was there for the manager
11     statement, because she was training to be a
12     manager with him.
13          Q.      Gotcha.  So the reason why you
14     believe that she said when I become a
15     manager, I am going to fire you, is because
16     three weeks before that, she said you are a
17     black person with a BMW?
18          A.      Yes.
19          Q.      Can you explain why you made that
20     connection?
21          A.      If the last major conversation I
22     had with you is a racial one, and then you
23     are threatening me that as soon as you become
24     a manager, you are going to fire me, I would
25     think that would be connected.
```

Page 325

```
1                    [!WITNESS NAME]
2          Q.    Okay.  Did she just walk up to
3     you and tell you this, the second statement,
4     when I become a manager, I am going to fire
5     you, did she just tell you that out of the
6     blue?
7          A.    I believe --
8                MS. MASSIMI:  Objection.
9                You can answer the question.
10         A.    I believe Arietti thought that
11    would be considered funny, and Angel laughed
12    also.
13               I did not find it funny.  It was
14    hurtful, and it didn't make any sense to me
15    whatsoever, that she would even say that as
16    a -- in a joking way, because I never said
17    anything about her becoming a manager.
18         Q.    Okay.  Were you all having a
19    discussion before she made this statement, or
20    did she walk up to you and tell you this?
21         A.    So this is what happened.
22               I was at the computer,
23    performing -- performing some kind of
24    training module.  I don't remember at the
25    time.  She was in the office.
```

Page 326

```
 1                    [!WITNESS NAME]
 2                    And Angel said that they both
 3          needed to leave.  And on her way out she told
 4          me, when I become a manager, I am going to
 5          fire you.  That is what she said, and that is
 6          what happened.
 7               Q.    Had you all spoken before she
 8          said this to you?
 9               A.    No.
10               Q.    How did you respond when she said
11          this to you?
12               A.    I didn't say anything, just like
13          all the other times, because a manager was
14          present, so I didn't say anything.
15               Q.    Who was the manager?
16               A.    Angel.
17               Q.    He heard her say this?
18               A.    Yes, because he laughed.
19               Q.    Okay.  You're saying he was a
20          management employee at that time?
21               A.    Yes.
22               Q.    And did you mention anything to
23          him about it?
24               A.    No.
25               Q.    Did you tell anyone that you
```

Page 327

```
 1                    [!WITNESS NAME]
 2      believed that her statement was offensive?
 3           A.     No.
 4           Q.     Or that it was racist?
 5           A.     No.  I didn't say anything to
 6      anyone.
 7           Q.     Paragraph 65.  At or about this
 8      time, James, whose last name is currently
 9      unknown to Campbell, and who is one of
10      Lorenzi's friends, began asking Campbell
11      questions about his BMW and memorizing
12      Campbell's license plate number.
13                    Do you remember James's last
14      name?
15           A.     It starts with a D.  I don't
16      remember his last name.  I am sure Mike
17      Christophe would be able to find it.
18           Q.     Okay.  What types of questions
19      did he ask you?
20           A.     He asked me about a dash cam that
21      I recently had bought for my car.  And he
22      would ask me hey, if I walked up to the car,
23      would it send a message to your phone.  If
24      someone bumped into your car, would it send a
25      message to your phone?  And I told him yes.
```

Page 328

1                    [!WITNESS NAME]

2                    But the dash cam actually wasn't

3         working; it was faulty.  But I didn't tell

4         him that, because I felt like it was some

5         weird cryptic questioning that he was asking

6         me.  It was very weird, because I parked my

7         car away from everyone else, because I just

8         didn't trust anyone.

9              Q.    Okay.  Were there any other

10        questions that he asked you that you can

11        remember today?

12             A.    No.  I worked with him, so he

13        didn't -- he actually didn't ask me any other

14        questions besides the camera questions.

15        Because I went out with him, he seen where I

16        parked my car.

17                   He -- one day we were driving

18        back to the station, and he was reading my

19        plates out loud.  I said hey, why are you

20        memorizing my plates like that?

21                   He was like, oh, no reason.  That

22        is just something I do.

23                   And the day before Mother's Day,

24        which was a Saturday, I was driving to work.

25        I went to get gas, and I notice that my car

                                   Page 329

```
 1                      [!WITNESS NAME]
 2      was keyed.
 3           Q.     Okay.  Did you report this to
 4      anyone?
 5           A.     Yes.  I told Henry that someone
 6      keyed my car, and I believe it was somebody
 7      that worked here.
 8           Q.     Okay.  Why did you believe it was
 9      someone who worked there?
10           A.     I think it is very random for
11      someone to just get their car keyed on any of
12      those streets.  That is very random.
13           Q.     Why did you believe it was
14      someone who worked at FedEx?
15           A.     Because I had someone asking me
16      these questions about my camera, and then
17      shortly after, my car got keyed.
18                  And the way my car was keyed, it
19      was like someone knew I had a dash cam, and
20      they did it in a nervous and scared way,
21      because they were scared of getting caught.
22           Q.     Did your dash camera catch any of
23      this?
24           A.     The dash camera was not working,
25      but no one knew that.  It was a faulty dash
```

Page 330

```
 1                    [!WITNESS NAME]
 2       camera.  I had to return it.
 3            Q.    So your testimony is that you
 4       believed someone keyed your car who knew you
 5       had a dash camera that could have recorded
 6       it?
 7            A.    Yes, because James is really good
 8       friends with Angela and Pete.  So him asking
 9       me those questions really did seem odd,
10       because he didn't need to know those details
11       about my dash camera.  He wasn't in the
12       business, or he wasn't looking for a dash
13       camera or anything of that sort, so it was
14       very strange for him to ask me those
15       questions.
16            Q.    So no one knew your dash camera
17       didn't work?
18            A.    No one.  No one knew.
19            Q.    Do you know whether or not your
20       car was keyed while you were at FedEx?
21            A.    No.  I don't have proof of that,
22       no.
23            Q.    Do you have any photographs of
24       the keying of the car?
25            A.    I can find some pictures.  It is
```

Page 331

```
1                    [!WITNESS NAME]
2         still there.  It is still on my car.
3              Q.    I am going to ask on the record
4         that those photographs are produced.
5              A.    Yes.
6                    MS. MASSIMI:  You can follow up
7              through me, and I will respond.
8              Q.    Did you -- you said that you told
9         someone that the keying occurred.
10                   Who was that?
11             A.    Henry Nunez.
12             Q.    And how did you report it to
13        Henry?
14             A.    I went to Henry.  I said, you
15        know, I have been parking my car on this
16        block that no one else knows where I parked.
17        My car has been keyed.  And he said oh, it is
18        not like we have a camera that can see who
19        did it, because he at the time, he made it
20        seem like he was worried about my car being
21        keyed at the time.
22             Q.    I don't understand what you mean
23        by he made it seem like he was worried.
24                   Can you explain?
25             A.    He seemed sincere, like he felt
```

                                          Page 332

```
 1                    [!WITNESS NAME]
 2      bad.
 3            Q.      Okay.  Did you show it to him?
 4            A.      No, I never showed it to him.
 5            Q.      Did you ever get the damage --
 6      was it damaged, where you needed to get it
 7      repaired?
 8            A.      No.  It is still there.  I
 9      haven't got it buffed out.  It is still
10      there.
11            Q.      Okay.  Did you follow back up
12      with Henry about what happened?
13            A.      No.  I didn't follow-up with
14      Henry.  I didn't have proof.  It was just a
15      gut feeling.  I thought it was very weird
16      that he would ask those questions, but with
17      no proof.  I just took it on the chin.
18            Q.      Was your car unique in the sense
19      that did you know anyone else at FedEx who
20      had the exact same vehicle?
21            A.      No.  I am the only with a black
22      BMW there.
23            Q.      So I understand if you are the
24      only person with a black BMW, that model of
25      BMW, then no one would have to know your
```

Page 333

```
 1                    [!WITNESS NAME]
 2        license plate number to be able to locate it,
 3        right?
 4                    MS. MASSIMI:  He is not saying
 5               the person who did this was necessarily
 6               smart or logical.
 7                    MR. McGAHA:  I am not asking you
 8               what you think.
 9                    MS. MASSIMI:  I mean, this is
10               getting --
11                    MR. McGAHA:  I am asking him to
12               testify.
13                    MS. MASSIMI:  Right.  This is
14               kind of inappropriate, inappropriate
15               questioning.  You are asking him
16               hypotheticals.
17                    MR. McGAHA:  He can say I don't
18               know.
19                    MS. MASSIMI:  All right.  Okay,
20               sure.  Crack the case.  Please proceed.
21          Q.      Mr. Campbell, you testified that
22        you have a car that no one else at FedEx has,
23        correct?
24          A.      Yes.
25          Q.      So is it the case, then, that in
```

Page 334

```
 1                    [!WITNESS NAME]
 2        order to locate your vehicle, if someone
 3        wanted to, they wouldn't need your license
 4        plate number to find it?
 5             A.     They wouldn't, because the person
 6        that I worked with could tell them exactly
 7        what my car looks like, even if they never
 8        seen it.
 9             Q.     All right.  By the way, do you
10        know what James's job was --
11             A.     As far as I know, he was just a
12        driver.
13             Q.     -- title?
14                    Like you are all on the same
15        level?
16             A.     Yes.
17             Q.     You said you never reported to
18        anybody else other than Nunez?
19             A.     I just made Henry aware this is
20        what I thought happened in conjunction of
21        James asking me those questions about my dash
22        camera.
23             Q.     You never told Nunez you thought
24        it was based on your race?
25             A.     No, because I didn't trust him
```

                                    Page 335

```
 1                    [!WITNESS NAME]
 2        that much.
 3             Q.     Were you -- were you nervous or
 4        scared -- I think that is the word you used
 5        earlier.  Were you scared to tell Nunez that
 6        someone scratched your car?
 7             A.     I am always scared to report
 8        anything at that job.
 9             Q.     Okay?
10             A.     Yes, I was scared.
11             Q.     But you told him anyway?
12             A.     Yes.
13             Q.     And why did you tell him that?
14             A.     Because he was the first manager
15        that I saw, and I felt like it was very
16        important for me to share that information.
17             Q.     Okay.  So in that instance,
18        unlike some of the others that we have
19        discussed, you did report something that
20        occurred?
21                    MS. MASSIMI:  Objection.  He has
22             testified having reported other
23             instances.
24             Q.     In that instance, unlike others
25        that you have talked about earlier, you did
```

Page 336

```
 1                    [!WITNESS NAME]

 2         report that your car had been keyed, correct?

 3                    MS. MASSIMI:  Objection.  You are

 4              mischaracterizing his testimony.

 5                    He testified about previous

 6              incidents where he did report,

 7              testify -- where he did report the

 8              discrimination.

 9                    MR. McGAHA:  If you make one more

10              speaking objection testifying for your

11              client, we are going to call the court.

12                    MS. MASSIMI:  You can call the

13              court.  If you need to call the court,

14              you can call the court.

15                    MR. McGAHA:  You make one more

16              speaking objection.

17                    MS. MASSIMI:  Mr. McGaha, your

18              threats don't work on me.  It just

19              doesn't work.  Your questions are

20              inappropriate.  You are

21              mischaracterizing the record.  Proceed

22              with your deposition.

23                    MR. McGAHA:  I am not threatening

24              you, I am telling you --

25                    MS. MASSIMI:  What you just did
```

Page 337

```
 1                    [!WITNESS NAME]
 2              was the definition of a threat.  This is
 3              about Mr. Campbell.  Ask your questions.
 4              Q.    Mr. Campbell, paragraph 67 says a
 5         few weeks later, Campbell noticed that
 6         someone had scratched or keyed his car.  We
 7         talked about that.
 8                    68, Defendant and the other
 9         workers continued to isolate Campbell, asking
10         him weird and cryptic questions and giving
11         him the cold shoulder.
12                    To whom are you referring when
13         you say Defendant continued to isolate?
14              A.    Defendant as in FedEx employees.
15              Q.    All right.  When you say that
16         they isolated you, you mean FedEx employees,
17         who were these employees?
18              A.    The same employees that I spoke
19         about earlier that would call me snitch,
20         stopped speaking to me because of the Peter
21         Lorenzi statement that I made.
22              Q.    But you don't know anyone who
23         called you a snitch, do you?
24              A.    No one called me snitch to my
25         face.
```

Alpha Reporting                    800-556-8974
A Veritext Company              www.veritext.com

```
 1                    [!WITNESS NAME]
 2          Q.      So whoever isolated -- so that
 3      doesn't answer my question.
 4                    Again, I am asking you, now you
 5      felt isolated.  You had to have been isolated
 6      by people, right, employees?
 7                    Who were those people?  Who
 8      isolated you?
 9          A.      Management.  The people that I
10      worked with on the belt in the split in the
11      morning, those are the people that isolated
12      me and gave me cold shoulders.
13          Q.      Give me their names, please?
14          A.      I don't remember all of these
15      employees' names.
16          Q.      Give me some of their names?
17          A.      Mike, I don't know his last name.
18      He's a gentleman that worked across the
19      street -- across the belt from me.  Scott, I
20      don't know his last name.  There were a few
21      people in the LGA belt.  I can't remember all
22      the names.  I am sorry.
23          Q.      How did they isolate you?
24          A.      By stop speaking to me.
25          Q.      Any other way they isolated you?
```

Page 339

```
 1                 [!WITNESS NAME]

 2          A.     Not that I can think of at this

 3     point, no.

 4          Q.     You can name Mike, last name

 5     unknown; Scott, last name unknown, and a few

 6     people on the LGA belt stopped speaking to

 7     you?

 8          A.     If you showed me pictures of

 9     them, I can definitely point them out.  I

10     just don't know them well enough to have

11     their first and last name on the tip of my

12     tongue.

13          Q.     The way they isolated you was by

14     not speaking to you?

15          A.     These were people that I used to

16     have conversations with all the time.

17          Q.     Did you speak to them?

18          A.     Why would I speak to them, if

19     they aren't speaking to me?  When I walk by

20     to say hello, they turn their back or pick up

21     a box.

22          Q.     I asked if you spoke to them.

23          A.     Yeah.  I would say hello.  That

24     is how I realized they weren't speaking to

25     me.
```

Page 340

```
 1                    [!WITNESS NAME]
 2         Q.     Your testimony is that you would
 3    say hello to these individuals, and that they
 4    would not -- they turn their back when you
 5    said hello to them?
 6         A.     Yes.
 7         Q.     How often did this occur?
 8         A.     A few times a week, until I
 9    stopped saying hi.
10         Q.     A few times a week, okay.
11                And this occurred, you said, a
12    few weeks later.
13                I am guessing this must have been
14    in July?
15         A.     This is all around the same time.
16         Q.     Well, no.  Let me back up.  Look
17    at Paragraph 63.  That was when -- that was
18    February of 2021.
19                A few weeks later, was the car
20    incident?
21         A.     Uh-huh.
22         Q.     So let's say it was late February
23    or March?
24         A.     The car incident happened around
25    May.
```

Page 341

```
 1                    [!WITNESS NAME]

 2          Q.      Okay.

 3          A.      Around Mother's Day.

 4          Q.      Okay.  All right.  And so you're

 5     saying that sometime in or after May 2021 is

 6     when you began to feel isolated?

 7          A.      No.  I was isolated right after

 8     the Pete Lorenzi situation.

 9          Q.      Okay.

10          A.      Yeah.  That has been going on

11     this whole time.

12          Q.      Okay.  So they were continuing to

13     isolate you, and it says asking him weird and

14     cryptic questions and giving him the cold

15     shoulder.

16          A.      That is James.

17          Q.      I am sorry?

18          A.      I am referring to James there.

19          Q.      In Paragraph 68?

20          A.      Yes.  Asking him weird and

21     cryptic questions, I am referring to James

22     there.

23          Q.      So not the other employees.

24                  The other employees are just

25     isolating you?
```

```
 1                    [!WITNESS NAME]
 2           A.      Yes, because they told me I can
 3      only do the mall.  So they put me with James,
 4      who is one of Peter's close friends.  I don't
 5      know why they did that.  I guess they was --
 6      they thought it was funny.  But they put me
 7      with him.  So when they cut my hours, they
 8      told me I had to work with James, because he
 9      started at, I guess, 5 or 6 a.m., so I
10      don't -- I don't understand why they would
11      put me with him.
12           Q.      Do you know James's last name?
13           A.      I don't know his last name.
14           Q.      Is this the same James that we
15      are talking about --
16           A.      The same James that asked me
17      cryptic questions about my dash cam.
18           Q.      Car?
19           A.      Yes.
20           Q.      You began working with him?
21           A.      Yes.  They put me to work with
22      him.
23           Q.      After he was asking you these
24      questions?
25           A.      No.  He was asking me these
```

Page 343

```
1                    [!WITNESS NAME]
2        questions when I worked with him.
3              Q.    Okay.
4              A.    Yes.
5              Q.    All right.  How long did you work
6        with James?
7              A.    I worked with James from, I would
8        say September of 2020 until I was terminated,
9        May 25, 2021.
10             Q.    Okay.  Almost a year --
11             A.    Almost.
12             Q.    Or eight months?  Okay.
13                   And how often would he ask you
14       weird and cryptic questions?
15             A.    I got my car in February.
16                   He started asking me questions
17       once I got the dash cam, which was probably a
18       few months after I got the car.  I would say
19       late April, I got the dash camera.
20             Q.    Okay.  All right.
21                   And did you ever report -- first
22       of all, did you think he was asking you these
23       weird and cryptic questions because of your
24       race?
25             A.    No.  I believed he was asking
```

Page 344

```
1                    [!WITNESS NAME]
2          these cryptic questions because someone
3          wanted to retaliate against me, but they were
4          scared they would lose their job.
5               Q.    Explain what you mean by that?
6               A.    I believed that the person that
7          vandalized my vehicle was someone that was
8          upset that I wrote a statement about Peter.
9               Q.    Do you have any evidence of that?
10              A.    No, I don't, because my dash
11         camera doesn't -- didn't work at the time.
12              Q.    Do they have cameras at the
13         facility?
14              A.    In front of the building, I
15         believe so.
16              Q.    Did you ever ask maintenance or
17         security to do an investigation?
18              A.    I never parked in the front of
19         the building.  I parked on the side of the
20         building, so I am not sure if they own that
21         property, if they are responsible for those
22         cameras on that street side.
23              Q.    Did you park on FedEx property?
24              A.    I parked --- I parked on the
25         corner.  I didn't park in front of the
```

Page 345

```
 1                    [!WITNESS NAME]
 2       building.
 3                    I am not sure if that is FedEx
 4       property.
 5            Q.    Did you ask?
 6            A.    I didn't know who to ask, because
 7       they don't own the building that is next to
 8       where I parked.
 9            Q.    Did you try to determine whether
10       or not there was any camera footage the day
11       that your car was scratched?
12            A.    No.  I decided to just take the
13       bigger road and just ignore it.  I figured if
14       I just didn't show any emotions, the person
15       who did it would eventually leave me alone.
16            Q.    So you said that James is asking
17       you weird and cryptic questions, and you said
18       that you believe he was asking these weird
19       and cryptic questions because someone wanted
20       to retaliate against you.
21                    Do you know who this someone is?
22            A.    No, I don't know.
23            Q.    Do you have any evidence of that?
24            A.    No.  My camera is not -- wasn't
25       working at the time.
```

Page 346

```
 1                    [!WITNESS NAME]
 2          Q.    I am not asking about the
 3    scratch, I asking about the weird and cryptic
 4    questions.
 5          A.    James asked me the weird and
 6    cryptic questions.
 7          Q.    Right.  You said -- I believe you
 8    testified that you believe he was asking you
 9    weird and cryptic questions because he
10    wanted -- someone wanted to retaliate against
11    you?
12          A.    Because whoever he was feeding
13    information to wanted to retaliate.
14          Q.    Okay.  Retaliate against you how?
15          A.    By keying my car.
16          Q.    Okay.  So you believe that
17    someone keyed your car in retaliation for
18    what?
19          A.    They were upset.  I just bought a
20    brand new BMW, and I feel like they disliked
21    the fact that I was a black man with a BMW,
22    and he asked me those questions to find out
23    information, and someone either that worked
24    there, or someone they knew, I believe, keyed
25    my car to hurt me, to make me upset.
```

Page 347

```
 1                    [!WITNESS NAME]
 2          Q.    Okay.  I gotta make sure I
 3     understand.
 4               MS. MASSIMI:  Objection.
 5          Q.    Your lawsuit --
 6               MR. McGAHA:  I haven't even asked
 7          my question.
 8               MS. MASSIMI:  I am objecting to
 9          your statement.
10          Q.    Your lawsuit alleges
11     discrimination based on race, harassment
12     based on race and retaliation, okay.
13               I am trying to understand each
14     paragraph of your complaint, at least in this
15     section of it.
16               I am having a hard time
17     understanding 68, so I want you to help me
18     understand what you mean by this allegation,
19     okay?
20               You testified that James was
21     asking you weird and cryptic questions,
22     correct?
23          A.    Yes.
24          Q.    You also testified that you
25     believe that he was asking you these weird
```

Page 348

```
1                        [!WITNESS NAME]
2          and cryptic questions because someone who he
3          was feeding information to wanted to
4          retaliate against you, correct?
5               A.    Yes.
6               Q.    When I asked you what you meant
7          by retaliate against you, you said for having
8          owned a -- black man having owned a BMW.
9                     That is what you mean by
10         retaliation here?
11              A.    Yes, because another person made
12         a comment about me being black and owning a
13         BMW, so I feel like this was a conversation
14         that was going around the station at the
15         time.  So yes, that is why I have come to
16         that conclusion.
17              Q.    Okay.  So what you are alleging
18         then is that -- correct me if I am wrong.  I
19         want to make sure I understand.
20                    MS. MASSIMI:  Objection.
21              Q.    Are you alleging that you were
22         being targeted as it relates to your car
23         because you were a black person who owned a
24         black BMW?
25              A.    Yes.  In relation to me being
```

Page 349

```
 1                     [!WITNESS NAME]
 2         black and buying a car, and then also not
 3         liking me for reporting Peter.
 4              Q.     For report -- okay.
 5              A.     They go together.  That is what I
 6         am getting at.
 7              Q.     Okay.  So the retaliation here is
 8         that they were -- your car was targeted
 9         because were you black, and you owned it, and
10         because you reported Peter?  That is what you
11         are testifying to?
12              A.     Yes.
13              Q.     All right.  Any other reason why
14         you felt like your car was targeted?
15              A.     Those are the main points.
16              Q.     Are there any others?  I want to
17         get in --
18              A.     Those are the points.
19              Q.     That is it?
20              A.     That is it.
21              Q.     Okay.  Did you believe that you
22         were being -- why did you believe you were
23         being isolated?
24              A.     I explained why I was being
25         isolated before.
```

Page 350

```
 1                    [!WITNESS NAME]
 2           Q.     Okay.  Was it because of your
 3      race?
 4           A.     I believe that played a major
 5      role in it, yes.
 6           Q.     Was it because you reported
 7      Peter?
 8           A.     I believe that is a part of it
 9      also, yes.
10           Q.     Is there any other reason that I
11      haven't mentioned?
12           A.     They are the two main reasons.
13           Q.     What about the cold -- getting
14      the cold shoulders; the same reasons?
15           A.     Yes.
16           Q.     Okay.  So you testified here
17      today you can't recall anyone by name other
18      than Mike -- Mike with last name unknown,
19      Scott, last name unknown, and a few people in
20      the LGA building.
21                  You can't think of any other
22      individuals?
23           A.     That I didn't have a prior like
24      back and forth with off the top of the head,
25      no, because a lot of these people that are in
```

Alpha Reporting                    800-556-8974
A Veritext Company              www.veritext.com

```
 1                    [!WITNESS NAME]
 2      this paperwork, I used to speak to them
 3      before, so they fall under that also.
 4            Q.     Who are those people?
 5            A.     Rob, JC, Jeff Durante.  The
 6      people that are in this paperwork, with the
 7      exception of David Almeda, which I never
 8      really spoke to before.  Those are all people
 9      who changed the way they dealt with me after
10      me reporting Peter Lorenzi.
11            Q.     You say Rob, JC?
12            A.     Jeffrey Durante.  Arietti.
13            Q.     Anybody else?
14            A.     Those are some examples of people
15      who changed and started giving me a cold
16      shoulder.
17            Q.     Anybody else?
18            A.     That is all I can think of off
19      the top of my head right now.
20            Q.     Okay.  Thank you.  Paragraph 69.
21                   Then on May 18, 2021 Augusto
22      Alzate, a worker at Defendant, approached
23      Campbell unprovoked and began aggressive
24      cursing and swearing at him.  That was common
25      conduct by Alzate against Campbell.  All
```

```
 1                    [!WITNESS NAME]
 2      right?
 3                    Can you explain to me how the
 4      confrontation began?
 5           A.      The confrontation began, I would
 6      say, from the minute they put me on that part
 7      of the split, because there is more people
 8      that do the same morning function as me.  And
 9      they have a few people that do the recycle
10      function that Augusto does, so it started
11      from that point when they first put me on
12      that position.
13           Q.      Okay.  So what happened that day?
14           A.      So what happened that day, I
15      showed up to my split position.  The belt is
16      moving as fast as it usually does.  I am
17      splitting the belt.  Augusto is getting the
18      recycle.  His main function is to recycle, so
19      he is supposed to pull freight off the belt
20      if a splitter misses the boxes, which he did,
21      but he was unhappy, because he felt like I
22      was missing too many boxes.
23                    So he comes over yelling,
24      screaming, cursing at me.  He starts kicking
25      the boxes.  And I am ignoring him the entire
```

Page 353

```
 1                    [!WITNESS NAME]
 2        time that he is doing this.  So while he is
 3        doing these things, he pushes a box, and the
 4        box hits my hand.  So then that is when I
 5        turned to face him and ask him, why did he
 6        hit me with the box?
 7                    And he stared at me.  And as he
 8        stared at me, I figured maybe he couldn't
 9        hear, so I actually backed up and removed my
10        mask to repeat it again.
11                    And as I repeated the why did he
12        hit me with the box, he stared at me and told
13        me, I got something for you, and he pulled
14        out a box cutter.  He pulled out the box
15        cutter, and fully extended the blade towards
16        my in a menacing way and started waving the
17        box cutter, right.
18                    And as he is doing that, me, in
19        fear of my life, I grabbed his arm with both
20        of my hands and told him to drop the box
21        cutter.
22                    He refused to drop the box
23        cutter.
24                    So I am tussling with him,
25        struggling.  And some of my coworkers who
```

Alpha Reporting                          800-556-8974
A Veritext Company                    www.veritext.com

```
 1                    [!WITNESS NAME]
 2       also was in fear of my safety, they jumped
 3       over the belt, and they join into the scuffle
 4       to try to release the box cutter from him.
 5                    And they could not get the box
 6       cutter out of his hand either.  Eventually
 7       some of my coworkers separated me from him.
 8       I heard that they eventually got the box
 9       cutter out of his hand.
10                    And that is what happened on the
11       floor that day that you see in the video.
12            Q.    Okay.  So let's start from you
13       said that he was kicking boxes at you?
14            A.    Yes.  He was kicking boxes in my
15       direction, yes.
16            Q.    With his feet?
17            A.    Yes.
18            Q.    That is the first time I heard
19       that.
20            A.    It is in the video.
21            Q.    My understanding from your
22       statement, correct me if I am wrong, he was
23       pushing boxes.  Is that not what happened?
24            A.    Yeah.  He pushed boxes, too, and
25       one of the boxes hit me.
```

Page 355

```
 1                    [!WITNESS NAME]
 2          Q.     Okay.  So he pushed boxes at you.
 3     You said that he was screaming, yelling, is
 4     that what you said?
 5          A.     Yes.  He did that all the time.
 6          Q.     Okay.  You said he was cursing,
 7     correct?
 8          A.     Yes.  He does that all the time.
 9          Q.     All right.  Can you remember what
10     he was screaming and cursing at you?
11                    THE COURT REPORTER:  I am sorry?
12          Q.     Can you remember today -- as you
13     testified, can you recall what he was
14     screaming at you, what was he saying?
15          A.     Things of nature like mother
16     fucking Kevin, always missing boxes, piece of
17     shit, stuff that he would normally say.
18                    Those are -- that is one of his
19     regulars but he said that on that day, too.
20                    But I always ignore him because
21     it is something that he does.  And managers
22     are aware of it, too.
23          Q.     Did he say anything that you felt
24     was racially motivated?
25          A.     No.  He actually he speaks
```

Page 356

```
 1                    [!WITNESS NAME]
 2        Spanish a lot of times.  And one of my
 3        Hispanic coworkers told me that he has said
 4        racial things about me.  But I don't speak
 5        Spanish, so I would never know.  But I have
 6        heard that he said racial things about me.
 7             Q.    Who told you that?
 8             A.    Robert Loza (phonetic).
 9             Q.    When did he tell you this?
10             A.    He told me that when I was
11        walking back -- when I -- after the scuffle
12        took place, Frank told me to go inside the
13        conference room to write a statement.
14                  On my way walking to provide my
15        statement, Robert Loza told me, if you ever
16        need a witness, I am a witness to him saying
17        racial things about you in Spanish.
18             Q.    Okay.
19             A.    But I never thought that I would
20        even need that information, because to my
21        understanding, I didn't do anything wrong.
22             Q.    So up until that point, you did
23        not know or you were not aware he had ever
24        said anything that was racially based?
25             A.    No, 'cause he speaks in Spanish a
```

Page 357

```
 1                    [!WITNESS NAME]
 2      lot.
 3           Q.      You said he regularly yelled and
 4      cursed at you, right?
 5           A.      Yes.
 6           Q.      Did you ever report this to
 7      anyone?
 8           A.      Yes, of course.  When Henry was
 9      my manager, Mike used to work on the belt.
10      Mike would be able to tell you that Augusto
11      would have a few words for me.  Mike would
12      have a few words for me too, also.
13                   So yes, they were clearly aware.
14      Monty, who became my manager, he started to
15      realize that Augusto would curse me out.
16      Everyone thought it was funny, because they
17      view Augusto as a small man, so no one took
18      him serious.
19           Q.      So did he, Augusto, do this to
20      everybody?  Did he curse at everybody, and
21      yell and scream?
22           A.      Well, I am not there -- if I am
23      not on the split, or if I am not at work, I
24      am not aware of what Augusto does when I am
25      not there.
```

Page 358

```
 1                    [!WITNESS NAME]
 2          Q.     Let me ask you a more precise
 3     question.
 4                    Have you ever witnessed Augusto
 5     yell at anyone else?
 6          A.     No.
 7          Q.     Have you ever witnessed Augusto
 8     curse at anyone else?
 9          A.     Not to my knowledge, no.
10          Q.     So your testimony today is that
11     Augusto regularly screamed and cursed at you,
12     and you are not aware of him screaming or
13     cursing at anyone else during your employment
14     there?
15          A.     I don't recall right now, no.
16          Q.     So you don't recall?
17          A.     I just know that I am only
18     responsible for myself.
19          Q.     I understand.
20          A.     So what I am saying is, he did
21     that to me regularly, and managers knew.
22          Q.     All right.  I am not asking you
23     what you observed or did not observe, I am
24     asking you whether or not you ever observed
25     him yelling or screaming or --
```

Page 359

```
 1                    [!WITNESS NAME]
 2          A.    He is --
 3          Q.    Let me finish my question.
 4          A.    Okay.
 5          Q.    Whether or not you ever observed
 6    him yelling or screaming or cursing at anyone
 7    else?
 8          A.    In terms of the split, or just in
 9    general?
10          Q.    In general?
11          A.    'Cause he is an angry person.
12          Q.    In general.
13          A.    He is an angry person.  He is
14    always upset about something.
15          Q.    In general?
16          A.    Yes.  In general, yeah.
17          Q.    How often would you see him
18    yelling, screaming and cursing at other
19    people?
20          A.    I don't see him often, so I can't
21    give a distinct answer with that.
22                I would only see him on the split
23    in the morning, and he works with me most
24    every morning.
25          Q.    But your perception of him is
```

Page 360

```
 1                    [!WITNESS NAME]

 2        that he was an angry person?

 3             A.    Yes.

 4             Q.    And that was based on your

 5        personal observation of how he interacted

 6        with you and other people; is that correct,

 7        right?

 8             A.    I -- listen, Augusto was very

 9        angry and upset with me every morning.

10             Q.    Okay.  But that is not what I

11        asked you.

12             A.    What are you asking?

13             Q.    I asked you that your -- I asked

14        you whether or not your perception of him

15        being an angry person was based on your

16        observation of how he interacted with you and

17        other people?

18             A.    I am only basing that off of my

19        interaction with him.

20             Q.    Okay.  So you believe he is an

21        angry person, just based on what he said and

22        did to you, or what he said and how he

23        interacted with you, right?

24             A.    Yes.

25             Q.    Robert Loza, is he Hispanic?
```

Page 361

```
 1                    [!WITNESS NAME]
 2          A.      Yes, he is.
 3          Q.      And did you believe that Alzate's
 4     conduct towards you was based on your race?
 5          A.      I think it had something to do
 6     with it, yes.
 7          Q.      Did you ever report that to
 8     anyone?
 9          A.      No, because managers would sit
10     there and watch you him curse me out every
11     morning.
12                  How could I possibly feel
13     comfortable talking to them about him cursing
14     me, when they are physically standing there
15     watching him do it?
16          Q.      That may be the case, but your
17     testimony was that he didn't say anything to
18     you that was racially based.
19                  What he said to you may have been
20     mean.  He may have used profanity.
21                  Based on your testimony, he
22     didn't say anything to you that would be
23     perceived by someone listening as racially
24     motivated, right?
25          A.      Yes.
```

Alpha Reporting                    800-556-8974
A Veritext Company              www.veritext.com

```
 1                   [!WITNESS NAME]
 2          Q.     So if you believed that it was
 3     racial based, you need to report that,
 4     wouldn't you?
 5          A.     Well, I only found out that he
 6     says racist things after he pulled out a box
 7     cutter.
 8          Q.     Right.  But you said it was a
 9     common occurrence for him to interact with
10     you in this matter of swearing at you and so
11     on?
12          A.     Yes.
13          Q.     And you believed even at that
14     time before the box cutter incident, you
15     believed that he was yelling and swearing at
16     you, you thought it was -- some of it, at
17     least, was racially motivated; isn't that
18     what you said?
19          A.     Yes, because he is also friends
20     with Peter.
21          Q.     Understood.  But you did not
22     report that to anyone, did you?
23          A.     I made it aware that he was
24     verbally abusing me every morning over boxes,
25     that everyone missed on countless --
```

Page 363

1                    [!WITNESS NAME]

2         countless amount of times to managers.

3              Q.    But you never told them that you

4         thought it was based on your race, did you?

5              A.    No.  It wasn't just based off my

6         race, no.

7              Q.    I asked you a question.  You

8         never told them that it was based on your

9         race, did you?

10             A.    No, I never told them that.

11             Q.    Okay.  So you explained your

12        version of events.  So we will go through

13        paragraph 71 through 74.

14                   So Alzate then pushed the

15        boxes -- some of this, you testified to.

16        Again, I didn't hear anything or see anything

17        in your complaint or any other documents to

18        indicate that boxes were hit, but we will

19        just read --

20                   MS. MASSIMI:  Objection.

21             Q.    Alzate then pushed boxes towards

22        Campbell the wrong way up the conveyor belt,

23        hitting Campbell with the boxes, Paragraph

24        71.

25                   Paragraph 72, Campbell asked

                                        Page 364

```
 1                    [!WITNESS NAME]
 2       Alzate why he had pushed boxes at him,
 3       hitting him with the boxes.
 4                    Paragraph 73, Alzate responded by
 5       pulling out a box cutter and brandishing it
 6       at Campbell, swinging his arm back and forth
 7       and making a motion towards Campbell as if he
 8       was going to slash Campbell with the box
 9       cutter, though Campbell had not threatened or
10       acted violently in any way.
11                    So I want to ask you about what
12       occurred between paragraph 72 and 73, because
13       72, he has pushed the boxes towards you.
14                    How far away were you -- how far
15       were you from him in distance, approximately,
16       when he was pushing the boxes towards you?
17            A.     He was pretty close.
18                    But after he pushed the boxes, he
19       walked towards me, after --
20            Q.     So --
21            A.     -- he closed the distance.
22            Q.     So your testimony is that -- how
23       far away were you initially, when you --
24            A.     I don't know how many feet.  I
25       don't how many feet.
```

Page 365

```
1                    [!WITNESS NAME]
2               You mean on a regular basis?
3        Q.     So before the -- so before the
4    conflict occurred, how far away from each
5    other were you working?  Where was he
6    relative to you on the belt?
7        A.     Say about five feet.
8        Q.     Was there a belt in between the
9    two of you?
10       A.     No.
11       Q.     You were on the same side --
12       A.     Yes.
13       Q.     -- the belt?  Okay.
14              So he was about five feet ahead
15   of you or behind you?
16       A.     Depends on which side of the
17   belt, but five feet to the right of me.
18       Q.     Okay.  Fantastic.  He is about
19   five feet to the right of you.
20              Was there anyone in between you
21   all?
22       A.     No.
23       Q.     So whatever he pushed towards
24   you, you were going to be the first person to
25   catch it?
```

Page 366

```
 1                    [!WITNESS NAME]
 2         A.      To get hit by it.
 3         Q.      Or get hit by it, as you
 4    characterized it.
 5                  So how many boxes did he push
 6    towards you that hit you?
 7         A.      So at the time, being very upset,
 8    I actually thought that he pushed two boxes.
 9    But I didn't see any proof of that, but I
10    actually mistaken him kicking the box as a
11    push.
12                  So when I actually saw the video
13    footage, I got the memory to remember that he
14    actually kicked boxes towards me and pushed
15    one large box, and that was the large box
16    that I actually got hit by.
17         Q.      Where did it hit you?
18         A.      It hit my hand.
19         Q.      Were you injured?
20         A.      It hurt.
21         Q.      Were you injured?
22         A.      Yes.
23         Q.      Did you have to get any medical
24    treatment as a result of it?
25         A.      No.
```

Page 367

```
 1                      [!WITNESS NAME]

 2            Q.     What happened after you got hit

 3       with the box?

 4            A.     After I got hit by the box, I

 5       took one and a half steps towards him to ask

 6       him why did he hit me with the box.

 7            Q.     Okay.  So you closed the

 8       distance, initially?

 9            A.     No, he closed the distance

10       initially.  When he hit me with the box, he

11       closed the distance.

12            Q.     So he was standing five feet --

13       about five feet from you, initially?

14            A.     Uh-huh.

15            Q.     You said he hit or kicked you

16       with the box?

17            A.     No.  I said he kicked two boxes

18       in my direction.

19            Q.     Okay.

20            A.     Boxes missed me.

21                   I ignored him.  I guess that

22       bothered him, so he pushed a box up the belt,

23       and the box hit me in the hand.  That is what

24       happened.

25            Q.     Okay.  So he moved closer to you
```

                                        Page 368

```
 1                    [!WITNESS NAME]

 2        to push the box towards you?

 3              A.      He pushed the box, and he closed

 4        the distance.

 5              Q.      Okay.

 6              A.      It is on video.

 7              Q.      He closed the distance --

 8              A.      It is a video.  You can pull up

 9        the video.

10              Q.      I am aware of the video.

11                      He pushed the box towards you,

12        and him pushing the box towards you caused

13        him to close the distance?

14              A.      Yes, pushed the box and then

15        closed the distance.

16              Q.      I am trying to make sure I

17        understand.  Let me ask you again.

18                      I want to understand what you

19        mean when you say he closed the distance, and

20        I want to understand when it occurred.

21                      MS. MASSIMI:  Objection.

22              Q.      You said that he pushed three

23        boxes, or that three boxes were either --

24                      MS. MASSIMI:  Mr. McGaha?

25                      Mr. McGaha, this is really bordering on
```

Page 369

```
 1                    [!WITNESS NAME]
 2            inappropriate.  He has answered this
 3            many times.  Someone within in his place
 4            of employment pushed a box at him and
 5            hurt his hand.  That is not appropriate
 6            in any place of employment.  He has now
 7            testified to it multiple times.
 8                    You can ask him one more time.
 9                    MR. McGAHA:  Are you finished?
10                    MS. MASSIMI:  You can proceed
11            with your deposition.
12                    MR. McGAHA:  Thank you.
13            Appreciate that.
14            Q.    Ms. Campbell -- Mr. Campbell, you
15       have testified that I believe it was three
16       boxes; is that correct?  He either pushed or
17       kicked towards you, is that right?
18                    MS. MASSIMI:  Objection.
19                    You can answer the question
20            again.
21            A.    Yes.
22            Q.    Okay.  Thank you.
23                    So you also testified that he
24       closed the distance, approximate five feet
25       that you working apart, that he closed the
```

                                              Page 370

```
 1                    [!WITNESS NAME]
 2       distance; is that right --
 3            A.     Yes.
 4            Q.     -- at some point?  Okay.
 5                   When did he close the distance?
 6            A.     He closed the distance as he was
 7       pushing the box towards me.
 8            Q.     Which box?
 9            A.     The large box that hit my hand,
10       which frankly, his job is to remove boxes off
11       the belt, so he is not even supposed to be
12       pushing boxes in the opposite direction of
13       the belt.  He is supposed to be removing them
14       off the belt.
15                   And at the end of the split, we
16       reverse the belt, and then we do a reverse
17       split so that the boxes can go to the right
18       vans and trucks.
19            Q.     Was the large box the third of
20       those boxes?
21            A.     Yes.
22            Q.     After he pushed the first box
23       towards you --
24            A.     He didn't push the first box.  He
25       kicked two boxes, and in that order, he
```

Page 371

```
 1                    [!WITNESS NAME]

 2          kicked one box.  He kicked the second box.

 3                    And the third box, he pushed and

 4          it hit my hand.  That is what happened.

 5               Q.    So after he pushed the first box

 6          towards you, did you consider notifying a

 7          member of management that he was pushing

 8          boxes at you in an aggressive manner?

 9               A.    No, because I ignored him the

10          whole time, until he hit me with the box.

11               Q.    So the first box didn't hit you?

12               A.    The first box that he kicked, no.

13               Q.    Did you think he was attempting

14          to hit you?

15               A.    He hit me.  That is a fact.

16               Q.    On which -- the third box, he hit

17          you, right?

18               A.    Yes.

19               Q.    Not the first one?

20               A.    Yes.

21               Q.    There are three boxes.  He pushed

22          the two, kicked the third.

23                    The third one was the large one,

24          and that was the one that hit you?

25               A.    No.  He kicked two boxes and
```

Page 372

1                    [!WITNESS NAME]
2          pushed one box.
3               Q.     Okay.
4               A.     The first two boxes that he
5          kicked, I think he wanted to intimidate me or
6          upset me, but I did not.
7               Q.     Okay.
8               A.     I ignored him.
9                      The third box that he pushed up
10         the belt, that was the box that hit me.
11              Q.     Gotcha.  So he kicked a box
12         towards you that did not hit you?
13              A.     He kicked two boxes.
14              Q.     I understand that.
15                     But he kicked -- start with the
16         first one.  He kicked a box towards you?
17              A.     Uh-huh.
18              Q.     And was it your perception he was
19         trying to hit you with the box?
20              A.     I didn't even notice it at first.
21              Q.     Okay.  All right.
22                     So when did you notice that he
23         kicked that first box towards you?
24                     MS. MASSIMI:  Objection.
25                     You can answer the question

                                        Page 373

```
 1                    [!WITNESS NAME]
 2           again.
 3                A.    I -- first of all, in the moment,
 4           I was ignoring him, so I wasn't even paying
 5           him that much mind.
 6                     When he kicked the second box, at
 7           the time, I thought that he pushed the box
 8           and missed me, but I am still not paying him
 9           any mind.
10                     The third box that he hit me
11           with, that was the only one that got my
12           attention, because he was doing these things,
13           and I was ignoring him on purpose, that maybe
14           he would just leave me alone.
15                     That is what I wanted from him,
16           maybe if I ignore him, he will just leave me
17           alone.
18                     He kept escalating the situation.
19                Q.    Okay.  What was the time period,
20           based your recollection, of him yelling and
21           screaming at you?  How much time elapsed
22           between the time period where he started
23           yelling and screaming at you to the time that
24           he hit you with the third box?
25                A.    A few seconds.  Maybe that whole
```

Page 374

```
 1                    [!WITNESS NAME]

 2        interaction, probably about seven to ten

 3        seconds.

 4             Q.    Okay.  At any moment before he

 5        hit you with the third box, which you said he

 6        pushed, did you consider notifying a member

 7        of management that Alzate was being

 8        aggressive towards you?

 9             A.    No.  That never crossed my mind,

10        because managers were aware of the situation

11        with me and Augusto and me occasionally

12        missing boxes, just like other splitters, and

13        him getting very upset about it.

14                  So I didn't really feel the need

15        to involve management at the time, because my

16        hand hurt, and he was right there, so I just

17        asked him, why would he push a box and hurt

18        my hand, basically.

19             Q.    Okay.

20             A.    He was right there, yes.

21             Q.    So when he kicked the first box,

22        and he kicked the second box, neither one of

23        them touched you, right?

24                  And then he pushed the third box.

25                  Is that when you say he closed
```

Page 375

```
 1                    [!WITNESS NAME]
 2        the distance?
 3             A.     When he pushed the third box and
 4        hit me, that is when he closed the distance.
 5                   But before we even continued with
 6        this conversation, it is not acceptable for
 7        FedEx employees --
 8             Q.     We are not --
 9             A.     -- to kick boxes.
10                   MS. MASSIMI:  Let him -- don't
11        interrupt him.  Don't interrupt him.
12             Q.     I --
13             A.     That is not acceptable.
14                   MS. MASSIMI:  Don't interrupt
15        him.
16             Q.     I am asking you some questions.
17             A.     I know, but I am just --
18                   MS. MASSIMI:  Don't interrupt
19        him, Mr. McGaha.
20             Q.     You might have opinions about
21        other things that don't have anything related
22        to questions.  You can't really talk about
23        those.
24             A.     That is fine.  I will answer your
25        questions.
```

Page 376

```
 1                    [!WITNESS NAME]
 2          Q.     You were supposed to answer the
 3     questions that I ask.
 4                    MS. MASSIMI:  Which he has been
 5             doing.
 6                    MR. McGAHA:  Yes, with your help.
 7                    MS. MASSIMI:  No, I have not been
 8             helping him, Mr. McGaha.
 9                    MR. McGAHA:  I think the record
10             speaks for itself.
11                    MS. MASSIMI:  You have been
12             getting in your own way, is the problem.
13             Please proceed.
14          Q.     So you said that he closed the
15     distance.
16                    Was that before or after he
17     pushed the third box?
18          A.     I feel like I answered this
19     already.
20          Q.     Or at the same time?
21          A.     He pushed the box and walked
22     towards me simultaneously.
23          Q.     Okay.
24          A.     I answered that a bunch of times
25     now.
```

Page 377

```
 1                    [!WITNESS NAME]

 2            Q.    Okay.  You did not.

 3            A.    Yes, I did.

 4                  MS. MASSIMI:  Yes, he did.

 5            A.    A few times.

 6            Q.    But thank you.

 7            A.    Yes, you're welcome.

 8                  MS. MASSIMI:  He has answered

 9            that.

10            Q.    I can ask you again, if I want.

11            A.    You could.

12                  MS. MASSIMI:  That is fine.

13                  But what you can't do is falsely

14            claim that he didn't answer it, because

15            he did.

16            Q.    So what was the distance at that

17      point?

18            A.    I would say about two feet at

19      that point.

20            Q.    You testified earlier that you

21      also closed the distance?

22            A.    Yes, I did.  I walked over to him

23      and asked him, why would he hit me with the

24      box; that is correct.

25            Q.    So at the time you walked towards
```

Page 378

```
 1                    [!WITNESS NAME]
 2       him, he was two feet away from you?
 3              A.      Uh-huh.
 4              Q.      And at the time you walked
 5       towards him, how close were you then?
 6              A.      I took about a foot and a half.
 7                      So I gave him space, because I
 8       knew that I was going to write a statement
 9       about him that day, because it kept
10       escalating, so I purposely I went out of my
11       way to make sure that I did not touch him.
12                      But I was frustrated, because
13       this is something that has been going on for
14       a long time.
15              Q.      Okay.  So the distance went from
16       two feet to about a half a foot --
17              A.      Yes.
18              Q.      -- when you closed the distance
19       closer to him?
20              A.      Yes.  After he initiated it, yes,
21       and hit me with the box.
22              Q.      Do you believe that he could have
23       felt intimidated by you closing the distance
24       and getting closer to him, his person?
25              A.      I felt like I could have been
```

Page 379

```
 1                    [!WITNESS NAME]
 2      intimidated by him kicking boxes and hitting
 3      my hand.
 4           Q.    I am not asking about what you
 5      felt.
 6                 MS. MASSIMI:  Objection.
 7           A.    It is a possibility.
 8           Q.    You believe it is possible that
 9      he felt intimidated by that?
10           A.    It is a possibility, yes.
11           Q.    Okay.  Do you believe it is
12      possible that he could have perceived your
13      stepping closer to him as an act of
14      aggression?
15           A.    It is possible.
16           Q.    All right.  So let's finish up
17      these few paragraphs.
18                 You said that -- we read 73.  We
19      will read 74.
20                 Alzate tried to cut Campbell with
21      a box cutter.
22                 In an effort to protect him from
23      getting slashed, Campbell grabbed Alzate's
24      arm and pushed it away from him.  Campbell
25      also repeatedly asked Alzate to drop the box
```

Alpha Reporting                     800-556-8974
A Veritext Company                 www.veritext.com

```
 1                    [!WITNESS NAME]

 2        cutter, which he refused to do.

 3                        How did the situation finally

 4        end?

 5             A.    My coworkers jumped over the

 6        belt, because they were scared for me too.

 7        And we all tussled to get the box cutter out

 8        of his hand, even though he refused.

 9                        And I don't know who separated me

10        from the brawl, but thank God, they did,

11        because I was just really scared.

12                        So I don't know who got the box

13        cutter out of his hand, or when he did

14        release it, because they had already

15        separated me at that point.

16             Q.    Okay.

17                  MR. BRODSKY:  Counsel, we are

18        going to have to reset shortly.

19                  MS. MASSIMI:  Okay.  How much

20        time do you have on the record?

21                  MR. BRODSKY:  Five hours and 29

22        minutes, almost 30 minutes.

23                  MS. MASSIMI:  Okay.

24                  MR. BRODSKY:  Can we go off and

25        reset?
```

Page 381

```
 1                    [!WITNESS NAME]

 2              MR. McGAHA:   Sure.

 3              MR. BRODSKY:   The time is 17:34.

 4         We are off the record.

 5              (Whereupon, a short recess was

 6         taken.)

 7              MR. BRODSKY:   The time is 17:44.

 8    We are on the record.

 9         Q.    Did you -- after this incident

10    were you immediately suspended?

11         A.    Yes.

12         Q.    Okay.  Was Alzate also

13    immediately suspended?

14         A.    I am not sure.

15         Q.    Did you ever consider pressing

16    charges against Mr. Alzate?

17         A.    Yes, I thought about it.

18         Q.    Did you believe what he did was a

19    violation of the law?

20         A.    Yes.

21         Q.    And did you ever pursue charges

22    against him?

23         A.    No, because after the incident,

24    no one called the police or anything.  They

25    just told him to go home.
```

Page 382

```
 1                    [!WITNESS NAME]
 2               They just told me to go home
 3      after I wrote my statement, not to wait for
 4      him.  To go home; we will call you back when
 5      we need to speak with you.
 6          Q.    And do you think that you could
 7      have, if you thought to at the time, still
 8      notified the police, if you believed that a
 9      crime had been committed?
10          A.    I am not sure how that works.
11               I was under the impression that
12      if workplace violence occurred, that someone
13      in management or even a worker would notify
14      the authorities.
15               Are we still using Exhibit 9?
16          Q.    We are using another exhibit now,
17      exhibit 10.
18               I just handed you a document on
19      that, I believe you are familiar with, but
20      please take a look at it, and tell me if you
21      are familiar with this document.
22          A.    What was the question?
23          Q.    Are you familiar with the
24      document that I just handed you?
25          A.    Yes.
```

Page 383

```
1                    [!WITNESS NAME]
2         Q.     Okay.  We are going to mark that
3    as Exhibit 10.
4                 What is this document?
5         A.     A suspension.
6         Q.     And is this suspension -- how did
7    you receive this letter?
8         A.     I don't -- I believe someone
9    handed it to me, but I don't remember if that
10   is how I was handed this suspension letter.
11        Q.     The second paragraph of this
12   document says, while on investigative
13   suspension, you are not to contact any FedEx
14   employee or customer, nor are you to enter
15   any FedEx facility without permission of
16   management.
17                Did you contact anyone --
18        A.     No.
19        Q.     Excuse me.  Let me finish my
20   question.
21                Did you contact anyone from FedEx
22   while you were on investigative suspension
23   about this incident?
24        A.     No.
25                I actually seen Monty playing
```

Page 384

```
 1                    [!WITNESS NAME]
 2        basketball in Astoria Park, and I usually go
 3        for a work over, and I didn't say anything to
 4        him.  I actually kept walking.
 5             Q.    What about anyone else?
 6             A.    No.
 7             Q.    You did not contact anyone at all
 8        from FedEx during this investigative
 9        suspension?
10             A.    No.  I was scared to death of
11        getting fired.
12             Q.    And who signed this letter?
13             A.    Whose handwriting is that?
14             Q.    Yes.  Who is the individual at
15        the bottom?  Is that Monty Bovell?
16             A.    I am assuming, because it is next
17        to his name, but I wasn't there when they
18        signed that.
19             Q.    Did he give you this, or do you
20        still don't recall who gave it to you?
21             A.    He probably gave it to me.  He
22        was my manager at the time, so it would make
23        sense for him to give it to me.
24             Q.    Did he witness this violence?
25             A.    Not to my knowledge.
```

Alpha Reporting                    800-556-8974
A Veritext Company              www.veritext.com

```
 1                    [!WITNESS NAME]
 2          Q.     I have handed you another
 3     document.
 4                    This is the warning letter and
 5     termination that you received?
 6          A.     Yes.
 7          Q.     And who is it from?
 8          A.     It is from Eric Wanders, Lance
 9     Reyes and Monty Bovell.
10          Q.     It says from Monty Bovell, and
11     the other two are just copied?
12          A.     Yes.
13          Q.     And Monty Bovell signed it,
14     correct?
15          A.     Yes.
16                    I don't see a signature,
17     actually.
18                    No, he didn't sign this.
19          Q.     That is his name at the bottom?
20          A.     Yeah.
21          Q.     And he was your manager at the
22     time, correct?
23          A.     Yes.
24          Q.     All right.  And the document
25     says, among other things, that you have an
```

Alpha Reporting                    800-556-8974
A Veritext Company              www.veritext.com

```
 1                    [!WITNESS NAME]
 2      opportunity to engage the GFTP process to
 3      appeal the decision to terminate?
 4           A.    Yes.  I actually wasn't gonna GFT
 5      it, but the day that I got terminated, Monty
 6      told me I should GFT it.
 7           Q.    How did that conversation occur?
 8           A.    I was standing in front of the
 9      station after I got terminated, speaking to a
10      few of my coworkers that asked me what
11      happened.
12                 And before I could even start
13      speaking to them, Monty came outside and
14      said, listen, Kevin, just GFT it, quote.
15      This is bullshit, end quote.
16                 That is what he said to me, so
17      that is why I followed through with the GFT.
18           Q.    Did he say anything else?
19           A.    That is all he said.
20           Q.    Did you understand that to mean
21      he disagreed with the termination?
22           A.    I am sorry.  Say that again?
23           Q.    Did you understand that to mean
24      that he disagreed with your termination?
25           A.    Yes.  That is what was implied.
```

Page 387

```
 1                    [!WITNESS NAME]
 2         Q.     Other than saying it was
 3    bullshit, he didn't go into details about why
 4    he thought it was bullshit, did he?
 5         A.     Yes, he actually -- this is my
 6    personal opinion.
 7               After that conversation, I
 8    generally believed that he didn't think I was
 9    going to get fired, so I don't think -- I
10    think he said that in good faith, because he
11    was the one that told me, this is your
12    career, so just at least fight it, because it
13    is bullshit.  That is what he said.
14         Q.     All right.  All right.
15               This is the Guaranteed Fair
16    Treatment Procedure.
17               You mentioned or testified
18    earlier that you did engage in the GFT
19    process.
20               And did you understand -- what
21    did you understand the GFTP process to mean?
22         A.     Guaranteed fair treatment, that
23    you can appeal a termination, a letter,
24    anything that is documented, that you would
25    be seen fairly, and it was essentially a safe
```

Page 388

1                    [!WITNESS NAME]

2        place for you to speak your case.

3             Q.    And had you ever engaged the GFTP

4        process prior to this incident?

5             A.    Never.  I never had any issues as

6        far as my work experiences, as far as I am a

7        good worker, so I never had to deal with any

8        of those things.

9             Q.    This appears to be a step one

10       GFTP form that you filled out, correct?

11            A.    Yes.

12            Q.    All right.  We are going to mark

13       that as Exhibit 13.

14                  So can you explain what happened

15       during the step one process, the step one

16       GFTP process?

17            A.    Yes.  The step one, I believe I

18       submitted the documents.

19                  They decided they wanted me to

20       meet with Lance Reyes, Eric Wanders, Monty

21       Bovell and Nan -- I don't know her full name,

22       so I will just call her Nan.  I went to the

23       headquarters, I had a meeting with them.

24                  I went into the meeting with good

25       faith.  I felt like I was going to be heard.

                                      Page 389

```
 1                    [!WITNESS NAME]

 2              And something shocking happened.

 3      The person who told me to GFT was sitting in

 4      the far left corner with his head down, not

 5      looking at me.

 6              And I was confused, because he

 7      told me to GFT it, and he denied that he

 8      didn't know anything about me and Augusto

 9      arguing.  And Eric said he didn't know

10      anything about it.

11              So I actually felt like I wasn't

12      treated fairly, because they were clearly

13      lying on me, and something that was supposed

14      to be fair.

15         Q.    How were they lying on you?

16         A.    Monty was lying.  Monty said he

17      wasn't aware of me and Augusto getting into

18      arguments over the split packages.

19              Eric Wanders said that he doesn't

20      curse at employees.  Monty said he doesn't

21      curse at employees.

22              And in hindsight, I fell like

23      they applied some pressure to Monty and made

24      him change his tone when I was in the GFT.

25         Q.    Do you have any evidence of that?
```

Page 390

```
 1                    [!WITNESS NAME]

 2         A.    No, I don't have any evidence,

 3    besides him changing his -- the way he was

 4    acting towards me.

 5                   He was super gung ho about me

 6    GFT-ing it, because he felt like I was

 7    treated unfairly.

 8                   But in the office, he couldn't

 9    even make eye contact with me, and he changed

10    the things that he knew to be true.

11         Q.    Had he told you previously that

12    he believed you had been treated unfairly?

13         A.    Yes.  When he told me that it was

14    bullshit that I am even going through this

15    right now, yes.

16         Q.    Was that your interpretation of

17    him saying it was bullshit, or did he say --

18         A.    No, he said, this is bullshit.

19         Q.    I understand he said that.

20                   But what I saying is, you also

21    testified that he had told you that you had

22    been treated unfairly.

23                   Did he say you have been treated

24    unfairly?

25         A.    No.  He implied that, when he
```

                                    Page 391

```
 1                    [!WITNESS NAME]
 2        said that this is bullshit.
 3             Q.     Okay.
 4             A.     He implied that.
 5             Q.     Gotcha.
 6                    Let's look at Annex A, which is,
 7        I believe, the narrative portion that you
 8        attached.  It is on page one, two, three --
 9        it is on the fourth page of the document that
10        we are looking at, Exhibit 13.
11                    Do you see Annex A?
12             A.     Yes, of course.
13             Q.     Let's look at the third
14        paragraph.  It says that I feel that my
15        wrongful termination is part of a pattern of
16        discrimination and retaliation against me.
17        This pattern started from my first day at
18        FedEx.
19                    Is that the first time that you
20        had in writing reported that you had been a
21        victim of a pattern of discrimination and
22        retaliation?
23             A.     Yes.
24             Q.     It says, next I was hired by
25        FedEx Express when they acquired TNT.  I did
```

Page 392

```
 1                    [!WITNESS NAME]
 2       not have my driver's license when I was first
 3       hired, and have been harassed about this fact
 4       since my start date.
 5                    Had you told anyone up until this
 6       point that you had been harassed because you
 7       did not have a license?
 8            A.     Yes.  Henry Nunez, Eric Wanders,
 9       those are the two managers that I can name
10       off the top of my head that I definitely
11       expressed that I was basically being picked
12       on and laughed at because I was a grown man
13       without a license.
14            Q.     Did you tell them that you
15       believed that you were being picked on and
16       harassed based of your race, or just because
17       you did not have a license?
18            A.     This is when I first got hired,
19       so no, it had nothing to do with race back
20       then, no.  So no, I didn't tell them that,
21       'cause that wouldn't be true.
22            Q.     It says, I received mix messages
23       from management about how late I could work.
24       I was often told to go home early, and was
25       not allowed to make 35 hours, even though I
```

Page 393

```
 1                    [!WITNESS NAME]
 2      am a full-time employee.
 3                    However, on other occasions I was
 4      yelled at for leaving early.  I was told on
 5      multiple occasions that I can't possibly work
 6      hard because I do not have my own route.
 7                    Prior to this, had you -- did you
 8      report that you had been yelled at for
 9      leaving early?
10           A.    Oh, Eric yelled at me for leaving
11      early one peak.  It was Eric that yelled at
12      me.
13           Q.    Okay.  So was he --
14           A.    He yelled at me a bunch of times,
15      and I got yelled at.
16                    Managers -- I have been yelled at
17      by managers, and they weren't even mad at me.
18      That was the norm at this station.  That is
19      the norm.
20           Q.    To yell, in general?
21           A.    To yell negative things that they
22      feel like is acceptable, yes.
23           Q.    Do they yell at everybody?
24           A.    The people that I worked with got
25      yelled at, the people on my belt.
```

Page 394

```
1                    [!WITNESS NAME]

2                    I can't speak for the whole

3          station.

4               Q.    Okay.  So he yelled at people

5          regardless of their race; is that right?

6               A.    Yes.

7               Q.    Okay.  So you said here, I was

8          told on multiple occasions I can't

9          possibly -- it says possible, but I think you

10         mean possibly -- work hard because I do not

11         have my own route.

12                   Who said that?

13              A.    Henry has said it to me.  I have

14         had Eric say it to me, because I didn't

15         drive, I can't possibly work hard.

16                   I have had -- I am sorry.  Those

17         are the only people I can think of right now,

18         but it has been said to me a few times, even

19         swing drivers that I went out with.  I cannot

20         remember their names right now.

21              Q.    Okay.

22              A.    I am sorry.

23              Q.    Were you the only courier who

24         didn't have a route?

25              A.    I had a route, I just wasn't a
```

Page 395

```
 1                    [!WITNESS NAME]
 2       driver.  I worked alongside on a route every
 3       day, but I just wasn't a driver.  So that is
 4       what they mean by route, driver.  Those are
 5       adjacent, like in that context.
 6            Q.     Is that what you mean --
 7            A.     Yes.
 8            Q.     -- when you say for not having
 9       your own route --
10            A.     Yes.
11            Q.     -- that you weren't a driver?
12            A.     I am not by myself, I am with
13       someone.
14            Q.     Understood.
15                   I was hired as a non-driving
16       courier, and I always worked very hard when I
17       was sent out with drivers.
18                   After the death of George Floyd,
19       and the protests in the summer of 2020, the
20       work environment became more tense and
21       hostile.  One employee called me a gorilla in
22       a cage.
23                   Is this the first time that you
24       reported that you had been called a gorilla
25       in a cage?
```

Alpha Reporting                         800-556-8974
A Veritext Company                   www.veritext.com

```
 1                    [!WITNESS NAME]
 2              MS. MASSIMI:  Objection.
 3              You can answer.
 4         A.    I told you, this situation in
 5    which I was called a gorilla in a cage, I
 6    didn't report it.  I only spoke to Roberta
 7    about that.
 8         Q.    Another employee asked me in
 9    front of management if I was out during the
10    protests stealing TVs.
11              Had you reported that previously?
12         A.    Henry was there.
13              I didn't feel the need to report
14    it, because a manager was present.
15              But according to you, I should
16    have reported it to a black manager.
17         Q.    I am not testifying today.
18              I felt that this hostile work
19    environment, hostile environment was condoned
20    by management because they were often present
21    for these incidents and did nothing about
22    them.
23              Also, around the time of the
24    protests last summer, an employee called me
25    Trayvon Martin, even though he knows that is
```

                                        Page 397

```
 1                    [!WITNESS NAME]
 2       not my name.
 3                     And he asked, why are you washing
 4       your hands for so long?  Is it because you
 5       are not supposed to -- you are not used to
 6       having running water in the projects?
 7                     I wrote a statement about this
 8       racially discriminatory incident.
 9                     The employee was able to keep his
10       job.  My work situation escalated after I
11       reported the incident.  Many employees
12       stopped speaking to me, and when I would walk
13       past groups of employees, they would mutter
14       snitch, under their breath.
15                     You testified earlier that you
16       did not hear anyone call you snitch.
17                     Is that still your testimony
18       today?
19           A.    No.  I heard people say it under
20       their breath.
21                     I said no one said it to my face;
22       that is what I said.
23           Q.    Okay.
24           A.    Yeah.  No one walked up to me and
25       said Kevin, you are snitch, no.  They would
```

Page 398

```
 1                    [!WITNESS NAME]
 2       mumble things as I would walk by.  That is
 3       what I meant.
 4            Q.    But you don't remember who these
 5       individuals were mumbling?
 6            A.    Not off the top of my head.  It
 7       is so many years ago now.
 8            Q.    Okay.  But prior to you writing
 9       this statement, you did not report this was
10       occurring?
11            A.    No.  This was, I believe, after I
12       got terminated, if I am not mistaken.
13            Q.    Okay.  The other employee
14       involved in the incident is married to a
15       woman who works in the office of my station.
16       She would often give my broken Leos, and when
17       I called the office to call out sick one
18       morning, she hung up on me.
19                  So here it says this happened on
20       a single occasion?
21            A.    I was just explaining that
22       situation.  I could have stretched it out,
23       but I didn't see the reason to stretch it
24       out, hence this is already a long write-up.
25            Q.    Okay.
```

Page 399

```
 1                      [!WITNESS NAME]

 2          A.      Yeah.

 3          Q.      So is it your testimony today

 4     that it happened more than once?

 5          A.      I did say that, yes.

 6          Q.      So had you reported it, though,

 7     prior to this incident?

 8          A.      No.  I never spoke to any manager

 9     about it.  I didn't feel confident enough to

10     tell them that.

11          Q.      Okay.

12          A.      I just took it on the chin.

13          Q.      Next sentence, although racist

14     comments and mistreatment continued, I didn't

15     feel like writing a statement would make the

16     situation better.

17                  Because of that, I tried to just

18     ignore Augusto.  He would often curse me out

19     or hit into me.

20                  You said hit into you.  What --

21          A.      He would bump against -- so I

22     don't know how familiar you are with the

23     station, but there is not a lot of space on

24     that side of the belt, so there would be

25     boxes on the floor, so it would be really
```

Page 400

```
 1                      [!WITNESS NAME]
 2      tight.
 3                      So he would bump into me as he
 4      was passing by.  But I like to give people
 5      the benefit of the doubt, so he is a smaller
 6      guy, so I just -- he bumped, I would just
 7      ignore him, because I gave him the benefit of
 8      the doubt.
 9                      Maybe he is having a bad day.
10      Maybe he couldn't find the space to pass by.
11                      So I never felt the need to
12      report that, because it could be an accident.
13          Q.      So you thought it was an
14      accident?
15          A.      Deep down inside, I didn't feel
16      like it was an accident.
17                      But I love to give people the
18      benefit of the doubt.  That is just how I am.
19          Q.      Okay.
20          A.      So I just let it go.
21          Q.      Did you ever say anything to him
22      about it?
23          A.      No.  I tried to limit my
24      interaction with him completely, 'cause he is
25      extremely disrespectful and abusive.
```

Page 401

```
 1                    [!WITNESS NAME]
 2          Q.    It says because of that, I tried
 3    to just ignore Augusto when he found often --
 4    he would often curse me out or hit into me.
 5                    I feel that the May 18th
 6    situation is a continuation of the constant
 7    discrimination and retaliation I faced.  I am
 8    not accepted or liked by other employees and
 9    management because I do not drive and because
10    I am a young black man, okay?
11                    Did you get an opportunity to
12    provide your -- in addition to writing in the
13    narrative in the annex similarly to what we
14    just read, do you feel like you got an
15    opportunity to provide your -- make an
16    argument at the GFTP to provide your side of
17    the story?
18          A.    No, not at all.
19                    I spoke my peace, and didn't seem
20    like they were really open to hear my side of
21    the story.  It seemed like they had their
22    mind made up before I even got there, so I
23    felt very defeated in the GFT process.
24          Q.    Was there anything that you --
25    was there evidence that you wanted to present
```

Page 402

1                    [!WITNESS NAME]

2          that you were not able to?

3                A.      Yes.

4                Q.      Okay.

5                A.      The fact that managers knew that

6          Augusto didn't like how I split the belt.

7          Situations where a manager came up to me,

8          Henry came up to me one day and said, Augusto

9          got something for you watch.  I don't know

10         what he meant, but in hindsight, I guess this

11         was something that was spoken about before.

12                      So in situations like that, when

13         I go into the GFT, and I am explaining my

14         truth, it doesn't feel like they are

15         listening to me.  Their mind is already made

16         up.

17               Q.      I asked a very specific question.

18                      I asked you whether or not there

19         was evidence that you were not allowed to

20         present.  In other words, you talk about

21         something you can provide written

22         documentation?

23               A.      Uh-huh.

24               Q.      I don't think you can provide

25         recordings, but you can provide paper

                                        Page 403

```
 1                    [!WITNESS NAME]

 2        documents.

 3                    Was there anything that you were

 4        not allowed to present to the GFT during the

 5        GFT step one?

 6             A.    No.  They never told me I

 7        couldn't bring any evidence.  They never told

 8        me that.

 9             Q.    Everything that you wanted to be

10        able to present, you were able to; is that

11        correct?

12             A.    Yes.

13             Q.    Okay.  I am going to hand you

14        another document.  This document, this is a

15        letter to you from Monty Bovell, with Monty

16        Bovell's name on the bottom.

17             A.    Yes.

18             Q.    And is this -- did you receive

19        this on or around June 4th of 2021?

20             A.    Sounds about right, yes.

21             Q.    I am going to mark that as

22        Exhibit 14.  All right.

23                    So, did you understand this

24        letter when you received it, what it was

25        saying?
```

Page 404

```
 1                      [!WITNESS NAME]

 2           A.     Yes.

 3           Q.     Okay.  I believe this -- you

 4      received this before the GFT.

 5                  The actual -- you had submitted

 6      your GFT paperwork, but I believe you

 7      received this before the GFT actually

 8      occurred, correct?

 9           A.     It is possible.  I don't remember

10      the dates.

11           Q.     The last paragraph, any

12      additional questions or concerns that you may

13      have can be addressed during the step one

14      GFT?

15           A.     So this is before my first GFT.

16           Q.     Yeah.  Okay.  All right.  All

17      right.

18                  Does this document look familiar

19      to you?

20           A.     Yes.

21           Q.     And is this the letter that you

22      received after the GFT occurred?

23           A.     Yes.

24           Q.     And this is from Nanette.  Is it

25      accurate that Eric, Monty, Lance and Nanette
```

Page 405

```
 1                    [!WITNESS NAME]
 2      and you were the only people at the GFT?
 3           A.     Yes.  I explained that to you
 4      earlier.
 5           Q.     I just wanted to make sure I had
 6      an understanding, I didn't miss anything.
 7      All right.
 8                   At the very bottom it gives you
 9      an opportunity to activate the step two
10      process.  Do you see that?
11           A.     Yes.
12           Q.     And did you?
13           A.     Yes, I did.
14           Q.     I am handing you what appears to
15      be the step two GFTP form.
16                   Is that the step two form that
17      you submitted?
18           A.     Yes.
19           Q.     I am going to mark that as
20      Exhibit 16.
21                   Can you explain how the GFTP step
22      one and the GFTP step two process were
23      different, if at all?
24           A.     Pretty much the same.
25           Q.     Was there another meeting?
```

Alpha Reporting                    800-556-8974
A Veritext Company                www.veritext.com

```
 1                   [!WITNESS NAME]
 2          A.       No.  I had another meeting with
 3      what Nan explained to me was an equal
 4      opportunity employment.  I am not sure what
 5      it is, some EEOC in terms of the racial thing
 6      that I -- that was later.  That was the
 7      second time I met with them.
 8                   But the GFT step two, I don't
 9      believe -- I do not meet with them twice --
10          Q.       Okay.
11          A.       -- for that.
12          Q.       It does look like you, in the GFT
13      step two, included some addition information,
14      because there is the initial annex, Annex B.
15                   Do you see that where it appears
16      that you are responding to Monty's letter,
17      which we just marked as Exhibit, I believe it
18      was 14, and then Nan's letter, which we
19      marked as 15.
20                   Is that accurate, if you look at
21      Annex B?
22          A.       Yes.
23          Q.       Was there anything that you --
24      looking at this document, from what you can
25      recall, was there any evidence that you were
```

Page 407

```
1                    [!WITNESS NAME]
2        not able to present that you wanted to
3        present in this step two process?
4             A.     Evidence, no.  There wasn't no
5        evidence that I wanted to present.
6             Q.     Okay.
7             A.     'Cause they had the video
8        footage.  I felt like that was enough
9        evidence at the time.
10            Q.     Did you all watch the video
11       footage?
12            A.     They never showed me the video.
13            Q.     Did you ask any questions?  Were
14       you able to ask any questions?
15            A.     Yeah, I was able to ask
16       questions, but they told me they wouldn't
17       show me the video.
18            Q.     Do you feel like -- did you ask
19       to see the video?
20            A.     I did.  I believe I asked the
21       head of the security guard that told me he
22       watched the video for seven hours, if I was
23       able to see it, if I am not mistaken, before
24       we even sat down.
25            Q.     Was he there?
```

Page 408

```
 1                    [!WITNESS NAME]

 2           A.     He is always on site.  But he

 3     wasn't there when the commotion happened, no.

 4     He watched the videotape.

 5           Q.     So when did you ask him for the

 6     video?

 7           A.     Oh, the day after they called me

 8     in to speak with him, he started recording

 9     our conversation, but I asked him if I could

10     see the video before.

11                  I didn't even know he was going

12     to record me.  I asked to see the video as

13     soon as I stepped in.

14                  And he was like, we are going to

15     just have a meeting, and I will get to that.

16           Q.     So you did not ask to see the

17     video at the GFTP?

18           A.     I never seen the video at all,

19     until they handed it over to my attorney.

20           Q.     So when you say that you asked to

21     see the video, but you were not able to, that

22     was prior to the GFTP?

23           A.     Yes.

24           Q.     All right.  All right.

25                  So this is a letter addressed to
```

                                    Page 409

```
1                    [!WITNESS NAME]
2         you from Ken Wilson.
3                    Do you remember getting this?
4              A.    Yes.
5              Q.    It is dated June 21, 2021.
6                    And this appears to notify you
7         that after this step two process, Mr. Wilson
8         would be upholding the termination decision,
9         correct?
10             A.    Yes.
11             Q.    And it also notifies you that you
12        have an additional opportunity to engage the
13        third step, which is step three, correct, in
14        the last paragraph?
15             A.    Yes.
16             Q.    Did you engage step three?
17             A.    Yes, I believe I mailed the
18        paperwork.
19                   And I didn't get to meet with
20        anyone for step three, also.
21             Q.    Okay.  Do you know whether or not
22        a meeting is required for this second and
23        third step?
24             A.    I am not sure how it works,
25        honestly.
```

Page 410

```
 1                    [!WITNESS NAME]
 2          Q.     So what I just handed you is what
 3     appears to be the step three GFT form.
 4                    Is it the form that you filled
 5     out?
 6          A.     Yes.
 7          Q.     And it appears to be essentially
 8     the same document, as far as the annex are
 9     concerned, that you submitted for step two;
10     is that accurate?
11          A.     Yes.
12          Q.     Okay.  All right.  So --
13                    MS. MASSIMI:  How much time on
14          the record do we have?
15                    MR. BRODSKY:  5-58.
16          Q.     Do you have any reason to believe
17     the step three process was unfair in any way?
18          A.     Yes.
19          Q.     What evidence do you have, or
20     what reason do you have to believe that?
21          A.     No one spoke to me directly.
22                    They sent very vague letters.
23     Every letter seemed to become more and more
24     vague.  I actually felt cheated out of
25     someone hearing my story.
```

Alpha Reporting                         800-556-8974
A Veritext Company                    www.veritext.com

```
 1                    [!WITNESS NAME]
 2              That is the reason why I sent the
 3      same annexes, 'cause I figured someone higher
 4      up would see it, and it would gain attention
 5      or traction for someone to at least want to
 6      speak to me, to at least hear my side of the
 7      story; but that never happened.
 8         Q.    Do you know whether or not the
 9      GFT policy -- and I believe you have it --
10      glad to give you some time to take a look at
11      it, closer look at it.
12              Do you know whether or not the
13      policy was violated with respect to your GFT
14      that is Exhibit Number 12?
15              MS. MASSIMI:  Objection.
16              You can answer the question.
17              Are you asking him to review that
18         exhibit?
19         Q.    I am asking -- you're welcome to
20      review the exhibit.
21              But I am asking you whether or
22      not you said you believed that the process --
23      you believed the process was not fair, right?
24         A.    Yes.
25         Q.    And I am asking you whether or
```

Page 412

1                    [!WITNESS NAME]

2         not you believe that the policy was violated

3         during the GFT process?

4              A.    It is possible.

5              Q.    Do you have any evidence that the

6         policy was violated?

7              A.    No, I don't.

8              Q.    Okay.  All right.

9                    You also testified that you filed

10        an IEEO; is that correct?

11             A.    Yes.  Nan told me that she would

12        conduct an investigation, and she met with me

13        after the GFT essentially failed.

14             Q.    Okay.

15                   MR. McGAHA:  I am sorry.  Give me

16             one second.

17                   What did I just hand you?

18                   MS. MASSIMI:  20.

19                   MR. McGAHA:  Did I not do 19?  I

20             have 18.  I handed you 19.  Okay.

21                   Before I get to 20, I am sorry,

22             let me ask you about 19.  So 19.

23                   We have 18 marked, do we not?

24                   THE WITNESS:  Yes.

25                   MR. McGAHA:  Okay.  Fantastic.

                                        Page 413

```
 1                      [!WITNESS NAME]
 2          Q.     Exhibit 19 is a letter that
 3    appears to be addressed to you, correct?
 4          A.     Yes.
 5          Q.     And it is from David Huffer, the
 6    Human Resources manager, HR services
 7    department.
 8                 In the first paragraph he says
 9    that this letter is to confirm that FedEx
10    Express has received your internal IEEO
11    complaint, and to inform you that an
12    investigation has begun via the internal IEEO
13    complaint process in accordance with company
14    policy.  Do you see that?
15          A.     Yes.
16          Q.     Who initiated the IEEO on your
17    behalf, if anyone?
18          A.     I believe it was Nan.
19          Q.     Okay.
20          A.     I believe I asked her if it was
21    possible for her to do an investigation on
22    that.
23          Q.     What was the IEEO based on, if
24    you can recall?
25          A.     I can't recall at this moment.
```

Page 414

```
1                          [!WITNESS NAME]
2              Q.      Was it based on the allegations
3         that you made in the GFT?
4              A.      Most definitely, but I can't
5         remember the intricate details of what I told
6         Nan that day when I met with her.
7              Q.      Were you involved in the IEEO
8         investigation?
9              A.      In terms of?
10             Q.      Were you interviewed?
11             A.      Yes, they interviewed me.
12             Q.      And this --
13             A.      That was after my GFT failed,
14        yes.
15             Q.      They didn't interview you over
16        the phone?
17             A.      No.  They actually -- Lance Reyes
18        actually called me a few times to set up a
19        time for us to meet at headquarters in Long
20        Island.
21                     I met up with him.  He seemed to
22        want to speak to me without Nan present.  He
23        spoke to me in a conference room for about
24        ten minutes with the door locked.  He spoke
25        to me because he wanted to get to know me a
```

Alpha Reporting                    800-556-8974
A Veritext Company              www.veritext.com

```
 1                    [!WITNESS NAME]
 2        little better.
 3                    Nan came into the conference
 4        room.  We started the interview.  We
 5        conducted the interview.
 6                    I told him it was a pleasure
 7        working with them.  I left.
 8                    As I am in the parking lot,
 9        walking to my car, Lance comes outside, and
10        Lance tells me again, another person of color
11        is telling me that I didn't deserve this, and
12        he wished that I would have called him and
13        let him know what I was dealing with.
14                    And I explained to him that I
15        felt pressured and scared to make any phone
16        calls after I complained about Pete.  And
17        that was the conversation that we had, and I
18        explained to him it is okay.  Sometimes
19        things happen.
20                    And I went to my car and I drove
21        home.
22                    That was the last time I spoke to
23        Lance or Nan that day.
24            Q.     Had you met Lance before that?
25            A.     Yeah.  I met Lance at the first
```

Page 416

```
 1                    [!WITNESS NAME]
 2      GFT.
 3           Q.     That is the first time you met
 4      Lance?
 5           A.     Yeah.  He came to the building,
 6      but I didn't formally introduce myself to
 7      him, and he didn't introduce himself to me.
 8      He was just walking around.  But the first
 9      time I actually met Lance was at the GFT.
10           Q.     Gotcha it.
11           A.     Yes.
12           Q.     So you had seen lance before, but
13      not formally introduced yourself to Lance?
14           A.     Yeah.  He was on the other side
15      of the belt.
16           Q.     From the GFT?
17           A.     Yes.
18           Q.     And you said that after the --
19      after the IEEO interview -- first you said
20      that he met with you, before Nan came into
21      the room?
22           A.     Yes.  Nan was on a phone call.
23                  And to my knowledge, because she
24      said it, she did not know that he was going
25      to speak with me alone in the conference
```

Page 417

```
 1                    [!WITNESS NAME]

 2         room.

 3                    So he pulled me into the

 4         conference room and spoke to me behind Nan's

 5         back, and that is how I found out that we

 6         grew up in the same neighborhood.  We are

 7         very close in age.

 8                    And he also disclosed that he was

 9         having racial issues at the job, also.

10         Q.    Okay.  Do you have any

11         documentation of this conversation?

12         A.    No, no.  I don't have any

13         documentation of this, no.

14         Q.    Okay.  When you say he spoke with

15         you behind Nan's back, what do you mean,

16         behind her back?  You mean without her

17         permission?

18         A.    I don't think he needed

19         permission to speak to me.

20                    I think that he really just

21         wanted to talk me one on one, without Nan in

22         the room.

23         Q.    Okay.  And what did he say during

24         the discussion, other than you said he

25         mentioned that he had issues?
```

Page 418

```
1                    [!WITNESS NAME]
2          A.      Yeah, but we didn't really get
3     enough time to get into that.
4                  But he was also saying, listen, I
5     am thinking about getting up out of this
6     company, was his exact words, because I am
7     dealing with some racial issues myself.
8                  And I sat on the other end of the
9     conference room table, confused, because I
10    have my own situation that I was dealing
11    with; but I felt like he wanted to make a
12    connection between the two of us.
13                 Honestly, I didn't know where
14    that stemmed from, because I just came there
15    for my interview.
16                 And when Nan finally got off her
17    phone call and came into the conference room,
18    she seemed really shocked and a little upset
19    that me and Lance Reyes was in the conference
20    room speaking without her.  It was a little
21    uncomfortable.
22         Q.      Did she say anything about it?
23         A.      She didn't say anything.  She
24    acted like it was okay, but you could sense
25    the tension in the conference room.
```

Alpha Reporting                    800-556-8974
A Veritext Company                 www.veritext.com

```
 1                    [!WITNESS NAME]
 2               When I was giving my testimony,
 3        Nan would ask me certain questions, like why
 4        wouldn't you just tell a manager, if people
 5        are picking on you?
 6               And I would make a comment such
 7        as, you know, I asked Nan, has she ever felt
 8        defeated, coming to work every day because
 9        everyone is treating you different, people
10        are being racist to you.
11               And she stood there and said,
12        well, I would just tell a manager, very cold.
13               And I seen Lance, out of the
14        corner of my eye, nodding his head, because I
15        felt like he could relate to that, so I felt
16        like at least I am getting through to
17        someone.
18               So I thought that this process
19        would possibly give me an audience to speak
20        my truth to someone other than Nan and Lance
21        at the time.
22          Q.     Okay.  And how long was -- you
23        said that you met with Lance for ten minutes,
24        right?
25          A.     Roughly like ten minutes.
```

Page 420

```
1                         [!WITNESS NAME]
2              Q.      And then you met with the two of
3        them Lance and Nan, how long was that
4        discussion?
5              A.      I feel like that meeting or
6        interview was possibly about an hour.
7              Q.      Okay.
8              A.      I believe it was about an hour,
9        hour and a half.
10                     I can't recall the full time,
11       because it was very traumatic for me to even
12       be there in that situation, so that is not
13       something that was substantial to me at the
14       time.
15             Q.      Okay.  And you said that after
16       that meeting, Mr. Wanders -- Mr. Reyes said
17       something else to you in parking lot?
18             A.      Yes.
19             Q.      And what did he say?
20             A.      He basically alluded to --
21             Q.      I don't want to characterize.
22             A.      -- the reason I was fired, it
23       wasn't fair.
24                     He basically was telling me that
25       he didn't know the facts prior to the first
```

Alpha Reporting                    800-556-8974
A Veritext Company              www.veritext.com

```
 1                    [!WITNESS NAME]
 2      GFT, and personally, he wished that I would
 3      have called him.
 4                    Stopped him when I saw him that
 5      day and expressed to him all of the
 6      grievances that I had.
 7                    But I also expressed to him that
 8      he was a brand new HR representative, so I
 9      didn't really know how to go about that, and
10      I was scared, and he told me that he
11      understood that.
12                    And after that conversation, I
13      told him, you know, if it is meant to be, it
14      is meant to be.  But I told him to have a
15      good day, and I walked to my car, and I drove
16      home.
17            Q.    So you said that he alluded to it
18      being unfair?
19            A.    Yes.
20            Q.    Did he say it was unfair?
21            A.    Yes.  Basically, yeah, he implied
22      that it was unfair, and he didn't agree with
23      it.
24            Q.    How did he imply it?
25            A.    By the conversation that we had.
```

Page 422

```
 1                      [!WITNESS NAME]
 2           Q.      He may have implied it, and he
 3      may have alluded to it.
 4                      I am asking whether or not he
 5      said the words.
 6                      Did he say what happened to you
 7      was unfair?
 8           A.      Yes.  He was another one that
 9      basically, that literally said that it was
10      BS, why this happened to me, that it is not
11      fair.  He literally said that to me.
12           Q.      He said which one, that it was
13      BS?
14           A.      Both.
15           Q.      Did he say the words bullshit?
16           A.      Yes.  You can say bullshit, yes.
17           Q.      So Lance told you out of his
18      mouth, quote, that it was bullshit, and that
19      it was unfair?
20           A.      Yes.
21           Q.      Did he specify what he meant,
22      what he was talking about, when he said it
23      was unfair?
24                      What was unfair?
25                      Did he say what was unfair?
```

Page 423

```
1                    [!WITNESS NAME]
2         A.    Yeah.  The whole situation that I
3    was put in, the whole process.
4              The conversation wasn't a long
5    conversation.  It was very brief.  It was
6    very straight to the point.
7              I actually was extremely shocked
8    that he came outside and spoke to me after.
9         Q.    You said the process, the GFT
10   process?
11        A.    I think the whole situation that
12   I went through, the whole GFT, me getting
13   fired, my life being put in danger, no one
14   calling the police, things of that nature.
15   You know, it is so much.
16             But I understood why he got
17   frustrated and said those things, which I
18   think I am not sure he was supposed to say
19   those things to me, but he said them.
20        Q.    So you -- he did not specify what
21   was unfair?
22        A.    No.  He didn't specify in detail,
23   no.
24        Q.    Okay.  Are there any specific
25   incidents that you can recall occurred,
```

Alpha Reporting                    800-556-8974
A Veritext Company              www.veritext.com

```
 1                    [!WITNESS NAME]
 2         because again, between paragraphs on --
 3         between paragraphs 23 and 27 --
 4              A.     What exhibit are we looking on?
 5              Q.     I am looking at the complaint.
 6                    MS. MASSIMI:  Back to the
 7         complaint?
 8                    MR. McGAHA:  Yes.  That is
 9         Exhibit 9.
10                    MS. MASSIMI:  Seven hours.  This
11         deposition is over.
12                    MR. McGAHA:  Glad that you
13         listened to the judge on working with me
14         to figure that out.
15                    MS. MASSIMI:  You are not working
16         with yourself.
17                    Please proceed.
18                    The court reporter has also said
19         that she needs to leave.
20                    Please proceed.
21              A.     Which exhibit is the complaint?
22         I am so sorry.
23              Q.     It is Exhibit 9.  I asked you
24         earlier, Paragraph 23 of the complaint.
25              A.     Yes.
```

Page 425

```
1                    [!WITNESS NAME]

2          Q.      Is the allegation related to

3    Henry Nunez and the discussion that you had

4    with him about the amount of work that was

5    being assigned, right?  All right.

6                  Then he makes a statement in

7    Paragraph 24 about the black people are

8    always making excuses about why they can't do

9    things, which is why I hate working with

10   black people.

11                 The next time that is specified

12   in your complaint is in Paragraph 27, which

13   is in the summer of 2020, many of Campbell's

14   white and Latino coworkers began coming to

15   work expressing blatantly racist views in the

16   wake of George Floyd's murder.  All right?

17                 MS. MASSIMI:  Objection.

18         Q.      Okay.  So --

19                 MS. MASSIMI:  You can save time

20             if you stop simply just reading out loud

21             directly from the documents repeatedly.

22                 MR. McGAHA:  This is my

23             deposition.

24                 MS. MASSIMI:  You can spend the

25             time the way you want.
```

Page 426

```
 1                    [!WITNESS NAME]

 2              MR. McGAHA:  Exactly.

 3              MS. MASSIMI:  But you don't --

 4         but that is the allotted time.

 5              We are not staying late for you

 6         to read to yourself from documents that

 7         you already deposed him about.

 8         Q.    It says in the summer 2020, many

 9    of Campbell's white and Latino coworkers

10    began coming to work expressing blatantly

11    racist views in the wake of George Floyd's

12    murder and the protests that followed,

13    thereby creating a racially hostile work

14    environment for Campbell.  All right.

15              There is nothing else in your

16    complaint between the 2018 incident described

17    in Paragraph 23 and 24 and the blatantly

18    racist views that were expressed by coworkers

19    in the summer of 2020.

20              MS. MASSIMI:  Objection.

21         Q.    Today, is there anything that you

22    can think of that occurred during that time

23    period --

24         A.    While I was at FedEx, yes.  I

25    spoke about it with the managers being
```

Page 427

```
 1                    [!WITNESS NAME]
 2        present about the riots.
 3              Q.     Let me finish my question.
 4              A.     Oh, I am so sorry.
 5              Q.     Thank you.
 6                     Is there anything that you can
 7        think of right now that occurred between
 8        those two time periods that you believe to be
 9        discriminatory, harassing or retaliatory?
10                     MS. MASSIMI:  Objection.
11              Q.     When I say discriminatory and
12        harassing, I mean based on your race.
13                     MS. MASSIMI:  Objection.
14                     You can answer the question
15        again.
16              A.     I want you to rephrase the
17        question and give me a timeline.
18                     Are you talking from the first
19        incident with Henry until the incident with
20        Augusto, that whole timeline?
21              Q.     Nope.
22              A.     Okay.
23              Q.     This appears to be a complaint
24        that is in chronological order.
25              A.     Yes, it is.
```

Page 428

```
 1                      [!WITNESS NAME]

 2           Q.     Okay.

 3           A.     Yes.

 4           Q.     Fantastic.  So in paragraphs 23

 5      and 24, the incident with Henry was that

 6      black people are always making excuses about

 7      why they can't do things.  This is why I hate

 8      working with black people.

 9                  And you reported that to Eric?

10           A.     Yes.

11           Q.     And then in Paragraph 27 you jump

12      to in the summer of 2020, many of Campbell's

13      white and Latino coworkers began coming to

14      work expressing blatantly racist views.

15                  So can you explain, or do you

16      recall, as you testify here today, anything

17      that occurred between those two time periods?

18           A.     Oh, yeah.  I spoke about that

19      earlier.  I said that a lot of things were

20      blatantly said, but I chose to ignore it.

21           Q.     What things?

22           A.     Racial things.

23           Q.     Like what?

24           A.     Negative things that people would

25      say on the belt and in the break room.
```

Page 429

```
 1                    [!WITNESS NAME]
 2          Q.      Like what?
 3          A.      I can't remember exactly what
 4     everyone said.  I am sorry.
 5          Q.      So that is about a two-year gap.
 6                  And I am asking you, this is your
 7     opportunity to tell me something that you can
 8     recall, or maybe not recall, but I need to
 9     know one way or the other whether or not you
10     can recall any incident that occurred between
11     what you described in Paragraph 24 and what
12     you described in paragraph 27 that you
13     believe --
14          A.      But --
15          Q.      Excuse me -- that you believe was
16     either discriminatory or harassing, based on
17     your race, or retaliatory?
18          A.      I don't recall.
19                  MS. MASSIMI:  Objection.
20                  You can answer the question.
21          A.      I don't recall all the things
22     that were said.  That is why it is not in my
23     complaint.
24          Q.      Okay.  What about things that
25     were done?
```

                                        Page  430

```
 1                    [!WITNESS NAME]
 2          A.      It is the same, the same thing.
 3          Q.      All right.  Just want to make
 4     sure.  Thank you.
 5          A.      Yes.
 6          Q.      Let's see.  Why are you suing
 7     Eric Wanders for discrimination, retaliation
 8     and harassment?
 9          A.      I am suing Eric because I believe
10     he had the power to not terminate me, and
11     chose to terminate me.
12          Q.      Okay.  And is that it?
13          A.      No.  I think it was racially
14     motivated.
15          Q.      What was racially motivated?
16          A.      Him firing me, him terminating
17     me.
18                  I believe that was motivated due
19     to race, and it was motivated by him
20     potentially seeing me as a problem with the
21     statement that I wrote and the commotion that
22     it caused.
23          Q.      What statement that you wrote?
24          A.      The statement that I wrote about
25     Pete Lorenzi.  Lorenzi, Lorenzo.  I don't
```

Page 431

```
 1                    [!WITNESS NAME]
 2        know his last name, yes.
 3              Q.     So do you have any evidence that
 4        Mr. Wanders had any racist views?
 5              A.     Concrete evidence, no.
 6              Q.     Do you have any evidence that
 7        Mr. Wanders would discriminate against you
 8        because of your race?
 9              A.     Yes, I do have evidence, in the
10        sense of Eric and myself had a decent work
11        relationship, but after I wrote the statement
12        about Pete Lorenzi, he started treating me
13        really bad.
14                    And that was really unlike Eric
15        at the time, so I do believe the retaliation
16        is definitely coming from the top, because he
17        never used to speak to me the way that he
18        spoke to me until after I wrote the statement
19        about Pete Lorenzi.
20              Q.     How did he speak to you after you
21        wrote the statement about Pete Lorenzi?
22              A.     He would curse me out and yell
23        and scream till a vein in his forehead would
24        pop out.  That is how hard he would scream at
25        me.
```

Page 432

```
 1                    [!WITNESS NAME]

 2               And I wasn't a driver, so I

 3      didn't understand, because on one hand of the

 4      spectrum, you tell me I don't work hard, go

 5      home early.

 6               Then on the other hand of the

 7      spectrum you are telling me it is peak, and

 8      nobody leaves early.  You are cursing at me.

 9               So I am really just confused, as

10      a worker, when it comes from Eric.

11          Q.    Did you see him scream at anyone

12      else?

13          A.    No.  I never seen Eric scream at

14      anyone else, no.

15          Q.    Did you ever see him curse at

16      anyone else?

17          A.    I have seen him curse at few

18      people before.  Yes, he cursed.  He curses.

19          Q.    Did you believe that he screamed

20      and cursed at you in a way that he did not

21      scream and curse at others?

22          A.    I am not sure.

23               I can't answer that question in

24      good faith.

25          Q.    So the evidence that he
```

Page 433

```
 1                    [!WITNESS NAME]
 2       discriminated against you based on your race
 3       is that he treated you differently after you
 4       reported Pete Lorenzi; is that correct?
 5            A.     Yes.
 6            Q.     And by treating you differently,
 7       you mean he yelled at you and screamed at
 8       you?
 9            A.     And made me feel extremely
10       uncomfortable in the workplace.
11            Q.     And did you ever report this to
12       anyone?
13            A.     No.
14            Q.     Okay.  When you say he made you
15       feel uncomfortable, what do you mean?
16            A.     You want an example?
17            Q.     Yeah.  I want to know what you
18       mean by uncomfortable.
19            A.     Okay.  One day I was walking past
20       Eric's office, and he calls me into the
21       office and tells me to close the door behind
22       me, and asked me if I am okay.
23                   And I said yeah, I am fine.  Why
24       would you ask that?
25                   He said, oh, I just want to make
```

Page 434

```
 1                    [!WITNESS NAME]

 2        sure.

 3                   And the way he stared at me was

 4        so menacing that it made me uncomfortable,

 5        because he normally doesn't do things like

 6        that.  And I feel like he was imposing some

 7        kind of influence over me, like kind of like

 8        keeping me in check, and letting me -- like

 9        reminding me that he was the boss.

10                   And I just felt like -- I just

11        felt like it wasn't professional.  It was a

12        little bit more going on there.

13             Q.    That he asked you if you were

14        okay?

15                   MS. MASSIMI:  Objection.  That

16             wasn't his testimony.

17                   You can answer the question

18             again.

19             A.    It is not what you say, it is how

20        you say it.

21             Q.    And how did he say it?

22             A.    He didn't write it on a piece of

23        paper.  He said it in a very menacing, rude

24        way.

25             Q.    And you believed it was menacing
```

Page 435

```
 1                  [!WITNESS NAME]
 2       and rude based on what?
 3            A.    The way he looked at me, the way
 4       he said it, and the way that he asked me to
 5       close the door behind me.
 6            Q.    Did anyone witness this?
 7            A.    He closed the door, closed the
 8       door behind him, because he wanted to speak
 9       to me in private.
10                  That is something that the
11       managers do in the station.
12                  Like Mike will tell you, Mike has
13       done that a few times to people.
14            Q.    I said, did anyone witness?
15            A.    No, no one witnessed.
16                  MS. MASSIMI:  He answered the
17            question.
18                  MR. McGAHA:  He did not.
19            A.    No, no one witnessed it.
20                  MR. McGAHA:  He did not answer
21            the question.
22                  MS. MASSIMI:  He answered the
23            question.
24                  MR. McGAHA:  I asked him, did
25            anyone witness --
```

Page 436

```
 1                    [!WITNESS NAME]
 2              MS. MASSIMI:  Mr. McGaha, proceed
 3         with your deposition.  Proceed with your
 4         deposition.  He has answered all of your
 5         questions multiple times.
 6              I am unsure when what you mean
 7         when you say this is fantastic.  You
 8         keep muttering that under your breath.
 9              I would again ask you to cease
10         with the sarcasm, and treat the witness
11         with respect.
12         Q.    What is the highest level of
13    education that you have had, Mr. Wanders
14    [sic]?
15         A.    Some high school, at that time.
16         Q.    I am sorry, I called you
17    Mr. Wanders, Mr. --
18         A.    Campbell.
19              MS. MASSIMI:  Did you forget his
20         name?
21         A.    Campbell.
22              MS. MASSIMI:  His name is Kevin
23         Campbell.
24              MR. McGAHA:  It has been a long
25         day.  I apologize.
```

Page 437

```
 1                    [!WITNESS NAME]
 2              MS. MASSIMI:  It is a self
 3         imposed problem that you created.
 4              His name is Kevin Campbell.
 5         Q.    What is the highest level of
 6    education that you --
 7         A.    Some high school, at the time of
 8    this.
 9         Q.    Okay.
10         A.    Yes.
11         Q.    Do you have any certificates?
12         A.    No.  After I got terminated, I
13    went and got my GED and enrolled in school,
14    in college.
15         Q.    Okay.  How far along did you get
16    in college?
17         A.    I am working on my prerequisites
18    to become an X-ray technician, so I am
19    working on that right now.
20              I actually took a semester off
21    because I became very sick, so I am not
22    enrolled currently right now.
23              But I will be back in school the
24    next semester, in January.
25         Q.    How far have you matriculated
```

Page 438

```
 1                    [!WITNESS NAME]
 2       through college?  How far along have you got?
 3                    MS. MASSIMI:  Objection.
 4                    You can answer the question
 5           again.
 6           A.     What, exactly, are you asking me?
 7       Can you rephrase the question?
 8           Q.     How much --
 9           A.      School.
10           Q.     You much schooling have you done?
11                    MS. MASSIMI:  I don't know why --
12           he is answering your question.
13                    You can answer the question
14           again.
15                    I am sorry he is being so rude to
16           you.
17           A.     Yeah, I did a year of school so
18       far.
19           Q.     You did one year?
20           A.     Yeah, so far.
21           Q.     Thank you.
22                    One year of college?
23           A.     Yes.  I am proud of it.
24           Q.     What is your major?
25           A.     I am a health sciences, but I am
```

Page 439

```
 1                    [!WITNESS NAME]
 2          pre-declared, because I am going into an
 3          X-ray technician, but it is health sciences.
 4               Q.     Where are you in school?
 5               A.     LaGuardia Community College in
 6          Sunnyside, Queens.
 7               Q.     Are you currently employed?
 8               A.     Yes.
 9               Q.     Who is your current employer?
10               A.     Planned Companies.
11               Q.     Planned Companies?
12               A.     Planned Companies.
13               Q.     And what is your title there?
14               A.     I am a security guard.
15                      But right now, I am currently, as
16          of May 30th, I am working as a concierge.
17               Q.     At the same company?
18               A.     At the same company, yes.
19               Q.     And how long have you been there?
20               A.     I have been there since August of
21          2021.
22               Q.     Okay.  What other -- what other
23          employment, if any, have you had since
24          leaving FedEx, other than your current
25          employer?
```

Page 440

```
 1                    [!WITNESS NAME]
 2          A.      That is the only employment I
 3      have had, because I am a good employee, so I
 4      don't switch jobs.
 5          Q.      Okay.  So you were unemployed
 6      between May of 2021 and August of 2021?
 7          A.      Yeah.  From May to August, yes,
 8      because I went and got my security license.
 9              And due to the fact of the GFT
10      process, I would have been able to start that
11      process earlier, but I didn't want to start
12      the process and then get my job back, so that
13      GFT process actually hindered me from getting
14      my security license, waiting on the response
15      from them.
16              But as soon as the third GFT
17      letter came through, I started working on my
18      security license and ensured that I would get
19      employment somewhere.
20          Q.      Are you a full-time employee?
21          A.      Yes, sir.
22          Q.      And do you have salary?
23          A.      No.  I get paid recently.
24              Since I took this new job, I
25      don't have set salary, but I do get paid by
```

Page 441

```
1                   [!WITNESS NAME]

2         the hour.

3              Q.     What is your hourly rate?

4              A.     Right now, as of with this new

5         job, $20 an hour.

6              Q.     What were you making before you

7         become -- you said your new job.  You mean

8         concierge?

9              A.     Yes.  The same company, but new

10        title.

11             Q.     You said you were a security

12        guard previously, correct?

13             A.     Yes, sir.

14             Q.     When you were a security guard,

15        how much were you making?

16             A.     About 17 dollars and 50 cents.

17             Q.     How many hours per week do you

18        work?

19             A.     I work four days.  Each day is

20        eight hours, so roughly 32 hours a week.

21             Q.     Do you make overtime?

22             A.     No overtime.

23             Q.     Okay.  Did you receive

24        unemployment between May 2021 and August

25        2021?
```

                                        Page 442

```
 1                      [!WITNESS NAME]
 2           A.     No.
 3           Q.     Did you attempt to receive
 4      overtime during that time period?
 5           A.     Overtime?
 6           Q.     Not overtime, unemployment?
 7           A.     No.
 8           Q.     So you have never applied for
 9      unemployment?
10           A.     Never.
11           Q.     Have you sought any medical care
12      as a result of the emotional distress you
13      suffered as a result of the defendant's
14      actions?
15           A.     No.
16           Q.     Are you currently prescribed any
17      medications?
18           A.     No.  In terms of what, because I
19      get a shot for allergies every week?
20           Q.     Okay.
21           A.     That is --
22           Q.     Is that it?
23           A.     That is it.
24           Q.     Have you ever sued or been sued
25      before?
```

```
 1                    [!WITNESS NAME]

 2          A.      Never, no.

 3          Q.      Have you ever been terminated

 4     from another job?

 5          A.      Yes, once.

 6                   When I was around 19 years old I

 7     was fired from Whole Foods for attendance.

 8          Q.      And is that the only time you

 9     have been terminated?

10          A.      That is the only time.

11          Q.      Are you married?

12          A.      No.

13          Q.      Do you have any children?

14          A.      No.

15          Q.      What is your current address?

16          A.      2024 31st Street, Astoria,

17     New York, ZIP code 11105.

18          Q.      Okay.  What is your phone number?

19                   MS. MASSIMI:  We are not going to

20              provide the phone number right now.

21          Q.      What are the last four digits of

22     your phone number?

23                   MS. MASSIMI:  We are not

24              providing the phone.

25          Q.      What are the last four digits of
```

                                        Page 444

```
 1                    [!WITNESS NAME]

 2       your phone number?

 3                    MS. MASSIMI:  Mr. McGaha, I have

 4            instructed him not to answer that.

 5                    We are not providing that.

 6                    MR. McGAHA:  Thank you.  I will

 7            make the judge aware of that.

 8                    MS. MASSIMI:  Okay.

 9            Q.    Were you ever issued a FedEx

10       phone while you were employed there?

11            A.    No.

12            Q.    Have you ever filed for

13       bankruptcy?

14            A.    No.

15            Q.    Is there anything that we have

16       not discussed that relates to the allegations

17       in your complaint that you would like to make

18       sure is on the record?

19                    MS. MASSIMI:  Objection.

20                    This is your deposition, so you

21            need to ask a question.

22            Q.    It is a yes or no question.

23                    Is there anything that we have

24       not discussed that you would like to put on

25       the record, as it relates to the allegations
```

                                              Page 445

```
 1                    [!WITNESS NAME]
 2        that you made in your complaint?
 3                    MS. MASSIMI:  Objection.
 4                    You can answer the question.
 5          A.     The one thing that I wish we
 6        would be able to discuss is how this impacted
 7        my life after my termination.  I don't know
 8        if that was going to be one your questions.
 9          Q.     Sure.  Do you want to explain how
10        it impacted your life?  Please tell me.
11          A.     I would like to start by saying
12        that it was extremely unsettling.  I became
13        very depressed.  I couldn't eat.  I couldn't
14        sleep.  I lost a lot of weight.  It basically
15        changed the way that I viewed the world.
16                    I also knew that racism was a
17        thing, but I never thought, in this day and
18        time, I would be somebody that would be
19        affected by it.
20                    Moving forward, it made it
21        extremely hard for me to trust future
22        employers and people that I worked with,
23        because I honestly felt like I could be fired
24        at any time because of my race, and that
25        causes someone to dislike me without actually
```

Page 446

```
 1                    [!WITNESS NAME]
 2        getting to know me as a person and respecting
 3        my work ethic.
 4                     So I just wanted to say that
 5        'cause we didn't get to that, to how did it
 6        affect me, and it is still affecting me to
 7        this day
 8                     So it is very upsetting, it is
 9        very emotional, and things like that.  So I
10        just wanted to get that out on the table.
11                     MR. McGAHA:  Thank you.
12                     That is all I have.
13                     MS. MASSIMI:  Okay.
14                     MR. BRODSKY:  No questions,
15        Counsel?
16                     MS. MASSIMI:  No.  I am all set.
17                     MR. BRODSKY:  All right.
18                     Counsel, if there are not further
19        questions, any stipulations Counsel
20        wants to put on the record?
21                     And if there are no objections, I
22        will conclude the video recording for
23        today's proceeding.
24                     MR. McGAHA:  No stipulations from
25        us.
```

Page 447

```
1                    [!WITNESS NAME]

2              MR. BRODSKY:  Okay.

3              MS. MASSIMI:  Just for my own

4        education, what stipulations would those

5        be?

6              MR. BRODSKY:  Well, read and

7        sign, or whatever you want to put.

8              MS. MASSIMI:  Well, I think you

9        are going to send us a copy, right,

10       Mr. McGaha?

11             MR. McGAHA:  No.

12             MR. BRODSKY:  Okay.

13             MS. MASSIMI:  I am sorry.

14             You are not going to send us a

15       copy of the transcript?

16             MR. McGAHA:  No.

17             You can order your own.

18             MS. MASSIMI:  Usually it is

19       general -- you have to send us a copy,

20       for him to review it.

21             MR. McGAHA:  We didn't do a read

22       and sign stipulation, did we?

23             MR. BRODSKY:  Nobody did.  Nobody

24       said anything.

25             MR. McGAHA:  We didn't stipulate
```

Page 448

```
 1                    [!WITNESS NAME]
 2         to that.
 3                MS. MASSIMI:  Okay.  That is not
 4         usual practice, but okay.
 5                MR. BRODSKY:  All right.
 6
 7                Counsel, here ends media unit
 8         number 5.
 9                This concludes the video recorded
10         deposition of Kevin Campbell, taken by
11         the Defendants on Thursday, December 7,
12         2023.
13                The time is 18:45 Eastern
14         Standard Time, and we are going off the
15         record.
16                (Time noted:  6:45 p.m.)
17
                   _____
18                   KEVIN CAMPBELL
19
        Subscribed and sworn to before me this
20
        _____day of _____, 2023.
21
        _____, Notary
22      Public.
23
24
25
```

Alpha Reporting                    800-556-8974
A Veritext Company                www.veritext.com

1
2                    INDEX TO TESTIMONY
3                                         Page      Line
4       Examination by                    6         10
        Mr. McGaha
5
                     INDEX TO EXHIBITS
6
        Description
7
    Exhibit 1  Letter
8
    Exhibit 2   Employment Agreement
9
    Exhibit 3   Receipt of handbook
10
    Exhibit 4   EEOC/Affirmative Action
11
    Exhibit 5   5-55 Anti-harassment
12
    Exhibit 6   5-6 Internal EEO
13              Complaint Process
14  Exhibit 7   2-5 Acceptable Conduct
15  Exhibit 8   View worker
16  Exhibit 9   Complaint
17  Exhibit 10  Memo
18  Exhibit 11  Letter
19  Exhibit 12  5-5 Guaranteed Fair
                Treatment Procedure
20
    Exhibit 13  Step 1 GFTP Form
21
    Exhibit 14  Letter
22
    Exhibit 15  Letter
23
    Exhibit 16  Step 2 GFTP Form
24
                (Continued on the following page.)
25

                                        Page 450

1
2        Description
3   Exhibit 17 Letter
4   Exhibit 18 Step 3 GFTP Form
5   Exhibit 19 Letter
6   Exhibit 20 Letter
7
                    INDEX TO REQUESTS
8
                                        Page        Line
9
        Provide photos              332        3
10        of the car
11
             INDEX TO MARKED QUESTIONS AND ANSWERS
12
                                        Page        Line
13
        Question and answer         290        21
14        marked
15        Questions and answers       310        2
        marked
16
17
18
19
20
21
22
23
24
25

                                        Page 451

1

2                          CERTIFICATE

3

4        I, MARIA ACOCELLA, a Notary Public within

5        and for the State of New York, do hereby

6        certify:

7        That the witness whose deposition is

8        hereinbefore set forth, was duly sworn by me

9        and that the within transcript is a true

10       record of the testimony given by such

11       witness.

12       I further certify that I am not related to

13       any of the parties to this action by blood

14       or marriage and that I am in no way

15       interested in the outcome of this matter.

16       IN WITNESS WHEREOF, I have hereunto set my

17       hand this 2nd day of January, 2024.

18

19

20                          MARIA ACOCELLA

21                          MARIA ACOCELLA

22

23

24

25

                                        Page 452

WITNESS'S CORRECTION SHEET

PAGE \ LINE \ CORRECTION

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____


_____

KEVIN CAMPBELL


Subscribed and sworn to before me

this _____ day of _____, 2023

_____, Notary Public.

Page 453

**[0002 - 24]**

**0**

**0002**   74:9
**07662**   90:6,7
**07663**   80:11

**1**

**1**   8:20 9:10
80:11 146:13
450:7,20
**1-22**   80:11
**10**   110:23
383:17 384:3
450:4,17
**100**   160:6,18
313:8,11
**10005**   2:8 4:7
**10:09**   1:12 4:16
**10:30**   121:3
**11**   22:12 90:6
450:18
**11105**   5:25
444:17
**119**   96:14
**11:25**   88:24
**11:37**   92:20
**11:44**   92:21,22
**12**   412:14
450:19
**120**   94:24 95:3
95:18,20 96:6
96:24,24 97:14
**1264**   2:7
**12:37**   159:9
**12:40**   22:12
**12:55**   167:16

**13**   389:13
392:10 450:20
**13:08**   167:20
**13:37**   200:10
**13:43**   200:14
**13:54**   212:20
**13:56**   214:2
**14**   404:22
407:18 450:21
**145**   2:15
**14:07**   226:9
**14:14**   226:13
**14:19**   233:8
**14:23**   233:12
**14:54**   271:14
**15**   80:15
110:23 407:19
450:22
**15:13**   273:25
**15:23**   285:14
**16**   406:20
450:23
**16:11**   285:18
**16th**   163:11
291:18
**17**   442:16
451:3
**17:34**   382:3
**17:44**   382:7
**18**   352:21
413:20,23
451:4
**18:45**   449:13
**18th**   402:5

**19**   413:19,20,22
413:22 414:2
444:6 451:5
**1900**   4:7
**1:00**   167:14
**1s**   121:3
**1st**   55:8 163:9
191:6,13
280:13

**2**

**2**   19:12,19
80:15,16 450:8
450:23 451:15
**2-5**   450:14
**20**   92:6 129:14
182:23 413:18
413:21 442:5
451:6
**2015**   22:6
**2017**   8:20
15:24 54:5
63:7 67:7
70:18 191:5,5
**2018**   78:14
81:19 86:9
97:7 103:11,12
108:11 130:12
138:11 263:17
264:15 265:18
427:16
**2020**   75:23
78:17 128:20
138:5,11,19
139:5 142:2
146:13 191:4,5

191:5,14
192:23 193:21
209:5 223:3
251:12,21
252:6 265:18
277:10 280:6
291:18 344:8
396:19 426:13
427:8,19
429:12
**2021**   321:21
341:18 342:5
344:9 352:21
404:19 410:5
440:21 441:6,6
442:24,25
**2023**   1:11 4:16
449:12,20
453:24
**2024**   5:21
444:16 452:17
**21**   410:5
451:13
**22**   1:5 4:12
81:19 86:8
90:7 93:2
129:14,17,18
129:20 272:4
**23**   130:11
425:3,24
427:17 429:4
**24**   130:23
132:13 426:7
427:17 429:5
430:11

Page 1

**[25 - 95]**

**25** 133:3 344:9
**26** 134:5
**27** 138:4 142:2
  144:10 146:6,7
  146:11 425:3
  426:12 429:11
  430:12
**28** 146:12
  163:10
**29** 381:21
**290** 451:13
**2:12** 226:7
**2nd** 452:17

**3**

**3** 21:19 54:18
  450:9 451:4,9
**30** 92:7 381:22
**300** 303:22
**30th** 440:16
**310** 451:15
**31st** 5:21
  444:16
**32** 442:20
**332** 451:9
**34** 150:23
**35** 76:23 79:9
  129:9,20
  154:15 393:25
**36** 154:22
  158:18
**37** 162:19
  163:2
**38** 163:18
  166:17 167:23
  168:17

**38103** 2:16
**3865** 452:20
**39** 174:4
**3:01** 273:23
**3:40** 285:5

**4**

**4** 450:10
**4/2/2017** 75:3
**4/3/2017** 22:8
**40** 175:2
**42** 192:20,20
  195:17 223:5
  236:21
**43** 198:14
  200:17
**45** 201:6
**46** 201:9
**47** 201:25
**48** 205:3,7,13
  206:4,8,8,21
  207:5
**49** 206:7
  208:25
**4:00** 285:11
**4th** 404:19

**5**

**5** 343:9 449:8
  450:11
**5-5** 450:19
**5-55** 29:9
  450:11
**5-58** 411:15
**5-6** 450:12

**5/25/21** 74:15
**50** 209:4
  211:16 220:17
  223:16 248:12
  250:25 251:4,7
  442:16
**51** 252:7
  266:11 268:7
  268:13 274:13
**52** 268:18
  274:6,10 275:9
  276:7
**5261177** 22:4
  22:19
**54** 277:8
  279:24 285:24
**56** 286:8
**59** 300:3

**6**

**6** 20:3 46:22
  65:19 75:23
  343:9 450:4,12
**6/15/2020** 75:4
**6/16/20** 74:14
**60** 307:13,25
  308:12 320:7
**61** 320:7,21,25
  321:7,17
**63** 321:20
  341:17
**64** 323:4
  324:10
**65** 328:7
**67** 338:4

**68** 338:8
  342:19 348:17
**69** 352:20
**6:45** 449:16

**7**

**7** 1:11 4:15
  71:6 449:11
  450:14
**71** 364:13,24
**718-804-2740**
  213:4
**72** 364:25
  365:12,13
**73** 365:4,12
  380:18
**74** 364:13
  380:19
**7662** 1:5 4:12
**7b** 20:16,17,19

**8**

**8** 450:15
**88** 1:10 4:6
**888-808-6929**
  273:15

**9**

**9** 79:20 93:5
  167:23 274:6
  285:25 383:15
  425:9,23
  450:16
**90** 94:25
**9281384** 273:16
**95** 71:5

[99 - adjectives]

| | | | |
|---|---|---|---|
| **99**   2:6 | **acceptable** | **acocella**   1:23 | 387:4 388:5 |
| **a** | 23:23,24 68:19 | 4:24 452:4,21 | 390:11 405:7 |
| | 70:21 310:6 | **acosta**   225:6 | 411:24 415:17 |
| **a.m.**   1:12 4:16 | 315:5 376:6,13 | **acquired**   8:24 | 415:18 417:9 |
| 92:20 343:9 | 394:22 450:14 | 11:23 392:25 | 424:7 438:20 |
| **aap**   28:8 | **accepted**   227:6 | **act**   319:11 | 441:13 446:25 |
| **abhorrent** | 315:6 402:8 | 380:13 | **adam**   106:22 |
| 252:22,22 | **access**   24:4,8 | **acted**   365:10 | 107:4 113:7 |
| **abilities**   321:6 | 47:12 63:18,21 | 419:24 | 172:17 225:20 |
| **ability**   144:5 | 63:24 64:7,8,9 | **acting**   20:22 | **adamel**   106:8 |
| 183:4,7 | 64:11,12,14 | 318:7 391:4 | 106:17,23 |
| **able**   24:11 | 273:16 | **action**   4:12 | 107:10 113:8 |
| 68:10 91:19,20 | **accident** | 20:20 24:25 | 171:14 172:13 |
| 119:20,23 | 401:12,14,16 | 70:4 147:5,7 | 224:12,23 |
| 121:2,8 129:5 | **acclimated** | 161:17 239:12 | 226:17 245:18 |
| 177:19 183:17 | 73:18 | 239:16 269:12 | 245:22 246:2 |
| 312:8 328:17 | **accordance** | 450:10 452:13 | **add**   7:16 |
| 334:2 358:10 | 414:13 | **actions**   116:14 | **added**   198:23 |
| 398:9 403:2 | **accurate**   8:13 | 443:14 | **addition**   51:19 |
| 404:10,10 | 138:22 174:19 | **activate**   406:9 | 52:24,25 |
| 408:2,14,15,23 | 189:20 405:25 | **acts**   29:19 | 402:12 407:13 |
| 409:21 441:10 | 407:20 411:10 | **actual**   10:3 | **additional** |
| 446:6 | **accurately** | 405:5 | 405:12 410:12 |
| **above**   1:21 | 232:15 | **actually**   46:15 | **address**   5:19 |
| 23:15 56:17 | **accusations** | 51:2 53:19 | 149:2 444:15 |
| 154:25 292:21 | 201:10 | 103:2 110:11 | **addressed** |
| **absolutely**   19:5 | **accused**   318:13 | 129:4 154:5 | 119:10 405:13 |
| 120:7 289:16 | 319:9,25 | 155:2 162:24 | 409:25 414:3 |
| **abusing**   363:24 | **acknowledge** | 187:13 243:18 | **addresses** |
| **abusive**   72:7,8 | 21:6 53:25 | 254:13 285:6 | 177:20 |
| 401:25 | **acknowledged** | 288:2 329:2,13 | **adjacent** |
| **accept**   23:13 | 22:4,9 23:14 | 354:9 356:25 | 319:12,15 |
| 56:15,21,25 | 53:11 56:16 | 367:8,10,12,14 | 396:5 |
| 59:4,10 60:11 | **acknowledg...** | 367:16 384:25 | **adjectives** |
| 61:3,8,15 62:4 | 53:19 | 385:4 386:17 | 287:10 |

Alpha Reporting
A Veritext Company

**[admonition - angel]**

**admonition**
7:16
**advisor** 28:3,10
52:20 67:2
**advisors** 48:25
**affect** 20:12
98:9 139:18
144:4 183:4
447:6
**affected** 86:20
93:19,21,24
99:6 139:19
140:2 149:4
183:7 446:19
**affecting** 447:6
**affirm** 5:12
**affirmative**
24:24 450:10
**afraid** 282:20
**african** 113:15
172:4 203:9
204:7,13 211:8
247:16 257:8
257:23 258:23
258:24 259:5,7
259:9,13
291:18 293:12
**afternoon**
272:6
**age** 418:7
**aggression**
380:14
**aggressive**
72:20 352:23
372:8 375:8

**ago** 67:9 114:5
143:6 309:14
399:7
**agree** 20:23
422:22
**agreed** 3:3,11
3:19 21:12
**agreeing** 21:6
**agreement**
19:23 20:10
450:8
**ahead** 41:22
159:21 227:22
230:21 231:11
310:2 366:14
**al** 4:11
**alert** 136:25
**allegation**
82:12 141:25
146:3 164:5
166:17 199:12
303:17 348:18
426:2
**allegations**
48:2,5 65:22
69:9 93:9
138:15 142:25
144:22 223:13
226:18 415:2
445:16,25
**allege** 69:16
189:23 211:16
238:21 251:14
**alleged** 75:16
203:6 210:13

220:17 238:3
**allegedly** 223:2
**alleges** 348:10
**alleging** 82:15
86:14,17
151:21 165:23
168:17 238:21
261:6 275:9
349:17,21
**allergies**
443:19
**allotted** 61:20
62:8,11 63:4,5
427:4
**allow** 40:10
57:12,24 78:9
84:6 86:3,25
134:14 148:13
148:14,16
151:9,19
299:12
**allowed** 55:11
85:18 104:5
158:23 185:22
186:2 283:25
393:25 403:19
404:4
**allows** 20:20
**alluded** 421:20
422:17 423:3
**almeda** 252:9
252:17 253:6
253:25 254:16
255:6,7 257:4
274:12 352:7

**almeda's**
252:21 253:17
**alongside** 396:2
**alzate** 352:22
352:25 364:14
364:21 365:2,4
375:7 380:20
380:25 382:12
382:16
**alzate's** 362:3
380:23
**amendments**
20:9
**amends** 265:4
**american**
113:15 172:4
203:9 204:7
211:8 247:16
257:23 258:24
258:24 259:5,7
259:9,13
291:19 293:13
**americans**
204:14 257:9
**amount** 12:16
13:3 62:13,16
63:4,5 94:2
130:8,14 181:9
364:2 426:4
**amounts**
280:23
**angel** 324:20
324:22,23
326:11 327:2
327:16

**[angela - apologize]**

| | | | |
|---|---|---|---|
| **angela**  175:3 | 84:7 85:5 | 270:18,22 | 261:10 270:13 |
| 175:10 176:14 | 86:19 87:3,19 | 271:2 274:15 | 270:19 298:24 |
| 177:13,25 | 87:21 88:8 | 275:20 281:2 | 311:18 313:6 |
| 180:20 191:21 | 117:10,16 | 284:11 288:8 | 317:24 370:2 |
| 210:24 262:12 | 119:17,18 | 288:18 289:23 | 377:18,24 |
| 311:2 331:8 | 127:6,21 | 291:5,6,14 | 378:8 436:16 |
| **angry**  317:6 | 134:21 135:9 | 292:25 296:16 | 436:22 437:4 |
| 360:11,13 | 135:13,14,16 | 298:21 301:19 | **answering**  60:9 |
| 361:2,9,15,21 | 135:19,20 | 304:8,17 | 84:25 85:23 |
| **annex**  392:6,11 | 136:18,21 | 307:10 308:7 | 87:18 214:14 |
| 402:13 407:14 | 139:25 156:13 | 310:25 311:24 | 237:14 282:6 |
| 407:14,21 | 187:3 189:14 | 313:13,15 | 297:15 439:12 |
| 411:8 | 198:3 202:20 | 316:7 317:9,25 | **answers**  7:5 |
| **annexes**  412:3 | 206:16 208:11 | 323:19 326:9 | 58:14,15 218:4 |
| **annoyed** | 208:14,17 | 339:3 360:21 | 218:4 237:24 |
| 298:14,20 | 212:7 213:11 | 370:19 373:25 | 297:16 311:7 |
| **answer**  7:13,17 | 213:15,20 | 376:24 377:2 | 451:11,15 |
| 8:7,10 16:15 | 214:12,25 | 378:14 397:3 | **anti**  29:9,14 |
| 25:9 26:21 | 217:6,17,23,24 | 412:16 428:14 | 450:11 |
| 28:18 29:2 | 218:19,24 | 430:20 433:23 | **anybody** |
| 34:22 35:4 | 219:6,18,20,24 | 435:17 436:20 | 143:24 335:18 |
| 37:10,16 38:11 | 220:13 228:24 | 439:4,13 445:4 | 352:13,17 |
| 38:18,20 39:17 | 229:5 230:9 | 446:4 451:13 | **anymore**  83:10 |
| 40:10,14,23 | 231:9,12 234:7 | **answered**  7:20 | 149:18 |
| 41:6,16 42:2 | 236:2,9 237:22 | 41:13 59:8,12 | **anyone's**  258:5 |
| 42:22 43:8,19 | 237:22,23 | 59:14,18 61:23 | 258:10 |
| 47:7,15 49:11 | 238:16 239:15 | 61:24 136:19 | **anyway**  153:9 |
| 51:15 56:8 | 242:9 245:3 | 157:17,21 | 155:22 268:2 |
| 57:6,9,13,15,24 | 249:8,11,13,20 | 184:19 186:18 | 283:24 314:10 |
| 58:4,10,21,24 | 250:17 251:10 | 187:6,7,9,13,24 | 336:11 |
| 59:6,16,20 | 251:24 252:4 | 208:13,15 | **apart**  370:25 |
| 60:14 61:5,10 | 255:11 256:11 | 217:20 230:25 | **apologize** |
| 61:17 62:6 | 258:8,13,15 | 231:17,23,25 | 109:13 110:4 |
| 66:11 69:10,11 | 259:16 261:11 | 235:23,23 | 114:14 119:3 |
| 81:8 83:18,19 | 261:14 262:10 | 245:15 249:5,7 | 121:20 140:24 |

Alpha Reporting       800-556-8974
A Veritext Company    www.veritext.com

**[apologize - asking]**

235:12 263:22
286:8 437:25
**apologized**
111:6 121:24
138:25 263:23
265:4
**apologizes**
126:13
**apology**   110:20
**appeal**   387:3
388:23
**appear**   24:23
29:14 44:8
79:17 82:15
86:14 155:3,7
**appearances**
5:2
**appearing**   4:4
**appears**   44:9
66:22 389:9
406:14 407:15
410:6 411:3,7
414:3 428:23
**applicable**   23:4
29:22
**applicant**   26:11
**applied**   390:23
443:8
**apply**   8:21
11:25
**appreciate**   11:8
261:19 370:13
**approach**
110:3 123:10
145:12

**approached**
109:21 110:6
352:22
**appropriate**
28:2 30:9
140:25 141:10
141:13 161:22
188:21 215:2
370:5
**appropriately**
113:4
**approximate**
370:24
**approximately**
75:23 76:21
365:15
**april**   8:20 16:3
16:4 54:5 55:8
70:17 344:19
**argue**   60:7
294:13
**arguing**   390:9
**argument**   43:9
241:13,17
242:11 402:16
**arguments**
390:18
**arietti**   321:21
321:22,23
322:18 323:5,9
326:10 352:12
**arietti's**   322:5
**arm**   354:19
365:6 380:24

**asked**   32:23
41:7 42:9,12
42:25 44:5
45:15,17 56:3
57:9,13,16
58:14 59:11
60:6 61:21
64:16 69:4
78:12,22 87:20
100:18 109:22
110:17 118:7
120:3 123:19
124:14 135:18
148:12,16
150:12,23
151:22,24
152:16 157:16
158:19 168:11
187:16 197:7
197:18 198:14
201:12 202:17
202:25 215:2
215:22 217:25
219:10,13
231:24 237:20
245:13 261:9
278:2 281:18
284:2 301:5
311:17 317:23
321:13 328:20
329:10 340:22
343:16 347:5
347:22 348:6
349:6 361:11
361:13,13

364:7,25
375:17 378:23
380:25 387:10
397:8 398:3
403:17,18
408:20 409:9
409:12,20
414:20 420:7
425:23 434:22
435:13 436:4
436:24
**asking**   6:17
33:4 38:24
39:8,19,22,24
40:19 41:11
44:24 45:2,3
45:13,22 83:11
83:16 92:25
96:18,21
100:17 112:24
122:24 123:2
134:18 135:2,5
136:8 151:14
156:14 157:13
162:7,8 211:22
216:23 217:3
217:12 231:16
236:8 249:2
280:16 284:5
287:8,16,20,24
288:24 294:14
296:13,14,24
301:17 303:16
310:23 311:20
313:3 316:3

**[asking - bad]**

323:22 328:10
329:5 330:15
331:8 334:7,11
334:15 335:21
338:9 339:4
342:13,20
343:23,25
344:16,22,25
346:16,18
347:2,3,8
348:21,25
359:22,24
361:12 376:16
380:4 412:17
412:19,21,25
423:4 430:6
439:6
**assembly**   18:18
**assigned**
130:15 426:5
**assist**   15:3
16:24 96:13
97:25 98:24
103:24 128:24
223:12
**assistant**   10:2
**assisted**   14:21
17:24 66:5
**association**
4:20,24
**assume**   66:14
66:19 198:9
**assumed**
170:24 198:9

**assuming**
102:14 142:7
211:13 385:16
**assumption**
75:13 171:3
**astoria**   5:21
385:2 444:16
**attached**   392:8
**attempt**   64:14
170:19 443:3
**attempted**
213:7
**attempting**
91:4 372:13
**attempts**   271:4
**attendance**
444:7
**attention**
374:12 412:4
**attorney**   2:5
41:25 409:19
**attorneys**   2:14
3:4
**audience**
420:19
**audio**   69:6,14
**august**   440:20
441:6,7 442:24
**augusto**   352:21
353:10,17
358:10,15,17
358:19,24
359:4,7,11
361:8 375:11
390:8,17

400:18 402:3
403:6,8 428:20
**author**   32:13
**authorities**
383:14
**authority**   77:25
80:18,19,24
215:6 247:2
**authorized**
20:8
**avail**   234:4
**available**   28:9
137:6 322:22
**avenue**   2:15
**average**   76:22
129:8
**aware**   49:17
81:9 116:15
154:19 172:25
175:23 199:9
207:22 239:11
303:10 335:19
356:22 357:23
358:13,24
359:12 363:23
369:10 375:10
390:17 445:7
**awareness**
149:13

**b**

**b**   6:5 407:14,21
**baby**   243:19
**back**   18:15
19:3 33:14
53:22 58:2

65:14 77:19
84:17 92:6
109:2 111:16
112:6 114:21
122:11 123:4,8
123:16 127:8
128:13 129:18
129:18,19
148:23 152:14
162:20 167:13
167:25 168:2
170:13 176:7
178:22 181:12
194:12 213:8
219:12,16
221:17 231:3
231:20 242:16
248:15 252:20
255:22 263:24
264:13,19
265:5 284:17
285:11 286:6
300:17 301:6
310:3,12 311:5
329:18 333:11
340:20 341:4
341:16 351:24
357:11 365:6
383:4 393:19
418:5,15,16
425:6 438:23
441:12
**backed**   354:9
**bad**   97:21
179:16,18

Alpha Reporting
A Veritext Company

**[bad - believe]**

307:5 333:2
401:9 432:13
**ballpark**
131:17 179:5
**bankruptcy**
445:13
**banter** 194:11
**based** 17:16
26:19 38:14,25
39:4 40:20
41:10 42:5,16
42:19 48:7
65:21 125:20
161:19 202:15
203:5 261:14
270:9,9 284:3
295:9 296:8
318:12 324:5
335:24 348:11
348:12 357:24
361:4,15,21
362:4,18,21
363:3 364:4,5
364:8 374:20
393:16 414:23
415:2 428:12
430:16 434:2
436:2
**basically**
125:13 129:25
150:17 175:21
183:23 293:15
375:18 393:11
421:20,24
422:21 423:9

446:14
**basing** 361:18
**basis** 15:4 21:2
26:12 27:5
40:6 42:4 82:9
87:16 185:5,6
253:8 254:18
280:2 366:2
**basketball**
385:2
**bates** 9:12 10:3
10:8 31:9,17
31:23 32:4,14
32:19,22 33:10
33:19 54:23
55:4
**bathroom**
170:11
**battery** 177:18
178:11,13
**bear** 148:18
**becoming**
326:17
**began** 77:9
81:20 86:9
138:6 174:5
286:10 300:4
300:12 307:16
307:18 308:12
309:19,20
328:10 342:6
343:20 352:23
353:4,5 426:14
427:10 429:13

**beginning** 8:16
42:25 176:6,18
**begins** 4:3
**begun** 414:12
**behalf** 5:6 6:14
243:12 414:17
**behavior** 30:10
70:2,4 72:9
294:9 315:5
**belief** 81:2
**believable**
110:11
**believe** 15:12
39:9,11 42:15
46:10 69:9
75:9,15 81:13
103:11 104:17
104:21 111:11
112:12,19
113:2 116:8
149:22 152:13
163:8 164:13
166:12,18,25
169:24 174:16
177:9 178:18
190:18,23
193:25 195:7
197:19 199:5
204:3,6,9,17
206:8 209:6
213:4 214:7
223:25 225:14
236:11,17
244:20 248:5
249:3,17,23

250:3 254:3
266:7 268:18
276:23 280:12
280:18,22
281:3 284:6
285:23 286:16
286:20 287:15
290:9,12 308:2
312:24 315:7,9
316:11 317:19
317:20 320:15
325:14 326:7
326:10 330:6,8
330:13 345:15
346:18 347:7,8
347:16,24
348:25 350:21
350:22 351:4,8
361:20 362:3
370:15 379:22
380:8,11
382:18 383:19
384:8 389:17
392:7 399:11
405:3,6 407:9
407:17 408:20
410:17 411:16
411:20 412:9
413:2 414:18
414:20 421:8
428:8 430:13
430:15 431:9
431:18 432:15
433:19

Alpha Reporting
A Veritext Company
800-556-8974
www.veritext.com

**[believed - bought]**

**believed**  50:8
50:18,25
110:11 111:14
118:15 124:3
141:9 166:14
191:23 192:12
192:14 197:23
198:5 200:23
223:11 234:10
256:18 258:20
258:23 259:11
270:8 274:11
274:24 275:4
275:12 281:19
283:17 287:16
287:19 289:6
290:19,23
291:25 296:7
319:7 328:2
331:4 344:25
345:6 363:2,13
363:15 383:8
388:8 391:12
393:15 412:22
412:23 435:25
**believes**  30:24
39:23
**belt**  16:7,9 17:6
17:7,9,11,12,16
17:20,25 18:3
18:5,7 82:4
104:24 105:5
113:21 132:25
133:2,20
154:11 164:10

178:7,8 202:15
210:3 247:2,18
253:11 295:14
310:4 339:10
339:19,21
340:6 353:15
353:17,19
355:3 358:9
364:22 366:6,8
366:13,17
368:22 371:11
371:13,14,16
373:10 381:6
394:25 400:24
403:6 417:15
429:25
**belts**  169:11
**benefit**  401:5,7
401:18
**best**  8:5 178:14
321:5
**better**  120:10
124:9 176:13
176:15 252:15
288:4 310:5
400:16 416:2
**big**  93:23
241:17 242:10
298:12 302:9
310:21,22
314:17
**bigger**  346:13
**bit**  112:6
128:19 297:25
435:12

**black**  66:22
75:21 104:18
104:22,24
106:18 107:10
107:14,16,22
110:9 113:20
114:2 115:2
120:22 130:24
131:2 132:2,6
132:14,19,21
138:17 142:17
145:3 171:9
172:11,15
194:7 204:11
225:20 234:25
235:8 239:5
244:6 252:24
255:15,18
263:20 265:24
293:16,17,22
295:7 296:12
315:12 316:10
318:5 319:13
319:15,19,20
319:25 320:12
323:6 324:7,15
325:17 333:21
333:24 347:21
349:8,12,23,24
350:2,9 397:16
402:10 426:7
426:10 429:6,8
**blade**  354:15
**blatant**  72:9
269:12

**blatantly**  133:4
134:8 138:7
142:5 143:2
205:22 207:8
207:13 426:15
427:10,17
429:14,20
**blew**  64:23
**block**  332:16
**blood**  452:13
**blue**  326:6
**bmw**  322:4
323:7 324:15
325:9,17
328:11 333:22
333:24,25
347:20,21
349:8,13,24
**book**  23:20
**bordering**
369:25
**born**  238:25
**boss**  137:16
435:9
**bothered**
315:15,16
368:22
**bothering**
290:12
**bottom**  20:6
80:15 150:19
385:15 386:19
404:16 406:8
**bought**  328:21
347:19

Alpha Reporting
A Veritext Company
800-556-8974
www.veritext.com

[bovell - broken]

| | | | |
|---|---|---|---|
| **bovell** 74:13,17 | 375:5,17,21,22 | 280:15 281:10 | 241:19 242:19 |
| 74:25 75:19 | 375:24 376:3 | 282:24 286:10 | 285:6 429:25 |
| 76:25 77:8,11 | 377:17,21 | 286:13 287:3,8 | **breakdown** |
| 78:15 80:16 | 378:24 379:21 | 288:23 292:12 | 131:22 |
| 163:14 172:6 | 380:21,25 | 300:3,15,19 | **breath** 169:13 |
| 185:4 203:7,13 | 381:7,12 | 301:4 302:21 | 196:11 398:14 |
| 203:22 204:6 | **boxes** 17:8,13 | 302:22 303:2 | 398:20 437:8 |
| 204:17,22 | 17:16 221:18 | 303:10 304:3,6 | **brief** 272:22 |
| 220:23 249:24 | 302:10 306:12 | 304:14,21 | 424:5 |
| 257:6,15 | 306:17 310:4,5 | 306:10,11 | **bring** 20:20,23 |
| 291:17 292:12 | 313:23 353:20 | 307:16 308:12 | 21:6 149:13 |
| 307:21,23 | 353:22,25 | 308:23 309:20 | 404:7 |
| 308:2 385:15 | 355:13,14,23 | 312:7 315:20 | **brodsky** 2:21 |
| 386:9,10,13 | 355:24,25 | 315:24 316:4 | 4:2,18 5:7 6:2 |
| 389:21 404:15 | 356:2,16 | 319:8 320:8 | 88:18,22 92:22 |
| **bovell's** 404:16 | 363:24 364:15 | 321:3,15 | 159:20 167:16 |
| **box** 305:11,23 | 364:18,21,23 | **bradley's** | 167:20 200:10 |
| 340:21 354:3,4 | 365:2,3,13,16 | 277:21,23 | 200:14 212:14 |
| 354:6,12,14,14 | 365:18 367:5,8 | 281:14 286:10 | 212:19 213:21 |
| 354:17,20,22 | 367:14 368:17 | 287:4 290:6,24 | 213:25 226:9 |
| 355:4,5,8 | 368:20 369:23 | **brand** 347:20 | 226:13 233:8 |
| 363:6,14 365:5 | 369:23 370:16 | 422:8 | 233:12 271:14 |
| 365:8 367:10 | 371:10,12,17 | **brandishing** | 273:25 285:14 |
| 367:15,15 | 371:20,25 | 365:5 | 285:18 381:17 |
| 368:3,4,6,10,16 | 372:8,21,25 | **brave** 113:23 | 381:21,24 |
| 368:22,23 | 373:4,13 | **brawl** 381:10 | 382:3,7 411:15 |
| 369:2,3,11,12 | 375:12 376:9 | **break** 7:14,18 | 447:14,17 |
| 369:14 370:4 | 380:2 400:25 | 7:19 32:17 | 448:2,6,12,23 |
| 371:7,8,9,19,22 | **boys** 116:25 | 92:13,15,25 | 449:5 |
| 371:24 372:2,2 | 117:2 | 148:2 159:9,12 | **broken** 175:6 |
| 372:3,5,10,11 | **bradley** 80:16 | 159:23 167:7 | 176:22,24 |
| 372:12,16 | 252:11 253:23 | 167:22 170:10 | 177:10,13,16 |
| 373:2,9,10,11 | 254:20 268:21 | 200:5,7,17 | 179:2,13 |
| 373:16,19,23 | 269:2,8,9,20,24 | 219:14 226:7 | 262:13,23,23 |
| 374:6,7,10,24 | 274:8 277:10 | 226:15 233:7 | 266:10 399:16 |

Alpha Reporting
A Veritext Company
800-556-8974
www.veritext.com

**[brought - campbell]**

**brought** 158:5
215:17 295:6
300:17
**bs** 423:10,13
**buffed** 333:9
**building** 77:19
89:14 241:19
284:17 300:17
301:6 345:14
345:19,20
346:2,7 351:20
417:5
**bullet** 22:21,22
23:3,12 71:2,8
71:14 72:3,18
72:19
**bullshit** 387:15
388:3,4,13
391:14,17,18
392:2 423:15
423:16,18
**bump** 400:21
401:3
**bumped** 328:24
401:6
**bunch** 377:24
394:14
**business**
136:17 178:6
331:12
**button** 178:10
**buying** 350:2
**buys** 323:7
324:15

**c**

**c** 2:1 6:5
**cage** 128:24
129:7 195:19
209:9,11
210:13,14
221:17 253:21
396:22,25
397:5
**call** 85:12
87:16 88:14
92:6 175:19,21
181:4,9,22,23
182:6,10,16
183:11,12,13
183:19 184:9
184:17,18
185:24 186:7,9
186:9,13,17,17
190:11 199:16
212:10,11,12
213:2,10
230:15 254:2
268:21 272:6,7
273:19,20
284:21 300:25
307:6 314:4
337:11,12,13
337:14 338:19
383:4 389:22
398:16 399:17
417:22 419:17
**called** 91:17
146:21 170:6
170:14 171:6

174:11,14,17
174:19 175:8
181:11 182:14
187:25 188:3
209:19 213:4
228:4 229:24
238:4 260:8
261:23 262:19
266:8 307:21
307:23 338:23
338:24 382:24
396:21,24
397:5,24
399:17 409:7
415:18 416:12
422:3 437:16
**calling** 91:10
136:24 142:17
145:2 146:15
148:3 165:3
173:12,18
181:12,18
182:2 184:6,7
184:7 185:11
213:12 271:24
308:2 321:3
424:14
**calls** 416:16
434:20
**calm** 210:21
**calmly** 121:7
**cam** 328:20
329:2 330:19
343:17 344:17

**camera** 329:14
330:16,22,24
331:2,5,11,13
331:16 332:18
335:22 344:19
345:11 346:10
346:24
**cameras** 345:12
345:22
**campbell** 1:3
1:19 4:4,9 5:20
6:12 11:10
18:20 19:7
21:24 22:3
41:24 42:15
44:7 46:3
55:24 58:3,9
59:3 60:10
73:25 81:22
82:13 86:8,11
87:20 88:4
90:9 91:14
92:24 98:17
130:12 132:14
132:18 133:3
134:7,10
138:11 146:15
150:23 154:15
154:17,21,22
163:3,7,23
164:2 165:17
167:24 168:6,9
174:4,6 175:8
189:11 193:2,3
198:14 200:6

Page 11

**[campbell - changed]**

| | | | |
|---|---|---|---|
| 200:16 201:11 | 449:18 453:21 | **carefully** | **cease**  437:9 |
| 201:11 202:3,3 | **campbell's** | 289:21 | **cell**  91:17 |
| 202:5 205:23 | 81:20 86:9 | **case**  1:5 10:12 | **central**  22:14 |
| 207:9 209:3,8 | 138:6 146:14 | 63:17 80:11 | **cents**  442:16 |
| 209:10,14 | 163:22 168:5 | 89:21 90:3,6 | **certain**  16:8 |
| 213:20 214:24 | 277:11 286:12 | 151:15 205:9 | 60:19 62:13,16 |
| 217:5 218:12 | 307:15 320:9 | 206:2,20 | 93:25 104:19 |
| 218:15 219:4 | 328:12 426:13 | 271:23 272:3 | 125:12 134:15 |
| 226:16 232:14 | 427:9 429:12 | 281:5 284:3 | 181:9 210:9,10 |
| 232:18 233:14 | **capacity**  20:23 | 296:5 316:23 | 286:11,14 |
| 237:25 252:10 | **captured**  214:8 | 317:4 334:20 | 322:21 324:8 |
| 252:17 261:22 | **car**  102:11 | 334:25 362:16 | 420:3 |
| 262:8 268:20 | 252:19 255:21 | 389:2 | **certainly** |
| 269:4,11,12,22 | 301:2 322:4 | **cat**  164:23 | 208:15 299:21 |
| 274:7 277:10 | 324:8,13 | 168:14 174:18 | **certificate** |
| 277:13 282:15 | 328:21,22,24 | 174:22 | 452:2 |
| 285:20 286:11 | 329:7,16,25 | **catch**  330:22 | **certificates** |
| 286:13 288:19 | 330:6,11,17,18 | 366:25 | 438:11 |
| 294:2,15,19,23 | 331:4,20,24 | **categories**  30:2 | **certification** |
| 294:25 300:2,5 | 332:2,15,17,20 | **caucasian** | 3:13 |
| 307:17,18 | 333:18 334:22 | 107:9 170:5 | **certify**  452:6,12 |
| 308:13 309:21 | 335:7 336:6 | 193:9 | **chambers** |
| 319:6 320:11 | 337:2 338:6 | **caught**  330:21 | 89:18 213:11 |
| 320:13 322:3,3 | 341:19,24 | **cause**  112:20 | 213:13 |
| 323:5,10 328:9 | 343:18 344:15 | 158:16 181:15 | **chance**  56:4 |
| 328:10 334:21 | 344:18 346:11 | 245:5 267:4,25 | 84:8 109:9 |
| 338:3,4,5,9 | 347:15,17,25 | 293:13 297:24 | **change**  15:17 |
| 352:23,25 | 349:22 350:2,8 | 357:25 360:11 | 77:7,16 80:19 |
| 364:22,23,25 | 350:14 416:9 | 393:21 401:24 | 94:6 103:6 |
| 365:6,7,8,9 | 416:20 422:15 | 408:7 412:3 | 111:11,12,15 |
| 370:14,14 | 451:10 | 447:5 | 128:16,21 |
| 380:20,23,24 | **care**  230:18 | **caused**  369:12 | 236:10 288:17 |
| 427:14 437:18 | 443:11 | 431:22 | 297:17 390:24 |
| 437:21,23 | **career**  388:12 | **causes**  446:25 | **changed**  67:22 |
| 438:4 449:10 | | | 93:10,11 94:10 |

**[changed - code]**

94:11,15
100:25 101:6
126:18 156:23
156:25 163:13
352:9,15 391:9
446:15
**changing** 391:3
**characterizati...**
252:24
**characterize**
84:4 214:17,21
421:21
**characterized**
367:4
**characterizing**
85:3
**charge** 81:14
292:18,19
300:16
**charged** 178:11
**charges** 382:16
382:21
**cheated** 411:24
**check** 24:11
176:5,5,5,6
178:2 280:3
435:8
**checked** 175:24
176:17 177:25
180:4,8
**children**
444:13
**chin** 333:17
400:12

**choice** 11:20,24
12:4
**choked** 106:16
**choose** 147:22
148:25
**chose** 117:4,5
204:21 227:5
227:19 240:4
240:13 244:14
245:20 259:12
429:20 431:11
**christmas**
229:15
**christophe** 2:23
252:13 291:20
291:21,22
292:18 293:6
293:14 294:3
295:10 296:10
328:17
**christophe's**
291:23 293:20
295:2,5
**chronological**
428:24
**circumstance**
309:15
**city** 13:24 27:8
102:12
**civil** 4:11
216:18
**claim** 20:24
21:2,7 35:20
286:15 378:14

**clarified** 15:15
**clarify** 39:6
51:11 96:22
100:4 122:21
287:5
**clarifying**
14:14 23:2
76:5 96:21
201:24 239:6
266:3
**clarity** 273:9
**class** 38:15
39:2,5,14
40:22 41:11
42:6,20
**classes** 26:13
48:9
**clean** 103:19
**clear** 43:14
71:4 85:20
154:9 189:6
191:11 236:6
244:24 300:9
304:8,25
**clearly** 358:13
390:12
**clerk** 89:17,25
90:7,9,12,24
91:7,11,22,24
92:4,9 271:20
272:2,5,9,12,17
273:2,12,15
**click** 60:11
**clicked** 56:21
56:25 59:4,10

61:3,7,14 62:4
**clicking** 23:13
56:15
**client** 43:18
83:10,11,17
84:4,7,23 85:2
218:23 298:21
337:11
**client's** 294:11
**close** 295:12,17
295:23 296:3
343:4 365:17
369:13 371:5
379:5 418:7
434:21 436:5
**closed** 214:13
278:5 279:2
365:21 368:7,9
368:11 369:3,7
369:15,19
370:24,25
371:6 375:25
376:4 377:14
378:21 379:18
436:7,7
**closely** 171:24
172:2
**closer** 368:25
379:19,24
380:13 412:11
**closing** 379:23
**club** 117:2,2
**code** 5:24
273:16 444:17

Alpha Reporting
A Veritext Company

**[coercive - completely]**

| | | | |
|---|---|---|---|
| **coercive** 72:6,8 | **comfortable** | 300:7 303:20 | 47:24 48:5,15 |
| **cold** 170:16,20 | 139:16 144:2 | 306:4 307:15 | 48:20 51:18 |
| 284:14 338:11 | 192:7 196:16 | 352:24 363:9 | 52:11,14 53:2 |
| 339:12 342:14 | 203:19,21 | **commonly** | 69:9,17 75:16 |
| 351:13,14 | 223:20 250:10 | 315:13 | 79:18,21 80:2 |
| 352:15 420:12 | 362:13 | **commotion** | 80:6 86:4 93:3 |
| **colleague** 298:3 | **coming** 111:21 | 409:3 431:21 | 93:9 108:14 |
| **colleagues** | 121:20 138:7 | **communicate** | 117:12,20,23 |
| 192:9 | 138:18 164:6 | 28:4 194:18 | 119:15 138:15 |
| **college** 438:14 | 186:14 420:8 | **communicated** | 140:17,19,20 |
| 438:16 439:2 | 426:14 427:10 | 194:12 | 141:17,19,24 |
| 439:22 440:5 | 429:13 432:16 | **communication** | 163:24 165:17 |
| **color** 293:10 | **comment** | 20:11 27:17,22 | 166:21 168:7 |
| 416:10 | 198:15 205:16 | **community** | 189:23 234:15 |
| **columns** 74:12 | 207:13 238:5 | 440:5 | 236:18 251:15 |
| **come** 8:22 | 243:3 252:22 | **companies** 27:8 | 269:3,10,21 |
| 14:25 84:17 | 264:23 268:25 | 440:10,11,12 | 274:6 277:12 |
| 94:16 97:10 | 269:8,19 | **company** 8:24 | 285:24 348:14 |
| 98:5 109:12 | 274:11,24 | 20:11,21,22 | 364:17 414:11 |
| 110:17,19 | 275:5,8 349:12 | 23:24 25:4 | 414:13 425:5,7 |
| 115:3 165:11 | 420:6 | 71:22 72:13 | 425:21,24 |
| 167:13 176:12 | **comments** | 414:13 419:6 | 426:12 427:16 |
| 184:11,14 | 134:9 154:20 | 440:17,18 | 428:23 430:23 |
| 213:8 235:12 | 200:18,23 | 442:9 | 445:17 446:2 |
| 266:25 268:24 | 208:10 210:12 | **company's** | 450:13,16 |
| 270:2 275:11 | 239:4 244:8 | 26:9 | **complaints** |
| 278:2 285:10 | 252:21 261:4 | **complain** 49:7 | 29:5 30:19,20 |
| 301:6 310:3 | 263:20 264:18 | 117:23 300:19 | 234:22 286:12 |
| 349:15 | 264:21 265:2,3 | **complained** | 320:13,15 |
| **comes** 107:6 | 400:14 | 99:9,9 133:3 | **complete** 54:12 |
| 171:15 225:9 | **committed** 26:2 | 416:16 | 62:17 81:23 |
| 305:5,14 | 26:6 383:9 | **complaint** 40:4 | 82:15 130:16 |
| 353:23 416:9 | **common** 64:5 | 40:7 44:10,15 | **completed** 98:4 |
| 433:10 | 136:2 182:20 | 44:18 46:6,12 | **completely** |
| | 184:21 278:6 | 46:14,17,18,23 | 214:16 218:7 |

**[completely - conversation]**

| | | | |
|---|---|---|---|
| 232:15 401:24 | 205:23 207:8 | 196:12 390:6 | **constituted** |
| **completing** | 252:2 275:13 | 419:9 433:9 | 269:2,9,21 |
| 48:22 52:16 | 290:19,23,24 | **confusion** | 281:19 287:20 |
| **compress** 90:10 | 293:6 295:9,21 | 189:7 | 320:10 |
| **computer** | 352:25 362:4 | **conjunction** | **constitutes** |
| 326:22 | 413:12 450:14 | 324:12 335:20 | 30:10 |
| **concern** 70:5 | **conducted** | **connected** | **contact** 28:24 |
| **concerned** | 416:5 | 325:25 | 67:20 68:3,6 |
| 108:25 411:9 | **conference** | **connection** | 68:13 186:3,12 |
| **concerning** | 152:10,25 | 325:20 419:12 | 306:13 384:13 |
| 27:25 28:5 | 155:21 158:8 | **consensus** | 384:17,21 |
| **concerns** 48:16 | 357:13 415:23 | 245:11 276:2 | 385:7 391:9 |
| 48:21 52:15 | 416:3 417:25 | **consider** | **contacting** 89:4 |
| 405:12 | 418:4 419:9,17 | 102:24 103:20 | 212:23 271:18 |
| **concierge** | 419:19,25 | 133:8,16 | **context** 34:16 |
| 440:16 442:8 | **confide** 181:21 | 136:24 203:12 | 217:10,21 |
| **conclude** | **confidence** | 243:7 256:24 | 396:5 |
| 447:22 | 228:18,18 | 257:18 258:25 | **continuation** |
| **concludes** | 229:2 | 259:19,22 | 402:6 |
| 449:9 | **confident** 400:9 | 293:4 295:8,23 | **continue** 85:25 |
| **conclusion** | **confirm** 22:3 | 372:6 375:6 | 159:17 186:7 |
| 349:16 | 33:13 414:9 | 382:15 | 299:17 |
| **concrete** 87:15 | **conflict** 89:23 | **considered** | **continued** |
| 432:5 | 90:14 366:4 | 97:17 190:12 | 123:4 134:6 |
| **condemns** | **conflicting** | 190:13 256:13 | 163:6,19 209:3 |
| 29:18 | 58:19 | 257:12 258:19 | 338:9,13 376:5 |
| **conditions** | **confront** | 326:11 | 400:14 450:24 |
| 80:20 | 286:11 | **consist** 155:3 | **continuing** |
| **condoned** | **confrontation** | **consistent** | 215:14 342:12 |
| 397:19 | 353:4,5 | 129:16 155:8 | **contributed** |
| **conduct** 68:19 | **confronted** | **consistently** | 168:18 |
| 69:2 70:21 | 277:10 | 179:16,18 | **contributing** |
| 71:11,18,20 | **confused** 8:3 | **constant** 402:6 | 163:25 168:8 |
| 72:20 111:11 | 118:6 191:12 | **constantly** | **conversation** |
| 127:20 154:20 | 195:23,25 | 126:17 245:22 | 110:22,25 |

Alpha Reporting
A Veritext Company

**[conversation - court]**

111:10 122:4,5
123:12 132:24
161:11 170:21
170:23 195:19
200:2 229:24
254:14 277:24
279:21 280:3
286:9,18
301:10 325:21
349:13 376:6
387:7 388:7
409:9 416:17
418:11 422:12
422:25 424:4,5
**conversations**
  113:21 150:5
  340:16
**conveyor**
  364:22
**cool**  176:14
**copied**  386:11
**copies**  10:20,21
  10:23
**copy**  9:15
  10:22,25 11:2
  11:3 22:5
  23:16 24:10,14
  32:19 33:10
  47:2,11 53:25
  56:18 65:2,8
  65:12 448:9,15
  448:19
**corner**  345:25
  390:4 420:14

**corporate**  28:5
**corporation**
  1:6 2:13 90:10
**corporations**
  4:11
**correct**  11:15
  11:18 23:16
  29:10 43:6
  47:13 51:13,24
  56:18 57:22
  63:22 65:22
  75:23 76:13
  90:11 95:15
  102:8 104:6
  109:18 118:23
  119:3 123:5,8
  129:10 132:25
  133:2 137:19
  141:20 150:10
  150:14 158:24
  163:14 174:23
  174:24 176:7
  201:20 203:7
  203:10 204:19
  204:23 207:2
  211:17 220:17
  220:24 221:3,6
  221:9,13
  226:20,23
  239:13,21
  256:9 258:5
  259:2,14 269:6
  275:14 276:3
  281:8 286:19
  287:17 288:24

289:3 292:2,14
303:19,24
308:16 316:24
321:24 334:23
337:2 348:22
349:4,18
355:22 356:7
361:6 370:16
378:24 386:14
386:22 389:10
404:11 405:8
410:9,13
413:10 414:3
434:4 442:12
**correction**
  453:2,3
**correctly**  176:3
**corredo**  105:7
  105:24 106:3,4
  107:4,12
**corroborate**
  143:8
**counsel**  4:25
  5:7 6:3 31:7,13
  88:19 91:3,24
  213:21 214:25
  218:23 271:23
  272:13,14
  273:2,5,18
  318:23 381:17
  447:15,18,19
  449:7
**counseling**
  114:16

**counselor**
  155:11 212:15
**count**  126:16
**countless**
  363:25 364:2
**couple**  164:20
  284:25
**courier**  14:9,10
  14:17,17,20,20
  103:22 104:6
  209:23,24
  252:9 264:7
  395:23 396:16
**couriers**  130:15
  176:4,19
  179:12 284:18
**course**  113:19
  358:8 392:12
**court**  1:1 4:13
  4:23 5:8,10,17
  5:23 6:16 7:10
  11:2 18:21
  80:8 83:14
  84:19,19 85:13
  85:13 87:16
  88:21 89:5,8
  89:17,25 90:7
  90:9,12,24
  91:7,10,11,18
  91:22,24 92:4
  92:9 106:12
  212:10,11,12
  212:24 214:9
  219:12,17,21
  232:3 271:6,19

Alpha Reporting
A Veritext Company
800-556-8974
www.veritext.com

**[court - day]**

271:20 272:2,5
272:9,12,15,17
272:18 273:2,5
273:6,10,12,15
284:21 337:11
337:13,13,14
356:11 425:18
**cover** 209:22
**coworker**
146:14 147:10
**coworkers** 31:2
138:6 169:10
170:12 172:12
209:7 210:10
224:8 354:25
355:7 357:3
381:5 387:10
426:14 427:9
427:18 429:13
**crack** 334:20
**create** 29:19
**created** 438:3
**creating** 138:9
427:13
**crime** 383:9
**criminals**
252:25
**cross** 286:13
**crossed** 375:9
**cryptic** 278:11
278:13 287:9
329:5 338:10
342:14,21
343:17 344:14
344:23 345:2

346:17,19
347:3,6,9
348:21 349:2
**culture** 134:16
139:17
**curious** 69:19
113:12
**current** 107:2
164:11 280:6
440:9,24
444:15
**currently** 193:2
209:14 271:23
322:2 328:8
438:22 440:7
440:15 443:16
**curse** 358:15,20
359:8 362:10
390:20,21
400:18 402:4
432:22 433:15
433:17,21
**cursed** 358:4
359:11 433:18
433:20
**curses** 433:18
**cursing** 352:24
353:24 356:6
356:10 359:13
360:6,18
362:13 433:8
**customer** 72:11
72:21 305:7
384:14

**customers** 31:2
**cut** 57:5,11
77:13,15,15
79:4 82:10,11
82:16 86:15,16
86:20 93:11,13
94:4,7,9,10,22
96:11 97:6,10
97:13,25 98:19
98:25 99:13,15
99:19,20,21,22
100:2,5,13
101:15 104:10
104:12,15,17
104:21 129:2,3
129:4,12
263:11,15
264:5,10,11,11
264:20,20,22
343:7 380:20
**cutter** 354:14
354:15,17,21
354:23 355:4,6
355:9 363:7,14
365:5,9 380:21
381:2,7,13
**cutting** 77:9
78:23,24 79:2
81:20 86:9
98:18 128:10
216:5 262:14
263:3,8 264:2
265:9,22 266:8
**cv** 1:5 4:12
80:11 90:6,7

| **d** |
| --- |

**d** 225:3,7
328:15
**daily** 253:8
**damage** 333:5
**damaged** 333:6
**danger** 424:13
**dark** 277:15
278:17
**dash** 328:20
329:2 330:19
330:22,24,25
331:5,11,12,16
335:21 343:17
344:17,19
345:10
**date** 1:23 20:25
22:7,8,10
53:18 54:2
67:6 193:18,19
265:11 393:4
**dated** 410:5
**dates** 405:10
**david** 252:9
254:16 268:23
270:2 275:11
352:7 414:5
**day** 6:21 14:24
15:4,4 16:18
16:18,21,21
17:3 43:22,25
54:4,9 55:7,10
62:15 75:24
76:2,9,19 82:9
82:9 87:10

**[day - deposition]**

| | | | |
|---|---|---|---|
| 94:5,5 95:11 | 161:13 176:9 | **defendant** 4:9 | **degree** 68:24 |
| 97:2,21 116:23 | 210:9 252:8 | 163:21 165:16 | **deliveries** 15:4 |
| 116:23 123:8 | 277:9 310:10 | 165:19,25 | **delivers** 9:6 |
| 125:16,16 | 312:11,13,14 | 166:2 168:4 | **demanding** |
| 139:11,11 | 442:19 | 175:4 205:3,7 | 277:13 |
| 149:14,14 | **de** 302:9 | 205:13,21 | **demographic** |
| 153:20 154:11 | **deadlines** | 206:5,12,22 | 131:14,20,22 |
| 159:6,7 169:3 | 130:17 | 207:2 208:25 | **demonstrate** |
| 169:8 176:6,7 | **deal** 32:16 | 252:9 269:4,11 | 68:24 |
| 176:18 183:24 | 81:23 82:14 | 269:22 338:8 | **denied** 390:7 |
| 184:20 185:15 | 144:8 254:18 | 338:13,14 | **department** |
| 185:20 197:8 | 389:7 | 352:22 | 48:24 52:19 |
| 201:14,18,22 | **dealing** 268:23 | **defendant's** | 414:7 |
| 203:3 210:6,8 | 269:25 275:11 | 443:13 | **depended** 78:6 |
| 223:19,19 | 416:13 419:7 | **defendants** 1:8 | **depending** |
| 227:25 228:21 | 419:10 | 2:14 4:11 5:6 | 34:15 |
| 241:12 265:6 | **dealt** 300:16 | 6:14 155:2 | **depends** 30:11 |
| 312:4,5,6,9 | 352:9 | 163:5 165:19 | 180:15 366:16 |
| 322:22 329:17 | **death** 385:10 | 192:25 205:8 | **deposed** 427:7 |
| 329:23,23 | 396:18 | 205:25 206:19 | **deposition** 1:19 |
| 342:3 346:10 | **december** 1:11 | 269:11 449:11 | 4:4,8 6:25 |
| 353:13,14 | 4:15 105:22,23 | **defense** 91:2 | 31:13 32:7 |
| 355:11 356:19 | 107:4,9 449:11 | 273:4,17 | 43:5,16 55:5 |
| 379:9 387:5 | **decent** 432:10 | **define** 30:8 | 57:21 84:16,23 |
| 392:17 396:3 | **decided** 116:12 | **defining** 40:2 | 89:22 90:13 |
| 401:9 403:8 | 264:2 346:12 | **definite** 35:5,8 | 214:23 215:9 |
| 409:7 415:6 | 389:19 | 312:16 | 215:23 216:2 |
| 416:23 420:8 | **decision** 80:23 | **definitely** 162:3 | 217:2 236:8 |
| 422:5,15 | 80:24 81:2 | 186:10 281:21 | 249:16 260:16 |
| 434:19 437:25 | 387:3 410:8 | 340:9 393:10 | 267:5 271:25 |
| 442:19 446:17 | **declared** 440:2 | 415:4 432:16 | 294:11 298:7 |
| 447:7 449:20 | **deemed** 127:19 | **definition** 30:6 | 298:18 299:9 |
| 452:17 453:24 | **deep** 401:15 | 34:8 41:8 | 337:22 370:11 |
| **days** 76:15 | **defeated** | 301:20,22 | 425:11 426:23 |
| 129:23 144:6 | 402:23 420:8 | 338:2 | 437:3,4 445:20 |

Alpha Reporting
A Veritext Company
800-556-8974
www.veritext.com

**[deposition - discrimination]**

449:10 452:7
**depot**  128:25
227:6 253:21
311:4 314:17
314:21
**depressed**
446:13
**depth**  171:21
**descent**  225:17
**describe**
309:23
**described**  40:9
154:25 195:16
223:16 251:7
307:20 427:16
430:11,12
**description**
73:14 450:6
451:2
**deserve**  416:11
**designated**
300:24
**designed**  27:3
**desk**  175:18
177:6,8 178:4
178:20 180:11
**despite**  134:8
205:4,4,21
207:7 271:3
307:14
**detail**  90:16,19
260:10 323:21
424:22
**detailed**  262:2

**details**  331:10
388:3 415:5
**determine**
178:3,16,18
346:9
**detriment**
81:21 82:13
86:11 93:13,16
98:17
**detrimental**
98:20
**dial**  183:16
**die**  178:13
**difference**
14:16,19 34:13
34:24 39:12
46:16
**different**  12:17
12:19 13:11,20
13:21 16:10
27:15 32:24
35:2 42:7,14
64:9 104:12
134:17 140:21
157:21 169:11
228:13 253:11
284:13 291:11
318:7 406:23
420:9
**differently**  37:5
37:8,20 38:7
39:10,12
166:14 226:5
229:9 245:9
434:3,6

**difficulty**
272:11
**digits**  444:21
444:25
**direct**  75:22
134:7,12 135:7
135:24 136:12
149:25 182:18
194:4 202:12
202:14 203:7
204:22 279:13
279:15 291:17
306:13,15
**directed**  150:4
**direction**
355:15 368:18
371:12
**directive**  101:7
**directly**  28:4
49:9 52:25
67:16 139:18
139:19 142:8
149:24 172:8
182:17 193:11
231:17 411:21
426:21
**disagree**
157:22
**disagreed**
387:21,24
**disciplinary**
73:16 161:17
**discipline**
205:24 207:9
207:17 300:13

301:12,14,16
307:8
**disciplined**
160:25 161:10
162:2 207:21
208:8,22
**disciplining**
300:5 301:8,21
**disclaimer**  22:5
**disclose**  9:23
**disclosed**  9:19
418:8
**discoverability**
215:10
**discovery**
215:4
**discrepancies**
223:18 293:9
**discrepancy**
181:25
**discretion**
130:2
**discriminate**
163:6 432:7
**discriminated**
28:23 50:9,10
50:19 296:8
434:2
**discrimination**
26:8,10,18
27:4 29:6 30:8
36:10 39:3,21
40:5,7 42:3,18
47:23 48:14
49:8,15,23

Page 19

**[discrimination - dominican]**

51:2,13 52:10
53:2 163:5,19
163:24 168:7
174:4 209:2
223:13 226:19
260:19 261:7
266:15 269:3
269:10,13,22
270:3 276:8,9
277:12 281:20
286:15 296:2
318:6 320:11
320:14,16
337:8 348:11
392:16,21
402:7 431:7
**discriminatory**
48:3 127:20
134:9 154:19
201:10 205:22
207:8,14 252:2
252:23 275:13
280:16 293:5
295:9,20 398:8
428:9,11
430:16
**discuss** 48:15
101:5 111:17
123:13 446:6
**discussed**
132:23 133:6
159:6 172:18
173:8,10 201:8
243:25 244:5
266:6 321:14

321:18 336:19
445:16,24
**discussing**
48:20 52:15
89:8 167:23
200:16 274:5
**discussion**
111:18 122:9
123:3 128:14
130:13,19
230:3 238:22
239:18,20
241:4 287:2,3
287:7 326:19
418:24 421:4
426:3
**discussions**
69:7,8 244:12
**disgraceful**
200:4
**disheartened**
154:16
**dislike** 446:25
**disliked** 347:20
**displaying** 72:9
**disrespect**
72:10
**disrespected**
223:22
**disrespectful**
401:25
**disruptive**
71:11,18,20
**distance** 365:15
365:21 368:8,9

368:11 369:4,7
369:13,15,19
370:24 371:2,5
371:6 376:2,4
377:15 378:16
378:21 379:15
379:18,23
**distinct** 360:21
**distress** 443:12
**district** 1:1,1
4:13,13
**diverse** 131:24
131:25 132:2
**dli** 80:12
**document** 9:9
9:14 10:13,16
11:9 18:13,20
19:3,8,14
21:18,21,23
23:13 24:21,24
25:23 26:5
27:16 29:9,13
30:6,20 31:8
31:12,19,20,22
32:9,10,13,14
33:2,8,21 34:2
44:8 45:3,9,11
45:11,14,16,21
46:20,21 54:13
54:16,21 56:14
65:14,16,17
68:18 71:18
73:5,7 74:6
79:15 93:2,4
146:10 383:18

383:21,24
384:4,12 386:3
386:24 392:9
404:14,14
405:18 407:24
411:8
**documentation**
20:10 145:25
201:2 268:14
276:17,17
320:4 403:22
418:11,13
**documented**
388:24
**documents**
10:3,8 31:17
32:2,21,24
55:5 56:13
119:20 364:17
389:18 404:2
426:21 427:6
**dog** 200:2
**doing** 39:19
68:4 87:4,13
88:9 116:16
218:6 264:6
280:4 321:5
324:3 354:2,3
354:18 374:12
377:5
**dollars** 442:16
**dominican**
164:13 225:12
302:15

**[door - employee]**

| | | | |
|---|---|---|---|
| **door** 278:5 | **drove** 14:6,20 | 429:19 441:11 | **either** 7:25 23:6 |
| 279:2 415:24 | 416:20 422:15 | **early** 77:20 | 48:22 52:16 |
| 434:21 436:5,7 | **due** 222:18 | 78:2,11 93:24 | 59:16 100:9 |
| 436:8 | 431:18 441:9 | 94:17 111:22 | 136:5 164:25 |
| **dot** 14:9 103:7 | **duly** 6:6 452:8 | 128:23 176:12 | 185:4 204:10 |
| 103:7 | **durante** 209:6 | 228:2 230:16 | 248:18 270:7 |
| **doubt** 9:24 | 209:10,25 | 310:13 393:24 | 274:8 303:18 |
| 401:5,8,18 | 210:5,11 | 394:4,9,11 | 307:2 347:23 |
| **doubting** 9:19 | 221:23 352:5 | 433:5,8 | 355:6 369:23 |
| **drive** 14:2,5 | 352:12 | **easier** 9:21 | 370:16 430:16 |
| 78:2 101:21 | **duties** 15:17 | **eastern** 1:1 | **elaborate** 58:12 |
| 103:13 241:10 | 16:18 129:3 | 4:13,16 449:13 | 58:23,23 87:23 |
| 395:15 402:9 | **duty** 71:21 | **easy** 137:6 | 101:11 217:9 |
| **driver** 13:25 | 72:12,21 | **eat** 159:10 | **elapsed** 374:21 |
| 14:3,9,17,18,20 | **dying** 177:19 | 446:13 | **emotional** 70:8 |
| 14:21,21 16:24 | **e** | **ecuadorian** | 443:12 447:9 |
| 82:8 99:15 | **e** 2:1,1 6:5,5 | 225:14 | **emotions** |
| 100:19 101:17 | 225:7 285:3 | **education** | 346:14 |
| 102:5 103:7,8 | **earlier** 6:13 | 437:13 438:6 | **employ** 63:19 |
| 103:20,24,25 | 15:15 47:2 | 448:4 | **employed** 8:19 |
| 306:4 310:15 | 50:4,6,16 54:6 | **eeo** 25:6,12 | 11:21 20:21 |
| 322:16,17 | 64:6 78:21 | 28:8 46:22 | 25:7 28:22 |
| 335:12 396:2,3 | 97:22 99:18 | 450:12 | 44:14 46:4 |
| 396:4,11 433:2 | 114:25 124:2 | **eeoc** 44:9 46:6 | 49:5 53:6 67:3 |
| **driver's** 393:2 | 139:13 144:25 | 46:11,17 407:5 | 68:15 102:25 |
| **drivers** 14:11 | 155:15,23 | 450:10 | 103:3 180:5 |
| 17:10 130:15 | 156:8 163:9 | **effort** 202:2 | 440:7 445:10 |
| 245:25 265:20 | 187:16 189:17 | 320:8 380:22 | **employee** 17:23 |
| 300:22 395:19 | 272:6,8 275:24 | **eight** 63:11,12 | 20:14,20 22:4 |
| 396:17 | 288:22 289:8 | 71:2,14,16 | 22:6,16 26:11 |
| **driving** 104:11 | 316:17 317:15 | 95:12,14 96:5 | 28:4 29:21,24 |
| 241:11 329:17 | 336:5,25 | 96:25 101:20 | 30:24 35:19,21 |
| 329:24 396:15 | 338:19 378:20 | 344:12 442:20 | 35:24 38:2 |
| **drop** 354:20,22 | 388:18 398:15 | **eighth** 71:14 | 48:19 52:14,18 |
| 380:25 | 406:4 425:24 | | 72:10 73:14 |

Alpha Reporting
A Veritext Company

**[employee - essentially]**

74:2,14 76:13
77:2 134:14
206:23 207:3
234:14 302:7
307:5 327:20
384:14 394:2
396:21 397:8
397:24 398:9
399:13 441:3
441:20
**employee's**
26:19 27:5
29:25 48:7
**employees**  12:8
18:4,6 25:3
27:24 28:9
44:12 48:12
68:23 80:25
86:16 109:5
113:20 114:2
132:6 142:4
171:9 172:4,15
174:17 247:16
278:7 300:8
303:22 307:15
311:2 338:14
338:16,17,18
339:6,15
342:23,24
376:7 390:20
390:21 398:11
398:13 402:8
**employer**  440:9
440:25

**employers**
446:22
**employment**
8:17 12:5
19:23 20:12
23:5 24:5,25
25:17,24 27:25
30:7 36:15
48:4,13 64:15
67:11 80:20,22
81:3 359:13
370:4,6 407:4
440:23 441:2
441:19 450:8
**empty**  85:11
87:13
**encourage**
173:2
**ended**  44:6
**ends**  449:7
**engage**  387:2
388:18 410:12
410:16
**engaged**  389:3
**engaging**  72:7
**enrique**  105:15
105:18 107:3
224:20 227:11
227:12 229:21
233:15 234:2
239:19 240:3
**enrolled**  438:13
438:22
**ensure**  33:2

**ensured**  441:18
**enter**  384:14
**entire**  60:21
61:2,7,14 62:3
70:20 74:19
94:12 131:23
178:22 180:7
353:25
**environment**
26:7 29:19
125:12,19
138:10 161:18
164:2 168:9,16
168:22,23
171:10 172:19
396:20 397:19
397:19 427:14
**equal**  24:25
25:17,24 27:25
407:3
**equally**  319:18
**equipment**
178:14
**eric**  1:7 79:22
80:7,23 108:5
108:7,17,18,21
108:24 109:12
109:18,20,21
110:3 112:12
112:16,19
113:3 114:13
116:10 118:22
119:2 120:2,4
121:14,14,25
133:5,13,16,19

133:23 135:6
136:11 137:9
137:12 152:13
156:17 157:10
165:19 166:19
206:14,17
221:2 250:4
263:21 277:5
283:3 292:2,4
292:6,15 386:8
389:20 390:9
390:19 393:8
394:10,11
395:14 405:25
429:9 431:7,9
432:10,14
433:10,13
**eric's**  123:17
158:5 434:20
**escalate**  150:18
151:2 152:3
155:18
**escalated**
398:10
**escalating**
145:20 154:17
374:18 379:10
**esq**  2:9,17
**essentially**
19:24 41:8
90:19 94:19
123:21 207:7
230:17 235:9
388:25 411:7
413:13

**[established - explain]**

established
  163:11
estimate   96:3
  182:4
et   4:11
ethic   447:3
event   21:2
events   364:12
eventually
  140:8 184:8
  186:17 265:9
  346:15 355:6,8
everybody
  111:2 132:3,4
  358:20,20
  394:23
everyone's
  130:4
evidence   164:4
  165:15 239:10
  284:6 315:23
  316:3 317:21
  320:24 321:16
  345:9 346:23
  390:25 391:2
  402:25 403:19
  404:7 407:25
  408:4,5,9
  411:19 413:5
  432:3,5,6,9
  433:25
exact   33:10
  67:6 186:25
  246:16 333:20
  419:6

exactly   43:10
  57:15 120:6,20
  130:23 144:20
  151:6 158:17
  164:15 165:22
  211:13 220:16
  246:14,19
  282:10 335:6
  427:2 430:3
  439:6
examination
  3:5,13 6:10
  450:4
examined   6:8
examining
  286:13
example   34:18
  34:24 39:14
  50:8,18 94:6
  107:20 146:13
  149:11 163:18
  168:4 183:6
  192:21 209:4
  229:10 300:3
  301:8 308:4,15
  321:21 434:16
examples
  262:12 283:3
  293:14 310:9
  352:14
except   3:21
  23:4 298:20
exception
  352:7

excuse   47:20
  57:10,10 82:18
  82:18,21 90:21
  98:10 213:21
  218:17 235:7
  294:6,6,8
  295:20 319:2
  384:19 430:15
excuses   130:24
  132:15,20
  426:8 429:6
exhibit   9:10
  18:22,25 19:12
  19:19 21:19
  44:24 45:24
  46:22 53:22
  54:18 65:18
  71:5 79:20
  93:5 167:23
  274:6 285:25
  383:15,16,17
  384:3 389:13
  392:10 404:22
  406:20 407:17
  412:14,18,20
  414:2 425:4,9
  425:21,23
  450:7,8,9,10,11
  450:12,14,15
  450:16,17,18
  450:19,20,21
  450:22,23
  451:3,4,5,6
exhibits   9:12
  450:5

expect   135:23
  136:9 149:7,9
  149:11
expectation
  136:5,9,11,15
expects   68:23
experienced
  161:20
experiences
  389:6
experiencing
  139:8
expires   21:3
explain   8:7 9:5
  12:5 14:23
  17:3 34:18,23
  37:2 48:8
  93:15,21 99:12
  114:19 116:10
  121:7 126:25
  136:6 151:8
  157:18 175:11
  180:25 183:13
  189:5 190:4,6
  190:15 198:15
  202:6 217:10
  222:17 223:14
  227:9,16 234:9
  269:18 280:21
  289:12,24
  300:11,21
  319:14 323:25
  325:19 332:24
  345:5 353:3
  389:14 406:21

Alpha Reporting
A Veritext Company

**[explain - federal]**

429:15 446:9
**explained**
16:23 23:22
114:25 115:5
133:20 144:25
198:16 350:24
364:11 406:3
407:3 416:14
416:18
**explaining**
120:25 399:21
403:13
**explanation**
81:21 86:10
100:16
**explanatory**
323:16
**express**  1:6,6
2:13 4:10 22:6
25:25 26:6
29:18,23 71:22
72:22 110:24
119:21 197:5
206:11,24
274:20 392:25
414:10
**expressed**
111:2 197:2,4
274:19 393:11
422:5,7 427:18
**expressing**
138:7 139:4
142:5 426:15
427:10 429:14

**extended**
354:15
**extent**  20:19
31:7 162:17
**extremely**
149:25 168:25
183:9 197:16
223:17 311:10
314:15 401:25
424:7 434:9
446:12,21
**eye**  391:9
420:14

**f**

**face**  104:25
174:13 338:25
354:5 398:21
**faced**  402:7
**faces**  145:11
**facility**  345:13
384:15
**fact**  33:6 40:3,8
74:18 109:7
154:18 169:2
183:5 215:11
219:11 298:20
307:14 317:17
318:3,8 319:23
319:24 347:21
372:15 393:3
403:5 441:9
**factors**  30:11
**facts**  281:17
288:17 421:25

**failed**  413:13
415:13
**failing**  307:17
309:21
**faint**  189:7
**fair**  161:14
162:9,13,15
388:15,22
390:14 412:23
421:23 423:11
450:19
**fairly**  388:25
390:12
**faith**  40:6
388:10 389:25
433:24
**fall**  352:3
**false**  252:24
**falsely**  378:13
**familiar**  11:9
19:17 21:25
24:22 44:13
45:5 73:8,11
175:12 383:19
383:21,23
400:22 405:18
**familiarized**
73:19
**fantastic**
163:16 254:5
286:5 366:18
413:25 429:4
437:7
**far**  16:7 23:18
34:7 75:7,11

75:20 81:9
83:9 103:9
108:25 137:25
138:2 139:7
175:13,20
182:20 194:12
204:2 216:19
253:14 254:10
262:2 281:6
335:11 365:14
365:14,23
366:4 389:6,6
390:4 411:8
438:15,25
439:2,18,20
**fast**  353:16
**faster**  77:18
**faulty**  329:3
330:25
**fear**  70:5
125:14 245:7
246:4,5,10
276:11,14
283:7,9 354:19
355:2
**feared**  226:23
227:19 228:12
248:7
**february**
321:21 341:18
341:22 344:15
**fec**  74:9
**federal**  1:6 2:13
4:10 6:15
29:22 80:8

[federal - find]

| | | | |
|---|---|---|---|
| 90:10 216:17 | 334:22 338:14 | **feeling**   183:19 | 408:8 411:24 |
| **fedex**   1:6 2:23 | 338:16 345:23 | 333:15 | 416:15 419:11 |
| 8:17,19,24 | 346:3 376:7 | **feels**   35:24 | 420:7,15,15 |
| 11:14,21,23 | 384:13,15,21 | 229:8 | 435:10,11 |
| 12:2,6,10,13,21 | 385:8 392:18 | **fees**   84:21 | 446:23 |
| 13:7,22 14:4,6 | 392:25 414:9 | **feet**   355:16 | **female**   322:8,9 |
| 14:7,11,12,13 | 427:24 440:24 | 365:24,25 | **fight**   388:12 |
| 14:18 16:22 | 445:9 | 366:7,14,17,19 | **fighting**   71:21 |
| 17:4 22:6 23:6 | **feeding**   347:12 | 368:12,13 | **figure**   131:17 |
| 24:6 25:5,12 | 349:3 | 370:24 378:18 | 133:22 151:3 |
| 25:25 26:6,17 | **feel**   100:15 | 379:2,16 | 152:4 317:13 |
| 26:25 27:2,10 | 109:3 116:19 | **fell**   390:22 | 425:14 |
| 28:22 29:15,18 | 126:15 133:13 | **felt**   100:18 | **figured**   346:13 |
| 29:23 36:6,9 | 139:15 140:6 | 102:11 104:11 | 354:8 412:3 |
| 36:15 44:12,14 | 140:12 169:6 | 109:7 112:9,10 | **file**   44:20 46:3 |
| 44:20 46:4 | 183:10,11 | 119:21 124:19 | 46:6,11 53:2 |
| 49:5,14 53:6 | 192:7 196:16 | 140:2,24 | 117:11 154:23 |
| 62:20,22,23 | 202:7,8 223:19 | 141:12 143:25 | **filed**   6:15 45:6 |
| 63:19 64:15,25 | 243:6 250:9 | 145:13 150:8 | 79:22 80:2,7 |
| 67:11,14,18 | 267:20 274:21 | 184:10 201:5 | 93:4 163:23 |
| 68:16,19,23 | 275:15 276:25 | 203:19,21 | 165:17 166:21 |
| 70:12 71:22,25 | 280:15,18 | 226:4 228:3,10 | 168:7 174:4 |
| 72:12,15,22 | 287:12 289:10 | 228:15 241:25 | 413:9 445:12 |
| 73:20 79:22 | 290:16 295:16 | 242:3,13 270:3 | **filing**   3:13 |
| 80:7 81:17 | 321:6 323:15 | 281:3,21 | **filipino**   132:3 |
| 102:17,25 | 342:6 347:20 | 286:18 288:23 | **fill**   51:21 56:12 |
| 103:4,14 104:4 | 349:13 362:12 | 306:11 321:5 | **filled**   389:10 |
| 129:21 165:20 | 375:14 377:18 | 329:4 332:25 | 411:4 |
| 165:24 166:18 | 392:14 394:22 | 336:15 339:5 | **filling**   16:10 |
| 167:2 205:4,17 | 397:13 400:9 | 350:14 353:21 | **final**   80:23 81:2 |
| 206:10,11,24 | 400:15 401:15 | 356:23 379:23 | 81:10 |
| 206:25 207:6 | 402:5,14 | 379:25 380:5,9 | **finally**   381:3 |
| 251:22 291:20 | 403:14 408:18 | 389:25 390:11 | 419:16 |
| 306:6 330:14 | 421:5 434:9,15 | 391:6 397:18 | **find**   119:8 |
| 331:20 333:19 | 435:6 | 401:11 402:23 | 137:6 195:13 |

Alpha Reporting
A Veritext Company

**[find - forth]**

| | | | |
|---|---|---|---|
| 278:23 310:17 | 27:16 41:13 | 417:3,8,19 | **following** |
| 326:13 328:17 | 47:20,20,21 | 421:25 428:18 | 192:24 450:24 |
| 331:25 335:4 | 48:20 52:15 | **five** 22:21 71:2 | **follows** 6:9 |
| 347:22 401:10 | 54:8,8 55:7,10 | 76:17 92:17 | **food** 285:9 |
| **finds** 195:8 | 56:10 64:17 | 161:13 167:10 | **foods** 444:7 |
| **fine** 9:21 18:25 | 68:22 73:24 | 179:8 182:8,10 | **foot** 9:7 311:5 |
| 31:11 32:16 | 95:10 97:5 | 186:23 187:9 | 379:6,16 |
| 33:5,24 43:20 | 98:3 101:4 | 187:17,20,24 | **footage** 346:10 |
| 58:13 83:5 | 104:20 105:15 | 188:11,15 | 367:13 408:8 |
| 159:18 216:9 | 105:25 108:8,9 | 189:19 190:3 | 408:11 |
| 265:5 376:24 | 108:16 109:17 | 191:17 226:7 | **force** 235:25 |
| 378:12 434:23 | 114:12 116:8 | 260:15 270:24 | **forced** 164:3 |
| **finish** 41:21 | 117:11,19 | 279:22 312:13 | 168:10 |
| 77:18 94:18 | 118:3,7,10,19 | 366:7,14,17,19 | **forehead** |
| 205:19 228:7 | 119:10,14 | 368:12,13 | 432:23 |
| 360:3 380:16 | 125:23 126:2 | 370:24 381:21 | **forget** 437:19 |
| 384:19 428:3 | 126:10 127:3,7 | **floor** 142:19 | **form** 3:21 30:7 |
| **finished** 153:23 | 131:3,4,5 | 355:11 400:25 | 80:3 119:20 |
| 215:21,24 | 132:22 140:18 | **flow** 322:22 | 144:8 158:13 |
| 216:3 370:9 | 147:23 154:10 | **floyd** 139:3 | 158:14,21 |
| **fire** 323:11,14 | 175:15 192:10 | 142:3,9,9,13,16 | 275:15 281:4 |
| 323:24 324:18 | 220:11 234:23 | 145:19 199:3 | 311:19 389:10 |
| 325:15,24 | 238:25 263:11 | 396:18 | 406:15,16 |
| 326:4 327:5 | 264:14 277:17 | **floyd's** 138:8 | 411:3,4 450:20 |
| **fired** 279:12 | 336:14 340:11 | 138:20 142:6 | 450:23 451:4 |
| 385:11 388:9 | 344:21 353:11 | 143:3 145:22 | **formal** 140:20 |
| 421:22 424:13 | 355:18 366:24 | 192:24 426:16 | **formally** 417:6 |
| 444:7 446:23 | 371:22,24 | 427:11 | 417:13 |
| **firing** 431:16 | 372:5,11,12,19 | **fluctuate** | **forming** 21:2 |
| **first** 6:6,24 | 373:4,16,20,23 | 129:21 130:4,8 | **forms** 26:8 |
| 8:18 14:8 15:5 | 374:3 375:21 | **follow** 332:6 | **forth** 73:17 |
| 15:14 16:6,22 | 392:17,19 | 333:11,13 | 194:12 242:17 |
| 17:4 19:16 | 393:2,18 | **followed** 138:9 | 351:24 365:6 |
| 21:3 23:21 | 396:23 405:15 | 148:5 387:17 | 452:8 |
| 25:22 26:4,25 | 414:8 416:25 | 427:12 | |

Alpha Reporting
A Veritext Company

**[forward - getting]**

forward  12:13
166:23 446:20
found  16:11
115:9,23 117:7
118:17 125:4
196:14,19
197:6 203:14
204:14 238:8
257:9 259:11
363:5 402:3
418:5
four  19:22
22:21 71:2
74:12 96:4
97:20 113:13
188:9 214:15
216:19 241:2
266:7 442:19
444:21,25
fourth  392:9
frank  147:17
147:18 148:12
150:17 241:12
241:14,15,19
241:24 242:10
242:13,19,22
243:3,8 357:12
frankly  371:10
free  26:7 28:4
freight  129:22
130:8 353:19
friend  315:14
316:10,18
317:5,6,17,18
318:4,13 319:9

319:10,21,24
319:25
friends  110:9
115:3 170:25
171:23 280:20
280:23 282:21
282:25 283:2,4
283:14 328:10
331:8 343:4
363:19
front  45:11
65:15 79:15
93:2 144:12
167:24 201:7
252:16 286:2
345:14,18,25
387:8 397:9
frowned
184:13 223:17
223:23,25
frustrated
379:12 424:17
fuck  120:9
228:6 230:2
233:21,24
fucking  356:16
full  13:12 76:12
77:2 98:24
101:20 105:9
105:19 164:24
178:12 209:15
209:18 322:5,6
389:21 394:2
421:10 441:20

fully  178:11
232:15 354:15
fun  278:24
function
176:25 300:24
353:8,10,18
functioned
310:8
functions  29:5
71:23 72:13
funny  42:10
195:9 196:13
198:25 232:17
232:20 274:22
282:5 326:11
326:13 343:6
358:16
further  3:11,19
163:25 168:8
192:17 320:10
320:12 447:18
452:12
future  446:21

**g**

gabriel  2:17 5:5
6:12 89:19
gain  412:4
gap  115:21
139:9 265:7
430:5
gas  329:25
gauge  322:20
ged  438:13
gender  116:5

general  45:4
73:13 245:2,4
245:11 276:2
360:9,10,12,15
360:16 394:20
448:19
generally
151:13 217:17
388:8
gentleman
164:9 169:9,18
169:25 339:18
gentlemen
169:22
gentlemen's
105:12
genuinely
111:15
george  2:15
138:8,20 139:3
142:3,6,9,9,12
142:16 143:3
145:19,22
192:24 199:3
396:18 426:16
427:11
getting  102:24
106:16 189:8
240:22 283:7,9
330:21 334:10
350:6 351:13
353:17 375:13
377:12 379:24
380:23 385:11
390:17 410:3

Alpha Reporting
A Veritext Company

**[getting - going]**

419:5 420:16
424:12 441:13
447:2
**gft**   46:5 80:3
387:4,6,14,17
388:18 390:3,7
390:24 391:6
402:23 403:13
404:4,5 405:4
405:6,7,14,15
405:22 406:2
407:8,12 411:3
412:9,13 413:3
413:13 415:3
415:13 417:2,9
417:16 422:2
424:9,12 441:9
441:13,16
**gftp**   387:2
388:21 389:3
389:10,16
402:16 406:15
406:21,22
409:17,22
450:20,23
451:4
**girl**   164:22
**give**   5:13 10:18
10:25 11:2
18:14 34:18,23
34:24 58:25
62:16,18,19
90:2,17,19
94:6 96:2
97:20 105:9

107:20 160:10
160:11 163:18
174:14 175:16
176:15 179:4,6
180:12 181:10
183:6 216:18
217:16 218:4
224:13 227:7
228:5 230:2
233:21,23
235:25 247:2,9
247:15 265:11
267:24 273:14
303:22 304:7
312:16 322:20
339:13,16
360:21 385:19
385:23 399:16
401:4,17
412:10 413:15
420:19 428:17
**given**   23:21
61:20 62:9,11
62:12 63:10
218:5 262:22
452:10
**gives**   81:12
406:8
**giving**   58:19
175:5,14
245:24 247:5
262:13 266:9
284:14 338:10
342:14 352:15
420:2

**glad**   32:18
96:22 202:22
212:13 232:11
412:10 425:12
**glasses**   170:2
**go**   17:17 25:16
32:25 33:14
41:22 53:16,22
60:20 65:14
68:4 72:4
82:25 84:18
88:10,23 89:16
94:12 98:6
109:25 112:17
117:2 123:20
138:2 144:7
147:8 159:21
170:10 177:17
177:25 178:9
201:6 205:2
210:19,21
211:18 219:12
220:9 221:15
223:14 227:22
227:24 229:14
230:21 231:11
242:16 271:12
284:19 290:17
293:12,15,17
297:20 298:3
303:21 310:2
310:10,15
322:18,24
323:21 350:5
357:12 364:12

371:17 381:24
382:25 383:2,4
385:2 388:3
393:24 401:20
403:13 422:9
433:4
**god**   5:15
381:10
**goes**   26:12
29:25 48:7
126:13 237:23
305:12 322:21
**going**   9:8,9
12:15 13:2,5
13:10,10,17,19
18:17 19:18
21:19,20 26:4
29:8 31:6 32:2
32:21 33:7,12
37:12,16 38:18
39:17 40:10,13
40:22 43:22,24
46:21 54:20
57:14 58:24
73:4 79:19
84:12,16,17,18
84:19,21 85:25
86:2,3,6,25
87:6 88:10,14
108:13 121:2
135:20 139:2
140:12 144:21
149:14,15
152:14 159:25
166:15 172:21

**[going - handed]**

183:17,23
184:4,11,20
185:14,19
196:8 197:9
199:6 201:13
201:17,21
203:2 205:18
211:25 212:4,5
213:14,17
214:11 219:4
222:9,20
223:12,20
228:7 229:9,17
236:10 246:18
250:11 264:6
265:19 267:25
269:17 273:4,8
273:13 283:12
283:23 288:10
297:17 298:12
299:16 313:7
323:10,14,24
324:18 325:15
325:24 326:4
327:4 332:3
337:11 342:10
349:14 365:8
366:24 379:8
379:13 381:18
384:2 388:9
389:12,25
391:14 404:13
404:21 406:19
409:11,14
417:24 435:12

440:2 444:19
446:8 448:9,14
449:14
**gonna** 387:4
**good** 4:2 40:6
159:15 171:23
297:14 314:23
331:7 388:10
389:7,24
422:15 433:24
441:3
**gorilla** 209:12
210:12,14
396:21,24
397:5
**gotcha** 97:19
98:6 101:22
153:6 267:14
268:9 317:12
325:13 373:11
392:5 417:10
**gotta** 260:15
348:2
**gotten** 101:7
**governing** 88:7
**grab** 167:8
285:9
**grabbed**
354:19 380:23
**grace** 178:9
**gracious** 297:6
**great** 81:23
82:14 83:6
91:23 272:10

**grew** 418:6
**grievances**
224:4 422:6
**gross** 215:12
**grounds** 323:9
**groundwork**
320:9
**groups** 398:13
**grown** 393:12
**guaranteed**
388:15,22
450:19
**guard** 408:21
440:14 442:12
442:14
**guess** 72:19
74:11 148:23
148:23 198:24
205:4 343:5,9
368:21 403:10
**guessing**
324:16 341:13
**gung** 391:5
**gut** 333:15
**guy** 82:5
252:18 255:20
401:6
**guys** 120:23,23
143:12 272:5

**h**

**habit** 311:14
312:3
**half** 96:7,7 97:3
97:4 107:11
368:5 379:6,16

421:9
**halfway** 27:19
**hand** 5:11 9:8
18:20 19:3
21:20 24:18
29:8 30:21
73:4 354:4
355:6,9 367:18
368:23 370:5
371:9 372:4
375:16,18
380:3 381:8,13
404:13 413:17
433:3,6 452:17
**handbook** 22:6
23:16,18,20
24:2,5,9,12,14
47:3,4,12,13
53:11 54:2
55:11 56:5,9
56:18,21,24
57:2 59:4,5,9
59:23 60:11,18
60:22 61:3,7
61:14,19 62:3
62:9 63:6,18
63:25 64:7,11
64:15,17 65:3
65:8,12 70:17
450:9
**handed** 45:24
46:21 68:18
73:6 158:17
178:21 383:18
383:24 384:9

**[handed - health]**

384:10 386:2
409:19 411:2
413:20
**handing**   21:18
406:14
**handle**   109:2
148:20
**handled**   112:8
112:9 113:3
116:10
**hands**   148:6
354:20 398:4
**handwriting**
385:13
**hang**   181:6
182:4 185:25
188:3 191:14
**hanging**   182:2
187:21 189:19
191:23 192:3
262:12 263:4,6
266:9
**happen**   65:5
86:6 126:11,14
126:21 139:12
143:20 149:18
149:22 171:24
188:8 190:11
190:24 201:15
201:19,23
238:13 280:13
283:25 416:19
**happened**   51:8
78:5 79:7
108:8,9 112:22

115:25 118:8
119:5,15,19
124:21 125:22
126:4 133:21
133:23 137:18
138:18 140:25
142:10,10
145:21 147:10
152:9 153:18
153:24 156:6
156:15 157:15
157:23,25
158:3 160:2,5
160:7,20
173:23 186:23
187:17 188:5
188:11,14
189:18,24,25
190:3,25 191:7
207:25 223:2
239:7 242:25
244:10 251:12
263:12 264:15
278:9 280:5
281:16 284:8
286:22 288:17
309:10,16
326:21 327:6
333:12 335:20
341:24 353:13
353:14 355:10
355:23 368:2
368:24 372:4
387:11 389:14
390:2 399:19

400:4 409:3
412:7 423:6,10
**happening**   51:6
78:4 139:6
141:15 170:12
173:6 179:24
190:14 265:8
295:24
**happens**
217:17 303:21
**happy**   43:7
90:18
**harass**   231:16
**harassed**   28:24
50:9,9,20
245:23 280:19
281:21 296:8
393:3,6,16
**harassing**   48:3
134:9 154:20
218:25 252:2
280:24 290:9
290:24 293:5
295:21 428:9
428:12 430:16
**harassment**
26:9,11,18
27:5 29:6,9,14
29:20,24 30:7
30:10,25 34:3
35:21,22 36:11
37:24 38:8
42:4,18 47:23
48:6,14 49:7
49:15,23 51:2

51:12 52:10
53:3 127:13,19
163:5,19 246:3
246:20,21
266:15 280:17
281:20 287:17
287:21 289:7
290:8,15,19
348:11 431:8
450:11
**hard**   51:6
99:10 181:10
247:3,5,9,16
267:3 322:20
348:16 394:6
395:10,15
396:16 432:24
433:4 446:21
**harder**   99:8
**hate**   130:25
132:21 426:9
429:7
**head**   7:10,11
17:5 28:19
107:7 115:15
143:10 309:8
351:24 352:19
390:4 393:10
399:6 408:21
420:14
**headquarters**
389:23 415:19
**health**   439:25
440:3

Alpha Reporting
A Veritext Company

[hear - hit]

| | | | |
|---|---|---|---|
| **hear**  7:11 8:2 | **helping**  377:8 | 237:6,7 239:4 | **hindsight** |
| 55:21 91:19,21 | **henry**  15:20 | 245:23,24 | 112:25 248:21 |
| 91:22 106:13 | 64:21 74:20,24 | 246:3,20,23,24 | 248:23 249:2 |
| 106:17 111:24 | 77:24 78:18 | 246:25 247:8 | 249:17,23 |
| 128:2 181:6 | 79:3 89:21 | 247:15 262:13 | 250:3 276:23 |
| 188:4 314:20 | 92:4 94:15 | 263:2,7,14,21 | 276:25 290:21 |
| 354:9 364:16 | 97:10 98:4,10 | 263:25 283:2 | 291:8 390:22 |
| 398:16 402:20 | 99:17,21 100:2 | 330:5 332:11 | 403:10 |
| 412:6 | 100:5 104:17 | 332:13,14 | **hired**  14:8 16:6 |
| **heard**  44:17 | 106:18 109:12 | 333:12,14 | 16:22 23:21 |
| 55:21 67:21 | 109:21,25 | 335:19 358:8 | 26:25 102:17 |
| 113:14 117:6 | 110:3,13 | 393:8 395:13 | 392:24 393:3 |
| 118:11 143:7 | 111:12,25 | 397:12 403:8 | 393:18 396:15 |
| 144:14 164:7 | 112:14 113:14 | 426:3 428:19 | **hispanic**  15:13 |
| 164:16 165:14 | 114:13,15,19 | 429:5 | 75:14,17 132:2 |
| 168:12 170:9 | 114:22 116:2 | **henry's**  264:5 | 165:8 253:19 |
| 207:12 234:2 | 118:2,9,14 | **hereinbefore** | 293:10 325:4 |
| 268:23 270:2 | 119:2 120:3,10 | 452:8 | 357:3 361:25 |
| 275:11 327:17 | 121:10,11,14 | **hereto**  3:5 | **history**  73:15 |
| 355:8,18 357:6 | 121:19,24,25 | **hereunto** | 73:16,16 74:6 |
| 389:25 398:19 | 122:6 123:3 | 452:16 | 74:10,13 |
| **hearing**  92:5 | 128:14 130:3 | **hey**  161:9 | **hit**  354:6,12 |
| 106:10 142:19 | 133:13,18 | 166:24 328:22 | 355:25 364:18 |
| 143:11 272:11 | 135:7 163:13 | 329:19 | 367:2,3,6,16,17 |
| 411:25 | 185:5 195:18 | **hi**  271:21 341:9 | 367:18 368:2,4 |
| **heavy**  241:11 | 196:7,10,12,19 | **high**  437:15 | 368:6,10,15,23 |
| **hello**  181:4 | 196:21,22 | 438:7 | 371:9 372:4,10 |
| 340:20,23 | 197:5,14,19,22 | **higher**  412:3 | 372:11,14,15 |
| 341:3,5 | 198:2,4,10 | **highest**  68:24 | 372:16,24 |
| **help**  5:15 94:19 | 201:8 203:22 | 437:12 438:5 | 373:10,12,19 |
| 177:23 223:10 | 204:3 206:10 | **highly**  111:5 | 374:10,24 |
| 281:5 348:17 | 206:10 222:5,8 | 184:13 | 375:5 376:4 |
| 377:6 | 222:18 227:23 | **hindered** | 378:23 379:21 |
| **helped**  129:6 | 228:4,5 229:13 | 441:13 | 400:19,20 |
| | 233:19,23 | | 402:4 |

**[hits - idea]**

| | | | |
|---|---|---|---|
| **hits** 354:4 | 76:23 77:10,13 | 393:25 408:22 | 187:22 188:10 |
| **hitting** 364:23 | 77:14 78:23,25 | 425:10 442:17 | 188:13 211:15 |
| 365:3 380:2 | 79:2,5,9,10 | 442:20,20 | 227:21 264:16 |
| **ho** 391:5 | 81:20 82:10,11 | **howard** 2:21 | 276:10 307:22 |
| **hold** 91:7,25 | 82:16,16 86:9 | 4:18 | 316:19 341:21 |
| 272:22 294:21 | 86:15,16,20 | **hr** 24:15 28:3,5 | 368:14 373:17 |
| **holding** 18:15 | 93:10,12,18 | 28:10,24 31:4 | 379:3 403:23 |
| 92:2 | 94:4,7,8,10,22 | 34:4 36:3,18 | **human** 27:17 |
| **holiday** 240:16 | 95:10,12,14 | 36:19 48:16,21 | 27:22 50:18 |
| **home** 297:20 | 96:4,11 97:6 | 48:23,24,25 | 133:9,17,25 |
| 298:4 382:25 | 97:13,21,25 | 50:7 51:5,7,20 | 149:10 414:6 |
| 383:2,4 393:24 | 98:10,12,19,19 | 52:16,17,19,19 | **humor** 277:16 |
| 416:21 422:16 | 98:25 99:5,7 | 52:25 66:23 | 278:18 |
| 433:5 | 99:13,14,19,20 | 67:2,22,25 | **hung** 175:10 |
| **honestly** 88:9 | 99:21,23 100:2 | 68:3,6 133:11 | 183:6,21 184:5 |
| 124:19 133:10 | 100:6,14 | 147:9 221:6,9 | 186:5 187:4,5 |
| 134:2 410:25 | 101:16,21 | 248:22 249:3 | 187:8,12 |
| 419:13 446:23 | 104:10,13,16 | 249:18 259:20 | 190:16 191:7 |
| **hope** 83:14 | 104:18,22 | 276:24 277:5 | 399:18 |
| **hopefully** | 110:5 111:16 | 414:6 422:8 | **hunter** 172:13 |
| 284:24 285:20 | 111:17 128:11 | **hr's** 29:5 68:13 | **hurry** 53:15 |
| **hostile** 125:12 | 128:13,15 | **hub** 48:23 | 148:8 |
| 125:19 138:10 | 129:2,4,9,12,13 | 52:17 | **hurt** 254:24 |
| 164:2 168:9,17 | 129:14,14,17 | **huffer** 414:5 | 347:25 367:20 |
| 168:23,24 | 129:18,21,23 | **huh** 15:16 16:4 | 370:5 375:16 |
| 169:2 171:11 | 129:24 130:4,7 | 20:5 22:11 | 375:17 |
| 172:18 396:21 | 214:16 216:19 | 30:17 97:12 | **hurtful** 148:10 |
| 397:18,19 | 216:19 262:14 | 118:21 119:11 | 149:25 326:14 |
| 427:13 | 263:3,8,10,13 | 121:16,18 | **hyphen** 25:25 |
| **hour** 96:5,25 | 263:14,24 | 123:9 124:23 | **hypotheticals** |
| 260:15 421:6,8 | 264:2,5,10,11 | 125:2,6,24 | 334:16 |
| 421:9 442:2,5 | 264:18,20,22 | 126:3 144:16 | **i** |
| **hourly** 442:3 | 265:4,9,17,22 | 152:17,19,22 | **idea** 99:25 |
| **hours** 13:9 | 266:8 270:24 | 153:11 157:5 | 132:9 190:16 |
| 63:11,12 76:21 | 343:7 381:21 | 168:15 187:15 | |

Alpha Reporting
A Veritext Company

**[ieeo - individuals]**

**ieeo**  44:15,17
44:20 45:6
46:4,14,17
47:22 48:4,20
48:24 49:6
51:18 52:9,14
52:18 65:21
413:10 414:10
414:12,16,23
415:7 417:19
**ignore**  105:2
125:12 346:13
356:20 374:16
400:18 401:7
402:3 429:20
**ignored**  146:22
180:23 368:21
372:9 373:8
**ignoring**  175:6
353:25 374:4
374:13
**illegal**  29:20
30:10
**immediately**
31:3 36:2
155:17 263:23
268:20 273:18
300:4,12
382:10,13
**impacted**  446:6
446:10
**impermissible**
188:25
**implied**  387:25
391:25 392:4

422:21 423:2
**imply**  422:24
**important**  7:3
7:4 184:10
306:12 336:16
**imposed**
130:17 438:3
**imposing**  435:6
**impossible**  30:8
**impression**
81:13 116:22
116:24 123:24
126:7 383:11
**improper**  58:8
**inappropriate**
112:15 113:22
116:2,5 213:16
214:16 334:14
334:14 337:20
370:2
**inaudible**
271:20 272:9
272:23
**incident**  35:20
109:5 111:16
111:24 115:13
116:9 119:9,10
132:22 141:19
148:22 154:24
155:16 160:15
161:2,21
162:22 164:18
173:23 191:6
195:16 201:3
202:10,24

221:12,25
222:5,18,22
223:3,15
227:16,17
230:12 233:16
234:3 235:15
235:21 236:14
237:5 238:2
239:11,20,21
240:3,22
243:24,25
244:4 248:22
249:4,18,25
250:5,21,22
251:6,20 252:8
253:20 260:18
263:11 264:14
268:15 276:6
276:18,21
280:12 289:3
290:8 291:10
320:4,17
341:20,24
363:14 382:9
382:23 384:23
389:4 398:8,11
399:14 400:7
427:16 428:19
428:19 429:5
430:10
**incidents**  36:10
69:16 127:18
139:2 150:3
225:23 227:17
227:17 337:6

397:21 424:25
**include**  27:10
48:5
**included**
407:13
**including**  30:2
30:25 71:21
80:21
**incorrect**  41:2
41:19
**incorrectly**
40:2 269:7
313:12
**index**  450:2,5
451:7,11
**indicate**  52:23
199:13 270:8
364:18
**indicated**  51:19
**indicates**
308:19
**indicating**
168:21 280:14
**indication**
258:4,8 283:20
**individual**
29:21 150:9
166:20 385:14
**individually**
1:7
**individuals**
105:4 106:6
143:4 145:13
179:18 210:5
225:23 227:2

**[individuals - intimidating]**

247:24 250:8
283:21 302:2,4
341:3 351:22
399:5
**influence**
279:17 292:14
435:7
**inform**   414:11
**information**
68:11 80:25
166:8 175:7,9
180:24 336:16
347:13,23
349:3 357:20
407:13
**informed**
163:22 165:16
166:20 168:6
323:9
**ing**   391:6
**initial**   407:14
**initially**   42:9
42:12 44:5
234:23 365:23
368:8,10,13
**initiate**   48:13
48:19 49:6
52:14 80:2
123:11 170:21
**initiated**   65:21
170:22 379:20
414:16
**initiating**   47:22
52:9

**injured**   367:19
367:21
**input**   81:5
**ins**   305:14
**inside**   128:24
129:7 210:19
210:24 357:12
401:15
**insisted**   150:20
153:3 158:22
158:25
**insisting**
156:21
**instance**   64:10
125:7,23 141:2
149:20 150:7
155:20 161:15
229:21 233:15
236:17 240:11
247:20 262:17
267:6,7 275:14
275:18,21
276:12,15
307:21 336:17
336:24
**instances**   79:10
104:4 183:20
183:22 238:11
238:18 239:8
240:11 244:12
245:19 247:23
266:13 308:21
309:6 336:23
**instruct**   41:25
43:18

**instructed**
41:24 214:24
218:18,23
445:4
**instructing**
40:14 41:4,5
**instructions**
58:19
**insult**   86:5
294:4
**integrity**   68:25
**intelligence**
86:5 294:5
**intending**
114:20,23
**intentions**
281:14
**interact**   211:9
363:9
**interacted**
194:10 361:5
361:16,23
**interaction**
361:19 375:2
401:24
**interested**
452:15
**internal**   46:22
48:13 414:10
414:12 450:12
**interpret**
205:11 296:16
**interpretation**
391:16

**interpreted**
275:4 276:9
284:4
**interpreting**
275:7
**interrogatories**
69:5
**interrupt**   57:19
57:23 86:23
87:15,17
211:24 212:4,6
213:14 214:11
214:18 237:11
271:4 376:11
376:11,14,18
**interrupting**
60:3 90:20,25
91:3 212:3
213:18
**intervene**   84:20
85:13
**interview**
160:19 415:15
416:4,5 417:19
419:15 421:6
**interviewed**
160:23 415:10
415:11
**intimating**   72:8
**intimidate**
373:5
**intimidated**
379:23 380:2,9
**intimidating**
72:6

Alpha Reporting
A Veritext Company

**[intricate - jumped]**

**intricate** 415:5
**introduce**
  417:6,7
**introduced**
  417:13
**investigate**
  29:5
**investigated**
  160:15,17
**investigation**
  35:23 345:17
  413:12 414:12
  414:21 415:8
**investigative**
  384:12,22
  385:8
**involve** 375:15
**involved**
  399:14 415:7
**involving** 48:6
  154:25
**irrelevant**
  85:24
**island** 13:24
  415:20
**isolate** 338:9,13
  339:23 342:13
**isolated** 183:10
  338:16 339:2,5
  339:5,8,11,25
  340:13 342:6,7
  350:23,25
**isolating**
  342:25

**issue** 28:23
  112:8 122:6
  123:14 124:6
  124:15,19
  144:24 149:2
  181:19,20
  204:7 275:17
  301:9 306:16
**issued** 445:9
**issues** 112:20
  172:24 173:3
  180:2,19
  181:18 389:5
  418:9,25 419:7
**italian** 15:13
  107:11 225:13
  225:19

**j**

**james** 310:14
  310:15 328:8
  331:7 335:21
  342:16,18,21
  343:3,8,14,16
  344:6,7 346:16
  347:5 348:20
**james's** 328:13
  335:10 343:12
**january** 438:24
  452:17
**jaray** 172:13
**jc** 209:5,19,20
  210:5 221:22
  352:5,11
**jc's** 209:15

**jeff** 264:7 352:5
**jeff's** 264:8
**jeffrey** 209:5
  209:12,25
  210:5,15
  221:23 302:5
  302:13 303:7
  303:10 304:4,7
  352:12
**jessica** 2:9 5:3
  89:20 271:22
**job** 8:22 12:13
  12:19,20,24
  15:17 56:10
  94:5 144:5
  175:15,16,21
  183:5,8 194:25
  202:8 211:2,4
  253:15 300:9
  301:5 305:5,14
  310:8 321:5
  335:10 336:8
  345:4 371:10
  398:10 418:9
  441:12,24
  442:5,7 444:4
**jobs** 441:4
**johnny** 105:22
  107:3,9
**join** 273:18
  355:3
**joke** 106:19
  111:24 112:15
  114:21,24
  115:9,23 117:6

118:10,12,15
125:4 194:10
195:8,8 196:15
196:20 197:6
197:15,20,21
198:5,10
274:22 277:14
278:16,20
**jokes** 105:3
  107:14,15
  109:8 111:13
  112:15 113:14
  113:18 114:9
  117:24,25
  127:9,10
  194:14,19,21
  194:22,23,24
  195:2,3,6
**joking** 111:4
  195:11 326:16
**judge** 88:15
  89:21,24 92:4
  199:16 271:24
  288:3,7 289:17
  290:2 425:13
  445:7
**july** 209:5
  223:2 251:12
  251:21 252:6
  277:10 280:5
  341:14
**jump** 429:11
**jumped** 152:24
  355:2 381:5

Alpha Reporting
A Veritext Company
800-556-8974
www.veritext.com

**[june - know]**

| | | | |
|---|---|---|---|
| **june** 75:23 | 193:3 356:16 | **knew** 14:11 | 109:21 111:3 |
| 146:13 163:9 | 387:14 398:25 | 67:10 68:6 | 114:8,15 |
| 163:11 191:5,6 | 437:22 438:4 | 101:24 121:19 | 115:10 120:10 |
| 191:13 223:6 | 449:10,18 | 124:9 137:25 | 120:18 124:8 |
| 223:11 280:13 | 453:21 | 138:2 144:7 | 124:15,24 |
| 291:18 404:19 | **keyed** 330:2,6 | 148:22 177:4 | 130:5 131:9,13 |
| 410:5 | 330:11,17,18 | 181:14 195:24 | 131:15,21 |
| **justification** | 331:4,20 | 196:22 203:20 | 133:10,24 |
| 323:9 | 332:17,21 | 203:23,24 | 136:14 137:9 |
| | 337:2 338:6 | 221:11 291:8 | 137:12 143:7 |
| **k** | 347:17,24 | 302:21,23 | 145:5 146:17 |
| **k** 1:6 6:5 | **keying** 331:24 | 303:2,2,12,23 | 147:20 148:7 |
| **kathleen** | 332:9 347:15 | 304:3,4,14,21 | 149:15 153:24 |
| 164:24 | **kick** 376:9 | 330:19,25 | 154:8 159:23 |
| **keep** 12:12 | **kicked** 367:14 | 331:4,16,18 | 160:7,14,16,24 |
| 18:24 45:25 | 368:15,17 | 347:24 359:21 | 161:4,16 162:4 |
| 122:14 127:11 | 370:17 371:25 | 379:8 391:10 | 165:12,18 |
| 159:25 181:12 | 372:2,2,12,22 | 403:5 446:16 | 166:10,22 |
| 184:6,6,7 | 372:25 373:5 | **know** 7:9,15 | 167:2 170:18 |
| 232:5,8 291:11 | 373:11,13,15 | 8:4 12:22 | 171:8 172:6,23 |
| 318:21 398:9 | 373:16,23 | 16:12,17,19,23 | 174:11 175:20 |
| 437:8 | 374:6 375:21 | 25:11 32:10 | 177:3,5,6 |
| **keeping** 297:24 | 375:22 | 33:22 36:20 | 178:15,24 |
| 435:8 | **kicking** 353:24 | 46:16 53:5,8 | 179:12,17 |
| **ken** 410:2 | 355:13,14 | 55:22 63:24 | 180:16 182:20 |
| **kept** 141:15 | 367:10 380:2 | 65:10 66:12,17 | 184:11,15 |
| 147:2 148:3 | **kids** 278:21 | 66:20,25 67:20 | 185:18 186:13 |
| 374:18 379:9 | **kind** 64:23 78:6 | 75:11,20 77:12 | 186:22 188:7 |
| 385:4 | 194:11 196:10 | 79:4 81:16 | 189:18 190:2 |
| **kevin** 1:3,19 | 293:18 326:23 | 83:18,19 84:12 | 191:15,17 |
| 4:4,9 5:20 22:4 | 334:14 435:7,7 | 85:5 90:5 99:2 | 192:4 196:4,11 |
| 73:25 91:14 | **kindly** 301:6 | 99:5,7,8,20,24 | 196:24 198:22 |
| 146:23 164:10 | **kinds** 181:17 | 100:5,9,22 | 200:3 202:4 |
| 164:19 168:14 | **kitchen** 148:2,6 | 101:5 104:3,4 | 203:4 205:17 |
| 174:13,18,23 | 241:20 | 106:4 107:8 | 207:20 208:2 |
| 181:5 188:9 | | | |

Alpha Reporting
A Veritext Company

**[know - leave]**

208:14 209:14
209:18 210:16
211:3,4 226:25
232:16 243:9
243:11,14,16
244:3 246:5
248:17 253:18
254:10 255:14
255:23 265:10
278:17 285:4
291:9,12,21,22
299:24 302:17
302:20,22
303:8,9,9
304:2,3,6,10,13
306:9,14,14,19
309:12 321:4
322:10 324:23
331:10,19
332:15 333:19
333:25 334:18
335:10,11
338:22 339:17
339:20 340:10
343:5,12,13
346:6,21,22
357:5,23
359:17 365:24
376:17 381:9
381:12 389:21
390:8,9 400:22
403:9 409:11
410:21 412:8
412:12 415:25
416:13 417:24

419:13 420:7
421:25 422:9
422:13 424:15
430:9 432:2
434:17 439:11
446:7 447:2
**knowing** 64:8
**knowledge**
104:7 114:11
163:22 168:5
205:5,22 207:7
207:24 247:19
305:4,12 359:9
385:25 417:23
**knowledgeable**
16:8
**known** 111:20
166:4 167:3
193:7
**knows** 234:17
332:16 397:25

**l**

**l** 3:1 6:5,5
225:3 264:9
**la** 302:9
**label** 175:22
300:20,23
301:17 302:2
302:10,17,18
302:25 303:3
305:7,9,18,19
306:16 307:16
309:22 310:5
310:18

**labeling** 284:16
300:6,14 301:9
303:11,12,17
303:24 304:4
304:10,11,15
304:22 305:2
308:3,5,23
**labels** 300:10
313:23
**ladies** 128:24
129:7
**laguardia**
440:5
**lance** 36:20,22
36:22 66:6,7
66:20 221:9
386:8 389:20
405:25 415:17
416:9,10,23,24
416:25 417:4,9
417:12,13
419:19 420:13
420:20,23
421:3 423:17
**language** 72:7
**large** 367:15,15
371:9,19
372:23
**late** 210:25
341:22 344:19
393:23 427:5
**latino** 131:16
138:6 225:17
225:19 426:14
427:9 429:13

**laudy** 224:14
224:25 225:2
225:11 226:17
229:16,17,19
240:8,12,15
241:5,23,23
242:10,13,22
243:2 244:12
**laughed** 209:12
210:15 326:11
327:18 393:12
**laughing**
232:22,25
**law** 2:4 20:20
20:24 21:8
23:4 382:19
**laws** 29:23
**lawsuit** 6:15,19
6:23 80:3
348:5,10
**lay** 320:8
**layperson**
175:12
**lazy** 107:22
120:23 138:17
235:9 265:24
**lead** 276:2
**leading** 39:25
**leaked** 166:8
**learn** 67:5
177:16
**learned** 125:11
174:22
**leave** 89:14
129:6 178:4

Alpha Reporting
A Veritext Company
800-556-8974
www.veritext.com

**[leave - look]**

227:25 267:8
327:3 346:15
374:14,16
425:19
**leaves** 433:8
**leaving** 394:4,9
394:10 440:24
**led** 284:6
**lee** 2:15
**left** 27:18 30:21
241:18 247:18
390:4 416:7
**legal** 4:19,20
20:20 38:23
**legally** 41:2,18
**legitimate**
81:21 86:10
**lenient** 83:8
85:22
**leos** 399:16
**letter** 11:13,22
307:3 384:7,10
385:12 386:4
388:23 404:15
404:24 405:21
407:16,18
409:25 411:23
414:2,9 441:17
450:7,18,21,22
451:3,5,6
**letters** 12:7
411:22
**letting** 231:13
435:8

**level** 172:7
253:14 292:11
292:21 335:15
437:12 438:5
**lga** 101:24
104:5 131:23
132:7 164:9
171:9 339:21
340:6 351:20
**license** 102:4,7
102:10,19,22
102:25 103:2
103:10,12,19
104:6 328:12
334:2 335:3
393:2,7,13,17
441:8,14,18
**life** 354:19
424:13 446:7
446:10
**lifting** 241:11
**light** 201:9
**liked** 402:8
**liking** 350:3
**limit** 401:23
**line** 17:12,16
18:18 32:25,25
53:16,17 60:20
125:17 130:23
136:25 146:11
272:18 273:5
450:3 451:8,12
453:3
**link** 317:14

**list** 29:25 48:8
**listed** 74:24
**listen** 153:8
243:3 289:20
297:7 361:8
387:14 419:4
**listened** 101:13
425:13
**listening** 106:9
362:23 403:15
**literally** 423:9
423:11
**little** 6:22 27:19
112:6 128:19
260:10 416:2
419:18,20
435:12
**live** 102:12
**llp** 4:6
**load** 178:8
**local** 29:23
**locate** 334:2
335:2
**located** 4:21
**location** 4:5
13:16
**locked** 415:24
**logical** 334:6
**long** 13:23
15:25 63:14
67:9 92:16
95:9,23 96:3
100:21 110:22
114:5,7 115:11
143:6 164:25

169:17 180:3
189:12 235:16
252:23 279:20
288:11 297:12
302:11 309:14
344:5 379:14
398:4 399:24
415:19 420:22
421:3 424:4
437:24 440:19
**longer** 78:9
99:3 195:25
203:20,23
234:18 272:19
273:24 285:6
285:21 297:8
**look** 11:9 20:2
20:16 21:25
22:22 23:3
24:20 27:13,14
29:17 30:5,18
35:14 47:19
48:11 53:23
69:21 70:24
73:22,23 74:5
74:11 80:14
82:22 130:11
138:4 162:18
174:25 192:20
198:13 236:20
252:18 255:19
255:20 300:2
308:11 341:16
383:20 392:6
392:13 405:18

**[look - maintenance]**

407:12,20
412:10,11
**looked** 148:9
174:12 201:11
202:3 254:17
254:19 255:4
436:3
**looking** 22:25
29:13 52:3
54:17 154:22
291:11 331:12
390:5 392:10
407:24 425:4,5
**looks** 11:13
19:17 22:20
24:21 335:7
**looting** 201:11
**lorenzi** 146:14
150:10,24
154:25 160:25
161:23 163:25
165:14 166:21
168:8,13,13
173:10 174:5
179:14,19
191:24 236:15
236:18 237:2,4
237:25 238:6
239:2,21,24
243:25 260:5
261:2 266:9
277:13 280:12
280:20,23
282:25 283:3,4
283:15 284:8

286:12 289:2
290:8 317:16
320:17 338:21
342:8 352:10
431:25,25
432:12,19,21
434:4
**lorenzi's**
154:19 163:4
173:9 175:3
192:22 223:4
262:24 316:18
328:10
**lorenzo** 431:25
**lose** 345:4
**lost** 64:19 65:2
243:18 446:14
**lot** 53:14 56:12
57:2 59:22
60:17 78:8
104:24 113:20
116:2,13
131:12 179:7
194:25 284:17
300:21,21
311:4 351:25
357:2 358:2
400:23 416:8
421:17 429:19
446:14
**loud** 311:8,10
314:15 329:19
426:20
**loudly** 146:14

**love** 401:17
**low** 129:15
**lower** 261:16
**lowering**
261:19
**loza** 357:8,15
361:25
**lt** 2:15
**lunch** 97:11
285:16
**lunchtime**
94:16
**lying** 281:5
390:13,15,16

**m**

**m** 6:5 92:21
**ma'am** 91:21
**mad** 394:17
**made** 38:8 40:6
65:22 81:2
95:3 99:3
110:10 111:13
111:19 113:18
114:10,23
115:9 117:19
118:3,10,14
119:14 121:13
125:3 133:13
138:24 140:17
140:18 142:21
143:20 144:13
144:23 146:2
154:18 168:16
168:25 169:6
169:19 183:9

183:10,11
192:10 194:22
195:20 201:7
201:25 202:25
203:14 207:22
208:10,22
224:4 226:18
227:18 234:21
234:25 236:20
238:4 243:3
246:8 257:5
259:14,24
260:3 263:19
264:17,21,23
265:2,3,4,23
274:12 311:14
312:3 319:19
325:19 326:19
332:19,23
335:19 338:21
349:11 363:23
390:23 402:22
403:15 415:3
434:9,14 435:4
446:2,20
**mahoney** 4:5
**mail** 285:3
**mailed** 410:17
**main** 181:19,25
350:15 351:12
353:18
**maintaining**
26:6
**maintenance**
345:16

**[major - manager]**

| | | | |
|---|---|---|---|
| **major**  124:19 | 245:6 262:15 | 429:6 442:6,15 | 228:19 282:22 |
| 325:21 351:4 | 263:21 266:19 | **male**  316:10 | 286:21 292:11 |
| 439:24 | 283:6,23 287:6 | **malebranche** | 306:6 327:20 |
| **majority** | 287:12 292:20 | 66:4 | 339:9 372:7 |
| 132:10 | 294:19,23 | **malebranche's** | 375:7,15 |
| **make**  7:12,21 | 303:14 310:18 | 66:9 | 383:13 384:16 |
| 7:23 8:8 17:8 | 313:22 314:6 | **mall**  15:2 93:20 | 393:23 397:9 |
| 19:4,15 33:19 | 316:15,24 | 93:23 94:18,20 | 397:20 402:9 |
| 36:2 37:5,8,17 | 326:14 337:9 | 95:2,6,20,24 | **manager**  15:21 |
| 37:20 43:13,15 | 337:15 347:25 | 96:12,13,25 | 16:5,9,13,19 |
| 43:17,20,21 | 348:2 349:19 | 97:2,4,16,17,22 | 20:21 24:15 |
| 49:19 50:4,23 | 369:16 379:11 | 98:2,3,4 | 28:2 34:3 46:9 |
| 51:4 55:23 | 385:22 391:9 | 110:16,19 | 49:16,24,24 |
| 56:12 58:13,16 | 393:25 400:15 | 120:13 227:24 | 51:3,3,8,11 |
| 75:12 83:23,25 | 402:15 406:5 | 343:3 | 52:24 68:10,12 |
| 85:4,18 87:2 | 416:15 419:11 | **man**  66:22 | 74:6,10,12,17 |
| 87:24 88:3 | 420:6 431:3 | 227:11 315:12 | 74:20 75:22 |
| 103:9 107:14 | 434:25 442:21 | 318:5 320:12 | 76:7 77:2 |
| 109:3,15,25 | 445:7,17 | 347:21 349:8 | 78:16,17,19,25 |
| 110:20 112:17 | **makes**  40:4 | 358:17 393:12 | 81:11,14 |
| 114:20 116:17 | 111:3 234:14 | 402:10 | 101:12 108:25 |
| 116:18 121:2,8 | 289:24 290:3 | **manage**  16:9 | 128:20 130:2,3 |
| 121:23 127:25 | 292:23 426:6 | **managed**  74:14 | 133:5 134:13 |
| 141:17,18,23 | **making**  32:8 | 74:21,22 | 147:12,15,16 |
| 144:11 146:3 | 80:24 87:13 | **management** | 147:23 181:5 |
| 151:6 154:7 | 93:25 97:14,15 | 31:4 34:4 36:2 | 182:18 184:9,9 |
| 166:16 168:22 | 109:8 113:14 | 38:3,5,7 39:11 | 184:11,15,23 |
| 168:23 174:8 | 130:24 132:15 | 48:16,21 49:9 | 186:3,4,12 |
| 178:10 183:17 | 132:19 142:11 | 51:20 52:16 | 193:23,25 |
| 192:8 194:19 | 142:15 144:15 | 56:6 62:24 | 194:4 200:20 |
| 194:21,22,24 | 215:8 216:22 | 68:5,8 77:12 | 201:4 202:9,12 |
| 195:2 202:7 | 239:12 256:20 | 77:22,23 | 202:14 203:7 |
| 214:4 215:6 | 293:8 297:9,25 | 130:17 144:3 | 203:18 204:25 |
| 218:2,11,15 | 318:25 319:4 | 147:9 162:5 | 206:11 211:5 |
| 224:17 243:11 | 365:7 426:8 | 166:5,6 192:9 | 221:9 223:20 |

Alpha Reporting
A Veritext Company

**[manager - massimi]**

| | | | |
|---|---|---|---|
| 223:21 227:23 | 127:14,18 | 384:2 389:12 | 45:15,22 47:6 |
| 237:7 241:15 | 151:10,16 | 404:21 406:19 | 47:14 49:10 |
| 246:24 257:6 | 175:20 182:17 | **marked** 19:14 | 50:11 51:14,23 |
| 257:25 264:3 | 202:13,16 | 54:18 65:18 | 51:25 52:6 |
| 264:12 265:13 | 204:2 223:18 | 74:9 93:5 | 53:21 54:11,19 |
| 277:6,22 | 252:11,17 | 407:17,19 | 54:22,25 55:6 |
| 279:11,13,15 | 256:6 257:21 | 413:23 451:11 | 55:13 56:7 |
| 279:16,18 | 257:23 259:4 | 451:14,15 | 57:5,10,17,20 |
| 291:17,20,25 | 259:18 260:2 | **marriage** | 57:22 58:6,18 |
| 292:23 295:17 | 268:22 276:13 | 452:14 | 59:7,11,15,18 |
| 296:2 301:21 | 278:6 279:16 | **married** 225:5 | 60:2,7,13,23,25 |
| 301:24 306:13 | 282:24 292:13 | 399:14 444:11 | 61:4,9,16,22 |
| 306:15 307:7 | 292:21 293:17 | **martin** 397:25 | 62:2,5 65:16 |
| 308:24 315:2 | 293:19 295:22 | **mask** 354:10 | 66:10 71:4,8 |
| 321:4,8 322:2 | 306:8 307:19 | **maspeth** 13:22 | 71:13 79:25 |
| 323:10,13,24 | 307:25 308:5 | **massimi** 2:4,9 | 81:7 82:17,20 |
| 324:18,20,24 | 308:13,16,18 | 5:3,3 9:11,16 | 82:23 83:3,6,7 |
| 325:8,10,12,15 | 309:7 311:3 | 9:18 10:5,9,15 | 84:2,5,9,11 |
| 325:24 326:4 | 316:2 356:21 | 10:19 11:6,8 | 85:8,10,17 |
| 326:17 327:4 | 359:21 362:9 | 16:14 18:14 | 86:18,22 87:4 |
| 327:13,15 | 364:2 375:10 | 19:5,11 21:22 | 87:8,12 88:2,5 |
| 336:14 358:9 | 393:9 394:16 | 22:23 25:8,19 | 88:12,16,20 |
| 358:14 385:22 | 394:17 403:5 | 26:20 28:17,25 | 89:6,12,20 |
| 386:21 397:14 | 427:25 436:11 | 30:14 31:6,15 | 90:18,22 91:2 |
| 397:16 400:8 | **manner** 112:10 | 31:25 32:5,12 | 91:9,13,20,23 |
| 403:7 414:6 | 372:8 | 32:20 33:18 | 117:9 118:13 |
| 420:4,12 | **march** 341:23 | 34:20 35:3 | 119:12,16 |
| **manager's** | **margin** 27:19 | 37:11,14 38:10 | 120:8 122:16 |
| 183:2 | 30:21 | 38:16,22 39:16 | 122:20 127:5 |
| **managerial** | **maria** 1:23 | 39:24 40:16,20 | 127:21,25 |
| 20:23 | 4:23 452:4,21 | 40:25 41:5,12 | 135:4,8,12,16 |
| **managers** | **mark** 9:9 18:21 | 41:17,22 42:2 | 138:13,21 |
| 16:10 53:14 | 19:18 21:19 | 42:7,21 43:2,4 | 139:21,24 |
| 64:16 78:7 | 46:22 79:19 | 43:6,11,23 | 141:3,6 155:5 |
| 116:14 127:11 | 291:13 311:6 | 44:22 45:7,10 | 155:10 156:11 |

Alpha Reporting
A Veritext Company

**[massimi - mcgaha]**

| | | | |
|---|---|---|---|
| 156:24 157:11 | 245:14 248:9 | 298:6,10,17,23 | 445:3,8,19 |
| 157:16,22 | 248:14,19 | 299:4,7,10,14 | 446:3 447:13 |
| 159:8,13,16,19 | 249:5,10,13,19 | 299:18,21,24 | 447:16 448:3,8 |
| 159:24 167:6 | 250:16,22 | 301:18 304:16 | 448:13,18 |
| 167:10,13 | 251:3,9,23 | 307:9 308:6 | 449:3 |
| 188:17,20 | 252:3 253:4 | 311:6,17,23 | **massini**   92:12 |
| 189:4,13 190:5 | 255:10 256:10 | 313:2,4,10 | 92:16 212:5 |
| 191:10 199:10 | 256:15,20 | 314:23 317:8 | 282:8 |
| 199:19,23 | 258:6,12,15 | 317:23 318:15 | **match**   33:14 |
| 201:17 202:19 | 259:15 260:9 | 318:24 319:3 | **matriculated** |
| 205:6,10,14 | 260:13,20 | 323:18 326:8 | 438:25 |
| 206:15 208:5 | 261:9,16,25 | 332:6 334:4,9 | **matrix**   28:10 |
| 208:12,18 | 262:9 266:4 | 334:13,19 | **matter**   4:9 |
| 211:23 212:2,9 | 267:17,21 | 336:21 337:3 | 54:24,25 55:2 |
| 213:3,6,10,23 | 268:6 269:5,16 | 337:12,17,25 | 219:11 257:24 |
| 214:7 215:10 | 270:13,16,19 | 348:4,8 349:20 | 316:23 317:5 |
| 215:22,25 | 270:23 271:3,8 | 364:20 369:21 | 363:10 452:15 |
| 216:4,7,10,14 | 271:11,21,22 | 369:24 370:10 | **matters**   28:6 |
| 216:17,23 | 272:4,7,10,14 | 370:18 373:24 | **mcgaha**   2:17 |
| 217:3,8,14,18 | 272:24 273:9 | 376:10,14,18 | 5:5,5 6:4,11,13 |
| 217:22 218:3 | 273:13,20 | 377:4,7,11 | 9:13,17,25 |
| 218:13,17,25 | 274:14 275:19 | 378:4,8,12 | 10:7,10,17,21 |
| 219:7,9,22 | 280:25 282:4 | 380:6 381:19 | 11:7 18:16,24 |
| 220:12 226:6 | 282:11,14 | 381:23 397:2 | 19:6,13 22:24 |
| 228:23 229:4 | 284:10,19,24 | 411:13 412:15 | 31:10,19 32:3 |
| 230:8,19,24 | 285:10,13 | 413:18 425:6 | 32:11,15 33:5 |
| 231:7,15 232:2 | 287:18,22 | 425:10,15 | 33:17,25 38:20 |
| 232:7,13,21 | 288:2,8,12,16 | 426:17,19,24 | 39:6,22 40:12 |
| 233:3 234:6 | 289:13,15,25 | 427:3,20 | 40:19,24 41:3 |
| 235:19,22 | 291:4,13 | 428:10,13 | 41:15,20,23 |
| 236:5,22,25 | 292:24 294:2,8 | 430:19 435:15 | 43:4,10,12 |
| 237:10,14,17 | 294:12,17,21 | 436:16,22 | 45:2,8,13,17 |
| 237:21 238:15 | 296:17,22 | 437:2,19,22 | 54:17,20,24 |
| 239:14 242:8 | 297:2,5,11,15 | 438:2 439:3,11 | 55:2,17 57:8 |
| 244:25 245:3 | 297:19,22,24 | 444:19,23 | 57:14,18,20 |

Alpha Reporting
A Veritext Company
800-556-8974
www.veritext.com

**[mcgaha - mejia]**

| | | | |
|---|---|---|---|
| 58:8 59:13,16 | 249:8,11,14 | 447:24 448:10 | 434:7,15,18 |
| 60:3,5,8 61:22 | 250:20,24 | 448:11,16,21 | 437:6 442:7 |
| 61:24 71:7,10 | 251:5 252:14 | 448:25 450:4 | **meaning** 39:14 |
| 79:19 80:5 | 256:17 260:14 | **mcgaha's** | 42:20 |
| 82:18,21,25 | 261:21 268:7 | 214:15 | **means** 9:5 |
| 83:5,7 84:3,6 | 270:15,17,21 | **mean** 17:19 | 35:11 37:3 |
| 84:10,14 85:9 | 270:25 271:5,9 | 34:6,17,19 | 187:9 299:25 |
| 85:10,15,17 | 271:12 274:3 | 35:2 42:11 | 301:16 305:2 |
| 86:22,23,25 | 282:5,6,10,12 | 46:14 54:22 | 312:2 |
| 87:6,8,11,12 | 284:23 285:8 | 93:15 110:8 | **meant** 101:11 |
| 88:10,14 89:10 | 285:12 287:24 | 112:18 115:3 | 119:22 198:15 |
| 89:19,20 90:4 | 288:6,10,14,16 | 118:3 119:20 | 198:22 199:12 |
| 90:8,11,15,19 | 289:14,16 | 134:2,16 136:6 | 202:6 268:11 |
| 90:21 91:2,5 | 294:6,10,14 | 142:7,14 147:6 | 323:12,25 |
| 91:15 92:8,10 | 296:20,24 | 151:7,8 172:8 | 349:6 399:3 |
| 92:14,18 | 297:4,7,14,18 | 173:11 176:11 | 403:10 422:13 |
| 122:18,22 | 297:21,23 | 180:25 184:25 | 422:14 423:21 |
| 157:20 159:22 | 298:5,8,10,16 | 185:23 188:8 | **mechanic** |
| 167:9,12,15 | 298:19,25 | 196:2 205:4,17 | 192:25 193:7 |
| 199:18,21 | 299:5,8,12,16 | 205:18 207:2 | **media** 449:7 |
| 200:9 201:20 | 299:20,22 | 222:17 242:7 | **medical** 367:23 |
| 211:24,25 | 313:8 319:2,3 | 267:19 280:21 | 443:11 |
| 212:2,13,16,25 | 334:7,11,17 | 300:11 301:11 | **medications** |
| 213:5,8,13,24 | 337:9,15,17,23 | 309:23 311:11 | 443:17 |
| 214:4,17,20 | 348:6 369:24 | 311:15,16,21 | **meet** 109:13 |
| 215:21,24 | 369:25 370:9 | 314:19 319:15 | 389:20 407:9 |
| 216:3,4,6,8,12 | 370:12 376:19 | 321:7 332:22 | 410:19 415:19 |
| 216:15,21,25 | 377:6,8,9 | 334:9 338:16 | **meeting** 300:18 |
| 218:22 219:11 | 382:2 413:15 | 345:5 348:18 | 389:23,24 |
| 219:19 226:8 | 413:19,25 | 349:9 362:20 | 406:25 407:2 |
| 231:12,15,19 | 425:8,12 | 366:2 369:19 | 409:15 410:22 |
| 232:6,11,19,23 | 426:22 427:2 | 387:20,23 | 421:5,16 |
| 233:7 237:12 | 436:18,20,24 | 388:21 395:10 | **meetings** 72:13 |
| 237:16,17,18 | 437:2,24 445:3 | 396:4,6 418:15 | **mejia** 80:17 |
| 237:21 248:11 | 445:6 447:11 | 418:16 428:12 | |

**[member - month]**

**member**  38:2,4
  38:7 39:2,4,10
  40:21 48:16
  51:20 72:11
  372:7 375:6
**members**  70:7
**membership**
  38:14 39:13
  41:10 42:6,19
**memberships**
  48:8
**memo**  450:17
**memorize**
  232:10
**memorizing**
  328:11 329:20
**memory**  201:3
  232:5,8 268:16
  276:18 305:4
  305:13 320:5
  367:13
**memphis**  2:16
  4:22
**menacing**
  354:16 435:4
  435:23,25
**mention**  108:17
  108:20 256:8
  258:5,9,10
  294:18,20,22
  294:25 327:22
**mentioned**  6:13
  108:17 168:14
  195:24 197:14
  226:16 247:25

260:6 274:9
293:20 294:15
351:11 388:17
418:25
**message**  328:23
328:25
**messages**
393:22
**messed**  174:2
**met**  66:15
407:7 413:12
415:6,21
416:24,25
417:3,9,20
420:23 421:2
**michael**  2:23
252:11 254:19
277:21 281:10
282:24 291:20
291:22 292:11
293:13 300:15
300:19 301:4
302:22 304:6
306:10,11
321:3
**middle**  69:22
**mike**  169:24
170:6,7,7,14
253:24 295:11
295:13,15
310:4 319:18
328:16 339:17
340:4 351:18
351:18 358:9
358:10,11

436:12,12
**mind**  24:20
89:12 165:11
171:15 225:9
266:25 272:21
374:5,9 375:9
402:22 403:15
**mine**  179:16
**minimalize**
116:17
**minimum**
95:12
**minority**
132:11
**minute**  140:9
142:25 167:7
181:11 188:3
226:7 353:6
**minutes**  92:7
92:17 110:23
167:11 279:22
284:22,25
285:2,5 381:22
381:22 415:24
420:23,25
**miraculously**
111:15 179:23
**mischaracteri...**
55:15 86:4
141:7 215:15
262:5 313:5
318:16 319:5
**mischaracteri...**
188:23 231:4,5
231:21 313:14

337:4,21
**misinterpreted**
281:14
**mispronounc...**
241:16
**missed**  181:24
363:25 368:20
374:8
**misses**  353:20
**missing**  181:23
353:22 356:16
375:12
**mistake**  133:14
**mistaken**
367:10 399:12
408:23
**mistakes**  111:3
**mistreatment**
400:14
**mix**  393:22
**mmh**  80:12
**model**  333:24
**modifying**  44:6
**module**  326:24
**moment**  235:17
236:13 309:18
374:3 375:4
414:25
**monday**  94:23
**money**  94:2
**monkeys**
142:17 145:3,8
**month**  105:23
222:25 223:7
253:10 265:12

Page 44

**[month - name]**

280:11,11
**months** 20:25
322:24 344:12
344:18
**monty** 74:13,17
77:24 78:15,17
78:22 128:19
130:3 163:13
172:6 193:25
194:7 203:7,22
203:24 204:6
204:17,21
220:23 249:24
257:6,15 264:3
264:4,12
265:13 292:12
293:14 301:2,3
301:5 302:6
306:15 307:21
307:23 308:2
308:14 321:9
358:14 384:25
385:15 386:9
386:10,13
387:5,13
389:20 390:16
390:16,20,23
404:15,15
405:25
**monty's** 247:2
407:16
**mood** 78:7
**morale** 29:21
**morning** 4:2
175:17 242:11

295:13 339:11
353:8 360:23
360:24 361:9
362:11 363:24
399:18
**morrison** 4:5
**mother** 356:15
**mother's**
329:23 342:3
**motion** 365:7
**motivated**
314:10 356:24
362:24 363:17
431:14,15,18
431:19
**mouth** 182:23
264:4 423:18
**move** 12:13
91:15 189:9
199:19 260:15
260:16
**moved** 251:5
368:25
**moving** 17:13
353:16 446:20
**mr.mcgaha**
214:10
**mr.mcgaha.**
215:23 232:17
**multiple** 18:4
97:18 99:10
106:8 231:18
232:9 235:24
311:20 370:7
394:5 395:8

437:5
**mumble** 399:2
**mumbled**
196:10
**mumbling**
399:5
**murder** 138:8
138:20 139:4
142:3,6,9,10
143:3 145:20
145:22 192:24
426:16 427:12
**mutter** 398:13
**muttering**
437:8

**n**

**n** 2:1 3:1 6:5
225:7,7
**name** 4:1,18
5:1,18 6:1,12
7:1 8:1 9:1
10:1 11:1 12:1
13:1 14:1 15:1
15:8 16:1 17:1
18:1 19:1,20
20:1 21:1 22:1
23:1 24:1 25:1
26:1 27:1 28:1
29:1 30:1 31:1
32:1 33:1 34:1
35:1 36:1,21
37:1 38:1 39:1
40:1 41:1 42:1
43:1 44:1 45:1
46:1 47:1 48:1

49:1 50:1 51:1
52:1 53:1 54:1
55:1 56:1 57:1
58:1 59:1 60:1
61:1 62:1 63:1
64:1 65:1 66:1
67:1,21 68:1
69:1 70:1 71:1
72:1 73:1,25
74:1,25 75:1
76:1 77:1 78:1
79:1 80:1 81:1
82:1 83:1 84:1
85:1 86:1 87:1
88:1 89:1 90:1
91:1 92:1 93:1
94:1 95:1 96:1
97:1 98:1 99:1
100:1 101:1
102:1 103:1
104:1 105:1,14
105:15,16,18
105:20,25,25
106:1 107:1
108:1 109:1
110:1 111:1
112:1 113:1
114:1 115:1
116:1 117:1
118:1 119:1
120:1 121:1
122:1 123:1
124:1 125:1
126:1 127:1
128:1 129:1

Alpha Reporting
A Veritext Company
800-556-8974
www.veritext.com

**[name - name]**

| | | | |
|---|---|---|---|
| 130:1 131:1 | 195:1 196:1 | 262:1 263:1 | 328:1,8,14,16 |
| 132:1 133:1 | 197:1 198:1 | 264:1,7,9 | 329:1 330:1 |
| 134:1 135:1 | 199:1 200:1 | 265:1 266:1,18 | 331:1 332:1 |
| 136:1 137:1 | 201:1 202:1 | 267:1 268:1 | 333:1 334:1 |
| 138:1 139:1 | 203:1 204:1 | 269:1 270:1 | 335:1 336:1 |
| 140:1 141:1 | 205:1 206:1 | 271:1 272:1 | 337:1 338:1 |
| 142:1 143:1 | 207:1 208:1 | 273:1 274:1 | 339:1,17,20 |
| 144:1 145:1 | 209:1,7,15,17 | 275:1 276:1 | 340:1,4,4,5,11 |
| 146:1,22 147:1 | 209:18 210:1 | 277:1 278:1 | 341:1 342:1 |
| 147:20 148:1 | 211:1 212:1 | 279:1 280:1 | 343:1,12,13 |
| 149:1 150:1 | 213:1 214:1 | 281:1 282:1 | 344:1 345:1 |
| 151:1 152:1 | 215:1 216:1 | 283:1 284:1 | 346:1 347:1 |
| 153:1 154:1 | 217:1 218:1 | 285:1 286:1 | 348:1 349:1 |
| 155:1 156:1 | 219:1 220:1,5 | 287:1 288:1 | 350:1 351:1,17 |
| 157:1 158:1 | 221:1 222:1 | 289:1 290:1 | 351:18,19 |
| 159:1 160:1 | 223:1 224:1,9 | 291:1 292:1 | 352:1 353:1 |
| 161:1 162:1 | 224:10 225:1,4 | 293:1 294:1 | 354:1 355:1 |
| 163:1 164:1,10 | 226:1 227:1 | 295:1 296:1 | 356:1 357:1 |
| 164:11,23,25 | 228:1 229:1 | 297:1 298:1 | 358:1 359:1 |
| 165:1 166:1,11 | 230:1 231:1 | 299:1 300:1 | 360:1 361:1 |
| 167:1 168:1 | 232:1 233:1 | 301:1 302:1,6 | 362:1 363:1 |
| 169:1,19,20,24 | 234:1 235:1 | 302:14,24 | 364:1 365:1 |
| 170:1,2 171:1 | 236:1 237:1 | 303:1 304:1,20 | 366:1 367:1 |
| 172:1 173:1 | 238:1 239:1 | 305:1 306:1 | 368:1 369:1 |
| 174:1,10 175:1 | 240:1 241:1,16 | 307:1 308:1 | 370:1 371:1 |
| 176:1 177:1 | 242:1 243:1 | 309:1,17 310:1 | 372:1 373:1 |
| 178:1 179:1 | 244:1 245:1 | 311:1 312:1 | 374:1 375:1 |
| 180:1 181:1 | 246:1 247:1 | 313:1 314:1 | 376:1 377:1 |
| 182:1 183:1 | 248:1 249:1 | 315:1 316:1 | 378:1 379:1 |
| 184:1 185:1 | 250:1 251:1 | 317:1 318:1 | 380:1 381:1 |
| 186:1 187:1 | 252:1 253:1 | 319:1 320:1 | 382:1 383:1 |
| 188:1 189:1 | 254:1,3 255:1 | 321:1 322:1,2 | 384:1 385:1,17 |
| 190:1 191:1 | 256:1 257:1 | 322:5,6 323:1 | 386:1,19 387:1 |
| 192:1,25 193:1 | 258:1 259:1 | 324:1,24 325:1 | 388:1 389:1,21 |
| 193:5,6 194:1 | 260:1 261:1 | 326:1 327:1 | 390:1 391:1 |

Alpha Reporting          800-556-8974
A Veritext Company       www.veritext.com

**[name - never]**

| | | | |
|---|---|---|---|
| 392:1 393:1,9 | 143:3,6 145:10 | **near** 209:9 | 112:16 175:7 |
| 394:1 395:1 | 169:14,16 | **nearly** 260:15 | 180:23 197:25 |
| 396:1 397:1 | 172:15 224:18 | **necessarily** | 270:10 272:19 |
| 398:1,2 399:1 | 303:22 314:4 | 109:6 237:2 | 273:7 281:10 |
| 400:1 401:1 | 339:13,15,16 | 290:2 334:5 | 295:16 306:11 |
| 402:1 403:1 | 339:22 395:20 | **need** 7:5,14,17 | 327:3 333:6 |
| 404:1,16 405:1 | **nan** 46:5,8,9 | 7:23 8:10 9:25 | 418:18 |
| 406:1 407:1 | 66:3,4,8 | 19:2 24:11 | **needs** 7:11 40:5 |
| 408:1 409:1 | 389:21,22 | 43:12 58:12 | 57:8 58:22 |
| 410:1 411:1 | 407:3 413:11 | 77:17,19 83:13 | 88:20 89:7 |
| 412:1 413:1 | 414:18 415:6 | 87:23 88:18 | 231:14 301:5 |
| 414:1 415:1 | 415:22 416:3 | 90:16 102:11 | 425:19 |
| 416:1 417:1 | 416:23 417:20 | 122:13 124:16 | **negative** |
| 418:1 419:1 | 417:22 418:21 | 138:14 142:20 | 394:21 429:24 |
| 420:1 421:1 | 419:16 420:3,7 | 159:10 175:21 | **neighborhood** |
| 422:1 423:1 | 420:20 421:3 | 200:5 212:16 | 418:6 |
| 424:1 425:1 | **nan's** 407:18 | 214:21 217:6,9 | **neither** 257:22 |
| 426:1 427:1 | 418:4,15 | 217:20,23 | 375:22 |
| 428:1 429:1 | **nanette** 405:24 | 218:3 219:5,17 | **nervous** 336:3 |
| 430:1 431:1 | 405:25 | 219:19 266:19 | **nervous** 330:20 |
| 432:1,2 433:1 | **narrative** 68:22 | 267:3 273:4,10 | **never** 14:5,5 |
| 434:1 435:1 | 392:7 402:13 | 284:20 288:3 | 98:11 101:18 |
| 436:1 437:1,20 | **nature** 70:8 | 288:12 297:9 | 102:11 120:23 |
| 437:22 438:1,4 | 107:23 116:6 | 297:12 300:20 | 123:18 133:12 |
| 439:1 440:1 | 116:25 117:3 | 305:13 319:4 | 136:16 143:25 |
| 441:1 442:1 | 128:11 142:18 | 331:10 335:3 | 149:3 162:5 |
| 443:1 444:1 | 145:4 169:4 | 337:13 357:16 | 166:23 170:14 |
| 445:1 446:1 | 177:20,21 | 357:20 363:3 | 170:22 172:18 |
| 447:1 448:1 | 178:6 262:14 | 375:14 383:5 | 173:4,8,9 |
| 449:1 | 310:6 356:15 | 397:13 401:11 | 179:25 181:22 |
| **named** 113:13 | 424:14 | 430:8 445:21 | 185:13 190:11 |
| 266:6,16,17 | **navas** 105:15 | **needed** 17:17 | 190:25 191:7,8 |
| 291:20 | 105:16 107:3 | 24:14 77:20 | 193:11 195:6 |
| **names** 105:9,12 | 224:12,19 | 100:15 102:18 | 222:13 224:4 |
| 114:4 142:20 | 226:17 233:15 | 102:22 103:18 | 295:12,14 |

Alpha Reporting
A Veritext Company

**[never - nunez]**

| | | | |
|---|---|---|---|
| 301:9 306:18 | 99:3 101:23 | 356:17 435:5 | 90:3,6 93:2 |
| 306:22 326:16 | 105:7,17 107:3 | **notary** 1:25 3:7 | 171:18 179:4,7 |
| 333:4 335:7,17 | 107:10 120:13 | 6:7 449:21 | 182:14,15 |
| 335:23 345:18 | 121:2,5 224:12 | 452:4 453:25 | 183:2 186:25 |
| 352:7 357:5,19 | 224:19 225:13 | **note** 32:8 146:3 | 212:25 272:3 |
| 364:3,8,10 | 226:17 227:8 | **noted** 449:16 | 273:14 312:17 |
| 375:9 389:5,5 | 227:11,14,24 | **notes** 89:3 | 322:21 328:12 |
| 389:7 400:8 | 227:25 228:8 | 212:22 271:17 | 334:2 335:4 |
| 401:11 404:6,7 | 230:4,15 237:6 | 273:23 | 412:14 444:18 |
| 408:12 409:18 | 238:22 265:6 | **notice** 1:21 | 444:20,22 |
| 412:7 432:17 | 265:20 | 23:15 56:17 | 445:2 449:8 |
| 433:13 443:8 | **nico's** 98:10 | 329:25 373:20 | **nunez** 64:21 |
| 443:10 444:2 | 105:13 209:22 | 373:22 | 65:12 74:24 |
| 446:17 | **night** 210:25 | **noticed** 181:21 | 76:6,7 77:5 |
| **new** 1:1,10,10 | 216:8 300:10 | 196:12 338:5 | 78:18 79:3 |
| 1:25 2:8,8 4:7 | 300:25 | **notified** 100:25 | 81:20 86:9 |
| 4:7,14 5:21 6:8 | **nod** 7:7 | 109:18 248:22 | 99:17,21 100:2 |
| 6:16 16:16,18 | **nodding** 420:14 | 249:3,18,24 | 100:5 104:17 |
| 27:8 62:16 | **nods** 7:10 | 250:4 290:22 | 109:22 110:3 |
| 80:8 84:22 | **noes** 7:11 | 383:8 | 111:12 112:14 |
| 102:12 124:10 | **non** 14:9,9,11 | **notifies** 410:11 | 114:13,16,19 |
| 176:15 193:3 | 14:18,21 103:7 | **notify** 49:8,24 | 114:22 115:9 |
| 199:3 347:20 | 185:2 396:15 | 50:7,17 184:3 | 118:2,10,14 |
| 422:8 441:24 | **nope** 191:25 | 184:3 202:12 | 119:3 120:4 |
| 442:4,7,9 | 289:14 428:21 | 250:7 259:12 | 121:10 123:14 |
| 444:17 452:5 | **norm** 158:11 | 383:13 410:6 | 128:14 130:13 |
| **nickname** | 394:18,19 | **notifying** 51:20 | 131:10 132:13 |
| 105:17 227:14 | **normal** 77:18 | 52:24,25 | 132:18 133:4 |
| **nico** 15:7 16:20 | 111:16 112:5 | 203:12 257:18 | 134:10,12 |
| 82:6,7,8 93:19 | 115:19 127:8 | 372:6 375:6 | 135:7,23 |
| 93:22,24 94:6 | 128:13 263:14 | **number** 4:12 | 136:10,12,25 |
| 94:12,17,22 | 263:24 264:19 | 22:16,25 29:25 | 137:16,17 |
| 96:12 97:5,15 | 265:5,17 | 44:24 45:23 | 138:16,24 |
| 97:17,25 98:6 | **normally** | 59:24 68:6 | 140:24 141:20 |
| 98:12,20,21,23 | 277:14 322:17 | 74:2,14 80:11 | 163:13 185:5 |

Alpha Reporting
A Veritext Company
800-556-8974
www.veritext.com

**[nunez - occurred]**

| | | | |
|---|---|---|---|
| 201:8,12,16,25 | 82:17,20,23 | 289:13,15 | **occasion** |
| 202:25 203:2,3 | 83:24 86:18 | 291:4 292:24 | 399:20 |
| 203:22 204:3 | 88:2,5 89:11 | 296:17,18 | **occasionally** |
| 207:12 222:5 | 117:9 119:12 | 301:18 304:16 | 375:11 |
| 223:12 229:25 | 119:16 127:5 | 307:9 308:6 | **occasions**   394:3 |
| 230:15,17 | 135:4,8,12 | 311:17,19,23 | 394:5 395:8 |
| 233:17,19,23 | 138:13,21 | 317:8,23 | **occur**   15:19 |
| 235:8,11 244:4 | 139:21,24 | 318:15,25 | 42:17 122:9 |
| 245:23 246:20 | 141:3,6 155:5 | 319:4 323:18 | 145:17 149:8 |
| 247:8,15 283:2 | 155:10 156:24 | 326:8 336:21 | 149:11 195:16 |
| 332:11 335:18 | 157:11,16 | 337:3,10,16 | 253:20 341:7 |
| 335:23 336:5 | 188:17,20 | 348:4 349:20 | 387:7 |
| 393:8 426:3 | 189:13 190:5 | 364:20 369:21 | **occurred**   36:11 |
| **nunez's**   75:10 | 199:10,11 | 370:18 373:24 | 36:24 69:16 |
| 134:7 | 202:19 206:15 | 380:6 397:2 | 109:17 116:11 |
| | 208:5,6,12,18 | 412:15 426:17 | 118:20,25 |
| **o** | 217:8,14,18,22 | 427:20 428:10 | 122:4 131:6 |
| | 219:7,9,23 | 428:13 430:19 | 132:24 138:16 |
| **o**   3:1 225:7 | 220:12 228:23 | 435:15 439:3 | 138:24 140:23 |
| **object**   31:7 | 229:4 230:8,19 | 445:19 446:3 | 142:11 147:24 |
| 83:23 89:9 | 234:6 235:19 | **objections**   3:21 | 155:16 157:4 |
| 231:24 313:7 | 235:22 238:15 | 43:15,21 83:25 | 160:4 162:10 |
| **objecting**   348:8 | 239:14 242:8 | 215:7,7 216:22 | 162:23 163:9 |
| **objection**   16:14 | 244:25 249:19 | 297:10 447:21 | 164:19 189:11 |
| 25:8,19 26:20 | 250:16 251:9 | **observation** | 191:15 195:18 |
| 28:17,25 34:20 | 251:23 252:3 | 294:19,24 | 200:19 202:11 |
| 35:3 37:11,14 | 253:4 255:10 | 323:5 361:5,16 | 202:24 222:6 |
| 38:10,16,17 | 256:10 258:6 | **observe**   359:23 | 225:23 230:13 |
| 39:16 42:21 | 258:12 259:15 | **observed** | 237:5 238:3,12 |
| 43:13,17 44:3 | 260:9 261:9,25 | 359:23,24 | 240:12,24 |
| 47:6,14 49:10 | 262:9 266:4 | 360:5 | 243:24 244:3 |
| 50:11 51:14,23 | 269:16 274:14 | **obvious**   274:21 | 250:21 251:6 |
| 51:25 55:13,14 | 275:19 280:25 | **obviously**   91:6 | 251:21 268:15 |
| 56:7 59:7,11 | 282:4 284:10 | 102:16 215:18 | 276:21 332:9 |
| 60:13,23,25 | 287:18,22 | | 336:20 341:11 |
| 61:9,16 62:5 | | | |
| 66:10 81:7 | | | |

Alpha Reporting
A Veritext Company

**[occurred - okay]**

| | | | |
|---|---|---|---|
| 365:12 366:4 | 210:24 277:11 | 18:10,12,23 | 120:14 126:19 |
| 369:20 383:12 | 277:18,19,19 | 19:18 22:19 | 128:12,21 |
| 405:8,22 | 277:20,21,23 | 24:13 25:14,21 | 131:5 132:5,11 |
| 424:25 427:22 | 278:3 281:11 | 25:23 26:5,16 | 134:3 135:20 |
| 428:7 429:17 | 286:10 287:4 | 27:13 28:14 | 136:23 137:9 |
| 430:10 | 289:2 311:2 | 31:10 32:11 | 140:22 141:14 |
| **occurrence** | 314:19 324:3 | 33:17,25 36:13 | 141:22 143:19 |
| 117:15 363:9 | 324:19 326:25 | 37:7,18,25 | 143:23 144:4 |
| **occurring** | 391:8 399:15 | 38:13 40:24 | 145:12,21 |
| 399:10 | 399:17 434:20 | 41:3 42:24 | 146:12,24 |
| **odd** 331:9 | 434:21 | 44:11,13 45:7 | 147:3 149:7,19 |
| **offend** 114:23 | **offices** 4:21 | 49:18 50:2,22 | 150:22 151:4 |
| 196:24 | 311:4 | 51:10 53:10 | 151:24 154:3 |
| **offended** | **officially** 54:8 | 54:10,11,19 | 156:22 158:6 |
| 196:23 204:18 | **offloading** | 55:6 56:11 | 158:12,18,23 |
| 257:16 | 310:16 | 64:10,18 66:17 | 159:16,19 |
| **offensive** 111:5 | **offsite** 72:12 | 66:20 67:13,24 | 161:12,12 |
| 115:6,10,24 | **oh** 21:22 88:16 | 68:8 69:19 | 162:16,18 |
| 117:7 118:17 | 122:11 124:18 | 71:20 75:9 | 163:16 164:12 |
| 125:5 195:4,6 | 126:9 156:2 | 76:10,24 78:18 | 164:14 165:6,9 |
| 195:13 196:13 | 164:7 206:9 | 79:12 81:12 | 166:10,16 |
| 196:15,20 | 212:9 229:17 | 82:7 83:4 85:8 | 169:18 171:2,8 |
| 197:6,24 198:6 | 248:14 251:2 | 91:23 93:7 | 176:21 177:3 |
| 198:11 200:24 | 263:4,6 267:7 | 95:9 96:2,5,10 | 179:22 180:10 |
| 203:15 204:15 | 267:10 268:8 | 96:20 98:9,13 | 180:22 181:16 |
| 256:14,18,25 | 323:23 329:21 | 98:16 99:2,12 | 182:3,13,25 |
| 257:10,13 | 332:17 394:10 | 99:18 100:3 | 184:12,16 |
| 258:20 259:12 | 409:7 428:4 | 101:14 102:16 | 185:10,13,17 |
| 274:13,25 | 429:18 434:25 | 104:8 106:11 | 186:16,22 |
| 275:5 328:2 | **okay** 5:17 8:5 | 108:13 109:4 | 187:2 191:3,9 |
| **offer** 11:13,14 | 9:16,22 10:7 | 109:15 110:6 | 191:22 193:14 |
| 11:22 12:7,14 | 10:19 11:25 | 110:19 111:22 | 194:3,6,17 |
| **office** 123:17 | 12:11,15,23,25 | 112:18 114:6,8 | 195:3,6,10,15 |
| 149:10 158:5 | 13:19,25 14:3 | 115:7,20,22 | 199:19 200:22 |
| 175:4,8 184:18 | 15:25 17:19 | 117:4,18 | 201:6 203:25 |

Alpha Reporting
A Veritext Company

800-556-8974
www.veritext.com

**[okay - open]**

| | | | |
|---|---|---|---|
| 204:9 205:2,20 | 280:15 282:8 | 369:5 370:22 | **olcc**  73:16 |
| 206:13 207:16 | 284:23 285:13 | 371:4 373:3,7 | 306:18 |
| 207:23 208:2 | 286:5 292:3,20 | 373:21 374:19 | **olccs**  245:24 |
| 209:25 212:9 | 293:3 294:5 | 375:4,19 | 246:21,22 |
| 212:19 213:6 | 297:4,14,18,22 | 377:23 378:2 | 306:21 |
| 213:19 216:10 | 299:10,18 | 379:15 380:11 | **old**  444:6 |
| 216:14 219:21 | 300:10 301:16 | 381:16,19,23 | **older**  169:25 |
| 222:11,25 | 305:18,24 | 382:12 384:2 | **once**  12:18 |
| 223:7,23 | 307:6 309:9 | 392:3 394:13 | 97:13 215:16 |
| 224:24 225:8 | 313:4 315:3 | 395:4,7,21 | 253:9 312:4,5 |
| 225:17 226:2 | 316:5,14 | 398:23 399:8 | 312:6,9 314:13 |
| 228:11 229:10 | 317:12 318:12 | 399:13,25 | 314:14 322:23 |
| 229:14,20 | 319:14,22 | 400:11 401:19 | 344:17 400:4 |
| 232:13 234:13 | 320:21,23 | 402:10 403:4 | 444:5 |
| 234:21 236:23 | 321:10 322:14 | 404:13 405:3 | **ones**  31:23 32:3 |
| 238:10 239:3 | 323:2 324:4,9 | 405:16 407:10 | 146:9 266:19 |
| 239:17 240:2,7 | 325:5 326:2,18 | 408:6 410:21 | 267:15,17 |
| 240:10,15,21 | 327:19 328:18 | 411:12 413:8 | **online**  24:12 |
| 242:12,15,18 | 329:9 330:3,8 | 413:14,20,25 | 48:22 51:21 |
| 242:21,24,24 | 333:3,11 | 414:19 416:18 | 52:17 53:3 |
| 243:7,17,23 | 334:19 336:9 | 418:10,14,23 | 64:7,15 |
| 245:18 246:9 | 336:17 341:10 | 419:24 420:22 | **ontaneda**  80:16 |
| 247:4 248:3,19 | 342:2,4,9,12 | 421:7,15 | 147:19 150:13 |
| 255:8,17 | 344:3,10,12,20 | 424:24 426:18 | 150:16,23,25 |
| 258:18 260:6 | 347:14,16 | 428:22 429:2 | 151:15,16 |
| 261:5 262:15 | 348:2,12,19 | 430:24 431:12 | 154:18,23 |
| 263:12,18 | 349:17 350:4,7 | 434:14,19,22 | 155:13,17,17 |
| 264:14,25 | 350:21 351:2 | 435:14 438:9 | 160:11 162:22 |
| 266:2,24 | 351:16 352:20 | 438:15 440:22 | 234:25 235:7 |
| 267:12 270:5 | 353:13 355:12 | 441:5 442:23 | 241:15 |
| 272:17,24 | 356:2,6 357:18 | 443:20 444:18 | **ontaneda's** |
| 273:2,20 | 360:4 361:10 | 445:8 447:13 | 154:16 |
| 275:24 276:16 | 361:20 364:11 | 448:2,12 449:3 | **open**  195:25 |
| 277:8,23 | 366:13,18 | 449:4 | 298:12 402:20 |
| 279:18,20 | 368:7,19,25 | | |

Alpha Reporting
A Veritext Company

**[openly - paragraph]**

openly   174:5
operates
   211:20
opinion   34:9
   162:8 388:6
opinions
   376:20
opportunity
   24:25 25:18,25
   28:2 267:4
   271:6 291:2
   387:2 402:11
   402:15 406:9
   407:4 410:12
   430:7
opposing
   272:13
opposite   17:23
   371:12
option   185:17
   185:21 186:2
order   33:13
   42:17 102:21
   294:18,23
   295:18 335:2
   371:25 428:24
   448:17
oscar   302:9
outcome
   149:16 452:15
outside   387:13
   416:9 424:8
overall   178:25
overexaggera...
   215:13

overhear
   143:21
overheard
   144:14
overhearing
   150:6
overtime   95:13
   442:21,22
   443:4,5,6
own   42:16 81:5
   102:11 216:5
   261:14 264:4
   299:3 345:20
   346:7 377:12
   394:6 395:11
   396:9 419:10
   448:3,17
owned   349:8,8
   349:23 350:9
owning   349:12

**p**

p   2:1,1 3:1 6:5
   121:3 274:9
p.l.l.c.   2:4
p.m.   22:12
   273:23 449:16
pace   299:3
package   175:6
   175:14 176:22
   177:10,13,22
   177:24 178:3
   178:17 179:2
   179:13,18
   180:5,13,17
   304:15 305:9

packages   9:7
   154:12 175:22
   175:22 180:13
   181:23 209:9
   284:16 300:6
   300:10,14,20
   300:23 301:7,9
   301:17 302:2
   302:17,19
   303:2,3,11,18
   303:24 304:5
   304:11,22
   305:2,6,15,25
   307:16 308:3,5
   308:24 309:22
   310:19 390:18
packet   48:24
   52:18
pad   262:23
pads   262:13,23
   266:10
page   20:2
   21:15 27:17
   29:18 30:13,15
   30:16,18 60:20
   69:22 70:25
   71:5 73:22,24
   74:5 80:15,16
   211:14 392:8,9
   450:3,24 451:8
   451:12 453:3
pages   19:22
   33:15 57:2
   59:22,25 60:17

paid   12:16 13:2
   13:5,7 441:23
   441:25
paper   119:22
   155:25 156:18
   158:7,12,13,17
   273:3 403:25
   435:23
paperwork
   56:13 62:17
   352:2,6 405:6
   410:18
paragraph
   20:3,7,16
   23:12 25:23
   47:20,21,21
   48:12 52:9,11
   52:12,13 80:15
   81:19 86:8
   93:2 118:8
   130:11 134:5
   138:4,12 142:2
   142:23 144:10
   150:22 154:15
   158:18 162:19
   162:19 163:2
   163:10,17,18
   167:23 174:3,3
   174:25 175:2
   192:20 195:17
   198:14 200:17
   201:6,9,25
   205:3,3,7,13,20
   206:4,6,21
   211:16 220:17

Alpha Reporting
A Veritext Company

**[paragraph - perceive]**

223:5,16
236:20,23,25
248:12 250:25
251:3,7 252:7
266:11 268:7
268:13,18
274:5,10,13
275:9 276:6
277:8 279:24
285:24 286:7,8
300:3 307:12
308:12 320:7
320:21,25
321:17,20
323:4 324:10
328:7 338:4
341:17 342:19
348:14 352:20
364:13,23,25
365:4,12
384:11 392:14
405:11 410:14
414:8 425:24
426:7,12
427:17 429:11
430:11,12
**paragraphs**
23:11 380:17
425:2,3 429:4
**paraphrased**
54:15
**parenthesis**
20:4
**park**  345:23,25
385:2

**parked**  329:6
329:16 332:16
345:18,19,24
345:24 346:8
**parking**  332:15
416:8 421:17
**part**  41:13,16
70:16,16 78:10
106:9,13 156:2
206:11 262:4
308:11 318:10
351:8 353:6
392:15
**participates**
35:22
**particular**
117:15 142:23
144:24 146:2
161:15,21
185:15,20
195:15 240:24
276:18 306:7,9
**particularly**
217:25
**parties**  3:4
452:13
**partner**  15:2,6
**parts**  286:11,14
**pas**  268:21
**pasqualicchio**
80:17 252:12
252:13,15,16
253:23,25
**pass**  105:2
106:19 401:10

**passed**  263:25
**passing**  401:4
**past**  111:13
254:14 398:13
434:19
**patient**  83:8
85:22
**pattern**  392:15
392:17,21
**paying**  374:4,8
**peace**  402:19
**peak**  229:15
240:16,20,24
241:4 394:11
433:7
**peers**  253:13
260:2
**pen**  273:3
**pending**  6:15
**people**  18:2,9
48:23 52:17
67:22 101:23
101:24 104:24
105:7 106:18
107:14,17,22
113:13 120:22
130:24 131:2,9
131:11,12,14
131:18 132:14
132:19,21
138:17 139:4
142:17 144:14
145:3 159:8,14
166:3,7,13
167:3 169:2,15

169:17 176:12
176:16 180:9
180:14,18
182:23 195:12
204:7,11
221:13 224:3,7
226:16 235:2,8
239:5 243:11
243:12 247:5
252:24 254:7
263:20 265:24
278:18 282:21
282:23,25
283:3,5 285:10
291:11 293:9
303:18 314:19
339:6,7,9,11,21
340:6,15
351:19,25
352:4,6,8,14
353:7,9 360:19
361:6,17
394:24,25
395:4,17
398:19 401:4
401:17 406:2
420:4,9 426:7
426:10 429:6,8
429:24 433:18
436:13 446:22
**peoples**  82:16
114:4 143:5
**perceive**  199:4
290:6 324:4

Alpha Reporting
A Veritext Company
800-556-8974
www.veritext.com

**[perceived - place]**

| | | | |
|---|---|---|---|
| **perceived** | 166:11,22 | 434:4 | 417:22 419:17 |
| 170:20 197:17 | 174:14 180:3,4 | **peter** 146:14 | 444:18,20,22 |
| 289:6 314:9 | 181:17 194:22 | 148:3 151:3 | 444:24 445:2 |
| 315:13 319:11 | 217:16 220:21 | 152:5,20 153:8 | 445:10 |
| 362:23 380:12 | 255:15 258:24 | 166:4,6 179:24 | **phonetic** 105:8 |
| **percent** 160:6 | 258:24 274:9 | 190:19 192:11 | 357:8 |
| 160:18 | 274:10 300:24 | 192:13 246:8 | **photographs** |
| **percentage** | 303:4 304:9 | 260:5 261:2 | 331:23 332:4 |
| 132:6 | 319:21 323:6 | 277:14,15 | **photos** 451:9 |
| **perception** | 324:7,15 | 280:20,23 | **physical** 70:7 |
| 360:25 361:14 | 325:17 333:24 | 281:6,7 282:22 | **physically** |
| 373:18 | 334:5 335:5 | 282:25 283:2,4 | 178:5 362:14 |
| **perfect** 271:6 | 345:6 346:14 | 283:15 284:8 | **pick** 94:16,17 |
| 271:11 | 349:11,23 | 286:24 287:3,4 | 97:10 181:3,13 |
| **perfectly** 31:10 | 360:11,13 | 338:20 345:8 | 181:15 183:15 |
| **performance** | 361:2,15,21 | 350:3,10 351:7 | 186:12,19,20 |
| 306:22,25 | 366:24 379:24 | 352:10 363:20 | 340:20 |
| **performing** | 390:3 416:10 | **peter's** 281:5 | **picked** 305:16 |
| 326:23,23 | 447:2 | 343:4 | 393:11,15 |
| **period** 374:19 | **person's** | **philippines** | **picking** 420:5 |
| 374:22 427:23 | 309:17 | 107:12 | **picks** 175:19 |
| 443:4 | **personal** 91:17 | **phone** 89:24 | **pickup** 302:10 |
| **periods** 428:8 | 183:18 361:5 | 91:16 175:10 | **pickups** 15:3 |
| 429:17 | 388:6 | 175:19 181:3,7 | 181:24 300:17 |
| **permission** | **personally** | 181:13,15 | **pictures** 331:25 |
| 163:22 168:5 | 175:4 300:22 | 183:2,15 | 340:8 |
| 384:15 418:17 | 422:2 | 184:19 186:4 | **piece** 156:18 |
| 418:19 | **pertain** 6:18 | 186:18 187:3 | 158:13 356:16 |
| **permitted** 60:4 | **pertaining** 6:14 | 187:14,24 | 435:22 |
| 87:14 88:6 | **pete** 164:7,17 | 190:17 262:12 | **pine** 1:10 4:6 |
| 155:2 | 165:4,4 170:25 | 271:7 273:5,19 | **place** 1:23 25:7 |
| **person** 66:23 | 278:4,16,17 | 278:11 279:4 | 26:17 27:3,9 |
| 67:25 99:22 | 331:8 342:8 | 300:25 307:6 | 116:14 357:12 |
| 100:2 134:15 | 416:16 431:25 | 328:23,25 | 370:3,6 389:2 |
| 142:21 165:2 | 432:12,19,21 | 415:16 416:15 | |

Alpha Reporting          800-556-8974
A Veritext Company       www.veritext.com

**[placed - posterity]**

**placed**  98:23
**plaintiff**  1:4,21
  2:5 4:10 5:4
  6:5 80:18
  91:13 175:5
  199:15 268:25
  269:8,20
**plaintiff's**
  80:20,21 81:3
  209:7 271:22
**planned**  440:10
  440:11,12
**plate**  328:12
  334:2 335:4
**plates**  329:19
  329:20
**platform**  73:12
  73:13
**played**  351:4
**playing**  384:25
**plaza**  4:6
**pleading**
  205:12
**please**  4:25 5:8
  5:18 6:2 7:12
  7:15 8:4 30:13
  34:17 43:10
  44:23 55:22
  57:6,11,12,23
  57:24,25 58:4
  58:10 60:2,7
  65:15 79:20
  83:10,16,24
  84:3,6,25
  85:19 87:21

91:24 105:10
122:21 141:7
143:4 202:18
211:23 213:23
213:25 215:19
215:25 216:10
216:20 218:9
219:3,23
226:19 233:4
236:7,8 237:10
249:15 261:16
269:6 289:20
289:23 291:13
297:7,9 298:8
299:11,12
311:6 313:19
316:24 319:14
334:20 339:13
377:13 383:20
425:17,20
446:10
**pleasure**  416:6
**plenty**  229:6
**plural**  307:25
  308:18
**plus**  182:24
  273:4
**pm**  279:16
  300:16 302:12
**pocket**  278:12
  279:5
**point**  7:15
  22:22 23:4
  33:14 65:21
  67:10 71:9,15

72:3,18 97:6
115:22 119:2,5
123:7 124:22
125:3,21
148:17 173:13
250:12,14,18
266:11 268:5,6
268:8,10
303:13 340:3,9
353:11 357:22
371:4 378:17
378:19 381:15
393:6 424:6
**pointed**  255:25
256:2
**points**  22:21
  23:12 71:3
  72:19 350:15
  350:18
**police**  382:24
  383:8 424:14
**policies**  23:22
  24:2 27:3 28:8
  47:4,13 53:12
  53:13
**policy**  25:6,12
  25:16,18,25
  26:10,17 27:2
  27:14 28:15
  29:14 36:6,9
  52:2,5,8 68:19
  70:16,21
  134:16 136:14
  412:9,13 413:2
  413:6 414:14

**poorly**  259:25
  260:7,12,17
  261:7,8,13,23
  262:7,11,18,20
**pop**  432:24
**portion**  27:16
  68:23 71:17
  392:7
**portions**  27:15
**position**  9:2
  12:2,2 103:22
  103:23 300:9
  307:15 353:12
  353:15
**possibility**
  161:6 380:7,10
**possible**  6:20
  125:17 132:12
  134:22 179:20
  243:10 249:21
  250:2,6 281:13
  317:11,19,20
  380:8,12,15
  395:9 405:9
  413:4 414:21
**possibly**  34:15
  35:7 153:22
  166:8 182:12
  225:18 265:16
  362:12 394:5
  395:9,10,15
  420:19 421:6
**post**  17:5
**posterity**  9:20

Alpha Reporting
A Veritext Company

**[potential - prohibit]**

| | | | |
|---|---|---|---|
| **potential**  29:20 | 275:16 276:13 | 389:4 394:7 | **process**  44:10 |
| **potentially** | 278:25 279:3 | 399:8 400:7 | 44:15,18 45:5 |
| 89:24 431:20 | 281:12 295:23 | 409:22 421:25 | 46:23 48:5 |
| **power**  202:14 | 324:21 327:14 | **private**  436:9 | 51:19 175:13 |
| 202:16 262:13 | 397:14,20 | **privately** | 233:4 387:2 |
| 262:23,23 | 402:25 403:20 | 281:11 | 388:19,21 |
| 266:10 279:17 | 404:4,10 408:2 | **probably**  6:21 | 389:4,15,16 |
| 292:14 431:10 | 408:3,5 415:22 | 241:21 242:23 | 402:23 406:10 |
| **practice**  64:5 | 428:2 | 344:17 375:2 | 406:22 408:3 |
| 136:2 182:20 | **pressing** | 385:21 | 410:7 411:17 |
| 184:21 278:6 | 382:15 | **problem**  10:11 | 412:22,23 |
| 300:7 449:4 | **pressure** | 116:19 272:24 | 413:3 414:13 |
| **practices**  48:4 | 390:23 | 377:12 431:20 | 420:18 424:3,9 |
| **pre**  320:9 440:2 | **pressured** | 438:3 | 424:10 441:10 |
| **precise**  359:2 | 416:15 | **procedure** | 441:11,12,13 |
| **precision**  30:9 | **pretend**  199:25 | 216:18 388:16 | 450:13 |
| **prefer**  83:3 | **pretty**  109:24 | 450:19 | **produce**  83:13 |
| **pregnant**  241:8 | 131:24,25 | **procedures** | **produced** |
| 241:22 242:2 | 179:15 200:4 | 23:22 81:17 | 31:12,21 33:9 |
| 242:14,23 | 365:17 406:24 | **proceed**  6:2 | 33:16 332:4 |
| 243:4 | **prevent**  27:4 | 33:24 86:7 | **produces** |
| **preliminary** | **previous** | 215:19,23,25 | 305:21 |
| 6:22 | 219:15 337:5 | 216:11,20,24 | **production** |
| **premise**  40:25 | **previously** | 217:4 218:9,20 | 69:6 |
| 41:18 | 391:11 397:11 | 219:3 233:5 | **profanity**  314:2 |
| **prerequisites** | 442:12 | 236:7,9 249:15 | 314:3 362:20 |
| 438:17 | **printed**  24:10 | 298:6,17,24 | **professional** |
| **prescribed** | **printer**  305:20 | 299:2,4,7,11,13 | 68:25 112:10 |
| 443:16 | **prints**  305:22 | 334:20 337:21 | 162:8 261:18 |
| **present**  2:21 | **prior**  67:17 | 370:10 377:13 | 282:9 435:11 |
| 116:15 196:21 | 94:7,8,22 | 425:17,20 | **professionally** |
| 200:20 203:18 | 101:3 222:18 | 437:2,3 | 154:18 |
| 204:25 206:17 | 222:22,25 | **proceeding** | **prohibit**  26:10 |
| 223:21 256:7 | 239:10 277:11 | 447:23 | 27:4 |
| 257:21 272:16 | 321:12 351:23 | | |

Alpha Reporting
A Veritext Company

**[prohibited - question]**

**prohibited**
26:18 35:16
70:12 71:25
72:15,25
**project** 147:13
**projection**
298:2
**projects** 148:8
238:5 398:6
**pronounce**
147:20 209:7
**proof** 331:21
333:14,17
367:9
**proper** 32:7
**properly** 48:15
176:25 177:18
178:11
**property** 71:22
72:12 345:21
345:23 346:4
**protect** 202:2,5
222:9 269:12
380:22
**protected**
26:13 30:2
38:14 39:2,4
39:14 40:21
41:10 42:6,19
48:9 202:8
283:22
**protests** 138:9
192:23 199:5
200:3 396:19
397:10,24

427:12
**proud** 439:23
**prove** 222:11
222:14,16
281:4 316:12
318:9
**proved** 222:8
**proven** 222:13
**provide** 8:13
68:11 175:9
217:10,20
357:14 402:12
402:15,16
403:21,24,25
444:20 451:9
**provided** 20:24
21:8 155:24
**provides** 23:5
**providing**
444:24 445:5
**provocation**
127:13
**provoke** 127:18
128:4,7
**provoking**
127:11
**proximity**
115:12 124:25
**public** 1:25 3:7
6:7 72:9,11
449:22 452:4
453:25
**puerto** 322:11
325:2,3

**pull** 353:19
369:8
**pulled** 354:13
354:14 363:6
418:3
**pulling** 365:5
**pulls** 310:14
**punch** 17:5
77:20 94:14
310:15
**punched** 94:13
301:3
**punished** 162:2
**punishment**
161:22
**purchased**
324:7
**purchasing**
324:13
**purporting**
231:3
**purpose** 222:20
374:13
**purposely**
177:9 379:10
**purposes** 9:20
**pursuant** 1:21
**pursue** 382:21
**push** 367:5,11
369:2 371:24
375:17
**pushed** 355:24
356:2 364:14
364:21 365:2
365:13,18

366:23 367:8
367:14 368:22
369:3,11,14,22
370:4,16
371:22 372:3,5
372:21 373:2,9
374:7 375:6,24
376:3 377:17
377:21 380:24
**pushes** 354:3
**pushing** 355:23
365:16 369:12
371:7,12 372:7
**put** 31:20 44:23
45:23 186:4
209:11 210:12
210:13 272:22
305:7,11,22
306:11 310:3
313:23 343:3,6
343:11,21
353:6,11 424:3
424:13 445:24
447:20 448:7
**puts** 70:4
**putting** 306:16

**q**

**qualms** 172:21
**queens** 13:23
440:6
**question** 3:23
7:17,18,19,25
8:4 26:22
28:18 34:21
35:4 38:11,19

Alpha Reporting          800-556-8974
A Veritext Company       www.veritext.com

**[question - questions]**

| | | | |
|---|---|---|---|
| 38:21,23 39:7 | 202:17,20,21 | 289:18,19,20 | 8:11 12:18 |
| 39:18,25 40:11 | 202:23 206:16 | 289:22 291:5,7 | 27:25 37:13,17 |
| 40:15,16,17,23 | 208:13,16,19 | 291:14 292:25 | 43:8 45:4 |
| 41:2,6,7,14,18 | 212:8 213:15 | 296:16,25 | 58:14,15 60:9 |
| 42:2,8,8,11,13 | 214:12 217:6,7 | 298:9 301:19 | 83:12 85:2,24 |
| 42:22,24 44:4 | 217:10,13,15 | 304:17,19 | 87:3 88:8 |
| 44:6 47:7 | 217:20 218:19 | 307:10 308:7,9 | 96:19 100:11 |
| 49:11,12 50:13 | 218:24 219:5 | 311:24 313:6 | 120:15 122:19 |
| 51:15 56:8,22 | 219:13,15,23 | 313:15,18 | 122:23,24 |
| 57:4,7,9,13,16 | 219:24,25 | 314:24 316:7 | 155:9 160:20 |
| 57:24,25 58:4 | 220:3,13 | 317:9,25 | 199:22,24 |
| 58:4,10,10,21 | 228:22,24 | 318:20 323:19 | 213:20 214:15 |
| 58:25 59:8,19 | 229:5 230:9,11 | 326:9 339:3 | 214:25 215:3 |
| 59:20 60:6,14 | 230:25 231:10 | 348:7 359:3 | 216:11 217:24 |
| 61:4,10,12,17 | 231:13,17,20 | 360:3 364:7 | 217:24 218:21 |
| 61:21,23,25 | 231:23 234:7 | 370:19 373:25 | 233:6 236:9 |
| 62:6 69:12 | 235:23,24 | 383:22 384:20 | 270:20 278:11 |
| 81:8 83:18,21 | 236:24 237:13 | 403:17 412:16 | 278:13,15 |
| 83:22 84:4,7 | 237:15,22,22 | 428:3,14,17 | 280:16 282:7 |
| 85:3,4 86:19 | 237:23,24 | 430:20 433:23 | 285:22 287:9 |
| 86:21 87:18,21 | 242:9 245:15 | 435:17 436:17 | 287:12,17,20 |
| 87:21 93:8 | 249:6,9,12,14 | 436:21,23 | 288:4,24 |
| 96:16 117:10 | 249:20 251:10 | 439:4,7,12,13 | 297:13,16 |
| 117:17 119:17 | 252:4 255:11 | 445:21,22 | 298:22,24 |
| 119:18 124:13 | 256:11,15,23 | 446:4 451:13 | 299:2 311:7,20 |
| 127:6,16,22 | 258:7,16 | **questioning** | 314:22 328:11 |
| 134:19,21,25 | 259:16 261:11 | 215:20 217:4 | 328:18 329:10 |
| 135:3,9,13,15 | 261:14 262:10 | 218:10 289:6 | 329:14,14 |
| 135:17,18,21 | 270:12,14,18 | 290:7,25 329:5 | 330:16 331:9 |
| 136:4,18,19 | 270:22 271:2 | 334:15 | 331:15 333:16 |
| 138:23 139:25 | 271:10 274:7 | **questionnaire** | 335:21 337:19 |
| 141:4 148:24 | 274:15 281:2 | 48:22 51:22 | 338:3,10 |
| 151:12 155:6 | 284:11,20 | 52:17 | 342:14,21 |
| 156:12,12 | 287:6,25 288:9 | **questions**    3:21 | 343:17,24 |
| 187:11 189:14 | 288:18,20 | 6:18 7:13,24 | 344:2,14,16,23 |

Alpha Reporting
A Veritext Company
800-556-8974
www.veritext.com

**[questions - readily]**

345:2 346:17
346:19 347:4,6
347:9,22
348:21 349:2
376:16,22,25
377:3 405:12
408:13,14,16
420:3 437:5
446:8 447:14
447:19 451:11
451:15
**quiet**  298:9,11
**quite**  67:22
269:14
**quote**  120:9,11
168:19 199:14
214:11,13
225:15 228:5
230:20,21
275:10 277:13
277:14,15,16
323:6,7 387:14
387:15 423:18
**quoted**  270:6
279:23

**r**

**r**  2:1 225:7
**race**  15:9,10,12
26:12,19 27:6
30:2 39:15
42:20 48:7
66:9,18,21
75:11,19 116:5
164:12 165:7
170:3 193:8

197:13 211:7
225:11 253:17
256:9 258:5,11
260:18 278:21
293:21,24
294:16,18,20
294:22 295:2,5
295:9 296:9
302:14 315:8
317:14,21
318:13 322:10
324:5,25
335:24 344:24
348:11,12
351:3 362:4
364:4,6,9
393:16,19
395:5 428:12
430:17 431:19
432:8 434:2
446:24
**races**  107:8,15
**racial**  114:20
131:14 163:24
163:25 168:7,9
172:18 173:6
197:10,15
208:10 256:18
256:25 261:6
269:3,10,21
274:22 277:2
277:12 291:10
293:9 314:7
318:6 320:13
320:16 325:22

357:4,6,17
363:3 407:5
418:9 419:7
429:22
**racially**  138:10
168:23 171:10
197:23 198:6
198:11 200:23
201:10 252:23
256:14 257:12
270:8,9 274:13
274:24 275:5
314:9 356:24
357:24 362:18
362:23 363:17
398:8 427:13
431:13,15
**racism**  319:9
319:25 446:16
**racist**  116:14
127:9 133:4
134:8 138:7,19
142:5,11,13,15
143:2 197:16
197:20 204:4
204:10 258:21
258:25 293:19
315:18,20,24
316:6,12 318:9
318:14 319:11
319:20 328:4
363:6 400:13
420:10 426:15
427:11,18
429:14 432:4

**radio**  195:24
195:24 198:18
252:19 255:21
**raise**  5:11
**ran**  241:19
242:19
**random**  330:10
330:12
**randomly**
98:25
**ranged**  94:23
**rare**  186:20,20
**rarely**  180:15
**rate**  442:3
**rather**  168:14
**ray**  438:18
440:3
**reach**  185:8
**reached**  89:18
**reaction**  254:21
**read**  20:7 23:15
26:4 53:11,12
54:12 55:11
56:4,16,20,24
57:25 59:3,9
60:10,21 61:2
61:7,13,19
62:3,9 63:5
70:20 167:25
219:15 286:6
364:19 380:18
380:19 402:14
427:6 448:6,21
**readily**  137:6

Page 59

**[reading - recorded]**

| | | | |
|---|---|---|---|
| **reading**  22:5 | **reason**  8:12 | 429:16 430:8,8 | **reconcile** |
| 25:20,22 31:8 | 85:21 100:7 | 430:10,18,21 | 189:25 |
| 31:16 32:9 | 102:3 104:12 | **receipt**  450:9 | **record**  5:2 7:10 |
| 33:11,21 70:16 | 126:17 127:10 | **receive**  177:12 | 19:11 31:20 |
| 205:19 231:2 | 183:18 192:3 | 177:22,24 | 41:4 43:17,20 |
| 269:7 329:18 | 199:24 213:12 | 306:20 307:4 | 44:23 54:13,21 |
| 426:20 | 217:13 226:2 | 384:7 404:18 | 80:4 83:2,4,24 |
| **ready**  11:4 | 248:4 317:15 | 442:23 443:3 | 85:20 88:11,13 |
| 240:22 | 319:7,18 | **received**  23:16 | 88:17,19,25 |
| **real**  100:7 | 325:13 329:21 | 47:2,11 53:25 | 89:3 90:5 |
| 105:18 324:7 | 350:13 351:10 | 56:9,17 70:17 | 92:23 122:17 |
| **realize**  21:5 | 399:23 411:16 | 114:16 300:25 | 159:21 167:17 |
| 248:15 358:15 | 411:20 412:2 | 386:5 393:22 | 167:21 168:2 |
| **realized**  340:24 | 421:22 | 404:24 405:4,7 | 200:11,15 |
| **really**  16:17 | **reasons**  130:7 | 405:22 414:10 | 212:14,17,18 |
| 25:21 32:7 | 351:12,14 | **receiving**  22:5 | 212:20,22 |
| 126:16 127:10 | **recall**  15:22 | 70:15 | 213:22 214:3 |
| 139:15 173:25 | 36:24,25 62:20 | **recently**  328:21 | 214:18,21,22 |
| 178:9 181:23 | 63:2 70:15 | 441:23 | 215:15 226:10 |
| 188:22 189:4 | 73:18 106:25 | **recess**  92:19 | 226:14 232:23 |
| 212:9 216:6 | 108:10 130:18 | 167:18 200:12 | 233:9,13 262:6 |
| 217:23 218:3 | 131:11 142:21 | 226:11 233:10 | 271:13,15,17 |
| 242:23 295:12 | 144:20 145:5 | 273:22 285:16 | 273:8 274:2 |
| 295:14 301:4 | 160:2 181:17 | 382:5 | 277:7 285:15 |
| 302:9 314:17 | 186:24 209:17 | **recognize** | 285:19 286:6 |
| 323:6 324:14 | 240:25 243:23 | 10:12 19:7 | 305:2 318:18 |
| 331:7,9 352:8 | 245:19 302:25 | 21:23 28:15 | 332:3 337:21 |
| 369:25 375:14 | 306:24 308:25 | 45:18 | 377:9 381:20 |
| 376:22 381:11 | 309:4,5,7,9,13 | **recognized** | 382:4,8 409:12 |
| 400:25 402:20 | 309:15 312:21 | 45:16 | 411:14 445:18 |
| 418:20 419:2 | 351:17 356:13 | **recognizes** | 445:25 447:20 |
| 419:18 422:9 | 359:15,16 | 19:15 | 449:15 452:10 |
| 432:13,14 | 385:20 407:25 | **recollection** | **recorded**  1:19 |
| 433:9 | 414:24,25 | 280:8 374:20 | 4:3 83:13 |
| | 421:10 424:25 | | 331:5 449:9 |

Alpha Reporting
A Veritext Company

800-556-8974
www.veritext.com

**[recording - repeat]**

recording
272:20 279:7,9
409:8 447:22
recordings
69:6,15,15
403:25
rectified 122:7
124:3,16
238:14
rectify 112:14
recycle 353:9
353:18,18
refer 19:2
166:2
reference 89:4
212:23 271:18
referring 71:5
76:4 82:3
165:22,24
174:6 206:3,21
206:23,25
222:23 248:10
248:11 250:18
250:23 260:21
260:23 286:25
287:2 320:17
320:19 338:12
342:18,21
refrain 84:25
refuse 151:15
151:17
refused 150:25
151:5,9 155:21
354:22 381:2,8

regarding
138:20 154:24
163:4
regardless
395:5
regards 68:14
regional 46:9
regular 185:5,6
254:18 366:2
regularly
211:10 309:20
311:12,12,15
311:22 358:3
359:11,21
regulars
356:19
relabel 175:22
301:7 305:13
relate 420:15
related 142:2,8
142:23 143:2
146:2 175:7,9
180:23 181:20
184:25 185:2,3
233:16 237:3
240:3 290:7
376:21 426:2
452:12
relates 25:2
139:3 144:23
204:10 349:22
445:16,25
relation 349:25
relationship
23:7 253:5

295:12,17
296:3 432:11
relative 95:5
189:12 366:6
release 355:4
381:14
relevant 33:7
33:12 69:8
remember 7:5
15:7 28:20
63:3,8,9,14,16
65:6 67:6,8
105:11,13,19
112:3,4 114:3
115:8,17
142:22 143:5
143:14 145:9
145:10,11
158:15,17
160:9,12,22
161:3,7 164:10
164:12,23
165:7,10
169:14,16,20
169:25 170:4
172:14 186:25
193:5,6,17,20
193:23 238:23
240:18,21,23
243:20 244:2
246:14,16
264:8 279:24
302:6,13
309:16 322:4,6
326:24 328:13

328:16 329:11
339:14,21
356:9,12
367:13 384:9
395:20 399:4
405:9 410:3
415:5 430:3
reminder
306:23 307:2
reminding
435:9
remove 134:11
135:6 371:10
removed
135:24 136:12
354:9
removing
371:13
ren 225:5
rendon 224:14
224:25 226:17
229:16 240:8
240:12 241:5
rendon's
225:11
renta 302:9
rep 2:23 133:11
repaired 333:7
repeat 26:22
50:15 69:12
106:13 132:17
134:25 187:11
202:21,22
208:19 219:13
220:2 231:20

Alpha Reporting
A Veritext Company

**[repeat - requests]**

| | | | |
|---|---|---|---|
| 304:18 308:9 | 191:22 192:2,8 | 179:24 190:19 | 133:17 144:2 |
| 313:17 318:19 | 192:10 200:18 | 190:25 191:24 | 160:4 173:5 |
| 354:10 | 220:20 221:6 | 192:13 194:4 | 243:8 259:19 |
| **repeated** | 224:4 225:24 | 211:12,13 | 259:22 265:8 |
| 354:11 | 226:3 227:5,18 | 220:16 221:12 | 270:3 275:13 |
| **repeatedly** | 229:2 230:5 | 234:24 235:10 | 275:16 276:2,7 |
| 380:25 426:21 | 233:16 234:2 | 236:15 238:12 | 293:5 295:8 |
| **repeating** | 239:13 240:4 | 238:19 239:20 | 307:18 308:4 |
| 141:5 318:22 | 243:5 244:17 | 240:13 244:14 | 308:13,16 |
| **rephrase**  8:5 | 244:19 245:5 | 251:25 260:18 | 350:3 352:10 |
| 49:12 50:14 | 245:20 246:18 | 266:14 276:24 | **reports**  35:19 |
| 96:15 127:15 | 248:5 256:4 | 277:2 292:4 | 137:13 243:11 |
| 428:16 439:7 | 265:23 275:25 | 295:25 296:9 | 283:7 |
| **replacing**  33:3 | 276:9 282:15 | 308:23 317:5,7 | **representative** |
| **report**  31:3 | 290:14 291:2,9 | 319:9,24 | 28:3,11 48:25 |
| 34:3,12 36:2 | 291:12 293:9 | 335:17 336:22 | 52:20 68:7 |
| 36:10,14 37:6 | 295:18 314:25 | 350:10 351:6 | 422:8 |
| 37:8,21,23 | 319:20 330:3 | 392:20 396:24 | **representing** |
| 38:8 45:23 | 332:12 336:7 | 397:11,16 | 166:18 |
| 49:15,23 50:25 | 336:19 337:2,6 | 398:11 400:6 | **reprimand** |
| 51:7,12 108:3 | 337:7 344:21 | 429:9 434:4 | 202:2 205:24 |
| 108:6 109:6 | 350:4 358:6 | **reporter**  4:23 | 207:10,18 |
| 114:12 116:12 | 362:7 363:3,22 | 5:8,10,17,23 | 300:13 304:23 |
| 117:4,6 119:9 | 394:8 397:6,13 | 7:10 18:21 | 307:7 |
| 125:8,10 126:5 | 399:9 401:12 | 88:21 91:18 | **reprimanded** |
| 126:7,12,15,19 | 434:11 | 106:12 214:9 | 208:8,22 300:8 |
| 128:3 133:12 | **reported**  13:23 | 219:12,17,21 | 302:3 304:10 |
| 133:25 134:8 | 109:23 110:2 | 232:3 272:15 | 304:14 316:11 |
| 134:12 135:7 | 114:9 116:9 | 272:18 273:6 | 318:5 |
| 135:24 136:13 | 118:22 125:25 | 273:11 356:11 | **reprimanding** |
| 136:25 143:23 | 126:10 136:10 | 425:18 | 300:5 301:23 |
| 145:23 147:9 | 137:10,17,19 | **reporter's**  11:3 | **request**  28:10 |
| 147:15 148:22 | 141:20 149:23 | **reporting** | 69:5 |
| 171:5 173:2 | 156:4 164:17 | 126:17 127:12 | **requests**  451:7 |
| 174:21 183:23 | 168:13 172:24 | 127:18 133:8 | |

Alpha Reporting          800-556-8974
A Veritext Company     www.veritext.com

**[required - right]**

| | | | |
|---|---|---|---|
| **required**  36:9 | 233:17 278:19 | 140:9,10,12 | 430:17 |
| 218:8 410:22 | 278:23 365:4 | 175:5 192:15 | **return**  331:2 |
| **requirement** | **responding** | 192:16,17 | **returned** |
| 35:12 55:4 | 223:13 407:16 | 226:5 228:17 | 123:15 159:5 |
| 102:13 | **response**  44:3 | 250:13,14 | **reverse**  371:16 |
| **requiring** | 64:22 128:2 | 251:8,22 252:5 | 371:16 |
| 134:7 | 130:21 140:25 | 266:13 281:24 | **review**  28:9 |
| **rescan**  305:10 | 141:10 154:16 | **retaliating** | 412:17,20 |
| **reserved**  3:23 | 173:24 211:18 | 190:21 | 448:20 |
| **reset**  381:18,25 | 233:25 441:14 | **retaliation** | **revisit**  263:13 |
| **resolution** | **responses** | 35:15,19,25 | **reyes**  36:22 |
| 161:14 162:9 | 232:4 | 36:14 37:3,4 | 66:6,7,20 67:2 |
| 162:13 | **responsibility** | 37:19 38:9,25 | 67:17 221:9 |
| **resort**  185:12 | 68:25 | 39:9,20,23 | 386:9 389:20 |
| **resources** | **responsible** | 40:2,3,8,18 | 415:17 419:19 |
| 27:18,23 50:18 | 77:13 345:21 | 41:9 42:5,17 | 421:16 |
| 133:9,17,25 | 359:18 | 47:23 48:14 | **rican**  322:11 |
| 149:10 414:6 | **rest**  94:24 98:7 | 52:10 163:20 | 325:2,3 |
| **respect**  138:19 | 98:22 | 192:13 209:2 | **right**  5:11 7:3 |
| 168:3 227:2 | **restroom**  167:8 | 224:5 226:23 | 10:7 12:25 |
| 233:4,5 412:13 | **result**  160:3,25 | 227:20 228:13 | 13:8,16 17:9 |
| 437:11 | 185:9 235:6 | 245:8 246:4,6 | 18:12 19:10,19 |
| **respecting** | 236:19 237:4 | 246:10 248:7 | 21:8,17 25:11 |
| 447:2 | 238:2,6 239:12 | 251:14,18 | 25:14 27:11 |
| **respective**  3:4 | 239:23 306:23 | 269:13 275:18 | 28:16 30:5,23 |
| **respond**  84:13 | 367:24 443:12 | 275:23 276:3 | 32:15 33:20 |
| 85:19 146:20 | 443:13 | 276:11,14 | 34:6 35:14 |
| 146:24 147:4,4 | **resumed**  92:21 | 320:12 347:17 | 36:13 41:12,17 |
| 148:4 150:16 | **retaliate**  128:8 | 348:12 349:10 | 43:11 46:20,25 |
| 218:14 221:16 | 163:6 265:21 | 350:7 392:16 | 47:17,18 50:14 |
| 254:12,22 | 345:3 346:20 | 392:22 402:7 | 52:23 53:20,23 |
| 327:10 332:7 | 347:10,13,14 | 431:7 432:15 | 54:22 56:2 |
| **responded** | 349:4,7 | **retaliatory** | 57:17 65:24,25 |
| 132:13,18 | **retaliated** | 48:3 293:6 | 66:3 70:23 |
| 140:23 230:17 | 128:9 140:3,7 | 295:21 428:9 | 71:23 73:4 |

Alpha Reporting
A Veritext Company
800-556-8974
www.veritext.com

**[right - robin]**

| | | | |
|---|---|---|---|
| 75:6,8 76:24 | 202:4 204:11 | 339:6 342:4,7 | **road** 78:2,11 |
| 79:5,12,14 | 205:24 207:16 | 344:5,20 347:7 | 100:20 101:3,3 |
| 80:9 84:14 | 215:12 219:8 | 350:13 352:19 | 101:8,17,19,20 |
| 86:12 88:22 | 220:19 221:2 | 353:2 354:17 | 101:25 109:11 |
| 91:10 92:10,24 | 221:11 223:7 | 356:9 358:4 | 111:21 128:23 |
| 95:21 96:8,10 | 223:10 224:22 | 359:15,22 | 129:5 154:5,12 |
| 97:7 101:4,14 | 225:10 226:19 | 361:7,23 | 159:3 177:17 |
| 101:17 103:25 | 230:7,22 233:4 | 362:24 363:8 | 178:13 228:2 |
| 104:8,13 107:7 | 234:5,16,22 | 366:17,19 | 310:3 311:5 |
| 109:25 111:23 | 235:3,12 238:3 | 370:17 371:2 | 346:13 |
| 112:4 113:6 | 238:13 239:23 | 371:17 372:17 | **rob** 192:24 |
| 115:16 116:16 | 240:8 241:2 | 373:21 375:16 | 193:7,10,11 |
| 119:6 122:7,24 | 244:11 247:21 | 375:20,23 | 194:9 195:20 |
| 124:4,21,22 | 248:20 249:22 | 380:16 386:24 | 196:14 197:2 |
| 125:22,22 | 252:7 253:2 | 388:14,14 | 197:23 198:14 |
| 127:8,23 | 254:5 256:13 | 389:12 391:15 | 198:16 201:7 |
| 130:17 132:5 | 257:22 258:21 | 395:5,17,20 | 202:2,24 |
| 133:6 134:10 | 260:8 261:3,24 | 404:20,22 | 204:14,19,23 |
| 137:24 140:18 | 262:19,24 | 405:16,17 | 205:24 207:10 |
| 142:3 143:6 | 263:3,19,22 | 406:7 409:24 | 207:12,18,20 |
| 146:8,16 151:4 | 264:15 265:23 | 409:24 411:12 | 208:7,9,21 |
| 152:23 153:10 | 266:2,21,25 | 412:23 413:8 | 222:24 223:3 |
| 153:12 154:3 | 267:16,21,23 | 420:24 426:5,5 | 352:5,11 |
| 156:19 158:15 | 267:25 274:3,6 | 426:16 427:14 | **rob's** 193:5,8 |
| 159:3 163:2,7 | 275:17 277:16 | 428:7 431:3 | 200:18 201:9 |
| 164:3 165:11 | 286:16 287:10 | 438:19,22 | 205:22 207:7 |
| 166:22 168:10 | 290:18 291:15 | 440:15 442:4 | **robert** 357:8,15 |
| 168:20,20 | 293:22 294:3 | 444:20 447:17 | 361:25 |
| 171:15 175:25 | 307:12,24,24 | 448:9 449:5 | **roberta** 210:20 |
| 176:19 178:16 | 309:5,8,19,21 | **riot** 199:4,8 | 210:22,23 |
| 186:15 191:9 | 316:20 319:22 | **riots** 142:16 | 220:6,7,8,15 |
| 191:18 193:22 | 320:3,23 322:4 | 145:2 196:5 | 221:15 311:3 |
| 194:6,7 195:10 | 323:11 334:3 | 198:19 199:2,4 | 397:6 |
| 196:25 197:3 | 334:13,19 | 199:8 200:3 | **robin** 220:4 |
| 198:8,13 200:9 | 335:9 338:15 | 428:2 | |

Alpha Reporting
A Veritext Company

**[role - scanner]**

**role**  351:5
**room**  148:2
  152:10,25
  155:21 158:8
  170:10 241:20
  242:20 357:13
  415:23 416:4
  417:21 418:2,4
  418:22 419:9
  419:17,20,25
  429:25
**roughly**  18:8
  18:11 95:19
  96:14,25 97:3
  131:14 132:7
  163:12 164:20
  179:3 193:15
  193:21 420:25
  442:20
**route**  14:22
  77:18 93:24
  94:13,18,20
  98:7,22 123:5
  153:22,23
  154:4 202:15
  209:22 228:7
  302:8 322:17
  394:6 395:11
  395:24,25
  396:2,4,9
**rude**  72:20
  296:23 297:2
  298:14 435:23
  436:2 439:15

**rule**  88:7 181:8
  245:4
**ruled**  289:17
**rules**  23:23
  43:14 216:18
**rumors**  166:14
**run**  125:13
  167:8
**running**  147:13
  148:8 398:6
**rushed**  55:12
  56:5

**s**

**s**  2:1 3:1,1
**safe**  109:3
  388:25
**safety**  70:6,6
  355:2
**salary**  441:22
  441:25
**sarcasm**  437:10
**sat**  152:10
  408:24 419:8
**satisfied**  112:7
**saturday**
  216:13 329:24
**save**  426:19
**saw**  76:18
  147:23 210:4
  246:7 254:8
  322:3 336:15
  367:12 422:4
**saying**  37:18
  38:6 49:20
  55:18 81:4

97:24 98:18
106:18 124:7
124:15 126:23
133:15 137:20
137:23 139:23
143:9 150:4
161:17 164:6
167:4 176:22
192:18 196:16
207:6,11
211:17 215:12
230:17 233:18
247:10 265:24
269:19,23,24
273:10 293:15
293:16,19
296:11 304:12
309:6 319:17
319:23 327:19
334:4 341:9
342:5 356:14
357:16 359:20
388:2 391:17
391:20 404:25
419:4 446:11
**says**  20:19 21:5
  21:10,11 22:8
  23:4,13 25:17
  25:21,24 26:5
  27:14,17,24
  29:9,18 30:7
  30:23 31:4
  35:15,18 36:3
  48:2,12 52:2,5
  52:8,13 53:3

53:24 54:3
56:15 68:23
69:22,25,25
71:18 72:5,19
74:14,21 75:3
75:4 80:16
81:19 82:24
86:8,12 116:2
130:12,23
133:3 142:5
154:15 155:12
163:2 168:4
192:21 198:14
201:7,21 205:7
205:12,12,12
205:13,16,21
208:25 209:4
241:21 242:22
255:19 269:6,7
286:9 300:3
307:25 308:12
308:18 309:19
323:4 324:10
324:14,17
338:4 342:13
363:6 384:12
386:10,25
392:14,24
393:22 395:9
399:19 402:2
414:8 427:8
**scan**  305:21
**scanner**  176:15
  176:16 177:23
  177:24 178:3

[scanner - self]

178:10,17,20
178:22 179:2
180:13
**scanners** 175:6
175:14,16,24
176:4,9,13,17
176:22,23
177:6,7,10,13
178:12 179:13
179:19 180:5
180:17
**scared** 224:5
279:12 281:24
282:19 283:6
283:12 330:20
330:21 336:4,5
336:7,10 345:4
381:6,11
385:10 416:15
422:10
**schedule** 77:4,7
**schedules**
180:16
**school** 437:15
438:7,13,23
439:9,17 440:4
**schooling**
439:10
**sciences** 439:25
440:3
**scope** 27:15
215:3
**scott** 339:19
340:5 351:19

**scratch** 275:8
347:3
**scratched**
336:6 338:6
346:11
**scream** 312:2,9
312:10,15
358:21 432:23
432:24 433:11
433:13,21
**screamed**
311:12 312:22
313:20 314:12
315:7 359:11
433:19 434:7
**screaming**
307:17 309:20
309:21,24
310:5 311:9
353:24 356:3
356:10,14
359:12,25
360:6,18
374:21,23
**scuffle** 355:3
357:11
**season** 229:16
240:16
**seasons** 241:4
**second** 20:2
41:16 52:8,11
52:12,12,13
73:22 74:5
90:2 91:8
117:5 119:9

126:4 224:13
224:15 269:15
274:10 294:21
326:3 372:2
374:6 375:22
384:11 407:7
410:22 413:16
**seconds** 22:12
374:25 375:3
**section** 30:6,19
35:15 47:22
52:11 348:15
**security** 345:17
408:21 440:14
441:8,14,18
442:11,14
**see** 20:4,17
21:3 23:7
25:24 26:2,13
27:18 28:6,11
28:11 30:3,11
30:20 35:16
46:23 47:24
48:9,17 49:2
52:20 68:20
69:2,23 70:8
70:25 71:12,17
74:7,15,25
76:2,8 79:14
81:23 89:23
93:5 126:16
127:10 157:9
187:2 193:14
210:2,9 222:19
236:22 248:3

253:8 254:17
268:22 269:24
275:10 280:4
307:12 310:14
312:5,7 332:18
355:11 360:17
360:20,22
364:16 367:9
386:16 392:11
399:23 406:10
407:15 408:19
408:23 409:10
409:12,16,21
412:4 414:14
431:6 433:11
433:15
**seeing** 431:20
**seem** 293:8
331:9 332:20
332:23 402:19
**seemed** 127:8
332:25 402:21
411:23 415:21
419:18
**seems** 293:7
**seen** 136:16
192:8 253:9
329:15 335:8
384:25 388:25
409:18 417:12
420:13 433:13
433:17
**self** 323:16
438:2

Alpha Reporting
A Veritext Company

800-556-8974
www.veritext.com

**[sell - single]**

| | | | |
|---|---|---|---|
| **sell** 252:19 | **serious** 358:18 | **shipping** | 233:17,22,24 |
| 255:22 | **service** 48:24 | 136:17 | 399:17 438:21 |
| **semester** | 121:3,8 | **shirt** 278:12 | **side** 17:24 |
| 438:20,24 | **services** 52:19 | **shit** 356:17 | 345:19,22 |
| **send** 10:2 | 414:6 | **shocked** 419:18 | 366:11,16 |
| 328:23,24 | **session** 272:20 | 424:7 | 400:24 402:16 |
| 448:9,14,19 | 273:8 | **shocking** 390:2 | 402:20 412:6 |
| **senior** 81:10,14 | **set** 415:18 | **short** 92:19 | 417:14 |
| 108:24 133:5 | 441:25 447:16 | 167:18 200:12 | **sighed** 254:20 |
| 292:23 | 452:8,16 | 226:11 233:10 | **sighing** 254:22 |
| **sense** 7:21 8:8 | **seven** 18:9 | 382:5 | **sight** 125:17 |
| 19:4 55:23 | 22:23,25 71:2 | **shorter** 21:7 | **sign** 386:18 |
| 58:16 85:4 | 216:18 375:2 | **shortly** 264:12 | 448:7,22 |
| 87:25 88:3 | 408:22 425:10 | 300:18 330:17 | **signature** 21:14 |
| 131:21 218:2 | **seventh** 71:8 | 381:18 | 386:16 452:20 |
| 218:11,16 | **several** 154:23 | **shot** 443:19 | **signed** 19:24 |
| 277:15 278:17 | 155:13 158:19 | **shoulder** | 385:12,18 |
| 289:24 290:3 | **sex** 116:5 | 338:11 342:15 | 386:13 |
| 292:23 326:14 | **sexist** 127:10 | 352:16 | **similar** 12:24 |
| 333:18 385:23 | **sexual** 35:20 | **shoulders** | 13:15 |
| 419:24 432:10 | 48:6 | 284:14 339:12 | **similarly** |
| **sent** 11:22 12:7 | **shack** 195:24 | 351:14 | 402:13 |
| 16:20 149:9 | 195:25 198:18 | **show** 178:12 | **simple** 172:21 |
| 241:9 396:17 | **shake** 7:7 | 333:3 346:14 | 183:12 |
| 411:22 412:2 | **shakes** 7:11 | 408:17 | **simply** 426:20 |
| **sentence** 52:13 | **shape** 144:8 | **showed** 333:4 | **simultaneously** |
| 269:15 400:13 | 281:4 | 340:8 353:15 | 377:22 |
| **sentences** 26:5 | **share** 336:16 | 408:12 | **sincere** 112:11 |
| **separated** | **sheet** 18:25 | **showing** 19:12 | 124:20 278:2 |
| 355:7 381:9,15 | 453:2 | 19:13 | 332:25 |
| **separating** 17:8 | **shift** 13:14,15 | **sic** 248:24 | **single** 116:4 |
| 17:16 | 18:7 95:9 96:6 | 437:14 | 142:20 155:20 |
| **september** | 96:7,25 97:3,4 | **sick** 228:3,6 | 181:22 197:12 |
| 344:8 | 99:4 210:25,25 | 229:14,25 | 248:24 291:9 |
| | 312:8,10 | 230:2,16,18 | 399:20 |

**[singled - speak]**

| | | | |
|---|---|---|---|
| **singled** 303:13 | 424:11 | 338:19,23,24 | 229:18 230:10 |
| **singling** 247:8 | **situations** | 398:14,16,25 | 241:16 269:5 |
| **singular** 206:4 | 222:10 227:3 | **solemnly** 5:12 | 286:7 304:18 |
| **sir** 103:5 | 227:10 238:13 | **solutions** 4:21 | 318:19 325:2 |
| 136:20 218:17 | 248:25 254:15 | **solved** 141:16 | 339:22 342:17 |
| 441:21 442:13 | 403:7,12 | **somebody** | 356:11 387:22 |
| **sister** 195:22 | **six** 20:25 22:21 | 330:6 446:18 | 395:16,22 |
| 198:17,20,23 | 22:25 71:2 | **son** 228:3,6 | 413:15,21 |
| **sit** 110:17 | **sixth** 22:22 | 229:13,25 | 425:22 428:4 |
| 116:3 130:19 | 23:3 | 230:2,16,18 | 430:4 437:16 |
| 160:15 193:4 | **skimmed** 57:3 | 233:17,22,24 | 439:15 448:13 |
| 207:21 209:16 | 59:5 | 238:25 | **sort** 10:5 69:21 |
| 308:22 362:9 | **skin** 298:15 | **soon** 6:20 110:2 | 73:13 114:16 |
| **site** 51:5 67:25 | **skip** 72:3,17 | 111:23 133:18 | 221:18 224:6 |
| 409:2 | **skipped** 138:11 | 133:22 164:18 | 242:11 292:21 |
| **sitting** 291:19 | **slash** 28:3 | 325:23 409:13 | 292:22 300:16 |
| 294:3 298:3 | 52:20 365:8 | 441:16 | 300:25 302:12 |
| 390:3 | **slashed** 380:23 | **sorry** 5:22 | 324:3 331:13 |
| **situation** 109:2 | **sleep** 446:14 | 22:24 26:23 | **sought** 443:11 |
| 109:10 112:14 | **slow** 224:15 | 30:14,16 44:22 | **sound** 75:6 |
| 113:3 115:18 | **small** 116:18 | 50:12 52:4 | 188:8,15 |
| 123:18 124:3 | 358:17 | 56:22 69:12 | **sounds** 73:11 |
| 124:16 154:17 | **smaller** 401:5 | 71:13 96:15 | 75:8 96:18 |
| 155:19 157:18 | **smallest** 284:16 | 105:19 106:12 | 404:20 |
| 160:6 164:21 | **smart** 334:6 | 106:15,16 | **space** 379:7 |
| 173:9,10 | **smirking** 233:3 | 114:4 121:10 | 400:23 401:10 |
| 222:21 227:9 | 282:11 | 124:12,13 | **spanish** 357:2,5 |
| 237:6 256:7 | **snitch** 165:4 | 127:15 132:17 | 357:17,25 |
| 278:3 281:12 | 168:19 169:12 | 134:20,24 | **speak** 43:13 |
| 342:8 374:18 | 170:7,15 171:6 | 147:6,19,21 | 64:24 109:4,9 |
| 375:10 381:3 | 173:12,19 | 149:16 153:5 | 113:6,10,17 |
| 397:4 398:10 | 174:6,11,13,15 | 161:6 172:14 | 116:20 130:5 |
| 399:22 400:16 | 174:17,19 | 179:6 187:11 | 169:3,7 170:19 |
| 402:6 419:10 | 260:8 261:24 | 205:6 213:24 | 171:16,22 |
| 421:12 424:2 | 262:19 266:8 | 220:2 227:12 | 173:14,16,20 |

Alpha Reporting
A Veritext Company

800-556-8974
www.veritext.com

**[speak - started]**

181:5 184:18
191:21 210:19
276:20 278:3,7
281:11 294:3
296:18 303:4
340:17,18
352:2 357:4
383:5 389:2
395:2 409:8
412:6 415:22
417:25 418:19
420:19 432:17
432:20 436:8
**speaking** 7:8,9
43:15,21 44:3
82:5 83:25
84:8 169:4,8
170:15 208:9
215:7 216:22
221:24 237:18
260:25 284:13
291:16 296:20
297:10 337:10
337:16 338:20
339:24 340:6
340:14,19,24
387:9,13
398:12 419:20
**speaks** 214:22
232:23 356:25
357:25 377:10
**specialist** 4:19
**specific** 38:19
38:23 40:11
193:18,19

217:16 235:25
262:16 265:11
403:17 424:24
**specifically**
82:5 113:11
117:14 150:9
151:14 169:19
197:13 240:19
264:5
**specified**
426:11
**specify** 423:21
424:20,22
**spectrum** 433:4
433:7
**speech** 85:18
**spell** 106:5
225:2
**spencer** 106:9
106:17,22,23
107:4,10 113:7
113:8 171:14
171:22 172:13
172:17 224:12
224:23 225:20
226:17 245:18
245:22 246:2
247:3,4,7,9,12
**spend** 426:24
**spent** 97:3
**split** 17:6,20
143:11 154:11
169:10,23
339:10 353:7
353:15 358:23

360:8,22
371:15,17
390:18 403:6
**splitter** 353:20
**splitters** 375:12
**splitting** 17:7
17:24 18:3,5,6
178:7 295:14
353:17
**spoke** 64:3
98:11 140:9
161:8 173:4,6
179:21 220:22
295:12,14
308:14 338:18
340:22 352:8
397:6 400:8
402:19 411:21
415:23,24
416:22 418:4
418:14 424:8
427:25 429:18
432:18
**spoken** 67:16
137:7 171:9
327:7 403:11
**sporadic** 323:2
323:3
**spot** 178:2,16
**squashed**
123:22
**stamp** 11:4
**stamped** 9:12
10:3,8 31:9
32:4,14,19,22

33:10,19 54:23
55:5
**stamps** 31:17
31:23
**stand** 202:7
213:25 222:19
**standard** 4:17
22:14 215:11
449:14
**standing** 17:11
17:15,22
196:25 197:3
209:8 252:10
252:23 362:14
368:12 387:8
**stared** 354:7,8
354:12 435:3
**start** 8:16 76:6
77:9 78:3,24
104:20 126:14
126:15 178:7
227:7 253:2
264:2 310:4,18
355:12 373:15
387:12 393:4
441:10,11
446:11
**started** 15:5,15
16:2,2,3 17:4
53:20,21 54:7
56:10 64:17
73:15 77:13,14
78:12,13,23
79:2 97:5
101:4 110:10

Page 69

**[started - stenographic]**

| | | | |
|---|---|---|---|
| 119:13 128:22 | 122:10,14 | 258:25 259:11 | 123:4,8,15,17 |
| 129:9 145:20 | 123:19 124:17 | 259:14,25 | 125:14 131:21 |
| 148:6 166:13 | 125:4 133:4,9 | 260:4,25 261:6 | 134:15,16 |
| 170:16,19 | 138:25 148:13 | 277:2 283:23 | 136:3 137:8 |
| 179:23 190:24 | 148:15,17,21 | 286:21,23,24 | 139:17 151:10 |
| 191:4 192:9 | 148:24 149:3,8 | 315:14 318:4 | 158:11 159:5 |
| 245:24 263:11 | 149:9,12,20 | 323:13 325:7,9 | 172:22 173:7 |
| 263:15 264:6 | 150:2,13,21,24 | 325:11 326:3 | 174:12 184:4 |
| 265:9 278:10 | 151:9,20,23,25 | 326:19 328:2 | 193:12 211:20 |
| 284:12,14,15 | 152:2,7,11,12 | 338:21 345:8 | 245:6,12 277:6 |
| 318:7 343:9 | 152:16 153:2,3 | 348:9 355:22 | 303:21 310:13 |
| 344:16 352:15 | 153:9,15,15,19 | 357:13,15 | 310:21,22 |
| 353:10 354:16 | 153:25 154:24 | 379:8 383:3 | 329:18 349:14 |
| 358:14 374:22 | 155:14,22,24 | 398:7 399:9 | 387:9 394:18 |
| 392:17 409:8 | 156:5,7,9,16,18 | 400:15 426:6 | 395:3 399:15 |
| 416:4 432:12 | 156:20,21 | 431:21,23,24 | 400:23 436:11 |
| 441:17 | 157:7,9,14 | 432:11,18,21 | **status**  20:12 |
| **starting**  72:4 | 158:3,7,9,10,13 | **statements** | 40:21 |
| 291:18 | 158:14,20,21 | 87:2 139:16 | **stay**  78:9 83:4 |
| **starts**  71:11 | 158:24 160:3,9 | 142:12,16,22 | 88:13 100:20 |
| 264:9 318:23 | 160:21 161:9 | 143:19 144:9 | 125:16 129:5 |
| 328:15 353:24 | 163:4 195:21 | 144:12,13,21 | 139:14 212:17 |
| **state**  1:25 4:25 | 196:8 197:8,9 | 151:11 202:25 | 216:15 |
| 6:7 29:22 70:5 | 197:12 198:6 | 203:13 229:7 | **stayed**  139:17 |
| 452:5 | 201:7,13,14,18 | 245:7 256:21 | **staying**  427:5 |
| **stated**  101:19 | 201:22 203:3 | 279:24 314:6 | **stays**  291:6 |
| 104:11 130:14 | 208:23 211:21 | **states**  1:1 4:13 | **steal**  252:19 |
| 214:10 286:20 | 214:5,8 228:9 | **stating**  132:14 | 255:21 |
| 301:3 302:8 | 228:9,12 | 132:19 151:2 | **stealing**  397:10 |
| **statement**  44:4 | 234:25 236:19 | 323:5 | **stemmed** |
| 109:14 117:13 | 244:22 246:3,8 | **station**  14:12 | 419:14 |
| 117:21 118:2 | 248:24 256:14 | 14:13,15 67:2 | **stenographic** |
| 118:15 119:21 | 256:19,25 | 81:15 101:24 | 89:3 212:22 |
| 119:25 121:13 | 257:5,9,13 | 104:5 112:20 | 271:17 273:23 |
| 121:23 122:2 | 258:4,14,19,21 | 117:3 122:12 | |

Alpha Reporting                    800-556-8974
A Veritext Company                 www.veritext.com

**[step - support]**

**step** 89:7 200:7
389:9,15,15,17
404:5 405:13
406:9,15,16,21
406:22 407:8
407:13 408:3
410:7,13,13,16
410:20,23
411:3,9,17
450:20,23
451:4
**stepped** 409:13
**stepping**
380:13
**steps** 300:4,13
368:5
**steve** 253:24
254:2,4,14,17
254:19 268:21
268:22 269:2,9
269:20,24
274:8,9
**stick** 246:25
**sticker** 305:20
305:21,22
**stickers** 306:12
**sticking** 116:16
**stipulate**
448:25
**stipulated** 3:3
3:11,19
**stipulation**
448:22
**stipulations**
447:19,24

448:4
**stole** 196:5
198:17
**stood** 255:4
283:24 420:11
**stop** 60:2 95:24
97:2,17 212:2
213:17 271:9
284:20 297:9
299:13 339:24
426:20
**stopped** 169:3
169:8 170:15
208:9 221:24
284:13 285:23
338:20 340:6
341:9 398:12
422:4
**stops** 94:21,24
94:25 95:2,3,5
95:7,18,21
96:6,6,12,14,24
96:24 97:14
98:2
**stored** 209:9
**stores** 97:18
**story** 402:17,21
411:25 412:7
**straight** 133:19
147:11,14
148:12 157:3
258:2 424:6
**strange** 331:14
**streamlined**
33:20

**street** 1:10 2:6
4:6,6 5:21
339:19 345:22
444:16
**streets** 330:12
**stretch** 399:23
**stretched**
399:22
**strictly** 202:15
**structured**
16:17
**struggling**
354:25
**stuck** 310:16
316:9
**stuff** 106:10
169:4 170:9
177:20,20
245:25 278:23
307:2 310:5
356:17
**subject** 48:4
**subjected**
30:25 35:25
**subjective** 35:7
**submitted**
163:3 389:18
405:5 406:17
411:9
**submitting**
48:23 52:18
**subscribed**
449:19 453:23
**substance** 6:23
130:14

**substantial**
421:13
**suddenly**
307:16 309:20
**sued** 443:24,24
**suffered** 443:13
**suffice** 201:5
**suing** 431:6,9
**suite** 2:7 4:7
**sum** 130:14
**summer** 130:12
138:5,19 139:5
142:2 192:22
264:15 396:19
397:24 426:13
427:8,19
429:12
**summertime**
108:12
**sunnyside**
440:6
**super** 391:5
**supervised**
131:10,15
**supervisor** 77:5
78:16 137:16
163:13 204:22
259:10,13
**supervisors**
31:2
**supervisory**
80:18
**support** 28:5
164:5 320:25
321:17

Alpha Reporting
A Veritext Company

**[suppose - talking]**

| | | | |
|---|---|---|---|
| **suppose** 320:7 | 225:15,16 | 384:5,6,10,13 | 176:13 200:5,7 |
| **supposed** 35:6 | 226:8 240:25 | 384:22 385:9 | 226:6 233:7 |
| 35:8 100:20 | 243:22 244:10 | **swap** 10:4 | 267:5 284:25 |
| 101:8,16,18 | 254:6 255:8,12 | 31:22 32:2,18 | 285:6 346:12 |
| 112:13 182:16 | 262:15 266:19 | 32:24 | 383:20 412:10 |
| 182:19 184:17 | 271:8 285:12 | **swear** 5:9,12 | **taken** 1:21 4:8 |
| 185:24 190:10 | 287:6 288:21 | **swearing** | 6:25 88:21 |
| 190:14 196:9 | 292:2 299:10 | 352:24 363:10 | 89:4 92:20 |
| 197:7,11 | 308:10 310:18 | 363:15 | 93:18 167:19 |
| 305:24 353:19 | 313:11,22 | **swing** 265:20 | 200:13 212:23 |
| 371:11,13 | 314:13 316:15 | 322:16 395:19 | 226:12 233:11 |
| 377:2 390:13 | 316:25 318:21 | **swinging** 365:6 | 239:12,16 |
| 398:5 424:18 | 325:3 328:16 | **switch** 441:4 | 271:18 273:22 |
| **sure** 7:13,23 | 334:20 345:20 | **switched** | 273:24 285:17 |
| 8:11 11:7 | 346:3 348:2 | 169:22 176:10 | 382:6 449:10 |
| 16:16 17:8 | 349:19 369:16 | **sworn** 3:5 6:6 | **takes** 302:11 |
| 19:15 25:10 | 379:11 382:2 | 449:19 452:8 | **talk** 108:15 |
| 37:9,15 41:22 | 382:14 383:10 | 453:23 | 109:6 139:3 |
| 46:15 49:13,19 | 406:5 407:4 | **system** 48:23 | 143:12 151:3 |
| 50:4,23 55:6 | 410:24 424:18 | 52:18 228:19 | 152:4,20 |
| 58:13 66:13 | 431:4 433:22 | 229:3 | 240:10 268:19 |
| 67:8 92:8 | 435:2 445:18 | | 298:13 306:10 |
| 98:11 99:19 | 446:9 | **t** | 376:22 403:20 |
| 105:24 107:11 | **surprised** | **t** 3:1,1 | 418:21 |
| 109:15,24 | 154:15 | **table** 7:20 | **talked** 98:14 |
| 128:2 132:8 | **suspect** 279:6 | 122:15 123:23 | 145:2 174:7 |
| 137:18 144:11 | **suspended** | 419:9 447:10 | 236:15 291:16 |
| 151:6 154:7 | 161:5,13 | **tail** 15:24 | 304:7 321:2,10 |
| 160:5,18 161:3 | 236:19 237:3,4 | **take** 7:14,18,19 | 321:11 336:25 |
| 161:24 164:24 | 238:2,6,9 | 12:21 27:25 | 338:7 |
| 166:17 167:9 | 239:24 281:8 | 84:22 92:17 | **talking** 45:20 |
| 174:8 178:10 | 382:10,13 | 95:6,23 97:20 | 117:14 119:13 |
| 179:15 187:6 | **suspension** | 98:21 103:23 | 131:18 139:9 |
| 187:18 188:14 | 162:14 192:22 | 116:14 147:4 | 142:25 143:15 |
| 191:16 224:17 | 223:4 239:2 | 159:9,11,23 | 143:16,17 |
| | | 167:6,10 | |

Alpha Reporting
A Veritext Company

**[talking - testified]**

| | | | |
|---|---|---|---|
| 144:10,17,23 | 152:6 156:2 | 222:20 244:13 | 410:8 446:7 |
| 146:5 166:3 | 158:10 162:21 | 306:2 308:2 | **terms**  29:21 |
| 198:16 206:6 | 162:24 164:19 | 337:24 416:11 | 80:19 99:25 |
| 206:13 237:9 | 166:9 168:11 | 421:24 433:7 | 115:12 116:5,6 |
| 239:19 248:15 | 170:12 183:16 | **tells**  416:10 | 153:20 157:24 |
| 250:24 255:9 | 184:19 185:14 | 434:21 | 172:5 194:14 |
| 255:13,23 | 186:4 192:14 | **ten**  179:10 | 251:11 360:8 |
| 261:17 266:12 | 196:14,19 | 284:25 285:5 | 407:5 415:9 |
| 267:16,18 | 197:19,22 | 375:2 415:24 | 443:18 |
| 299:13 343:15 | 198:2,4 200:22 | 420:23,25 | **testified**  6:8 |
| 362:13 423:22 | 204:21 220:23 | **tennessee**  2:16 | 47:3 50:3,6,16 |
| 428:18 | 221:2,5 223:18 | 4:22 | 50:23,24 54:6 |
| **tandem**  101:23 | 228:20,25 | **tense**  396:20 | 56:3 64:6 |
| **target**  107:16 | 231:6 240:8,22 | **tension**  419:25 | 65:20 75:10 |
| **targeted**  150:8 | 241:7 244:18 | **term**  235:16 | 78:21 99:4,18 |
| 150:9 349:22 | 246:9 250:10 | **terminate** | 121:22 124:2 |
| 350:8,14 | 268:4 274:8,11 | 80:25 81:2,5 | 125:9 144:18 |
| **team**  70:6 | 274:23 281:22 | 387:3 431:10 | 149:21 150:12 |
| 286:21 | 281:23,25 | 431:11 | 153:16 155:4,8 |
| **tear**  110:10 | 286:17 290:18 | **terminated** | 155:15 156:8 |
| **teared**  111:7 | 290:25 298:11 | 46:7 65:25 | 163:8 186:6 |
| **tears**  215:17 | 298:25 300:22 | 67:14,17 74:2 | 189:17 233:14 |
| **technically** | 313:22 323:12 | 74:13 75:24 | 256:17 260:10 |
| 33:22 | 326:3,5,20 | 267:10 283:13 | 260:14 268:19 |
| **technician** | 327:25 329:3 | 283:18 344:8 | 275:24 276:4,7 |
| 438:18 440:3 | 335:6 336:5,13 | 387:5,9 399:12 | 286:17 287:8 |
| **tell**  13:19 16:21 | 357:9 358:10 | 438:12 444:3,9 | 287:15 288:22 |
| 16:22 24:21 | 383:20 393:14 | **terminating** | 289:5 303:9 |
| 49:16 51:3 | 393:20 400:10 | 80:21 431:16 | 316:17 317:15 |
| 53:15 55:18 | 420:4,12 430:7 | **termination** | 334:21 336:22 |
| 65:10 77:17 | 433:4 436:12 | 37:6,9 81:16 | 337:5 347:8 |
| 100:13,22 | 446:10 | 128:10 162:11 | 348:20,24 |
| 102:18 114:22 | **telling**  51:11 | 320:10 386:5 | 351:16 356:13 |
| 116:3 145:13 | 55:20 58:20 | 387:21,24 | 364:15 370:7 |
| 147:8,9,24 | 128:22 165:13 | 388:23 392:15 | 370:15,23 |

**[testified - think]**

| | | | |
|---|---|---|---|
| 378:20 388:17 | 319:5,7 331:3 | 445:6 447:11 | 354:3 356:15 |
| 391:21 398:15 | 337:4 341:2 | **thankfully** | 357:4,6,17 |
| 413:9 | 359:10 362:17 | 214:20 | 363:6 374:12 |
| **testify** 46:25 | 362:21 365:22 | **thieves** 142:17 | 376:21 386:25 |
| 83:17 91:4 | 398:17 400:3 | 145:3,8 | 389:8 391:10 |
| 141:9 155:11 | 420:2 435:16 | **thing** 7:4,8 33:3 | 394:21 399:2 |
| 188:24 205:14 | 450:2 452:10 | 35:5,7,8 116:4 | 416:19 424:14 |
| 287:19 334:12 | **text** 184:8,22 | 116:17 121:19 | 424:17,19 |
| 337:7 429:16 | 185:4,7 186:13 | 186:15 303:20 | 426:9 429:7,19 |
| **testifying** 49:21 | **texted** 185:13 | 306:4 315:25 | 429:21,22,24 |
| 50:2 83:9 | **texting** 185:9 | 407:5 431:2 | 430:21,24 |
| 84:24 90:23 | **textual** 320:9 | 446:5,17 | 435:5 447:9 |
| 218:7 232:14 | **thank** 5:7 6:4 | **things** 7:4 35:2 | **think** 19:22 |
| 248:8 294:13 | 10:9 11:6 | 51:4,5 64:9 | 42:10 53:18 |
| 318:23,25 | 14:14 19:6 | 94:11,15 | 89:6 97:11 |
| 337:10 350:11 | 21:17,22 23:2 | 104:19,23 | 104:15 107:11 |
| 397:17 | 24:17,19 33:25 | 106:18,20 | 108:13 112:16 |
| **testimony** 5:13 | 43:5 47:17 | 107:13,21,23 | 112:21 124:9 |
| 8:13 50:5 | 56:2 69:20 | 112:22 113:22 | 124:11 126:20 |
| 55:16 59:2 | 70:23 76:5 | 116:3 125:13 | 126:21 127:2 |
| 92:20 125:21 | 92:2,3,9,10 | 126:14,17 | 134:13 150:22 |
| 141:5,8 151:25 | 96:20 135:22 | 130:25 132:16 | 161:14,21,25 |
| 152:15 156:22 | 136:23 141:22 | 132:20 134:17 | 162:9,12 |
| 157:12 168:3 | 201:24 238:10 | 139:11 140:14 | 166:12 179:2 |
| 174:9 184:16 | 239:6 257:3 | 141:15 142:18 | 182:9 188:25 |
| 187:23 188:2,4 | 261:20 266:3 | 142:19 144:2 | 197:25 202:11 |
| 188:23 190:2 | 266:24 273:21 | 145:3 149:23 | 202:12 204:13 |
| 230:4,21 231:3 | 274:3 290:5,14 | 169:12 170:11 | 210:25 214:22 |
| 231:22 236:4,5 | 291:15 293:3 | 173:6 175:23 | 214:23 225:5 |
| 261:15 262:2,4 | 295:4 297:4 | 181:17 190:8 | 229:21 230:5 |
| 275:3 289:9 | 298:8 316:8 | 195:12 197:10 | 232:16,19 |
| 313:5,14 | 352:20 370:12 | 201:15,19,23 | 244:17 247:21 |
| 315:19,21 | 370:22 378:6 | 262:14 265:7 | 248:21 249:7 |
| 316:16,25 | 381:10 428:5 | 267:20 284:16 | 257:8,15 267:3 |
| 318:17,17 | 431:4 439:21 | 284:18 317:10 | 267:9 270:10 |

Alpha Reporting
A Veritext Company

**[think - time]**

278:8 282:14
284:20 308:22
309:2 315:4,14
315:16 317:10
318:12 325:2
325:25 330:10
334:8 336:4
340:2 344:22
351:21 352:18
362:5 372:13
373:5 377:9
383:6 388:8,9
388:10 395:9
395:17 403:24
418:18,20
424:11,18
427:22 428:7
431:13 448:8
**thinking** 419:5
**third** 54:3
371:19 372:3
372:16,22,23
373:9 374:10
374:24 375:5
375:24 376:3
377:17 392:13
410:13,23
441:16
**thought** 49:18
49:22 50:3,6
50:16 55:20
64:4,6 78:21
113:18 117:7
122:6 127:12
133:12 155:15

156:8 173:25
185:23 186:6
186:16 191:10
197:14 198:24
227:4 230:6
234:3 263:10
268:11 310:7
326:10 333:15
335:20,23
343:6 357:19
358:16 363:16
364:4 367:8
374:7 382:17
383:7 388:4
401:13 420:18
446:17
**thoughts**
112:24
**thousands**
33:15
**threat** 297:25
338:2
**threaten**
288:13
**threatened**
87:9 365:9
**threatening**
70:2 72:6,8
163:4 288:14
325:23 337:23
**threats** 85:11
87:13 337:18
**three** 22:21
53:23 71:2
74:12 96:4

97:20 103:19
182:11 190:12
221:13 226:16
247:23 250:8
311:7 324:15
324:17 325:16
369:22,23
370:15 372:21
392:8 410:13
410:16,20
411:3,17
**thumb** 245:4
**thursday** 4:15
449:11
**ticking** 299:19
299:22
**tight** 401:2
**till** 432:23
**time** 1:23 3:23
4:16,17 12:22
13:12 15:20
18:7 20:24
21:7 22:10,14
23:7 32:22
46:10 60:19
61:20 62:8,11
62:11,14,16,19
63:4,5,10 64:3
74:18,19,21
76:12 77:2
78:15,19,25
88:24 92:22
95:6,13 96:7
98:24 107:2
108:8,9,16

109:17 112:11
112:25 113:2
113:22 114:13
115:17,25
116:9,13 117:5
117:6,11,19
118:4,7,10,19
119:14 124:8
124:18,25
126:2,4,10,13
127:4,7 130:2
131:3,4,5,10
133:11,21,25
137:10 138:24
139:7,20
140:11,16,18
141:11,12
164:11 167:16
167:20 177:2
178:20,23
180:7 181:10
181:11 183:14
192:21 193:24
194:2 197:12
200:10,14
202:10 203:5
204:5 212:19
214:2 216:5
221:8 223:4
226:9,13
228:10,14,16
229:8 230:3,6
230:7,12
232:22 233:2,8
233:12 234:14

Alpha Reporting
A Veritext Company
800-556-8974
www.veritext.com

**[time - told]**

| | | | |
|---|---|---|---|
| 234:21 238:19 | 379:4,14 | 186:23 187:4,9 | 130:19 137:12 |
| 238:20,21,24 | 381:20 382:3,7 | 187:13,17,20 | 142:21 160:16 |
| 240:6 241:8 | 383:7 385:22 | 187:25 188:12 | 165:10 174:10 |
| 243:10,10 | 386:22 392:19 | 188:15 189:19 | 182:4 183:17 |
| 247:3,5,9,17 | 394:2 396:23 | 190:3,12,12 | 187:23 190:2 |
| 248:24 250:20 | 397:23 407:7 | 191:17 193:16 | 193:4 207:21 |
| 251:6,20 252:6 | 408:9 411:13 | 209:21 210:7 | 209:16 230:4 |
| 257:5 258:18 | 412:10 415:19 | 229:6 231:18 | 236:4 245:19 |
| 259:24 260:3 | 416:22 417:3,9 | 232:9 235:24 | 289:8 290:21 |
| 260:22,23 | 419:3 420:21 | 313:9,11 | 291:3 302:25 |
| 261:5 263:25 | 421:10,14 | 327:13 341:8 | 304:21 308:22 |
| 265:12 268:12 | 426:11,19,25 | 341:10 357:2 | 309:3 329:11 |
| 271:14 272:13 | 427:4,22 428:8 | 364:2 370:3,7 | 351:17 356:12 |
| 272:21 273:25 | 429:17 432:15 | 377:24 378:5 | 359:10 397:17 |
| 278:9,16 | 437:15 438:7 | 394:14 395:18 | 398:18 400:3 |
| 279:14 281:6 | 441:20 443:4 | 415:18 436:13 | 427:21 429:16 |
| 285:14,18 | 444:8,10 | 437:5 | **today's** 447:23 |
| 288:11 291:7 | 446:18,24 | **tip** 340:11 | **together** 94:8,9 |
| 298:11 299:19 | 449:13,14,16 | **tips** 282:13 | 171:25 172:2 |
| 299:23 311:20 | **timeline** 203:6 | **tired** 149:18 | 175:13 195:2 |
| 312:17 315:5 | 428:17,20 | **title** 14:7 54:12 | 350:5 |
| 318:22 322:17 | **times** 53:14 | 54:14,15,21 | **told** 46:5 77:23 |
| 326:25 327:20 | 67:23 69:2 | 103:7 211:2,4 | 99:14 100:7,18 |
| 328:8 332:19 | 78:5,13 79:7 | 291:23 292:2 | 100:19,23 |
| 332:21 340:16 | 97:21 99:10 | 335:13 440:13 | 101:15 102:21 |
| 341:15 342:11 | 107:19,24 | 442:10 | 103:18 104:9 |
| 345:11 346:25 | 108:6 139:22 | **titled** 47:22 | 109:13,25 |
| 348:16 349:15 | 145:16,21 | **tnt** 8:25 9:3 | 115:23 117:12 |
| 354:2 355:18 | 154:23 155:13 | 11:18,23 12:20 | 117:20 119:24 |
| 356:5,8 363:14 | 158:19 171:16 | 13:13,23,25 | 119:25 120:3 |
| 367:7 370:8 | 171:19 177:12 | 102:14 392:25 | 121:14,22,25 |
| 372:10 374:7 | 177:14,15 | **today** 4:15 6:18 | 133:16,23 |
| 374:19,21,22 | 178:24,25 | 8:14 9:14 | 135:24 140:22 |
| 374:23 375:15 | 179:7 180:17 | 69:11 75:17 | 147:25 151:25 |
| 377:20 378:25 | 182:3,10,11 | 87:7 106:25 | 153:7 155:20 |

**[told - true]**

| | | | |
|---|---|---|---|
| 156:15 157:6,8 | 422:10,13,14 | 207:8 318:7 | 245:9 246:7 |
| 157:13 158:2,3 | 423:17 | 354:15 362:4 | 259:25 260:7 |
| 161:9 164:7,8 | **tolerate**  29:23 | 364:21 365:7 | 260:12,17 |
| 164:14,16,22 | **tolerated**  70:3 | 365:13,16,19 | 261:7,8,13,23 |
| 165:4,14,25 | **tone**  261:17,20 | 366:23 367:6 | 262:7,11,18,20 |
| 166:7,12,24 | 390:24 | 367:14 368:5 | 319:18 390:12 |
| 168:12,13,18 | **tongue**  340:12 | 369:2,11,12 | 391:7,12,22,23 |
| 173:22 174:18 | **took**  96:3,7 | 370:17 371:7 | 434:3 |
| 182:22 197:18 | 121:6 157:9 | 371:23 372:6 | **treating**  166:13 |
| 210:21 220:8 | 167:22 200:17 | 373:12,16,23 | 318:10 420:9 |
| 228:4 229:6,13 | 219:14 226:15 | 375:8 377:22 | 432:12 434:6 |
| 230:4 233:15 | 269:11 333:17 | 378:25 379:5 | **treatment** |
| 234:19,20 | 357:12 358:17 | 391:4 | 38:13 367:24 |
| 240:3,12 | 368:5 379:6 | **track**  45:25 | 388:16,22 |
| 241:23 245:20 | 400:12 438:20 | 168:2 | 450:19 |
| 246:12 247:12 | 441:24 | **traction**  412:5 | **treats**  37:5,7,20 |
| 263:21 264:4 | **top**  19:20 20:3 | **traffic**  311:5 | 38:7 |
| 274:18 302:18 | 22:2 25:18,20 | **trailing**  106:14 | **trial**  3:25 |
| 306:7 312:24 | 25:23 28:19 | **training**  62:18 | **tried**  117:11 |
| 327:3 328:25 | 29:17 53:24 | 321:25 324:3 | 125:16 380:20 |
| 330:5 332:8 | 73:25 74:3 | 325:11 326:24 | 400:17 401:23 |
| 335:23 336:11 | 107:6 115:15 | **transcript**  46:2 | 402:2 |
| 343:2,8 354:12 | 143:10 253:3 | 448:15 452:9 | **trouble**  165:5 |
| 354:20 357:3,7 | 309:8 351:24 | **traumatic** | 283:8,10,11 |
| 357:10,12,15 | 352:19 393:10 | 421:11 | **truck**  15:2 |
| 364:3,8,10 | 399:6 432:16 | **travel**  84:22 | 101:25 103:13 |
| 382:25 383:2 | **total**  179:3 | **trayvon**  146:15 | 120:12 121:17 |
| 387:6 388:11 | 182:3 | 146:21,23 | 143:12 |
| 390:3,7 391:11 | **totally**  134:17 | 148:3,3 238:4 | **trucks**  178:8 |
| 391:13,21 | **touch**  51:6 | 397:25 | 371:18 |
| 393:5,24 394:4 | 379:11 | **treat**  192:10 | **true**  60:24 61:6 |
| 395:8 397:4 | **touched**  375:23 | 229:9 284:12 | 61:13 190:9 |
| 404:6,7 408:16 | **toward**  72:10 | 437:10 | 286:15 319:23 |
| 408:21 413:11 | **towards**  69:21 | **treated**  39:10 | 391:10 393:21 |
| 415:5 416:6 | 72:21 205:23 | 39:12 226:5 | 452:9 |

Alpha Reporting
A Veritext Company

800-556-8974
www.veritext.com

**[trust - understand]**

**trust**  329:8
335:25 446:21
**truth**  5:14,15
403:14 420:20
**truthful**  8:13
59:2 199:13
**truthfully**
58:25 117:17
134:21 218:7
**try**  6:19 60:16
106:19 116:18
139:14 150:18
150:18 152:4
184:9 186:12
252:19 255:21
284:15 346:9
355:4
**trying**  50:4
116:7 119:8
121:7 122:3
125:18 126:6
134:20 158:9
183:22 188:18
188:24 189:2,5
189:10,24
190:15 199:25
206:20 236:3
247:6 286:14
303:14 317:13
348:13 369:16
373:19
**turn**  30:13,15
30:16 79:24
104:25 340:20
341:4

**turned**  196:7
268:20 354:5
**turns**  242:22
**tussled**  381:7
**tussling**  354:24
**tv**  193:3 195:21
195:21 196:3,4
198:17
**tvs**  397:10
**twice**  125:22
253:9 312:20
407:9
**two**  10:20,21
10:22 18:2
22:20 23:11
26:4 51:3 64:9
70:25 72:19
74:12 96:19
101:23,24
110:5 134:17
139:6,22
146:18,19
158:16 163:12
165:19 167:7
174:17 190:8
190:11 205:8
205:25 206:19
234:22 238:11
238:18 239:8
252:11,17
254:7 256:6
257:20 259:4
259:17 265:14
265:23 268:22
276:13 279:23

351:12 366:9
367:8 368:17
371:25 372:22
372:25 373:4
373:13 378:18
379:2,16
386:11 392:8
393:9 406:9,15
406:16,22
407:8,13 408:3
410:7 411:9
419:12 421:2
428:8 429:17
430:5
**type**  253:5
278:13 324:8
**types**  328:18
**typical**  17:3
**typically**  95:11
96:3 184:22

| u |
| --- |

**u**  3:1 225:3
**uh**  15:16 16:4
20:5 22:11
30:17 97:12
118:21 119:11
121:16,18
123:9 124:23
125:2,6,24
126:3 144:16
152:17,19,22
153:11 157:5
168:15 187:15
187:22 188:10
188:13 211:15

227:21 264:16
276:10 307:22
316:19 341:21
368:14 373:17
379:3 403:23
**uncomfortable**
106:20 109:7
145:14 169:6
183:10 286:18
287:13 288:23
419:21 434:10
434:15,18
435:4
**under**  68:22
74:12,24
122:15 123:23
169:12 196:11
291:25 298:15
302:6 352:3
383:11 398:14
398:19 437:8
**underlying**
42:18
**understand**
7:24 8:6 20:13
23:9,25 29:4
34:7 36:5,8
37:10,17 49:19
50:5,24 70:11
71:24 72:14,24
83:20,21 93:8
111:3 116:8
122:3 125:18
126:6 144:11
151:6 154:8

Alpha Reporting
A Veritext Company
800-556-8974
www.veritext.com

**[understand - vehicle]**

| | | | |
|---|---|---|---|
| 162:6 166:17 | 47:4 50:7,17 | **unprofession...** | **use** 252:22 |
| 176:3 188:19 | 51:10 53:12 | 127:9 | 282:12 314:2 |
| 189:2,5,10 | 56:14,17 97:23 | **unprovoked** | **used** 8:25 |
| 200:2 206:18 | 174:9 198:10 | 352:23 | 147:12 148:7 |
| 206:20 223:11 | 207:13 221:8 | **unquote** 168:19 | 169:2,7,9,22 |
| 232:2,6 236:3 | 292:3 303:23 | 228:5 | 199:7 225:6 |
| 242:6 247:6 | 363:21 396:14 | **unsettling** | 287:10 302:7 |
| 251:17 269:14 | 422:11 424:16 | 446:12 | 336:4 340:15 |
| 281:7,10 287:6 | **unemployed** | **unsure** 437:6 | 352:2 358:9 |
| 292:15 293:18 | 441:5 | **unusual** 300:4 | 362:20 398:5 |
| 296:4 303:15 | **unemployment** | 300:13 | 432:17 |
| 308:8 310:22 | 442:24 443:6,9 | **updated** 305:8 | **using** 72:4,5 |
| 316:15,25 | **unfair** 411:17 | 305:10 | 293:13 383:15 |
| 319:16 332:22 | 422:18,20,22 | **upholding** | 383:16 |
| 333:23 343:10 | 423:7,19,23,24 | 410:8 | **usual** 449:4 |
| 348:3,13,18 | 423:25 424:21 | **ups** 128:10 | **usually** 311:3 |
| 349:19 359:19 | **unfairly** 391:7 | 191:14 | 353:16 385:2 |
| 369:17,18,20 | 391:12,22,24 | **upset** 121:4 | 448:18 |
| 373:14 387:20 | **unfortunately** | 190:18 215:16 | **utilized** 185:18 |
| 387:23 388:20 | 32:6 | 241:25 242:3 | **v** |
| 388:21 391:19 | **unhappy** | 254:24 283:19 | |
| 404:23 433:3 | 353:21 | 283:21 284:7,7 | **v** 6:5 |
| **understanding** | **uniform** 72:22 | 301:4 316:9,13 | **vacation** |
| 26:16 27:2,7 | **unique** 333:18 | 316:18 317:6 | 292:17 |
| 28:21 29:12 | **unit** 449:7 | 317:15,16 | **vague** 305:5,13 |
| 40:18 42:16 | **united** 1:1 4:12 | 319:8 345:8 | 411:22,24 |
| 43:3 49:4,13 | **unknown** 193:2 | 347:19,25 | **van** 110:14,15 |
| 75:17 122:5 | 322:3 328:9 | 360:14 361:9 | 110:17,17 |
| 125:20 137:15 | 340:5,5 351:18 | 367:7 373:6 | 310:16 |
| 284:3 292:8,9 | 351:19 | 375:13 419:18 | **vandalized** |
| 305:3 317:2 | **unlawful** 26:8 | **upsetting** 447:8 | 345:7 |
| 348:17 355:21 | **unpredictable** | **urged** 27:24 | **vans** 371:18 |
| 357:21 406:6 | 129:22 | **usa** 8:25 13:13 | **varied** 95:25 |
| **understood** | **unprofessional** | 13:23 | **varies** 79:11 |
| 23:15,19 37:15 | 72:20 | | **vehicle** 333:20 |
| | | | 335:2 345:7 |

Alpha Reporting
A Veritext Company

**[vein - want]**

| | | | |
|---|---|---|---|
| **vein** 432:23 | **videographer** | 441:14 | 119:2 120:2,4 |
| **vendor** 72:11 | 2:21 | **waived** 3:15 | 123:14 133:5 |
| **vendors** 31:2 | **videotape** | **wake** 138:8 | 134:6,11 135:6 |
| **verbal** 7:6 70:8 | 409:4 | 142:6 192:23 | 135:25 136:11 |
| **verbally** 7:13 | **view** 138:8 | 199:3 426:16 | 137:10,13,17 |
| 246:12 363:24 | 161:19 358:17 | 427:11 | 137:18,25 |
| **verbatim** | 450:15 | **walk** 169:13 | 140:22 141:10 |
| 199:14 | **viewed** 446:15 | 326:2,20 | 141:20 154:23 |
| **verbiage** | **views** 138:20 | 340:19 398:12 | 155:13 160:10 |
| 246:17,17 | 139:4 142:5,7 | 399:2 | 162:22 165:20 |
| **verifying** 31:16 | 143:2 426:15 | **walked** 196:6 | 165:24 166:19 |
| **veritext** 4:20,24 | 427:11,18 | 209:8,13 | 205:18 206:14 |
| **version** 33:11 | 429:14 432:4 | 210:15 252:10 | 221:3 234:24 |
| 305:8,11 | **violated** 412:13 | 255:3 328:22 | 235:11,11 |
| 364:12 | 413:2,6 | 365:19 377:21 | 250:4 259:23 |
| **versus** 4:10 | **violation** 29:22 | 378:22,25 | 283:4 292:6,16 |
| 12:20 90:9 | 382:19 | 379:4 398:24 | 386:8 389:20 |
| 94:9 97:15 | **violence** 69:23 | 422:15 | 390:19 393:8 |
| **vice** 292:22 | 70:2,4,7,12 | **walker** 9:4,6 | 421:16 431:7 |
| **victim** 161:20 | 72:5,5 383:12 | 11:18 | 432:4,7 437:13 |
| 315:13 392:21 | 385:24 | **walking** 147:2 | 437:17 |
| **video** 1:19 4:3 | **violent** 70:2 | 147:25 357:11 | **want** 10:4,25 |
| 4:19 69:15 | 72:7 | 357:14 385:4 | 12:17 18:24 |
| 83:12 88:19,23 | **violently** | 416:9 417:8 | 19:15 31:24 |
| 89:2 212:21 | 365:10 | 434:19 | 32:17 34:21 |
| 214:6 232:12 | **voice** 181:6 | **wall** 2:6 4:6 | 42:13 43:18 |
| 271:13,16 | 188:4 311:8 | **wanders** 1:7 | 49:19 50:23 |
| 355:11,20 | **w** | 79:22 80:7,17 | 51:7 58:13 |
| 367:12 369:6,8 | **w** 2:15 | 80:23 81:4 | 61:5 66:13,19 |
| 369:9,10 408:7 | **wait** 71:13 | 108:5,7,17,18 | 75:12 92:17 |
| 408:10,12,17 | 143:13 159:24 | 108:21 109:18 | 109:15 112:19 |
| 408:19,22 | 229:17 272:25 | 109:20,21 | 117:16 120:23 |
| 409:6,10,12,17 | 383:3 | 110:3 112:13 | 122:23 127:17 |
| 409:18,21 | **waiting** 89:13 | 113:3 114:13 | 127:25 128:4 |
| 447:22 449:9 | 299:14,15 | 116:10 118:22 | 134:14 135:19 |

Alpha Reporting
A Veritext Company
800-556-8974
www.veritext.com

**[want - welcome]**

144:6,11
149:17,19
151:5,11 156:5
156:6,12 157:3
159:8 166:16
167:7 174:8
192:16 199:16
213:22 214:4
217:16 224:17
230:20 241:25
242:4,13
244:19 258:7
262:15 266:18
266:19 268:3,4
285:6,8,10
288:4 297:8,19
298:3 299:6,8
316:15,24
348:17 349:19
350:16 365:11
369:18,20
378:10 412:5
415:22 421:21
426:25 428:16
431:3 434:16
434:17,25
441:11 446:9
448:7
**wanted** 6:21
12:12 64:11
68:3 77:25
78:10 89:23
149:2,13,17
150:20 156:15
156:21 157:6,8

157:14 158:2
227:25 228:8
246:2 278:7
280:3 335:3
345:3 346:19
347:10,10,13
349:3 373:5
374:15 389:19
402:25 404:9
406:5 408:2,5
415:25 418:21
419:11 436:8
447:4,10
**wanting** 116:19
138:17 235:2
**wants** 159:22
211:21 229:7
245:5,6 447:20
**warning** 307:3
386:4
**wash** 148:6
**washing** 398:3
**waste** 228:10
228:14,16
229:8 230:7
**watch** 362:10
403:9 408:10
**watched**
408:22 409:4
**watching**
362:15
**water** 89:16
147:13 148:8
167:8 238:5
398:6

**waving** 354:16
**way** 8:3 11:5
18:17 22:17
31:15,24 33:7
33:12 49:22
50:25 51:12
66:8,25 69:4
69:13 73:23
90:4 111:12
112:7 139:14
144:8 146:3
148:22,25
154:7 157:21
160:8 162:20
184:17 185:9
198:20 238:17
250:15 254:23
266:5 278:2
310:7 314:7
318:10 319:18
326:16 327:3
330:18,20
335:9 339:25
340:13 352:9
354:16 357:14
364:22 365:10
377:12 379:11
391:3 411:17
426:25 430:9
432:17 433:20
435:3,24 436:3
436:3,4 446:15
452:14
**ways** 262:20
266:7

**wears** 170:2
**week** 76:15,22
94:25 107:19
107:25 129:9
129:13,19,19
129:20 145:18
145:22 177:14
177:15 193:16
210:7 312:11
312:13,14,17
312:18,20
314:13,15
322:23 341:8
341:10 442:17
442:20 443:19
**weekend**
198:18
**weeks** 163:12
164:20 323:8
324:10,15,16
324:17 325:16
338:5 341:12
341:19
**weight** 446:14
**weird** 278:8
287:9 329:5,6
333:15 338:10
342:13,20
344:14,23
346:17,18
347:3,5,9
348:21,25
**weirdly** 286:10
**welcome** 87:24
217:11,21

**[welcome - witness]**

| | | | |
|---|---|---|---|
| 378:7 412:19 | **whoa** 122:18 | 68:1 69:1 70:1 | 143:1 144:1 |
| **went** 92:25 | 122:18,18,19 | 71:1 72:1 73:1 | 145:1 146:1,18 |
| 109:10 120:2 | **wife** 175:3 | 74:1 75:1 76:1 | 147:1 148:1 |
| 120:13 123:3 | 262:24 | 77:1 78:1 79:1 | 149:1 150:1 |
| 123:17 125:15 | **wilson** 410:2,7 | 80:1 81:1 82:1 | 151:1 152:1 |
| 125:23 127:8 | **wish** 33:18 | 83:1 84:1 85:1 | 153:1 154:1 |
| 128:13 133:19 | 48:12 446:5 | 85:23 86:1,24 | 155:1 156:1 |
| 147:11,14 | **wished** 416:12 | 87:1,2,17 88:1 | 157:1 158:1 |
| 148:12 153:9 | 422:2 | 89:1,6,15 90:1 | 159:1,11,15,18 |
| 153:22 154:4 | **witness** 4:1 5:1 | 90:20 91:1,3 | 160:1 161:1 |
| 154:12 155:17 | 5:9,16,20,25 | 91:12 92:1 | 162:1 163:1 |
| 155:21 156:17 | 6:1 7:1 8:1 9:1 | 93:1 94:1 95:1 | 164:1 165:1 |
| 157:2,3 158:8 | 10:1 11:1 12:1 | 96:1 97:1 98:1 | 166:1 167:1 |
| 159:3 221:17 | 13:1 14:1 15:1 | 99:1 100:1 | 168:1,21 169:1 |
| 241:23 243:2 | 16:1 17:1 18:1 | 101:1 102:1 | 170:1 171:1 |
| 263:24 264:13 | 18:23 19:1 | 103:1 104:1 | 172:1 173:1 |
| 264:18 265:5 | 20:1 21:1 22:1 | 105:1 106:1,15 | 174:1 175:1 |
| 329:15,25 | 23:1 24:1 25:1 | 107:1 108:1 | 176:1 177:1 |
| 332:14 379:10 | 26:1 27:1 28:1 | 109:1 110:1,12 | 178:1 179:1 |
| 379:15 389:22 | 29:1 30:1 31:1 | 111:1 112:1 | 180:1 181:1 |
| 389:24 395:19 | 32:1,12 33:1 | 113:1 114:1 | 182:1 183:1 |
| 416:20 424:12 | 34:1 35:1,22 | 115:1 116:1 | 184:1 185:1 |
| 438:13 441:8 | 36:1 37:1 38:1 | 117:1 118:1 | 186:1 187:1 |
| **whatsoever** | 39:1 40:1,14 | 119:1 120:1 | 188:1 189:1 |
| 326:15 | 41:1,5,6,24 | 121:1 122:1 | 190:1 191:1 |
| **whereof** 452:16 | 42:1 43:1 44:1 | 123:1 124:1 | 192:1 193:1 |
| **whichever** 21:3 | 45:1 46:1 47:1 | 125:1 126:1 | 194:1 195:1,11 |
| **whisper** 169:11 | 48:1 49:1 50:1 | 127:1 128:1 | 196:1 197:1 |
| **whistle** 200:2 | 51:1 52:1 53:1 | 129:1 130:1 | 198:1 199:1 |
| **white** 131:16 | 54:1 55:1 56:1 | 131:1 132:1 | 200:1 201:1 |
| 132:3 138:6 | 57:1,6,11,15 | 133:1 134:1 | 202:1 203:1 |
| 193:9 293:11 | 58:1 59:1 60:1 | 135:1,14 136:1 | 204:1 205:1 |
| 426:14 427:9 | 60:3,8 61:1 | 137:1 138:1 | 206:1 207:1 |
| 429:13 | 62:1 63:1 64:1 | 139:1 140:1 | 208:1 209:1 |
| | 65:1 66:1 67:1 | 141:1 142:1 | 210:1 211:1 |

Alpha Reporting
A Veritext Company

**[witness - woman]**

| | | | |
|---|---|---|---|
| 212:1 213:1,15 | 279:1 280:1,14 | 347:1 348:1 | 416:1 417:1 |
| 213:18 214:1 | 281:1 282:1,7 | 349:1 350:1 | 418:1 419:1 |
| 214:11,14,19 | 283:1 284:1 | 351:1 352:1 | 420:1 421:1 |
| 215:1,16 216:1 | 285:1 286:1 | 353:1 354:1 | 422:1 423:1 |
| 217:1 218:1,18 | 287:1 288:1 | 355:1 356:1 | 424:1 425:1 |
| 219:1,2 220:1 | 289:1 290:1 | 357:1,16,16 | 426:1 427:1 |
| 221:1 222:1 | 291:1 292:1 | 358:1 359:1 | 428:1 429:1 |
| 223:1 224:1 | 293:1 294:1 | 360:1 361:1 | 430:1 431:1 |
| 225:1 226:1 | 295:1 296:1,19 | 362:1 363:1 | 432:1 433:1 |
| 227:1 228:1 | 296:21 297:1,3 | 364:1 365:1 | 434:1 435:1 |
| 229:1 230:1 | 298:1,15,23 | 366:1 367:1 | 436:1,6,14,25 |
| 231:1 232:1 | 299:1 300:1 | 368:1 369:1 | 437:1,10 438:1 |
| 233:1,5 234:1 | 301:1 302:1 | 370:1 371:1 | 439:1 440:1 |
| 235:1 236:1 | 303:1 304:1 | 372:1 373:1 | 441:1 442:1 |
| 237:1,11 238:1 | 305:1 306:1 | 374:1 375:1 | 443:1 444:1 |
| 239:1 240:1 | 307:1 308:1 | 376:1 377:1 | 445:1 446:1 |
| 241:1 242:1 | 309:1 310:1,23 | 378:1 379:1 | 447:1 448:1 |
| 243:1 244:1 | 311:1 312:1 | 380:1 381:1 | 449:1 452:7,11 |
| 245:1 246:1 | 313:1 314:1 | 382:1 383:1 | 452:16 |
| 247:1 248:1 | 315:1 316:1 | 384:1 385:1,24 | **witness's** |
| 249:1 250:1 | 317:1 318:1 | 386:1 387:1 | 218:22 453:2 |
| 251:1,2 252:1 | 319:1 320:1 | 388:1 389:1 | **witnessed** |
| 253:1,22 254:1 | 321:1 322:1 | 390:1 391:1 | 105:6 106:7 |
| 255:1 256:1 | 323:1 324:1 | 392:1 393:1 | 210:17,18 |
| 257:1 258:1 | 325:1 326:1 | 394:1 395:1 | 230:13 259:5 |
| 259:1 260:1 | 327:1 328:1 | 396:1 397:1 | 270:11 310:11 |
| 261:1,17 262:1 | 329:1 330:1 | 398:1 399:1 | 310:20 325:5 |
| 263:1 264:1 | 331:1 332:1 | 400:1 401:1 | 359:4,7 436:15 |
| 265:1 266:1 | 333:1 334:1 | 402:1 403:1 | 436:19 |
| 267:1 268:1 | 335:1 336:1 | 404:1 405:1 | **witnesses** |
| 269:1 270:1 | 337:1 338:1 | 406:1 407:1 | 314:16 |
| 271:1 272:1 | 339:1 340:1 | 408:1 409:1 | **wives**   278:21 |
| 273:1 274:1 | 341:1 342:1 | 410:1 411:1 | **woman**   210:23 |
| 275:1 276:1 | 343:1 344:1 | 412:1 413:1,24 | 399:15 |
| 277:1 278:1 | 345:1 346:1 | 414:1 415:1 | |

Alpha Reporting
A Veritext Company

800-556-8974
www.veritext.com

**[word - write]**

| | | | |
|---|---|---|---|
| **word** 34:8 | 181:18,20 | 188:9 193:11 | 346:25 366:5 |
| 35:11 93:12 | 183:24 184:14 | 209:21 210:3 | 370:25 416:7 |
| 182:23 199:8 | 184:25 185:2,3 | 210:23,25 | 425:13,15 |
| 311:11,21 | 185:15,19 | 224:20 228:21 | 426:9 429:8 |
| 336:4 | 193:10 194:25 | 229:16 240:15 | 438:17,19 |
| **worded** 8:3 | 209:20 210:2 | 240:19 253:11 | 440:16 441:17 |
| **words** 49:6 | 235:2,9 242:2 | 302:5 303:5 | **workload** |
| 129:17 274:23 | 242:4,14 | 312:13 329:12 | 93:23 95:25 |
| 292:16 358:11 | 251:11 265:6 | 330:7,9,14 | 130:13 |
| 358:12 403:20 | 311:2 312:12 | 335:6 339:10 | **workplace** |
| 419:6 423:5,15 | 322:12,14,22 | 339:18 344:2,7 | 69:22,25 70:3 |
| **work** 8:25 | 329:24 331:17 | 347:23 394:24 | 70:3,7,11 |
| 16:20 18:18 | 337:18,19 | 396:2,16 | 116:23 143:22 |
| 26:7 29:19 | 343:8,21 344:5 | 446:22 | 168:25 383:12 |
| 62:15 69:25 | 345:11 358:9 | **worker** 93:19 | 434:10 |
| 76:3,16,22 | 358:23 385:3 | 93:22 245:6 | **works** 175:18 |
| 78:8 81:23 | 389:6 393:23 | 321:25 352:22 | 178:10 206:10 |
| 82:14 94:2 | 394:5 395:10 | 383:13 389:7 | 360:23 383:10 |
| 95:11 99:3,10 | 395:15 396:20 | 433:10 450:15 | 399:15 410:24 |
| 120:24 129:23 | 397:18 398:10 | **workers** 81:22 | **world** 446:15 |
| 130:15 132:7 | 420:8 426:4,15 | 82:2,4,14 | **worms** 298:12 |
| 132:25 134:7 | 427:10,13 | 86:11 93:14,17 | **worried** 297:11 |
| 134:15 138:7 | 429:14 432:10 | 98:17 163:23 | 332:20,23 |
| 138:10,18,18 | 433:4 442:18 | 164:6 165:17 | **worry** 111:20 |
| 139:8 144:7 | 442:19 447:3 | 166:20 168:6 | 123:22,23 |
| 152:20 153:8 | **workday** 73:7,8 | 174:5 338:9 | 211:19 220:9 |
| 154:10 155:18 | 73:10,12,19 | **working** | 221:16 |
| 155:19 161:18 | **worked** 13:22 | 107:23 125:11 | **worth** 230:6 |
| 164:2,3 168:9 | 14:23 49:14 | 129:13,17,18 | **worthy** 183:11 |
| 168:10,23 | 76:11,11,19 | 130:25 132:21 | 293:11 |
| 169:9 171:10 | 79:9 82:6,8 | 136:17 171:24 | **wow** 261:21 |
| 172:3,18 175:7 | 93:10 94:7,8,9 | 178:4,17,19 | 323:6 324:14 |
| 175:9,13 177:5 | 99:8 129:8 | 235:2 241:3 | **write** 109:14 |
| 177:6,7,18 | 162:5 172:2,16 | 322:25 329:3 | 117:12,20 |
| 180:10,23 | 175:3 177:8 | 330:24 343:20 | 119:25 121:25 |

Alpha Reporting    800-556-8974
A Veritext Company    www.veritext.com

**[write - zip]**

122:13 123:19
124:17 128:10
148:13,15,16
149:20 150:13
150:21,24
151:9,11,19,22
151:24 152:2,7
152:16 153:3
156:5,6,9,16,21
157:6,9,14
158:2,10,14,20
158:21,24
177:19 196:8
197:8,9,11
201:12,14,18
201:22 203:2
211:21 224:17
227:13 228:8,9
228:12 229:7
246:3 284:15
357:13 379:8
399:24 435:22
**writing**  20:9
122:10 139:16
148:21,24
152:25 160:3
227:4 392:20
399:8 400:15
402:12
**written**  149:8
149:12 154:24
155:14 160:21
163:3 182:21
261:6 301:14
403:21

**wrong**  211:17
226:20 349:18
355:22 357:21
364:22
**wrongful**
392:15
**wrote**  149:3
150:2 152:11
153:9,14
155:22 156:20
158:8 160:8
261:2 315:13
318:4 345:8
383:3 398:7
431:21,23,24
432:11,18,21
**wrotten**  248:24

**x**

**x**  1:2,9 438:18
440:3

**y**

**y**  225:3
**y'all**  94:8
107:22
**yeah**  9:17,18
35:10 40:22
100:12 110:16
114:25 118:13
121:24 124:11
124:14,20
125:10 137:22
137:22 139:10
144:25 147:11
154:6 167:12

187:19 196:21
224:11 227:15
248:17 253:16
266:21,23
267:11 282:12
292:19 294:12
296:6 313:10
313:19 314:17
321:11,11
340:23 342:10
355:24 360:16
386:20 398:24
400:2 405:16
408:15 416:25
417:5,14 419:2
422:21 424:2
429:18 434:17
434:23 439:17
439:20 441:7
**year**  240:17,18
240:23 243:19
243:20 344:10
430:5 439:17
439:19,22
**years**  78:6
103:19 136:16
139:6 182:24
188:9 241:3
265:14,23
399:7 444:6
**yell**  310:9
314:18 358:21
359:5 394:20
394:21,23
432:22

**yelled**  146:15
358:3 394:4,8
394:10,11,14
394:15,16,25
395:4 434:7
**yelling**  310:18
353:23 356:3
359:25 360:6
360:18 363:15
374:20,23
**yeses**  7:11
**york**  1:1,10,10
1:25 2:8,8 4:7
4:7,14 5:21 6:8
6:16 27:8 80:8
84:22 102:12
199:3 444:17
452:5
**young**  402:10
**yup**  167:15
213:5

**z**

**zip**  5:24 444:17

Alpha Reporting
A Veritext Company
800-556-8974
www.veritext.com

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the

foregoing transcript is a true, correct and complete

transcript of the colloquies, questions and answers

as submitted by the court reporter. Veritext Legal

Solutions further represents that the attached

exhibits, if any, are true, correct and complete

documents as submitted by the court reporter and/or

attorneys in relation to this deposition and that

the documents were processed in accordance with

our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining

the confidentiality of client and witness information,

in accordance with the regulations promulgated under

the Health Insurance Portability and Accountability

Act (HIPAA), as amended with respect to protected

health information and the Gramm-Leach-Bliley Act, as

amended, with respect to Personally Identifiable

Information (PII). Physical transcripts and exhibits

are managed under strict facility and personnel access

controls. Electronic files of documents are stored

in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.