# EXHIBIT 12
# FIRST NUNEZ VIDEO