# EXHIBIT 13

# SECOND NUNEZ VIDEO