# EXHIBIT 17

# GFT PROCEDURE SECTION 5-5




# 5-5 Guaranteed Fair Treatment Procedure

(Last Revised 14 Feb 2021)

**Policy**  FedEx Express provides a procedure for handling employee complaints regarding discipline or other eligible issues.

An employee's right to participate within the guidelines of the process is guaranteed, although the outcome may or may not be in the employee's favor.

**Scope**  All permanent active and terminated employees may use the Guaranteed Fair Treatment Procedure (GFTP), except those covered by a collective bargaining agreement that does not incorporate this policy and casual employees.

**Guidelines**

*Eligible Issues*  Issues eligible for consideration in the GFTP are limited to:

- Selection
- Application of compensation and benefit policies
- Disciplinary action, including termination
- Failed test or training
- Work assignments that are presumed to be unsafe or where no training has been provided

    **Note:** Discipline resulting from an internal EEO investigation will proceed directly to GFTP Step 2. Step 2 is the final step for discipline resulting from an internal EEO investigation.

    **Note:** Employees terminated for Alcohol and Drug-Free Workplace (ADFWP) violations or LOA/HCMP issues (maximum duration, permanent restriction, and limitation) will proceed to Step 2 of the GFTP.

    **Note:** Officer and Director GFTPs will proceed directly to the Appeals Board.

    **Note:** Employees terminated for weapons policy violations will proceed directly to the Appeals Board, which must have the concurrence of the Firearms and Weapons Committee to modify or overturn termination decisions. Employees who are disciplined, but not terminated for weapons policy violations will begin at Step 2 of the GFTP.

    **Note:** Employees terminated for Vehicle Security policy violations will proceed directly to the Appeals Board, which must have the concurrence of the Vehicle Security Committee to modify or overturn termination decisions. Employees who are disciplined, but not terminated for Vehicle Security policy violations will begin at Step 2 of the GFTP.

*Ineligible Issues*  Issues not eligible for consideration in the GFTP are those seeking a change in or review of the following:

- Performance review

    **Note:** See Table 2 for information regarding the Alternate Resolution Process (ARP), which is the exclusive remedy for all issues arising from annual performance review comments and ratings.

- Work assignment
- Hours of employment
- Compensation rate and grade level
- Content of benefit policies
- Content of Corporate policies and procedures
- Decision to suspend with pay pending further investigation
- Denial of a request for case review by the Accident/Occurrence Appeals Board
- Discipline initiated by the Appeals Board
- Documented counseling
- Performance Development Discussion
- Clearance denial by the United States Postal Service for a position involving handling or access to U.S. mail and subsequent termination of a new hire because clearance was denied

Printed or other static representations of this document are classified "for reference only."

FEC 1031

- Clearance denial of an internal applicant by the United States Postal Service for a position involving handling or access to U.S. mail
- Any other issues defined as ineligible by the Appeals Board

**Initiating a GFTP Complaint**

**Active Employees.** Eligible employees who wish to initiate a GFTP to resolve a concern about an eligible issue are encouraged, but not required, to hold an open and frank discussion as soon as possible with their immediate manager before entering the process.

If the GFTP complaint is with a member of management in another division, the active employee is encouraged, but not required, to have an open and frank discussion with a member of management in that division before entering the process.

To initiate a GFTP complaint, the active employee must create a GFTP ticket in the HR People Hub GFTP system (keyword "gftp") within five business days after the active employee receives notification of the eligible issue. The GFTP complaint will be forwarded automatically at each step to the appropriate members of management and matrix HR (See Table 1).

At each step in the process, active employees have the option to submit supporting documentation by attaching any such documents to their GFTP ticket in the HR People Hub system.

**Note:** Active employees may not submit videos or recordings in the GFTP.

**Note:** The HR People Hub system User Guides are accessible by selecting the question mark "?" icon in the upper right corner of the system screen and then choosing the applicable guide.

**Note:** For purposes of this policy, business days are considered Monday through Friday and do not include any Corporate holiday identified in 1-25 Holidays.

**EXCEPTION:** In situations where computer terminals are not available, active employees may submit at each step a written complaint to their matrix HR Advisor/Representative for entry into the HR People Hub system on the active employee's behalf.

**Terminated Employees.** At each step in the process, the appropriate GFTP form for terminated employees must be completed and submitted to the HR Ops Support Department with paper copies sent to FedEx Express, 3690 Hacks Cross Road, Building I – 3rd Floor, HR Ops Support-GFTP, Memphis, TN 38125-8800 and electronic copies emailed to hrc.gftp@fedex.com.

At each step in the process, GFTP forms must be submitted or postmarked within five business days after the terminated employee receives notification of the eligible issue or receives the GFTP decision letter (See Table 1). The appropriate division management chain should be followed throughout the process.

**Note:** For terminated employees, the appropriate GFTP form is required at each step in the process. If the appropriate GFTP form is not submitted, the terminated employee's case cannot be created or advanced to the next step.

**Note:** Terminated employees should not be permitted to access the HR People Hub system to file their GFTP case and must submit the appropriate GFTP form to HR Ops Support within the prescribed filing time period if he or she wishes to appeal their termination via the GFTP.

At each step in the process, terminated employees have the option to submit supporting documentation along with the required GFTP form.

**Note:** Terminated employees may not submit videos or recordings in the GFTP.

**Steps in the GFTP**

In most cases, the GFTP for eligible issues is a three step process that requires specific individuals to perform specific actions within a designated timeframe (See Table 1). The steps in the GFTP for eligible issues are:

1. Management review
2. Officer review
3. Appeals Board

**Note:** GFTPs filed against an Officer of FedEx Express will proceed directly to the Appeals Board to be reviewed by the VP of HR Services, VP of Labor & Employment and an MD of Labor & Employment. The Executive Summary will then be reviewed by the SVP of HR and SVP of Legal and US General Counsel for final decision.

| | |
|---|---|
| **Appeals Board** | **Participants and Delegation.** The Appeals Board consists of five management members, three of whom constitute a quorum: <br><br> • Senior Vice President of Human Resources (SVP Human Resources) <br>     − The SVP Human Resources may delegate his or her responsibilities to a senior vice president or to a vice president of Human Resources, but may not have the delegated authority of any other participating member of the Appeals Board under any circumstances. <br> • One Senior Vice President <br>     − Serves on a two-month rotation. <br>     − For an absence, this senior vice president may secure a replacement from another Memphis-based senior vice president or a vice president who is Memphis-based and has been a vice president for at least 12 months. <br> • Three Vice Presidents <br>     − Serves on a two-month rotation. <br>     − Must have been a vice president for at least 12 months. <br>     − For an absence, the vice president may secure a replacement from a vice president who has been a vice president for at least 12 months. <br>     − Must recuse themselves from hearings within their organization and be substituted by a named replacement. <br><br> **Duties of the SVP Human Resources.** The SVP Human Resources is Chair of the Appeals Board and should be present at all Appeals Board meetings unless delegated to a non-rotating senior vice president or a vice president of Human Resources. The SVP Human Resources has the sole authority to table any particular case for further analysis and research. <br><br> **Final Decisions.** Since the Appeals Board is the last step in the GFTP, all Appeals Board decisions are final and binding on FedEx Express and the employee. **However, no employee is prohibited from exercising his/her right to file a charge with a government agency or participate in an administrative investigation or proceeding.** <br><br> **Administrator.** The Vice President of HR (or his/her designee) is responsible for the administrative function of the Appeals Board. At the Appeals Board's direction, the Vice President of HR (or his/her designee) has the authority to act on their behalf and to carry out their instructions and decisions. The Vice President of HR (or his/her designee) signs the decision letters as Administrator of the Appeals Board. |
| **Alternate Resolution Process** | At the sole discretion of FedEx Express, an Alternate Resolution Process (ARP) may be used as part of the GFTP in certain types of cases. <br><br> The ARP is also the exclusive remedy for all issues arising from annual performance review assessments. <br><br> For more information on the Alternate Resolution Process, contact your matrix HR Advisor/Representative or the Corporate HR Support Department. |
| **Exclusive Remedy** | The GFTP is the exclusive remedy for all eligible employees and issues covered by this policy. As described in the employment application, the policies and procedures set forth by FedEx Express provide guidelines for management and other employees during employment, but do not create contractual rights regarding termination or otherwise. |
| **Maintaining Communication** | Employees must keep management, matrix HR, and Corporate HR Support advised of any change in their address or telephone number to maintain communication and timeliness throughout each step of the GFTP. |
| **Confidential Communications/ Documents** | All internal documents, including emails, investigative notes and materials generated in the course of the GFTP are confidential and subject to various legal privileges against disclosure. Circulation, distribution, or discussion of this information is strictly limited to those who have a need to know its content. Written or oral release of the contents of this information beyond this limited circulation must be approved by the Legal Department. |
| **Third-party Representation** | Third-party representatives are not permitted to serve as advocates on behalf of FedEx Express or employees, or appear on behalf of active employees or terminated employees in the GFTP. Attorneys or other such third-party representatives must be directed to contact the Legal Department. |

Printed or other static representations of this document are classified "for reference only."

FEC 1033

**Related Policies**

- 2-5 Acceptable Conduct
- 2-10 Alcohol and Drug-Free Workplace
- 2-50 Performance Improvement
- 4-90 Termination
- 5-6 Internal EEO Complaint Process
- 5-15 External EEO Complaint Investigation
- 5-35 Disabled Individuals
- 5-40 Open Door
- 5-55 Anti-Harassment
- 5-70 Survey/Feedback/Action (SFA) Program
- 8-10 Firearms/Weapons
- 8-90 Vehicle Accidents/Occurrences

Table 1
Steps in the Guaranteed Fair Treatment Procedure
(For Eligible Issues)

| REQUIRED ACTIONS | TIMEFRAME |
|---|---|
| **Step 1—Management Review** | |
| **Complainant** (i.e., Active or Terminated Employee) | |
| 1. Active employees must create a GFTP ticket in the HR People Hub system (keyword "gftp"). Active employees are encouraged, but not required, to have an open and frank discussion with his/her manager prior to initiating the process. | Within five business days after receiving notification of the eligible issue or discipline. |
| 2. Terminated employees must complete the Step 1 GFTP form. This required form and any optional supporting documentation must be submitted to the HR Ops Support Department with paper copies sent to FedEx Express, 3690 Hacks Cross Road, Building I – 3rd Floor, HR Ops Support-GFTP, Memphis, TN 38125-8800 and electronic copies emailed to hrc.gftp@fedex.com.<br>Note: HR Ops Support creates the terminated employee's GFTP ticket in the HR People Hub system within two business days of receipt, absent extenuating circumstances. | |
| 3. Employees terminated for Alcohol and Drug-Free Workplace (ADFWP) violations or LOA/HCMP issues (maximum duration, permanent restriction, and limitation) will proceed directly to Step 2 of the GFTP. | |
| 4. Discipline resulting from an internal EEO investigation will proceed directly to Step 2 of the GFTP.<br>Note: Step 2 is the final step for discipline resulting from an internal EEO investigation. | |
| 5. Officer and Director GFTPs will proceed directly to the Appeals Board at Step 3. | |
| 6. GFTPs for weapons violations resulting in termination will proceed directly to the Appeals Board.<br>Note: Employees not terminated, but disciplined, for weapons policy violations will begin at Step 1 of the GFTP. | |
| 7. For LOA/HCMP cases, Step 2 will consist of the Corporate Human Capital Management Committee (CHCMC). | |
| **Human Resources** | |
| • Creates a GFTP ticket in the HR People Hub system if the active employee is not able to do so. | Immediately upon notification by the active employee, absent extenuating circumstances. |

Table 1
Steps in the Guaranteed Fair Treatment Procedure
(For Eligible Issues) (Continued)

| REQUIRED ACTIONS | TIMEFRAME |
|---|---|
| **Manager, Sr. Manager, and Managing Director** | |
| <ul><li>Provides the Complainant with a copy of the management rationale at least two calendar days prior to the Step 1 meeting and/or conference call.</li><li>Reviews all relevant information.</li><li>Obtains support from matrix HR, Corporate HR Support, and/or Legal if needed.</li><li>Holds a telephone conference call and/or meeting with the Complainant.</li><li>Makes decision to either uphold, modify (up or down), overturn, or take other appropriate action.</li><li>Communicates Step 1 decision in writing to the Complainant and matrix HR.</li><li>In consultation and collaboration with the active or terminated employee's matrix HR Advisor/Representative, completes all required Step 1 data fields and uploads a copy of all relevant documentation to the Complainant's GFTP ticket in the HR People Hub system.</li></ul> | **Note:** When multiple levels of management exist, a consensus decision is rendered. All required Step 1 actions must occur within ten business days after receiving the GFTP complaint, unless written notice of time extension is provided to the Complainant and matrix HR. If additional time is necessary, the Complainant's ticket should be deferred in the HR People Hub system.<br><br>**Note:** This timeline starts on the first business day after a GFTP ticket is created in the HR People Hub system.<br><br>**Note:** The Managing Director (or his/her designee) must upload a copy of the decision letter and enter the decision in the HR People Hub system within one business day after sending the Step 1 decision letter to the Complainant, absent extenuating circumstances. |

Printed or other static representations of this document are classified "for reference only."

FEC 1035

Table 1
Steps in the Guaranteed Fair Treatment Procedure
(For Eligible Issues) (Continued)

| REQUIRED ACTIONS | TIMEFRAME |
|---|---|
| **Step 2—Officer Review** | |
| **Complainant** (i.e., Active or Terminated Employee) | |
| <ul><li>Active employees must advance his/her GFTP ticket to Step 2 in the HR People Hub GFTP system (keyword "gftp").</li><li>Terminated employees must complete the Step 2 GFTP form. This required form and any optional supporting documentation must be submitted to the HR Ops Support Department with paper copies sent to FedEx Express, 3690 Hacks Cross Road, Building I – 3rd Floor, HR Ops Support-GFTP, Memphis, TN 38125-8800 and electronic copies emailed to hrc.gftp@fedex.com.</li></ul> Note: HR Ops Support advances the terminated employee's GFTP ticket to Step 2 in the HR People Hub system within two business days of receipt, absent extenuating circumstances. | Within five business days after receiving the Step 1 decision letter. |
| **Vice President and/or Senior Vice President** | |
| <ul><li>Reviews all relevant information.</li><li>Conducts additional investigation, when necessary.</li><li>Obtains support from matrix HR, Corporate HR Support, and/or Legal if needed.</li><li>Makes decision to either uphold, modify (up or down), overturn, or take other appropriate action.</li><li>Communicates Step 2 decision in writing to the Complainant with a copy sent to matrix HR and the Complainant's management.</li><li>In consultation and collaboration with the Complainant's matrix HR Advisor/Representative, completes all required Step 2 data fields and uploads a copy of all relevant documentation to the Complainant's GFTP ticket in the HR People Hub system.</li></ul> Note: If a GFTP related to benefits (e.g., medical leave of absence) is not resolved at Step 2, the GFTP is delayed until resolution of the benefits issues through the Benefits Appeal Process. | Note: When multiple levels of management exist, a consensus decision is rendered. All required Step 2 actions must occur within ten business days after receiving the GFTP complaint, unless written notice of time extension is provided to the Complainant and matrix HR. If additional time is necessary, the Complainant's ticket should be deferred in the HR People Hub system.<br><br>Note: This timeline starts on the first business day after a GFTP ticket is created or advanced in the HR People Hub system.<br><br>Note: The Vice President and/or Senior Vice President (or his/her designee) must upload a copy of the decision letter and enter the decision in the HR People Hub system within one business day after sending the Step 2 decision letter to the Complainant, absent extenuating circumstances. |

Table 1
Steps in the Guaranteed Fair Treatment Procedure
(For Eligible Issues) (Continued)

| REQUIRED ACTIONS | TIMEFRAME |
|---|---|
| **Step 3—Appeals Board Review** | |
| **Complainant** (i.e., Active or Terminated Employee) | |
| • Active employees must advance his/her GFTP ticket to Step 3 in the HR People Hub system (keyword "gftp"). <br> • Terminated employees must complete the Step 3 GFTP form. This required form and any optional supporting documentation must be submitted to the HR Ops Support Department with paper copies sent to FedEx Express, 3690 Hacks Cross Road, Building I – 3rd Floor, HR Ops Support-GFTP, Memphis, TN 38125-8800 and electronic copies emailed to hrc.gftp@fedex.com. <br> Note: HR Ops Support advances the terminated employee's GFTP ticket to Step 3 in the HR People Hub system within two business days of receipt, absent extenuating circumstances. | Within five business days after receiving the Step 2 decision letter. |
| **Corporate HR Support** | |
| • Analyzes and prepares GFTP case for the Appeals Board. <br> • Completes all required Step 3 data fields and uploads a copy of all relevant documentation to the Complainant's GFTP ticket in the HR People Hub system. | Note: All required Step 3 actions must occur within ten business days after receiving the GFTP complaint, unless written notice of time extension is provided to the Complainant and matrix HR. If additional time is necessary, the Complainant's ticket should be deferred in the HR People Hub system. <br> Note: This timeline starts on the first business day after a GFTP ticket is created or advanced in the HR People Hub system. |

Printed or other static representations of this document are classified "for reference only."

Table 1
Steps in the Guaranteed Fair Treatment Procedure
(For Eligible Issues) (Continued)

| REQUIRED ACTIONS | TIMEFRAME |
|---|---|
| **Appeals Board** | |
| <ul><li>Reviews all relevant information.</li><li>Obtains support from matrix HR, Corporate HR Support, and/or Legal if needed.</li><li>Makes decision to either uphold, modify (up or down), overturn, or take other appropriate action.</li><li>All Appeals Board decisions are final and binding on FedEx Express and the Complainant.</li><li>Regional VP Participants should recuse themselves from hearing any GFTPs filed within their organization.</li></ul> | Within one business day after the Step 3 decision is made. |
| **Appeals Board Administrator and Corporate HR Support** | |
| <ul><li>Communicates the Appeals Board's Step 3 decision in writing to the Complainant with a copy sent to the matrix HR Advisor/Representative and the Complainant's management.</li></ul> | **Note:** Following the Appeals Board decision, Corporate HR Support must upload a copy of the Appeal Board's decision letter as well as all other relevant documentation to the Complainant's GFTP ticket before entering the Step 3 decision in the HR People Hub system on behalf of the Appeals Board. |

Table 2
Alternate Resolution Process (ARP)

| | |
|---|---|
| **Alternate Resolution Process (ARP)** | |
| All employee concerns about Performance Review comments and ratings are resolved through the Alternate Resolution Process (ARP) referenced in the Guaranteed Fair Treatment Procedure (P5-5) Policy. **Note:** The ARP is the exclusive remedy for all issues arising from annual performance review assessments. | |
| **Proposed Comment Changes (Requires MD Approval)** | |
| If an employee wants to propose changes or corrections to comments made in the performance review form, the process below should be followed: 1. An employee must discuss the change(s) with his or her immediate manager within five business days of the performance feedback meeting date. 2. If the immediate manager agrees to change the text, the manager will email the current text and the proposed replacement text to the managing director. 3. If the managing director approves, he or she will email the Performance Management Admin team at fxewdtalent@fedex.com indicating his or her approval. 4. The Performance Management Admin team will route the performance review form back to the employee's direct manager to make the approved text changes. 5. The employee should see the updated text in the form within two business days of the managing director's approval. | |
| **Proposed Rating Changes (Requires VP Approval)** | |
| If an employee wants to propose changes to his or her performance review rating, the process below should be followed: 1. An employee who wants to address a concern about his or her performance review rating is encouraged, but not required, to hold an open and frank discussion as soon as possible with his or her immediate manager within five business days of the performance feedback meeting date before entering the ARP. **Note:** The feedback meeting date is logged electronically at the time the employee and manager sign the review. 2. If the discussion does not resolve the issues and the employee wants to pursue the matter further, the employee must file an electronic ARP request (i.e., ticket) via the HR People Hub system (keyword "people hub") within five business days of the performance feedback meeting date. Once submitted, the ARP request will be forwarded to the appropriate members of management and Human Resources. **Note:** All ARP requests must be filed within five business days of the performance feedback meeting date regardless of whether an open and frank discussion is held. **Note:** Employees must use the "ARP – PR Rating" category when submitting an electronic ARP request in the HR People Hub system. 3. The employee's management team and HR Advisor/Representative will review the ARP request and make a recommendation using the HR People Hub system. 4. The vice president will meet with the employee and then communicate his or her decision within five business days of the meeting. The VP decision is the final step in the ARP. | |

Printed or other static representations of this document are classified "for reference only."

## Steps in the Performance Review Rating Alternate Resolution Process

| | REQUIRED ACTIONS | TIMEFRAME |
|---|---|---|
| **ARP Request Initiation** | Employee submits an electronic ARP request (i.e., ticket) via the HR People Hub system (keyword "people hub") using the "ARP – PR Rating" category. | Within five business days of the performance feedback meeting date. |
| **Step 1** | HR Advisor/Representative, Manager, and Managing Director:<br>• Reviews and submits a recommendation using the HR People Hub system.<br>• Manager attaches a copy of the employee's performance review evaluation from Workday. | Matrix HR and management complete their review and provide a recommendation within five business days of receipt of an APR request.<br>**Note:** This timeline starts on the first business day after an ARP request is created in the HR People Hub. |
| | HR Advisor/Representative assigns the employee's ARP ticket to Vice President. | Immediately after review and recommendation are completed. |
| | Vice President (in consultation with HR Advisor/Representative):<br>• Reviews all pertinent information from the employee and management.<br>• Holds a discussion meeting with the employee.<br>• Makes a decision to uphold or modify (up or down) the performance review rating assessment evaluation.<br>• Communicates the final decision in writing via email to the employee with a copy sent to matrix HR and the employee's management.<br>• Uploads a copy of the final decision notification sent to the employee as well as any other relevant documentation to the employee's ARP ticket before entering the decision in the HR People Hub system.<br>• The decision is final and binding on FedEx Express and the employee. | VP completes the review and holds a discussion meeting within five business days after being assigned to an ARP request by matrix HR.<br>**Note:** If additional time is necessary, sends the employee a letter and defers the ARP ticket in the HR People Hub system.<br>VP makes a decision within five business days of the discussion meeting.<br>**Note:** Contact the Performance Management Admin team at fxewdtalent@fedex.com for any questions related to changing a performance review rating. |