# EXHIBIT 18
# TERMINATION LETTER



## INTER-OFFICE MEMORANDUM

Date:  05/25/2021                               To:   Kevin Campbell # 5261177

From:  Monty Bovell #946349                     cc:   Eric Warnders
                                                      Lance Reyes

RE:   **Warning Letter/Termination**
      **06-35-T- Disruptive Behavior**


On 5/18/2021, at the LGAA station during the morning box sort, you actively engaged in disruptive behavior with another co-worker. Upon completion of our investigation, it was determined that your conduct was in violation of the Acceptable Conduct Policy (P2-5), a copy of which is attached for your review. As a result of your behavior, your employment is being terminated effective today.

*Should you in good faith believe this action to be unfair, you may pursue this under the Guaranteed Fair Treatment Procedure, P5-5 (copy attached). To enter the GFTP, you must submit the attached form within **five business days** of receipt of this letter. Send the original document and any additional supporting documents to:*

> FedEx Express
> 3690 Hacks Cross Road
> Building I – 3rd Floor, HRC-GFTP
> Memphis, TN., 38125-8800

This information will be forwarded to your Managing Director, Human Resources, and local management. You will be notified regarding the meeting or conference call to discuss your concerns.

If you have any additional questions regarding this issue or the GFTP process, please feel free to contact your HR Representative, Lance Reyes at (718) 995-5367.



Monty Bovell
Operations Manager
LGAA
(718) 894-3305

Attachments:  P2-5   Acceptable Conduct Policy
              P5-5   GFTP Policy
              Step 1 GFTP Form