# EXHIBIT 19
# SPENCER SECURITY RECORDING