# EXHIBIT 20

# LORENZI CORRECTIVE ACTION

# Lorenzi, Peter

# Corrective Action – Issued 07/01/2017 to 10/08/2020

R0220: Courier/Swing Drvr/DOT

Organization: Sta Ops / Laguardia    (LGA) (Frank Ontaneda (428074))

Manager: Frank Ontaneda (428074)

Location: FXE-US/USA/LGAA/11378/58 60 55 Drive

Evaluated By: Frank Ontaneda (428074)

06/03/2020 - 06/03/2021

## Disciplinary Action

Reason:                        Misconduct (United States of America)

Related Disciplinary Actions:

## Acknowledgement

### Employee

Entered by:        Peter Lorenzi (165551)        Date:        06/03/2020

Status:        Acknowledgment – I have received this content and have reviewed it or it has been reviewed with me

Comment:

## Corrective Action Type

Please select the type of Corrective Action.

Manager Evaluation

Rating:        **Letter of Warning**

## Discipline Details

Describe the details of the disciplinary action for this worker.

Manager Evaluation

Response:        RE:        Warning Letter
                        06-11 Inappropriate Language

On June 1, 2020, you directed inappropriate and unprofessional comments to a coworker that were deemed racially insensitive. Upon completion of our investigation, it was determined that your conduct was in violation of Policy 2-5 (Acceptable Conduct), a copy of which is attached for your review.

Due to the seriousness of your behavior, this Warning Letter is being issued as well as an unpaid 5 day suspension.  Please be advised that recurrent patterns of behavior will not be tolerated.  A repeat of this or any other behavioral problem may result in more severe disciplinary action up to and including termination.

In accordance with policy, this Warning Letter will remain active for twelve months.  Any three (3) notifications of deficiency [i.e., any combination of Warning Letters and/or Performance Reminders] received within a 12-month period may result in termination. Please note, this is your second formal notification of deficiency within the past 12 months since you received a [Performance Reminder or Warning Letter] on [date]. In addition, should you submit a FedEx Career Application (FCA), any active discipline related to the position(s) for which you apply may be considered in the selection process.

FEC 0979

*Should you in good faith believe this action is unfair, you have the right to enter the Guaranteed Fair Treatment Procedure process.  You must submit your electronic request via the Express HR Portal that can be found on the FedEx home page using keyword "GFTP"* **within five business days** *of receipt of this letter:*

*1)  On the FedEx homepage enter GFTP in the "keyword" box.*
*2)  On the sign in screen in the top right-hand corner select the question mark (this will open the "Documentation" section).*
*3)  Click on "GFTP Complainant's Guide."  Follow the steps within to submit a "GFTP Ticket."*

*You may also consult with your HR Representative if you have any questions or if you need assistance with the GFTP system. The electronic complaint will be automatically forwarded to the appropriate members of management and matrix Human Resources at each step.  You will be notified regarding the meeting or conference call addressing your concerns.  Employees who wish to initiate a complaint are* encouraged*to hold an open and frank discussion with their manager prior to initiating the process.*

If you have additional questions regarding this issue or the GFTP process, please feel free to contact your HR Representative, Lance Reyes, at 718-995-5367.


Frank Ontaneda
Operations Manager
LGAA
(718) 894-3305

Attachments:   P2-5    Acceptable Conduct Policy
               P5-5    GFTP Policy

## Next Steps (Action Plan)

### What are the next steps and action plan?

Manager Evaluation

Response: