# EXHIBIT 21
# EMAIL FROM NAN MALEBRANCHE TO SAMUEL RODRIGUEZ

# Nan Malebranche

**From:** Nan Malebranche
**Sent:** Monday, June 21, 2021 6:03 PM
**To:** Samuel Rodriguez
**Subject:** RE: Kevin Campbell

Ask Eric – it is Angela's husband.

**From:** Samuel Rodriguez <samuel.rodriguez@fedex.com>
**Sent:** Monday, June 21, 2021 5:53 PM
**To:** Nan Malebranche <njmalebranche@fedex.com>
**Subject:** RE: Kevin Campbell

Hi Nan,

In this paragraph for Kevin Campbell MD rationale who's name does the XXXX reference?

During the GFTP meeting Complainant stated that Managers knew this would happen and that the other employee (Augusto) would make comments during the sort and curse him out. Complainant brought up an incident from last year when he reported another employee, Peter Lorenzi #165551, for referencing Trayvon Martin in a conversation. XXXX was disciplined for his comments. Complainant stated that other employees called him a snitch.

**Samuel Rodriguez (Sammy)** | Tristate District Administrator | FedEx Express | Office: 516.214.9586 | Mobile: 516.462.2651
510 Stewart Ave Garden City, NY 11530 | fedex.com

**From:** Nan Malebranche <njmalebranche@fedex.com>
**Sent:** Monday, June 14, 2021 10:52 AM
**To:** Samuel Rodriguez <samuel.rodriguez@fedex.com>
**Cc:** Nancy Merete <namerete@fedex.com>
**Subject:** Kevin Campbell

**Nanette Malebranche**|Managing Director|Tri-State District
Office 516-214-9591|Mobile 516-805-9787
510 Stewart Avenue|Garden City, NY|11530

1