# EXHIBIT 22
# GFT FORM



CLEARLY ON EACH PAGE.

## STEP 1 GFTP FORM

Employee Number: **5261177**     Complaint Reason Code: **S**

Full Name: **Kevin Campbell**
(Please Print)

Job Title: **Non-driver/Courier**     Date of Hire: **April 1, 2017**

Department: **Fedex Express - LGAA Station/111**

Home Street Address: **2024 31st street, Apt 1A**

City & State: **Astoria, NY**     Zip Code: **11105**

Home Phone Number: **N/A**     Cell Phone Number: **347-825-8047**

I CERTIFY THE INFORMATION I AM SUPPLYING IS COMPLETE, TRUTHFUL, AND ACCURATE.

_signature_     5/26/2021
Signature     Date

**Additional Contact Information**

Manager: **Monty Bovell**

Sr. Mgr.: **Eric Warnders**

Managing Director: **Unknown**

HR Advisor: **Lance Reyes**

RECEIVED
HR SERVICES
MAY 27 2021

CSC
Email
5/26/21

526 1177

1. Explain Why You Feel Management Was Unfair.

Please see Annex A.

REL0000159448.0001

ESI0000042

5a6 1177

2. Are There Any Witnesses To Your Complaint?

(YES)   NO

3. If Yes, Provide Employee Name(s). **Adimel Spencer. There were multiple people on the floor and close to the situation at the time, however, in the commotion I was not paying attention to who specifically was close to us.**

4. Do You Have Documents To Support Your Claim?

YES   (NO)

Documents To Support Your Claim Should Be On 8 ½" By 11" Paper And Attached To This GFTP Document. Be Sure To Include Your Employee Number On Each Attached Page.

5. Have Other Employees Received Different Treatment For The Same Issue?

YES   (NO)

6. If Yes, Provide Employee Name(s). **N/A. I am not aware of any similar situations where someone was assaulted and threatened with a weapon.**

7. Give Details And Appropriate Date Of Situation(s) Of Employees Who Received Different Treatment For The Same Issue.
**N/A.**

8. In Your Opinion, What Action Would Resolve Your Complaint?
**Reinstatement of my full time employment to my previous position.**

Employee Number 5261177

## Annex A

I am filing this GFT Claim form because I believe Fedex Express wrongfully terminated me on May 25, 2021. On Tuesday morning of May 18, 2021, I was working the split, which is my morning function. Augusto's morning function is to do the recycle. Often he will approach me and curse me out because he incorrectly feels that I am not doing a good job on the split. Since he is not my manager, I ignore him and just continue working when he starts acting unreasonably. On multiple occasions, Augusto went as far as to hit into me but I continued to ignore him. On Tuesday May 18th Augusto started his usual behavior. He walked over to me and began cursing me out. Specifically, he said "Piece of shit, Kevin. Mother fucking, Kevin. Making me work harder." I planned to ignore him and continue working as usual. He walked closer to me and pushed a box up the belt. I know that this was intentional because he pushed the box in the opposite direction than the direction that the belt moves in. The first boxed missed me. He then pushed a second box up the belt, which hit my forearm. I turned to face Augusto and asked him why he hit me with the box. He stared at me for a few seconds and then he pulled out an orange box cutter from his pocket and fully extended it. He had the type of box cutter that has a long blade and he extended it until it was a few inches long. He started swinging his arm that was holding the box cutter and making a motion as if he was going to slash me. I grabbed his arm to stop him from cutting me. I kept asking him to drop the box cutter while I was holding his arm but he refused. At this point, multiple people ran over and tried to wrestle the box cutter away from Augusto. I also continued to try to get the box cutter out of his hand. His refusal to drop the box cutter made me feel like my life and the lives of everyone who was trying to get the box cutter from him was in danger. Someone was finally able to get the box cutter from him. I am not sure who because of the commotion. I then walked away.

I am very shocked and upset that I was terminated because of the events on May 18th. Augusto verbally abused me and created a hostile work environment on multiple occasions and in full view of managers and other employees. On May 18th Augusto verbally abused me again, assaulted me with a box and then attempted to assault me with a weapon. Neither management nor security called the police even though Augusto had a weapon and was a danger to me and everyone else. I was not the aggressor in this situation. I did not argue with Augusto and I did not touch Augusto, except to try to stop him from slashing me after he pulled out a box cutter. I also did not violate any Fedex Express policies. I was told that I was terminated because I "bumped into" Augusto prior to him pulling out the box cutter. However, that did not happen. I did not hit into or touch Augusto in any way. The only reason that we were standing so close when I turned to Augusto to ask him why he hit me with the box is because he had already invaded my personal space and was standing very close to me.

I feel that my wrongful termination is part of a pattern of discrimination and retaliation against me. This pattern started from my first day at Fedex Express. I was hired by Fedex Express when they acquired TNT. I did not have my driver's license when I was first hired and have been harassed about this fact since my start date. I received mixed messages from management about how late I could work. I was often told to go home early and was not allowed to make 35 hours, even though I am a full time

employee. However, on other occasions, I was yelled at for leaving early. I was also told on multiple occasions that I can't possible work hard because I do not have my own route. I was hired as a non-driving courier and I always worked very hard when I was sent out with drivers. After the death of George Floyd and the protests in the summer of 2020, the work environment became more tense and hostile. One employee called me a "gorilla in a cage." Another employee asked me in front of management if I was out during the protests stealing TVs and looting. I felt that this hostile environment was condoned by management because they were often present for these incidents and did nothing about them. Also around the time of the protests last summer, an employee called me Trayvon Martin, even though he knows that is not my name, and asked "Why are you washing your hands for so long? Is it because you're not used to having running water in the projects?" I wrote a statement about this racially discriminatory incident but the employee was able to keep his job. My work situation escalated after I reported the incident. Many employees stopped speaking to me and when I would walk past groups of employees they would mutter "snitch" under their breath. The other employee involved in the incident is married to a woman who works in the office of my station. She would often give me broken Leos and when I called the office to call out sick one morning she hung up on me. Although racist comments and mistreatment continued, I didn't feel like writing a statement would make the situation better. Because of that, I tried to just ignore Augusto when he would often curse me out or hit into me. I feel that the May 18th situation is a continuation of the constant discrimination and retaliation I faced. I am not accepted or liked by other employees and management because I do not drive and because I am a young black man.

Although I was the victim and not the aggressor in the May 18th situation, I was still terminated. It seems that management/security/HR looked for a reason to terminate me and embellished the story of what happened on the 18th. Most upsetting of all, I was hearing from co-workers that a manager were telling people I was terminated before I was even made aware. I have spent 11 years in the shipping business. I am good at my job and I was looking forward to driving once I was eligible this summer. I refrained from retaliating against Augusto, even when he hit me with a box, because I did not want to lose my job. I also refrained from doing anything to hurt Augusto when he pulled out a box cutter also because I did not want to lose my job. I would appreciate if Fedex Express would reconsider my termination, as I did nothing to violate Fedex policy and was actually the victim of a very dangerous situation related to a pattern of discrimination and retaliation from other employees.

2