# EXHIBIT 23
# JUNE 1ST EMAIL

Message

**From**: Eric Warnders [ejwarnders@fedex.com]
**Sent**: 6/1/2021 4:33:52 PM
**To**: Nan Malebranche [njmalebranche@fedex.com]
**Subject**: RE: 05-19-21-WPV Contact


Yes, one employee clearly states that Kevin threw his shoulder into Alzate and got right into his face.

**Eric Warnders** | Senior Manager | FedEx Express
LGAA Station | Maspeth, NY 11378
Office 718.894.3305 | Mobile 929.312.0526

**From:** Nan Malebranche <njmalebranche@fedex.com>
**Sent:** Tuesday, June 1, 2021 5:16 PM
**To:** Eric Warnders <ejwarnders@fedex.com>
**Subject:** RE: 05-19-21-WPV Contact

Copy – you have witness statements?

**From:** Eric Warnders <ejwarnders@fedex.com>
**Sent:** Tuesday, June 1, 2021 5:14 PM
**To:** Nan Malebranche <njmalebranche@fedex.com>
**Subject:** FW: 05-19-21-WPV Contact

Reviewed with Security.

As you can see there was initial contact on Kevin's part.

Video is attached, but look at the stills below. Alzate closes his eyes when the contact happens.

**Eric Warnders** | Senior Manager | FedEx Express
LGAA Station | Maspeth, NY 11378
Office 718.894.3305 | Mobile 929.312.0526

**From:** Eric Warnders <ejwarnders@fedex.com>
**Sent:** Tuesday, June 1, 2021 5:08 PM
**To:** James Cahill <james.cahill@fedex.com>
**Cc:** Eric Warnders <ejwarnders@fedex.com>
**Subject:** RE: 05-19-21-WPV Contact



Eric Warnders | Senior Manager | FedEx Express
LGAA Station | Maspeth, NY 11378
Office 718.894.3305 | Mobile 929.312.0526

**From:** James Cahill <james.cahill@fedex.com>
**Sent:** Tuesday, June 1, 2021 3:42 PM
**To:** Eric Warnders <ejwarnders@fedex.com>
**Subject:** 05-19-21-WPV Contact



**James Cahill** | Sr. Security Specialist | Eastern Region Security | LGAA | Mobile: 646-430-2777
58-60 55 Drive Maspeth, NY 11378 | james.cahill@fedex.com

REL0000218531.0001



ESI0000483



ESI0000484