# EXHIBIT 24
# JUNE 4th EMAIL

LGAA Station  Telephone 718-894-3305
58-60 55th Drive
Maspeth NY 11379



June 4, 2021

Kevin Campbell
2024 31st Street
Astoria NY 11105
347-825-8047

Dear Kevin Campbell:

Below is the management rationale I provided to my Managing Director, Nanette J. Malebranche regarding your Disciplinary Letter. I have omitted any reference to specific employee names

**NOTE:** You are referred to as 'Complainant' in this document.

**Management Decision Rationale:**

On 05/25/2021, Complainant was issued a Warning Letter/Termination for violation of the Acceptable Conduct P2-5.

On 05/18/2021, during the AM Sort Operation, Complainant was involved in a verbal and physical altercation with another employee resulting in a disruption to the AM sort requiring several employees to intervene. Complainant's actions placed another employee in imminent fear for his personal safety. As a result of Complainant's aggressive behavior he was placed on an investigative suspension and later interviewed by Corporate Security.

After a thorough investigation, it was determined that Complainant's conduct was in violation of the Acceptable Conduct P2-5. As a result, Complainant`s employment with FedEx was terminated on 05/25/2021.

Any additional questions or concerns that you may have can be addressed during the Step 1 GFTP meeting scheduled on 06/08/2021

Regards,


Monty Bovell
Operations Manager
LGA Station

cc: Lance Reyes
File