# EXHIBIT 25

# JUNE 10th LETTER

| | | |
|---|---|---|
| **Nanette Malebranche**<br>Managing Director<br>Tri-State District | **USGO**<br>510 Steward Avenue<br>Garden City, NY 11530 | Telephone 516.214.9591 |



June 10, 2021

Kevin Campbell
2024 31st Street
Astoria, NY 11105
347-825-8047

Dear Kevin:

Thank you for meeting with Eric Warnders, Monty Bovell, Lance Reyes, and myself on Tuesday, 06/08/2021. After careful consideration of the facts presented to me, I have decided to uphold your Termination.

Kevin, on 05/25/2021 your employment with FedEx was terminated in accordance with the Acceptable Conduct Policy 2-5. A review of the facts surrounding your case indicates that your actions triggered the physical altercation that took place on 05/18/2021. A close look at the actions that led to the altercation, as well as the statements from witnesses, indicates your responsibility for inciting the other employee. The fact you feel you were not the aggressor in this altercation, is a moot point. You should have walked away from the situation and asked for the assistance of management. Your actions are not as innocuous as you maintain and did not demonstrate the professionalism expected of all FedEx employees. Based on the aforementioned I uphold your termination.

Should you in good faith believe this action to be unfair, you have the right to proceed to Step II of the Guaranteed Fair Treatment Process by submitting the attached form within (5) business days of the receipt of this notice. THE FORM MUST BE RECEIVED AT THE ADDRESS INDICATED BELOW ON OR BEFORE DAY (5).

FEDERAL EXPRESS CORPORATION
3690 HACKS CROSS ROAD, BLDG I, 3RD FLOOR – HRC/GFTP
MEMPHIS, TN 38125
or
email to: hrc.gftp@fedex.com

Send the original document, including the Step 2 GFTP form and any additional documents in the attached FedEx letter (the form should not be folded) using the pre-addresses airway bill. The information on these documents will be scanned into the GFTPP System and electronic notifications will be sent to your Vice President, Senior Vice President and Human Resources. Please feel free to contact your H.R. Representative Lance Reyes who can be reached at 718-995-5367 if you have any further questions.

Sincerely,

*Nanette Malebranche*

Nanette Malebranche
Managing Director
Tri-State District

FEC 0736