# EXHIBIT 27
# AUGUST 10th EMAIL

Message

---

**From**: Eric Warnders [ejwarnders@fedex.com]
**Sent**: 8/10/2021 11:20:39 AM
**To**: Stephanie Rycraw [skrycraw@fedex.com]
**CC**: Lance Reyes [lance.reyes@fedex.com]
**Subject**: RE: Remand to Step 2 - People Hub Ticket # 181877 GFTP Complaint Kevin Campbell, #5261177

Good Afternoon Stephanie,

Please respond to Complainant's concerns under the Management Rationale – Section B:

- **Complainant stated he was treated unfairly**

  The Complainant's aggressive actions incited the physical altercation and was terminated in accordance with the Acceptable Conduct Policy 2-5 as well as the other employee involved. The Complainant should have walked away from the situation and asked for assistance from management.

- **Complainant stated he was bullied in station**

  Management was first made aware of the bullying during the Step 1 GFTP Meeting. At that point, the Complainant was offered an EEO packet. The Complainant never filed a Workplace Violence incident to address bullying in the station. Management was unaware and never given an opportunity to address any bullying in the station. During the GFT, Complainant was asked if he spoke to any member of management or HR regarding the bullying, he responded that he did not.

- **Complainant would like his employment to be reinstated**

During the Step 1 GFTP Managing Director concurred with management's rationale to terminate the Complainant in accordance with the Acceptable Conduct Policy 2-5, which is consistent with District practices. Prior comparable cases of GFTS regarding similar decisions for acceptable conduct terminations

Anything further, please let me know.
Thank You

**Eric Warnders** | Senior Manager | FedEx Express
LGAA Station | Maspeth, NY 11378
Office 718.894.3305 | Mobile 929.312.0526

---

**From:** Stephanie Rycraw <skrycraw@fedex.com>
**Sent:** Tuesday, August 10, 2021 9:44 AM
**To:** Eric Warnders <ejwarnders@fedex.com>
**Cc:** Lance Reyes <lance.reyes@fedex.com>
**Subject:** FW: Remand to Step 2 - People Hub Ticket # 181877 GFTP Complaint Kevin Campbell, #5261177

Good morning Eric,

Please see the request for additional information (bullets points below), and provide responses to each on behalf of management, to Lance and I. The responses are needed today by Noon. Lance is available should you have any additional questions.

Thanks,

Stephanie K. Rycraw | Executive Ops Administrator | Northeast Region, USOPS | office 973.682.3789 | mobile 646.438.3048 | FedEx Express

---

**From:** Stephanie Rycraw
**Sent:** Monday, August 09, 2021 1:49 PM
**To:** Lance Reyes <lance.reyes@fedex.com>
**Cc:** Steve Wasserman <sjwasserman@fedex.com>
**Subject:** FW: Remand to Step 2 - People Hub Ticket # 181877 GFTP Complaint Kevin Campbell, #5261177

Good afternoon Lance,

The referenced case has been remanded to Step II, pending responses to the following items. Please forward the requested information back to me by EOD today; if additional time is needed, please let me know the same.

Please respond to Complainant's concerns under the Management Rationale - Section B:
• Complainant stated he was treated unfairly.
• Complainant stated he was bullied in station.
• Complainant would like his employment to be reinstated.

Thanks,

Stephanie K. Rycraw | Executive Ops Administrator | Northeast Region, USOPS | office 973.682.3789 | mobile 646.438.3048 | FedEx Express

---

**From:** Sharon Mitchum <scmitchum@fedex.com>
**Sent:** Monday, August 09, 2021 1:42 PM
**To:** Stephanie Rycraw <skrycraw@fedex.com>; Steve Wasserman <sjwasserman@fedex.com>
**Cc:** Catherine Banks <cvbanks@fedex.com>; Sharon Mitchum <scmitchum@fedex.com>
**Subject:** Remand to Step 2 - People Hub Ticket # 181877 GFTP Complaint Kevin Campbell, #5261177

Hello Executive Ops Admin Rycraw and  HR Manager Wasserman,

The Step 3 GFTP for People Hub Ticket # 181877 GFTP Complaint Kevin Campbell, #5261177, **has been remanded to Step 2.**

Included in the Notes section is a request for additional information before the case is forwarded to the Appeals Board.

I am available for questions if needed.

Thank You and Regards,

Sharon

Message
___

| | |
|---|---|
| **From**: | Eric Warnders [ejwarnders@fedex.com] |
| **Sent**: | 8/10/2021 8:48:09 AM |
| **To**: | Nancy Merete [namerete@fedex.com] |
| **CC**: | Nan Malebranche (njmalebranche@fedex.com) [njmalebranche@fedex.com] |
| **Subject**: | FW: Remand to Step 2 - People Hub Ticket # 181877 GFTP Complaint Kevin Campbell, #5261177 |

Nancy,

Where is our initial responses for this?

**Eric Warnders** | Senior Manager | FedEx Express
LGAA Station | Maspeth, NY 11378
Office 718.894.3305 | Mobile 929.312.0526

___

**From:** Stephanie Rycraw <skrycraw@fedex.com>
**Sent:** Tuesday, August 10, 2021 9:44 AM
**To:** Eric Warnders <ejwarnders@fedex.com>
**Cc:** Lance Reyes <lance.reyes@fedex.com>
**Subject:** FW: Remand to Step 2 - People Hub Ticket # 181877 GFTP Complaint Kevin Campbell, #5261177

Good morning Eric,

Please see the request for additional information (bullets points below), and provide responses to each on behalf of management, to Lance and I. The responses are needed today by Noon. Lance is available should you have any additional questions.

Thanks,

**Stephanie K. Rycraw** | Executive Ops Administrator | Northeast Region, USOPS | office 973.682.3789 | mobile 646.438.3048 | FedEx Express

___

**From:** Stephanie Rycraw
**Sent:** Monday, August 09, 2021 1:49 PM
**To:** Lance Reyes <lance.reyes@fedex.com>
**Cc:** Steve Wasserman <sjwasserman@fedex.com>
**Subject:** FW: Remand to Step 2 - People Hub Ticket # 181877 GFTP Complaint Kevin Campbell, #5261177

Good afternoon Lance,

The referenced case has been remanded to Step II, pending responses to the following items. Please forward the requested information back to me by EOD today; if additional time is needed, please let me know the same.

Please respond to Complainant's concerns under the Management Rationale - Section B:
• Complainant stated he was treated unfairly.
• Complainant stated he was bullied in station.
• Complainant would like his employment to be reinstated.

Thanks,

**Stephanie K. Rycraw** | Executive Ops Administrator | Northeast Region, USOPS | office 973.682.3789 | mobile 646.438.3048 | FedEx Express

---

**From:** Sharon Mitchum <scmitchum@fedex.com>
**Sent:** Monday, August 09, 2021 1:42 PM
**To:** Stephanie Rycraw <skrycraw@fedex.com>; Steve Wasserman <sjwasserman@fedex.com>
**Cc:** Catherine Banks <cvbanks@fedex.com>; Sharon Mitchum <scmitchum@fedex.com>
**Subject:** Remand to Step 2 - People Hub Ticket # 181877 GFTP Complaint Kevin Campbell, #5261177

Hello Executive Ops Admin Rycraw and   HR Manager Wasserman,

The Step 3 GFTP for People Hub Ticket # 181877 GFTP Complaint Kevin Campbell, #5261177, **has been remanded to Step 2.**

Included in the Notes section is a request for additional information before the case is forwarded to the Appeals Board.

I am available for questions if needed.

Thank You and Regards,

Sharon