# EXHIBIT 28

# PLAINTIFF'S EEOC REBUTTAL

# JESSICA MASSIMI
## ATTORNEY AT LAW

99 Wall Street, Suite 1264
New York, NY 10005
Jessica.Massimi@gmail.com
646-241-9800

April 6, 2022

U.S. Equal Employment Opportunity Commission
Debra Richards
Federal Investigator
New York District Office
33 Whitehall Street, Floor 5
New York, NY 10004
Debra.Richards@EEOC.Gov

    **Re:**     **Kevin Campbell v. Federal Express Corporation**
             **Complainant's Rebuttal and Request for Video**

Dear Ms. Richards:

    I represent the Complainant, Kevin Campbell. I write in response to your email on March 4, 2022 requesting a rebuttal statement in response to the employer's position statement.

    Mr. Campbell has already submitted detailed statements and rebuttals to the employer during the internal disciplinary proceeding. Mr. Campbell rests on all of his prior written statements and notes that the employer in fact does not appear to provide any evidence disputing Mr. Campbell's version of events.

    Notably, FedEx is in possession of a video related to this incident. Mr. Campbell has repeatedly requested to see this video and FedEx has refused. This raises several red flags regarding the accuracy of FedEx's story. We reiterate Mr. Campbell's request that FedEx produce to us a copy of the video of this incident so that we can review it. We are at a loss as to how the employer can expect to resolve this without producing the video integral to this case.

    If FedEx is still refusing to provide us a copy of the video, we will have no choice but to proceed to litigation where the Court will most certainly require that they provide a copy of the video during discovery. Please let us know how you and FedEx wish to proceed.

    We thank you for your time and attention to this matter.

                                                                Sincerely yours,

                                                             *Jessica Massimi*
                                                             JESSICA MASSIMI