# EXHIBIT 29

# FEDEX EEO POLICY SECTION 4-55

# 4-55 Equal Employment Opportunity/Affirmative Action

**(Last Revised 23 Apr 2017)**

| | |
|---|---|
| **Policy** | **Equal Employment Opportunity Policy**—FedEx Express is committed to maintaining a work environment that is free from any and all forms of unlawful discrimination and harassment. It is therefore the Company's policy to prohibit discrimination and harassment against any applicant or employee on the basis of race, color, religion, national origin, citizenship, genetic information, age (except for bona fide occupational qualifications), sex, pregnancy (including childbirth or a related medical condition), disability, sexual orientation, gender identity, gender expression, marital status, military leave or service, status as a disabled veteran or other covered veteran status, participation in EEO protected activity, any other status protected by federal, state, or local law, or association with a person on the basis of one or more of the foregoing. All employees are given a copy of this policy as contained in the President and CEO's Statement of Policy on Equal Employment Opportunity. |
| | **Affirmative Action Policy**—FedEx Express is also a federal contractor subject to Executive Order 11246, Section 4212 of the Vietnam Era Veterans' Readjustment Assistance Act of 1974, as amended ("Section 4212") and Section 503 of the Rehabilitation Act of 1973, as amended ("Section 503"). As such, we are committed to taking positive steps to implement the employment-related aspects of the Company's equal opportunity policy. Accordingly, it is FedEx Express' policy to take affirmative action to employ, advance in employment, and otherwise treat qualified minorities, women, protected veterans, and individuals with disabilities without regard to their race/ethnicity, sex, veteran status, or physical or mental disability. Under this policy, the Company also will provide reasonable accommodation to the known physical or mental limitations of an otherwise qualified employee or applicant for employment, unless the accommodation would impose undue hardship on the operation of the Company's business. |
| **Scope** | All FedEx Express employees, including employees covered by a collective bargaining agreement. |
| **Application of Equal Employment Opportunity and Affirmative Action Policies** | These policies apply whenever and wherever a Company employee is performing a function of his or her job, including all FedEx Express locations, customer locations, and Company-sponsored events. The Company's equal employment opportunity and affirmative action policies require that employment decisions be based only on valid job requirements, and extend to all terms, conditions, and privileges of employment including, but not limited to, recruitment, selection, compensation, benefits, training, promotion, and disciplinary actions. |
| **Communication with Human Resources** | Employees are urged to take questions concerning equal employment opportunity to their manager or appropriate HR Advisor/Representative. Any employee is also free to communicate directly with Corporate HR Support concerning such matters. All EEO/AAP policies are available for review by employees upon request to the matrix HR Advisor/Representative. |
| **Procedure** | |
| Corporate Human Resources Support Manager | 1. Publishes the Company's Affirmative Action Plan.<br>2. Monitors affirmative action compliance.<br>3. Reviews policies and procedures to ensure equal employment opportunity.<br>4. Investigates complaints.<br>5. Audits compliance of plans and policies.<br>6. Informs all employees of provisions of Equal Employment Opportunity/Affirmative Action policy.<br>7. Coordinates all contacts outside the Company. |
| Operating Heads of Regions/ Divisions, Departments, Stations, Hubs, and Other Units | 8. Administer and ensure compliance with Equal Employment Opportunity/Affirmative Action policy in their unit. |

Printed or other static representations of this document are classified "for reference only."

FEC 1025

| | | |
|---|---|---|
| HR Managers | 9. | Familiarize all personnel in their area with policy requirements. Implement policy in all employment activities, including recruitment, selection, compensation, benefits, training, promotion, and disciplinary actions. |
| | 10. | Investigate complaints. |

**Related Policies**
- 1-65 Religious Observances
- 2-80 Personal Appearance
- 4-5 Candidate Selection—Operations Hourly and Step Progression Positions
- 4-10 Candidate Selection—Non-management Exempt and Staff Hourly Positions
- 4-15 Career Opportunity
- 4-60 External New Hire/Rehire
- 4-65 Internal Applicant Processing
- 4-70 Management Selection/AiM/SMSS
- 5-12 Diversity
- 5-35 Disabled Individuals
- 5-55 Anti-Harassment

**Related Publications**
- *Employment Law Reference Guide (ELR)*
- Affirmative Action Plan
- HCMP website

Printed or other static representations of this document are classified "for reference only."

FEC 1026