# EXHIBIT 30

# FEDEX INTERNAL EEO FORM

**Nanette Malebranche**
Managing Director
TriState District

USGO
510 Stewart Ave
Garden City, NY 11530

Telephone 516-214-9591



## PRIVILEGED AND CONFIDENTIAL
## ATTORNEY-CLIENT COMMUNICATION

DATE:   November 23, 2021              TO:   Steve Wasserman

FROM:   MD Nan Malebranche             CC:   Jeremy Ireland
                                             Lance Reyes

SUBJECT:   Internal EEO Complaint Investigative Report
           Kevin Campbell, #5261177
           US Ops/North Eastern/LGAA

### Summary of Employee's Complaint

- Complainant stated he was being bullied and discriminated against in the LGAA station.

### Employee's Specific Allegation #1

- Complainant stated an employee asked him how is your new T.V., Complainant asked what he meant, Complainant explained the employee stated the T.V. you and your sister stole this weekend while you were rioting. Complainant claimed Operations Manager Henry Nunez (#531100, Hispanic) witnessed it.

### Management and/or Accused Response #1

- Ops Manager Nunez Denied Allegations.

### Investigative Finding #1

- Allegations couldn't be substantiated. Ops Manager Nunez stated he would never allow someone to speak that way to another individual. He would immediately pull the employee to the side and explain why this is unacceptable behavior.

### Employee's Specific Allegation #2

- Complainant stated another employee asked Operations Manager Michael Bradley (#104644, White) and Operations Manager Steve Pasqualicchio (#781248, White) doesn't Complainant "look like a person who would steal your radio and try to sell it to you?"

### Management and/or Accused Response #2

- Ops Manager Bradley, and Pasqualicchio Denied Allegations.

### Investigative Finding #2

- Complainants Allegations could not be substantiated. Both Ops Managers stated they would not allow that and would address it immediately.

### Employee's Specific Allegation #3

- Complainant stated two employees called Complainant a gorilla in a cage because he was helping out in the DEX cage.

### Management and/or Accused Response #3

- Management denied allegation.

### Investigative Finding #3

- Complainants' allegation could not be substantiated. There were no witnesses to this allegation.

### Report Conclusion

- No policy violations were revealed during this investigation.

### Corrective Action (if applicable)

None.

_____  	_11/23/21_
**Nanette Malebranche**  	Date
**Managing Director**
**Tri-State District**