# EXHIBIT 34
# TELEPHONE CALL SCREENSHOTS



# Spencer Fed Ex



**February 8, 2024**
3:03 PM  **Missed Call** ☑

Calls with a checkmark have been verified by the carrier.

 Contact Photo & Poster

**phone**
+1 (347) 968-9023

**Notes**

    



Plaintiff's Production Number 79