# EXHIBIT 35

# SPENCER TELEPHONE RECORDING 1 OF 2