# EXHIBIT 36

# SPENCER TELEPHONE RECORDING 2 OF 2