# **EXHIBIT 40**

# **CHART REGARDING DEFENDANTS' 56.1 RESPONSE**

**EXHIBIT 40 – Chart Regarding Defendants' 56.1 Response**

| Defendants' 56.1 Response reflects that Defendants: | Paragraph Numbers: |
| --- | --- |
| Did not respond, and therefore admit. | 170, 199, 344, 369, 400 |
| Deny without citation, and therefore admit. | 52, 60, 61, 63, 64, 65, 90 (denied only by broadly citing to a 21-page exhibit with specification), 105, 135, 192, 193, 228, 231, 258, 259, 262, 265, 267, 268, 282, 297, 300, 304, 380, 381, 382, 384, 387, 391, 392, 393, 394, 395 |
| Incorrectly claim paragraphs are not supported by citation or lack context. | 28, 29, 46, 61, 63, 64, 65, 67, 88, 98, 105, 134, 185, 192, 193, 202, 206, 210, 211, 212, 213, 214, 215, 228, 232, 258, 259, 262, 265, 267, 268, 274, 275, 282, 290, 300, 335, 378, 380, 382, 392, 393, 394, 395 |
| Object without disputing, and therefore admit. | 39, 40-42, 88, 98, 99, 101, 106, 210, 211, 212, 213, 214, 215, 232, 233, 234, 237, 238, 239, 241, 257, 285, 293 |
| Frivolously assert immateriality. | 33-35, 37, 39, 87, 90, 98, 99, 101, 102, 152, 155, 160, 161, 188, 198, 200, 201, 202, 203, 204, 205, 206, 210, 211, 212, 213, 214, 215, 217, 219, 220, 221, 223, 225-227, 230, 232, 233, 234, 236, 239, 241, 249, 257, 285, 293, 315, 331, 332, 333, 334, 335, 336, 337, 343, 346, 347, 348, 353, 354, 355, 356, 357, 358, 401 |
| Make legal arguments such as hearsay which they omit from their MOL, thereby depriving Plaintiff the opportunity to respond. | 60, 61, 63, 64, 65, 66, 106, 210, 211, 212, 213, 214 |
| Make legal arguments such as FRE 602 and 701 objections which they omit from their MOL, thereby depriving Plaintiff of the opportunity to respond. | 222, 232, 233, 239, 241, 242, 291 |
| Improperly and baselessly blame Mr. Alzate's deposition translator. | 104 |