# Notice of Request to Submit Electronic Evidence

**Case Number:** 22 CV 7662

**Filing Party Name:** Kevin Campbell

**Enter the Document number of the docket entry for which the exhibit should be linked. Enter "N/A" if not applicable.** 50-12, 50-13, 50-19, 50-35, 50-36

**If the format is PDF, why hasn't it been docketed electronically?**

not a PDF