UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
KEVIN CAMPBELL,

                            Plaintiff,

                                                                                                       NOTICE MOTION

   -against-

FEDERAL EXPRESS CORPORATION a/k/a          Civil Action No. 22-cv-7662
FEDEX EXPRESS, and ERIC WARNDERS,
INDIVIDUALLY,

                            Defendants.
-------------------------------------------------------------------X

      PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law dated November 18, 2024, the Declaration of Gabriel P. McGaha and exhibits attached thereto, and all pleadings and proceedings previously had herein, Defendants Federal Express Corporation and Eric Warnders will move before the Honorable Dora L. Irizarry, on a date to be determined by the Court, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201, for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting Defendants summary judgment, together with costs, expenses, and attorney's fees, and such other relief as this Court deems just and proper.

      Dated: New York, New York
      November 18, 2024

        Respectfully submitted,


        <u>/s/ Gabriel P. McGaha</u>
        Gabriel P. McGaha
        (seeking *pro hac vice* admission)
        Federal Express Corporation – Legal Litigation
        3620 Hacks Cross Road
        Building B, Third Floor
        Memphis, TN  38125
        (901) 434-3131 telephone
        (901) 434- 9279 facsimile

        *Counsel for Defendants*
        *Federal Express Corporation and*
        *Eric Warnders*

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 18th day of November 2024, the foregoing document was served via electronic mail to:

Jessica Massimi
Massimi Law PLLC
99 Wall Street, Suite 1264
New York, NY 10005
jessica.massimi@gmail.com

*/s/ Gabriel P. McGaha*_____
Gabriel P. McGaha