UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
KEVIN CAMPBELL,

                        Plaintiff,

      -against-

FEDERAL EXPRESS CORPORATION a/k/a
FEDEX EXPRESS, and ERIC WARNDERS,
INDIVIDUALLY,

                        Defendants.
-------------------------------------------------------------------X

**DECLARATION OF GABRIEL P. MCGAHA**

Civil Action No. 22-cv-7662

I, Gabriel P. McGaha, attorney for Defendants Federal Express Corporation and Eric Warnders, declare under penalty of perjury that the foregoing is true and correct. I am an attorney admitted to practice law in this Court and submit this Declaration to identify the exhibits submitted with Defendants' Motion for Summary Judgment.

1. Attached hereto as **Exhibit A** is Sharon Daniel's Declaration.

2. Attached hereto as **Exhibit B** is Eric Warnders' Declaration.

3. Attached hereto as **Exhibit C** is Plaintiff Kevin Campbell's Training History.

4. Attached hereto as **Exhibit D** is Plaintiff Kevin Campbell's Offer Letter/Employment Agreement.

5. Attached hereto as **Exhibit E** is Plaintiff Kevin Campbell's Earnings.

6. Attached hereto as **Exhibit F** is James Cahill's Declaration.

7. Attached hereto as **Exhibit G** is Augusto Alzate's Station File Excerpt.

8. Attached hereto as **Exhibit H** is GFTP Correspondence and Rationale.

9. Attached hereto as **Exhibit I** are IEEO Documents.

10. Attached hereto as **Exhibit J** is Nan Malebranche File Excerp.t

11. Attached hereto as **Exhibit K** is Pl.'s Production Number 75 (Video).

12. Attached hereto as **Exhibit L** is Defendants' Response. to Plaintiff's Fifth Set of Interrogatories.

13. Attached hereto as **Exhibit M** is Peter Lorenzi's Investigation and Suspension.

14. Attached hereto as **Exhibit N** is FedEx's IEEO Policy

Respectfully submitted,

*/s/ Gabriel P. McGaha*
Gabriel P. McGaha
(seeking *pro hac vice* admission)
Federal Express Corporation – Legal Litigation
3620 Hacks Cross Road
Building B, Third Floor
Memphis, TN  38125
(901) 434-3131 telephone
(901) 434- 9279 facsimile

*Counsel for Defendants*
*Federal Express Corporation and*
*Eric Warnders*

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 18th day of November 2024, the foregoing document was served via electronic mail to:

Jessica Massimi
Massimi Law PLLC
99 Wall Street, Suite 1264
New York, NY 10005
jessica.massimi@gmail.com

                                              */s/ Gabriel P. McGaha*
                                              Gabriel P. McGaha