# EXHIBIT C - Campbell Training History

## Kevin Cambpell's Training History

| FULLNAME | FEDEX_ID_NBR | LEARNING_ITEM_ID | LEARNING_ITEM_COMMENTS_DESC | COURSE_COMPLETION_DT |
|---|---|---|---|---|
| Kevin Campbell | | | | |
| Kevin Campbell | 5261177 | CEEOAA | Equal Employment Opportunity and Affirmative Action Overview (CEEOAA) | 4/16/2021 0:00 |
| Kevin Campbell | 5261177 | CGSATJ | General Security Awareness (CGSATJ) | 4/16/2021 0:00 |
| Kevin Campbell | 5261177 | CHAPCBT | Hazard Awareness Program - HAP (CHAPCBT) | 4/16/2021 0:00 |
| Kevin Campbell | 5261177 | CDRYICE | Hazards of Dry Ice Un/Loading (CDRYICE) | 4/16/2021 0:00 |
| Kevin Campbell | 5261177 | CCSATT | Corporate Security Awareness TSA (CCSATT) | 4/16/2021 0:00 |
| Kevin Campbell | 5261177 | CHAP000 | Haz Awareness (CHAP000) Test Only | 4/16/2021 0:00 |
| Kevin Campbell | 5261177 | CWPV2 | Workplace Violence Prevention (CWPV2) | 4/15/2021 0:00 |
| Kevin Campbell | 5261177 | CWPV2CF | Workplace Violence Prevention Canadian French | 4/15/2021 0:00 |
| Kevin Campbell | 5261177 | CDGHCBT | Dangerous Goods Handling (CDGHCBT) | 1/21/2021 0:00 |
| Kevin Campbell | 5261177 | CADGIDT | Automated DG ID Tag Procedures (CADGIDT) | 1/21/2021 0:00 |
| Kevin Campbell | 5261177 | CLOCKIT | Vehicle Security Training (CLOCKIT) | 11/27/2020 0:00 |
| Kevin Campbell | 5261177 | CDRYICE | Hazards of Dry Ice Un/Loading (CDRYICE) | 6/3/2020 0:00 |
| Kevin Campbell | 5261177 | CINFO1 | Information Security Fundamentals - InfoSec 101 - CINFO1 | 6/3/2020 0:00 |
| Kevin Campbell | 5261177 | CEEOAA | Equal Employment Opportunity and Affirmative Action Overview (CEEOAA) | 6/3/2020 0:00 |
| Kevin Campbell | 5261177 | CHAPCBT | Hazard Awareness Program - HAP (CHAPCBT) | 6/3/2020 0:00 |

Campbell's Training History 001

## Kevin Cambpell's Training History

| Kevin Campbell | 5261177 | CCSATT | Corporate Security Awareness TSA (CCSATT) | 6/3/2020 0:00 |
|---|---|---|---|---|
| Kevin Campbell | 5261177 | CGSATJ | General Security Awareness (CGSATJ) | 6/3/2020 0:00 |
| Kevin Campbell | 5261177 | CHAP000 | Haz Awareness (CHAP000) Test Only | 6/3/2020 0:00 |
| Kevin Campbell | 5261177 | CWPV2 | Workplace Violence Prevention (CWPV2) | 6/1/2020 0:00 |
| Kevin Campbell | 5261177 | CWPV2CF | Workplace Violence Prevention Canadian French | 6/1/2020 0:00 |
| Kevin Campbell | 5261177 | CGSATJ | General Security Awareness (CGSATJ) | 5/29/2020 0:00 |
| Kevin Campbell | 5261177 | CINFO1 | Information Security Fundamentals - InfoSec 101 - CINFO1 | 5/29/2020 0:00 |
| Kevin Campbell | 5261177 | CCSATT | Corporate Security Awareness TSA (CCSATT) | 5/29/2020 0:00 |
| Kevin Campbell | 5261177 | CEEOAA | Equal Employment Opportunity and Affirmative Action Overview (CEEOAA) | 5/26/2020 0:00 |
| Kevin Campbell | 5261177 | CCSATT | Corporate Security Awareness TSA (CCSATT) | 5/22/2020 0:00 |
| Kevin Campbell | 5261177 | CHAPCBT | Hazard Awareness Program - HAP (CHAPCBT) | 5/22/2020 0:00 |
| Kevin Campbell | 5261177 | CGSATJ | General Security Awareness (CGSATJ) | 5/22/2020 0:00 |
| Kevin Campbell | 5261177 | CDRYICE | Hazards of Dry Ice Un/Loading (CDRYICE) | 5/22/2020 0:00 |
| Kevin Campbell | 5261177 | CHAP000 | Haz Awareness (CHAP000) Test Only | 5/22/2020 0:00 |
| Kevin Campbell | 5261177 | CDGST1 | DG In-Depth Security Training WBT (CDGST1) | 5/20/2020 0:00 |
| Kevin Campbell | 5261177 | CDGST | DG In-Depth Security - TEST Only (CDGST) | 5/20/2020 0:00 |

## Kevin Cambpell's Training History

| Kevin Campbell | 5261177 | CWPV2CF | Workplace Violence Prevention Canadian French | 5/15/2020 0:00 |
|---|---|---|---|---|
| Kevin Campbell | 5261177 | CWPV2 | Workplace Violence Prevention (CWPV2) | 5/15/2020 0:00 |
| Kevin Campbell | 5261177 | CINFO1 | Information Security Fundamentals - InfoSec 101 - CINFO1 | 5/12/2020 0:00 |
| Kevin Campbell | 5261177 | CEEOAA | Equal Employment Opportunity and Affirmative Action Overview (CEEOAA) | 5/12/2020 0:00 |
| Kevin Campbell | 5261177 | CTRAVEL | Interline Discount Travel (CTRAVEL) | 5/11/2020 0:00 |
| Kevin Campbell | 5261177 | CCSATT | Corporate Security Awareness TSA (CCSATT) | 5/8/2020 0:00 |
| Kevin Campbell | 5261177 | CGSATJ | General Security Awareness (CGSATJ) | 5/8/2020 0:00 |
| Kevin Campbell | 5261177 | CHAP000 | Haz Awareness (CHAP000) Test Only | 5/8/2020 0:00 |
| Kevin Campbell | 5261177 | CDRYICE | Hazards of Dry Ice Un/Loading (CDRYICE) | 5/8/2020 0:00 |
| Kevin Campbell | 5261177 | CHAPCBT | Hazard Awareness Program - HAP (CHAPCBT) | 5/8/2020 0:00 |
| Kevin Campbell | 5261177 | CDGHCBT | Dangerous Goods Handling (CDGHCBT) | 2/19/2020 0:00 |
| Kevin Campbell | 5261177 | CADGIDT | Automated DG ID Tag Procedures (CADGIDT) | 2/19/2020 0:00 |
| Kevin Campbell | 5261177 | CEEOAA | Equal Employment Opportunity and Affirmative Action Overview (CEEOAA) | 1/16/2020 0:00 |
| Kevin Campbell | 5261177 | CINFO1 | Information Security Fundamentals - InfoSec 101 - CINFO1 | 1/16/2020 0:00 |
| Kevin Campbell | 5261177 | CWPV2CF | Workplace Violence Prevention Canadian French | 1/16/2020 0:00 |
| Kevin Campbell | 5261177 | CWPV2 | Workplace Violence Prevention (CWPV2) | 1/16/2020 0:00 |

## Kevin Cambpell's Training History

| Kevin Campbell | 5261177 | CLEOTRN | LEO Training (CLEOTRN) | 1/14/2020 0:00 |
|---|---|---|---|---|
| Kevin Campbell | 5261177 | CHAP000 | Haz Awareness (CHAP000) Test Only | 1/7/2020 0:00 |
| Kevin Campbell | 5261177 | CCSATT | Corporate Security Awareness TSA (CCSATT) | 1/7/2020 0:00 |
| Kevin Campbell | 5261177 | CGSATJ | General Security Awareness (CGSATJ) | 1/7/2020 0:00 |
| Kevin Campbell | 5261177 | CDRYICE | Hazards of Dry Ice Un/Loading (CDRYICE) | 1/7/2020 0:00 |
| Kevin Campbell | 5261177 | CHAPCBT | Hazard Awareness Program - HAP (CHAPCBT) | 1/7/2020 0:00 |
| Kevin Campbell | 5261177 | CDGST | DG In-Depth Security - TEST Only (CDGST) | 3/29/2019 0:00 |
| Kevin Campbell | 5261177 | CDGST1 | DG In-Depth Security Training WBT (CDGST1) | 3/29/2019 0:00 |
| Kevin Campbell | 5261177 | CDGHR1P | DG Handling Test Only (CDGHR1P) | 3/22/2019 0:00 |
| Kevin Campbell | 5261177 | CDGHCBT | Dangerous Goods Handling (CDGHCBT) | 3/22/2019 0:00 |
| Kevin Campbell | 5261177 | CADGIDT | Automated DG ID Tag Procedures (CADGIDT) | 3/22/2019 0:00 |
| Kevin Campbell | 5261177 | CWPV2 | Workplace Violence Prevention (CWPV2) | 3/13/2019 0:00 |
| Kevin Campbell | 5261177 | CWPV2CF | Workplace Violence Prevention Canadian French | 3/13/2019 0:00 |
| Kevin Campbell | 5261177 | CINFO1 | Information Security Fundamentals - InfoSec 101 - CINFO1 | 2/26/2019 0:00 |
| Kevin Campbell | 5261177 | CGSATJ | General Security Awareness (CGSATJ) | 2/19/2019 0:00 |
| Kevin Campbell | 5261177 | CHAPCBT | Hazard Awareness Program - HAP (CHAPCBT) | 2/19/2019 0:00 |

Campbell's Training History 004

## Kevin Cambpell's Training History

| Kevin Campbell | 5261177 | CEEOAA | Equal Employment Opportunity and Affirmative Action Overview (CEEOAA) | 2/19/2019 0:00 |
|---|---|---|---|---|
| Kevin Campbell | 5261177 | CHAP000 | Haz Awareness (CHAP000) Test Only | 2/19/2019 0:00 |
| Kevin Campbell | 5261177 | CCSATT | Corporate Security Awareness TSA (CCSATT) | 2/19/2019 0:00 |
| Kevin Campbell | 5261177 | C002177 | My QDM (C002177) | 9/12/2018 0:00 |
| Kevin Campbell | 5261177 | CDGHCBT | Dangerous Goods Handling (CDGHCBT) | 3/23/2018 0:00 |
| Kevin Campbell | 5261177 | CDEXEXC | Exception Scanning Courier (CDEXEXC) | 3/23/2018 0:00 |
| Kevin Campbell | 5261177 | CDGHR1P | DG Handling Test Only (CDGHR1P) | 3/23/2018 0:00 |
| Kevin Campbell | 5261177 | CWPV2CF | Workplace Violence Prevention Canadian French | 3/15/2018 0:00 |
| Kevin Campbell | 5261177 | CHAP000 | Haz Awareness (CHAP000) Test Only | 3/15/2018 0:00 |
| Kevin Campbell | 5261177 | CHAPCBT | Hazard Awareness Program - HAP (CHAPCBT) | 3/15/2018 0:00 |
| Kevin Campbell | 5261177 | CWPV2 | Workplace Violence Prevention (CWPV2) | 3/15/2018 0:00 |
| Kevin Campbell | 5261177 | CINFO1 | Information Security Fundamentals - InfoSec 101 - CINFO1 | 3/15/2018 0:00 |
| Kevin Campbell | 5261177 | CCSATT | Corporate Security Awareness TSA (CCSATT) | 3/15/2018 0:00 |
| Kevin Campbell | 5261177 | CGSATJ | General Security Awareness (CGSATJ) | 3/15/2018 0:00 |
| Kevin Campbell | 5261177 | CEEOAA | Equal Employment Opportunity and Affirmative Action Overview (CEEOAA) | 3/15/2018 0:00 |
| Kevin Campbell | 5261177 | CSRELJA | Courier Signature Release Job Aid (CSRELJA) | 10/25/2017 0:00 |

Campbell's Training History 005

## Kevin Cambpell's Training History

| Kevin Campbell | 5261177 | CTRAVEL | | 6/7/2017 0:00 |
|---|---|---|---|---|
| Kevin Campbell | 5261177 | CTRAVEL | | 6/7/2017 0:00 |
| Kevin Campbell | 5261177 | CMRUSNH | | 6/1/2017 0:00 |
| Kevin Campbell | 5261177 | CBLKSTP | Bulk Stop Pickups (CBLKSTP) | 6/1/2017 0:00 |
| Kevin Campbell | 5261177 | CMRUSNH | | 6/1/2017 0:00 |
| Kevin Campbell | 5261177 | CDCNDHR | | 5/11/2017 0:00 |
| Kevin Campbell | 5261177 | CPDELRQ | | 5/11/2017 0:00 |
| Kevin Campbell | 5261177 | CPDELRQ | | 5/11/2017 0:00 |
| Kevin Campbell | 5261177 | CDCNDHR | | 5/11/2017 0:00 |
| Kevin Campbell | 5261177 | CRUSNHP | | 4/28/2017 0:00 |
| Kevin Campbell | 5261177 | CRUSNHA | | 4/24/2017 0:00 |
| Kevin Campbell | 5261177 | CFOLLOW | Following Distance-Resolving the Debate Video (CFOLLOW) | 4/12/2017 0:00 |
| Kevin Campbell | 5261177 | CFOLLOW | | 4/12/2017 0:00 |
| Kevin Campbell | 5261177 | CIVI024 | | 4/11/2017 0:00 |
| Kevin Campbell | 5261177 | CSWM07 | | 4/11/2017 0:00 |
| Kevin Campbell | 5261177 | CGSATJ | General Security Awareness (CGSATJ) | 4/6/2017 0:00 |

## Kevin Cambpell's Training History

| Kevin Campbell | 5261177 | C002103 | | 4/6/2017 0:00 |
|---|---|---|---|---|
| Kevin Campbell | 5261177 | CHOS | | 4/6/2017 0:00 |
| Kevin Campbell | 5261177 | CHAP000 | | 4/6/2017 0:00 |
| Kevin Campbell | 5261177 | CHAPCBT | | 4/6/2017 0:00 |
| Kevin Campbell | 5261177 | CDGST | | 4/6/2017 0:00 |
| Kevin Campbell | 5261177 | CDGST1 | | 4/6/2017 0:00 |
| Kevin Campbell | 5261177 | CSTREET | | 4/6/2017 0:00 |
| Kevin Campbell | 5261177 | CBE155 | | 4/6/2017 0:00 |
| Kevin Campbell | 5261177 | CBACKUP | | 4/6/2017 0:00 |
| Kevin Campbell | 5261177 | CDGHR1P | | 4/6/2017 0:00 |
| Kevin Campbell | 5261177 | CDGHCBT | | 4/6/2017 0:00 |
| Kevin Campbell | 5261177 | CNHSC | | 4/6/2017 0:00 |
| Kevin Campbell | 5261177 | CPDELRQ | | 4/6/2017 0:00 |
| Kevin Campbell | 5261177 | CDCNDHR | | 4/6/2017 0:00 |
| Kevin Campbell | 5261177 | CFXDDHZ | | 4/6/2017 0:00 |
| Kevin Campbell | 5261177 | CFXDDOS | | 4/6/2017 0:00 |

# Kevin Cambpell's Training History

| Kevin Campbell | 5261177 | CFXDDPL | | 4/6/2017 0:00 |
|---|---|---|---|---|
| Kevin Campbell | 5261177 | CCSATT | | 4/5/2017 0:00 |
| Kevin Campbell | 5261177 | CGSATJ | | 4/5/2017 0:00 |
| Kevin Campbell | 5261177 | CEEOAA | | 4/5/2017 0:00 |
| Kevin Campbell | 5261177 | CIVI024 | | 4/5/2017 0:00 |
| Kevin Campbell | 5261177 | CINFO1 | | 4/5/2017 0:00 |
| Kevin Campbell | 5261177 | CADFWP1 | | 4/5/2017 0:00 |
| Kevin Campbell | 5261177 | CWPV2 | | 4/5/2017 0:00 |
| Kevin Campbell | 5261177 | CWPV2CF | Workplace Violence Prevention Canadian French | 4/5/2017 0:00 |
| Kevin Campbell | 5261177 | CSWM07 | | 4/5/2017 0:00 |