# EXHIBIT D - Campbell Offer Letter Employment Agreement

Nancy L. Blair-Bonk
Managing Director
Human Resources

3690 Hacks Cross Road
Building I, Third Floor
Memphis, TN 38125-8800

Telephone 901.434.6078
Fax 901.434.6076
Email: nlblair@fedex.com



F/T N/D

February 10, 2017

Kevin Campbell
916 Dumont Avenue
Brooklyn, NY 11207

Dear Kevin:

We appreciate all of your contributions at TNT and are pleased to offer you the position of Full Time Courier Non-Driver at LGA Station located at 58-60 55th Drive, Maspeth, NY 11378 in US Ops at a starting wage of $19.09 per hour at FedEx Express. Your assigned work hours are Mon 0730 – 1630, Tues-Fri 0830 - 1730; they are, however, subject to change to meet the business needs of the Company. This offer is contingent upon successful completion of applicable mandatory training and securing the appropriate security clearance.

In order to provide a smooth TNT customer transition to FedEx Express, some of the employees at your location will be part of a temporary assignment. The location, scheduled hours and duration of this special assignment will be communicated to you by your current TNT management.

Your start date as a FedEx Express employee will be **April 2, 2017**. The payday for this position is each Friday. You will be paid at your work location. **After the conclusion of the special assignment (if you are selected), you will not be held to time in department/position before you are able to bid on another position with FedEx Express.**

FedEx Express has well established pre-employment requirements for everyone who joins our team. Therefore, you will have to successfully complete a pre-employment drug screen and a criminal background check. If TNT is able to provide documentation that you have met these requirements when you were hired at TNT that will be sufficient. If not, those screens will have to be successfully completed to be hired by FedEx Express.

FedEx Express offers a comprehensive benefits package including health, dental and vision care coverage, retirement benefits, and tuition assistance to eligible employees.

Your service with TNT will count towards satisfaction of eligibility requirements for the FedEx group health, life insurance, disability plans, vacation policies and the eligibility and vesting requirements under the FedEx Corporation Retirement Savings Plan and the FedEx Corporation Employees' Pension Plan.

If you are selected for the special assignment, you will be provided temporary, limited access to certain TNT Information Technology systems for the limited purpose of performing operational and administrative duties relative to the integration of TNT USA into the FedEx network. When those duties are completed, your access to the TNT Information Technology systems will be eliminated.

We look forward to your joining us on **April 2, 2017**. We know you will make a significant contribution to the growth and progress of FedEx Express, and we think you will find the challenge and opportunity you desire.

Please indicate your acceptance of this offer by signing this original letter, **the attached Employment Agreement and the Fair Credit Reporting Authorization form. On February 21, 2017, your assigned FXE HR Advisor will return to collect all offer letters.** A copy of this letter is enclosed for your personal records.

If you have any questions, please feel free to contact me.

Sincerely,

*Nancy Blair Bonk*
Nancy Blair Bonk
Managing Director
HR Ops Support

cc: Corey Davis – HR Advisor

Attachments:    Employment Agreement
                Fair Credit Reporting Act Disclosure
                Fair Credit Reporting Act Authorization

I accept the position and its terms as outlined in this letter and my application for employment.

_____    2/21/17
Name                                Date

I decline the position and its terms as outlined in this letter and my application for employment.

_____
Name                                Date

FEC 0599

Last Name __Campbell__ First Name __Kevin__ (Please Print)

## EMPLOYMENT AGREEMENT
IMPORTANT – PLEASE READ CAREFULLY AND SIGN

THIS AGREEMENT CONTAINS IMPORTANT INFORMATION REGARDING THE EXPECTATONS OF FEDERAL EXPRESS CORPORATION, AND YOUR OBLIGATONS AS AN EMPLOYEE.

IT IS IMPORTANT THAT YOU READ THE ENTIRE DOCUMENT.

If employed, in consideration thereof, the continuance thereof, the compensation paid therefore, and without further consideration, I do hereby understand and agree:

**PREEMPLOYMENT MATTERS**

(1) Federal Express Corporation (hereinafter referred to as "FedEx Express" or "Company," and including any management official or other agent of Federal Express Corporation) has disclosed to me that a Consumer Report or an Investigative Consumer Report ("Report") including information as to my character, general reputation, personal characteristics, and mode of living will be made. The information includes, but is not necessarily limited to, a criminal background check, as well as a motor vehicle record check for driving positions. Either concurrent with this application or following a conditional offer of employment, I have received and completed a separate disclosure and authorization in which I granted the Company permission to obtain and use this information. THE COMPANY DOES NOT OBTAIN OR USE CREDIT SCORES, CREDIT HISTORIES, OR OTHER CONSUMER FINANCIAL INFORMATION TO MAKE EMPLOYMENT DECISIONS. Upon written request to the Company, made within a reasonable time after the date of this application, I may obtain a complete and accurate disclosure of the nature and scope of the investigation requested. I agree to hold the Company harmless from any and all liability associated with the Company lawfully obtaining and using information contained in such Report.

(2) Successfully taking and passing a drug test is required for employment in all positions. For certain positions, a post job offer medical examination is also required by Federal Law. I understand that for such positions, any job offer is contingent upon successfully passing the medical examination. I agree to provide access to my medical records, if required.

(3) THE COMPANY MAY MAKE ANY LAWFUL EXAMINATION OF MY CRIMINAL RECORD, IF ANY, FOR THE PURPOSE OF DETERMINING WHETHER MY CRIMINAL RECORD IS RELATED TO THE DUTIES OF THE POSITION(S) FOR WHICH I AM APPLYING. THE COMPANY CAN MAKE EMPLOYMENT DECISIONS ON THE BASIS OF THAT INFORMATION, IN ACCORDANCE WITH APPLICABLE LAW.

(4) The Company may request, and I also authorize and request, each former employer and each person, firm, or corporation I provide as a reference to furnish any information that may be sought by the Company concerning me and my work history, and I hereby waive any privileges involved. I have received and completed a separate disclosure and authorization in which I granted the Company permission to obtain and use this information. I agree to complete any forms and/or provide additional information necessary so that the Company can obtain this reference information. I hereby release my former employers from any and all liability of any type as a result of providing such information to the Company.

(5) Any offer of employment is contingent upon the applicant's qualification for bond, if required for the specific position.

## EMPLOYMENT AND POSTEMPLOYMENT OBLIGATIONS

(6) I understand that the term of my employment is INDEFINITE IN DURATION. I acknowledge and agree that the Company has the absolute, unfettered right to change its policies, rules, regulations, and procedures unilaterally, at any time, without prior notice. I ALSO AGREE THAT MY EMPLOYMENT CAN BE TERMINATED WITH OR WITHOUT CAUSE AND WITHOUT NOTICE OR LIABILITY WHATSOEVER ("EMPLOYMENT AT WILL") AT ANY TIME, AT EITHER MY OR THE COMPANY'S OPTION. I FURTHER UNDERSTAND THAT NO MANAGER OR REPRESENTATIVE OF THE COMPANY, OTHER THAN THE CEO, OR ANY SENIOR VICE-PRESIDENT DESIGNATED BY THE CEO, HAS ANY AUTHORITY TO ENTER INTO ANY AGREEMENT FOR EMPLOYMENT WITH ME FOR ANY SPECIFIED PERIOD OF TIME OR TO AMEND THIS AGREEMENT IN ANY MANNER. MOREOVER, ANY SUCH AUTHORIZED AMENDMENT(S) SHALL BE IN WRITING. NOTHING IN THIS AGREEMENT, NOR ANY DOCUMENTATION OR OTHER COMMUNICATION FROM THE COMPANY, SHALL AFFECT MY EMPLOYMENT AT WILL STATUS.

(7)(a) I WILL USE THE APPROPRIATE COMPANY INTERNAL POLICIES TO ATTEMPT TO RESOLVE ANY WORK-RELATED COMPLAINTS AND ANY OTHER CONTROVERSY ARISING OUT OF MY EMPLOYMENT OR THE TERMINATION OF MY EMPLOYMENT. I UNDERSTAND THAT THE COMPANY CANNOT GUARANTEE FAIR OR PARTICULAR RESULTS SINCE EVERYONE'S CONCEPT OF FAIRNESS DIFFERS. HOWEVER, THE COMPANY DOES GUARANTEE ME AN OPPORTUNITY TO USE COMPANY POLICIES AND PROCEDURES FOR ALL ELIGIBLE ISSUES.

(b) TO THE EXTENT THE LAW ALLOWS AN EMPLOYEE TO BRING LEGAL ACTION AGAINST THE COMPANY OR ANY MANAGER EMPLOYED BY THE COMPANY AND ACTING IN HIS OR HER MANAGERIAL CAPACITY, I AGREE TO BRING ANY CLAIM WITHIN THE TIME PROVIDED BY LAW OR NO LATER THAN SIX (6) MONTHS FROM THE DATE OF THE EVENT FORMING THE BASIS OF MY CLAIM, WHICHEVER EXPIRES FIRST. I REALIZE AND ACKNOWLEDGE THAT I AM AGREEING TO BRING ANY CLAIM I MAY HAVE WITHIN A SHORTER TIME THAN MAY OTHERWISE BE PROVIDED BY LAW.

(8) That I will submit myself to medical examinations, and/or health monitors, which may, under appropriate circumstances, include testing for drugs and/or alcohol, by physicians of the Company's selection as often as requested during my employment, and understand that failing to pass any such examination may prevent me from being in the Company's service; and I further understand and agree that failure of the Company to request physical examination shall not be construed as an admission by the Company that I am physically qualified to perform any specific type of service.

(9) That I may be subjected to searches of my person or property as a condition of employment. I further agree to permit employment searches as outlined in the Company's security policies and acknowledge that should I refuse to permit an employment search, I may be terminated.

(10) If hired or placed into a driving position, FedEx Express will obtain Reports containing my driving qualifications and motor vehicle record on an ongoing basis. I hereby authorize FedEx to obtain these and any other Reports on a continuing basis during while employed and agree to hold FedEx harmless from any and all liability associated with the Company lawfully obtaining and using information contained in such Report.

(11) I authorize applicable deductions for Group Health Benefits unless I actively elect the $0 cost health option or opt out of coverage subject to Plan rules.

(12) The Company is subject to and is operating under various state workers' compensation laws and that in case of injury, I will accept compensation as provided by said laws.