# EXHIBIT F -
# James Cahill Declaration

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KEVIN CAMPBELL,

                        Plaintiff,          **DECLARATION OF JAMES CAHILL**

    -against-

FEDERAL EXPRESS CORPORATION a/k/a        Civil Action No. 22-cv-7662
FEDEX EXPRESS, and ERIC WANDERS,
INDIVIDUALLY,

                       Defendants.
------------------------------------------------------------------X

       I, James Cahill, declare and state as follows

       1.     I am over the age of eighteen (18) and I am competent to testify as to the matters set forth herein

       2.     The facts stated in this declaration are true as of the date of my signature below.

       3.     I am a Senior Security Specialist employed by Federal Express Corporation. I have held this position since October 2012. My office is currently in Melville, New York. I submit this declaration in support of Defendant Federal Express Corporation's Motion for Summary Judgment. I make this declaration based on my direct, personal knowledge, including knowledge obtained by the review of documents and records referenced below. If called as a witness, I could and would competently testify as set forth below.

       4.     I prepared the Security Investigative Report that is attached hereto as Exhibit A. As part of my investigation, I reviewed two videos of the morning sort at the LGAA facility, located at the LaGuardia airport, for May 18, 2021    Attached hereto as Exhibit B is a true and correct copy of video of the Back Belt Flush-Spit area starting for the time period 08:23 28 – 08:24 48 on May 18, 2021   Attached hereto as Exhibit C is a true and correct copy of video Back Belt Gama-Flush area for the time period 08:23·27 – 08:24:48 on May 18, 2021.

5.      Both of these videos (Exhibit B and Exhibit C) were taken from cameras at the LGAA facility. The LGAA facility has cameras that capture video of the LGAA facility. These videos are records of regularly conducted activities at the FedEx LGAA facility; are of images that transpired at the LGAA facility at or near the time indicated on the upper left-hand side of the video image; and, are regularly maintained by FedEx as part of its customary business practices.

I declare under penalty of perjury under the laws of the State of New York and of the United States of America that the foregoing statements are true and correct, and that I executed this declaration on November 14, 2024, in Melville, New York.


JAMES CAHILL