



### Security Investigative Report

Date:  May 25, 2021                                    To:      Chris Borka

From:  James Cahill                                    cc:      Stephen Rourke
                                                                John Walsh

Re:      eSIMS-C-11248947-G2Y4P9
           Handler Augusto Alzate EE# 5112103 (subject)
           Courier Kevin Campbell EE# 5261177 (subject)
           LGAA - Maspeth, NY
           Tri-State District / Eastern Region
           Workplace Violence

### Investigative Summary:

On May 18, 2021, an investigation was initiated regarding a reported incident of WPV that occurred during the May 18, 2021 FedEx Express LGAA AM sort process.  It was reported FedEx Express LGAA Handler Augusto Alzate and LGAA Courier Kevin Campbell were involved in a verbal altercation that quickly escalated to a physical confrontation, requiring several employees to intervien.  In addition, it was reported during the altercation, Alzate pulled a box cutter from his waist area, menacing/threatening Campbell.  There were no reported injuries.

On May 19, 2021, I concluded interviews with all pertinent individuals involved.  The result of this investigation appeared to show both Alzate and Campbell were in clear violation of the Workplace Violence Policy.

On May 19, 2021, the investigation into this matter was concluded.  The facts and circumstances of this investigation were reviewed with LGAA Senior Manager Eric Warnders for the appropriate attention.

On May 25, 2021, both Alzate and Campbell were terminated at the direction of Warnders for violation of FedEx Express Policy 2-5.

### Investigative Details and Factual Findings:

On May 18, 2021, an investigation was initiated regarding a reported incident of WPV that occurred during the May 18, 2021 FedEx Express LGAA AM sort process.  It was reported FedEx Express LGAA Handler Augusto Alzate EE# 5112103 and LGAA Courier Kevin Campbell EE# 5261177 were involved in a verbal altercation that quickly escalated to a physical confrontation, requiring several employees to intervien.  In addition, it was reported during the altercation, Alzate pulled a box cutter from his waist area, menacing/threatening Campbell.  The incident was brought under control by other LGAA employees, who physically separated Alzate and Campbell, there were no reported or apparent injuries.

1

On May 18, 2021, both Alzate and Campbell were suspended pending the outcome of this investigation.  There were no reported injuries.

May 18, 2021, I conducted a VSS review.  The results were as follows:

Utilizing LGAA Camera-Back Belt Flush-Split showed the following:
- o   0823:40 showed Alzate approaching Campbell's work area in a clearly agitated state, flailing his arms, while pushing several packages in Campbell's direction.
- o   0823:50 Campbell was observed aggressively approaching Alzate, apparently making physical contact with Alzate in the chest area, causing him (Alzate) to take several steps back.
- o   0823:58 Alzate was observed removing an orange handled box cutter from a utility pouch secured to the right side of his belt area, extending the blade then advancing towards Campbell.

0824:01 Alzate and Campbell were outside of the listed camera view.

Utilizing LGAA Camera-Back Belt Gama-Flush showed the following:
- o   0824:01 - 08:24:30 Alzate and Campbell were observed in a violent physical struggle over control of the box cutter that was clearly in Alzate's right hand at head level of Campbell.  Campbell could be observed using both of his hands, attempting to control Alzate's arm while struggling for control of the box cutter.  The review also showed it took approximately thirty seconds for several employees to separate the two.
- o   0824:35 Campbell and Alzate were separated by several employees and the box cutter was removed from Alzate.

A review of Alzate's written statement was not consistent with the VSS review, Alzate stated the box cutter was in his hand because he used it to repack boxes, the VSS review clearly showed the box cutter was secured in a utility pouch on the right side of his waist area when he (Alzate) intentionally took it out, extend the blade, then advanced towards Campbell.

A review of the other witness statements obtained by management were consistent with the VSS review.

LGAA management confirmed Alzate's job function was to repack packages, as well as process CONS bags that were processed during the sort, Alzate being in possession of the cutting instrument was necessary to perform his job functions

On May 18, 2021, I conducted an audio recorded interview of FedEx Express LGAA Courier Jose Moreno EE# 5194912 at LGAA.  Prior to the interview, Moreno was read the appropriate Interview Preamble, acknowledging the recording.  During the interview, Moreno's account of the incident was found to be consistent with his initial written statement given to management, and the subsequent VSS review with no variations noted.  Moreno stated he observed Alzate and Campbell in a verbal argument regarding Campbell consistently missing transitioning freight as he (Campbell) split the belt.  Moreno stated as the two continued to argue, Campbell did intentionally hit Alzate with his shoulder (shoulder charge/bump), causing Alzate to step back. At that point, Campbell and Alzate were face to face as they continued to argue.  Moreno stated he then observed Alzate remove a box cutter from his belt and walk towards Campbell, the situation then escalated to a physical altercation.  Moreno stated he then jumped over the belt and assisted in separating Alzate and Campbell.  Moreno stated he did not see any apparent injuries to Alzate, or Campbell, and he was not injured as a result of the incident.

2

On May 19, 2021, I conducted audio recorded interviews of the following employees regarding the listed incident. Prior to the interview, all employees were read the appropriate Interview Preamble, acknowledging the recording.

Operations Manager Robert Mejia EE# 251275:

During the interview, Mejia's account of the incident was found to be consistent with the several written statements given to management, and the subsequent VSS review with no variations noted. Mejia stated he became aware of the incident when he noticed a commotion at the end of the LGA/Flushing belt involving several couriers. When he arrived at the incident location, he observed several couriers attempting to separate Alzate and Campbell, he was unable to hear any specific communication between Alzate and Campbell, however he was able to see Alzate in possession of the box cutter. Mejia stated Alzate and Campbell were separated a short time after he arrived, he did not observe any injuries and neither Alzate or Campbell requested an ambulance or police assistance. Mejia stated he spoke with Campbell shortly after the incident, who stated the incident stemmed from Alzate continually complaining about him (Campbell) missing freight during AM sorts, resulting in recycle that Alzate was then responsible to process. Mejia stated he was given the box cutter possessed by Alzate during the incident from LGAA Courier Anthony Hernandez EE# 4004169, who was involved in separating Alzate and Campbell. When asked, Mejia stated he did not request the police to respond as there were no apparent or reported injuries and he felt the situation was contained and under control.

Courier Anthony Fernandez EE# 4004169:

During the interview, Hernandez's account of the incident was found to be consistent with his initial written statement given to management, and the subsequent VSS review with no variations noted. Hernandez stated he was on the phone with a member of management when he noticed Alzate and Campbell involved in a physical altercation where he observed Alzate with the box cutter in his hand, holding it at the head/neck level of Campbell. At that point, Campbell was struggling with Alzate over control of the box cutter. Hernandez stated he was unable to hear the specific communication between Alzate and Campbell. Hernandez stated he and several other employees jumped over the belt to separate Alzate and Campbell, as the two were separated he was able to take possession of the box cutter from Alzate. Hernandez stated he did not observe any apparent injuries to Alzate or Campbell or anyone involved and was not injured as a result of the incident.

Hernandez's statement of being on the phone with management has been verified by LGAA Operations Manager Monty Bovell EE# 946349.

Courier Aldemel Spencer EE# 5117595:

During the interview, Spencer's account of the incident was found to be consistent with his initial written statement given to management, and the subsequent VSS review with no variations noted. Spencer stated he was working a split position, in close proximity to Campbell, when he observed Alzate and Campbell in an apparent argument that quickly escalated to a physical altercation. Spencer stated as the altercation continued, he noticed Alzate had a box cutter in his hand and the two were struggling for control of the weapon. At that point, he (Spencer) ran down to separate the two. Spencer stated he was unable to hear the specific communication between Alzate and Campbell. With the assistance of other employees, he was able to separate the two and walked Campbell away from the incident location. Spencer stated he did

3

not observe any apparent injuries to Alzate or Campbell and he was not injured as a result of the incident.

Courier Kevin Campbell EE# 526117 (subject):

During the interview, Campbell's account of the incident was found to be consistent with his initial written statement given to management and the subsequent VSS review with no variations noted. Campbell stated at the time of the incident, he was confronted by Alzate regarding (Campbell) missing freight at his assigned split point. Campbell stated Alzate had confronted him several times in the past about the issue and had been verbally abusive towards him (Campbell) several times in regards. Campbell stated during the listed incident, Alzate pushed a box towards him, hitting his right arm, he was not injured in any way. Campbell stated he was angered as a result of being hit by the package and stepped towards Alzate, asking him what his (Alzate) problem was. Campbell did admit to stepping towards Alzate, standing face to face with him, and that his actions could have been intimidating towards Alzate because of the age and size difference between the two. Campbell denied making any type of physical contact with Alzate. As the two were face to face, Campbell stated he saw Alzate take the box cutter from his belt, extend the blade, and begin to advance towards him as he (Campbell) stepped back. Campbell stated at that point, he grabbed Alzate's arm, attempting to take the box cutter from him, the physical altercation continued until the two were separated by other employees. Campbell stated he made every effort to use the minimal amount of force during the confrontation, saying his main concern was taking the box cutter from Alzate and keeping his job. Campbell stated he was walked away from the incident location by Spencer, who stated to him that he witnessed Alzate hit him (Campbell) with a box. Campbell stated he did not request anyone to notify the police. When asked, Campbell stated he would consider filing a police report sometime in the future, however he declined to at that time. Campbell stated he did not remember the context of the conversation he had with Alzate during the incident. Campbell stated he was not injured in any way as a result of the incident.

Handler Augusto Alzate EE# 5112103 (subject):

FedEx Express LGAA Operations Manager Kelvin Recio EE# 927997 was present during the interview to assist with any language barrier that might have occurred. During the interview, Alzate's account of the incident was found to be contradictory at times and not consistent with the VSS review.

Alzate admitted to confronting Campbell in an agitated state regarding missing transitioning freight at his split position, causing recycle on a consistent basis. Alzate stated he did push a box towards Campbell to show him that he was missing freight, however he was unsure if the package hit Campbell. Alzate stated Campbell did intentionally hit him in the chest area while repeatedly saying, fuck you, N!&&#r, what are you going to do. Alzate stated Campbell made contact with him in what he described as a chest bump; however, he was not injured. Alzate stated when Campbell approached him, he did take the box cutter out of his belt but only to scare Campbell as he (Alzate) was intimidated. When asked if his only intention was to scare Campbell by showing him the boxcutter why did he (Alzate) need to extend the blade and raise it to Campbell's neck/face level, Alzate insisted it was still only to scare Campbell. Alzate stated while holding the box cutter to Campbell, he (Alzate) was not exerting any force, he continued saying if he wanted to cut Campbell, he could have. Alzate's statement of not using any force while holding the box cutter to Campbell was inconsistent with the applicable VSS, witness interviews and written statements. Alzate was unable to explain the contradiction of his statement relating to the amount of force used with the box cutter in comparison to the VSS

4

FEC 1502

footage that clearly showed he and Campbell in a volatile struggle, to the point where Campbell was using both of his hands to control his (Alzate) one hand with the box cutter, and why it took several employees several seconds to separate the two.  When asked, Alzate stated he never requested an ambulance or police assistance as he was not injured in any way, he continued saying the police were unnecessary.  Alzate stated he was not injured in any way as a result of this incident.

On May 19, 2021, the investigation into this matter was concluded.  The facts and circumstances of this investigation were reviewed with LGAA Senior Manager Eric Warnders #342531 for the appropriate attention.

On May 25, 2021, both Alzate and Campbell were terminated at the direction of Warnders for violation of FedEx Express Policy 2-5.


Respectfully Submitted,


James Cahill Employee # 803903
Sr. Security Specialist
Americas and Aviation Security
646.430.2777
james.cahill@fedex.com

5

## C-11248947-G2Y4P9 Workplace Violence : Co-worker

| | |
|---|---|
| Priority | High |
| Status | Resolved |
| Stage | Resolve |
| Location | LGAA - 0000111 - FDX EXP/MASPETH |
| OpCo | FXE:Express |
| Lead Investigator Contact | James Cahill |
| Case Owner | Christopher Borka |
| Created By | CRMSSPService1 # |
| Created On | 5/18/2021 5:01:00 PM GMT |
| Modified By | Christopher Borka |
| Modified On | 6/2/2021 2:02:00 PM GMT |
| Case Summary | On 05/18/21, two LGAA employees were involved in a physical altercation that required several other employees to intervein separating the two to prevent further escalation. During the altercation one of the employees removed a boxcutter from his belt area, menacing/threatening the other. The altercation was quickly brought under control and there were apparent or no reported injuries. Both employees were suspended with pay by LGAA management pending the outcome of the investigation and escorted from the facility without further incident.<br><br>On May 18, 2021, an investigation was initiated regarding a reported incident of WPV that occurred during the May 18, 2021 FedEx Express LGAA AM sort process.  It was reported FedEx Express LGAA Handler Augusto Alzate and LGAA Courier Kevin Campbell were involved in a verbal altercation that quickly escalated to a physical confrontation, requiring several employees to intervein.  In addition, it was reported during the altercation, Alzate pulled a box cutter from his waist area, menacing/threatening Campbell.  There were no reported injuries.<br><br>On May 19, 2021, I concluded interviews with all pertinent individuals involved.  The result of this investigation appeared to show both Alzate and Campbell were in clear violation of the Workplace Violence Policy.<br><br>On May 19, 2021, the investigation into this matter was concluded.  The facts and circumstances of this investigation were reviewed with LGAA Senior Manager Eric Warnders for the appropriate attention.<br><br>On May 25, 2021, both Alzate and Campbell were terminated at the direction of Warnders for violation of FedEx Express Policy 2-5. |
| Document Attachments | 05-18-21-WPV-LGAA-1 (2).mp4<br>05-18-21-WPV-Box Cutter-2-Blade Extended.jpg<br>05-18-21-WPV-Box Cutter-1.jpg<br>05-18-21-WPV-LGAA-1 (1).mp4<br>C-11248947-G2Y4P9 WPV LGAA Cahill-Final.doc<br>Spencer INT 05-19-21.WMA<br>Alzate 2 INT 05-19-21.WMA<br>Mejia INT 05-19-21.WMA<br>Fernandez INT 05-19-21.WMA<br>Moreno INT 05-18-21.WMA<br>Alzate INT 05-19-21.WMA<br>Campbell INT 05-19-21.WMA |

## Case Details

| | |
|---|---|
| AdultJuvenile | |
| Agency Information | |
| Alert Line Report Number | |
| Anyone else notified | No |
| Area | |
| Auto Resolution Reason Desc | |
| Auto Resolution Type | |

## C-11248947-G2Y4P9 Workplace Violence : Co-worker

| | |
|---|---|
| Background Noise | |
| Bomb Description | |
| Bomb Type | |
| Building | |
| Call Date and Time | GMT |
| Caller Call From | |
| Callers Accent | |
| Callers Age | |
| Callers Location Address | |
| Callers Message | |
| Callers Name | |
| Callers Race | |
| Callers Sex | |
| Case Association | |
| Case Number | C-11248947-G2Y4P9 |
| Case Resolution Approval | Yes |
| Case Resolution Approval Comments | |
| Case Resolution Approval Date | 6/2/2021 GMT |
| Case Resolution Approval Status | Approved |
| Case Resolution Approved By | Christopher Borka |
| Case Resolution Request Date | 6/2/2021 GMT |
| Case Resolution Requested By | James Cahill |
| Case SHUB ID | 24391074 |
| Case Stage | Default Value |
| Case Type | Workplace Violence : Co-worker |
| Case Type Code | Workplace Violence |
| CENI Number | |
| Chargeable Location | |
| Chargeable Location Date | GMT |
| Checked Scan History | No |
| Child Cases | |
| Classification Date | 5/18/2021 GMT |
| Cold Case Date | GMT |
| CommCenter FedEx ID Number | |
| Commodity | |
| Commodity Estimated Value | |
| Commodity Group | |
| Contact Manager? | Yes |
| Contact Reporting Person | Yes |
| Damage | No |
| Date Assigned | 5/18/2021 GMT |
| Date Occurred | 5/18/2021 12:24:00 PM GMT |
| Date Resolved | 6/2/2021 2:02:00 PM GMT |
| Declared Value | 0 |
| Declared Value Base | 0 |
| Destination District Code | |
| Destination Location Code | |
| Disputed Delivery | No |
| Driver | |
| Driver Hospitalized? | |
| Driver Injured? | |
| Driver Kidnapped? | |

## C-11248947-G2Y4P9 Workplace Violence : Co-worker

| | |
|---|---|
| Drivers License Country | |
| Drivers License Number | |
| Drivers License State | |
| DVX Account | No |
| ESQI Claim | No |
| Event Place | Station / Terminal |
| FedEx Vehicle Number | |
| FileCounter | 12 |
| Firearms | No |
| Followed Up with OpsFacilities? | No |
| Fraud Investigation Type | |
| GPS Activated? | |
| GPS Used in Vehicle Recovery? | |
| High Profile Shipper | No |
| If No Why? | |
| If Yes What is the Contact Info? | LGAA Mgt |
| If Yes Who? | |
| Ignition Wired Punched | |
| Inbound Shipment # | |
| Inbound Shipment Date | |
| Incident Location | |
| Incident Location Address Line 1 | 58-60 55 Drive |
| Incident Location Address Line 2 | |
| Incident Location City | |
| Incident Location Country | US:UNITED STATES |
| Incident Location Name | FXE-LGAA - LGAA |
| Incident Location Postal Code | 11378 |
| Incident Location State | NY:NEW YORK |
| Incident Type Code | |
| Internal Commodity Category | |
| Involved FedEx CTM | |
| Is Cold Case? | No |
| Is Corporate Vehicle? | No |
| Is CTM Lead Investigator? | No |
| Is Duplicate? | |
| Is Forced? | |
| Is Reviewed? | No |
| Is Shipment Found? | |
| Keys Accessible | |
| Language Characteristics | |
| Last Reassigned Date | GMT |
| Last Updated Source Date | GMT |
| Last Updated Source Name | WPVPF |
| Lead Investigator | James Cahill-LGAA |
| Legal Request Deliverable Number | |
| License Plate | |
| Manner of Speech | |
| Manual Resolved? | Yes |
| Manually Created? | No |
| National Account Number | |
| Notify Law Enforcement Agency | No |
| Number of Stolen Shipments | 0 |

FEC 1506

## C-11248947-G2Y4P9 Workplace Violence : Co-worker

| | |
|---|---|
| Origin Location Code | |
| Other Events | |
| Overgoods | No |
| Overgoods Reference Number | |
| Parent Case | |
| Parties Involved | No |
| Physical Violence Occurred | Yes |
| POD Location Code | |
| Point of Entry | |
| Point of Failure | |
| Premium Services | |
| Reason | |
| Reassign Case | No |
| Reassign to User | |
| Reassignment Description | |
| Reassignment Reason | |
| Reassignment Script Flag | No |
| Record Received By | |
| Record Stored By | |
| Record Stored Date | |
| Reporting Hierarchy | 803903 |
| Resolution Status | Resolved Security |
| Resolution Type | Subject: Terminated/Disqualified |
| Scan Detail | No |
| Scan Exception | No |
| Service Type | |
| Ship Date | |
| Shipment Number | |
| Shipments in Vehicle | |
| Shipper Account Number | |
| Signature Dispute | No |
| Signature Release | |
| Speech Characteristics | |
| SSP Received Date | GMT |
| SSP Received in Full | No |
| Status by Type | Resolved Security |
| Status Reason | Information Provided |
| Transitioned To eSIMS Flag | |
| Vehicle Branded | |
| Vehicle Damage | |
| Vehicle Locks Operable | |
| Vehicle Make | |
| Vehicle Model Number | |
| Vehicle Ownership | |
| Vehicle Recovered | |
| Vehicle Type Code | |
| Vehicle Type Other | |
| Vehicle Year | |
| VIN Number | |
| Voice Characteristics | |
| Was WPVP Expert Consulted? | No |
| Weapon Description | Box Cutter |
| Weapons Involved | Yes |

FEC 1507

## C-11248947-G2Y4P9 Workplace Violence : Co-worker

| Web Form Detail | Case Opco: FXE - Express |
|---|---|
| | Case Type: Workplace Violence: Unclassified |
| | |
| | Case Occurred Date: 05/18/2021 12:24 PM GMT |
| | |
| | Location Name: FXE-LGAA |
| | Location Code: LGAA |
| | Location Address Line 1: 58-60 55 Drive |
| | Location State/Province: NEW YORK |
| | Location Country: UNITED STATES |
| | Location Postal Code: 11378 |
| | |
| | |
| | Involvement type: Reporting Person |
| | Contact Type: FedEx Employee |
| | Opco: FXE - Express |
| | First Name: James |
| | Last Name: Cahill |
| | Job Title: Sr Security Specialist |
| | Phone Number: +1 (718) 8943305 |
| | Mobile Number: +1 (646) 4302777 |
| | Email Address: james.cahill@fedex.com |
| | FedEx ID Nbr: 803903 |
| | Address Line 1: 58 60 55 Drive |
| | Country: UNITED STATES |
| | State/Province: NEW YORK |
| | City: Maspeth |
| | Postal Code: 11378 |
| | Gender: Male |
| | Department: Security / Eastern Region |
| | Manager FedEx Id Nbr: 5030616 |
| | |
| | |
| | Involvement type: Subject |
| | Contact Type: FedEx Employee |
| | Opco: FXE - Express |
| | First Name: Augusto |
| | Last Name: Alzate |
| | Job Title: Handler (Non-DOT) - Warehouse |
| | Phone Number: +1 (718) 894-3305 |
| | Email Address: augusto.alzate@fedex.com |
| | FedEx ID Nbr: 5112103 |
| | Address Line 1: 58 60 55 Drive |
| | Country: UNITED STATES |
| | State/Province: NEW YORK |
| | City: Maspeth |
| | Postal Code: 11378 |
| | Gender: Male |
| | Department: Sta Ops / Laguardia (LGA) |
| | Manager FedEx Id Nbr: 104644 |
| | Approx Age: 41-50 years |
| | |
| | |
| | Involvement type: Witness |
| | Contact Type: FedEx Employee |
| | Opco: FXE - Express |

FEC 1508

## C-11248947-G2Y4P9 Workplace Violence : Co-worker

First Name: Anthony
Last Name: Fernandez
Job Title: Courier/Swing Drvr/DOT
Phone Number: +1 (718) 8943305
Email Address: anthonyfernandez@fedex.com
FedEx ID Nbr: 4004169
Address Line 1: 58 60 55 Drive
Country: UNITED STATES
State/Province: NEW YORK
City: Maspeth
Postal Code: 11378
Gender: Male
Department: Sta Ops / Laguardia     (LGA)
Manager FedEx Id Nbr: 531100


Involvement type: Subject
Contact Type: FedEx Employee
Opco: FXE - Express
First Name: Kevin
Last Name: Campbell
Job Title: Courier/Non-Driver
Phone Number: +1 (718) 894-3305
Email Address: kevincampbell2@fedex.com
FedEx ID Nbr: 5261177
Address Line 1: 58 60 55 Drive
Country: UNITED STATES
State/Province: NEW YORK
City: Maspeth
Postal Code: 11378
Gender: Male
Department: Sta Ops / Laguardia     (LGA)
Manager FedEx Id Nbr: 946349
Approx Age: 21-30 years


Involvement type: Witness
Contact Type: FedEx Employee
Opco: FXE - Express
First Name: Aldemel
Last Name: Spencer
Job Title: Courier/Swing Drvr/DOT
Phone Number: +1 (718) 894-3305
Email Address: aldemel.spencer@fedex.com
FedEx ID Nbr: 5117595
Address Line 1: 58 60 55 Drive
Country: UNITED STATES
State/Province: NEW YORK
City: Maspeth
Postal Code: 11378
Gender: Male
Department: Sta Ops / Laguardia     (LGA)
Manager FedEx Id Nbr: 946349


Involvement type: Witness

| **C-11248947-G2Y4P9 Workplace Violence : Co-worker** | |
|---|---|
| | Contact Type: FedEx Employee |
| | Opco: FXE - Express |
| | First Name: Jose |
| | Last Name: Moreno |
| | Job Title: Courier/Non-DOT |
| | Phone Number: +1 (718) 894-3305 |
| | Email Address: jose.l.moreno@fedex.com |
| | FedEx ID Nbr: 5194912 |
| | Address Line 1: 58 60 55 Drive |
| | Country: UNITED STATES |
| | State/Province: NEW YORK |
| | City: Maspeth |
| | Postal Code: 11378 |
| | Gender: Male |
| | Department: Sta Ops / Laguardia    (LGA) |
| | Manager FedEx Id Nbr: 531100 |
| When To Explode | |
| Where Did Incident Occur | |
| WPV Date Time | GMT |
| WPV Type of Threat | Physical |
| WPVP Customer Present | No |
| WPVP Expert Comments | |
| WPVP Media Notification | No |

## Involvement - C-11248947-G2Y4P9- James Cahill
## Type - Reporting Person

| | |
|---|---|
| Created By | CRMSSPService1 # |
| Created On | 5/18/2021 5:01:00 PM GMT |
| Status | Active |
| Case | C-11248947-G2Y4P9 Workplace Violence : Co-worker |
| Contact Type | FedEx Employee |
| Involvement Type | Reporting Person |
| OpCo | FXE:Express |
| FedEx ID Number | 803903 |
| First Name | James |
| Last Name | Cahill |
| Job Title | Sr Security Specialist |
| Additional Details | Detail submitted via web form.<br>Gender: Male<br>Department: Security / Eastern Region<br>Manager FedEx Id Nbr: 5030616<br>Length Of Service:<br>Approx Age: |
| Address Line 1 | 58 60 55 Drive |
| Address Line 2 | |
| Agency Name | |
| Arrest Date | |
| Badge Number | |
| Business Phone | +1 (718) 8943305 |
| Charged Date | |
| Charges Filed | |
| City | Maspeth |
| Confessed | No |
| Contact | James Cahill |
| Country | US:UNITED STATES |
| Email | james.cahill@fedex.com |
| Full Part Time | |
| Hire Date | |
| Interviewed | |
| Involvement SHUB ID | 906611 |
| Mobile Phone | +1 (646) 4302777 |
| Modified By | CRMSSPService1 # |
| Modified On | 5/19/2021 4:08:00 AM GMT |
| No Trespass Letter | No |
| Owner | James Cahill |
| Phone Number | |
| Postal Code | 11378 |
| Prosecuted | No |
| Reporting Hierarchy | |
| Security Evaluation | |
| Staffing Agency | |
| State Province | NY:NEW YORK |
| Status Reason | Active |
| Subject Arrested | |
| Subject Received Verbal Counseling | |
| Subject Received Warning Letter | |

| Involvement - C-11248947-G2Y4P9- James Cahill Type - Reporting Person | |
|---|---|
| Subject Received Written Counseling | |
| Subject Received Warren Letter | No |
| Subject Suspended | |
| Subject Terminated | |
| Suspension Date | |
| Termination Date | |
| Termination Type | |
| Verbal Counseling Date | |
| Voluntary or Involuntary Termination | |
| Written Counseling Date | |
| Written Warning Date | |
| CSP Authorized Officer | |
| CSP Entity | |
| CSP ID | |

| Involvement - C-11248947-G2Y4P9- Augusto Alzate Type - Subject | |
|---|---|
| Created By | CRMSSPService1 # |
| Created On | 5/18/2021 5:01:00 PM GMT |
| Status | Active |
| Case | C-11248947-G2Y4P9 Workplace Violence : Co-worker |
| Contact Type | FedEx Employee |
| Involvement Type | Subject |
| OpCo | FXE:Express |
| FedEx ID Number | 5112103 |
| First Name | Augusto |
| Last Name | Alzate |
| Job Title | Handler (Non-DOT) - Warehouse |
| Additional Details | Detail submitted via web form.<br>Gender: Male<br>Department: Sta Ops / Laguardia (LGA)<br>Manager FedEx Id Nbr: 104644<br>Length Of Service:<br>Approx Age: 41-50 years |
| Address Line 1 | 58 60 55 Drive |
| Address Line 2 | |
| Agency Name | |
| Arrest Date | |
| Badge Number | |
| Business Phone | +1 (718) 894-3305 |
| Charged Date | |
| Charges Filed | No |
| City | Maspeth |
| Confessed | Yes |
| Contact | Augusto Alzate |
| Country | US:UNITED STATES |
| Email | augusto.alzate@fedex.com |
| Full Part Time | |
| Hire Date | |
| Interviewed | In Person Interview |
| Involvement SHUB ID | 906612 |
| Mobile Phone | |
| Modified By | CRMSSPService1 # |
| Modified On | 6/2/2021 1:50:00 PM GMT |
| No Trespass Letter | No |
| Owner | James Cahill |
| Phone Number | |
| Postal Code | 11378 |
| Prosecuted | No |
| Reporting Hierarchy | |
| Security Evaluation | |
| Staffing Agency | |
| State Province | NY:NEW YORK |
| Status Reason | Active |
| Subject Arrested | No |
| Subject Received Verbal Counseling | No |
| Subject Received Warning Letter | No |

| Involvement - C-11248947-G2Y4P9- Augusto Alzate Type - Subject | |
|---|---|
| Subject Received Written Counseling | No |
| Subject Received Warren Letter | No |
| Subject Suspended | Yes |
| Subject Terminated | Yes |
| Suspension Date | 5/19/2021 |
| Termination Date | 5/25/2021 |
| Termination Type | Terminations (WPV) |
| Verbal Counseling Date | |
| Voluntary or Involuntary Termination | Voluntary |
| Written Counseling Date | |
| Written Warning Date | |
| CSP Authorized Officer | |
| CSP Entity | |
| CSP ID | |

## Involvement - C-11248947-G2Y4P9- Anthony Fernandez
## Type - Witness

| | |
|---|---|
| Created By | CRMSSPService1 # |
| Created On | 5/18/2021 5:01:00 PM GMT |
| Status | Active |
| Case | C-11248947-G2Y4P9 Workplace Violence : Co-worker |
| Contact Type | FedEx Employee |
| Involvement Type | Witness |
| OpCo | FXE:Express |
| FedEx ID Number | 4004169 |
| First Name | Anthony |
| Last Name | Fernandez |
| Job Title | Courier/Swing Drvr/DOT |
| Additional Details | Detail submitted via web form.<br>Gender: Male<br>Department: Sta Ops / Laguardia    (LGA)<br>Manager FedEx Id Nbr: 531100<br>Length Of Service:<br>Approx Age: |
| Address Line 1 | 58 60 55 Drive |
| Address Line 2 | |
| Agency Name | |
| Arrest Date | |
| Badge Number | |
| Business Phone | +1 (718) 8943305 |
| Charged Date | |
| Charges Filed | |
| City | Maspeth |
| Confessed | No |
| Contact | Anthony Fernandez |
| Country | US:UNITED STATES |
| Email | anthonyfernandez@fedex.com |
| Full Part Time | |
| Hire Date | |
| Interviewed | |
| Involvement SHUB ID | 906613 |
| Mobile Phone | |
| Modified By | CRMSSPService1 # |
| Modified On | 5/19/2021 4:08:00 AM GMT |
| No Trespass Letter | No |
| Owner | James Cahill |
| Phone Number | |
| Postal Code | 11378 |
| Prosecuted | No |
| Reporting Hierarchy | |
| Security Evaluation | |
| Staffing Agency | |
| State Province | NY:NEW YORK |
| Status Reason | Active |
| Subject Arrested | |
| Subject Received Verbal Counseling | |
| Subject Received Warning Letter | |

FEC 1515

| Involvement - C-11248947-G2Y4P9- Anthony Fernandez Type - Witness | |
|---|---|
| Subject Received Written Counseling | |
| Subject Received Warren Letter | No |
| Subject Suspended | |
| Subject Terminated | |
| Suspension Date | |
| Termination Date | |
| Termination Type | |
| Verbal Counseling Date | |
| Voluntary or Involuntary Termination | |
| Written Counseling Date | |
| Written Warning Date | |
| CSP Authorized Officer | |
| CSP Entity | |
| CSP ID | |

| Involvement - C-11248947-G2Y4P9- Kevin Campbell Type - Subject | |
|---|---|
| Created By | CRMSSPService1 # |
| Created On | 5/18/2021 5:01:00 PM GMT |
| Status | Active |
| Case | C-11248947-G2Y4P9 Workplace Violence : Co-worker |
| Contact Type | FedEx Employee |
| Involvement Type | Subject |
| OpCo | FXE:Express |
| FedEx ID Number | 5261177 |
| First Name | Kevin |
| Last Name | Campbell |
| Job Title | Courier/Non-Driver |
| Additional Details | Detail submitted via web form. Gender: Male Department: Sta Ops / Laguardia    (LGA) Manager FedEx Id Nbr: 946349 Length Of Service: Approx Age: 21-30 years |
| Address Line 1 | 58 60 55 Drive |
| Address Line 2 | |
| Agency Name | |
| Arrest Date | |
| Badge Number | |
| Business Phone | +1 (718) 894-3305 |
| Charged Date | |
| Charges Filed | No |
| City | Maspeth |
| Confessed | No |
| Contact | Kevin Campbell |
| Country | US:UNITED STATES |
| Email | kevincampbell2@fedex.com |
| Full Part Time | |
| Hire Date | |
| Interviewed | In Person Interview |
| Involvement SHUB ID | 906614 |
| Mobile Phone | |
| Modified By | CRMSSPService1 # |
| Modified On | 6/2/2021 1:52:00 PM GMT |
| No Trespass Letter | No |
| Owner | James Cahill |
| Phone Number | |
| Postal Code | 11378 |
| Prosecuted | No |
| Reporting Hierarchy | |
| Security Evaluation | |
| Staffing Agency | |
| State Province | NY:NEW YORK |
| Status Reason | Active |
| Subject Arrested | No |
| Subject Received Verbal Counseling | No |
| Subject Received Warning Letter | No |

FEC 1517

| Involvement - C-11248947-G2Y4P9- Kevin Campbell Type - Subject | |
|---|---|
| Subject Received Written Counseling | No |
| Subject Received Warren Letter | No |
| Subject Suspended | Yes |
| Subject Terminated | Yes |
| Suspension Date | 5/19/2021 |
| Termination Date | 5/25/2021 |
| Termination Type | Terminations (WPV) |
| Verbal Counseling Date | |
| Voluntary or Involuntary Termination | Voluntary |
| Written Counseling Date | |
| Written Warning Date | |
| CSP Authorized Officer | |
| CSP Entity | |
| CSP ID | |

## Involvement - C-11248947-G2Y4P9- Aldemel Spencer
## Type - Witness

| | |
|---|---|
| Created By | CRMSSPService1 # |
| Created On | 5/18/2021 5:01:00 PM GMT |
| Status | Active |
| Case | C-11248947-G2Y4P9 Workplace Violence : Co-worker |
| Contact Type | FedEx Employee |
| Involvement Type | Witness |
| OpCo | FXE:Express |
| FedEx ID Number | 5117595 |
| First Name | Aldemel |
| Last Name | Spencer |
| Job Title | Courier/Swing Drvr/DOT |
| Additional Details | Detail submitted via web form.<br>Gender: Male<br>Department: Sta Ops / Laguardia     (LGA)<br>Manager FedEx Id Nbr: 946349<br>Length Of Service:<br>Approx Age: |
| Address Line 1 | 58 60 55 Drive |
| Address Line 2 | |
| Agency Name | |
| Arrest Date | |
| Badge Number | |
| Business Phone | +1 (718) 894-3305 |
| Charged Date | |
| Charges Filed | |
| City | Maspeth |
| Confessed | No |
| Contact | Aldemel Spencer |
| Country | US:UNITED STATES |
| Email | aldemel.spencer@fedex.com |
| Full Part Time | |
| Hire Date | |
| Interviewed | |
| Involvement SHUB ID | 906615 |
| Mobile Phone | |
| Modified By | CRMSSPService1 # |
| Modified On | 5/19/2021 4:08:00 AM GMT |
| No Trespass Letter | No |
| Owner | James Cahill |
| Phone Number | |
| Postal Code | 11378 |
| Prosecuted | No |
| Reporting Hierarchy | |
| Security Evaluation | |
| Staffing Agency | |
| State Province | NY:NEW YORK |
| Status Reason | Active |
| Subject Arrested | |
| Subject Received Verbal Counseling | |
| Subject Received Warning Letter | |

| Involvement - C-11248947-G2Y4P9- Aldemel Spencer Type - Witness | |
|---|---|
| Subject Received Written Counseling | |
| Subject Received Warren Letter | No |
| Subject Suspended | |
| Subject Terminated | |
| Suspension Date | |
| Termination Date | |
| Termination Type | |
| Verbal Counseling Date | |
| Voluntary or Involuntary Termination | |
| Written Counseling Date | |
| Written Warning Date | |
| CSP Authorized Officer | |
| CSP Entity | |
| CSP ID | |

## Involvement - C-11248947-G2Y4P9- Jose Moreno
## Type - Witness

| | |
|---|---|
| Created By | CRMSSPService1 # |
| Created On | 5/18/2021 5:01:00 PM GMT |
| Status | Active |
| Case | C-11248947-G2Y4P9 Workplace Violence : Co-worker |
| Contact Type | FedEx Employee |
| Involvement Type | Witness |
| OpCo | FXE:Express |
| FedEx ID Number | 5194912 |
| First Name | Jose |
| Last Name | Moreno |
| Job Title | Courier/Non-DOT |
| Additional Details | Detail submitted via web form.<br>Gender: Male<br>Department: Sta Ops / Laguardia    (LGA)<br>Manager FedEx Id Nbr: 531100<br>Length Of Service:<br>Approx Age: |
| Address Line 1 | 58 60 55 Drive |
| Address Line 2 | |
| Agency Name | |
| Arrest Date | |
| Badge Number | |
| Business Phone | +1 (718) 894-3305 |
| Charged Date | |
| Charges Filed | |
| City | Maspeth |
| Confessed | No |
| Contact | Jose Moreno |
| Country | US:UNITED STATES |
| Email | jose.l.moreno@fedex.com |
| Full Part Time | |
| Hire Date | |
| Interviewed | |
| Involvement SHUB ID | 906616 |
| Mobile Phone | |
| Modified By | CRMSSPService1 # |
| Modified On | 5/19/2021 4:08:00 AM GMT |
| No Trespass Letter | No |
| Owner | James Cahill |
| Phone Number | |
| Postal Code | 11378 |
| Prosecuted | No |
| Reporting Hierarchy | |
| Security Evaluation | |
| Staffing Agency | |
| State Province | NY:NEW YORK |
| Status Reason | Active |
| Subject Arrested | |
| Subject Received Verbal Counseling | |
| Subject Received Warning Letter | |

| Involvement - C-11248947-G2Y4P9- Jose Moreno Type - Witness | |
|---|---|
| Subject Received Written Counseling | |
| Subject Received Warren Letter | No |
| Subject Suspended | |
| Subject Terminated | |
| Suspension Date | |
| Termination Date | |
| Termination Type | |
| Verbal Counseling Date | |
| Voluntary or Involuntary Termination | |
| Written Counseling Date | |
| Written Warning Date | |
| CSP Authorized Officer | |
| CSP Entity | |
| CSP ID | |

**C-11248947-G2Y4P9**
**Notes Created On - 5/18/2021 7:53:00 PM GMT**
**Notes Created By - James Cahill**

| Title | |
|---|---|
| Description | On 05/18/21 an investigation was initiated regarding a reported incident of WPV that occurred during the 05/18/21 LGAA AM sort process. It was reported FXE-LGAA Handler Augusto Alzate EE# 5112103 and LGAA Courier Kevin Campbell EE# 5261177 were involved in a physical altercation that quickly escalated requiring several employees to intervien preventing the incident from escalating further. It was reported during the reported altercation Alzate pulled a box cutter from his waist area and menaced/threatening Campbell. There were no reported injuries. The circumstances are as follows: |
| | • On 05/18/21, Alzate and Campbell were involved in a verbal altercation during the AM sort process after Alzate confronted Campbell about failing to properly split the transitioning freight. During the physical altercation Alzate removed a box cutter from his waist area menacing/threatening Campbell. |
| | • The incident was brought under control by other LGAA employees who physically separated Alzate and Campbell, there were no reported or apparent injuries. |
| | • As a result, both Campbell and Alzate were suspended with pay by LGAA management and escorted from the facility without further incident. |
| | • A review of the applicable VSS footage utilizing LGAA Camera Back Belt Flush-Split showed the following: |
| | o 0823:40 shows Alzate approaching Campbell's work area in a clearly agitated state, flailing his arms, and pushing several packages in Campbells direction. |
| | o 0823:50 Campbell is observed aggressively approaching Alzate making physical contact with Alzate in the chest area causing him (Alzate) to take several steps back. |
| | o 0823:58 Alzate is observed removing an orange handled box cutter from a utility pouch secured to the right side of his belt area, extend the blade then advancing towards Campbell. |
| | o 0824:01 Alzate and Campbell of camera view. |
| | • VSS footage utilizing LGAA Camera Back Belt Gama-Flush showed the following: |
| | o 0824:01 X 08:24:30 Alzate and Campbell are observed in a violent physical struggle over control of the box cutter that is clearly in Alzate's right hand at head level of Campbell. The review showed it took approximately (00:30) thirty seconds for several employees to separate the two. |
| | o 0824:35 Campbell and Alzate are separated by several employees and the box cutter was removed from Alzate. |
| | • A review of Alzate's written statement was not consistent with the VSS review, Alzate stated the box cutter was in his hand because he used it to repack boxes, the VSS review clearly shows the box cutter was secured in a utility pouch on the right side of his waist area when he (Alzate) intentionally takes it out, extending the blade then advancing towards Campbell. |
| | • A review of the other witness statements obtained by management were consistent with the VSS review. |
| | • LGAA management confirms Alzate's job function is to repack packages as well as process smalls bags that are processed during the sort, Alzate being in possession of the cutting instrument is necessary to perform his job functions. |
| | • Interviews are scheduled for 05/19/21. |
| | • As of this report both Alzate and Campbell remain suspended pending the outcome of this investigation. |
| | • Submitted for your information. |
| | James Cahill | Sr. Security Specialist | Eastern Region Security | LGAA | Mobile: 646-430-2777 |
| | 58-60 55 Drive Maspeth, NY 11378 | james.cahill@fedex.com |
| Regarding | C-11248947-G2Y4P9 |

**C-11248947-G2Y4P9**
**Notes Created On - 5/18/2021 7:53:00 PM GMT**
**Notes Created By - James Cahill**

| | |
|---|---|
| Regarding Type | Case |
| Created By | James Cahill |
| Created On | 5/18/2021 7:53:00 PM GMT |
| Modified By | CRMSSPService1 # |
| Modified On | 5/19/2021 2:27:00 AM GMT |
| Note ID | 613362b2-12b8-eb11-83ae-00505680cb61 |
| Owner | Christopher Borka |

FEC 1524

**C-11248947-G2Y4P9**
**Notes Created On - 5/18/2021 7:52:00 PM GMT**
**Notes Created By - James Cahill**

| | |
|---|---|
| Title | eMail-Bullets |
| Description | |
| Regarding | C-11248947-G2Y4P9 |
| Regarding Type | Case |
| Created By | James Cahill |
| Created On | 5/18/2021 7:52:00 PM GMT |
| Modified By | CRMSSPService1 # |
| Modified On | 5/19/2021 2:27:00 AM GMT |
| Note ID | fd388881-12b8-eb11-83b0-00505680cbda |
| Owner | Christopher Borka |

FEC 1525