# EXHIBIT F- Cahill Dec. Exhibit B - 05-18-21-WPV-LGAA (1)  - (FEC 1488)