# EXHIBIT F- Cahill Dec. Exhibit C - 05-18-21-WPV-LGAA (2) - (FEC 1489)