# EXHIBIT G - Alzate Station File 018

View Worker: Kevin Campbell (Terminated) (5261177)

| Time Off | Date | Day of the Week | Type | Requested | Unit of Time | Comment |
|---|---|---|---|---|---|---|
| Absence Request: Kevin Campbell (Terminated) (5261177) | 11/05/2019 | Tuesday | Personal Hours | | 8 Hours | |
| Absence Request: Kevin Campbell (Terminated) (5261177) | 05/13/2019 | Monday | Personal Hours | | 8 Hours | |
| Absence Request: Kevin Campbell (Terminated) (5261177) | 03/11/2019 | Monday | Floating Holiday | | 8 Hours | |
| Absence Request: Kevin Campbell (Terminated) (5261177) | 03/08/2019 | Friday | Vacation | | 8 Hours | |
| Absence Request: Kevin Campbell (Terminated) (5261177) | 03/07/2019 | Thursday | Vacation | | 8 Hours | |
| Absence Request: Kevin Campbell (Terminated) (5261177) | 03/06/2019 | Wednesday | Vacation | | 8 Hours | |
| Absence Request: Kevin Campbell (Terminated) (5261177) | 03/05/2019 | Tuesday | Vacation | | 8 Hours | |
| Absence Request: Kevin Campbell (Terminated) (5261177) | 03/04/2019 | Monday | Vacation | | 8 Hours | |
| Absence Request: Kevin Campbell (Terminated) (5261177) | 11/09/2018 | Friday | Vacation | | 8 Hours | |
| Absence Request: Kevin Campbell (Terminated) (5261177) | 11/08/2018 | Thursday | Vacation | | 8 Hours | |
| Absence Request: Kevin Campbell (Terminated) (5261177) | 11/07/2018 | Wednesday | Vacation | | 8 Hours | |
| Absence Request: Kevin Campbell (Terminated) (5261177) | 11/06/2018 | Tuesday | Vacation | | 8 Hours | |
| Absence Request: Kevin Campbell (Terminated) (5261177) | 11/05/2018 | Monday | Vacation | | 8 Hours | |
| Absence Request: Kevin Campbell (Terminated) (5261177) | 07/17/2018 | Tuesday | Personal Hours | | 8 Hours | |
| Absence Request: Kevin Campbell (Terminated) (5261177) | 03/09/2018 | Friday | Local Paid Sick - 40 hours | | 8 Hours | |
| Absence Request: Kevin Campbell (Terminated) (5261177) | 03/08/2018 | Thursday | Local Paid Sick - 40 hours | | 8 Hours | |
| Absence Request: Kevin Campbell (Terminated) (5261177) | 03/07/2018 | Wednesday | Local Paid Sick - 40 hours | | 8 Hours | |
| Absence Request: Kevin Campbell (Terminated) (5261177) | 03/06/2018 | Tuesday | Local Paid Sick - 40 hours | | 8 Hours | |
| Absence Request: Kevin Campbell (Terminated) (5261177) | 03/05/2018 | Monday | Local Paid Sick - 40 hours | | 8 Hours | |
| Absence Request: Kevin Campbell (Terminated) (5261177) | 02/26/2018 | Monday | Floating Holiday | | 8 Hours | |
| Absence Request: Kevin Campbell (Terminated) (5261177) | 02/12/2018 | Monday | Floating Holiday | | 8 Hours | |