# EXHIBIT J - Malebranche File Excerpt

View Worker: Nan Malebranche

## Drug Assessment

Assessment ID  0
Assessment Classification
Assessment Date
Assessment Type
Assessment Status
Assessment Description

## Litigation Hold

Litigation Hold  Yes

## Seniority Ranking

Rating  0

## Suspension and Guaranteed Hours

Suspension Hours  0
Guaranteed Hours  0

## Worker Assessment Data

| Assessment ID | Assessment Classification | Assessment Type | Asses... |
|---:|---|---|---|
| 150732 | Other | SIDA | 08/18/2008 |
| 1112812 | Other | Physical | 04/01/1992 |
| 296492050 | Other | STA | 07/30/2020 |
| 315442306 | Other | SIDA | 10/30/2020 |
| 415536833 | Other | SIDA | 12/03/2021 |
| 594001400 | Other | SIDA | 06/12/2023 |

## Professional Profile

Statements

Job History

Managing Director
DGO, FedEx Express
June 2019 - Present | 4 years 9 months | Tri-State District

Managing Director
FedEx Express

Malebranche 0183