# EXHIBIT K - Plaintiff's Production Number 75 (Video)