# EXHIBIT M - Lorenzi Investigation and Suspension



**INTER-OFFICE MEMORANDUM**

Date:  June 1, 2020                    To:   Peter Lorenzi #165551

From:  Frank Ontaneda                  cc:   Eric Warnders
                                             Lance Reyes
**RE:    Investigative Suspension with Pay**     Nanette Malebranche

Effective immediately, you are being placed on suspension with pay pending investigation of potential violation of the Acceptable Conduct P2-5. Please understand that this suspension is not punitive in nature and is intended to allow us time to investigate the facts related to this situation.

While on investigative suspension, you are not to contact any FedEx employee or customer nor are you to enter any FedEx facility without permission of management, except to mail or receive FedEx packages at the customer counter. Please turn in your FedEx Express ID, keys, gas card and/or any other FedEx property in your possession.

**Please stay in town and accessible by phone during normal operational hours. If you are unable to be at your home, please leave a contact number where you can be reached. Please call me each day at 1000 at the number listed below. If I am not available you must speak with another member of management.**

If you have any questions regarding corporate policy and/or responsibilities during this time, you may contact your Human Resources Advisor/Representative, Lance Reyes, at 718.894.3305.

_____     6/1/20
Employee                      Date

Frank Ontaneda
Operations Manager
LGAA                          _____
718.894.3305                  Witness [if required]       Date

Attachments: Potential Policy Violated
P2-5 Acceptable Conduct

FEC 0126

## EMPLOYEE STATEMENT FORM

You are being asked to write this statement to clarify the situation in question. This is your chance to give your side of the story. It is important to include in your statement all relevant facts or any details that could have any influence on the outcome or final management decision in this matter. Please explain clearly and be complete.

**Name** (print): Kevin Campbell     **EE #:** 5261177

As I was walking to the break room. Peter Lorenzi was calling out "Trayvon" to me at first I wasn't sure who he was speaking to. Then he repeated it and I was the only person around. I chose to ignore it. Once he realized I wasn't answering to him he then yelled out "Kevin". I turned around and said hello. I then made my way to the Bathroom. No soap was Available so I decided to wash my hands in the kitchen. Peter then comes behind me and says "Hurry up Kevin, I know you're not used to running water in the projects". I was in such a state of shock that I immediately went on Break.

**Employee Signature:** _____   **Date:** 6/1/20

Page 1 of 1

## EMPLOYEE STATEMENT FORM

You are being asked to write this statement to clarify the situation in question. This is your chance to give your side of the story. It is important to include in your statement all relevant facts or any details that could have any influence on the outcome or final management decision in this matter. Please explain clearly and be complete.

**Name** (print): Peter LoRenzi    EE #: 165551

I don't know what to say. I talk to Kevin Campbell everyday. I consider him a friend with many things in common. But, I guess my words may have hurt him during these trouble times. In no way did I single him out to belittle him or create any anomosity between us. I do have a terrible sense of humor but In no way did I mean to hurt Kevin Campbell. I will refrain from using such poor judgement at all times.

**Employee Signature:** _[signature]_    **Date:** 6/1/20

Page 1 of 1

# EMPLOYEE STATEMENT FORM

You are being asked to write this statement to clarify the situation in question. This is your chance to give your side of the story. It is important to include in your statement all relevant facts or any details that could have any influence on the outcome or final management decision in this matter. Please explain clearly and be complete.

**Name** (print): Rob Scaparro     **EE #:** 91933

After the sort I went into the breakroom to use the microwave. I was a little zoned out of my surroundings because the sort ran late and was thinking of next week Monday sort. I placed my snack in the microwave and was waiting to wash my hands. I heard someone say "hurry up washing your hands blah blah blah. You have no running water in the projects." Kevin stated he grew up in a brownstone. The microwave stopped and I grabbed my snack and left the area. I thought of it as two people joking around so I didn't think much of it nor intervene.

**Employee Signature:** [signature]     **Date:** 6-1-20

Page ___ of ___

# Lorenzi, Peter

## Corrective Action – Issued 07/01/2017 to 10/08/2020

R0220: Courier/Swing Drvr/DOT

Organization: Sta Ops / Laguardia   (LGA) (Frank Ontaneda (428074))

Manager: Frank Ontaneda (428074)

Location: FXE-US/USA/LGAA/11378/58 60 55 Drive

Evaluated By: Frank Ontaneda (428074)

06/03/2020 - 06/03/2021

## Disciplinary Action

**Reason:** Misconduct (United States of America)

**Related Disciplinary Actions:**

## Acknowledgement

### Employee

| | | | |
|---|---|---|---|
| Entered by: | Peter Lorenzi (165551) | Date: | 06/03/2020 |
| Status: | Acknowledgment – I have received this content and have reviewed it or it has been reviewed with me | | |
| Comment: | | | |

## Corrective Action Type

Please select the type of Corrective Action.

**Manager Evaluation**

Rating: **Letter of Warning**

## Discipline Details

Describe the details of the disciplinary action for this worker.

**Manager Evaluation**

Response:   RE:   Warning Letter
06-11 Inappropriate Language

On June 1, 2020, you directed inappropriate and unprofessional comments to a coworker that were deemed racially insensitive. Upon completion of our investigation, it was determined that your conduct was in violation of Policy 2-5 (Acceptable Conduct), a copy of which is attached for your review.

Due to the seriousness of your behavior, this Warning Letter is being issued as well as an unpaid 5 day suspension. Please be advised that recurrent patterns of behavior will not be tolerated. A repeat of this or any other behavioral problem may result in more severe disciplinary action up to and including termination.

In accordance with policy, this Warning Letter will remain active for twelve months. Any three (3) notifications of deficiency [i.e., any combination of Warning Letters and/or Performance Reminders] received within a 12-month period may result in termination. Please note, this is your second formal notification of deficiency within the past 12 months since you received a [Performance Reminder or Warning Letter] on [date]. In addition, should you submit a FedEx Career Application (FCA), any active discipline related to the position(s) for which you apply may be considered in the selection process.

*Should you in good faith believe this action is unfair, you have the right to enter the Guaranteed Fair Treatment Procedure process. You must submit your electronic request via the Express HR Portal that can be found on the FedEx home page using keyword "GFTP"* **within five business days** *of receipt of this letter:*

*1) On the FedEx homepage enter GFTP in the "keyword" box.*
*2) On the sign in screen in the top right-hand corner select the question mark (this will open the "Documentation" section).*
*3) Click on "GFTP Complainant's Guide." Follow the steps within to submit a "GFTP Ticket."*

*You may also consult with your HR Representative if you have any questions or if you need assistance with the GFTP system. The electronic complaint will be automatically forwarded to the appropriate members of management and matrix Human Resources at each step. You will be notified regarding the meeting or conference call addressing your concerns. Employees who wish to initiate a complaint are encouraged to hold an open and frank discussion with their manager prior to initiating the process.*

*If you have additional questions regarding this issue or the GFTP process, please feel free to contact your HR Representative, Lance Reyes, at 718-995-5367.*

Frank Ontaneda
Operations Manager
LGAA
(718) 894-3305

Attachments:   P2-5   Acceptable Conduct Policy
               P5-5   GFTP Policy

## Next Steps (Action Plan)

### What are the next steps and action plan?

Manager Evaluation

Response: