# MASSIMI LAW PLLC
99 Wall Street, Suite 1264
New York, NY 10005
Jessica.Massimi@gmail.com
646-241-9800

February 28, 2025

**VIA ECF**
Honorable Dora L. Irizarry
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *Kevin Campbell v. Federal Express Corporation a/k/a FedEx Express, and Eric Wanders, Individually*
              **22 CV 7662 (DLI)(MMH)**

Your Honor:

      I represent the Plaintiff in this race discrimination and retaliation lawsuit. The parties submit this joint letter pursuant to the Court's February 24, 2025 Order directing the parties to inform the Court as to whether they want to be referred to the EDNY mediation program. The parties request this referral. The parties note that they can be available for mediation anytime between April 1 -9.

      The parties further request that the Court enter the following briefing schedule if mediation is not successful:

      May 1: Plaintiff's Opening Brief
      May 22: Defendants' Opening Brief
      June 12: Plaintiff's Second Brief
      July 3: Defendants' Second Brief
      July 7: Parties' Filing Deadline

      The parties thank the Court for its time and consideration.

                                                Respectfully submitted,

                                                  *Jessica Massimi*
                                                  JESSICA MASSIMI, Esq.