## MASSIMI LAW PLLC
99 Wall Street, Suite 1264
New York, NY 10005
Jessica.Massimi@gmail.com
646-241-9800

April 29, 2025

**VIA ECF**
Honorable Dora L. Irizarry
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:   *Kevin Campbell v. Federal Express Corporation, et al.,*
                **22 CV 7662 (DLI)(MMH)**

Your Honor:

      I represent Plaintiff Kevin Campbell in this race discrimination and retaliation lawsuit. Plaintiff writes to respectfully request a one-week extension of the May 28, 2025 deadline to file the stipulation of dismissal. This is the first such request and the Defendants do not object to this request. The reason for this request is that Plaintiff's statutory 21-day review and 7-day revocation periods will not expire until 5/19, at which point I will be out of the country without access to my computer, until 6/2. As such, I will not be able to file the stipulation of dismissal until I return.

      Plaintiff thanks the Court for its time and consideration.

Respectfully submitted,

*Jessica Massimi*

JESSICA MASSIMI, Esq.
