UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X  Docket Number 22 CV 7662
(DLI)(MMH)

KEVIN CAMPBELL,

                      Plaintiff,

      -against-                      **STIPULATION OF DISMISSAL WITH PREJUDICE**

FEDERAL EXPRESS CORPORATION A/K/A FEDEX
EXPRESS, AND ERIC WANDERS, *INDIVIDUALLY,*

                      Defendants.
-------------------------------------------------------------------X

     IT IS HEREBY STIPULATED AND AGREED, by and between the parties as represented by their attorneys below, that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the above-captioned action be, and it hereby is dismissed, with prejudice as to all Defendants. Any outstanding court costs shall be borne by the party against whom it was assessed.

Dated: New York, New York
June 4, 2025

| | |
|---|---|
| *Jessica Massimi* | *Gabriel P. McGaha* |
| Jessica Massimi | Gabriel McGaha |
| Massimi Law PLLC | Federal Express Corporation |
| 99 Wall Street, Suite 1264 | 3620 Hacks Cross Rd., Building B, 3rd Fl. |
| New York, New York 10005 | Memphis, Tennessee 38125 |
| Jessica.Massimi@gmail.com | gabriel.mcgaha@fedex.com |
| *Attorney for Plaintiff* | *Attorney for Defendants* |

                                                                              SO ORDERED:

                                                                              _____
                                                                              Honorable Dora Lisette Irizarry
                                                                              United States District Court Judge